SEALED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

RISHI KAPOOR;
LOCATION VENTURES, LLC;
URBIN, LLC;
PATRIOTS UNITED, LLC;
LOCATION PROPERTIES, LLC;
LOCATION DEVELOPMENT, LLC;
LOCATION CAPITAL, LLC;
LOCATION VENTURES RESOURCES, LLC;
LOCATION EQUITY HOLDINGS, LLC;
LOCATION GP SPONSOR, LLC;
515 VALENCIA SPONSOR, LLC;
LV MONTANA SPONSOR, LLC;
URBIN FOUNDERS GROUP, LLC;
URBIN CG SPONSOR, LLC;
515 VALENCIA PARTNERS, LLC;
LV MONTANA PHASE I, LLC;
STEWART GROVE 1, LLC;
STEWART GROVE 2, LLC;
LOCATION ZAMORA PARENT, LLC;
URBIN CORAL GABLES PARTNERS, LLC;
URBIN COCONUT GROVE PARTNERS, LLC;
URBIN MIAMI BEACH PARTNERS, LLC; and
URBIN MIAMI BEACH II PHASE 1, LLC,

Defendants.

_____/

FILED BY _____ D.C.

DEC 27 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
### MOTION TO FILE UNDER SEAL

Pursuant to Rule 5.4 of the Local Rules of the Southern District of Florida, Plaintiff

Securities and Exchange Commission (the "Commission") moves to file and maintain under seal

for a limited time (not to exceed 4 business days) its Complaint, Emergency *Ex Parte* Motion for

Asset Freeze and Other Relief Against Defendant Rishi Kapoor and Memorandum of Law ("Asset Freeze Motion"), and all other filings, Court orders, and the docket sheet. We request the Court keep this emergency action under seal for a limited time for the same reasons we give in our Certification Pursuant to Rule 65(b) as to why we are not giving Kapoor prior notice of our asset freeze order. In addition, Defendants—including Rishi Kapoor ("Kapoor")—produced documents to the Commission claiming entitlement to confidential treatment pursuant to the Freedom of Information Act and 17 C.F.R. § 200.83. Some of these documents are included as exhibits to the Asset Freeze Motion and should remain under seal until there is a determination by the Court as to their confidentiality or an agreement by the parties.

The Complaint, the Asset Freeze Motion, declarations, testimony, and other documentary evidence presented to this Court, show that since approximately January 2018 until at least March 2023, Kapoor, through LV, URBIN, and their subsidiaries and affiliated entities, conducted a real estate investment scheme in violation of the anti-fraud provisions of the federal securities laws. As detailed in the Complaint and Asset Freeze Motion, Kapoor made a series of misrepresentations and omissions of material fact in the offer and sale of securities in the form of real estate investments. Those investments resulted in significant losses for investors. In addition, Kapoor misappropriated at least $4.3 million of investor funds for his personal benefit. During this same period, Kapoor purchased a 2023 68-foot yacht for over $5 million, a dock at the Cocoplum Yacht Club for $695,000, leased a 2020 600LT Spider McLaren sportscar, and paid a private chef $10,000 per month.

The Commission is concerned that if this case is not kept under seal, there is a chance Kapoor will place investor assets at further risk, destroy evidence, or dissipate funds to the detriment of investors.

The Commission, therefore, asks the Court to seal the case for only a short period of time, the earlier of: (1) four business days after the date and time the Court issues an asset freeze; or (2) the day the Commission notifies the Court and Clerk of Court that the Commission has effectuated the asset freeze and the seal is no longer necessary.[1] Upon the occurrence of either of those two events, the Clerk of Court may then unseal the docket and all papers and orders filed in this case, with the exception of Exhibit 1 and Exhibit 5 to the Asset Freeze Motion until such time as there is a determination as to their confidentiality.

Therefore, the Commission respectfully requests the Court seal this matter temporarily according to the terms specified in this Motion.

Dated:  December 27, 2023          Respectfully submitted,

By: _____
Russell R. O'Brien
Trial Counsel
Fla. Bar No.  084542
Direct Dial: (305) 982-6341
Email:  obrienru@sec.gov

**ATTORNEYS FOR PLAINTIFF**
**SECURITIES AND EXCHANGE**
**COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Telephone:  (305) 982-6300
Facsimile:   (305) 536-4154

---

[1] In order to effectuate the asset freeze while the case is sealed, the Commission will be providing some or all of the papers and orders in this action to individuals or entities that hold property or assets of Kapoor. After the Commission has effectuated the asset freeze, we plan on serving the Defendants with all of the papers and orders in this action.