**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

RISHI KAPOOR;
LOCATION VENTURES, LLC;
URBIN, LLC;
PATRIOTS UNITED, LLC;
LOCATION PROPERTIES, LLC;
LOCATION DEVELOPMENT, LLC;
LOCATION CAPITAL, LLC;
LOCATION VENTURES RESOURCES, LLC;
LOCATION EQUITY HOLDINGS, LLC;
LOCATION GP SPONSOR, LLC;
515 VALENCIA SPONSOR, LLC;
LV MONTANA SPONSOR, LLC;
URBIN FOUNDERS GROUP, LLC;
URBIN CG SPONSOR, LLC;
515 VALENCIA PARTNERS, LLC;
LV MONTANA PHASE I, LLC;
STEWART GROVE 1, LLC;
STEWART GROVE 2, LLC;
LOCATION ZAMORA PARENT, LLC;
URBIN CORAL GABLES PARTNERS, LLC;
URBIN COCONUT GROVE PARTNERS, LLC;
URBIN MIAMI BEACH PARTNERS, LLC; and
URBIN MIAMI BEACH II PHASE 1, LLC,

                Defendants.
_____/

FILED BY _____ D.C.

DEC 27 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**INDEX OF EXHIBITS TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY EX PARTE MOTION FOR ASSET FREEZE AND OTHER RELIEF AGAINST DEFENDANT RISHI KAPOOR**

**EXHIBIT 1**    Declaration of Jordan A. Cortez with the following attachments:

    Exhibit        Location Ventures LLC's corporate records

    Exhibit        URBIN, LLC's corporate records

| | |
|---|---|
| Exhibit | Patriots United, LLC's corporate records |
| Exhibit | Location Properties LLC's corporate records |
| Exhibit | Location Development LLC's corporate records |
| Exhibit | Location Capital LLC's corporate records |
| Exhibit | Location Ventures Resources, LLC's corporate records |
| Exhibit | Location Equity Holdings, LLC's corporate records |
| Exhibit | Location GP Sponsor, LLC's corporate records |
| Exhibit | 515 Valencia Sponsor, LLC's corporate records |
| Exhibit | LV Montana Sponsor, LLC's corporate records |
| Exhibit | URBIN Founders Group, LLC's corporate records |
| Exhibit | URBIN CG Sponsor, LLC's corporate records |
| Exhibit | 515 Valencia Partners, LLC's corporate records |
| Exhibit | LV Montana Phase I, LLC's corporate records |
| Exhibit | Stewart Grove 1, LLC's corporate records |
| Exhibit | Stewart Grove 2, LLC's corporate records |
| Exhibit | Location Zamora Parent, LLC's corporate records |
| Exhibit | URBIN Coral Gables Partners, LLC's corporate records |
| Exhibit | URBIN Coconut Grove Partners, LLC's corporate records |
| Exhibit | URBIN Miami Beach Partners, LLC's corporate records |
| Exhibit | URBIN Miami Beach II Phase 1, LLC's corporate records |
| Exhibit | Defendants' LV and URBIN's website captures |
| Exhibit | May 31, 2023, Testimony of Alex Kleyner |
| Exhibit | August 22, 2023, Testimony of Rishi Kapoor |

| | |
|---|---|
| Exhibit | Email correspondence from Defendant Kapoor dated February 4, 2022 |
| Exhibit | HMY Yacht Sales, Inc.'s Deal File |
| Exhibit | Bank of America December 2019 checking account statement (account number ending in 3191) |
| Exhibit | Global Interest Purchase Agreement |
| Exhibit | Patriots United LLC's Operating Agreement |
| Exhibit | LV's Written Consents |
| Exhibit | LV's Organizational Charts |
| Exhibit | LV's Second Amended and Restated Operating Agreement |
| Exhibit | URBIN's Operating Agreement |
| Exhibit | Location Properties LLC's Operating Agreement |
| Exhibit | Location Development LLC's Operating Agreement |
| Exhibit | Location Capital LLC's Operating Agreement |
| Exhibit | Location Ventures Resources LLC's Operating Agreement |
| Exhibit | Location Equity Holdings, LLC's Operating Agreement |
| Exhibit | Location GP Sponsor LLC's Operating Agreement |
| Exhibit | 515 Velancia Sponsor LLC's Amended and Restated Operating Agreement |
| Exhibit | URBIN Founders Group, LLC's Operating Agreement |
| Exhibit | 515 Valencia Partners, LLC's Amended and Restated Operating Agreement |
| Exhibit | LV Montana Phase 1 Operating Agreement |
| Exhibit | Stewart Grove 1, LLC's Second Amended and Restated Operating |
| Exhibit | Stewart Grove 2, LLC's Amended and Restated Operating Agreement |
| Exhibit | URBIN Coral Gables Partners LLC's Operating Agreement |
| Exhibit | URBIN Coconut Grove Partners LLC's Operating Agreement |
| Exhibit | URBIN Miami Beach Partners, LLC's Operating Agreement |
| Exhibit | 1505 Ponce Partners LLC's Operating Agreement |

