**UNITED STAPTES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

RISHI KAPOOR; et al
,

        Defendants.
_____/

# Emergency *Ex Parte* Motion for Asset Freeze and Other Relief Against Defendant Rishi Kapoor

# **EXHIBIT 1**

## Declaration of Senior Staff Counsel Jordan Cortez

## DECLARATION OF JORDAN A. CORTEZ

Pursuant to 28 U.S.C. § 1746, the undersigned declares as follows:

### I. INTRODUCTION

1. My name is Jordan A. Cortez. I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am Senior Counsel employed by the United States Securities and Exchange Commission (the "Commission") in the Division of Enforcement. My office is located at 801 Brickell Avenue, Suite 1950, Miami, Florida 33131.

3. I provide this declaration in support of the Commission's emergency civil action against Defendants Rishi Kapoor ("Kapoor"), Location Ventures, LLC ("LV"), URBIN, LLC ("URBIN"), and their subsidiaries and affiliated companies (collectively, the "Defendants").

4. As part of the Commission's investigation of the Defendants, Commission staff obtained the following documents and information:

### II. DOCUMENTS OBTAINED BY COMMISSION STAFF

5. The Commission obtained the following certified records from the Division of Corporations for the State of Florida:

    a. LV's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit A[1];

    b. URBIN's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit B.

    c. Patriots United, LLC's articles of organization and corporate filings, a true and

---

[1] To avoid the filing of voluminous documents with the Court, Exhibits A through V have not been filed with this declaration but will be made available to the Court upon request.

1



accurate copy of which is attached as Exhibit C;

d.  Location Properties LLC's articles of organization and corporate filings, a true and
    accurate copy of which is attached as Exhibit D;

e.  Location Development LLC's articles of organization and corporate filings, a true
    and accurate copy of which is attached as Exhibit E;

f.  Location Capital LLC's articles of organization and corporate filings, a true and
    accurate copy of which is attached as Exhibit F;

g.  Location Ventures Resources, LLC's articles of organization and corporate filings,
    a true and accurate copy of which is attached as Exhibit G;

h.  Location Equity Holdings, LLC's articles of organization and corporate filings, a
    true and accurate copy of which is attached as Exhibit H;

i.  Location GP Sponsor, LLC's articles of organization and corporate filings, a true
    and accurate copy of which is attached as Exhibit I;

j.  515 Valencia Sponsor, LLC's articles of organization and corporate filings, a true
    and accurate copy of which is attached as Exhibit J;

k.  LV Montana Sponsor, LLC's articles of organization and corporate filings, a true
    and accurate copy of which is attached as Exhibit K;

l.  URBIN Founders Group, LLC's articles of organization and corporate filings, a
    true and accurate copy of which is attached as Exhibit L;

m. URBIN CG Sponsor, LLC's articles of organization and corporate filings, a true
    and accurate copy of which is attached as Exhibit M;

n.  515 Valencia Partners, LLC's articles of organization and corporate filings, a true
    and accurate copy of which is attached as Exhibit N;

    o.  LV Montana Phase I, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit O;

    p.  Stewart Grove 1, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit P;

    q.  Stewart Grove 2, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit Q;

    r.  Location Zamora Parent, LLC's articles of organization, a true and accurate copy of which is attached as Exhibit R;

    s.  URBIN Coral Gables Partners, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit S;

    t.  URBIN Coconut Grove Partners, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit T;

    u.  URBIN Miami Beach Partners, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit U; and

    v.  URBIN Miami Beach II Phase 1, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit V;

6.    On January 4, 2023, Russell Castillo ("Castillo"), an IT Specialist at the Commission, completed a website capture of Defendants' LV and URBIN's websites. True and accurate copies of the website captures and Castillo's declaration are attached as Exhibit W.

## III.   TESTIMONY OBTAINED BY THE COMMISSION

7.    On May 31, 2023, Commission staff took the testimony of Alex Kleyner. A true and accurate copy of the testimony transcript is attached as Exhibit X.

8.    On August 22, 2023, Commission staff took the testimony of Defendant Kapoor.

A true and accurate copy of the testimony transcript is attached as Exhibit Y.

## IV. RECORDS OBTAINED IN RESPONSE TO SUBPOENAS

9. In response to a subpoena issued by the Commission on April 12, 2023, Trez Capital produced email correspondence from Defendant Kapoor dated February 4, 2022 (Bates-stamped TREZSUBP0001937-39). A true and accurate copy of the email is attached as Exhibit Z.

10. In response to a subpoena issued by the Commission on September 7, 2023, HMY Yacht Sales, Inc. produced its Deal File (Bates-stamped SEC-HMY-E-0000003-31). A true and accurate copy is attached as Exhibit AA.

11. In response to a subpoena issued by the Commission on June 28, 2023, Defendant Kapoor produced a copy of his Bank of America December 2019 checking account statement (account number ending in 3191) (Bates-stamped RK0000338-345). A true and accurate copy is attached as Exhibit BB.

12. In response to a subpoena issued by the Commission on April 26, 2023, Alex Kleyner produced:

    a. Global Interest Purchase Agreement (Bates-stamped FL-4347 Kleyner LV LLC_0001480-1521). A true and accurate copy is attached as Exhibit CC.

    b. Patriots United LLC's Operating Agreement FL-4347 Kleyner LV LLC_0001956- 1958). A true and accurate copy is attached as Exhibit DD[*].

13. In response to a subpoena issued by the Commission on March 13, 2023, LV

---

[*] To avoid the filing of voluminous documents with the Court, Exhibit DD has not been filed with this declaration but will be made available to the Court upon request.

produced:

a.  Written consents (Bates-stamped LV00011124-11216), true and accurate copies of which are attached as Exhibit EE;

b.  Organizational charts (Bates-stamped LV00010749-10753 and LV00011015-11017), true and accurate copies of which are attached as Exhibit FF;

c.  LV's Second Amended and Restated Operating Agreement (Bates-stamped LV00010501- 10577), a true and accurate copy is attached as Exhibit GG[1];

d.  URBIN's Operating Agreement (LV00010844-10884), a true and accurate copy is attached as Exhibit HH;

e.  Location Properties LLC's Operating Agreement (Bates-stamped LV00010333-10335), a true and accurate copy is attached as Exhibit II;

f.  Location Development LLC's Operating Agreement (Bates-stamped LV00010324-10326), a true and accurate copy is attached as Exhibit JJ;

g.  Location Capital LLC's Operating Agreement (Bates-stamped LV00010318-10320), a true and accurate copy is attached as Exhibit KK;

h.  Location Ventures Resources LLC's Operating Agreement (Bates-stamped LV00010342-10344), a true and accurate copy is attached as Exhibit LL;

i.  Location Equity Holdings, LLC's Operating Agreement (Bates-stamped LV00010327-10329), a true and accurate copy is attached as Exhibit MM;

j.  Location GP Sponsor LLC's Operating Agreement (Bates-stamped LV00010330-10332), a true and accurate copy is attached as Exhibit NN;

---

[1] To avoid the filing of voluminous documents with the Court, Exhibits GG through ZZ have not been filed with this declaration but will be made available to the Court upon request.

k.  515 Velancia Sponsor LLC's Amended and Restated Operating Agreement (Bates-stamped LV00010154-10156), a true and accurate copy is attached as Exhibit OO;

l.  URBIN Founders Group, LLC's Operating Agreement (Bates-stamped LV00010885-10923), a true and accurate copy is attached as Exhibit PP;

m.  515 Valencia Partners, LLC's Amended and Restated Operating Agreement (Bates-stamped LV00010106-10153), a true and accurate copy is attached as Exhibit QQ;

n.  LV Montana Phase 1 Operating Agreement (Bates-stamped LV00010348-10389), a true and accurate copy is attached as Exhibit RR;

o.  Stewart Grove 1, LLC's Second Amended and Restated Operating Agreement (Bates-stamped LV00010438-10440), a true and accurate copy is attached as Exhibit SS;

p.  Stewart Grove 2, LLC's Amended and Restated Operating Agreement (Bates-stamped LV00010441-10443), a true and accurate copy is attached as Exhibit TT;

q.  URBIN Coral Gables Partners LLC's Operating Agreement (Bates-stamp LV00010924-10956), a true and accurate copy is attached as Exhibit UU;

r.  URBIN Coconut Grove Partners LLC's Operating Agreement (Bates-stamped LV00010800-10843), a true and accurate copy is attached as Exhibit VV;

s.  URBIN Miami Beach Partners, LLC's Operating Agreement (Bates-stamped LV00010957-11012), a true and accurate copy is attached as Exhibit WW;

t.  1505 Ponce Partners LLC's Operating Agreement (Bates-stamped LV00009948-10009), a true and accurate copy is attached as Exhibit XX;

u.  Redlands Phase 1 LLC's Operating Agreement (Bates-stamped LV00010390-10437), a true and accurate copy is attached as Exhibit YY;

    v.   551 Bayshore Partners LLC's Amended and Restated Operating Agreement (Bates-stamped LV00010157-10232), a true and accurate copy is attached as Exhibit ZZ;

    w.  QuickBooks files (Bates-stamped LV00000002-15 and LV00011025-11063);

    x.   Sage Data (Bates-stamped LV00000016-4886 and LV00011064-LV00011101);

    y.   Tax Returns (Bates-stamped LV00004887-9947);

    z.   Financial statements and reports (Bates-stamped LV00011018-11024); and

    aa. Financial data (Bates-stamped LV00011102-11121).

True and accurate copies of correspondences sent in connection with the production(s) are attached as Exhibit AAA.

14.    In response to subpoenas issued by the Commission on February 23, 2023, and May 4, 2023, Bank of America produced documents associated with the following accounts:

    a.   1505 Ponce Partners, LLC's account ending in 6996;

    b.   515 Valencia Partners, LLC's account ending in 2161;

    c.   LV Bayshore Partners LLC's account ending in 2626;

    d.   800 Dixie Partners LLC's accounts ending in 6868 and 9134;

    e.   8325 Cheryl Lane LLC's account ending in 6042;

    f.   Location Capital, LLC's account ending in 8410;

    g.   Location Development, LLC's account ending in 5835;

    h.   Location Properties, LLC's account ending in 8258;

    i.   Stewart Grove 1, LLC's account ending in 2744;

    j.   URBIN's account ending in 3263;

    k.   URBIN Coconut Grove Partners, LLC's account ending in 3302;

    l.   URBIN Coral Gables Partners, LLC's account ending in 3014;

m.  URBIN Miami Beach Partners LLC's account ending in 5493;

n.  URBIN's account ending in 3263; and

o.  LV Bayshore SPE LLC's account ending in 6257.

A true and accurate copy of the records custodian certification(s) sent in connection with the production(s) is attached as Exhibit BBB.

15.    In response to subpoenas issued by the Commission on February 23, 2023, May 8, 2023, and July 5, 2023, Woodforest National Bank produced documents associated with the following accounts:

a.  1505 Ponce Partners, LLC's account ending in 1244;

b.  LV Bayshore Partners LLC's account ending in 1880;

c.  551 Bayshore Partners, LLC's account ending in 1160;

d.  Location Capital LLC's account ending in 1450;

e.  Location Development LLC's account ending in 1393;

f.  Location Properties LLC's account ending in 1385;

g.  Location Ventures Resources, LLC's account ending in 1459;

h.  URBIN Coconut Grove Partners, LLC's account ending in 0725;

i.  URBIN Commodore Residential II SPE, LLC's account ending in 2879;

j.  URBIN Miami Beach Partners LLC's account ending in 1236;

k.  URBIN's account ending in 6400;

l.  Stewart Grove 1, LLC's account ending in 6319; and

m.  800 Dixie Partners LLC's account ending in 6392.

A true and accurate copy of the records custodian certification(s) sent in connection with the production(s) is attached as Exhibit CCC.

8

16.    In response to a subpoena issued by the Commission on April 8, 2023, FirstCitizens Bank produced documents associated with the following accounts:

    a.   515 Valencia Partners, LLC's account ending in 7583;

    b.   URBIN Coconut Grove Partners, LL 's account ending in 0033;

    c.   URBIN Coral Gables Partners, LLC's account ending in 6536; and

    d.   URBIN's account ending in 6544.

A true and accurate copy of the records custodian certification(s) sent in connection with the production(s) is attached as Exhibit DDD.

17.    In response to a subpoena issued by the Commission on April 3, 2023, Pedro M. Gallinar & Associates, P.A. ("PMGA") produced documents related to services rendered by PMGA (Bates-stamped SEC-PMGA-E-0000001-19816 and SEC-PMGA-P-0000001-486). A true and accurate copy of the records custodian certification sent in connection with the production is attached as Exhibit EEE.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith. Executed on this 21 day of December 2023.

JORDAN A. CORTEZ

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FL-04347

### DECLARATION OF RUSSELL CASTILLO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties, I have been trained to preserve various forms of online content. For investigation # FL-04347, I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3. In support of investigation number FL-04347, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's:

   https://location.ventures/

   https://location.ventures/projects/8325-cheryl-lane/

   www.villavalencia.com

   www.maninfra.com

   www.miclglobal.com

   https://urbincondos.com/

4. I completed the above mentioned internet preservation on January 4, 2023, using the following tools:

   Fireshot Pro/Video Downloader Ultimate

   The above listed tools are commonly used to preserve internet content.

5. I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager. The sealed internet preservation has been labeled FL-04347, and saved to the following location:

   K:\Other_Projects\Webcaptures\imagefiles

6. I also saved a copy of the above mentioned internet preservation along with this declaration to a network share. The location for this network share is provided below:

   \\tsclient\K\Other_Projects\Webcaptures\Websites

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

[Russell Castillo]

Executed on this 4th day of January 2023

**EXHIBIT**

**W**

Page 1
Location Ventures | Real Estate Platform | Investment & Development | Location Ventures
https://location.ventures/



ABOUT US



LEARN MORE

BUSINESS AREAS



Location Capital
A private real estate investment and asset

LEARN MORE

Location Development

LEARN MORE

Location Properties

LEARN MORE





Captured by FireShot Pro 03 January 2023, 14:33:38





## Location Ventures

### Creating Value Through Real Estate



| 865 | $400m | 10 |
|---|---|---|
| SHERS OF EXPRESSO | IN DEVELOPMENT | MEETINGS A DAY |

### Our Design Philosophy



| Nature | Technology | Wellness |
|---|---|---|





### Single-Family

### Multi-Family

### Renovations

Part of our development, ethos includes the rehabilitation

thoughtful design and well-executed plans

## Our Philosophy




Let's build something together →



## Acquire, Design, Build and Manage



Acquire     Design     Build     Manage

WHAT THEY SAY

"What we like about the team is their idea to bring together all these people,
the best in the business really, to tackle the top end market"



Ready to Get Started?

Contact us today to learn more about our process and how we
can bring your project to life

SEND

Page 6
South Florida Developer | Residential and Commercial | Location Ventures : Location Ventures
https://location.ventures/development/



 **LOCATION** VENTURES

Home   Company   Development   **Projects**   News   Team   Contact

## Unparalleled Living in South Fl|

From micro-unit rental projects to ultra-luxury single family homes, our
philosophy is to create real estate that provides unparalleled experiences in
premium locations

SINGLE FAMILY   MULTI FAMILY   COMMERCIAL   CONDO DEVELOPMENT   RENOVATIONS

   

The EDITION Residences
Fort Lauderdale
Development

URBIN
Commercial

FORUM
Commercial

Commodore Inn the Grove
Multi Family

   

Orduna Court
Single Family

Villa Valencia
Condo Development

3620 Stewart Ave
Single Family Home

3610 Stewart Ave
Single Family Home



8325 Cheryl Lane
Single Family Home



LINKS

Home
Company
Development
Projects
Team
Contact

CONNECT

Facebook
Instagram

LOCATION COMPANIES

Location Capital
Urbino Properties

CONTACT

299 Alhambra Circle
Ste 510
Coral Gables, FL 33134

T: 786.751.4736

SUBSCRIBE TO NEWSLETTER

[                    ]

SUBSCRIBE

**LOCATION** VENTURES

Plate 8
The EDITION Residences Fort Lauderdale - Location: Webpage : Location: Webpage
https://location.nowforms/projects/?list=&&sortx=&upload=



The EDITION Residences Fort Lauderdale

| Architect | Interior Designer | Location | Completion |
|---|---|---|---|

The EDITION Residences Fort Lauderdale Beach comprises 55 luxury residences in a modern setting designed by South Florida architect Garcia Stromberg. Dressed for the indoor-outdoor lifestyle, residents will experience tropical modernism from the comfort of their home in a setting that truly South Florida living. The dual story waterfront building mirror-- scenes embraces the natural surroundings of the tropical greenery and adjacent front of the bay at the leap of the transversal waterfront and pier it relates to white sands.

Features & Amenities









Page 9
URBIN - Location Ventures : Location Ventures
https://location.ventures/projects/urbin/



**URBIN LIVE**

**URBIN WORK**

**URBIN RETREAT**



### Co-Live, Work, and Wellness Platform

A new community brought together to the tune of community within South Florida by the rise of the urban lifestyle by the architectural developer Location Ventures. URBIN aims to redefine affordability in the live, live-work and live-play to tenants in their urban neighborhoods across the world starting right here in South Florida.

URBIN aims as a mission to help solve three of the main challenges of modern city living - affordability, mobility, and sustainability. The use of today's infrastructure and green living experiences affordable to own will operate real estate, allowing the brand to pass on to own or buying opportunities to its members. In the co-living fully furnished units that start at $ million for units that cover all the co-working spaces will range at $ for all amenities within the platform will include a gym, spa, storage, and community areas and upscale opt-in services such as meal service, housekeeping and personal training.

"Affordability, mobility and sustainability - these are three great challenges we rise, and URBIN offers a solution," said Kapoor, CEO & Founder, Location Ventures.

As a responsible, circular community, URBIN will aim to adhere to sustainability standards that include renewable energy and water capture, treatment and reuse on every site. According to recent studies, the environmental carbon impact of one dense tower is the equivalent of 1000 gasoline cars per day. At ground-up sites, URBIN will aim to harness energy and water sustainability to offset carbon impact and showcase how developments can so be environmentally responsible.