| | | |
|---|---|---|
| | Exhibit | Redlands Phase I LLC's Operating Agreement |
| | Exhibit | 551 Bayshore Partners LLC's Amended and Restated Operating Agreement |
| | Exhibit | Location Ventures, LLC's production cover letters |
| | Exhibit | Declarations of Bank of America Officer and/or Custodian of Records |
| | Exhibit | Woodforest National Bank's Affidavits of the Custodian of Business Records |
| | Exhibit | FirstCitizens Bank's Affidavit of Custodian of Records |
| | Exhibit | Pedro M. Gallinar & Associates, P.A.'s Business Records Declaration |
| **EXHIBIT 2** | | **Declaration of Clifford Losh with the following attachment:** |
| | Exhibit A | Amended and Restated Operating Agreement of URBIN Coconut Grove |
| | Exhibit B | Email Re URBIN Q1 Financials |
| **EXHIBIT 3** | | **Declaration of Marguerite Cook** |
| **EXHIBIT 4** | | **Declaration of Gregg Brooks with the following attachment:** |
| | Exhibit A | Equity and Debt Tracker dated December 21, 2022 |
| **EXHIBIT 5** | | **Declaration of Melissa Davis with the following attachments:** |
| | Exhibit A | Documents Utilized |
| | Exhibit A.1 | Bank Records Analyzed |
| | Exhibit B | Location Ventures Bank Reconstruction |
| | Exhibit B.1 | 1505 Ponce Bank Reconstruction |
| | Exhibit B.2 | 515 Valencia Bank Reconstruction |
| | Exhibit B.3 | 551 Bayshore Bank Reconstruction |
| | Exhibit B.4 | 8325 Cheryl Lane Bank Reconstruction |
| | Exhibit B.5 | Stewart Grove Bank Reconstruction |

| | |
|---|---|
| Exhibit B.6 | 800 Dixie Bank Reconstruction |
| Exhibit C | URBIN Bank Reconstruction |
| Exhibit C.1 | URBIN Coconut Grove Bank Reconstruction |
| Exhibit C.2 | URBIN Coral Gables Bank Reconstruction |
| Exhibit C.3 | URBIN Miami Beach Bank Reconstruction |
| Exhibit D | Location Ventures 2021 and 2022 Balance Sheets |
| Exhibit D.1 | Location Ventures 2021 and 2022 Profit & Loss |
| Exhibit E | Funds received from Related Parties and Entities |
| Exhibit E.1 | Summary of Insider Equity Account Balances |
| Exhibit F | Location Ventures Operating Budgets |
| Exhibit G | Closing Extension Fees – Location Ventures |
| Exhibit G.1 | Closing Extension Fees – URBIN Coconut Grove |
| Exhibit H-H.2 | URBIN Coconut Grove – Customer Escrow Tracing |
| Exhibit H.3 | URBIN Miami Beach – Customer Escrow Tracing |
| Exhibit H.4 | URBIN Coral Gables – Customer Escrow Tracing |
| Exhibit I-I.1 | URBIN Coconut Grove – Customer Escrow Tracing |
| Exhibit J | URBIN Miami Beach – Investor Funds Tracing |
| Exhibit K | Location Ventures – Investor Funds Tracing |
| Exhibit L | 1505 Ponce – Investor Funds Tracing |
| Appendix 1 | Location Ventures LLC - Second Amended and Restated Op Agreement |
| Appendix 2 | 1505 Ponce Partners LLC - Amended and Restated LLC Agreement |

| | |
|---|---|
| Appendix 3 | 1505 Ponce Partners - Balance Sheet (monthly to 2.28.23) |
| Appendix 4 | 515 Valencia Partners LLC - Amended and Restated Op Agreement |
| Appendix 5 | 515 Valencia Partners - Summary Balance Sheet |
| Appendix 6 | 551 Bayshore Partners LLC - Amended and Restated LLC Agreement |
| Appendix 7 | 551 Bayshore Partners - Balance Sheet (monthly to 2.28.23) |
| Appendix 8 | Redlands Phase I LLC - LLC Agreement |
| Appendix 9 | Redlands Phase I - Balance Sheet (monthly to 2.28.23) |
| Appendix 10 | URBIN LLC - LLC Operating Agreement |
| Appendix 11 | URBIN LLC - Balance Sheet (1.31.23) |
| Appendix 12 | URBIN Coconut Grove Partners LLC - Amended and Restated Op Agreement #3 |
| Appendix 13 | URBIN Coconut Grove Partners - Balance Sheet (1.31.23) |
| Appendix 14 | URBIN Miami Beach Partners LLC - Second Amended and Restated LLC Agreement |
| Appendix 15 | URBIN Miami Beach Partners - Balance Sheet (monthly to 2.28.23) |
| Appendix 16 | URBIN Coral Gables Partners LLC - LLC Operating Agreement |
| Appendix 17 | URBIN Coral Gables Partners - Balance Sheet (1.31.23) |
| Appendix 18 | LV Financial Statements (2021-2022) |
| Appendix 19 | Location Ventures 2020-2022 Budgets |

**EXHIBIT 6**         **Declaration of Eduardo Muller with the following attachments:**

| | |
|---|---|
| Exhibit A. | Amended and Restated Operating Agreement of URBIN Coconut Grove Partners, LLC |
| Exhibit B. | URBIN Coconut Grove Offering Memorandum |
| Exhibit C. | Location Ventures Sponsor Resume |