The membership based on a series of locations open across the developments and community members an opportunity to a network that will run them in own and work across South Florida and eventually across the globe.

In addition, urban development plans are underway for commercial and business-oriented resort and university-oriented world expanding the concept to vacation locales and college towns.



Page 10
FORUM - Location Ventures : Location Ventures
https://locations.ventures/projects/forum/



FORUM

Project Type | Architect | Location | Role

BRINGING WORK TO LIFE

YOUR WORKPACE IN DOWNTOWN CORAL GABLES

**SPACE**
*
*
*
*
*

**SECURITY**
*
*
*
*

**BUSINESS SERVICES**
*
*
*
*

**TECHNOLOGY**
*
*
*
* MEMBER PORTAL
*

**COMMUNITY**
*
*
*
*

**SUPPORT SERVICES**
*
*
*
*



Page 11
FORUM - Localles Ventures : Localles Ventures
https://localles.ventures/projects/forum/







Page 13
FORUM - Location Ventures > Location Ventures
https://location.ventures/projects/forum/







Page 13
Commodore Inn the Grove – Location Ventures : Location Ventures
https://location.ventures/projects/commodore-inn-the-grove/



## Commodore inn the Grove

| Development Type | Architect | Location | Role |
|---|---|---|---|
| Multi | A | | |

The Grove is ... ated - ... the Grove offers ... term ... the apartments are the

... the heart ... to ...

### Features & Amenities

- ... on
- ... &
- ... & F ...
- ... at ... kare



Page 14
Commodore Inn the Grove - Locatina Venturos : Locatina Venturos
https://location.ventures/projects/commodore-inn-the-grove/









Captured by FireShot Pro 03 January 2023, 14:34:17

Page 15
Commodore Inn the Grove - Location Ventures : Location Ventures
https://location.ventures/projects/commodore-inn-the-grove/







800

Orduna Court



| Development Type | Architect | Location | Completed |
|---|---|---|---|
| | | oral Gab | 2019 |

space and 3 bedroom units the latest hor gy and featur terraces the coral ear the iding has also been innovated to include thoughtfu resort-style pool BB2 area, bike racks and private storage. There is a gated and secure covered parking garage with 42 spaces.

assemblage in There are 4 nits that der started ase the property market th abovery ighting and fixtures start at $3

Amenities

- 
- Area
- Storage Areas
- 





Page 17
**Villa Valencia - Location Ventures : Location Ventures**
https://locatGon.ventures/projects/villa-valencia/



| Development Type | Architect | Location | Completed |
|---|---|---|---|
| Development | Hamed Architects | | Expected |

Features & Amenities

- Spacious Open Floor Plans
- Deep Wide Terraces
- Lush Landscaping and Hammock Garden
- finishes
- Subzero and appliances
- Higher and
- zed Technology
- Hurricane Impact Resistant Energy Efficient

- Indoor Outdoor Resident Living Room
- Media Study with Golf Simulator
- and Spa
- Summer Kitchen and Outdoor Dining
- Program with Hamman Steam and
- Gym & Fitness Area
- Level Parking





## 3620 Stewart Ave

Stewart Avenue is an [...] floor luxury persocial resort in a gated area [...] Florida. Spanning [...] square feet, the home has 4 bedrooms and 4 bathrooms [...] de open [...] dining [...] a media study and master apartment [...] the ground level, the hydrotherapy program [...] udes a [...] am wet spa, and resort-style pool. The [...] level home is ideal for entertain [...] with indoor [...] every [...] a [...] terrace [...] for a [...] erience. The home was des [...] eed [...] protect [...] [...] tecture

### Features & Amenities

- Integrated Indoor [...]
- [...] andscaping and Gardens
- [...] xtures [...]
- Subzer [...] f [...]
- [...] gner [...] d [...] Closets
- [...] zed Savant Home Techn [...]
- [...] Impact Resistant [...] Effcient Windows
- [...] Entarta [...] Area
- [...] with Hammam
- [...] & Fitness Area
- 360 Master Suite Program

### Development Type

### Architect

### Location

### Completed





LINKS   CONNECT   LOCATION COMPANIES   CONTACT   SUBSCRIBE TO NEWSLETTER

LOCATION

Page 19
3610 Stewart Ave - Location Ventures : Location Ventures
https://location.ventures/projects/3610-stewart-ave/



# 3610 Stewart Ave

| Development Type | Architect | Location | Completed |
|---|---|---|---|
| Single-Family | CMA Design Studio | Coconut Grove | Expected 2020 |

Stewart Ave uses a tropical inspired personal resort in a gated area of Coconut Grove Miami Florida. The home centers around a large center open air area blending the outside with the inside. Stewart features a flow through living and dining area for entertaining as well as a master apartment with his and-hers dressing rooms, junior suites, and a media study. The ground floor is dedicated to a life well lived with a summer kitchen, resort pool, spa, fire pit and water features. The home is designed by leading South Florida architect Cesar Molina of CMA Design Studio.

## Features & Amenities

- Integrated Indoor/Outdoor Lifestyle
- Lush Landscaping and Gardens
- Elegant European Fixtures & Finishes
- Subzero and Wolf appliances
- Designer Vanities and Custom Closets
- Customized Savant Home Technology System

- Hurricane Impact Resistant, Energy-Efficient Windows
- Rooftop Entertainment Area
- Home Spa Program with Hammam
- Gym & Fitness Area
- 360-Master Suite Program



Page 20
8325 Cheryl Lane - Location Ventures : Locatfon Ventures
https://localies.ventures/projects/8325-cheryl-lane/



| Development Type | Architect | Location | Sold |
|---|---|---|---|
| Single-Family | | | May 2021 |

...Dav a. Miami ...CMA... high ... residence embodies the South ... May 2021 ... w bern set... Spanning two floors, the home features ... including a master suite and three guest suites ... all baths ... a media ... and a suite of thoughtful amenities ... blend ... environment and ... resort ... a private setting

### Features & Amenities

- Integrated Indoor ...
- ... Landscaping and Gardens
- Elegant European Features ... nishes
- Subzero and Wolf ... ances
- ... ies and Custom ...
- ... nced ...

- ... Resistant ... ergy-Efficient Windows
- Te ... Wine Room
- ... ment Area
- ... w ... Hammam and Hydrotherapy ...
- ... Area ... Massage Room
- ...



Page 31
8335 Cheryl Lane - Location Ventures : Location Ventures
https://location.ventures/projects/8335-cheryl-lane/











Page 33
1505 Ponce in South Florida Business Journal · Location Ventures : Location Ventures
https://locaton.ventures/news/1505-ponce-in-south-florida-business-journal/



Location Ventures' latest project 1505 Ponce was recently featured in South Florida Business Journal article 'Location Ventures buys site for Coral Gables condo'

From the article >

Location Ventures paid $25.6 million for a condo development site in Coral Gables, according to several parties involved in the deal.

TWLL 1505 LLC, an affiliate of Miami-based Florida East Coast Realty, led by Tibor Hollo, sold the 1.56 acre site at 1505 Ponce de Leon Blvd. plus 122 and 136 Menores Ave. to 1505 Ponce SPE LLC, an affiliate of Coral Gables-based Location Ventures led by CEO Rishi Kapoor. The property is mostly vacant, but it has a 97-year-old apartment complex that will be preserved and renovated to host restaurants.

The developer secured a $20 million land acquisition loan from Miami-based Vertix Group, led by Albert Amato and Fabrizio Filippi.

The city approved the project for nearly 500,000 square feet, with 87 residences, 19,500 square feet of retail and 319 parking spaces. There would be an amenity deck on the fourth floor.

Amenities would include a spa with a steam room and sauna, plus a full board room for private meetings. These would also be a public dog park outside the building along Mendoza Avenue.

Kapoor said he intends to launch sales in January and break ground in the second half of 2023. "We will be out in the market near the next couple of months looking for construction financing," Kapoor said. "Now it's about getting through permitting and building pre-sales."

He hasn't secured the name and branding of the project.

Most of the condos would be three or four bedrooms, with a small collection of one- and two-bedroom units. Pricing would start in the high $1 million range, or about $1,000 a square foot.

Coral Gables-based Harrell Rodriguez Architects designed the building. The sellout value of the project would be north of $350 million.

While condo sales have slowed in Miami-Dade County over the past year because of higher mortgage rates, there are still many wealthy people moving here that are seeking high-end condos and homes.

Read on South Florida Business Journal **HERE**.



Q Search

**RECENT POSTS**

1505 Ponce in South Florida Business Journal

LBBBy Injects Steam In The Maid Miami

I283 Rishi Kapoor in The Real Deal

EDITION Rivermen From Launerdale

Money Travel Magazine

1505 Ponce in Miami Today

**CATEGORIES**

Company News

News

Rishi Kapoor

Uncategorized

**TAGS**







Page 25
CEO Rishi Kapoor in The Real Deal - Location Ventures : : Location Ventures
https://location.ventures/news/ceo-rishi-kapoor-in-the-real-deal/





Captured by FireShot Pro: 03 January 2023, 14:35:19



Page 37
1505 Ponce in Miami Today - Location Ventures : Location Ventures
https://location.ventures/news/1505-ponce-residences-fort-lauderdale-in-miami-today/



# 1505 PONCE IN MIAMI TODAY

NOVEMBER 3, 2022

Location Ventures' latest luxury condominium project 1505 Ponce was recently featured in Miami Today as a "Coral Gables project adds two parks, swaps fed space" highlighting recent approval from Coral Gables commissioners.

From the article:

A 16-story mixed use development known as 1505 Ponce got the green light to proceed with plans after obtaining a transfer of development rights from seven historic properties and offering to create two permanent parks.

On Tuesday, Coral Gables commissioners gave the OK for Lo abot Acquisitions LLC, the contract purchaser of 505 Ponce de Leon Blvd. to proceed with construction-design plans after the Historic Preservation Board reviewed the impact on seven local historic landmarks within 500 feet of the project and determined it would not adversely affect those historic landmarks.

"As you remember, there's a lot to like about this project, it's less than half of the maximum permitted density of 30 units versus 170 units, and almost a third of the project site is open spac e," said attorney Mario Garcia-Serra, who was representing ... contract Acquisitions.

In July the city commission approved the mixed use project consisting of 797,072 square feet of floor area. The project would also offer traffic calming, crosswalks, adopted reuse of a historic building and a 6,600 square foot plaza.

"There's going to be two public parks as part of this project," Mr. Garcia-Serra added, "one fronting Ponce (de Leon Boulevard) on the west side of the property and another park on the east side of the property, which will serve as a buffer to the neighboring building, and ultimately a permanent dog park and as we were discussing earlier today in your agenda, a temporary dog park in the meantime."

Read the Miami Today article **HERE**

Q Search

RECENT POSTS

1505 Ponce in South Florida Business Journal

EDITION Miami Beach in The Next Miami

CEO Piedra Kaboor in The Real Deal

EDITION Residences Fort Lauderdale in 1505 Ponce Megazong

1505 Ponce in Miami Today

CATEGORIES

Company News

Press

Project Updates

Uncategorized

1505





LINKS          CONNECT          LOCATION COMPANIES          CONTACT          SUBSCRIBE TO NEWSLETTER

Home           Facebook          Location District          299 Alhambra Circle,
Company        Instagram         Location Properties         Ste. 510
Development                                                  Coral Gables, FL 33134
Projects
Team                                                         T 786-724-8724
Contact

LOCATION

Captured by FireShot Pro 83 January 2023, 14:55:33









**EDITION RESIDENCES FORT LAUDERDALE IN YAHOO LIFE**

NOVEMBER 1, 2022

The EDITION Residences Fort Lauderdale in Yahoo Life article titled 'Edition Hotels to Opening Stand-Alone Residences in Fort Lauderdale'

The growing demand for luxury branded residences is stronger than ever—especially in Florida. And Edition, the Marriott International-owned luxury hotel brand founded by Ian Schrager is busier than ever with new openings of hotels and residential properties across the country.

Edition has found massive success in neighboring Miami with its hotel and newly announced stand-alone residential tower but as Miami becomes crowded with new residential construction and skyrocketing prices many developers are looking to Fort Lauderdale, roughly 28 miles north of Miami. The city offers a similar lifestyle with more space and opportunity for development.

Fort Lauderdale is home to 300 miles of inland waterways, which is why it's sometimes referred to as the "Venice of America," and is home to sprawling estates, mega-yachts and luxury offerings. It is also considered the yachting capital of the world. Location Residences Fort Lauderdale is capitalizing on the waterfront opportunity by developing along the intracoastal waterway.

"Edition Residences Fort Lauderdale offers three of the most important elements for the next generation of homeowners: intuitive service, a prime location and unparalleled amenities," says Rishi Kapoor, CEO of Location Ventures, the developer of the project. "This will be the first time that a branded luxury residence will take shape on Fort Lauderdale's coveted intracoastal waterway, and with it comes a breadth of unique offerings unlike anything in the area."

Located at 551 Bayshore Drive, the residences are housed within two jewel-box-like 11-story towers that feature cascading facades. The ultra-modern towers have spectacular water views, which are seen from each of the 65 residences. The luxury homes range from two to four bedrooms spanning ~710 to 4,660 square feet. There is also be nine villas and four penthouses for those seeking larger accommodations.

Read more from the Yahoo Life article **HERE**



Q Search

**RECENT POSTS**

1031 Pinto in South Florida Business Journal

URBIN Miami Beach in The Next Miami

GBR Path Kapoor in The Real Deal

EDITION Residences Fort Lauderdale in Luxury Travel Magazine

1903 Porto in Miami Today

**CATEGORIES**

Company News

Press

Project Updates

Uncategorized

**TAGS**



Captured by FireShot Pro: 03 January 2023, 14:35:44

Page 39
Rishi Kapoor & The EDITION Residences in The Real Deal - Location Ventures - Location Ventures
https://location.ventures/news/rishi-kapoor-the-edition-residences-in-the-real-deal/



RISHI KAPOOR & THE EDITION RESIDENCES IN THE REAL DEAL







# EDITION RESIDENCES FORT LAUDERDALE IN ROBB REPORT







**CEO RISHI KAPOOR THE CITY BEAUTIFUL**

OCTOBER 19, 2021

Location Ventures CEO was recently featured in The City Beautiful Article titled "Want to Know When Comprises the Gables Economy? Small Businesses"

From the article

"A lot or people want to go into a conventional space where there are other people," says Rishi Kapoor, whose Gables-based firm Location Ventures created the FORUM shared workspaces on Alhambra. "Personally, I love the energy of my colleagues, the creativity, those spaces bouncing off of each other," he says. "A practical solution is flex space, where you can scale up or down according to your needs." In terms of occupancy at FORUM, which is now 90 percent full, "it really is a mix of solo creatives, that provide their creative services, plus we have a law firm, political consultants, architects, and so on.

At another shared workspace in the 2525 Ponce building, CLO Laura Kazakouski reports that 90 percent of her clients are small firms with just a few employees and that nine out of 10 are professional service providers in real estate, finance, legal, and business consulting, with the remainder providing "creative" services. "One thing I've been finding in the last few years is that, for law professional services, there is an increase of creative businesses, Coral Gables at one point was all attorneys, all weighted toward legal. Now it's a next mix, a little more diverse."

Regardless of their makeup, says Kapoor, the Gables remains an excellent location to start or expand a small business. "I think we are in one of the greatest places in all of the U.S for the ecosystem of a small business. You have such a professional ecosystem established here, in banking, finance, great places to entertain – everything immortalised in such a condensed space. What more could you ask for?"

Read more from The City Beautiful article **HERE**.



Q Search

**RECENT POSTS**

7305 Ponce at South Florida Business Journal

URBIN Intern Shines in The Next Miami

CEO Rishi Kapoor In The Real Deal

EDITION Residences Fort Lauderdale at Luxury Town Magazine

1505 Flyers in eNews Today

**CATEGORIES**

Company News

Press

Project Updates

Uncategorized

**TAGS**





# Team









**Rishi Kapoor, J.D.**

**Daniel "DJ" Motha**

**Claudia Mezerhane**

**Vivian Bonet**









**Joanna Davila**

**Raymond Gonzalez**

**Angel Garcia**

**Romy Kapoor**



Frank Astor



Leonard Roberts



Selena Venizelos



Josh Baniak



Jorge Chirinos



Jon Urujak



Nizar Alawamleh



Natalie Diaz

Page 35
Location Ventures | Real Estate Platform | Meet Our Team : Location Ventures
https://location.ventures/team/







**Rawan Abujebain**

**Boris Grandison**

**Dave Ervolina**

**Kaleine Reyes**









**Yoniel Mesa**

**Nicolas Romero**

**Steffin Townrole**

Page 36
Location Ventures | Real Estate Platform | Meet Our Team : Location Ventures
https://location.ventures/team/

 



Penelope Leal

Penelope Leal is a Community Associate at FORUM. Serving as the _____ & Director's right-hand, she assists with clerical tasks, prospecting and membership retainment. Penelope has a background in administration and social media management for South Florida yacht rentals, as well as client relations within retail marketplaces. She is currently obtaining an Environmental Sciences Sustainability B.A. and Pre-law certificate at Florida International University.



OUR PARTNERS

We work alongside Miami's leaders in the real estate market from financiers to
the fields of design and architecture, to create a truly unique living experience
seldom seen in the South Florida market.

 ARQUITECTONICA  CARLTON FIELDS 

HEDs  LAND _____ PENSAM STRANG

Page 37
Location Ventures | Real Estate Platform | Meet Our Team : Location Ventures
https://location.ventures/team/

Work With Us →

Contact

Page 38
Location Ventures | Miami Real Estate Development Platform | Contact Us : Location Ventures
https://location.ventures/contact/



## Contact

HEAD OFFICE

299 Alhambra Cir

INQUIRY

FOLLOW US

Let's work together  Contact us to learn more about our process and opportunities



SEND



Page 1
URBIN Condos | Miami Real Estate
https://urbincondos.com/



## URBIN

VISION   MEMBERSHIP   COMMUNITY   NEWS   SCHEDULE APPOINTMENT

### URBIN OFFERS ACCESSIBLE GLOBAL MOBILITY THROUGH RESPONSIBLE GREEN LIVING AND WORKING IN VIBRANT CENTERS.



THE WAY TO LIVE MORE WELL

## THE VISION

URBIN is designed to address the needs of today's residents, fostering creativity and connection through design-forward residences, an amenity program focused on wellness, and social programming that fosters community.

LEARN MORE ———

**LIVE**
EXTENDED STAY RESIDENCES

**WORK**
TURNKEY WORKSPACE

**WELL**
CULINARY EXPERIENCES AND MOVEMENT CENTER

**OWN**
CONDO OWNERSHIP



INTERIORS

## FEATURES

Each suite is thoughtfully-planned with designer features, built-in furniture and designed to live, work and relax

STUDIO TO SIX-BEDROOMS

FULL BATHROOMS

DESIGNER DECORATED

IN-UNIT LAUNDRY

ENERGY-STAR STAINLESS APPLIANCES



LIFESTYLE

## EXPERIENCE

Alongside well-appointed turnkey residences, URBIN will offer a robust program including flexible office spaces, lifestyle-oriented retail and a wellness space, delivering a truly unique experience

Captured by FireShot Pro 03 January 2023, 13:15:13

Page 2
URBIN Condos | Miami Real Estate
https://urbincondos.com/



VALET AND ONSITE PARKING

GOURMET MARKET AND CAFE

HOUSEKEEPING SERVICES

WELLNESS CENTER

THE RIGHT PLACE

# TWO INITIAL LOCATIONS



MIAMI
BEACH

COCONUT
GROVE



TWO INITIAL LOCATIONS

## THE AREA

A perfect location for URBIN, South Florida is
already attracting the right audience seeking a
place to live work well. The two initial
locations for URBIN are located in the heart
of two vibrant centers placing residents
within walking distance to notable area
landmarks, cultural attractions and world-
class shopping, dining and conveniences.

SCHEDULE AN APPOINTMENT ⟶



LIMITED OWNERSHIP OPPORTUNITIES

# A UNIQUE OPPORTUNITY

This exclusive ownership opportunity at URBIN presents a turnkey experience that truly optimizes the benefits of ownership. With access to the property for 90 nights a year, and a leaseback program, owners have an income generating asset, with the luxuries, services, and amenities of a managed property.

SCHEDULE YOUR PRIVATE APPOINTMENT ——

## DEVELOPED BY LOCATION VENTURES

Location Ventures with One Sotheby's International Realty and a team of renowned architecture and design firms have created the home of tomorrow, today.

LEARN MORE ——

# SCHEDULE A PRIVATE PRESENTATION

URBIN Miami Beach and Coconut Grove are sold out.

Ownership opportunities are limited, contact us to get on the list to learn more about future locations.



| BUYER OR BROKER |
| MIAMI BEACH OR COCONUT GROVE |

| LAST NAME | FIRST NAME |
| --- | --- |
| PHONE | EMAIL |
| CITY | STREET ADDRESS |
| STATE | ZIP | COUNTRY |

| HOW DID YOU HEAR ABOUT US? |

COMMENTS

CONTACT US

## CONTACT US

📞 305-520-7924

✉ INFO@URBINCONDOS.COM

## CONNECT WITH US 📷

Privacy Policy · Terms of Service

# URBIN
ONE SOBE MICO

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-520-7924
✉ INFO@URBINCONDOS.COM
CONNECT WITH US
📷

A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.

DEVELOPED BY LOCATION VENTURES

Page 4
URBIN Condos | Vision
https://urbincondos.com/vision/



URBIN

VISION    MEMBERSHIP    COMING EVENTS    NEWS    SCHEDULE APPOINTMENT

## THE VISION

*URBIN IS A CIRCULAR
COMMUNITY THAT PROVIDES
A RESPONSIBLE, AUTHENTIC
AND PORTABLE LIFESTYLE
CREATED AS A HOME OF
TODAY AND TOMORROW.*

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities
and luxuries to create a destination for residents to live comfortably and provide guests a welcome
experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program
of workspace with private and shared offices.

### SUSTAINABILITY,
MOBILITY
AND
ACCESSIBILITY

The vision of URBIN is to allow for its residents and
community members – living or working – an accessible
environment that offers attractive amenities and the
promise of community, in a desirable location. The future is
an expanded collective of spaces across South Florida with
apartments, bedrooms, restaurants, workspaces, and
wellness for members and owners to live work well

### SOURCE
MARKET AND
TABLE

specialty market offers a selection of the highest-
quality produce, local goods and more sourced organic,
ethical, sustainable and as regenerative as possible,
alongside a fresh all-day cafe serving chef-driven
wholesome food.

- Gourmet Market with Local Goods
- Juice Bar
- All Day Cafe
- Fresh Organic Produce
- Ready Fresh Meals Available

Captured by FlexiShot Pro 03 January 2023, 13:15:19

Page 5
URBIN Condos | Vines
https://urbincondos.com/vision/



## FOUR
## WELLNESS

healing

- Yoga  Pilates Studio
- Stretching Lounge
- Cardio and Weight Training
- Therapy and Treatment Rooms
- Innovative Equipment
- Locker Rooms
- Guided Coaching





### OWNERSHIP OPPORTUNITY

SCHEDULE YOUR PRIVATE APPOINTMENT TODAY TO
LEARN ABOUT LIMITED OWNERSHIP OPPORTUNITIES.

CONTACT US

Page 6
URBIN Condos | Visor
https://urbincondos.com/vision/



### DEVELOPMENT

## THE
## TEAM

is a leading South Florida developer that has collaborated with a team of renowned architecture and design firms, to create the home of tomorrow, today. Through the forward thinking space, Urcat on Ventures presents a new way of ownership to forward-thinking residents.

LEARN MORE ⟶



WATCH THE VIDEO

### EXPERIENCE THE UNIQUE OPPORTUNITY



## SCHEDULE A
## PRIVATE
## PRESENTATION

Inquire today for details about this unique ownership opportunity

SCHEDULE AN APPOINTMENT



**URBIN**

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 (305) 204-1894
✉️ INFO@URBINCONDOS.COM
CONNECT WITH US
⊙

A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.

DEVELOPED BY   LOCATION

Page 2
URBIN Condos | Miami Beach
https://urbincondos.com/miami-beach-real-estate/



URBIN      VISION   MIAMI BEACH   COCONUT GROVE   NEWS    **SCHEDULE APPOINTMENT**

# LIVE WORK WELL
# IN MIAMI BEACH

CONNECTION

# THE
# EXPERIENCE

In the heart of a vibrant scene, URBIN will be the new home for the city's tastemakers. Just steps from white sands, whether for work or fun, spend time in the local neighborhood, have access to a renowned cultural scene and live where the world vacations.

**SCHEDULE AN APPOINTMENT**



Ownership at URBIN means flexibility. Live at URBIN as a full-time resident or place the unit into a managed leaseback, where units will earn an annual return as a short term or long term home for sophisticated guests. Whether it's for a few months or one year, URBIN will manage everything, ensuring benefits that make ownership a truly unique and turnkey experience for everyone.

LEARN MORE ⟶

# LIFESTYLE

A modern mid rise with a stunning rooftop terrace, elevated ocean views and a short walk to the Atlantic Ocean, URBIN Miami Beach brings together the true meaning of live work well with dedicated spaces for work, wellness, culinary experiences, and entertainment.

- Expansive Roof Deck with Resort-style Pool
- Sun Deck
- Poolside Food and Beverage Service
- Rooftop Lounge, Cafe & Cocktail
- Dining Terrace
- Mail And Package Room
- Expansive Shaded Seating Plaza
- Outdoor Terrace for Engaged Relaxation
- Curated Social Programming



Captured by FireShot Pro 03 January 2023, 13:15:25

Page 6
URBIN Condos | Miami Beach
https://urbincondos.com/miami-beach-real-estate/







Page 9
URBIN Condos | Miami Beach
https://urbincondos.com/miami-beach-real-estate/

## SCHEDULE A PRIVATE PRESENTATION

Inquire today for details about this unique ownership opportunity.



SCHEDULE AN APPOINTMENT



URBIN

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
615 791-1194
SALES@URBINCONDOS.COM
CONNECT WITH US

A circular community that provides a responsible authentic and portable lifestyle created as a home of today and tomorrow.

DEVELOPED BY LOCATION

Page 16
URBIN Condos | Coconut Grove
https://urbincondos.com/coconut-grove-real-estate/

URBIN   VISION   MIAMI BEACH   COCONUT GROVE   NEWS   **SCHEDULE APPOINTMENT**

# LIVE WORK WELL
# IN COCONUT GROVE



CONNECTION

## THE
## EXPERIENCE

Blanketed by tropical greenery, this is the place for outdoor living, lush environs and a sail on the bay. A place at URBIN places members in the heart of a vibrant community brimming with world-class restaurants and neighborhood shops and a hub of growing business enterprises that embrace the laid-back style of a waterfront lifestyle. To be here, is to truly understand the beauty of connecting to all things Florida.

**SCHEDULE AN APPOINTMENT**

## THE BEST
## OF BOTH
## WORLDS

Ownership at URBIN means flexibility. Live at URBIN as a full-time resident or place the unit into a managed leaseback, where units will earn an annual return as a short term or long term home for sophisticated guests. Whether it's for a few months or one year, URBIN will manage everything, ensuring benefits that make ownership a truly unique and turnkey experience for everyone.

LEARN MORE ⟶



AMENITIES

## LIFESTYLE

Situated in one of Miami's oldest neighborhood's, URBIN Coconut Grove is a vibrant place where culture lives. Fostering creativity and connection, the amenity rich program will focus on wellness and social programming focused on community.

- Rooftop Pool and Sundeck
- Relaxation Deck
- Food and Beverage Program
- Dining Terrace
- Mail And Package Room
- Indoor/Outdoor Atrium
- Curated Social Programming

Page 11
URBIN Condos | Coconut Grove
https://urbincondos.com/coconut-grove-real-estate/





- In-Unit Laundry System
- Utilities included
- Housekeeping services
- Room service at request





THE AREA

## COCONUT GROVE

Miami's oldest neighborhood is a vibrant enclave full of distinct charm and some of the city's most discerning attractions. Coconut Grove's historic architecture references its bohemian roots while offering a quaint new downtown promenade and an enjoyable local nightlife of quality restaurants and bars. Along the water, the area features one of Miami's largest marinas and the beautiful Peacock Park.

LOCATED IN THE HEART OF THE NEIGHBORHOOD

TWO BLOCKS FROM FAMED COCOWALK

WALKING DISTANCE TO THE BARNACLE

CLOSE TO CULTURAL ATTRACTIONS

NEAR TO MIAMI'S LARGEST MARINA

THE TEAM

Page 13
URBIN Condos | Coconut Grove
https://urbincondos.com/coconut-grove-real-estate/

ARCHITECTURE
**ARQUITECTONICA**

**PAREDES DESIGN**

INTERIOR DESIGN
**A.M STUDIO**



## SCHEDULE A PRIVATE PRESENTATION

Inquire today for details about this unique ownership opportunity

SCHEDULE AN APPOINTMENT



**URBIN**

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
305-999-1464
INFO@URBINCONDOS.COM
CONNECT WITH US

A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.

DEVELOPED BY   LOCATION
VENTURES





Page 14
News · Urbin
https://urbincondos.com/news/



PRESS
URBIN IN WORLD RED EYE



URBIN IN OCEAN DRIVE MAGAZINE



URBIN IN MIAMI TODAY



LOCATION VENTURES LAUNCHES
CONDO VILLAS FOR URBIN MIXED USE
CONDO CO-WORKING LIFESTYLE IN
MIAMI BEACH, ISLAND OF KEY, CORAL...



URBIN IN WORLD RED EYE



URBIN IN SOUTH FLORIDA AGENT



LOCATION VENTURES LAUNCHES
SALES FOR THE FIRST TWO
LOCATIONS OF URBIN



PRESS
LOCATION VENTURES LAUNCHES
SALES OF CO-LIVING PROJECT IN
MIAMI BEACH



URBIN

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
305-985-9564
INFO@URBINCONDOS.COM
CONNECT WITH US

A circular community that provides a
responsible, authentic and portable lifestyle
created as a home of today and tomorrow.

DEVELOPED BY  LOCATION

Captured by FlexiShot Pro 03 January 2023, 13:15:36

Page 15
URBIN Groundbreaking in South Florida Business Journal - Urbin
https://urbincondos.com/urbin-groundbreaking-in-south-florida-business-journal/

URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

UNCATEGORIZED

# URBIN GROUNDBREAKING IN SOUTH FLORIDA BUSINESS JOURNAL

URBIN was recently featured in South Florida Business Journal article titled "URBIN Condo, coworking project breaks ground in Miami Beach"

From the South Florida Business Journal article:

Location Ventures has broken ground on the URBIN Miami Beach condo, coworking and wellness project.

The Coral Gables-based developer is building the six-story project at 1260 Washington Ave. It will feature 69 condos, 20,000 square feet of coworking space, a market, a rooftop bar and pool, and about 5,000 square feet of wellness amenities.

Locations Venture said the condos are fully sold out. They will range from 275-square-foot studios to 1,334 square feet with four bedrooms. The condos are designed in a co-living style, with separated bedrooms and shared kitchen, dining and living areas. The condo will permit both long-term and short-term rentals. It also has a program where owners could lease back the property and stay there up to 90 nights a year with professional management in house.

Prices ranged from $400,000 to $2.4 million.

URBIN Miami Beach was originally proposed as a co-living rental project before shifting to condos

"Following immense sales interest, we are excited to initiate the construction process for the first URBIN location at a ripe moment in Miami Beach's history," said Rishi Kapoor, CEO of Location Ventures. "The property will infuse living, working and wellness into a singular location, while contributing to the quickly evolving, iconic Washington Avenue district."

URBIN Miami Beach should be completed in 2025. Miami-based Winmar Construction is the general contractor and Miami-based Touzet Studio is the architect.

The developer purchased the 33,488-square-foot site in 2021 for $20 million. It is renovating an existing office building into the wellness and coworking center. It demolished a retail building in order to construct the condo.

Location Ventures plans to build the next URBIN project in Miami's Coconut Grove, where it anticipates breaking ground in 2023.

Read on South Florida Business Journal HERE





PREVIOUS
**URBIN GROUNDBREAKING IN YIMBY**



URBIN
LIVE  WORK  WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
909-701-1894
INFO@URBINCONDOS.COM
CONNECT WITH US

A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow

DEVELOPED BY  LOCATION VENTURES

Page 16
URBIN Groundbreaking in YIMBY - Urbin
https://urbincondos.com/urbin-groundbreaking-in-yimby/

# URBIN

VISION     MIAMI BEACH     COCONUT GROVE     NEWS     SCHEDULE APPOINTMENT

PRESS

## URBIN GROUNDBREAKING IN YIMBY

URBIN was recently featured in YIMBY article titled "Location Ventures Breaks Ground on URBIN Miami Beach At 1260 Washington Avenue in South Beach."

From the YIMBY article

Miami-based real estate firm Location Ventures has broken ground on URBIN Miami Beach, a 7-story mixed-use development located at 1260 Washington Avenue in South Beach, Miami Beach. This milestone marks the construction commencement for the mixed-use brand that unites design-forward residences for short- or long-term rental with co-working spaces, wellness amenities, social activations, and lifestyle-oriented retail, all in one central address.

On November 15, Location Ventures, development partners, and city officials gathered at the project site for the official groundbreaking ceremony. Special guests included Miami Beach Mayor Dan Gelber, Washington Avenue Business Development Executive Director Troy Wright, and Miami Beach Commissioner Alex Fernandez.

URBIN Miami Beach is the first property to launch the URBIN brand portfolio, with a second location in Coconut Grove and plans underway to further scale in key U.S. cities. With exclusive sales representation by ONE Sotheby's International Realty, URBIN Miami Beach is comprised of 69 units, which are sold out and attracted a diverse buyer demographic, including Latin America and Europe. URBIN Coconut Grove is set to break ground in 2023, with 90 percent of its residential offerings currently sold.

The URBIN development is the latest addition to the renaissance now underway for Miami Beach's Washington Avenue. Known for its prime location in the epicenter of lively culture, dining and entertainment and just blocks from the beach, efforts led by the local Business Improvement District, City of Miami Beach, and private enterprises have established a healthy pipeline of new businesses and contemporary concepts that will transition the area into its next evolution.

"Following immense sales interest, we are excited to initiate the construction process for the first URBIN location at a ripe moment in Miami Beach's history," said Rishi Kapoor, CEO of Location Ventures. "This property will infuse living, working, and wellness into a singular location, while contributing to the quickly evolving, iconic Washington Avenue district. We selected this site because it represents our brand ethos to increase accessibility and mobility in urban cores."

The turnkey residences at URBIN Miami Beach range from 375-square-foot studios to two- to four-bedroom up to 1,734 square feet, offering city or partial ocean views. Shared spaces, including a common kitchen, dining, and living area, will foster community, collaboration, and networking. Unit owners will have exclusive access to a lease-back program that allows staying on the property for up to 90 nights per year. While away, the residence is professionally managed in-house and available for extended-stay rentals.

A variety of resort-inspired services, such as valet parking, concierge, housekeeping, and room service, will complement onsite amenities to create an environment to "live-work-well." Residents and members of the adjacent URBIN coworking space will enjoy a rooftop with a bar lounge area and green spaces, as well as the wellness center with programming for mindfulness, movement, nourishment, and healing. Food and beverage offerings can be found at the ground-floor café and bar and gourmet market.

Catering to the increased demand for quality office space in Miami Beach, URBIN's dedicated coworking component will bring an elevated level of service to the work experience. In addition to the physical space, coworking members will have access to necessary business support tools, including consulting, administrative and networking services.

URBIN Miami Beach is designed by Touzet Studio, led by Carlos Prio-Touzet and Jacqueline Gonzalez-Touzet. The building's façade will complement the playful energy of Miami Beach, featuring geometric styles and colors found throughout the neighborhood, with a nod to its Art Deco heritage. Its common areas and amenity interiors are curated by Meyer Davis, the award-winning design studio from New York City. The property is two blocks from the beach, steps from Ocean Drive and Lincoln Road, and part of the world's largest Art Deco district.

Winmar Construction is the general contractor.

Read on YIMBY HERE



PREVIOUS
URBIN IN REAL ESTATE WEEKLY



NEXT
URBIN GROUNDBREAKING IN SOUTH
FLORIDA BUSINESS JOURNAL



# URBIN

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US

A reliable framework that provides a
responsible authentic and possible lifestyle
conceived as a home of today and tomorrow

DEVELOPED BY  LOCATION

Page 17
URBIN in Real Estate Weekly · Urbin
https://urbincondos.com/urbin-in-real-estate-weekly/

# URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    SCHEDULE APPOINTMENT

PRESS

## URBIN IN REAL ESTATE WEEKLY

_____ was recently featured in Real Estate Weekly article titled "Location Ventures Break Grounds on URBIN Miami Beach"

From the Real Estate Weekly article:

Location Ventures – the Miami-based, integrated real estate firm that delivers thoughtfully-designed and fully-connected real estate projects – announced today the groundbreaking of URBIN Miami Beach. The milestone marks construction commencement for the first-to-market, mixed-use brand that unites design-forward residences for short- or long-term rental with co-working spaces, wellness amenities, social activations, and lifestyle-oriented retail, all in one central address.

On November 15, Location Ventures, development partners and city officials gathered at the project site, 1260 Washington Ave., for the official groundbreaking ceremony. Special guests included Miami Beach Mayor Dan Gelber, Washington Avenue Business Development Executive Director Troy Wright and Miami Beach Commissioner Alex Fernandez. Guests enjoyed breakfast hors d'oeuvres, freshly brewed coffee and sparkling wine, while learning about the future development.

URBIN Miami Beach is the first property to launch of the URBIN brand portfolio, with a second location in Coconut Grove and plans underway to further scale in key U.S. cities. With exclusive sales representation by ONE Sotheby's International Realty, URBIN Miami Beach is comprised of 60 units, which are sold out and attracted a diverse buyer demographic, including Latin America and Europe. URBIN Coconut Grove is set to break ground in 2023, with 90 percent of its residential offerings currently sold.

The URBIN development is the latest addition to the renaissance now underway for Miami Beach's Washington Avenue. Known for its prime location in the epicenter of lively culture, dining and entertainment and just blocks from the beach, efforts led by the local Business Improvement District, City of Miami Beach and private enterprises have established a healthy pipeline of new businesses and contemporary concepts that will transition the area into its next evolution

"Following immense sales interest, we are excited to witness the construction process for the first URBIN location at a ripe moment in Miami Beach's history," said Reihl Kapoor, CEO of Location Ventures. "The property will infuse living, working and wellness into a singular location, while contributing to the quickly-evolving, iconic Washington Avenue district. We selected this site because it represents our brand ethos to increase accessibility and mobility in urban cores"

The turnkey residences at URBIN Miami Beach range from 275 square-foot studios to two- to four-bedroom up to 1,254 square feet, offering city or partial ocean views. Shared spaces, including a common kitchen, dining, and living area, will foster community, collaboration, and networking. Unit owners will have exclusive access to a lease-back program that allows stay on property for up to 90 nights per year. While away, the residence is professional managed in-house and available for extended stay rentals.

A variety of resort-inspired services, such as valet parking, concierge, housekeeping and room service will complement onsite amenities to create an environment to "live-work-well." Residents and members of the adjacent URBIN coworking space will enjoy a rooftop with a bar lounge area and green spaces, as well as the wellness center with programming for mindfulness, movement, nourishment, and healing. Food and beverage offerings can be found at the ground-floor café and bar and gourmet market.

Catering to the increased demand for quality office space in Miami Beach, URBIN's dedicated coworking component will bring an elevated level of service to the work experience. In addition to the physical space, coworking members will have access to necessary business support tools, including consulting, administrative and networking services.

URBIN Miami Beach is designed by Touzet Studio, led by Carlos Prio-Touzet and Jacqueline Gonzalez-Touzet. The building's façade will complement the playful energy of Miami Beach, featuring geometric styles and colors found throughout the neighborhood, with a nod to its Art Deco heritage. Its common areas and amenity interiors are curated by Meyer Davis, the award-winning design studio from New York City. The property is two blocks from the beach, steps from Ocean Drive and Lincoln Road, and part of the world's largest Art Deco district.

Click HERE to read on Real Estate Weekly

⬡ GROUNDBREAKING   ⬡ PRESS   ⬡ REAL ESTATE WEEKLY                    🔘🔘🔘

PREVIOUS

URBIN IN BISNOW SOUTH FLORIDA DEAL SHEET

NEXT
URBIN GROUNDBREAKING IN YIMBY




# URBIN

LOCATIONS          CONTACT US
TERMS OF USE       📞 305-771-7782
PRIVACY POLICY     ✉️ INFO@URBINCONDOS.COM
CONTACT US         CONNECT WITH US

A circular community that provides a
responsible, authentic, and portable lifestyle
created as a home of today and tomorrow

DEVELOPED BY LOCATION VENTURES

Captured by FireShot Pro: 03 January 2023, 13:15:44

# URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

## URBIN MIAMI BEACH SOLD OUT

URBIN was a thrilled to share that it has sold out in Miami Beach. As recently featured in PROFILEmiami, "Location Ventures Announces Sellout Of Urbin Miami Beach Mixed-Use Condo, Co-Working Lifestyle Project", URBIN completed sell out of the project in May.

From The Article

The Miami-based _____, an integrated real estate platform that delivers thoughtfully designed and fully-connected residential and mixed-use projects, has announced the sell-out of URBIN Miami Beach. The mixed-use development will deliver a combination of 69 turnkey residences, coworking space, and ground-floor retail at 1260 Washington Avenue, an area of Miami Beach with revitalization underway. The project, exclusively represented by ONE Sotheby's International Realty, commanded an average price of $1,350 per square foot for its residences comprised of micro-style units, comparable to nearby luxury condominiums. The property is slated to break ground this summer and is anticipated to deliver by 2025, once constructed by Winmar Construction.

When complete, URBIN will join the renaissance and expansion currently underway on Washington Avenue and Commodore Plaza – two streets situated in two of the city's most thriving and in-demand districts. URBIN Miami Beach, designed by architect Touzet Studio and New York interior design studio Meyer Davis, will offer turnkey residences that include 375 square-foot studios, as well as two- to four-bedrooms up to 1,334 square feet. There will be a variety of shared spaces, including an indoor/outdoor living area to foster community. South Florida style. Units are part of a leaseback program that allows owners to stay on property for up to 90 nights per year. While away, the fully furnished residence generates income as part of a managed rental system.

"This sellout showcases the continued demand for an all-in-one product, geared toward professionals who work remote and travel frequently," said Rishi Kapoor, CEO of Location Ventures. "The price per square foot is a sign of the times, where high-quality product is dominating the market."

URBIN is a first-to-market, mixed-use brand that unites design-forward residences for short- or long-term rent with an all-inclusive wellness amenity programming, social activations, lifestyle-oriented F&B outlets and an adjacent co-working space, all in one central address. The URBIN portfolio includes URBIN Miami Beach, as well as URBIN Coconut Grove, where residential areas are also underway with 80 percent presold in the transformative neighborhood.

URBIN is backed by investors David Martin, CEO of Terra Group; Rudy Touzet, CEO of Banyan Street Capital; the Murphy family of Coastal Construction; former New York Jets and New Orleans Saints linebacker Jonathan Vilma; Gabriel Navarro, Marcel Navarro and Martin Pico of MMG Equity Partners; Marty Halpern of United Transactions; and a group of owners from Location Ventures.

URBIN is designed to address the needs of today's residents, fostering creativity and connection through design-forward residences, an amenity program focused on wellness, and social programming that fosters community.

### The Way To Live Work Well

Each URBIN is an oasis; a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com | 305.526.4691

Read more from the PROFILEmiami article HERE



PREVIOUS

**URBIN IN GOBANKINGRATES**

NEXT
**URBIN MIAMI BEACH BREAKS GROUND** 



# URBIN

LOCATIONS          CONTACT US

TERMS OF USE       📞 305.501.1844

PRIVACY POLICY     ✉ INFO@URBINCONDOS.COM

CONTACT US         CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  LOCATION
              VENTURES

Page 19
URBIN Miami Beach Breaks Ground - Urbin
https://urbincondos.com/urbin-miami-beach-groundbreaking-recap/

## URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    SCHEDULE APPOINTMENT

PRESS

# URBIN MIAMI BEACH BREAKS GROUND



celebrated its groundbreaking on Tuesday, November 5. Guests, including city officials, luxury real estate brokers, and community leaders, joined for an intimate gathering onsite. URBIN is proud to take the next step in development of 69 turnkey residences, coworking space, and ground-floor retail located on 260 Washington Ave.

### The Way To Live Work Well

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com : 305.526.4691





PREVIOUS
**URBIN MIAMI BEACH SOLD OUT**

NEXT
**URBIN IN BISNOW SOUTH FLORIDA DEAL SHEET**





## URBIN

Captured by FireShot Pro: 03 January 2023, 13:15:47



## URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

# URBIN IN BISNOW SOUTH FLORIDA DEAL SHEET

URBIN was recently featured in Bisnow weekly South Florida Deal Sheet.

From the article

**Construction & Development**

Coral Gables developer Location Ventures broke ground on its latest project, URBIN Miami, a mixed-use coworking, wellness and condominium complex in Miami Beach.

The 34K SF, six-story project is located in the heart of South Beach at 1260 Washington Ave. It will offer 20K SF of coworking space, a 5K SF wellness center and 69 condominiums, South Florida Business Journal reports.

The condos range between 275 SF studios and 1,334 SF four-bedroom units. Both long-term and short-term rental arrangements will be permitted. Additionall, owners have the option to lease back their units with annual live-in flexibility of up to 90 days

Prices begin at $400K and go up to $2.4M. The development is slated to be delivered in 2025.

## The Way To Live Work Well

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices

info@urbincondos.com · 305.526.4691

Read more from the Bisnow article HERE

PREVIOUS
**URBIN MIAMI BEACH BREAKS GROUND**

NEXT
**URBIN IN REAL ESTATE WEEKLY**



## URBIN
LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-701-1694
✉️ INFO@URBINCONDOS.COM

CONNECT WITH US
📷

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY   **LOCATION** VENTURES

Page 21
URBIN in GoBankingRates - Urbin
https://urbinfondos.com/urbin-in-gobankingrates/

URBIN    VISION   MIAMI BEACH   FORT LAUDERDALE   NEWS   SCHEDULE APPOINTMENT

PRESS

# URBIN IN GOBANKINGRATES

URBIN was recently featured in GoBankingRates article titled "Homebuyers Are Leaving These 5 Big Cities, Relocating to These 5 Big Cities – Experts Weigh In"

From the article

The pandemic has people itching to move. Of course, there is always some percentage of people who are looking to relocate anyway, but a recent report from Redfin shows the share of homebuyers searching for a new place to call home is up substantially since COVID-19 first turned our world upside down.

## So Long, San Fran, LA, NYC, Seattle and D.C. — Hello Miami, Phoenix, Tampa, Sacramento and Vegas!

## Expert Analysis

## Cost Plays a Big Role

## Policy Also Matters

## Climate Change Is a Growing Concern

## People Are Staying Closer to Home Than Expected

## More Than Anything, Quality of Life Matters

Read more from the GoBankingRates article HERE





PREVIOUS
URBIN IN YAHOO FINANCE



NEXT
URBIN MIAMI BEACH SOLD OUT



URBIN

Page 23
URBIN In MSN - Urbin
https://urbincondoo.com/urbin-in-msn/

# URBIN

VISION     MIAMI BEACH     COCONUT GROVE     NEWS     **SCHEDULE APPOINTMENT**

PRESS

## URBIN IN MSN

URBIN was recently featured in MSN online publication titled "Argentineans are consolidated as the main buyers of condo hotels in Miami".

One of the most outstanding aspects of this type of property is that it allows for yields of up to 7% per year on the purchase price.

"The trend is also due to new real estate investment models, where investors can recieve rental income in addition to being able to enjoy the properties as they choose," the report says.

It also explains that the Condo-Hotels are ratified as the main investment attraction "because they are a way of buying that allows the owner to use the property as a space for personal use, and, at the same time, consider the option of renting allows you to generate additional income.

In this regard, Fernando de Núñez y Lugones, executive vice president and economist at ONE Sotheby's International Realty, mentions that, in the midst of the crisis generated by Covid-19, Argentines see a great opportunity to shield their interests in safer investments in the face of uncertainty present in the country.

"Opportunities now arise in projects that focus on generating spaces so that their residents can live and work in places specifically designed for it," adds the executive who also leads the URBIN Miami Beach & Coconut Grove sales team, a new wellness concept for living and work.

URBIN is designed to address the needs of today's residents, fostering creativity and connection through design-forward residences, an amenity program focused on wellness, and social programming that fosters community.

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspaces with private and shared offices.

info@urbincondoo.com   305.521.4691

Read more from the Spanish MSN article HERE

PREVIOUS
**URBIN IN PERFIL NEWS**

NEXT
**URBIN IN YAHOO FINANCE**




# URBIN

LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICE
CONTACT US

CONTACT US
305-521-4691
INFO@URBINCONDOO.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY   LOCATION

Captured by FireShot Pro: 03 January 2023, 13:15:52

Page 23
URBIN in Yahoo Finance - Urbin
https://urbincondos.com/urbin-in-yahoo-finance/

URBIN

VISION   MIAMI BEACH   COCONUT GROVE   NEWS   SCHEDULE APPOINTMENT

PRESS

# URBIN IN YAHOO FINANCE

URBIN was recently featured in Yahoo Finance article titled "Miami: Argentines rank first in international real estate transactions in South Florida"

From the article:

One of the most outstanding aspects of this type of property is that it allows yields of up to 7% per year on the purchase price.

"The trend is also due to new real estate investment models, where investors can receive rental income in addition to being able to enjoy the properties as they choose," the report says. It also explains that the Condo-Hotels are notified as the main investment attraction "because they are a way of buying that allows the owner to use the property as a space for personal use, and, at the same time, consider the option of renting allows you to generate additional income.

In this regard, Fernando de Núñez y Lugones, executive vice president and economist at ONE Sotheby's International Realty, maintains that in the midst of the crisis generated by Covid-19, Argentines see a great opportunity to shield their interests in safer investments in the face of uncertainty, present in the country. "Opportunities now arise in projects that focus on generating spaces so that their residents can live and work in places specifically designed for it," adds the executive who also leads the URBIN Miami Beach & Coconut Grove team, a new wellness concept for living and work

The incessant flow of tourists to Miami also boosts real estate investments by Argentines in the area.
For Núñez and Lugones, "this type of condo-hotel is intended for those who seek to relax, rest and reconnect through complete programs that provide well-being while living and working, taking advantage of unique spaces, specialized stores, gourmet markets and wellness centers." To this is added that the buyer can enjoy up to 90 days of a home that brings together the comfort of a home, "as well as the possibility of renting a space that offers the special treatment that its tenants deserve."

The expert recalls the features that this concept offers such as valet parking and concierge service, outdoor seating areas, Housekeeping, food and drink outlets, terrace with swimming pool, lounge bar and green spaces, Co-working area with consulting services and work tools.

URBIN is designed to address the needs of today's residents, fostering creativity and connection through design-forward residences, an amenity program focused on wellness, and social programming that fosters community.

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and private guests a welcome experience. To live work rest at URBIN, residents have access to a wellness center, a market, and a full program of workspaces with private and shared offices

info@urbincondos.com · 305.526.467

Read more from the Spanish Yahoo Finance article HERE

PREVIOUS
URBIN IN MSN

NEXT
URBIN IN GOBANKINGRATES





URBIN
LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
305-701-1694
INFO@URBINCONDOS.COM
CONNECT WITH US

A circular community that provides a
responsible, authentic and portable lifestyle
created as a home of today and tomorrow.

DEVELOPED BY   LOCATION
VENTURES

Captured by FireShot Pro: 03 January 2023, 13:15:54

Page 24
URBIN In Perfil News - Urbin
https://urbincondos.com/urbin-in-perfil-news/



# URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

## URBIN IN PERFIL NEWS

_____ was recently featured in Perfil weekly in article titled "Argentines are consolidated as the main buyers of condo hotels in Miami"

The crisis generated by the pandemic, added to the political uncertainty in Latin America and strengthened an investment trend among Argentines to acquire condo-hotels in Miami. This is due to the economic stability they represent and the legal soundness of the transaction."

In the midst of the crisis generated by COVID-19, Argentine investors see a great opportunity to shield their interests in safer investments in the face of the uncertainty present in their country. Opportunities now arise in projects that focus on generating spaces so that their residents can live and work in places designed specifically for it", says Fernando de Núñez y Lugones, Executive Vice President and Economist at ONE Sotheby's International Realty who leads the URBIN Miami Beach & Coconut Grove team

The Condo-Hotels are positioned as an attractive investment because they are a way of buying that allows the owner to use the property as a space for personal use, and, at the same time, consider the option of a rental that allows him to generate additional income.

URBIN is designed to address the needs of today's residents, fostering creativity and connection through design-forward residences, an amenity program focused on wellness, and social programming that fosters community.

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspaces with private and shared offices.

info@urbincondos.com · 305.526.4697

Read more from the Perfil article HERE

PREVIOUS
**URBIN IN EL ECONOMISTA**

NEXT
**URBIN IN MSN**



# URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

# URBIN IN BISNOW

URBIN was recently featured in Bisnow article titled "South Florida CRE Leaders on What's To Come in 2022"

From the article

The past two years have been hectic, to say the least, with the coronavirus pandemic upending lives and markets around the globe. Among the regions that fared better than others is South Florida, which emerged relatively unscathed

Regional commercial real estate experts are now looking ahead to 2022, and they spoke with Bisnow regarding what's on tap for the new year. These comments have been lightly edited for style and clarity

**Rishi Kapoor, CEO, Location Ventures**

"The future is Flex. In both the residential and commercial market, the desire for flex space grew significantly over the past year and I anticipate it will further take hold in 2022. There are still several unknown factors, from corporate coworking to hybrid schedules, to world health, that are preventing companies from making long-term decisions and flex is an opportunity that fits. For employers and entrepreneurs, the ability to work from anywhere, and the growing acceptance to do so, is also fueling demand for flex office space. We're seeing a similar trend in residential markets. A large segment of renters is moving away from signing annual leases in search of furnished apartments with flexible terms, allowing them to live in one city for a few months and then another, all while maintaining digital connectivity. The rise in short-term rental projects has already been seen locally and I foresee that it will continue, especially with the new projects planned."

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com | 305.526.4691

Read more from the Bisnow article HERE



PREVIOUS

**URBIN IN SOUTH FLORIDA BUSINESS JOURNAL**

NEXT
**URBIN IN EL ECONOMISTA**




# URBIN
LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-701-1894
✉ INFO@URBINCONDOS.COM
CONNECT WITH US
📷

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  **LOCATION** VENTURES



**URBIN**     VISION     MIAMI BEACH     CORONET GROVE     NEWS     SCHEDULE APPOINTMENT

PRESS

# URBIN IN EL ECONOMISTA

URBIN was recently featured in El Economista article titled "The Real Estate Market In The US is becoming an attractive option for Mexican Buyers".

From the article.

The real estate market in this United States, especially in luxury segment is experiencing significant dynamism, where prices, low-interest rates, and other circumstantial factors have boosted demand while the supply has lagged behind.

According to an analysis by mortgage giant Freddie Mac, from 2018 to date the housing deficit in the United States has increased more than 50% to currently stand at 3.8 million units, while the price of unit sales across the US have risen about 15% in recent months to currently stand at around $340,000.

Real estate professionals in the United States have agreed that this situation could be perceived as worrying, however, it is a great opportunity for foreigners, mainly Mexicans, who seek to protect their positions in safe investments in the face of the economic situation.

"People are coming to the United States wanting to buy because there have been changes in the Latin American region. In Chile, Peru, Mexico, there was a significant outflow of capital and a percentage of that capital is going to end up in the real estate market", explained Fernando de Núñez y Lugones, executive vice president of the Development Division of the ONE Sotheby's International Realty agency.

In an interview, De Núñez highlighted that the Miami, Florida, market has triggered the interest of Mexicans, especially in projects with a value of more than 1,500,000 dollars, since, during the last year, Mexicans went from tenth to fourth place in the ranking of international real estate buyers in that state with acquisitions totaling more than 420 million dollars.

"Mexicans are present in all segments, but they are always buying well-located and high-quality products," said the director of the URBIN luxury segment project's sales agency. De Núñez commented that, according to his experience, half of the Mexicans who buy a home in the United States do so in order to have a permanent residence, while 25% do so to settle partially and the other 25 % for investment purposes.

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com : 305 526 4691

Read more from the El Economista article HERE




PREVIOUS
**URBIN IN BISNOW**


NEXT
**URBIN IN PERFIL NEWS**

**URBIN**

LOCATIONS          CONTACT US          A circular community that provides a
TERMS OF USE        📞 305 761 0094        responsible, authentic and portable lifestyle
PRIVACY POLICY      ✉ info@urbincondos.com  created as a home of today and tomorrow.
CONTACT US          CONNECT WITH US
                    DEVELOPED BY  LOCATION

## URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

# URBIN IN SOUTH FLORIDA BUSINESS JOURNAL

_____ was recently featured in the South Florida Business Journal article titled "Renter Nation" detailing the rapid rise in cost of living burdening South Florida's workforce – and soon its employers.

From the article:

One way to make apartments more affordable is to live with roommates, a trend Miami-based Location Ventures aims to tap into with its URBIN brand. The developer has co-living and coworking projects under development in Coral Gables, Miami Beach and Coconut Grove, with another planned in Fort Lauderdale. The company will rent by the bed for just over $1,000 a month and sell other on-site services, such as wellness plans.

"Our thesis is to put people in the heart of the most in-demand submarkets, right in the urban center," CEO Rishi Kapoor said. "The trade-off is a smaller footprint for personal space, but they have the amenity that is the community."

However, not all cities allow co-living. Kapoor said cities should embrace creativity in housing design to enhance affordability and allow more of the workforce to live here.

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com : 305.576.4691





PREVIOUS
**URBIN IN CONDO BLACKBOOK**

NEXT
**URBIN IN BISNOW**




## URBIN
LIVE  WORK  WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305-701-1894

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  **LOCATION** VENTURES

# URBIN

VISION     MIAMI BEACH     COCONUT GROVE     NEWS     **SCHEDULE APPOINTMENT**

PRESS

## URBIN IN ALLWORK

URBIN was recently featured in AllWork article titled "Real Estate Platform Launches Mixed-Use Residential Product".

From the article:

Real estate platform company Location Ventures has launched its new mix-use residential product called URBIN in Miami Beach and Coconut Grove.

URBIN incorporates residential spaces with short- or long-term leases, as well as access to coworking spaces, wellness amenity programs, retail, and more all in one location.

Presales for URBIN's condos at its Miami Beach location have begun and so far the company has pre-sold 60% of its space within the first 30 days. Presales for its Coconut Grove location are expected to initiate soon, with the firm planning to expand its services across major markets in the U.S.

URBIN's residential units in Miami Beach feature a variety of floor plans ranging from 275 square-foot studios to four-bedroom units up to 1,334 square feet. The Coconut Grove location will feature spaces ranging from 334 square feet to 2,352 square feet.

"URBIN celebrates a new way of living by bringing people together through home, work, and wellness in a single setting," said Rishi Kapoor, CEO of Location Ventures. "Through integrating quality design, technology, wellness and social programming, we're hoping to foster community and enable a high- quality of life in these city-centric 'urban' neighborhoods."

URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more. 


PREVIOUS
**URBIN IN MIAMI TODAY**


NEXT
**URBIN IN CONDO BLACKBOOK**



# URBIN
LIVE. WORK. WELL.

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-701-1694
✉ INFO@URBINCONDOS.COM
CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY   LOCATION
VENTURES

Page 29
URBIN in Condo BlackBook - Urbin
https://urbincondos.com/urbin-in-condo-blackbook/

PRESS

# URBIN IN CONDO BLACKBOOK

URBIN was featured in Condo BlackBook Miami's New and Pre-Construction Condo Update.



Amid this Miami's luxury housing market, the pre-construction condo market is a hotbed of activity. This October, Urbin Miami Beach and La Baia launched sales. Two new condos were proposed, with one being a non-profit development in Little Havana. Aria Reserve, Lofty Brickell, and a 36-story Edgewater condo cruised through approvals to meet the heightened demand brought on by lifting of travel bans and continued migration of businesses to South Florida. Related Group revealed Casa Bella Residences as a rebrand. And, another bulk buyout took place close in Coral Gables as developers look for developable land.

Location Ventures launched sales on one of its mixed-use, co-living condo projects planned for Miami Beach. Located at 1260 Washington Avenue, Urbin Miami Beach was 60% pre-sold in just the first 30 days of marketing. Designed by Touzet Studio, with interiors and common spaces by New York's Meyer Davis Studio, the condo project is expected to feature fewer than 100 units.

The development will include a renovated 33,488-square-foot building plus a brand-new 44,000-square-foot building. Units will range from studios to two- and four-bedroom condos.

Following the success of this initial launch, developer Location Ventures plans on launching sales for URBIN Coconut Grove soon. Designed by Arquitectonica and Paradex Architects, the co-living/co-working complex will sit next to CocoWalk at 3162 Commodore Plaza. The development will include the conversion of a nearly 33,000-square-foot commercial building, a 5,000-square-foot restaurant, and 25,450-square-foot property, along with ground-up development. Units at Urbin Coconut Grove will range from 32-square-foot studios to 1,362-square-foot six-bedroom condos.

With its first two locations planned for Miami, Urbin is a first-of-its-kind, mixed-use brand dedicated to creating spaces where one can live, work, and seek wellness. Each property will offer a membership-based platform and units condos with all-inclusive, co-working spaces, wellness amenities, social activations, plus lifestyle-oriented retail.

All URBIN properties are planned to feature design-forward, turnkey rental residences with a select number available for purchase. Owners of the private residences will be able to use their homes for up to 90 nights per year. During their time away, the residence will be professionally managed by URBIN and made available for rent through the property's exclusive lease-back program.

Amenities planned for Urbin Miami Beach include a rooftop pool deck with green spaces and lounge areas, a wellness center with programming for mindfulness, movement, nourishment, and healing, plus service-driven amenities such as housekeeping, room service, and valet.

Construction of both Urbin projects in Miami Beach and Coconut Grove could begin this November and be completed within 14 months of groundbreaking. Prices start at $400,000 with a choice of studios, two-, three-, and four-bedroom residences.

Read More From Condo BlackBook

PREVIOUS
**URBIN IN ALLWORK**



NEXT
**URBIN IN SOUTH FLORIDA BUSINESS JOURNAL**



**URBIN**
LIVE WORK WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
305-701-1894
info@urbincondos.com

CONNECT WITH US

A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.

DEVELOPED BY  LOCATION VENTURES

Captured by FireShot Pro 03 January 2023, 13:16:04



PRESS

# URBIN IN WORLD RED EYE



URBIN is a community that provides thoughtfully designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspaces with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more.





PREVIOUS
URBIN IN OCEAN DRIVE MAGAZINE



NEXT
URBIN IN MIAMI TODAY



Captured by FireShot Pro: 03 January 2023, 13:16:06

PRESS

# URBIN IN OCEAN DRIVE MAGAZINE

URBIN was recently feat[illegible] between [illegible] new con[illegible]

From the article:

Over the past two years, many people have opted out of taking the daily commute to the office and have chosen to work from home instead. URBIN is a new community tailored to [illegible] new [illegible] Miami Beach [illegible] a feel-the-pace of [illegible] where [illegible] size from a studio to six bedrooms.

URBIN is working alongside leading South Florida developer, Location Ventures to transform their concept into a reality. URBIN crafted their living spaces to fit the schedule of a digital nomad; tenants can stay at a condominium for 90 days at a time, and URBIN will fill the room with other tenants in the meantime. The two newly announced South Florida buildings include Coconut Grove and Miami Beach, but the group is not stopping there. They plan on expanding to over 100 buildings in the US over the next decade.

As remote work has now become a more permanent reality, the only thing a person needs to clock in is a WiFi signal. Each of URBIN's buildings contain ample workspaces, [illegible] markets, wellness centers and restaurants. URBIN is the perfect place to get work done, grocery shop, workout and dine out all in one place.

URBIN prides itself on catering their developments towards the needs of working professionals. Their work spaces provide a quiet and [illegible] area to get the job done all [illegible] comfort [illegible] your own home. They also have [illegible] collaborative offices for the guest's disposal, perfect for [illegible] personal work [illegible]. There are also advanced technology meeting and presentation [illegible] perfect for a Zoom conference or PowerPoint presentation.

In need of a quick pick me up in between meetings? Look no further than the on-site café serving fresh drinks and snacks daily. They also have beautiful dining terraces, looking out over Miami's coast.

Not only does URBIN boast luxurious work and dining spaces, they also have many [illegible] amenities such as their rooftop pools. The infinity-style pool has a resort style sundeck, [illegible] poolside food and beverage services. URBIN also has a rooftop lounge and café, perfect for an evening treat.

URBIN's newly announced Miami communities are going to be a great addition to the ever evolving city. Be sure to [illegible] urbincondos.com for more information.

[illegible] to read the article in Ocean Drive Magazine.

URBIN is a community that [illegible] thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcoming experience. To live, work well at URBIN, residents have access to a wellness center, a [illegible] program [illegible] workspace with [illegible] and shared offices alongside a suite of designer ready residences. Contact us today to learn more.

URBIN IN SOUTH FLORIDA AGENT

URBIN IN WORLD RED EYE

Captured by FireShot Pro 08 January 2023, 13:14:08

Page 32
URBIN in Miami Today – Urbin
https://urbincondos.com/urbin-in-miami-today/

PRESS

# URBIN IN MIAMI TODAY

URBIN Miami Beach was recently featured in Miami Today article titled "65 Flex Work-Live Units Planned on Washington".

From the article:

A new way to flex live and work is soon coming to Miami Beach, and developers say it will change the "work from anywhere" lifestyle.

URBIN Miami Beach at 1260 Washington Ave. is planned for 65 units for sale where owners can use their unit for up to 90 nights yearly and while away rent it out through the building's leaseback program, said Rishi Kapoor, a local real estate developer who is launching URBIN.

"We are currently in the predevelopment phase and plan to begin the renovation in 2032 and deliver the project by 2025," Mr. Kapoor said.

The project site includes an existing 33,488-square-foot property that is to be renovated, with an additional ground-up development building of 44,600 square feet. Residents are also to have access to dedicated spaces for work, wellness, culinary experiences, and entertainment.

All rentals are to be professionally managed in-house by the URBIN team, controlling cost and quality but the co-working portion of the property can be utilized by anyone, not just URBIN residents, added Mr. Kapoor, who is also the CEO of Location Ventures, which is heading the URBIN buildings.

"After embracing the work-from-anywhere lifestyle over the last year and a half, people are searching for flexibility when it comes to where they live and work," he said. "I anticipate this trend is going to continue, which is why we're integrating flexible short- and long-term furnished rentals as part of the URBIN operating model and dedicated co-working space."

Fewer companies today want to commit to long-term leases because physical office needs are still changing in a hybrid environment, said Mr. Kapoor, who is developing another URBIN building at 3162 Commodore Plaza in Coconut Grove.

"Miami Beach is one of the most iconic neighborhoods in the world. We identified locations for URBIN that are the epicenter of social activity and culture where there is already demand from people looking to live and work there," he said.

"The transformation underway on Washington Avenue to bring new hotels and retail made it the ideal fit for the brand's first location."

URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more.





PREVIOUS
URBIN IN WORLD RED EYE



NEXT
URBIN IN ALLWORK



Page 33
LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-WORKING LIFESTYLE IN MIAMI BEACH AND COCONUT GROVE - Urbin
https://urbincondos.com/location-ventures-launches-condo-sales-for-urbin-mixed-use-condo-co-working-lifestyle-in-miami-beach-and-coconut-grove/

URBIN        VISION    MIAMI BEACH    COCONUT GROVE    NEWS    SCHEDULE APPOINTMENT

NEWS

# LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-WORKING LIFESTYLE IN MIAMI BEACH AND COCONUT GROVE

The desire to live and work in city centers throughout the world is often met with challenges in accessibility, mobility, and sustainability. Until now. Location Ventures - a Miami-based, integrated real estate platform that delivers thoughtfully-designed and fully-connected residential and mixed-use projects - announced today the launch of residential sales for URBIN. A first-to-market, mixed-use brand, URBIN unites design-forward residences for short- or long-term rent with all-inclusive co-working spaces, wellness amenity programming, social activations, and lifestyle-oriented retail all in one central address.

URBIN has initiated condo sales for its first location in Miami Beach, marking the first phase of the brand's official launch with 30 percent pre-sold in the first 30 days. The launch of presales for a second location in Coconut Grove will immediately follow to meet growing demand. The brand will further scale with additional locations in key markets throughout the U.S., designing each to fit into the context of its carefully selected setting.



David de la Vega, Rishi Kapoor, & Fernando de Nuñez y Lugones

With exclusive sales and marketing representation by ONE Sotheby's International Realty, URBIN presents turnkey units, designed in a collective wing style. Priced from $400,000, residences will be available in diverse floor plans. In Miami Beach, studios will start at 276 square feet and expand to spacious multi-room residences that range from two- to four-bedrooms at up to 1,394 square feet. In Coconut Grove, residences range from studios at 331 square feet to six-bedrooms at 2,354 square feet. Both locations will feature fewer than 100 units to allow for a tailored and more private living experience.

As an opportunity to earn property in one of the world's most sought destinations through URBIN, owners will have exclusive access to a lease-back program with the dual freedom to stay on property for up to 30 nights per year. While away, the residence is professionally managed by the brand and sublette for rent.

"URBIN celebrates a new way of living by bringing people together through home, work, and wellness in a single setting," said Rishi Kapoor, CEO of Location Ventures. "Through integrating quality design, technology, wellness and social programming, we're hoping to foster community and enable a high-quality of life in these city-centric 'urbin' neighborhoods."



Mayor Francis X Suarez

URBIN residences will offer various layouts and provide a selection of shared spaces per unit, such as a common kitchen, dining and living area. The contemporary-designed condos are fully furnished and include efficient layouts to maximize space, while featuring high-end fixtures and Energy-Star stainless steel appliances, and plenty of storage space. Enticing service-driven amenities, such as housekeeping, room service, and valet are complemented by on-site food and beverage venues, a wellness center with programming for mindfulness, movement, nourishment, and healing, and a rooftop pool deck with green spaces and lounge areas.

From owners of large enterprises to remote workers, URBIN's co-working space brings a heightened level of service to the work experience. Members are given access to bespoke support tools, including consulting, administrative and networking, to further drive their business goals. Those who utilize the space are not required to live on property; however, members who both live and work at URBIN unlock exclusive rates.

Page 34
LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-WORKING LIFESTYLE IN MIAMI BEACH AND COCONUT GROVE - Urbin
https://urbincondos.com/location-ventures-launches-condo-sales-for-urbin-mixed-use-condo-co-working-lifestyle-in-miami-beach-and-coconut-grove/



URBIN Miami Beach, located at 1260 Washington Ave, is designed by Touzet Studio  led by Carlos Pino-Touzet and Jacqueline Gonzalez-Touzet. The building's façade will complement the playful energy of Miami Beach, featuring geometric styles and colors found throughout the neighborhood and with a nod to its Art Deco heritage. Its common area and amenity interiors are curated by Mayer Davis, the award-winning design studio from New York City. The property will  redesign a complete renovation to the existing 35,288-square-foot site, in addition to the ground-up development of a 44,000-square-foot building.

URBIN's second location is at 3562 Commodore Plaza in Coconut Grove, a less than five-minute walk from the newly-unveiled CocoWalk. Arquitectonica and Paradise Architects designed the exterior to integrate seamlessly with the contemporary new builds in the surrounding area. The residences will feature interior design by zen studio, a boutique design collaborative committed to creating cohesive resourceful and artful spaces. The development of URBIN Coconut Grove will include the conversion of a nearly 59,000-square-foot, commercial building, roughly 5,000-square-foot restaurant, and 15,490-square-foot property, as well as a ground-up development.

URBIN will join the renaissance and expansion in creatly underway on Washington Avenue and Commodore Plaza – two streets situated in two of the city's most thriving and in-demand districts. The sales launch of URBIN aims to reach both domestic and international investors attracted to South Florida by providing a unique  re-work-rest offering in the market.

For more information, please visit                     or call 305.374.7474.



The lucrative ownership opportunity to URBIN presents a turnkey experience that truly maximizes the benefits of Miami real estate ownership.

### About URBIN

URBIN is a first-to-market, mixed-use brand with properties situated in renowned locations, offering an authentic, responsible, and flexible lifestyle when living and working in city centers. The first two locations will be in Miami Beach and Coconut Grove, Florida, with additional locations in key U.S. markets forthcoming. URBIN, developed by Location Ventures, the Miami-based real estate investment and development firm, has a vision to create places where one can live, work, and seek wellness in the heart of coveted neighborhoods. Each property will feature a membership-based platform and unite condos with all inclusive co-working spaces, wellness amenities and programming, social activations and lifestyle-oriented retail. URBIN features design-forward, turnkey rental residences with a select number available for purchase. Owners can enjoy their abode for personal use, for up to 90 nights per year, while away, the residence is professionally managed by the brand and available for rent through the property's exclusive lease-back program. Exclusive sales and marketing for URBIN residences is by ONE Sotheby's International Realty.

URBIN is backed by investors David Martin, CEO of Terra Group; Rudy Touzet, CEO of Banyan Street Capital; the Murphy family of Coastal Construction, for new New  York Jets and New Orleans Saints linebacker Jonathan Vilma, Gabriel Navarro, Marcel Navarro and Marlon Pace of MMG Equity Partners, Verity Halpern of United Transactions; and a group of owners from Location Ventures.

Page 25
LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-WORKING LIFESTYLE IN MIAMI BEACH AND COCONUT GROVE - Urbin
https://urbinstudios.com/location-ventures-launches-condo-sales-for-urbin-mixed-use-condo-co-working-lifestyle-in-miami-beach-and-coconut-grove/



**About Location Ventures**

Location Ventures is an integrated real estate platform that provides comprehensive investment, development, management, marketing, and sales for residential and mixed-use properties in the South Florida market and beyond. Location Ventures invests in one-of-a-kind living experiences that make the highest and best use of unique development locations. The company's more than $600 million portfolio consists a mix of ultra-luxury single-family homes, boutique condominiums, and an urban-centered mixed-use project where young professionals live and work at one address.

**About ONE Sotheby's International Realty**

ONE Sotheby's International Realty is South Florida's premier source for luxury real estate and development opportunities with 17 offices spanning from Miami and Key Biscayne to Palm Beach and Stuart. Since its inception in 2008, ONE SIR has recruited more than 800 of the world's most passionate and well-connected agents, backed by a global brand with a heritage of unsurpassed quality, value and trust. ONE Sotheby's International Realty's direct affiliation with Sotheby's Auction House and Sotheby's International Realty has offered the company unparalleled global reach – an attribute sellers reap the full benefit of as their homes receive prime exposure to a network of more than 22,000 associates in 70 countries and territories across 960 offices. In addition to its luxury brokerage division, the firm also offers a development sales division representing some of South Florida's most successful and prestigious condo developments with a total inventory of over $5.5 billion. With a vision rooted in providing exceptional service, superior market knowledge and the latest technology, ONE Sotheby's International Realty is dedicated to giving extraordinary lives a home to thrive.



Rishi Kapoor, Jorge Guillermo, Mirada Kuchman, & Fernando de la Paz y Lugones



Rishi Kapoor & Mayor Francis X. Suarez

Page 26
LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-WORKING LIFESTYLE IN MIAMI BEACH AND COCONUT GROVE - Urbin
https://urbincondos.com/location-ventures-launches-condo-sales-for-urbin-mixed-use-condo-co-working-lifestyle-in-miami-beach-and-coconut-grove/



Urbin Sales Team – Ignacio Gonzalez, Ximena Bañados, Lorena Milian, Christoanne Leon, Lilo Santiago, Elena Krupoveritova, Bridge Valendola



Sergio Charterisi, Fernando de Nuñez y Lugones, Elena Krupoveritova, Thomas Grimshaw, & Byron Kuschoi



An Sanchez & Yaiza V Mena

Page 32
LOCATION VENTURES LAUNCHES CONDO SALES FOR URBAN MIXED-USE CONDO, CO-WORKING LIFESTYLE IN MIAMI BEACH AND COCONUT GROVE - Urbia
https://urbincondos.com/location-ventures-launches-condo-sales-for-urban-mixed-use-condo-co-working-lifestyle-in-miami-beach-and-coconut-grove/





Page 38
LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-WORKING LIFESTYLE IN MIAMI BEACH AND COCONUT GROVE - Urbin
https://urbincondos.com/location-ventures-launches-condo-sales-for-urbin-mixed-use-condo-co-working-lifestyle-in-miami-beach-and-coconut-grove/





URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work eat at URBIN, residents have access to a wellness center, a market, and a full program of workspace with onsite and shared offices alongside a suite of designer-ready residences. Contact us today to learn more

PREVIOUS

LOCATION VENTURES LAUNCHES SALES OF
CO-LIVING PROJECT IN MIAMI BEACH

NEXT
URBIN IN WORLD RED EYE


Captured by FireShot Pro 03 January 2023, 12:16:24



Page 48
URBIN In World Red Eye - Urbin
https://urbincondos.com/bespoke-ventures-celebrates-launch-of-urbin-development-at-miami-design-district/

URBIN      INFO   MEMBERSHIP   LIVE OUT LOUD   NEWS   **SCHEDULE APPOINTMENT**

NEWS

# URBIN IN WORLD RED EYE

Photography by _____ on October 15th, 2021



Miami, FL – October 15, 2021 – _____ a first-to-market, live-work brand – hosted its official launch at _____ 's historic Moore Building. Developed by URBIN will feature turnkey residences, all-inclusive co-working space, wellness programming, social activations and experiential retail. The occasion marked the formal initiation of sales for the brand's first location in Miami Beach, with a second iteration in Coconut Grove to soon follow. During the private luncheon, the city's top brokers and VIPs celebrated with keynote speaker _____ followed by insight on the strength of South Florida's real estate market by _____ President and Executive Vice President _____. For more information, please visit _____







Fernanda de la Vez y Lugones



Page 42
URBIN in World Red Eye - Urbin
https://urbincondos.com/localess-womens-celebrates-launch-of-urbin-development-at-miami-design-district/



Daniel de la Vega





Page 43
URBIN In World Red Eye - Urbin
https://urbin.wedev.com/lucative-ventures-celebrates-launch-of-urbin-development-at-miami-design-district/









URBIN
LIVE · WORK · WELL
redeye

URB
LIVE · WORK
redeye

URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more.

PREVIOUS
LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED USE CONDO, CO ...

NEXT
URBIN IN SOUTH FLORIDA AGENT

URBIN
LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
305-701-1694
INFO@URBINCONDOS.COM
CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY LOCATION

Page 45
Location Ventures launches sales for the first two locations of URBIN - Urbin
https://urbincondos.com/frank-lloyd-wright-home-lists-in-michigan-jonathan-adler-makes-swanky-in-soho/

URBIN                                    VISION   ARCHITECTURE   COLONY COLONY   NEWS   **SCHEDULE APPOINTMENT**

NEWS

# LOCATION VENTURES LAUNCHES SALES FOR THE FIRST TWO LOCATIONS OF URBIN

**Frank Lloyd Wright Home Lists in Michigan, Jonathan Adler Makes Moves in SoHo, and More  Real Estate News**

Here's everything you need to know now

By Dan Avery September 30, 2021

From high-profile design commissions to exciting listings, there is always something new happening in the world of real estate. In this roundup, AD PRO has everything you need to know.

**On the Market**

**A Frank Lloyd Wright house for sale in Michigan**

A 1951 Frank Lloyd Wright home overlooking Lake Michigan is on the market for the first time in 35 years.

Listed for $1.96 million, Harper House in St. Joseph, Michigan, is named after Ina Morriss Harper, a doctor who commissioned the famed architect to build a home for her and her husband after reading a profile on him in House Beautiful.

Made of Chicago common brick and tidewater cypress—both signature Wright materials—the L-shaped abode has floor-to-ceiling windows that wrap around the perimeter and a combination of pitched, angled, and flat rooflines.

It's been lovingly cared for by current owners Gina Flamm and Arthur Wood, who bought the house in 1986. They worked closely with the Frank Lloyd Building Conservancy on a full restoration and tasked Wright protégé Charles Montooth to design an addition that added two more bedrooms.

"We're still blown away by the house. It never grows old," Flamm tells AD PRO. "We still notice new things all the time."

Harper House is being sold with all its furnishings and several art pieces, including a reproduction of Spirits a sculpture Wright designed for Chicago's Midway Gardens in 1914.

The original furnishings were sold several owners back, but rather than try to recreate them—"too contrived," says Flamm—the couple infused the space with their own style, which remaining true to Wright's design. "Our mantra was 'of the earth'," Flamm says. "There are a lot of browns and golds and bronzes."

The one thing she and her husband didn't want was to live in a museum piece. "We have children running around, friends and family sitting at the table, food eat out on the buffet," she says. "We've always had that sense of awe, but it's never been uncomfortable. Our heart is in this house and I hope the next owners' heart is too."

Halfway across the country, another Frank Lloyd Wright house is on the market. In Los Angeles. Completed in 1926, the Freeman House has been described by architectural historian Kathryn Smith as one of the architect's most important houses.

Distinguished by its Mayan Revival architecture, textile blocks, and focal hearth, the three-bedroom house is currently owned by the University of Southern California. The list price, which includes many original furnishings designed for the house, has been reduced from $4.95 million. Built in 2001 in July to $3.25 million.



**Work-life balance in Miami**

Location Ventures has launched sales for the first two locations of Urbin a new mixed-use brand that combines short- or long-term accommodations with co-working, wellness, space, and retail.

Catering "to the nomadic traveler, looking to live or stay in the hottest areas with only their personal items in tow." Urban properties allow owners to stay for up to 90 nights a year. While they're away, the residence can be rented on a short- or long-term basis.

Location Ventures has announced plans to break ground on the first sites in the 15 over the next parade. The first two are Micro Miami Beach on Washington Avenue, designed by Coral Fields-based Touzet Studio, and Urbin Coconut Grove in Commodore Plaza, designed by Arquitectonica and Parlatbe Architects.

Residences range from $400,000 to $1.2 million, with sales representation by ONE Sotheby's International Realty.

**In the News**

**Jonathan Adler leaves SoHo store**

Design maven Jonathan Adler is returning to SoHo with a 10-year lease on a 8,000 square-foot building at 383 West Broadway, the New York Post first reported.

For $650,000 a year, the contract on the mid-block building between Spring and Broome streets includes the ground floor, lower level, and mezzanine. It was previously a membership spa from skincare brand Errio Joplin.

"It's a rare freestanding building in SoHo, and since most of the surrounding buildings are historic cast-iron structures, it will provide Jonathan Adler with a striking, modern home for his brand," Seven Real Estate's Christopher Owles, who represented the building's owners, tells AD PRO.

The store will be in good company. Owles says, pointing to neighbors like Cartier - Downtown, Ladurée, and Ryan Serhant's new real estate office, as well as fashion outposts from Gucci, Bognar, and Reiss.

Adler currently has shops in Greenwich  Bags, Lenox Hill, and on the Upper West  Sets, but he opened his first store on Broome Street in 1998, followed by larger outposts on Greene Street.

"SoHo's always been their home, and it's important to have a presence here," Jared Liff of J. Liff Co., who represented Adler – the sale told the Post. Rents have lowered since the pandemic, she added, "so there are opportunities and it's a good time to come back."

**Brookfield cuts the ribbon on Manhattan West**

Manhattan West officially opened this week. More than 30 years in the making, the sprawling  city-within-a-city designed by Skidmore, Owings & Merrill links Madison Square Garden, Penn  Station, the new Moynihan Train Hall, Hudson Yards, and the High Line with eight acres of  office space, hospitality and dining, entertainment, retail, and high-end accommodations.

In addition to a pair of soaring office towers, the Brookfield Properties development is also home to the Eugene, a 62-story residential tower with 844 apartments, and Pendry Manhattan West, the brand's first New York hotel.

Dining options range from elevated fast casual at the Citizens New York food hall to two  outposts from Danny Meyer—Ci Siamo and Daily Provisions—as well as Richard Kuo's  restaurant, Hidden Leaf, and Quality Branded's cafe Zou Zou's.

A 2.5-acre urban pedestrian plaza with movable chairs, tables, and benches will feature free events and public art, like "C brova," an interactive outdoor exhibit boasting thousands of hand-painted ribbons and groves.

"We are incredibly proud that Manhattan West will contribute to the energy and dynamism of New York City as the city continues to come back to life." Brookfield  managing partner Ben Brown said in a release.

Captured by FireShot Pro R3 January 2023, 13:16:52

Page 46
Location Ventures launches sales for the first two locations of URBIN - Urbin
https://urbincondos.com/frank-lloyd-wright-home-ilutz-in-michigan-jonathan-adler-makes-return-to-sales/



**Could the first Breuer go condo?**

The Whitney Museum's erstwhile home on the Upper East Side may be up for sale, according to a report on *Artnet*.

Designed by Marcel Breuer in 1966, the iconic dark granite building taking up 17,000 square feet on Madison Avenue was occupied by the Whitney until 2015, when it decamped to its new Renzo Piano-designed home in the Meatpacking District.

A year later, the Metropolitan Museum of Art moved into the Breuer, intending to use it to display modern and contemporary works. But in 2016, the Met sublet the Breuer to the Frick Collection, which was preparing for a massive expansion at its own home base.

The Frick Madison opened in March 2021 and is set to remain there until the Met's lease runs out in fall 2023. But what happens then?

The Whitney declined to respond to a request for comment, but, as Artnet notes, any decision on selling or leasing again would have to be approved by its chief benefactor, Leonard Lauder, who has indicated he doesn't want the museum to give up the building any time soon.

And any developer brave enough to make a play for it would have to overcome its landmark status, zoning issues, and undoubted resistance from the neighborhood and city leaders.

"They may try to do something else with it, but the neighborhood and City Council will push against it hard," Million Dollar Listing's Tyler Whitman tells AD PRO. "Personally, I hope they bring another art exhibition space. We have to keep what brings people to New York in the first place. We have plenty of skyscrapers—we don't have enough art."

Real estate broker Compass's chief evangelist Leonard Steinberg isn't held confident the building won't be torn down, for it is an internationally recognizable landmark of architectural significance.

"However, a residential tower that is somehow incorporated with the building is very plausible and wise, I commend a premium not only because of its location," he tells AD PRO. "but also because of the provenance of the museum."

But the odds of one as tall as 53 W 53, Jean Nouvel's 1,050-foot skyscraper adjoining the Museum of Modern Art, "are close to zero, if not zero," Steinberg adds.

**A condable condo in Atlanta**

The first model residence has been unveiled at 40 West 12th, the luxury condo tower anchoring Atlanta's 1.05 West Peachtree, a $550 million mixed-use complex that also includes a 31-story office building where Google has claimed five floors and the Epicurean, a 176-room culinary-driven hotel that's part of Marriott's Autograph Collection.

Designed by Michael C. Morris of M. Crater Designs, the apartment features a high contrast color palette, a dual-facing fireplace, and statement light fixtures, like a Sputnik chandelier in the dining room.

Co-developed by Selig Development and Rockbridge Group and designed by Atlanta architecture firm Rule Joy Trammell + Rubio, 40 West 12th offers flat two- to four-bedroom layouts with pricing starting at $1 million.



URBIN is a community that provides thoughtfully-designed spaces that blend everyday, necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To rest, work well at URBIN, residents have access to a wellness center, a market, and a "full program" of workspaces with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more.



NEXT
LOCATION VENTURES LAUNCHES SALES OF
CO-LIVING PROJECT IN MIAMI BEACH



**URBIN**

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    [ SCHEDULE APPOINTMENT ]

NEWS

# URBIN IN SOUTH FLORIDA AGENT

URBIN Miami Beach was featured in South Florida Agent article titled " Residential sales launch for mixed-use Miami Beach development URBIN" highlight our recent residential sales launch.

From the article

Residential sales have officially launched for URBIN, a mixed-use development that will combine residential, commercial, lifestyle and working spaces all under one roof.

Backed by Miami-based real estate company Location Ventures, URBIN will unite design-forward residences with all-inclusive coworking spaces, wellness amenity programming, social activities and lifestyle-oriented retail shops, according to a press release

Units are available for short- or long-term rent.

URBIN's first location in Miami Beach secured reservations for 60% of its units in the first 30 days of pre-sales. Plans to launch pre-sales for the second location in Coconut Grove will soon follow to meet growing demand, with additional locations planned for key markets throughout the U.S.

Priced from $400,000, residences will range from studios to four-bedroom residences in Miami Beach and studios to two-bedrooms in Coconut Grove. Both locations will feature fewer than 100 units to allow for a tailored and more private living experience, according to the release. ONE Sotheby's International Realty is exclusively handling URBIN sales and marketing

Condos are fully-furnished and feature stainless steel appliances and ample storage space. In addition, residents will have access to housekeeping, room service and valet along with on-site food and beverage services and a rooftop pool deck with green spaces and lounge areas.

URBIN will provide owners access to a lease-back program that allows them to stay on the property for up to 90 nights per year. While away, the residence is professionally managed by the brand and available for rent.

"URBIN celebrates a new way of living by bringing people together through home, work and wellness as a single setting," said Rishi Kapoor, CEO of Location Ventures. "Through integrating quality design, technology, wellness and social programming, we're hoping to foster community and enable a high quality of life in these city-centric 'urban' neighborhoods."

Click HERE to read more from the South Florida Agent article

URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more



PREVIOUS                                             NEXT
                                
**URBIN IN WORLD RED EYE**          **URBIN IN OCEAN DRIVE MAGAZINE**



**URBIN**
LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305 701 1694
✉ INFO@URBINCONDOS.COM
CONNECT WITH US
🅾

A circular community that provides a
responsible, authentic and portable lifestyle
created as a home of today and tomorrow.

DEVELOPED BY LOCATION VENTURES

Page 48
Location Ventures launches sales of co-living project in Miami Beach - Urbin
https://urbincondos.com/location-ventures-launches-sales-of-co-living-project-in-miami-beach/

URBIN

VISION   MIAMI BEACH   COCONUT GROVE   NEWS   **SCHEDULE APPOINTMENT**

PRESS

# LOCATION VENTURES LAUNCHES SALES OF CO-LIVING PROJECT IN MIAMI BEACH

## *DEVELOPER WILL BEGIN SALES OF COCONUT GROVE PROJECT NEXT*

**By Katherine Kallergis October 13, 2021 11:30 AM**

Developer Rishi Kapoor launched sales of his co-living development in Miami Beach, with plans to begin selling units at a Coconut Grove project next

Kapoor, CEO of Coral Gables-based Location Ventures, aims for an ambitious pipeline. He hopes to have 100 Urbin-branded properties across the country and abroad over the next decade, he said. Location Ventures has raised more than $100 million from investors that include Terra's David Martin, the Toussi family, the Murphy family of Coastal Construction, and others.

URBIN Miami Beach, at 1260 Washington Avenue, has secured reservations for 60 percent of the units since beginning sales and marketing over the past month, Kapoor said. The developer plans to convert to contracts in the next two weeks.

Sales of Urbin Coconut Grove, at 3162 Commodore Plaza, will start next. Each project will have fewer than 100 units.

One Sotheby's International Realty is handling sales, with studios at the Miami Beach location starting at $400,000 and 275 square feet. The multi-bedroom units will have two to four bedrooms, and up to .554 square feet.

In Coconut Grove, units will range from 331-square-foot studios to 2,352- square-foot six-bedroom condos.

Construction of both projects could begin in November and be completed within 20 to 24 months of breaking ground, Kapoor said. Location Ventures plans to close on a roughly $35 million construction loan for the Miami Beach project, and a roughly $70 million loan for the Coconut Grove development, he added.

Kapoor said he is targeting end-users and investors. The buyers who have so far reserved units at the Miami Beach project have all been investors who plan to participate in the leaseback program. Buyers in the latter pool will have access to their unit or bedroom for up to 90 nights per year

Kapoor said Urbin's goal is to deliver furnished apartments to people who are "spending so much of their income on rent and want another option" in urban centers. The cost of housing in South Florida has jumped, especially over the past year

Miami was recently ranked the second most expensive housing market in the U.S., overtaking Los Angeles. A report from RealtyHop found that a household in Miami should expect to pay $3,253 a month toward homeownership costs, or roughly 81.8 percent of median income.

Condo projects with short-term and long-term rental components have performed well in Miami, including the sold-out YotelPad tower in downtown Miami.

At URBIN, rents for micro studios could begin at $1,900 a month. Bedrooms within co-living units can be rented separately at $1,200 a month, depending on the market when the project is delivered.

The mixed-use development will offer short-term and long-term rentals, co-working spaces, wellness amenities, retail and a rooftop pool deck with green spaces and lounge areas, according to a release. The units will be delivered fully furnished.

Touzet Studio, led by Carlos Prio-Touzet and Jacqueline Gonzalez-Touzet, is designing Urbin Miami Beach, with interiors and common spaces designed by Meyer Davis. The existing 35,486-square-foot building will be renovated, and Location Ventures plans to build an additional 44,000-square-foot building.

Arquitectonica and Parabola Architects are designing the Coconut Grove project, which is near CocoWalk.

URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspaces with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more.



PREVIOUS
**AD** LOCATION VENTURES LAUNCHES SALES FOR THE FIRST TWO LOCATIONS OF URBIN

NEXT
LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-



URBIN
LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-701-1894
✉️ INFO@URBINCONDOS.COM
CONNECT WITH US
📷

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY **LOCATION**
VENTURES


Captured by FireShot Pro: 03 January 2023, 13:16:58



## URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    SCHEDULE APPOINTMENT

# CONTACT US

URBIN Miami Beach and Coconut Grove are sold out.

Ownership opportunities are limited, contact us to
get on the list to learn more about future locations.

BUYER OR BROKER

MIAMI BEACH OR COCONUT GROVE

LAST NAME          FIRST NAME

PHONE          EMAIL

CITY          STREET ADDRESS

STATE     ZIP          COUNTRY

HOW DID YOU HEAR ABOUT US?

COMMENTS

CONTACT US

Privacy Policy  |  Terms of Service

VISIT A TEAM MEMBER AT ONE OF OUR SALES OFFICES TODAY.

**BRICKELL**          **CORAL GABLES**          **MIAMI BEACH**

**TELEPHONE**          **EMAIL**          **HOURS**

MONDAY TO SUNDAY 11 AM TO 6 PM



Page 56
Terms & Conditions - Urbin
https://urbincondos.com/terms-conditions/

URBIN   VISION   MENU OF ACTS   CONCIERGE CLIENT   NEWS   **SCHEDULE APPOINTMENT**

# TERMS & CONDITIONS

YOUR USE OF THIS WEBSITE (the "Site") CONSTITUTES ACCEPTANCE OF THE TERMS AND CONDITIONS PROVIDED BELOW (the "Terms"). These Website Terms of Use ("Terms of Use") describe the terms pursuant to which URBIN Partners, LLC (referred to in these Terms of Use as the "company," "we," "us" and "our" or the "developer") provides you with our website located at www.urbincondos.com and any of our other websites which display these Terms of Use collectively, the "Site"). We prepared these Terms of Use to help explain the terms that apply to your use of the Site. We may modify the Terms of Use as well as discontinue, withdraw, replace or change any content or services offered via the Site at any time and your continued access and use of the Site thereafter constitutes your acceptance of such changes. You may view the most up-to-date version of the Terms at any time at www.urbincondos.com.

## Notice Regarding Dispute Resolution

These Terms of Use contain provisions that govern how claims you and we may have against each other are resolved (see Section 7 below), including an agreement and obligation to arbitrate disputes, which will, subject to limited exceptions, require you to submit claims you have against us to binding arbitration, unless you opt-out in accordance with Section 7(E). Unless you opt-out of arbitration: A) you will only be permitted to pursue claims against us on an individual basis, not as part of any class or representative action or proceeding and (B) you will only be permitted to seek relief (including monetary, injunctive, and declaratory relief) on an individual basis.

## Updates to these Terms of Use

We may modify these Terms of Use from time to time. We will notify you of material changes to these Terms of Use by posting the amended terms on the Site at least thirty (30) days before the effective date of the changes. If you do not agree with the proposed changes, you should discontinue your use of the Site prior to the date the new Terms of Use take effect. If you continue using the Site after the new terms take effect, you will be bound by the modified Terms of Use.

## Privacy Policy

In connection with your use of this Site, please review our Privacy Policy, to understand how we use information we collect from you when you access, visit or use the Site. The Privacy Policy is part of and is governed by these Terms of Use and by agreeing to these Terms of Use, you agree to be bound by the terms of the Privacy Policy and agree that we may use information collected from you in accordance with its terms. Affirmative Representations Regarding Your Use of the Site. When you use the Site, you represent that: (A) the information you submit is truthful and accurate; (B) your use of the Site and your use of services available on the Site do not violate any applicable law or regulation; and (C) you are of sufficient legal age or otherwise have legal capacity to legally enter into these Terms of Use.

## Our Intellectual Property Rights.

To the best of the Company's knowledge, all of the content on the Site ("Materials") and the trademarks, service marks, and logos contained on the Site, are owned by or licensed to us and are subject to copyright and other intellectual property rights under United States and foreign laws and international conventions. The Site and the Materials are for your information and personal use only and not for commercial exploitation. We reserve all rights in and to the Site and the Materials. If you download or print a copy of the Materials for your own personal use, you must retain all trademark, copyright and other proprietary notices contained in and on the Materials. You further agree not to access or use the Site by any means other than through the interface that we provide, unless other-wise specifically authorized by us in a separate written agreement.

## Our Management of the Site; User Misconduct A.

Our Right to Manage the Site. We reserve the right, but do not undertake the obligation to: i) monitor or review the Site for violations of these Terms of Use and for compliance with our policies; ii) report to law enforcement authorities and/or take legal action against anyone who violates these Terms of Use; iii) manage the Site in a manner designed to protect our and third parties' rights and property or to facilitate the proper functioning of the Site; iv) screen our users, or attempt to verify the statements of our users, and/or (v) monitor disputes between you and other users or to terminate or block you and other users for violating these Terms of Use.

### B. Our Right to Terminate Users.

WITHOUT LIMITING ANY OTHER PROVISION of these Terms of Use, WE RESERVE THE RIGHT TO, IN OUR SOLE DISCRETION, AND WITHOUT NOTICE OR LIABILITY, DENY ACCESS TO AND USE OF the Site TO ANY PERSON FOR ANY REASON OR FOR NO REASON AT ALL, INCLUDING WITHOUT LIMITATION FOR BREACH OF ANY REPRESENTATION, WARRANTY OR COVENANT CONTAINED IN these Terms of Use, OR OF ANY APPLICABLE LAW OR REGULATION.

Third Party Sites. The Site may contain links to other websites. Some of these websites may be owned or operated by third parties ("Third Party Sites"), and we have not reviewed, and cannot review, all of the material, including goods or services, made available through Third Party Sites. The availability of these links on the Site does not represent, warrant or imply that we endorse any Third Party Sites or any materials, opinions, goods or services available on them. Third party materials accessed through or used by means of the Third Party Sites may also be protected by copyright and other intellectual property laws. Each product is developed by separate and distinct independent entities, which may operate separate websites for such products subject to separate terms and conditions. The Company is not responsible for any representations made by any such development entities or either third parties. These Terms of Use DO NOT APPLY TO THIRD PARTY Sites. BEFORE VISITING A THIRD PARTY Site through links or other MEANS provided on or through the Site, you SHOULD REVIEW THE THIRD PARTY site"S TERMS AND CONDITIONS and PRIVACY POLICY, AND INFORM yourself OF THE REGULATIONS, POLICIES AND PRACTICES OF THESE THIRD PARTY site.

Legal Disputes and Arbitration Agreement Please Read The Following Clause Carefully "It May Significantly Affect Your Legal Rights, Including Your Right to File a Lawsuit in Court

### A. Initial Dispute Resolution.

We are available"by email at info@urbincondos.com"to address any concerns you may have regarding your use of the Site. Most concerns may be quickly resolved in this manner. Each of you and the Company agree to use best efforts to settle any dispute, claim, question, or disagreement directly through consultation and good faith negotiations which shall be a precondition to either party initiating a lawsuit or arbitration.

B. Agreement to Binding Arbitration. If we do not reach an agreed upon solution within a period of thirty (30) days from the time informal dispute resolution is pursued pursuant to Section 7(A) above, then either party may initiate binding arbitration. All claims arising out of or relating to these "Terms of Use (including its formation, performance and breach) and/or your use of the Site shall be finally settled by binding arbitration administered on a confidential basis by the American Arbitration Association (the "AAA") in accordance with the provisions of the AAA"s Consumer Arbitration Rules, excluding any rules or procedures governing or permitting class actions. The arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of these Terms of Use, including, but not limited to, any claim that all or any part of these Terms of Use is void or voidable. The arbitrator shall be empowered to grant whatever relief would be available in a court under law or in equity. The arbitrator"s award shall be binding on the parties and may be entered as a judgment in any court of competent jurisdiction. The interpretation and enforcement of these Terms of Use shall be subject to the Federal Arbitration Act.

The AAA"s rules governing the arbitration may be accessed at"www.adr.org"or by calling the AAA at 1-800-778-7879. To the extent the filing fee for the arbitration exceeds the cost of filing a lawsuit, we will pay the additional cost. A request for payment of fees should be submitted to AAA along with your form for initiating the arbitration, and we will make arrangements to pay all necessary fees directly to AAA. The arbitration rules also permit you to recover attorney"s fees in certain circumstances. The parties understand that, absent this mandatory provision, they would have the right to sue in court and have a jury trial. They further understand that, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court.

### C. Class Action and Class Arbitration Waiver.

You, and the Company each further agree that any arbitration shall be conducted in your respective individual capacities only and not as a class action or other representative action, and you and the Company each expressly waive your respective right to file a class action or seek relief on a class basis. If any court or arbitrator determines that the class action waiver set forth in this paragraph is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the arbitration provision set forth above in Section 7(B) shall be deemed null and void in its entirety and the parties shall be deemed to have not agreed to arbitrate disputes.

### D. Exception – Small Claims Court Claims.

Notwithstanding the parties" agreement to resolve all disputes through arbitration, either party may seek relief in a small claims court for disputes or claims within the scope of that court's jurisdiction.

### E. 30 Day Right to Opt Out.

You have the right to opt-out and not be bound by the arbitration and class action waiver provisions set forth in Sections 7(B), 7(C), and 7(D) by sending written notice of your decision to opt-out by email to info@urbincondos.com. The notice must be sent within thirty (30) days of commencing use the Site, otherwise you shall be bound to arbitrate disputes in accordance with the terms of those sections. If you opt-out of these arbitration provisions, we also will not be bound by them.

**F. Exclusive Venue for Litigation.**

To the extent that the arbitration provisions set forth in Section 7(B) do not apply, the parties agree that any litigation between them shall be filed exclusively in state or federal courts located in Miami, Florida (except for small claims court actions which may be brought in the county where you reside). The parties expressly consent to exclusive jurisdiction in Miami, Florida for any litigation other than small claims court actions.

**G. Applicable Law.**

You agree that federal laws and the laws of the State of Florida, without regard to principles of conflict of laws, will govern these Terms of Use and any claim or dispute that has arisen or may arise between you and the Company.

**Warranty Disclaimers; Limitation on Liability A.**

**General Disclaimer of Warranties Relating to the Site**

(i) ALL Materials OR ITEMS PROVIDED THROUGH the Site ARE PROVIDED "AS IS" AND "AS AVAILABLE," WITHOUT WARRANTY OR CONDITIONS OF ANY KIND. BY OPERATING the Site, WE DO NOT REPRESENT OR IMPLY THAT WE ENDORSE ANY MATERIALS OR ITEMS AVAILABLE ON OR LINKED TO BY the Site, INCLUDING WITHOUT LIMITATION, CONTENT HOSTED ON THIRD PARTY sites, OR THAT WE BELIEVE these MATERIALS OR ITEMS TO BE ACCURATE, USEFUL OR NON-HARMFUL. WE CANNOT GUARANTEE AND DO NOT PROMISE ANY SPECIFIC RESULTS FROM USE OF the Site. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN these Terms of Use. YOU AGREE THAT YOUR USE OF The Site WILL BE AT YOUR SOLE RISK TO THE FULLEST EXTENT PERMITTED BY LAW, WE AND EACH OF OUR AFFILIATES, ADVERTISERS, LICENSORS, SUPPLIERS, OFFICERS, DIRECTORS, INVESTORS, EMPLOYEES, AGENTS, SERVICE PROVIDERS, PROJECT DEVELOPMENT ENTITIES AND OTHER CONTRACTORS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, IN CONNECTION WITH the Site AND YOUR USE OF the SITE. (ii) NO WARRANTIES OR REPRESENTATIONS ARE MADE ABOUT THE ACCURACY, RELIABILITY, TIMELINESS OR COMPLETENESS OF the Site's CONTENT, THE CONTENT OF ANY SERVICE LINKED TO the Site, INFORMATION OF ANY OTHER ITEMS OR MATERIALS ON the Site OR LINKED TO BY the Site. NEITHER WE NOR ANY OF THE PROJECT DEVELOPMENT ENTITIES OR OTHER AFFILIATES ASSUME NO LIABILITY OR RESPONSIBILITY FOR ANY (A) ERRORS, MISTAKES OR INACCURACIES OF CONTENT AND MATERIALS, (B) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF the Site OR SERVICES, (C) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION STORED in our servers, (D) ANY INTERRUPTION OF CESSATION OF TRANSMISSION TO OR FROM the Site, (E) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR THROUGH the Site BY ANY THIRD PARTY, AND/OR (F) ANY ERRORS OR OMISSIONS IN ANY CONTENT AND MATERIALS OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE through the Site.
C. Limited Liability IN NO EVENT SHALL THE COMPANY OR ANY COMPANY AFFILIATES BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING LOST PROFIT DAMAGES ARISING FROM YOUR USE OF the Site, MATERIALS OR ANY OTHER CONTENT provides through the site NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED IN These Terms of Use, OUR LIABILITY TO YOU IN RESPECT OF ANY LOSS OR DAMAGE SUFFERED BY YOU and ARISING OUT OF OR IN CONNECTION WITH These Terms of Use, WHETHER IN CONTRACT, TORT OR FOR BREACH OF STATUTORY DUTY OR IN ANY OTHER WAY SHALL NOT EXCEED $50. D. Exceptions to Disclaimers and Liability Limitations SOME STATE OR JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF CERTAIN WARRANTIES, OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF YOU RESIDE IN ONE OF THESE STATES OR JURISDICTIONS, THE LIMITATIONS OR EXCLUSIONS in Sections 8(A), 8(B), 8(C) and 8(D) MAY NOT APPLY TO YOU.

**Indemnity.**

You agree to indemnify and hold us, our subsidiaries, affiliates, and licensors and their respective officers, agents, partners and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys" fees, made by any third party due to or arising out of your use of the Site or any Materials in violation of these Terms of Use or applicable law.
Independent Contractors. Nothing in these Terms of Use shall be deemed to create an agency, partnership, joint venture, employer-employee or franchisor-franchisee relationship of any kind between us and any user.

**Non-Waiver.**

Our failure to exercise or enforce any right or provision of these Terms of Use shall not operate as a waiver of the applicable right or provision.

**Severability.**

These Terms of Use operate to the fullest extent permissible by law. If any provision or part of a provision of these Terms of Use is unlawful, void, or unenforceable, that provision or part of the provision is deemed severable from these Terms of Use and shall not affect the validity and enforceability of any remaining provisions.

**Assignment.**

We may assign our rights under these Terms of Use without your approval.
No Modifications by Our Employees. If any of our employees offers to modify these Terms of Use, he or she is not acting as an agent for us or speaking on our behalf. You may not rely and should not act in reliance on, any statement or communication from our employees or anyone else purporting to act on our behalf

Contact Information. If you have any questions about these Terms of Use, please contact us at info@urbincondos.com



Page 52
URBIN Condos | Miami Real Estate
https://urbincondos.com/#locations

URBIN

VISION    WHAT WE DO    LOCATIONS    NEWS    SCHEDULE APPOINTMENT



*URBIN OFFERS ACCESSIBLE GLOBAL MOBILITY THROUGH RESPONSIBLE GREEN LIVING AND WORKING IN VIBRANT CENTERS.*

THE WAY TO LIVE WORK WELL

# THE VISION

URBIN is designed to address the needs of today's residents, fostering creativity and connection through design-forward residences, an amenity program focused on wellness, and social programming that fosters community.

LEARN MORE ——

## LIVE
EXTENDED-STAY RESIDENCES

## WORK
TURNKEY WORKSPACE

## WELL
CULINARY EXPERIENCES AND MOVEMENT CENTER

## OWN
CONDO OWNERSHIP

INTERIORS

# FEATURES

Each suite is thoughtfully-planned will designer features: built-in furniture and designed to live, work and relax.

STUDIO TO SIX-BEDROOMS

FULL BATHROOMS

DESIGNER DECORATED

IN UNIT LAUNDRY

ENERGY-STAR STAINLESS APPLIANCES



LIFESTYLE

# EXPERIENCE

Alongside well appointed turnkey residences, URBIN will offer a robust program including flexible office spaces, lifestyle-oriented retail and a wellness space, delivering a truly unique experience.



Page 53
URBIN Condos | Miami Real Estate
https://urbincondos.com/#locations



VALET AND ONSITE PARKING

GOURMET MARKET AND CAFE

HOUSEKEEPING SERVICES

WELLNESS CENTER

THE RIGHT PLACE

# TWO INITIAL LOCATIONS



MIAMI
BEACH

COCONUT
GROVE



TWO INITIAL LOCATIONS

## THE AREA

A perfect location for URBIN, South Florida is
already attracting the right audience seeking a
place to live work well. The two initial
locations for URBIN are located in the heart
of two vibrant centers placing residents
within walking distance to notable area
landmarks, cultural attractions and world-
class shopping, dining and conveniences.

SCHEDULE AN APPOINTMENT  →

Page 54
URBIN Condos | Miami Real Estate
https://urbincondos.com/#locations

SCHEDULE YOUR PRIVATE APPOINTMENT ——→



**DEVELOPED BY**
**LOCATION VENTURES**

## SCHEDULE A PRIVATE PRESENTATION

URBIN Miami Beach and Coconut Grove are sold out.

Ownership opportunities are limited, contact us to get on the list to learn more about future locations.



| BUYER OR BROKER | |
| MIAMI BEACH OR COCONUT GROVE | |

| LAST NAME | FIRST NAME |
| PHONE | EMAIL |
| CITY | STREET ADDRESS |
| STATE | ZIP | COUNTRY |

| HOW DID YOU HEAR ABOUT US? | |

COMMENTS

**CONTACT US**

**CONTACT US**

📞 305-520-7824

✉ INFO@URBINCONDOS.COM

**CONNECT WITH US** 📷

Private Policy and Terms of Service



URBIN

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-391-1494
✉ INFO@URBINCONDOS.COM
CONNECT WITH US
📷

A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.

DEVELOPED BY  **LOCATION** VENTURES

Page 55
URBIN Condos | Miami Beach
https://urbincondos.com/miami-beach-real-estate/

URBIN     URBIN     NEIGHBORHOOD     COMING FLIGHT     NEWS     SCHEDULE APPOINTMENT



LIVE WORK WELL
IN MIAMI BEACH

CONNECTION

## THE
## EXPERIENCE

In the heart of a vibrant scene, URBIN will be the new home for the city's tastemakers. Just steps from white sands, whether for work or fun, spend time in the local neighborhood, have access to a renowned cultural scene and live where the world vacations.

SCHEDULE AN APPOINTMENT



Ownership at URBIN means flexibility. Live at URBIN as a full-time resident or place the unit into a managed leaseback, where units will earn an annual return as a short term or long term home for sophisticated guests. Whether it's for a few months or one year, URBIN will manage everything, ensuring benefits that make ownership a truly unique and turnkey experience for everyone.

LEARN MORE  ⟶

## LIFESTYLE

A modern mid rise with a stunning rooftop terrace, elevated ocean views and a short walk to the Atlantic Ocean, URBIN Miami Beach brings together the true meaning of live work well with dedicated spaces for work, wellness, culinary experiences, and entertainment.

- Expansive Roof Deck With Resort-style Pool
- Sun Deck
- Poolside Food and Beverage Service
- Rooftop Lounge, Cafe & Cocktail
- Dining Terrace
- Mail And Package Room
- Expansive Shaded Seating Plaza
- Outdoor Terrace for Engaged Relaxation
- Curated Social Programming



Page 56
URBIN Condos | Miami Beach
https://urbincondos.com/miami-beach-real-estate/





## MIAMI
## BEACH

CLOSE TO MANY CULTURAL ATTRACTIONS



Captured by FireShot Pro 03 January 2023, 13:17:23

Page 57
URBIN Condos | Miami Beach
https://urbincondos.com/miami-beach-real-estate/

# SCHEDULE A PRIVATE PRESENTATION



Inquire today for details about this unique ownership opportunity.

SCHEDULE AN APPOINTMENT



Page 5/6
URBIN Condos | Coconut Grove
https://urbincondos.com/coconut-grove-real-estate/



URBIN   URBIN   NEWBEACH   COCONUT GROVE   NEWS   **SCHEDULE APPOINTMENT**

## LIVE WORK WELL
## IN COCONUT GROVE



CONNECTION

# THE
# EXPERIENCE

Blanketed by tropical greenery, this is the place for outdoor living, lush environs and a sail on the bay. A place at URBIN places members in the heart of a vibrant community brimming with world class restaurants and neighborhood shops and a hub of growing business enterprises that embrace the laid-back style of a waterfront lifestyle. To be here, is to truly understand the beauty of connecting to all things Florida.

**SCHEDULE AN APPOINTMENT**

## THE BEST
## OF BOTH
## WORLDS

Ownership at URBIN means flexibility. Live at URBIN as a full-time resident or place the unit into a managed leaseback, where units will earn an annual return as a short term or long term home for sophisticated guests. Whether it's for a few months or one year, URBIN will manage everything, ensuring benefits that make ownership a truly unique and turnkey experience for everyone

LEARN MORE ──▶



AMENITIES

# LIFESTYLE

Situated in one of Miami's oldest neighborhood's, URBIN Coconut Grove is a vibrant place where culture lives. Fostering creativity and connection, the amenity-rich program will focus on wellness and social programming focused on community

- Rooftop Pool and Sundeck
- Relaxation Deck
- Food and Beverage Program
- Dining Terrace
- Mail And Package Room
- Indoor/Outdoor Atrium
- Curated Social Programming

Captured by FireShot Pro 03 January 2023, 13:17:33

Page 59
URBIN Condos | Coconut Grove
https://urbincondos.com/coconut-grove-real-estate/



## LIVING

- 
- 
- 
- 
- In Unit Laundry System
- Utilities included
- Housekeeping services
- Room service at request







THE AREA

## COCONUT GROVE

Miami's oldest neighborhood is a vibrant section full of distinct charm and some of the city's most discerning attractions. Coconut Grove's historic architecture references its bohemian roots while offering a quaint new downtown promenade and an enjoyable local nightlife of quality restaurants and bars. Along the water, the area features one of Miami's largest marinas and the beautiful Peacock Park.

LOCATED IN THE HEART OF THE NEIGHBORHOOD

TWO BLOCKS FROM FAMED COCOWALK

WALKING DISTANCE TO THE BARNACLE

CLOSE TO CULTURAL ATTRACTIONS

NEAR TO MIAMI'S LARGEST MARINA

Page 60
URBIN Condos | Coconut Grove
https://urbincondos.com/coconut-grove-real-estate/

## THE TEAM

ARCHITECTURE

**ARQUITECTONICA**

**PAREDES DESIGN**

INTERIOR DESIGN

**A.M STUDIO**





## SCHEDULE A PRIVATE PRESENTATION

Inquire today for details about this unique ownership opportunity

SCHEDULE AN APPOINTMENT



**URBIN**
LIVE · WORK · WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

☎ 305-701-1094

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

⊙

A curular community that provides a
responsible, authentic, and portable lifestyle
created as a home of today and tomorrow.

DEVELOPED BY   LOCATION

[redacted]

# PRIVACY POLICY

This Privacy Policy describes how URBIN Partners LLC collects information when you visit our website located at www.urbincondos.com and any of our other websites which display this Privacy Policy (collectively, the "Site"). It also explains how we use and disclose the information we collect from you, and your rights in relation to that information. By accessing, visiting or using the Site, you expressly consent to our collection, storage, use and disclosure of your information as described in this Privacy Policy. Please note that if you disagree with anything in this Privacy Policy, you must not use the Site. This Privacy Policy is part of, and is governed by, the terms and conditions set forth in our Terms of Service located at www.urbincondos.com.

**Information Collected through the Site**

A. Information You Directly and Voluntarily Provide to Us. If you are a visitor to the Site, we may collect information that you provide to us when you communicate with the Site. You may also choose to provide your name, email address and other information we may request from you, to us if you would like to additional information about the Company and the work we do.

B. Information Automatically Collected Through the Site. We may automatically collect information about you when you use the Site. For example, if you access the Site through a computer, we will automatically collect information such as your browser type and version, computer and connection information, IP address and standard web log information. If you access the Site through a mobile device, we may also be able to identify the location of your mobile device. You may choose not to share your location details with us by adjusting your mobile device's location services settings. For instructions on changing the relevant settings, please contact your service provider or device manufacturer.

We may automatically collect information from you when you use the Site using cookies. Cookies are small amounts of data that are stored within your computer's Internet browser and are accessed and recorded by the websites that you visit so that they can recognize the same browser navigating online at a later time.

Information that may be collected by cookies when you use the Site may include:
the pages you visit within the Site;
the date and time of your visit to the Site;
the amount of time you spend using the Site;
the Internet Protocol (IP) address used to connect your computer to the Internet; and/or your computer and connection information such as your browser type and version, operating system and platform.

You can set your browser to reject cookies or to notify you when you are sent a cookie. However, if you disable cookies you may not be able to use certain features of the Site. In addition, your browser may allow you to adjust your browser settings so that "do not track" requests are sent to the websites that you visit. However, the Company will not disable tracking technology that may be active on the Site in response to any "do not track" requests that we receive from your browser.

**How We Use the Information We Collect**

We use the information we gather through the Site in the following ways:
to request feedback and to enable us to better understand how the Site is being used and how it can be improved; to contact and communicate with you and to respond to your communications and requests about the Site, or about our properties, services, activities and special events;
for internal and marketing, promotional, and informational purposes; and
for any other purpose for which you specifically provide the information to us. If you provide your email to us, we may email you with information and updates about the Company that we believe may be of interest to you. If you wish to opt-out of receiving these emails from us, please follow the instructions contained in each email you receive from us which will allow you to opt-out of receiving further marketing emails from us.

**How We Share Your Information with Third Parties**

We do not sell or rent user information we collect through the Site to any unaffiliated third parties for their own marketing purposes. In the event the Company wants to sell or rent your information to unaffiliated third parties for their own marketing purposes in the future, we will notify you and you will have an opportunity to affirmatively opt-in to receiving these third party marketing communications. The Company does share your information with third parties in some circumstances as follows.

A. Employees and Third-Party Site Providers. We will disclose your information to our employees, contractors, vendors and suppliers ("Service Providers") who provide certain services to us or on our behalf, such as operating and supporting the Site, analyzing data, or performing marketing or consulting services. These Service Providers will only have access to the information needed to perform these limited functions on our behalf. We may also disclose your information to the affiliated project development entities that are involved in developing the specific project(s) and our other affiliates for use in connection with providing information to you and otherwise communicating to you with respect to such projects.

B. Response to Subpoenas or Court Orders or to Protect Rights and to Comply with Our Policies. To the extent permitted by law, we will disclose your information to government authorities or third parties if: (i) required to do so by law, or in response to a subpoena or court order; (ii) we believe in our sole discretion that disclosure is reasonably necessary to protect against fraud, to protect the property or other rights of us or other users, third parties or the public at large; or (iii) we believe that you have abused the Site by using it to attack other systems or to gain unauthorized access to any other system, to engage in spamming or otherwise to violate applicable laws or in violation of our Terms of Service. You should be aware that, following disclosure to any third party, your information may be accessible by others to the extent permitted or required by applicable law.

C. Business Transfers; Bankruptcy. In the event of a merger, acquisition, bankruptcy or other sale of all or a portion of our assets, any user information owned or controlled by us may be one of the assets transferred to third parties. We reserve the right, as part of this type of transaction, to transfer or assign your information and other information we have collected from users of the Site to third parties. Other than to the extent ordered by a bankruptcy or other court, the use and disclosure of all transferred user information will be subject to this Privacy Policy. However, any information you submit or that is collected after this type of transfer may be subject to a new privacy policy adopted by the successor entity.

D. Aggregate Information. We may share information relating to users of the Site with affiliated or unaffiliated third parties on an anonymous, aggregate basis. While this information will not identify you personally, in some instances these third parties may be able to combine this aggregate information with other data they have about you, or that they receive from third parties, in a manner that allows them to identify you personally.

Children Under Age 13. The Site is not intended for children under age 13, or for anyone under age 18 or the applicable age of majority without involvement of a parent or guardian. We do not knowingly collect or distribute personal information from or about children under the age of 13.

**Security**

We implement industry standard security measures intended to protect against the loss, misuse and alteration of the information under our control. Please be aware that no data transmission over the Internet can be guaranteed to be 100% secure. As a result, the Company cannot guarantee or warrant the security of any information you transmit to us through the Site and you do so at your own risk.

Amendments to this Privacy Policy

We will notify you of changes to this Privacy Policy by posting the amended terms on the Site at least thirty (30) days before the effective date of the changes. If you do not agree to the changes, you should discontinue your use of the Site prior to the time the modified privacy policy takes effect. If you continue using the Site after the modified privacy policy takes effect, you will be bound by the modified privacy policy.

**Use of Information Outside Your Country of Residence.**

The Site is directed to users located in the United States. If you are located outside of the United States and you choose to use the Site or provide your information to us, your information may be transferred to, processed and maintained on servers or databases located in the United States. Your use of the Site represents your consent and agreement to these practices. If you do not want your information transferred to or processed or maintained in the United States, you should not use the Site.

Accessing, Changing and Managing Your Information. If you have provided your name and email address to us, you may request that we remove your name and email address from our database by contacting us at info@urbincondos.com. Following receipt of a request from you, we will take reasonable steps to delete your information as requested.

**How How to Contact Us**

Please feel free to contact us at info@urbincondos.com if you have any questions about this Privacy Policy.

URBIN
LIVE WORK WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
305-701-1694
INFO@URBINCONDOS.COM
CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow*

DEVELOPED BY LOCATION VENTURES



URBIN                         VISION     MIAMI BEACH     COCONUT GROVE     NEWS     **SCHEDULE APPOINTMENT**

# CONTACT US

URBIN Miami Beach and Coconut Grove are sold out.

Ownership opportunities are limited, contact us to
get on the list to learn more about future locations.

BUYER OR BROKER

MIAMI BEACH OR COCONUT GROVE



| LAST NAME | FIRST NAME |
| --- | --- |
| PHONE | EMAIL |
| CITY | STREET ADDRESS |
| STATE  ZIP | COUNTRY |

HOW DID YOU HEAR ABOUT US?

COMMENTS

**CONTACT US**

Privacy Policy   |  Terms of Service

## VISIT A TEAM MEMBER AT ONE OF OUR SALES OFFICES TODAY.

| BRICKELL | CORAL GABLES | MIAMI BEACH |
| --- | --- | --- |
| ONE SOTHEBY'S - 1 SE LEY | | ONE SOTHEBY'S |
| FL 305 | L 3 PM | AVE |
| | CORAL GABLES, FL | BEACH, FL 3739 |

| TELEPHONE | EMAIL | HOURS |
| --- | --- | --- |
| 305 500 7844 | INFO@URBINCONDOS.COM | MONDAY TO SUNDAY 12 AM TO 5 PM |

URBIN
LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
305 701 1844
INFO@URBINCONDOS.COM
CONNECT WITH US

A circular community that provides a
responsible, authentic and portable lifestyle
created as a home of today and tomorrow.

DEVELOPED BY   LOCATION
VENTURES