1

1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:          )

4                               ) File No: FL-04347-A

5    LOCATION VENTURES, LLC   )

6

7    WITNESS:  Alex Kleyner

8    PAGES:    1 through 252

9    PLACE:    Securities and Exchange Commission

10           801 Brickell Avenue

11           Miami, FL 33131

12   DATE:     Wednesday, May 31, 2023

13

14      The above entitled matter came on for hearing,

15   pursuant to notice, at 9:11 A.M.

16

17

18

19

20

21

22

23

24            Diversified Reporting Services, Inc.

25                  (202) 467-920

EXHIBIT

X

2

1     APPEARANCES:

2

3    On behalf of the Securities and Exchange Commission:

4        JORDAN CORTEZ, Esquire

5        JOHN HOUCHIN, Esquire

6        RUSSELL O'BRIEN, Esquire

7        MARK DEE, Accountant

8        Securities and Exchange Commission

9        Miami Regional Office

10       801 Brickell Avenue, Suite 1950

11       Miami, Fl 33131

12

13   On behalf of the Witness:

14       EDWARD SHOHAT, Esquire

15       DAVID WEINSTEIN, Esquire

16       Jones Walker

17       201 S. Biscayne Blvd., Suite 3000

18       Miami, FL 33131

19       (305) 679-5700

20

21

22

23

24

25

3

1                      C O N T E N T S

2

3       WITNESS:                          EXAMINATION

4       Alex Kleyner                          4

5

6       EXHIBITS:       DESCRIPTION        IDENTIFIED

7       No. 1 - Supplemental Information Form 1662    6

8       No. 2 - Subpoena                      7

9       No. 3 - Background Questionnaire     10

10      No. 4 - 2nd Amendment of LV's Op Agreement   111

11      No. 5 - Summary                     152

12      No. 6 - Op Agreement 1505 Ponce     185

13      No. 7 - Global Interest Purchase Agreement   205

14      No. 8 - Complaint                   224

15      No. 9 - Complaint                   231

16

17

18

19

20

21

22

23

24

25

4

1            P R O C E E D I N G S

2            MR. CORTEZ:  We are on the record, at 9:11

3   A.M. Eastern Standard Time, on May 31, 2023.  We are

4   located in the offices of the Miami Regional Office, of

5   the US Securities and Exchange Commission, here in

6   Miami, Florida.  My name is Jordan Cortez, and I am

7   Senior Counsel, with the US Securities and Exchange

8   Commission.  With me is John Houchin, Senior Counsel,

9   Russell O'Brien, Trial Counsel, and Mark Dee, Senior

10  Accountant.  We are all members of the staff of the

11  Enforcement Division, of the Miami Regional Office, of

12  the Securities and Exchange Commission, and we're

13  officers of the Commission, for purposes of this

14  proceeding.

15            We will swear in the witness, now.

16            Can you please raise your right hand?

17  Whereupon,

18                    ALEX KLEYNER

19  was called as a witness and, having been first duly

20  sworn, was examined and testified as follows:

21                    EXAMINATION

22       BY MR. CORTEZ:

23       Q    Will you please state your full name and

24  spell your name, for the record?

25       A    Alex Kleyner, A-L-E-X, K-L-E-Y-N-E-R.

5

1      Q   Mr. Kleyner, are you represented by counsel,

2   today?

3      A   I am.

4      MR. CORTEZ:  Would counsel please identify

5   yourself and state your full name, your firm's name,

6   address, and telephone number, please?

7      MR. SHOHAT:  My name is Edward Robert Shohat,

8   S-H-O-H-A-T.  I'm with the firm of Jones Walker, LLC.

9   The address of the firm is 201 South Biscayne

10   Boulevard, Suite 3000.  My office phone number is (305)

11   679-5716.

12      MR. CORTEZ:  Mr. Shohat, are you representing

13   Mr. Kleyner, as his counsel, today?

14      MR. SHOHAT:  I am.

15      MR. CORTEZ:  And do you represent anyone

16   else, in this investigation?

17      MR. SHOHAT:  His wife, ████████

18      MR. CORTEZ:  And with respect to any entities

19   that Mr. Kleyner or Ms. Ulis either own or control, do

20   you represent those entities in this investigation?

21      MR. SHOHAT:  I do not.

22      BY MR. CORTEZ:

23      Q   Okay.  This is an investigation, by the

24   United States Securities and Exchange Commission, in

25   the matter of Location Ventures, LLC, file number

6

1    FL-04347, to determine whether there have been

2    violations of certain provisions of the Federal

3    Securities Laws.  However, the facts developed in this

4    investigation might constitute violations of other

5    federal, or state civil, or criminal laws. Prior to

6    opening the record, you were provided with a copy of

7    the formal order of investigation and the supplemental

8    order, in this matter.  These documents will be

9    available for your examination, during the course of

10   this proceeding. Mr. Kleyner, have you had an

11   opportunity to review the formal order and the

12   supplemental order?

13        A    Yes.

14                    (SEC Exhibit No. 1 was marked for

15                     identification.)

16        BY MR. CORTEZ:

17        Q    I'm handing you, again, what has been

18   previously marked as Exhibit One.  Prior to the opening

19   of the record, you were provided with a copy of the

20   Commission's Supplemental Information Form 1662.  Have

21   you had an opportunity to review Exhibit One?

22        A    Yes.

23        Q    Do you have any questions concerning the

24   notice?

25        A    No.

7

1       Q       Okay.

2                           (SEC Exhibit No. 2 was marked for

3                           identification.)

4       BY MR. CORTEZ:

5       Q       Mr. Kleyner, I'm handing you what has been

6   marked as Exhibit Two.  Please take a moment to review

7   the document and let me know when you're ready.

8       A       Okay.  Yeah, I'm ready.

9       Q       Mr. Kleyner, is this a copy of the subpoena

10  you're appearing pursuant to here, today?

11      A       Yes.

12      Q       I'd like to just briefly go over some of the

13  procedures for today's testimony.  During your

14  testimony, I and other officers of the Commission,

15  present here, may ask a question or a series of

16  questions.  If you don't understand a question, just

17  let me know, and I'll try to repeat or rephrase a

18  question. If you go ahead and answer a question, we'll

19  assume that you understand the question. As mentioned

20  prior to going on the record, the court reporter is

21  taking down everything that we say, but cannot record

22  head gestures, nods, things of that nature.  So, we ask

23  that when you respond, respond with an affirmative

24  response.  Again, if you don't hear a question, just

25  ask me and I'll repeat it. As mentioned, again, prior

8

1    to going on the record, only the staff can authorize

2    the court reporter to go off the record.  So, any time

3    you want to take a break, for whatever reason, just let

4    us know, and we can let the court reporter know we can

5    go off the record. Also, when we're off the record, we

6    don't have substantive conversations.  And to the

7    extent there are any substantive conversations, made

8    off the record, we'll summarize it once we go back on

9    the record.  Do you understand?

10        A    Yes.

11        Q    You may tell me, at any time, if you like, to

12   change or modify a previous answer.  At the end of your

13   testimony, I'll offer you and your counsel an

14   opportunity to ask any clarifying questions.  You can

15   add to your statements, at that time, if you so desire.

16   But in addition, you may tell me, at any time, if you'd

17   like to change or modify a previous answer.

18        A    Okay.

19        Q    During the course of your testimony, today,

20   we're going to ask you questions about things that

21   happened or may have happened, in the past.  Obviously,

22   time has gone by, since those events, and you're likely

23   to have a better and more complete memory of some

24   events, than others.  In answering a question about

25   these events, however, you should tell us about all of

9

1   your memories or recollections that are responsive to

2   the question, not just those that are specific or

3   perfectly clear or those which you're one hundred

4   percent sure.

5        A    Okay.

6        Q    Do you understand yes?

7        A    Yes.

8        Q    Therefore, if you answer, I don't recall, or

9   I don't remember, I forget, we will assume you have no

10  memory or recollection, whatsoever, that is responsive

11  to the questions asked.  Do you understand?

12       A    Yes.

13       Q    Okay.  And it may be that reviewing certain

14  documents refreshes your recollection, as to the events

15  you're questioned about.  In such a case, we're asking

16  for your testimony on everything that's responsive to

17  the question.  Again, not just clear, specific

18  recollections.  Do you understand?

19       A    Yes.

20       Q    Okay.  This next question is a standard

21  question that we ask every witness.  Are you currently

22  taking any medication or under the influence of any

23  substance that would prevent you from testifying

24  truthfully here, today?

25       A    No.

10

1     Q    Okay.  And is there any reason why you cannot

2   give full and complete testimony, today?

3     A    No.

4     Q    Okay.  And do you understand that you are

5   under oath, for the duration of this testimony session?

6     A    Yes.

7     Q    Okay.

8               (SEC Exhibit No. 3 was marked for

9               identification.)

10     BY MR. CORTEZ:

11     Q    Mr. Kleyner, we've handed you a document,

12  which has been marked as Exhibit Three.  Please, take a

13  moment to review the document and let us know when

14  you're ready.

15     A    Yes, I'm ready.

16     Q    Mr. Kleyner, do you recognize this document?

17     A    Yes.

18     Q    And what is it?

19     A    It's the background questionnaire that I was

20  provided.

21     Q    And you did get a copy of this questionnaire?

22     A    Yes.

23     Q    And you had a chance to review the questions,

24  on the questionnaire?

25     A    Yes.

11

1    Q    Okay.  Did you prepare the responses, to the

2  questions that were listed in this questionnaire?

3    A    My attorney did, based on the responses I

4  gave him.

5    Q    Okay.  And to the best of your knowledge, are

6  the responses to the questions, in this questionnaire,

7  true and accurate?

8    A    There's a -- yes, there's one spelling error

9  in my -- question number two, any other names I was

10  known by, there's no E, after D.

11    Q    Okay.  Thank you. If we could turn to page

12  two, of the questionnaire, under where it says

13  "educational history"?

14    A    Yeah.

15    Q    It says that you graduated from Pace

16  University, with a bachelor of marketing, in 2001?

17    A    Uh-huh.

18    Q    Besides this degree, do you hold any other

19  degrees?

20    A    No.

21    Q    Do you hold any professional licenses?

22    A    Not at the time, no.

23    Q    Did you --

24    A    I used to have a Series 7 and Series 63, but

25  they lapsed many, many years ago.

12

1      Q   Okay.  And with the Series 7 and Series 63,

2  do you remember when you obtained those licenses?

3      A   2000 -- approximately, 2001, I would say.

4      Q   So, right after you graduated --

5      A   Yep.

6      Q   -- from Pace University?

7      A   Yep.

8      Q   And do you recall how long you held those

9  licenses?

10     A   I think it lapsed, again, approximately,

11  maybe 2015 or 2016, somewhere in that kind of ballpark.

12     Q   Okay.  And staying on page two, under the

13  heading prior to educational history, where it says

14  "privately held companies", question 10 asks, "are you

15  now or have you ever been a beneficial owner, directly

16  or indirectly, of any privately held company, ie

17  corporation, partnership, limited liability, company,

18  or other corporate form?" And your response is "yes."

19  Can you tell us which company or companies you are a

20  beneficial owner of or have been?

21     A   Sure.  I'm an owner -- partial owner, I have

22  partners, and CO of a company called National Debt

23  Relief.  And I am an owner, but don't have an active

24  role, in a company called Reach Financial.

25     Q   Reach Financial?

1     A    Reach Financial.

2     Q    And question 11 asks a similar question, in

3  terms of if you've ever been a manager or member of a

4  privately held company.  And your response is "yes."

5     A    Uh-huh.  Yes.

6     Q    National Debt Relief and Reach Financial, are

7  those the companies which you have been or are a

8  managing member?

9     A    So, I'm a member in both.  I've had, over my

10  career, a number of different entities.  But none were

11  real of any significance, as far as like revenues or

12  anything like that, but there's been a number of LLCs

13  that I was involved in.

14     Q    Okay.  Can you walk us through sort of

15  your -- for lack of better term, employment history, or

16  entrepreneurial endeavors, you know, since you -- since

17  the time you graduated from Pace, until the present?

18     A    Sure.  So, when I finished college, I got my

19  7 and, I believe it's 63, it might be 55, it's one of

20  those two.  7 was the main license. I got a job, as a

21  proprietary day trader. Basically, I got a job in a day

22  trading firm. Then, I started a business.  That was

23  2001.  I started the business, called Aqualux, which

24  imported home improvement goods, out of China, and

25  wholesaled them in New York, specifically, Brooklyn,

1    New York. Then, I had a business that imported axis

2    control systems, from Germany, into Russia.  The

3    company was called Simon's Boss. Then, I started Leanna

4    Group, which evolved to become Eagle One Debt

5    Solutions, which evolved to be become National Debt

6    Relief, which is now my kind of day job, you call it.

7    And, then, in 2000 -- this was around 2009, 2010, when

8    that was started.  And around 2015, '16, we started the

9    company, called Liberty Lending, which we then

10   rebranded as Reach Financial. Along the way, I had some

11   smaller kind of side investments, into different

12   things, but these are kind of the main things that

13   actually occupied my time, I would say.

14        Q    Okay.  So, prior to starting the different

15   businesses and the one that sort of now is National

16   Debt Relief, you said you were a proprietary trader?

17        A    Yes.

18        Q    And for who?

19        A    So, it was a day trading firm.  My first one,

20   in 2001, was called Lions Group.  We didn't manage

21   anybody's money.  It was basically the firm gave us

22   capital, to execute into day trades.  It was their own

23   capital.  I put up $500.  That was the most I ever put

24   up, out of my own pocket.  And --

25             MR. CORTEZ:  Hold on.  Let's pause, right

1    there, since we're still on the record.  We just want

2    to note that David Weinstein has joined the testimony.

3              David, nice to meet you.

4              MR. WEINSTEIN:  Nice to meet you, too.

5              MR. CORTEZ:  I'm Jordan Cortez.  These are my

6    colleagues, John Houchin, Russell O'Brien, and behind

7    you, Mark Dee.

8              MR. CORTEZ:  In going back to our previous

9    question and we'll continue.  Mr. Kleyner, does David

10   Weinstein represent you, as counsel, today?

11             THE WITNESS:  Yes.

12             MR. CORTEZ:  And, Mr. Weinstein, if you can

13   confirm that you represent Mr. Kleyner as counsel here,

14   today, in this matter?

15             MR. WEINSTEIN:  That's correct, along with

16   Mr. Shohat, from Jones Walker.

17             MR. CORTEZ:  Okay.  Thank you.

18             BY MR. CORTEZ:

19        Q    So, I think before Mr. Weinstein walked into

20   the room, you were discussing some of the proprietary

21   trading that you did.  And I'll let you continue from

22   there.

23        A    Sure.  So, basically the business model, for

24   those companies, were they hire, you know, guys like

25   myself.  We have to get licensed.  They would sponsor

1   us for the license.  I brought in just 500 bucks, to

2   start. And they give you leverage, on that money.  They

3   put risk parameters, in place.  They teach you

4   different trading strategies.  No overnight positions.

5   No outside invested capital.  No selling stocks,

6   nothing like that. And, basically, you try to get some,

7   you know, buy it $10.15 and sell the stock for $10.22,

8   and try to make seven cents, on a thousand shares.  We

9   did multiple trades a day. The business model was every

10  time we execute a trade, we pay the, you know, the

11  company commissions, for the execution of the trade.

12  If you lose money, you basically get fired.  If you

13  make money, you get a hundred percent of the profits.

14  So, I would say overwhelming majority of the people

15  that started with me got fired, along the way.  I was

16  fortunate enough, I was pretty good with numbers.  My

17  mom was a math teacher. So, I did pretty well in day

18  trading.  So, that was kind of my first real job, out

19  of college.  There was no salary.  It was kind of you

20  eat what you kill, kind of a job, right?  So, that's

21  what I did. My first company was Lions Group, and that

22  was at 39 Broadway, in New York.  Then, we moved to 55

23  Broad. Then, I got a job with -- oh, my God.  I forget

24  the company's name.  I was there for just a few months.

25  Sorry, I don't remember the company name.  It's been

17

1    over 20 years.  Then -- I was with them a few months.

2    Then, I moved to a company, called Dimension Capital.

3    I was there for a while.  Then, in 2009, 2010, I

4    started what now became National Debt Relief, and I

5    kind of faded out day trading and focused on National

6    Debt Relief, primarily.

7        Q    So, is it fair to say from when you graduated

8    Pace, in 2001, to approximately 2009, these different

9    companies, you were --

10       A    It was all day trading.

11       Q    It was day trading?

12       A    Yes.  Again, no outside capital, no

13   investors, no selling stock; it was all intraday -- you

14   know.

15       Q    So, with each company, it was all intraday

16   trading?

17       A    It was exactly the same.  The difference in

18   companies was how much they charge you, in commissions.

19   Everything else was exactly the same.

20       Q    Okay.  Then, in 2009, you transitioned when

21   you started your first company; is that correct?

22       A    I just started doing both.  So, I was -- I

23   started my company, while still day trading, because

24   day trading gave me flexibility.  I can do it on any

25   laptop, anywhere in the world, really.  So, I didn't

18

1    have to be in the office.  I didn't have to technically

2    show up to work, because I guess you trade, you make

3    money, you get it.  You don't trade, you -- nothing

4    happens, right? Like --

5        Q    In that entire time, in terms of

6    compensation, you never received a salary?

7        A    No.

8        Q    It was all commission based?

9        A    It was all profit based.  There was no

10   commissions, really.  There was no commissions because

11   we had no clients.  I was technically a client of the

12   firm, because they gave me some money to trade with.

13   Every trade I put in, whether it was profitable or not,

14   I paid them a commission, for the execution of the

15   trade.  I used their technology.  I used their system.

16   I used their money, technically.  And you do a profit

17   and I got then paid at the end of the month.  If there

18   was no profits, then either you get fired, or if

19   there's no profits, but you generated enough to pay

20   them enough commissions, then you get to live another

21   month, basically.

22       Q    Generally speaking, do you recall what kinds

23   of securities you were trading?  Was it --

24       A    It was all New York Stock Exchange listed

25   stocks. Yeah, it was all New York Stock Exchange, but

1    we had access to NASDAQ.  I just didn't particularly

2    trade anything on NASDAQ.  It was all New York Stock

3    Exchange.

4         Q    Okay.  Can you tell us about National Debt

5    Relief?  I know there was a few prior iterations, but

6    if just sort of walk us through when you started the

7    company and sort of its progression to today?

8         A    Sure.  So, in around late -- mid to late

9    2009, I had some money because of my day trading, you

10   know, it was volatile years.  '07, '08, '09 were kind

11   of my better years, from a profit standpoint.  So,

12   again, my mom did a math teacher.  I did pretty good.

13   Not spending a hundred percent of what I made.  So, I

14   had some money saved up.  I was looking to start a

15   business.  I looked at a couple different things.

16   Somebody randomly mentioned debt settlement to me.  I

17   looked at that space.  It was horrendous.  There were

18   no regulations.  There were no rules.  The consumers

19   were not really being truly, truly helped, so that

20   really turned me off from the space.  I took a second

21   look at the space when laws got announced, actually FDC

22   made the rules, with the CAPB enforcement, and actually

23   Joe Biden was the one that announced that law.  That --

24   the law is called TSR, Telemarketing Sales Rule.  It

25   basically calls for, number one, truth in advertising.

20

1    So, you can't say, you know, say government bail out,

2    some nonsense, right?  You must substantiate

3    performance claims.  You can't keep any of the consumer

4    deposits.  It has to be in the FDIC insured, special

5    purpose account, kind of like an escrow account the

6    consumer controls.  And the most important thing, the

7    industry became fully contingency based.  So, no

8    upfront fees, no monthly fees, no maintenance fees. The

9    only fee the company charges is if we negotiate, on

10   behalf of a consumer, with the creditors, that they owe

11   money to, reach a settlement agreement, with the

12   creditor, on behalf of a consumer, present that

13   settlement to the consumer.  Consumer must approve the

14   settlement.  Consumer must authorize that special

15   purpose account company to release the funds, to the

16   creditor, under the, you know, under the settlement

17   that was reached.  And only after all of that happens,

18   we allowed to charge a fee for our service, which is

19   different than the old world of that settlement.

20   Consumer signs up for the program, and the company

21   starts taking fees, up front, before any value was

22   delivered to the clients. So, I really got into the

23   industry when the laws came out.  They came out in

24   October, 2010.  So, by the time we opened an entity, we

25   knew the laws were coming, so we really got into the

1   space late 2009, mid 2010, but really, as far as I'm

2   concerned, my company was really born on October 27,

3   2010, when the laws took effect. Over 90 percent of

4   companies went out of business, just left the business,

5   because the business model completely changed and

6   became really cash intensive now, because you have to

7   make the investment into marketing and sales, and

8   servicing, of the clients, in order to generate any

9   kind of fees, from these clients.  It takes months and

10   months, before we start seeing any cash flows, from our

11   consumers.  Where, you know, previous industry, you

12   sign up a client, you start taking fees.  So, it was

13   much easier on the cash flow, for those guys.  So,

14   those guys left.  I kind of came in.  We started the

15   company.  It was myself and partner. It was privately

16   owned, self-funded.  We grew organically, over the

17   years.  And, I mean, the rest is history.  Now, we're

18   one of the top three largest companies; depends which

19   one of those three you ask. And still private company.

20   Still following exactly the same laws and rules.

21   Licensed in every state that requires a license.  You

22   know, we go through annual audits/reviews, by the state

23   regulators, and we have enforcements.

24       Q    So, when you started the National Debt

25   Relief, and I'll just use that, the current name of it.

22

1       A    Yes.

2       Q    I know there was previous names.  You started

3   in New York?

4       A    Yes, 11 Broadway.

5       Q    Was it a New York based company or LLC, or at

6   the time --

7       A    It was a New York, LLC, I believe.

8       Q    Is it still that today?

9       A    Yeah.

10      Q    Okay.

11      A    We don't have any customers walk in.  There's

12  no face-to-face interactions.  It's all done over phone

13  or internet or digital.

14      Q    Okay.  And you mentioned at the time it

15  started were you only operating out of the state of New

16  York, in terms of working with consumers?

17      A    At the location?

18      Q    No, in terms of your consumers?

19      A    No.  So, in that settlement industry, there

20  are -- every state has either has no debt settlement

21  specific rule, so you can do business in that state, as

22  long as you register with the state that you're doing

23  business in the state.  Some states have -- call it a

24  simpler registration requirements, in order to do

25  business in the state.  Some states have a more complex

23

1   requirements, like for example, two years of audited

2   financials, finger prints for the owners, background

3   checks, and things like that.  So, when we started, we

4   started in the states where you can just start in.  And

5   as the company grew, we added additional states, got

6   the required licenses, in order to enter those states.

7   Then, evolved to, you know, again, what I call more

8   complicated requirements.  Again, you needed at least

9   two years of existence, in order to even enter certain

10  states and so on. Fast forward to today, we're -- it's

11  a state by state analysis, by our compliance law firm,

12  and the tell us which states we need to maintain

13  licenses, what kind of licenses, what are the bonds

14  required, and so on and so forth.

15      Q    And, currently, how many states are you in

16  today?

17      A    It's -- so we -- in over 40 states, I

18  believe, at this time; mid 40s, maybe.

19      Q    Okay.  And, today, does National Debt Relief

20  have employees that report to you or that work at the

21  company?

22      A    Of course.

23      Q    How many employees?

24      A    So, we have over 2,000 employees now; maybe

25  2,500 or something like that.

24

1          Q     Are they based in New York or are they spread

2     out --

3          A     So, we used to -- sorry.  So, we used to be,

4     before Covid, we had an office in New York City.  It

5     used to be at 11 Broadway, then we moved to 180 Meadow

6     Lane.  We had an office in Culver City, California.  We

7     had an office in Henderson, Nevada.  And we had some

8     support functions that were done out of Philippines.

9     All consumer face and communication was US based. When

10    Covid hit, we were forced to go remote.  And we evolved

11    from a company that now is permanently remote.  So, we

12    closed the California office.  We closed our Henderson,

13    Nevada office.  I'm trying to sublease my New York

14    office.  If SEC wants to expand to 180 Meadow Lane, I

15    have a good deal for you.  And we went permanent

16    remote.  And while New York City office is open and

17    people are welcome to come, barely anybody shows up.

18         Q     Fair to say that employees are working

19    remote, from their homes or whatnot?

20         A     Yes, 99 percent of our company works remote.

21         Q     And in terms of the types of, you know,

22    credit solutions you provide to your consumer/clients,

23    can you sort of tell us about that?

24         A     So, our primary service of National Debt

25    Relief is debt negotiations.  So, any consumer that

1    owes money on the credit card, and can't afford to pay

2    it, the credit card company either hires a collection

3    agency, to collect from the consumer, or eventually

4    sells the debt to a debt buyer, who now takes ownership

5    of the debt, and they try to collect from the consumer.

6    I'm on the consumer side of things.  So, basically, the

7    consumer comes to us.  We have underwriting criteria.

8    The consumer must have income.  They must afford to

9    make a certain monthly deposit, into that special

10   purpose account that I mentioned.  They must only have

11   the type of debts that we actually have history of

12   settling, that we can help them with.  And, basically,

13   the way the process works, we don't do any cold

14   calling.  It's all inbound marketing.  We advertise

15   online and TV, and e-mail marketing, that kind of

16   stuff. Any consumer that calls in or submits a form for

17   us to call them back, will speak to a sales agent, who

18   will go through the consumer's budget, hardship,

19   analysis, who they owe, how much they owe, are they

20   current, are they delinquent.  We then see if that

21   consumer fits into a criteria of somebody we can

22   actually help.  If they do not, we refer them -- we

23   either give them some advice what they can do, or we

24   defer them to nonprofit counseling companies, which is

25   an alternative product for a consumer, not one we offer

1   inhouse. Any consumer that, you know, is qualified, we

2   put them through underwriting.  We then come back and

3   say, okay, you owe 30,000 in debt.  We estimate that,

4   you know, based on your credit, we can settle it for,

5   say 50 cents on the dollar.  Our fees are roughly 21

6   percent. So, you need -- keep the numbers simple, say

7   $21,000. Based on your budget, you can afford, you

8   know, 700 bucks a month.  So, approximately, it's about

9   30 months. Consumer, if they agree, they sign a

10  contract.  They get tons of disclosures, both kind of

11  company disclosures and industry association requires

12  us to give certain disclosures, to the clients. They

13  make a monthly deposit, into that special purpose

14  account.  We get visibility into how much money is

15  available there.  Client, at any time, can take that

16  money out.  It's totally in their control.  Based on

17  how much money is available, we start reaching out to

18  creditors, to negotiate settlements for the consumers.

19  As a settlement is negotiated, again, like the process

20  I mentioned before, we have to present it to the

21  client, they have to review it.  They have to approve

22  it.  They have to authorize the payments, under the new

23  settlement terms.  Once that happens, we earn that fee

24  for that one account that we settled.  Then, we repeat

25  that process for the second account, third account,

1   fourth account, and so on.  Average, on our client,

2   they have between five and six different credit cards.

3   And that's really the -- I mean I simplified this.

4   This is a very complex process, especially for our

5   clients, it's -- but, you know, for interest of time,

6   I'm simplifying it.

7        Q    Thank you.  We appreciate it.  We're just

8   trying to understand a little bit about your business.

9   With respect to the debt relief that you, you know,

10  negotiate, on behalf of your clients or consumers, is

11  it just credit card debt or are there other forms of

12  debt that you also will negotiate?

13       A    It's overwhelming credit card debt, but we

14  also -- anything unsecured, technically, we can

15  negotiate. So, it's credit card debt -- overwhelmingly,

16  it's credit card debt.  It's personal installment

17  loans, a little bit of medical bills, but that's

18  really -- but it's overwhelming credit card debt.

19       Q    Okay.  And I think you mentioned earlier that

20  at least when you started National Debt Relief, you

21  started it with a partner?

22       A    Uh-huh.

23       Q    Who is the partner?

24       A    Daniel Tilipman.

25       Q    Is he still your partner?

28

1      A    Yes.

2      Q    Okay.  Are there any other partners, besides

3  Daniel, that are involved in the business?

4      A    Yeah, we have a silent partner.  So, Daniel

5  and myself are active operators of the business.  And,

6  then, we have a silent partner, who owns 20 percent of

7  the business, who is not really involved in day-to-day

8  operations.

9      Q    And who is that?

10     A    His name is Tom Ledeker.  Him and Danny were

11  kind of partners, in a -- before National Debt Relief,

12  so they kind of came together, basically.  So, it was

13  three of us, just Tom was just not involved in the

14  business.

15     Q    And you're the CEO of National Debt Relief,

16  correct?

17     A    Yes, uh-huh.

18     Q    And what is Daniel's position?

19     A    So, Daniel was the president of National Debt

20  Relief, up until a few months ago.  And he

21  transitioned, now, to be COO of Reach Financial, the

22  other company I mentioned, but he's still very actively

23  involved, in National Debt Relief.

24     Q    Okay.  And I believe -- I think you mentioned

25  that you are married.  Your wife is ████████ is that

1    correct?

2         A    Yes.

3         Q    Is she involved in the business?

4         A    No.

5         Q    You mentioned Reach Financial?

6         A    Uh-huh.

7         Q    Can you tell us about that business?

8         A    Sure.  So, it's an alternative product for

9    consumers to get out of debt.  So, instead of debt

10   settlements, where consumers are delinquent, and that's

11   why we're able to get them the settlements that we can

12   get them.  Reach Financial offers consolidation loans,

13   so a consumer, who is not delinquent, but is struggling

14   with five or six different minimum payments, different

15   dates, different interest rates, and they're looking

16   just, you know -- we underwrite them.  We give them a

17   loan.  The proceeds go to pay off their creditors.  We

18   don't give consumers just money, to spend on vacation.

19   And, then, instead of making five or six minimum

20   payments, five or six different dates, five or six

21   different interest rates, they have a fixed payment,

22   fixed term, to repay Reach Financial.

23        Q    Essentially, Reach Financial is providing

24   installment loans, to consumers, to pay off -- to

25   consolidate their credit card date?

1     A   Yes, it's unsecured personal loans,

2  installment loans, sure.

3     Q   Okay.  And Reach Financial was a business

4  that was more recently created than --

5     A   It was started maybe 2015, '16, I would say.

6     Q   Okay.  Does Reach Financial share the same

7  employees as National Debt Relief or are they separate

8  employees?

9     A   Reach Financial has its own -- has its own

10  set of employees.  There are a handful that we tap

11  into, for just expertise, between the companies, but

12  really it's two separate operations.

13     Q   Is it similar in terms of consumer facing

14  either online or over the phone, similar to National

15  Debt Relief?

16     A   Yes, from that standpoint, it's similar, yes.

17     Q   Okay.

18     A   Reach Financial is a lot more kind of

19  digital, where consumers go online and it's more of a

20  digital experience, where National Debt Relief there's

21  a lot more explaining, to the consumer, how the process

22  works and so forth.

23     Q   In terms of the states that Reach Financial

24  operates in, is it the same 40-plus states as --

25     A   It's not the same.  Reach Financial has its

31

1    own set of kind of compliance guidelines.  So, it's

2    also state by state licensing, state by state analysis,

3    which states require, which states don't require, which

4    states require which specific license, and so on. So,

5    Reach Financial is in -- like I said, I'm not as

6    involved in the business.  I would say it's -- don't

7    quote me on this, but it's between 30s and 40s also

8    states, but it's not the exact match of the states.

9        Q    Okay.

10       A    There's definitely multiple states where

11   National Debt Relief can do business and Reach does

12   not, and the other way around.

13       Q    And I think you mentioned Daniel is -- he's

14   more involved in overseeing the day-to-day operations

15   of Reach Financial?

16       A    He's now the COO, officially the COO, of

17   Reach Financial.

18       Q    And you're less involved, but what is your

19   involvement in Reach Financial?

20       A    I'm a, you know, member.  I'm an owner, of a

21   part of the company.  And I talk to Daniel 18 times a

22   day, just about everything, right?  Like -- so it's

23   very tricky to distinguish.  I talk to him about

24   National Debt Relief.  He'll talk to me about Reach

25   Financial. But, really, just as a sounding board, or a

32

1    third partner, to some extent.  But, really, if you

2    talk about responsibilities, I'm the COO of one and

3    he's the COO of the other.  But, again, it's like we

4    have two babies and we're raising them together, to

5    some extent.  So, we talk about just different stuff.

6         Q    So, going back to Exhibit Three, the

7    background questionnaire, third page, under "employment

8    history", question 18 --

9         A    Uh-huh.

10        Q    -- asks a question about your employment

11   activities.  I know you mentioned COO of National Debt

12   Relief and a day trader. Since you've sort of ended

13   your employment, I think you said, approximately in

14   2009, being a day trader --

15        A    2014, '15, I think.

16        Q    I'm sorry.  Excuse me.

17        A    I started this is 2009, 2010, yeah.

18        Q    Excuse me, 2014, 2015.  Do you trade,

19   personally, on behalf of yourself or others, in

20   securities?

21        A    I don't trade on behalf of others.  I never

22   had have.  Personally, I have like a portfolio with JP

23   Morgan.  I have an investment advisor, a JP Morgan

24   investment advisor.  I do one off trades, on my own,

25   but really everything goes through JP Morgan, with

33

1    their advice and oversight, and that kind of stuff.

2        Q    Okay.  Do you -- if you can describe sort of

3    how that portfolio is set up, in terms of what types of

4    securities --

5        A    It's the most boring, diversified stuff, you

6    can think of.  There's some stocks.  There's some

7    bonds. There's some private equity.  It's the cookie

8    cutter JP Morgan portfolio allocation that you can get.

9        Q    So, I mean, in terms of sort of an overall

10   investment strategy, it's just -- how would you

11   describe it?

12       A    It's -- again, it's diversified.  Again, it's

13   stocks.  It's some bonds, some private equity funds,

14   that it's going to take me ten years, before the money

15   starts coming back.  So, it's really -- we don't have

16   one specific -- we don't concentrate on a sector.  We

17   don't concentrate on a specific strategy.  It's really,

18   like I said, it's your cookie cutter, wealth

19   management, diversified portfolio.

20       Q    Okay.  Would you consider those investments

21   sort of to be more like long term?

22       A    Yeah, absolutely.

23       Q    Like you're not looking to get -- as a day

24   trader -- in and out -- you're not looking to get in

25   and out of positions?

34

1      A    No, I haven't done a trade like that in --

2  whatever it is, eight years or something like that.

3      Q    Approximately, how long have you had that JP

4  Morgan investment advisor account?

5      A    We're in 2023?  I would say between five and

6  seven years, something like that.

7      Q    Okay.  And turning to the real estate market,

8  do you invest in the real estate market?

9      A    Some, yes.

10     Q    Okay.  When did you start investing in real

11  estate?

12     A    Outside of personal residences, which is not

13  really an investment, I assume.

14     Q    Correct.

15     A    So, the first investment we made, in real

16  estate, would be in -- around 2020.

17     Q    Okay.  And how did you sort of get involved,

18  in 2020, investing in real estate?

19     A    We came to Miami for spring break, in 2020,

20  and kind of got stuck with Covid, in Miami.  So, while

21  we were here, the state seemed to be open, while New

22  York was kind of shut down.  So, I had a friend, who

23  works at Colliers, and his name is Dimitri Levkov, and

24  his job with Colliers, he gets hired by developers, to

25  find them financing.  So, I asked him if there are any

35

1   interesting investments that he's currently looking at.

2   And he showed us a couple of kind of projects that he

3   was raising money for.  And we meet -- this was our

4   first kind of investments into real estate.   Through

5   Dimitri/Colliers introductions, we invested into a

6   couple of real estate projects, as just LPs, just kind

7   of, you know, LP investors.

8        Q    And at the time, what sort of sparked your

9   interest in, you know, investing in or looking to

10  invest, I should say, into real estate projects?

11       A    Like I mentioned, we kind of have a pretty

12  diversified -- mindset was pretty diversified, and we

13  had almost no exposure to real estate, going into

14  that -- around that time, 2020.  So, we were interested

15  in learning about it and investing, to just really get

16  a feel for it.  But we wanted to do it somewhat

17  locally, so we can actually keep an eye on things, I

18  guess, to some extent.  So, that really peeked our

19  interest.

20       Q    And at that time, you mentioned spring break,

21  2020; was that March, April, 2020?

22       A    So, we came to Miami, March, mid March, 2020.

23       Q    So, right before the country shut down?

24       A    Right as.  We came the day after MBA shut

25  down. So, right after the country shut down, and my

36

1    company, we went remote, the same time, that weekend.

2    So, it was a big weekend, in my life.

3        Q    And you mentioned your friend, Dimitri worked

4    at Collier.  What information, at that time, did he

5    provide you, in terms of either the real estate market,

6    in Miami, or specific -- was it more specific projects,

7    like real estate development projects?

8        A    He gave us just an overview, just a very high

9    level overview.  You know, he said they look at tons --

10   they get approached by developers to raise money for

11   them.  They look at tons and tons of different

12   projects, that they pass on.  Some are more

13   interesting, less interesting, and so on.  So, I told

14   him I'm interested in something somewhat local.  So, he

15   showed me a couple of projects and, you know, we met

16   the developers, we saw their previous experience, that

17   was a requirement for us, and we made a couple of

18   investments, based on that.

19       Q    And in terms of the high level information

20   that Dimitri provided, was it certain types of real

21   estate? In other words, was is it residential real

22   estate, was it commercial?

23       A    It was all residential.

24       Q    Okay.  And with residential, was it single

25   family homes, was it condos, mixed-use?

1       A    So, it was -- so, one of the projects we

2    invested in is in Palm Bay.  It was a ground up,

3    multi-family, like I think it's like a two-floor rental

4    project.  They completed one right across the street

5    and this was their second one.  So, that kind of

6    appealed to us, that experience that's literally right

7    across the street. So, we kind of liked that. The

8    second one we invested in are town homes, in Coral

9    Gables, same concept.  They completed town homes, right

10   across the street.  They completed the building, across

11   the street, and now they were, you know, they owned the

12   piece of land, right kind of next to those two

13   projects, and now they were developing 15 town homes,

14   so we made an investment into that, as well.

15      Q    So, those were the initial two investments

16   you made --

17      A    Yes.

18      Q    -- the one in Palm Bay and the town homes, in

19   Coral Gables?

20      A    Yes;

21      Q    Same developer for each?

22      A    Different developers.

23      Q    And who were those developers?

24      A    So, Coral Gables is MG Development.  Palm

25   Bay -- sorry, I don't remember.

38

1      Q    But these were, at the time, clients of

2  Collier that --

3      A    Yes.

4      Q    -- and Dimitri, correct?

5      A    Yes.

6      Q    And just, again, sort of high level, for us,

7  here today, can you explain how the investment worked,

8  in terms of you invest X amount of money, and what was

9  the, you know, what was your expectation with those

10 investments?  How did it work?

11     A    Sure.  So, each project has to have a model,

12 right, what the developer's projecting, as far as

13 length cost, financing cost, construction cost, time

14 frames, what the exit prices would be, and based on

15 that, you can calculate the returns, after the

16 waterfall, where everybody is paid off.  Each project,

17 the structure, there's construction loan, on top.  And,

18 then, there's the equity piece.  The equity piece is

19 usually split between LP and GP.  In those two

20 projects, I'm the LP. GP -- and the way it basically

21 works, assuming everything gets executed, as planned,

22 which things never do, but assuming everything gets

23 executed, as planned, the bank is paid off, then

24 there's a predetermined and contractually obligated

25 kind of split, between the LP and GP.  LP meets a

39

1    certain hurdle.  After that, it splits 50/50 or 80/20,

2    whatever the splits are.  Then, there's basically a

3    waterfall.  And depending on the waterfall, GP makes

4    their -- what's called a promote. They make money on LP

5    money, right?  And, so, that's, in essence, how it

6    works.

7         Q    So, when you mentioned the split, is that

8    upon the sale of the property, or is that -- or is

9    there any type of split, with respect to any operating

10   revenue, once the property is completed?

11        A    No, if you're LP, like in those two projects,

12   I don't see any cash flows, any revenues, until the

13   sale of those properties.

14        Q    And do you recall, at least the time you made

15   these investments, in Palm Bay, and the town homes, in

16   Coral Gables, approximately, what was the projected

17   time frame, for that, for each of the projects?

18        A    Palm Bay, I want to say maybe four, five

19   years. And town homes were faster because they were

20   already in construction.  Town homes, I'm actually

21   supposed to get money today, so --

22        Q    Congratulations.

23        A    Well, hold on.  Hold on.  I haven't looked at

24   my phone yet.

25             MR. SHOHAT:  Don't jinx it.

1     THE WITNESS:  Don't jinx it.  But the

2  closings were scheduled for last night.  So, but we got

3  involved in town homes, in 2020, so call it three

4  years, roughly; two and a half to three years

5     BY MR. CORTEZ:

6     Q    Okay.  And Palm Bay is still --

7     A    Palm Bay was -- when we looked at the

8  project, it was just a field, like.  So, when we

9  invested in Palm Bay, there was no work done, yet.  So,

10  we knew, obviously, it was going to be longer.  The

11  project is almost finished.  And, now, they're going to

12  start actually people moving in, and they need to

13  stabilize the project, before they can sell it. Well,

14  town homes, when we got involved, it was -- the

15  construction was already underway.  So, we knew the

16  time frame would be shorter.

17     Q    Okay.  And, then, in terms of the investments

18  made, in town homes, in Coral Gables, as well as in

19  Palm Bay, was that investment made personally, by you,

20  or was there an entity that you owned and controlled,

21  that's the LP, in each of those projects?

22     A    Each project would have an entity set up, for

23  specific investment.

24     Q    Okay.  And if you recall, approximately, how

25  much was invested in each project?

41

1      A    So, Palm Bay was around 6 million, I believe.

2  And town homes, I want to say -- it changed, that's why

3  I'm trying to think back, but roughly maybe 10 million,

4  million, somewhere in that range.

5      Q    Okay.

6      A    It changed because they were able to get

7  better financing, so the bank financed more, so there

8  was less need from the LP, than what we initially

9  invested.

10     Q    Sorry to interrupt.  Each of the entities,

11  that the investments went through, for each of the

12  projects, was it just sort of you got control and owned

13  that entity, or was there other people that also maybe

14  had put money in?

15     A    I mean, overwhelming, I think, in town homes,

16  my partner, Danny, and my CFO, Michael, have some

17  money, but overwhelming majority is mine.  We have the

18  same splits, so I'm not making any promotes, on their

19  money. In Palm Bay it's either a hundred percent mine,

20  or 98 percent mine, and something.  Somewhere in that

21  range, again, not exact number.  And the rest would be

22  my CFO's.  So, he would co-invest with us, 100,000,

23  200, 000, something; 300,000 the most.

24     Q    And those were the two initial investments,

25  in real estate, you made in Miami?

42

1      A    Yes.

2      Q    And that was in the March/April, 2020 time

3  frame?

4      A    No, no.  The investments were made -- it

5  wasn't March/April because we just got here

6  March/April.  We really started kind of thinking about

7  this stuff.  By the time it all got said and done, I

8  would say it was late 2020.  I don't remember exactly,

9  but it was mid to late 2020, early 2021.  It's got to

10  be somewhere in that range.

11      Q    Okay.  And at the time, obviously, when you

12  came for spring break, that's essentially when the

13  world shut down, because of the Covid 19 pandemic, at

14  that time, was your primary residence, again time being

15  March or April, of 2020, in New York City?

16      A    Yes.

17      Q    Did it change, thereafter, to Miami, Florida?

18      A    It changed the following year.  2021, we

19  officially moved.  We full-time moved to Miami.  My

20  kids go to school here now.  We live here.  We spend

21  almost no time in New York.  So, 2021 -- August, 2021

22  was the official move to Miami.

23      Q    Okay.  I think if we can go off the record,

24  maybe take a bathroom break, five, seven minutes, if

25  that makes sense?

43

1        MR. SHOHAT:  Yeah.

2        THE WITNESS:  I can check my phone --

3        MR. CORTEZ:  Yes.

4        THE WITNESS:  -- to see if the town homes

5    sold?

6        MR. CORTEZ:  We're off the record, 10:01.

7        (A brief recess was taken.)

8        BY MR. CORTEZ:

9    Q    So, we are back on the record, at 10:08 A.M.

10   Mr. Klener, did you have any substantive discussion,

11   with anyone from the commission staff, during the

12   break?

13   A    No.

14   Q    Thank you.

15   A    Sorry guys.  Don't mean to qualify it as not

16   substantive.

17   Q    I would like to sort of turn now to asking

18   you questions in terms of your initial contact, with

19   Location Ventures and Rishi Kapoor?

20   A    Sure.

21   Q    How did you first hear or learn about

22   Location Ventures?

23   A    Through Dimitri, as well.

24   Q    Okay.  And what did he tell you about

25   Location Ventures when the --

44

1        A     He said there was a developer, out in Coral

2   Gables, who had a project that they were almost

3   completed, like a block or two blocks away from where

4   the town home project is, and that he's got an

5   interesting, unique project concept, that Colliers was

6   hired for, called Urbin, and they're looking for money

7   for -- one of these Urbin projects, in Miami Beach,

8   which was five minutes from where we lived.

9        Q     And you mentioned that Location Ventures

10  hired Collier to find --

11       A     Financing.

12       Q     -- financing.  And did Dimitri provide you

13  with specific information, at that time, about the

14  company, about Location Ventures, other than just this

15  Urbin project?

16       A     No, initially, it was a casual conversation.

17  It was just are you interested in meeting Rishi and

18  hearing about that project, you know, because first you

19  meet the developer, you hear the story, and if you like

20  it, then you get all the financials and projections,

21  and so on.

22       Q     Okay.  And do you recall when that initial

23  conversation took place?

24       A     Late 2020, mid 2020, somewhere in that -- mid

25  2020, I would say.  Hold on.  Hold on.  So, we got a

1  dog, from the shelter, in June, 2020, and my first

2  meeting with Rishi, I had my dog with me, so it had to

3  be after June, 2020.

4      Q    Prior to that first meeting, with Rishi, did

5  Dimitri tell you anything about Rishi Kapoor?

6      A    Nothing -- just generic stuff; nothing too

7  specific.

8      Q    Okay.  And after Dimitri -- and you said

9  maybe mid to the end of 2020 -- kind of told you,

10  generally, like some general information about Location

11  Ventures, did you express an interest to learn more?

12      A    Yes.

13      Q    Okay.  And what happened after that?

14      A    We set up a meeting -- set up a meeting in

15  Rishi's office, at 299 Alahambre.

16      Q    Do you recall approximately, time frame wise,

17  when that meeting was?

18      A    Same.  I mean, it was, you know, within --

19  again late -- mid to late 2020.

20      Q    And do you recall who was at that meeting?

21      A    So, it was myself, ████ our dog, that's why

22  I was remembering, because we got it from a shelter, in

23  June, Dimitri, and Rishi.

24      Q    Okay.  And that was your first meeting with

25  Rishi Kapoor?

1        A    Yes.

2        Q    Okay.  If you recall, what information did

3    Rishi provide you, at that time, about either Location

4    Ventures or any of the real estate projects?

5        A    He told us about the business, the vision.

6    He told us about, I think it had four divisions, and,

7    specifically, about Urbin was the one that we were

8    there for.  He told us about his team, that a lot of

9    them were with him for, you know, many, many years.  He

10   told us about that he grew up in Georgia.  His dad, I

11   think, was an engineer, who started doing some real

12   estate, and then, I think, transitioned to just doing

13   real estate. So, Rishi kind of had some real estate,

14   just from the family kind of experience, that he

15   finished law school, and then he went into telling us

16   about the specific project that we were there to

17   consider, which was Urbin Miami Beach.

18       Q    All right.  Well, let's maybe break that

19   down, a little bit.  So, starting with, I think you

20   mention he told you a little bit about Location

21   Ventures business. Can you describe what information he

22   provided you, just about Location Ventures business?

23       A    Sure, that they have four divisions.  It was

24   luxury condos, multi-family, Urbin, and maybe rental.

25   I don't remember the fourth one, maybe rentals or

1    something, and how many employees they have.  I think,

2    at the time, it was maybe 30-ish, something like that.

3    His big vision for Urbin, he was very big on Urbin,

4    that it's going to revolutionize the affordable

5    housing, kind of because the micro unit -- it was a

6    micro unit concept, that the micro units would become

7    affordable. And under the Urbin business model, micro

8    units become affordable and it sells for people who

9    can't afford to the neighborhood where they work, that

10   was kind of his big vision.  And he wanted to have, you

11   know, hundreds of them across America, and eventually

12   evolve globally, and all that. What else did he tell

13   us?  He said that he has some investors, that are all

14   strategic investors, like local Miami families, who had

15   value outside of just, you know, the investment of the

16   company.  He uses them as -- for guidance and advice

17   and mentorship.  He was -- he kept talking about he has

18   all these mentors that he takes advice from and listens

19   to, and so on.

20        Q    And I know were you there to primarily hear

21   about the Urbin investment opportunity; is that

22   correct?

23        A    Yeah, the one specific project.

24        Q    So, if you could -- when, I guess, Rishi

25   mentioned to you that Urbin was going to be, I think

1    you said, micro units, that people that work in areas

2    that they otherwise could not afford, could perhaps

3    afford that.

4         A     Uh-huh.

5         Q     Can you provide a little bit more

6    information, as to how that worked?

7         A     So, basically, it was a co-working, co-living

8    concept, initially.  Right?  So, he wanted to have, in

9    the building, let's say three, four-bedroom units, and

10   you rent by bedroom, and with a shared, you know,

11   living room, kitchen, and so on. Then, there was a

12   concept of just micro units, so basically just have

13   these 300 square foot apartments, which I was

14   skeptical, but he showed us drawings and actually they

15   managed to fit like a bed and shower, and toilet.

16   Actually, it was laid out, shockingly, that it actually

17   fit inside.  My first apartment was 650 feet and I

18   thought it was kind of tight.  So, when I heard 275,

19   300, I was like shocked, but on the renderings, it kind

20   of made sense. Then, there were -- so, basically, the

21   building would have co-living floors.  It would have

22   co-working floors, kind of like the "we work" concept.

23   Then, there'd be retail, on the bottom.  And, then, he

24   even thought about possibly having kind of a co-working

25   concept, meaning like let's say there's a barber shop,

49

 1   that you rent by chair.  So, let's say it was one

 2   barber shop, but it would be like with eight chairs,

 3   but literally eight, different, single barbers, kind of

 4   their own stand-alone business.  So, the whole co-thing

 5   was his thing; co-living, co-working living,

 6   so-sharing, co -- all that stuff.  That was the

 7   concept.

 8       Q    Okay.  And I know you mentioned that in

 9   addition to the Urbin sort of business, there's the

10   three other businesses.  Did he provide you any other

11   information with sort of how Location Ventures, you

12   know, started, or how, you know, he started the

13   business; anything about the history of the business?

14       A    Yeah, he worked for -- a little bit, yes.  He

15   told us he worked for, I think, a development company,

16   and then he wanted to start his own thing, so he

17   started Location Ventures.  He had got a couple of kind

18   of key people.  Vivian Bonet was a -- I think she was a

19   chief development officer.  And she's done tons of

20   projects, around South Florida.  She did, I think, W

21   Hotel, in Fort Lauderdale.  That was like the big

22   project that she did. He introduced us to his marketing

23   person, maybe IT person.  So, but again, bulk of that

24   specific meeting was spent on the Miami Beach Urbin

25   project, and just Urbin, in general, as the vision for

1    Urbin, because like I said, he wanted to open hundreds

2    of these, all over America.

3         Q    Okay.  And at that time, at that initial

4    meeting, how many Urbin projects were in existence, at

5    least at that time?

6         A    How do you define existence; like completed?

7    Zero.

8         Q    In development?

9         A    Zero; maybe one.  The building he was in

10   wasn't technically Urbin, but it was similar concept.

11   There was no co-living, so zero, I would say.

12        Q    Any in predevelopment, at that time?

13        A    Well, I guess the Miami Beach, the one that

14   we were talking to him about was in predevelopment.  He

15   had a contract on the land.  He didn't close on the

16   land, yet.  And they were predeveloping, you know,

17   approvals, and you know, the concept design, that kind

18   of stuff.

19        Q    You also mentioned that he sort of provided

20   some information, at that time, about the employees

21   that worked at Location Ventures.  I think you said,

22   from your recollection, there was approximately 30

23   employees, at that time?

24        A    At that time -- that was just -- I don't

25   remember exactly.  I think we met a couple, like he had

51

1  a couple come in and do a little like spiel.  I think

2  head of IT came in, marketing came in, possibly the --

3  Vivian, the development person came in.  But, again,

4  bulk of the meeting was just Rishi and us.

5       Q    Okay.  And you mentioned Vivian Bonet, the

6  chief development officer, for Location Ventures.  Did

7  Rishi and her -- know her prior to starting Location

8  Ventures?

9       A    Yes, I believe they worked together, in a

10  previous company, or she was working with his previous

11  company.  So, they new each other before, yes.

12       Q    Okay.  And I think you had mentioned, as

13  well, that Rishi told you a little bit about his

14  experience, at least at that time, in real estate, or

15  real estate development.  Could you just provide some

16  more detail, as to what he described to you, in terms

17  of his experience, in that industry?

18       A    Again, he mentioned his dad, that he grew up

19  in a real estate family, in Georgia; possibly, Atlanta,

20  Georgia.  He mentioned that he worked for a real

21  estate -- that he finished -- that his dad wanted him

22  to be a lawyer, so he finished law school, but his

23  passion was in real estate.  So, he got a job, I think,

24  in a real estate development firm.  His dad was very

25  upset.  They didn't talk for like two years, something

1    like that. And, then, you know, he -- it was really --

2    real estate was his passion and calling, and you know,

3    he decided to start Location Ventures.  I think he

4    mentioned his mom might have gave him some start-up

5    capital, like the first 5,000 or something came from

6    the mom.  But that's, you know, that was kind of the

7    general story.

8         Q    Do you recall what year he did start Location

9    Ventures?

10        A    If I met him in 2020, I mean, it must have

11   been a few years earlier.  I don't remember the exact

12   year, but he had a project that was almost done, called

13   Villa Valencia.  That was his first, like project, that

14   was deep enough where we could actually see what he's

15   capable of.

16        Q    What was Villa Valencia -- or what is, I

17   should say, Villa Valencia?

18        A    It's a multi-family condo building for sale.

19   So, no rentals.  It's, I think, maybe 39 units.  It's

20   at 515 Valencia Avenue, in Coral Gables.

21        Q    Okay.  So, you were, at that time, able to

22   drive and actually see the building?

23        A    Yes.  I'm not sure if we drove that

24   particular day, because at the end of the meeting, we

25   told him we're not interested in Urbin, but -- so, I

53

1    don't remember if we saw it that particular day, but we

2    eventually saw it.

3        Q    And at that particular -- focusing, again, on

4    that particular meeting, besides the information he was

5    providing you, at least verbally, at the meeting, did

6    he provide you with any documents or literature, or

7    materials, about the company, or about the Urbin

8    business segment?

9        A    I don't remember.  He might have had

10   something on the screen, some maybe financial models,

11   but very kind of high level.  I don't remember.

12       Q    You don't remember receiving any -- taking

13   any documents to review?

14       A    I don't remember.  Because we weren't

15   interested in the project.  So, even if we took

16   something, we tossed it, but I don't remember, even if

17   we took it.

18       Q    And why were you not, at that time,

19   interested in the project?

20       A    I thought it was a stupid concept, and we

21   kind of told him politely, you know, because he did

22   something interesting, at the end of the meeting.  So,

23   like usually you have these meetings, they give you all

24   the information, you shake hands, and you part ways.

25   And, then, you connect a couple days later.  He asked

54

1   us right, at the end of the meeting, so what did you

2   guys think.  What are you guys thinking?  And we were

3   kind of taken aback.  That was a little bit of a

4   different approach.  And, again, I was pretty -- I'm a

5   pretty honest and straightforward person.  So, I told

6   him, I think it's a stupid concept.  I think it's not

7   going to work.  I don't believe, especially with Covid,

8   the whole co-living is a thing that's going to survive.

9   I think co-working is a terrible idea because people

10  work from home.  And I think what you're building is

11  not really a real estate project; it's an operational

12  business.  You have rentals, you have office rentals,

13  you have chair rentals, you have store fronts.  It's

14  not a you build a building and then you sell it.

15  That's a real estate play.  Or you build multi-family

16  and there's some consistency, in the product you're

17  offering.  Here, it's a complicated -- so, it's a new

18  concept, with these micro units.  It's complicated

19  because you have all these different moving pieces.

20  I'm not sure I understand what the real exit is because

21  you can't sell it.  The idea is you get to keep them,

22  right?  So, that means you have to stabilize it.  You

23  have to get the cash flow, so that you can get

24  refinancing from a bank. But the bank would have to

25  look at this, and there's multiple different sources of

1    revenue, so you might have a little bit of a hard time.

2    And, again, I just told him, just in general, I don't

3    believe co-living and co-working is the way of the

4    future, or the way of Covid, kind of.  I just didn't

5    think that concept makes any sense.

6         Q    And what was Rishi's response to that?

7         A    I mean, he obviously disagreed.  We didn't

8    get into a heated debate, because, you know, I didn't

9    have anything to prove to him.  So, he said -- he was

10   always very polite, so he was like, thank you, so much,

11   for your feedback, you know, that kind of fluff.  And,

12   you know, he thanked us and we left.

13        Q    At that meeting, do you recall if he -- how

14   much capital he was looking to -- from you, at that

15   point?

16        A    I think it was maybe 18 million, somewhere

17   mid-teens, something like that.

18        Q    Okay.  And was it that 18 million would be

19   invested directly into the --

20        A    Into the Urbin project; one specific project.

21        Q    Not Location Ventures?

22        A    Correct.

23        Q    Again, if you do recall, can you just

24   describe how that investment was supposed to work?  You

25   know, if you did decide, for example, to provide 18

1    million, for Urbin Miami Beach, how was that supposed

2    to work?

3         A    Similar to all the other LPs.  You know, we

4    provide an LP investment.  There's a threshold, you

5    know, in it.  When the exit is, in that particular

6    project, the exit wasn't a sale, it was a refinancing.

7    So, basically, you know, you get money from a bank, for

8    construction.  You get LP and GP.  You complete the

9    project.  You, what's called, stabilize it, where you,

10   you know, rent everything out, you understand what your

11   operating expenses are, what your cash flows are, how

12   much profit is left.  Then you go to refinance a

13   stabilized project.  And there was supposed to be

14   enough money, from the refinancing, to repay the bank

15   loan, the LP, the return for the LP, so on and so

16   forth. And, again, similar concept, where there's a --

17   some kind of minimum interest.  And, then, the rest

18   gets split between LP and GP.

19        Q    So, the thought was if once the property

20   became stabilized and they understood the revenues, the

21   cash flows, their operating expenses, so on and so

22   forth, that at that time, they might -- they felt they

23   could go to a bank and get refinancing.  And if that

24   were to have happened, then the LPs would have gotten

25   their --

1       A    Yes.

2       Q    -- money back?

3       A    Yes.

4       Q    Plus, whatever the split was, correct?

5       A    Yes.

6       Q    Then, at that point, the LPs are out?

7       A    Correct.

8       Q    So, that's one --

9       A    Yes.

10      Q    Was there ever any discussion of sort of,

11   maybe a second exit, which is to stabilize the

12   property, then to sell?

13      A    Not at that meeting; and, again, his vision

14   was -- he had -- he wanted to be the first trillion

15   dollar real estate company.  I think he even mentioned

16   it, in some e-mails or texts.  He always left about it.

17   We always like, you know, Rishi before you become a

18   trillion dollar company, you have to become a billion

19   dollar company.  Before you become a billion dollar

20   company, you have to become a million dollar company.

21   So, we kind of tried to walk him through there's some

22   steps to get to a trillion.  So, I think his vision was

23   eventually to like get enough of these Urbins and

24   possibly sell them as a kind of we work type of a --

25   the new we work, like we live kind of thing.  But,

1   again, I thought the whole concept of the micro units

2   and stuff, I never really truly -- I never bought into

3   it because I never understood it.

4       Q    Okay.  So, after you declined the offer, to

5   invest in Urbin Miami Beach, what was your next, I

6   guess, interaction or communication, with either

7   Dimitri or Rishi, concerning Location Ventures?

8       A    So, I was back in New York, because I

9   remember the phone call.  He asked us to set up a zoom

10   or teams, whatever.  So, he asked us to set up a call.

11   We set up a call.  He asked us what kind of investments

12   we are entertaining or considering.  We said, we have,

13   you know, I'm like I can't invest into something I

14   don't understand.  I don't really understand Urbin, as

15   a concept.  So, I would never invest in something I

16   don't really understand. We also want to add a little

17   bit of value, outside of just money.  If there's

18   something we can add value with advice or opinion.  I

19   can't give any advice or opinion on micro living.  Like

20   I asked my nephew, who is a college -- I'm like would

21   you live in something like that.  He said, no.  That

22   was the extent of kind of -- So, anyway, I couldn't

23   really understand that concept.  So, I told him, I'm

24   like, look, we live in Manhattan, so I understand

25   condos, I understand -- again, I understand just not

59

1    from professionally, just from my life, right?   I

2    understand kind of luxury buildings and amenities, that

3    kind of stuff.  So, if he says, hey, I have a project

4    for you to consider, and there was a 551 Bayshore, in

5    Fort Lauderdale.  He's like it's a waterfront on -- not

6    on the ocean, on the bay side, luxury condos for sale.

7    So, I said, okay, that sounds like at least something I

8    can understand, so we would be interested to look at

9    that.

10        Q    When was this zoom team meeting; was it --

11        A    I would say it was a few weeks or call it

12   maybe, at most, a month, after that meeting we had, on

13   Alahambre.

14        Q    So, some --

15        A    So, sometime maybe September-ish, of 2020,

16   November-ish.  Because the meeting we had was in -- the

17   meeting we had was in person, in Coral Gables, and this

18   zoom was -- I remember was in my Manhattan apartment.

19        Q    Okay.  And the zoom meeting, in

20   September/November time frame, of 2020, who was it; do

21   you recall?

22        A    It was just me and him.

23        Q    Just you two.  Okay.  And you mentioned that

24   he -- he provided some information about 551 Bayshore,

25   which is in Fort Lauderdale?

60

1        A    Yes.

2        Q    Is it on Fort Lauderdale beach?

3        A    I don't know what you mean by Fort Lauderdale

4   beach.  It's north --

5        Q    You have Miami, Miami Beach, and it's

6   separated by like the bay or Intracoastal.  I think you

7   mentioned it's on the bay side?

8        A    I don't know if you know where Four Seasons

9   is, in Fort Lauderdale.  It's just on the other -- so

10  Four Seasons is on the ocean, this is on the

11  Intracoastal.

12       Q    Okay.

13       A    So, it's North Village, maybe.  Is there a

14  North Village, in Fort Lauderdale?

15       Q    I'm not sure.

16            MR. O'BRIEN:  I'm not familiar with North

17  Village.

18            THE WITNESS:  Anyway.  Sorry.  To me -- like,

19  to me, Boca is one place, and Fort Lauderdale is one

20  place.  Sorry, I don't know the geographic - specific

21  areas.

22            BY MR. CORTEZ:

23       Q    No worries.  So, with respect too 551

24  Bayshore, we'll just say in Fort Lauderdale, what

25  was -- at that meeting, the zoom meeting, what was sort

1    of the status of that project, at that time?

2         A    So, basically, he told us about the seller.

3    So, the seller, his name is Par, I don't know his last

4    name, P-A-R.  I think he's from, I want to say, Sweden.

5    So, he bought, during the crisis, financial crisis, he

6    bought a portfolio of assets.  It included a whole

7    bunch of different randomness, like lands.  I think he

8    bought it from some guy in distress.  And this is one

9    of the pieces of land, that was in that portfolio.  He

10   owns, actually, a whole bunch of that part of Fort

11   Lauderdale. He's not really a seller.  He's kind of --

12   views that little area, of Fort Lauderdale, where he

13   owns a whole bunch of like land, and buildings, and so

14   on, as he wants to -- he envisions it as a little, I

15   don't know, central bay, that he wants to make it into

16   something that's cozy and hip, and all that.  So, he's

17   not really a seller.  So, he's not -- this land wasn't

18   on the market.  I don't know how Rishi met him, I don't

19   remember, but Rishi like courted him, for like two

20   years, and sold him on the vision, and so on.  And Par

21   agreed to give him the contract, for that land, with a

22   very long closing date, meaning that basically gave

23   Rishi time to get the project approved, get financing

24   lined up, so he didn't have to close on the land,

25   before he had everything in place. Par believed in the

62

1  vision, so much, that he agreed to put 5 million, as

2  preferred equity, into the project, out of the kind of

3  sales proceeds.  So, it sounded interesting because it

4  was, again, it was on the water, luxury condos.  There

5  was no eminent need to close on the land.  As a matter

6  of fact, fast forward, the land is still not closed.

7  We're way past when it was supposed to be closed,

8  extensions and all that. We'll get to that later, in

9  the interview, but -- so, as a concept, it sounded

10  interesting to us.

11       Q    And at the time, the land was not developed;

12  there was no building?

13       A    No, just a field.

14       Q    Just a field?

15       A    Just a field.

16       Q    And, today, is it still just a field?

17       A    It's funny you ask.  Today, it should be a

18  field, but Rishi started construction on the land, even

19  though we don't own -- the JV, that I'm part of, on

20  Bayshore, still does not own the land.  We just have

21  the right to purchase the land, which expired.  So, he

22  got extensions, with monthly fees, from Par, which are

23  also expiring soon, but he already started.  He got a

24  plan approval and started some of the work, already

25  started.

1    Q    Okay.  And we'll come back to that, in a

2    little bit.  I just wanted to understand between then

3    and today.

4    A    So, do I.

5        MR. O'BRIEN:  Jordan, maybe provide an

6    instruction about making sure that he waits for you to

7    finish answering your question, before he responds,

8    because there's a little bit of cross talk, being

9    difficult, I imagine, with the transcript.

10        MR. CORTEZ:  Oh, sorry.  So, what Russell is

11    saying, is given that the court reporter is taking down

12    everything, I'll make sure you finish your response,

13    and just make sure I finish my question --

14        THE WITNESS:  Okay.  Sorry.  No problem.

15        BY MR. CORTEZ:

16    Q    -- responding. So, at the zoom meeting, for

17    551 Bayshore, this was just going to be-- the vision at

18    least, at that time, was just going to be a luxury

19    condominium building?

20    A    Yes.

21    Q    Did Rishi provide any information as to how

22    the investment, with respect to 551 Bayshore would

23    work, similar to how he provided in the initial

24    meeting, sort of the investment into Urbin?

25    A    Not at that zoom, but when we showed interest

64

1    and we got financial models, projections, and that kind

2    of stuff.

3         Q    Okay.  So, besides telling me about this

4    opportunity, on this zoom meeting, was there any other

5    information he provided to you, at that time?

6         A    At the zoom meeting?  I don't think so.  I

7    don't believe so.  It was a very high level.

8         Q    Was it fair to say the zoom meeting was

9    relatively a short meeting?

10        A    Yeah, maybe 30 minutes.

11        Q    Okay.  And, then, you mentioned that, after

12   that meeting, you expressed interest in the project?

13        A    Uh-huh.

14        Q    When was that?

15        A    Shortly after.  Again, if this was September,

16   October; so, again, within weeks of that.

17        Q    Okay.  And, then, you expressed interest,

18   like in another meeting, picked up the phone, called

19   Rishi, or e-mail?

20        A    I don't remember.

21        Q    Okay.  When you did express interest, I think

22   you were provided some documents, at that time, and I

23   think you mentioned some, but if you can just, again,

24   mention those?

25        A    I believe we were provided -- there's really

65

1    more or less one document.  It's the projections,

2    right?  So, it's a financial model that shows the

3    things I mentioned before, how much the land is going

4    to be bought for, what the development cost would be,

5    how much of that is financed by the bank, how much of

6    that -- what the interest rates would be, what the

7    costs would be, contingencies, what the sale price

8    would be.  And, then, based on that, what the profits

9    and the waterfalls would look like.

10        Q    So, this financial projection, was it

11   essentially like an Excel spread sheet?

12        A    Yes.

13        Q    Was that all that was provided to you, at

14   that time?

15        A    I believe so, because the project -- maybe

16   some renderings of what the vision is, because it

17   wasn't approved yet, what the vision would be for what

18   it looks like, but pretty much it's possible that he

19   provided the purchase and sale agreement, with the

20   seller, that showed the, you know, the delayed closing,

21   but I don't know, a hundred percent.  I'm not sure.

22   But that would be really the only things that he could

23   provide, at the time.

24        Q    And -- so, there was no marketing materials

25   or investment brochures, or anything like that, that

66

1    was provided to you, at that time?

2        A    I don't recall.  If there is, it would be in

3    the documents that we shared with you guys.  Because

4    anything that was provided, we shared, but I don't

5    recall.

6        Q    The financial projections, was that sort of

7    the main document, that you -- if you recall, that you

8    really reviewed to understand --

9        A    Yes.

10       Q    -- how the numbers would work?

11       A    I'm sorry.  Yes.

12       Q    Okay.  What was your initial impressions of

13   the financial projections provided for 551 Bayshore?

14       A    We thought his exit assumptions were

15   reasonable. I think he was projecting something like

16   maybe $950 a foot.  We thought, for a luxury -- brand

17   new construction, luxury, water-front condo, that

18   seemed reasonable.  But we don't have enough expertise

19   to question -- to really, truly analyze the costs of to

20   build.  But, overall, assuming those assumptions were

21   accurate, and assuming even some things were ambitious

22   and we discounted some things, the project still looked

23   very valuable.

24       Q    Did you understand -- did you receive any

25   information concerning how the financial projections

67

1  were put together?

2      A    I believe he told us he has a team inhouse

3  that puts these projections together, based on,

4  obviously, his input, and comps, and some other

5  factors, but I think those were prepared inhouse and

6  reviewed by Colliers, because Colliers was technically

7  the ones marketing the project.

8      Q    Do you recall if after you received these

9  financial projections, if you had any conversations

10 about them, about the projections, with, say, Dimitri,

11 at Colliers?

12     A    I would assume so.  Again, I don't recall,

13 for sure, but it would make sense that I did.  But I

14 don't recall.  I don't recall, for sure.

15     Q    Do you recall anything that you did or that

16 maybe Dimitri did, to sort of try to verify the

17 numbers, in the projections, or the assumptions, that

18 may have been imbedded, in the projections?

19     A    I think we looked at comps, in the area, just

20 basically go over what's for sale, in the zip code, the

21 area, to try to get a sense for if these exit prices,

22 at least, were realistic.  And I believe our CFO,

23 Michael Goldenberg, reviewed projections, as well, for

24 just a sanity check.  I should say reviewed the model,

25 right? But that's really the extent of it.

1    Q    You mentioned that there was some numbers

2  that you discounted.  Do you recall what -- be it

3  numbers, line items, etcetera, that you may have

4  discounted and why?

5    A    It's a standard practice to stretch the

6  models. So, you say, okay, well, they project a

7  thousand a foot, but the market goes and gets soft, and

8  it's only 900 a foot, does the model still work.  Or if

9  they project, you know, a hundred dollars to build

10  something, and it becomes 120 dollars, does the model

11  still work.  So, we just stretch some assumptions, not

12  because we had the expertise to identify specific

13  things that we were questioning, but just general

14  stretch of the overall kind of model.

15    Q    And that was done -- was that done by you or

16  by Michael, or both?

17    A    That was done by Michael.

18    Q    Okay.  You mentioned earlier, with respect to

19  Urbin, about sort of the exit strategy for the LPs was

20  when the property would stabilize, and then there would

21  be a refinancing, and then the LPs would get sort of

22  their split. Was it, at that time, the thought with 551

23  Bayshore, the same type of exit strategy, or was it

24  something different, given that that was -- 551 was

25  luxury condos, versus Urbin, this co-work, co-living?

69

1      A    No, it was totally different.  551 was

2  supposed to be your -- traditionally, you build the

3  building, you sell all the apartments, and you move on.

4      Q    Okay.  So, if you could just sort of give us

5  a little more detail, as to how that works, with like a

6  luxury condominium?

7      A    Sure.  So, basically, the project gets

8  marketed pre-construction.  So, anybody who wants to

9  buy an apartment can do so, before the project is even

10  built. And as the project is being developed and built,

11  once it gets -- once it's completed and gets the TCO,

12  temporary certificate of occupancy, then the closings

13  take place, where the owners of these units are, you

14  know, close on these units.  They take possession of

15  the units inside the building.  The proceeds go to the,

16  you know, the project entity.  And, then, again, the

17  bank is paid off, all the bills, liabilities, are paid

18  off.  And, then, the remaining waterfall goes to the LP

19  and GP split. Any units that are unsold continue to get

20  marketing, until they are sold.  And the idea is once

21  you sell every single unit, in the building, then

22  you're kind of done with the project.

23      Q    Okay.  And at that point, assuming all the

24  units are sold in the luxury condo building, was there

25  still the thought that Location Ventures are an entity

70

1    that's controlled by Location Ventures, but would run

2    the day-to-day operations of that unit, or was it

3    planned to sell the entire building, to a third party?

4        A    Well, the owners of the building are the

5    individual owners of the apartments.  And, then, there

6    would be some kind of a HOA form, to ensure the

7    amenities and such are, you know, being run.  But I

8    don't believe the Location Ventures was staying in, to

9    continue to operate the building.

10       Q    Okay.  Thank you.

11       A    It was just a sale and done.

12       Q    And with respect to the 551 Bayshore project,

13   how much money was Rishi looking to raise from you?

14       A    I -- sorry.  Are you done with the question?

15   I apologize. So, I think it was either 16 or 18

16   million.

17       Q    Okay.  And do you recall what your ownership

18   interest would have been, in the entity that was

19   overseeing the development of that project, if --

20       A    So, it was -- I believe it was 80/20 split,

21   on the equity investment.  We would have been the 80.

22   Location Ventures would have been the 20.  Then,

23   there's, again, the waterfall, on the way out, is not

24   80/20.  It's like everybody gets repaid.  We meet a

25   certain hurdle of maybe 12 percent hurdle.  And, then,

71

1    after that, it's split, I think, 50/50.

2         Q    So, and just for us, I may not be as

3    knowledgeable about real estate, when you talk -- just

4    make the record clear.  When you talk about the

5    waterfall and the hurdle, can you just explain that?

6         A    Sure.  So, let's say the exit price is a

7    million dollars, right?  And there's 700,000 owed to

8    the bank.  So, the bank gets paid off.  So, there's now

9    300,000 left, for the equity holders, which is the

10   limited partners and general partners.  And let's say

11   from that 700,000, that's left, the actual investment

12   of the project was between the LP and GP, let's say

13   $200,000. 80 percent LP, of the 200; 20 percent GP.

14   So, that gets repaid.  So, now there's half a million

15   of profit left. And that profit gets split 50/50.

16   250,000 goes to LP, even though they put in 80 percent,

17   they only get the 250 on top.  And 250 goes to GP, even

18   though they only put in the 20 percent, they get the

19   250.  So, that's how the general partners make their

20   money.  That's the part that's called the promote,

21   right?  That's how they make the profits, in that

22   waterfall of cash coming out. In addition, they make

23   development fees, as the project is being developed.

24   The project is paying the developer, development fees,

25   that are negotiated.  Those fees go to cover, you know,

72

1   expenses, overhead, and some -- there should be some

2   profit left.

3       Q    Okay.  But from like an LP standpoint, from

4   your standpoint, the money put in, once the bank would

5   get paid, upon exit, you would get paid back the money

6   that you initially put in, plus say 50 percent of

7   whatever the profits were?

8       A    Right.  I would get my principle.  I would

9   get whatever the -- what's called the hurdle, we agreed

10  to, that I make at least, let's say 12 percent, before

11  the money starts getting split.  And, then, any money

12  that's left over, after all the expenses are paid, LPs

13  repaid, GP and principle is repaid, the 12 percent is

14  met, then any money that's left over is split, I think

15  it was 50/50, on that project.

16      Q    That 12 percent, that hurdle that you

17  mentioned, was that actually what was agreed upon, with

18  551 Bayshore?

19      A    I don't remember exactly, but I believe so.

20  But typical is either eight, ten, or 12 percent,

21  somewhere in that range.  I believe, in that particular

22  project, it was 12 percent.

23      Q    Okay.  So, after -- I know you mentioned the

24  financial projections and maybe the purchase agreement

25  of the property, and some other information, was that

73

1   all sent to you via e-mail, at that time?

2       A    I believe it would either be e-mail or some

3   kind of document drop type of a link.  Again, whatever

4   was shared with us, we shared with you.

5       Q    And, then, once those documents were provided

6   to you, did you actually decide to invest in 551

7   Bayshore?

8       A    Yes.

9       Q    Okay.  And was it the either 16 or 18 million

10  that you did invest in --

11      A    It was the 16 or 18 million that we committed

12  to invest, yes.  We didn't actually deploy the full 18,

13  but we committed to deploy the 18 million.

14      Q    How much money, of that 16 or 18 million, has

15  been deployed to date?

16      A    5.1 million.

17      Q    Okay.  And do you recall after that you

18  received those documents, was it shortly thereafter

19  that you decided to commit the 16 or 18 million, or do

20  you remember the time period?

21      A    I mean, I don't remember exactly, but it

22  would be within maybe 30 days, 45 days, something like

23  that.

24      Q    Okay.  And I know you mentioned 16 or 18

25  million was committed, but not all of it was deployed

1  on day one.  And, today, there's been approximately 5

2  million deployed.  What was your understanding, in

3  terms of once you committed that amount of money, how

4  that money would be used specifically for that project?

5      A   It would be used for development.  So, it

6  would be used for concept design, you know, architects,

7  structural engineers, HVAC, etcetera, etcetera.  It

8  would be used to pay some development fees, along the

9  way.  Every month there was some fees that went to

10  what's called the sponsor, which was Location Ventures,

11  and it would be used for any, basically, soft and hard

12  costs.  Soft cost is non-construction costs, like

13  architects, interior designers, and such.  And, then,

14  for -- as the construction started, it would be used

15  for the hard costs, which is the actual construction.

16      Q   Was there any costs or expenses that your

17  investment was not permitted to be used for, in terms

18  of constructing and developing this project?

19      A   Like what?  I'm not sure I understand the

20  question.

21      Q   Well, you mentioned that your money was

22  initially planned to be used for some soft costs, and

23  then once the construction began, like hard costs.  Is

24  there any, for lack of a better term, categories of

25  expenses or costs associated with the project, for

75

1   which your investment, you know, should not be used?

2       A   I don't -- anything that's related to actual

3   completion and successful execution of the project,

4   this money was allowed to be used, as I understand.

5           MR. HOUCHIN: Let me interrupt, for a second.

6           BY MR. HOUCHIN:

7       Q   How did you know how your capital was going

8   to be used?

9       A   Well, part of that model that we looked at,

10  had the different line items of anticipated expenses.

11      Q   Were there any sort of representations made,

12  other than what was in the model, sort of setting forth

13  how your capital would be used, if you went forward

14  with an investment?

15      A   I would have to look back to the operating

16  agreement, which you guys have a copy of.  But I

17  don't -- if you're asking like if there was a time line

18  and a million dollars goes here and a million dollars

19  goes there, I don't believe so, but I'm not sure.  It

20  was -- everything was supposed to go according to the

21  operating agreement, which again you guys have a copy

22  of.

23      Q   I'm just trying to get a feel for your

24  recollection, as to whether Mr. Kapoor or anyone else,

25  at Location Ventures, said anything to you about, you

1    know, this is how we intend to use your capital,

2    specifically, as opposed to what was set forth in the

3    model, and but also might be set forth in the operating

4    agreement, just based on what you recall?

5         A    I don't recall anything that kind of jumps at

6    me as out of the ordinary.

7         Q    Thank you.

8              BY MR. CORTEZ:

9         Q    You did mention the operating agreement,

10   after you -- was that provided to you after the

11   financial projections and whatnot, that you reviewed

12   for 551 Bayshore?

13        A    Yeah, operating agreement was provided after

14   we agreed to make an investment.

15        Q    Okay.  And you reviewed the operating

16   agreement?

17        A    Our lawyers did, yes.

18        Q    Okay.  And you mentioned that the operating

19   agreement sets forth all of the, sort of, fees and

20   other expenses, for which your investment capital could

21   be used for, correct?

22        A    Yes, it --

23        Q    Okay.

24        A    -- again, I don't have it in front of me, but

25   I would assume so.

77

1      Q    Once monies were deployed, after you

2   committed to 16 million or 18 million, how did that

3   money get deployed; was it that you essentially would

4   wire X amount to Location Ventures or to an account?

5      A    So, we opened an entity, from which we made

6   the investment.  I think it's called ████████

    ████████, or something like that, LLC.  From that,

8   money got moved into ████████ Partners, which was a

9   joint venture between kind of myself and Location

10  Ventures.  So, that was the entity that is the -- kind

11  of the owner and developer, of that project.  So,

12  that's where the money went.  And, then, Rishi had

13  control of that entity where the money was going from

14  that entity.

15     Q    Was it ever contemplated that there would be

16  other LPs or other outside investors that would be

17  investing or committing to invest capital, for this

18  project?

19     A    Not at that time, but eventually that's what

20  happened.

21     Q    Okay.  And when did that occur?

22     A    So, I don't remember exactly, but Rishi

23  brought in this group, called ████ out of India, and

24  they agreed -- our understanding, from Rishi, is that

25  they agreed to invest into multiple projects, with

78

1    Location Ventures, including that Urbin Miami Beach,

2    that we passed on.  And the agreement we made with

3    Rishi, that we basically going to split -- let them

4    come in for half of the Fort Lauderdale LP, with us,

5    but we take that half and we apply it to another

6    project of Location Ventures, which eventually became

7    1505 Ponce.  So, basically, that 18 million got

8    split -- or 16 million. I think it was 18 million got

9    split -- ended up getting split between Fort Lauderdale

10   and another project.

11        Q    9 million, then with Fort Lauderdale

12   committed, and then the other 9 million now committed

13   to 1505 Ponce?

14        A    1505 Ponce, yeah.  I think 9 or 9.1 million

15   got committed and actually deployed in the other

16   project.

17        Q    And, then, so when ███ came in and invested

18   in 551 Bayshore, then your LP interest was less than --

19   it was basically half of --

20        A    Yeah.  So, basically, we were at 80 percent,

21   80/20.  When they came in, the structure changed to 10,

22   for Location Ventures, so their share dropped, to

23   45/45, between us and ███.

24        Q    Okay.  Then, Location Ventures, as the GP, at

25   10 percent?

79

1   A    Yes.

2   Q    Okay.  In addition to ████ currently, are

3   there any other limited partners invested in 551

4   Bayshore?

5   A    So, normally, I would say no, but I'm going

6   to give a caveat.  So, things started unraveling, in

7   that project, where we said -- basically, what we found

8   out is the -- and we kind of found it out by chance,

9   that now the budget went up by $40 million, which was

10  not something we ever approved.  But don't worry, guys,

11  the exit price is now 1,500 a foot, so we're more than

12  going to make up for it and still make plenty of

13  profit. So, when we found that out, we said we're not

14  putting another dollar into this project.  At this

15  time, we were at 5.1.  We said we're not putting

16  another dollar into this project.  This is not okay.

17  ████ also got uncomfortable putting -- at making future

18  capital calls.  So, we basically told Rishi, do what

19  you've got to do.  We're not making capital calls. You

20  want to find others, that's fine.  We're not putting

21  any money into this, because this is not what we signed

22  up for. And we found out, literally, weeks ago, that

23  there's a $50,000 investor, in this project, possibly.

24  It's like we noticed it in -- I don't remember where.

25  There's some guy for $50,000.  We never voted or

80

1   approved that person coming in.  I never met that

2   person.  I don't know who that person is.  So, I don't

3   really have the contacts.  I never spoke to Rishi about

4   it because we're not on speaking terms, at the moment.

5   I haven't spoken to him about it.  I don't know what

6   that story is, with the 50,000.  So, it's possible that

7   this project has a $50,000 LP, but I have no idea if

8   it's an LP, if it's a debt.  I have no idea.  But from

9   the kind of multi-million dollar investment, it's only

10  us and ███ as far as I know.

11      Q    And if there were -- excuse me.  If a new

12  prospective LP were to come in, is it your

13  understanding that you -- or that you created, an LP

14  and ███ would have to vote, as to whether a new LP

15  could come in?

16      A    Yes.

17      Q    Okay.  And that took place with this --

18      A    Assuming this 50,000 person is a real LP,

19  because I don't know -- again, I don't know if it's

20  50,000 of debt, or what the story is, because we never

21  updated any operating agreements.  So, I don't know

22  what the story is, with this person. But, yes, our

23  understanding is if there's any change in LP, then that

24  would need to be voted on.

25      Q    You mentioned that the budget has increased

81

1    by $40 million.  When did you find that out?

2         A    So, we found that out probably last year,

3    2022. Apparently, █████ when they invested, they

4    invested under the new budget.  So, they already --

5    like when they made a decision to invest, they invested

6    under the -- that 40 million more budget.  We invested

7    under the, kind of the previous budget.  Rishi claims

8    that this was shared with our team, the updated budget.

9    And it's very possible that it has been, but it was

10   never highlighted. It might have been shared in, you

11   know, just amongst multiple other interactions, or

12   e-mail exchanges we had, but we never had a sit-down,

13   where he's like hey, guys, this happened, and now it's

14   $40 million more.  That never happened.

15        Q    Did Rishi or anyone else from Location

16   Ventures provide information as to why the budget did,

17   in fact, increase by $40 million?

18        A    The story was that they found additional

19   square footage that they can develop.  So, that

20   additional square footage would cost -- some of that 40

21   million came from that additional square footage that

22   they were able to find.  Some came from, you know, the

23   market moved, the cost moved up, and so on.  But,

24   again, don't worry, guys, we're now going to sell for

25   1,500 a foot, so it doesn't matter because we're going

82

1    to, you know, more than make up for it, on the way out.

2        Q    Did Rishi or anyone from Location Ventures

3    provide you with any document, updated budget, or

4    updated sort of verifications, for the $40 million

5    increase?

6        A    Yes, that's, I think, how we found out

7    that -- we looked at one of the latest -- because the

8    models constantly changed, which, to some extent,

9    happens, but they seemed to be changing a lot, in this

10   particular situation.  And, then, when we looked and

11   actually compared what we invested into versus one of

12   the latest models we saw, that's when we noticed that

13   there's a massive discrepancy.

14       Q    And, generally, or approximately, I should

15   say, that $40 million increase, in the budget, what's

16   the percentage?

17       A    Like I think the budget was maybe 100 -- mid

18   hundreds.  So, 40 million was a pretty meaningful

19   increase.  It wasn't a rounding error.

20       Q    And an increase, in terms of that percentage

21   level, you said mid one hundreds, now 40 million on top

22   of that, if the budget was supposed to increase, by

23   that much, was that something that was required to be

24   approved by you?

25       A    A hundred percent.

83

1       Q    Okay.  You and █████

2       A    Yes.

3       Q    Okay.  And there was never any approval made

4   by you or █████ to increase the budget, by 40 million?

5       A    So, again, when █████ invested, I believe -- I

6   don't want to speak for them, but I believe they

7   invested under the new budget because they came in way

8   later than we did.  So, arguably, they don't need to

9   vote because that's what they invested under, or some

10  kind of version of that budget.  I -- or our side never

11  voted for the $40 million increase.

12      Q    And presuming -- in the operating agreement,

13  do you a recall if there was an allowable sort of

14  deviation of the budget that didn't require LP

15  approval?

16      A    Yes, but this was -- I don't remember exactly

17  what it is, but this would definitely not be inside of

18  that deviation.

19      Q    Okay.  Let me just take a step back.  You

20  mentioned that you decided, initially, to commit 18

21  million and there were various capital calls, and that

22  you've committed -- or you deployed 5.1 million.  From

23  the time you committed 18 million, until you found out

24  the budget was $40 million more than what was initially

25  presented to you, was there periodic information that

84

1   Rishi, or anyone from Location Ventures, provided to

2   you about the status of the project, the budget, you

3   know, where things were heading, with 551 Bayshore?

4       A    Yes.

5       Q    Can you describe what -- that either the

6   information, documents, what have you, were?

7       A    I mean, he would provide updates on

8   approvals. He would provide updates on the designs.  He

9   provided us with an update that addition Marriott

10  agreed that this project will be branded additional

11  residences.  He provided pre-added model updates --

12  updated models, I should say.  So, yes, there were

13  updates.

14      Q    Okay.

15          MR. SHOHAT:  Can I ask one clarifying

16  question, just to keep the record?

17          When you say models, are you talking about

18  financial models or unit models?

19          THE WITNESS:  Financial models, like the

20  budget, kind of update the budget.

21          MR. CORTEZ:  Thank you.  I appreciate that.

22          BY MR. CORTEZ:

23      Q    Financial models, when you mentioned earlier

24  you initially got financial projections, and you

25  mentioned financial models, you mentioned budget.  Is

85

1    that all sort of the same thing, in other words, are

2    they updated budgets, essentially?

3         A    Yeah.

4         Q    Okay.

5         A    Yes, and then those models, the exit price

6    kept moving up.  The assumed exit price kept moving up.

7    And we started getting uncomfortable.

8         Q    So, the initial model that had the exit

9    price, and I think we had talked, that your CFO

10   reviewed it, you looked at it, discounted some of the

11   numbers, correct?

12        A    Yes.

13        Q    And but, generally, you felt that the numbers

14   were reasonable, based upon comps and other things you

15   had available, at that time?

16        A    Yes.

17        Q    As you received updated models and budgets,

18   is it your testimony that you became more and more

19   uncomfortable with the numbers?

20        A    Yes.

21        Q    And can you explain why that is or if there's

22   certain parts of the budget that the numbers made you

23   feel uncomfortable with?

24        A    Specific part that made us feel uncomfortable

25   is what he projected to be the sellable price per

86

1    square foot.  When we invested, I think it was maybe

2    950 a foot, which we thought was reasonable.  By the

3    time we said we're not giving you any more money, I

4    think it was up to maybe 1,500 a foot, average.  So,

5    that's a pretty significant increase.  It happened kind

6    of gradual, 950, 1,000, 1,100, 1,200, and then at some

7    point, just because the expenses are going down,

8    doesn't automatically mean that exit prices are going

9    up. Ultimately, comps kind of dictate, and we started

10   getting uncomfortable that -- yeah, we started getting

11   uncomfortable that it seemed like whenever the actual

12   expenses started creeping up, the solution was well,

13   we'll just model a much higher exit price, sale price.

14       Q    And what was that -- did anyone, from

15   Location Ventures, try to explain to you, like how they

16   verified or justified a higher exit price?

17       A    I mean, Rishi would try to explain and find

18   this unit sold for this much, this unit sold so much.

19   But, again, we did not -- we didn't feel confident that

20   his projections are, you know, actualized.

21       Q    So, from 900 per square foot, to now 1,500

22   per square feet, Rishi tried to provide an explanation

23   as to the increase for the exit price, but you didn't

24   feel that his explanation was --

25       A    Again, look, real estate is a funny thing,

1   right? If some prices seem unreasonable, and fast

2   forward a year, they seem like a steal, right?  So, we

3   have to rely on his expertise and experience that he's

4   basing these prices on what he sees in the marketplace.

5   Right? We're not professionals, so when we would just

6   look at random comps, we didn't really see enough

7   inventory to justify this exit price, but there's also,

8   in that particular area, this was a brand new,

9   waterfront, addition branded, luxury condos, so it's

10  possible that these prices are realistic.  Right?  Like

11  it's not what we initially signed up for, but it

12  doesn't mean that it's -- so, we were uncomfortable,

13  but we didn't have a high degree of confidence that

14  these prices will never, ever be reached, because

15  there's no real comp, right next to it.  It's not like

16  a private home, next to another private home.  It's a

17  brand new, luxury condo, and there's no similar brand

18  new luxury condo, right next to it, to justify.  So,

19  some things we trusted -- some things were assumptions,

20  and some things we were hoping were accurate, but,

21  again, fundamentally, this is not what we initially

22  invested in.

23       Q    You mentioned that also with each updated

24  model or budget, you mentioned that costs were also

25  increasing from what was initially presented to you?

88

1          A     Yes.

2          Q     Why were the costs increasing; what was the

3    reason provided to you?

4          A     During Covid, there was so much construction

5    boom, which is true.  And, then, the cost to execute

6    projects went up, which, again, we heard from pretty

7    much everybody, in the industry, that that was

8    accurate. Now, how much they go up for, again, we're

9    not experienced enough to say, okay, well, 20 percent

10   increase is reasonable or not reasonable, but overall,

11   anecdotally, from everybody we spoke to, they did say

12   it now costs a lot more to build something, than it

13   used to, before Covid.

14         Q     And sort of the more recent models, with the

15   costs increasing, did that concern you, or was that

16   something that you had questions about, similar to the

17   1,500 square foot exit price, that we just talked

18   about?

19         A     Yes, our concern was that just because now

20   your costs went up, you can't just -- because it's

21   Excel model.  You can plug in any number and, all of a

22   sudden, the project looks incredible, right?  And if

23   the costs keep going up, are we going to just model

24   1,700 a foot? There has to be reality to expenses and

25   there has to be reality to exit prices. You can't

1    miraculously fix your expense side, by miraculously

2    increasing your exit price, until we sold elevation

3    from pre-sales and sales, and so on.  So, yeah, we were

4    definitely concerned.

5        Q    And you mentioned that it's your

6    understanding that Rishi was involved, amongst other

7    people at Location Ventures, in putting together these

8    models and updating the models, correct?

9        A    Absolutely.  Very few things happened, at

10   Location Ventures, without Rishi saying -- giving an

11   approval.  Like there's no independent thinkers, in

12   that company.

13       Q    So, do you know who else, other than Rishi,

14   may have, I'll say, assisted or at least worked on

15   these models, in updating the models?

16       A    I think Daniel Mogha, his partner, DJ Mogha.

17   His name is Daniel.  He goes by DJ.  And if I'm not

18   mistaken, George was building models, as well.

19       Q    Okay.  And when you expressed concern, again,

20   about the $40 million increase, in the budget, did you

21   speak with DJ Mogha or George -- are you referring to

22   George Tarinos?

23       A    I believe -- so, I know George Tarinos is

24   kind of like the controller and he sends like the cash

25   reports and stuff.  There's another -- I know Rishi

90

1   before I do George, so I don't know if there's another

2   George, who does the models, or if this is the same

3   George.

4        Q    Okay.  But I know you spoke to Rishi, but did

5   you speak to DJ Mogha?

6        A    Not really, no.

7        Q    So, you communications about the budget and

8   the increase --

9        A    Everything goes through Rishi, in that

10  company.

11             MR. SHOHAT:  Let him finish the question.

12             THE WITNESS:  I'm sorry.  Sorry about that.

13             BY MR. CORTEZ:

14       Q    Did you speak with anyone, at ███ about

15  YOUR concerns about the increase in the budget?

16       A    Yes.

17       Q    Can you walk us through those conversations?

18       A    So, the conversation where we said we're not

19  investing anymore money, into that particular project,

20  was in front of ███ representative.  His name was

21  ███.  And we -- it was myself, ███ Rishi, and

22  Cashel, in the room, and we kind of spoke honest.

23  We're not comfortable that the numbers keep changing

24  and we're not investing anymore money than what we put

25  into this, at this time.

1    Q    So, that was an in-person meeting that the

2    four of you had?

3    A    Yes.

4    Q    And that was in 2022?

5    A    That was in 2022.

6    Q    Okay.  So, since that time, there's been no

7    other, I guess, capital calls, at least for you, with

8    your more than 5.1 million you've already deployed; is

9    that correct?

10   A    Correct.

11   Q    Okay.  And I think you had mentioned this

12   earlier, you said the project has -- is not just a

13   field, there's been some preliminary development on

14   that?

15   A    (Shakes yes.)

16   Q    Has there been any projection as to when, you

17   know, construction will begin in earnest, and when the

18   project will be completed?

19   A    Recently?

20   Q    Yes.

21   A    We have an agreement to get bought out of

22   that project, so we kind of haven't been monitoring the

23   progress of that particular project.

24   Q    Okay.

25   A    So, I don't know -- I do know that the land

92

1    is still not closed, so -- and the work is happening on

2    the land, even though the JV does not own the piece of

3    land, yet.  So, which means if --

4         Q    By JV, you mean the joint venture?

5         A    The joint venture, that I'm, you know, still

6    part of, with my 5.1 million.  Which means if the joint

7    venture does not close on the land, the project doesn't

8    happen.  All the money gets wiped out, yet the work

9    that is getting done, has to get paid for.  So, it's

10   not common practice for work to start, before you own

11   the land.

12        Q    Does that put your investment at risk?

13        A    Yes.

14        Q    I think can we take a five-minute break.

15   We'll go off the record.  It's 11:16.

16             (A brief recess was taken.)

17             MR. CORTEZ:  We're back on the record, at

18   11:27 A.M.

19             BY MR. CORTEZ:

20        Q    Mr. Kleyner, did you have any substantive

21   discussions with anyone from the commission staff,

22   during the break?

23        A    No.

24        Q    Okay.  Going back to speaking about the 551

25   Bayshore project, you mentioned that after you

1  committed $18 million to that project, at some time

2  thereafter, ███ came in as a limited partner?

3      A    Uh-huh.

4      Q    Do you recall when that was, approximately?

5      A    I'd say -- I don't recall exactly.  If I had

6  to guess -- I don't recall exactly.  Maybe late '21,

7  maybe mid/late '21, early '22.

8      Q    Okay.  So, was it -- I'll say approximately a

9  year after you had made your initial --

10     A    Yes.

11     Q    -- investment?

12     A    Yes.

13     Q    And why was it necessary for ███ to come in,

14  as another limited partner, to the 551 Bayshore

15  project?

16     A    Specific to that project?

17     Q    Yes.

18     A    It was not necessary because the financing

19  would have been provided by us.

20     Q    Okay.  So, there was no additional financing

21  needed, at that time, from outside of your initial

22  investment capital that was committed to that project?

23     A    Correct, we did not need them to come into

24  the project.

25     Q    Did you vote on whether or not to have ███

94

1    come in, as another limited partner?

2        A    We agreed to it.  I don't remember it was a

3    formal -- I don't believe it was like a formal vote,

4    but we agreed to it.

5        Q    If there was not a need for additional

6    financing, what was the purpose of MICL's investment

7    into 551?

8        A    The reason for that was because they agreed

9    to invest in multiple projects.  So, this was to

10   accommodate them being diversified, in multiple

11   projects.  And the same with us, that we were able to

12   now instead of 18 million, in one project, split 18

13   million between two projects.

14       Q    Okay.  And were you aware, prior to █████

15   coming into the project, were you aware of ████ as an

16   investor or anything; did you know anything about ████

17       A    Rishi mentioned that he had been talking to

18   this family, out of India.  He met with them a couple

19   of times, that they are a publically traded company,

20   out in India, in construction, I believe.  That was the

21   extent of my knowledge of them.

22       Q    So, ████ is an entity, correct?

23       A    So, we defer to them as ████ because this is

24   the name of their company, back in India.  They invest

25   here, under, you know, New Reform, LLCs.  We refer to

95

1    them, internally, as ███ but I don't know -- I don't

2    know if the money, in those LLCs is corporate money,

3    personal money; I don't know.

4         Q    But is it your understanding that ███ is

5    controlled by a family --

6         A    Yes.  Sorry.

7         Q    -- family in India?

8         A    Yes.

9         Q    Do they have any presence, be it individual

10   or business, other than the real estate projects, in

11   the United States, that you're aware of or no?

12        A    What do you mean by presence?

13        Q    Like is there anyone that you've met from

14   ███ that resides within the United States?

15        A    Yes.

16        Q    And who is that?

17        A    Cashel -- I can find his last name, if you

18   need, and Vasel Shah is the son of Barack Shah, who

19   runs ███ back in India.

20        Q    So, Cashel and --

21        A    Vasel.

22        Q    -- Vasel.  They both live in the United

23   States?

24        A    Yes.

25        Q    Do you know where?

[5/31/2023 9:11 AM] Kleyner, Alex - Vol. I.20230531.449633-M...

96

1      A    So, Chashel lives in Connecticut, and Vasel

2    lives in Miami, in Edgewater.

3      Q    Okay.

4           BY MR. HOUCHIN:

5      Q    Do you have an understanding as to whether

6    the ▮▮▮ entity has any offices, in the United States?

7      A    I'm not a hundred percent sure, but I don't

8    believe so, no.

9      Q    Thank you.

10          BY MR. CORTEZ:

11     Q    And from your perspective, when ▮▮▮ came in

12   and invested in 551 Bayshore, that allowed -- was it

13   your testimony that that allowed you to then diversify

14   your investment into more than just one of the Location

15   Venture's projects, correct?

16     A    Yes.  I didn't ask for that, but yes.

17     Q    Okay.  Did you see that as a benefit, from

18   your perspective, with your investment?

19     A    We saw that as a benefit to Location

20   Ventures, not to 551 Bayshore.

21     Q    But what about your investment through the --

22   whatever LLC was created for 551 Bayshore?

23     A    So, to the success of, specifically, 551

24   Bayshore, whether it was my 18 million or my 9 and

25   MICL's 9, wouldn't change the outcome of that project.

97

1    So, I didn't see that as a -- I saw that as neutral,

2    from a success of the 551 Bayshore project and ██

3    ████████ that I was part of.

4              MR. SHOHAT:  I think he's asking you about

5    your interest.  Did you see it as a benefit to you?

6              THE WITNESS:  So, again, when you asked me, I

7    wore the hat of investor, in 551 Bayshore, to me, I was

8    indifferent.  To me, as a shareholder, inside Location

9    Ventures, there was a benefit to having a group that

10   was will to invest, in multiple projects.  So, that's

11   why I'm trying to distinguish between which me you're

12   referring to.

13             BY MR. CORTEZ:

14       Q    I think you might have been reading my mind.

15   Let's talk about your investment, in Location Ventures,

16   itself.  I know we've been talking about the 551

17   Bayshore project, and we'll come -- maybe come back to

18   that, in a little bit, but you are an investor, in the

19   Location Ventures entity, correct?

20       A    Yes.

21       Q    And when did you first make an investment, in

22   Location Ventures?  Again, I want to separate Location

23   Ventures business, from its real estate projects.

24       A    So, I don't remember exact date.  Again, it's

25   in multiple documents we shared with you.  It was after

1   551 Bayshore.  So, if I had to, again, estimate, I

2   would say late -- hold on.  Late, very late 2020, or

3   first half of 2021, if I had to like guess.  But,

4   again, we have all those documents with those dates.

5       Q    But approximately a few months after you made

6   the --

7       A    Yes.

8       Q    -- investment commitment, to 551 Bayshore?

9       A    Yes.

10      Q    Okay.  And can you just sort of walk us

11  through how you became an investor, in Location

12  Ventures, and maybe communications you had with Rishi,

13  prior to making that first investment into Location

14  Ventures?

15      A    So, the motivation for investment was we

16  wanted to have more active involvement in real estate

17  universe, call it, because now we had multiple LP

18  investments, and it kind of peeked our interest.  We

19  liked the fact that it was a -- we liked the real

20  estate, in general.  So, we wanted to get involved in

21  real estate more, whether it was Location Ventures or

22  something else, at that time, we just knew that we

23  wanted to do something more, in real estate.  As far as

24  communication with Rishi, about the potential

25  investment, I mean, there were a lot.  So, initially, a

1   first investment was -- let me think. I think it was

2   $10 million, for 18 percent, and we got a five-year put

3   options, that if we were unhappy, for any reason, with

4   our investment, we can get the 10 million out, I think

5   it was at the five-year anniversary. Right? Rishi told

6   us that he's got, personally, between him and DJ Mogha,

7   13 million in the company. That was extremely

8   attractive to us because we wanted to invest in a

9   company that had the CO/owner, with real skin in the

10  game, versus just a hired gun. So, if it doesn't work

11  out, they say, sorry, and move on. We felt 13 million

12  was a big number for somebody to have in the company,

13  to genuinely care about building a business. So, that

14  was real appeal to us. They were private company; that

15  was appeal to us. We wanted to be involved with a

16  private company. He had a pipeline of projects that he

17  shared with us, that we thought were interesting. He

18  told us that there's a real separation between Location

19  Ventures and Urbin, LLC. That Urbin is under an Urbin,

20  LLC, which is a whole separate group of investors,

21  whole separate capital stack, and so on, but Location

22  Ventures just owns a piece of Urbin. Because as I

23  mentioned before, I didn't like Urbin as a business, as

24  a concept, and so on, so I would have never invested

25  directly into, let's say, Urbin business model. So,

1  that was really the -- again, I don't know if I

2  answered your question, but that was really kind of the

3  thinking that went in, when we made the initial

4  investment.

5      Q    Do you remember if, initially, after you

6  invested in 551 Bayshore, if Rishi approached you or

7  asked you to consider investing into Location Ventures,

8  itself?

9      A    I honestly don't remember if that was his

10 outreach or it came up in the casual conversation, as

11 we were just talking about, like you know, giving him

12 some advice or input, on his business.  So, I don't

13 recall exactly how that conversation was -- how that

14 investment concept was born.

15     Q    You mentioned some of the, you know,

16 information that Rishi provided you, in terms of him

17 and DJ Mogha having 13 million invested, of their own

18 money, into the company.  What other information was

19 provided to you, that you considered, prior to

20 investing, about Location Ventures, itself, and its

21 business ventures?

22     A    He told us who was onboard and shared their

23 information, so we could speak to them.  He gave us

24 financials, for the company.  They were not audited and

25 they were, as we learned later, were not gap.  He

101

1   walked us through Villa Valencia, again the project

2   that he recently -- that was the most kind of far-along

3   project, for us to get a feel for what he's capable of.

4   And we were actually impressed with Villa Valencia, as

5   a project, as a -- call it a building.  So, we didn't

6   look at the economics of it.  We just looked at the

7   finished project and we thought he did a pretty good

8   job with executing, you know, the product, of a luxury

9   condo. But that's really, you know, those were the

10  pieces that we kind of had, at the time we made the

11  investment.

12       Q    Okay.  And in addition to that information,

13  and I think you said the unaudited financial

14  statements, did you review any other materials, for

15  example Location Ventures' web site or any other

16  information that was not provided to you, that you

17  considered, prior to making an investment in the

18  company?

19       A    We looked at the web site, but, you know,

20  that wasn't a major factor in the investment decision,

21  but we looked at the web site.

22       Q    And we've talked about, earlier, sort of the

23  investment and sort of how, in the project,

24  specifically, 551 Bayshore, and sort of the thinking in

25  terms of how the exit price would be and how LPs, such

102

1    as yourself, would make money. The investment into

2    Location Ventures, is that investment set up

3    differently than the investment in the projects?

4         A    Yes.

5         Q    And can you just walk us through those

6    differences and how the investment is set up, in

7    Location Ventures, itself?

8         A    In Location Ventures, we just own equity in

9    the entity.  So, we're participating in any profit

10   sharing that that entity has, equal to all the other

11   shareholders.  There's no preferential waterfalls.

12   It's just a common equity, inside a company.

13        Q    Okay.  As an investor, are you also

14   responsible for any losses that the company may

15   sustain?

16        A    Yes.

17        Q    Okay.

18        A    If the company had a loss, we would -- again,

19   the accountant would know better than myself, but we

20   would get a negative K-1, but we would have the same,

21   equal proportionate rights as all the other

22   shareholders, inside the company.

23        Q    Okay.  Prior to making your, I think, initial

24   $10 million investment, to Location Ventures, other

25   than speaking with Rishi, did you speak with anyone

103

1    else or consult with anyone else, concerning investing

2    in Location Ventures?

3        A    The board members.

4        Q    And who were the board members, at least at

5    that time?

6        A    So, it was Scott Robbins, Tom Farrington, and

7    Jonathan Wilma.

8        Q    And were they also all investors, in Location

9    Ventures, as well?

10       A    Yes.

11       Q    And can you just describe those conversations

12   and maybe some information that the board members

13   provided to you, at that time?

14       A    Sure.  We were asking general questions

15   about, specifically, Rishi, not as much the company,

16   because we saw the way the company was functioning.  It

17   was really a Rishi show.  So, we were really asking

18   questions about him. The kind of general consensus was

19   that he's very ambitious and he needs to be kind of

20   reigned in, if he tries to take on too much and do too

21   much, for both the capital means of the company and his

22   kind of time and ability.  So, that was one of the

23   risks that every -- pretty much we heard consistently,

24   from everyone, that he's ambitious.  He wants to do a

25   lot.  You've got to make sure you give him checks and

104

1    balances, and kind of reign in his ambitions.

2         Q    In addition to those board members, did you

3    speak with any other investors, at that time, that had

4    invested in Location Ventures?

5         A    No.

6         Q    Were you aware of other investors, though,

7    who those investors were, in Location Ventures?

8         A    Yeah, they were on the operating agreement.

9    I'm not sure if I was aware, before we decided -- like

10   before we started working -- made a decision and

11   started working on the operating agreement, or after,

12   but at some point, I was made aware of who the other

13   investors were.

14        Q    Okay.  Going back to your conversations with

15   the three board members, in addition to them telling

16   you about anything sort of, I guess, reign in Rishi,

17   did they provide information, as to how they were

18   trying to do so, as board members of the company, at

19   that time?

20        A    LV never had a truly functioning board, the

21   way the board should be functioning.  So, it was --

22   like I said, it was still a Rishi show, to a big

23   extent.  So, it kind of -- I got a sense that it was

24   more not on the board level, because it seemed like

25   there was points, and as we learned later, the board

[5/31/2023 9:11 AM] Kleyner, Alex - Vol. I.20230531.449633-M...

105

1    wasn't really a functioning board, but it was more on a

2    one-on-one level.  So, Scott would talk to Rishi and

3    like, hey, you're got to slow down.  Wilma would talk

4    to Rishi and say, hey, don't do this or don't do that.

5    But it wasn't -- it didn't seem like it was in any kind

6    of formal way. It was more on just a personal way.

7         Q    And in your opinion, did those efforts in

8    trying to sort of slow down and reign in Rishi, did

9    those efforts work, at all or --

10        A    By them or by us?

11        Q    Well, just at that -- like sitting here now,

12   looking back, you said it was more personal one-on-one

13   conversations.  Did that really affect what Rishi was

14   doing or not doing?

15        A    Yeah, I don't think I would be sitting here

16   now, if he listened to her advice.  So, no, I don't

17   think those conversations were effective.  And we had

18   multiple, and multiple, and multiple conversations,

19   about what not to do.

20        Q    Okay.  Before we turn to the next exhibit,

21   how much money have you committed -- I know you

22   committed, to just Location Ventures?

23        A    Just the Location Ventures entity?

24        Q    Correct.

25        A    I believe it's 24, 24 and a half million.

1       Q     Okay.

2             BY MR. HOUCHIN:

3       Q     You said earlier that you invested in

4  Location Ventures, in order to get a more active

5  involvement in real estate.

6       A     (Shakes yes.)

7       Q     Correct?

8       A     Yes.

9       Q     When you say more active involvement, that's

10  in terms of your exposure to the real estate investment

11  sector, correct, as opposed to actually managing real

12  estate investment projects, yourself?

13      A     Correct, we had no interest in managing

14  things, but we wanted to learn a lot about real estate.

15  And we thought this was a good middle ground, where

16  we're not running a development company.  We're not

17  responsible for capital raising.  We're not responsible

18  for any investors.  We're not responsible for any, you

19  know, of those responsibilities, but we have visibility

20  into the inner workings of a development company, from

21  how do you pick the land, how do you decide which

22  concept you're going to come up with, how do you pick

23  which architect is going to come up with this concept,

24  how do you go through the approval process, how do you

25  execute, how do you sell, how do you pick who is going

107

1   to sell.  Like, all those components is what we were

2   interested in learning about.  And we thought this was

3   a good middle ground, that we are -- have enough

4   visibility, but no responsibility, to actually execute

5   on those components.

6       Q    So, is it fair to say that you still

7   viewed -- strike that. Is it fair to say you viewed

8   yourself as a passive investor, in Location Ventures?

9       A    Yes.

10      Q    And you were looking to Rishi Kapoor and the

11  Location Ventures employees or officers, to generate

12  profits for you, as an investor?

13      A    Absolutely, yes.

14      Q    OKAY.  Thank you.

15           BY MR. CORTEZ:

16      Q    Along those lines, when you were deciding to

17  make your initial investment, was there any sort of

18  guarantee of investment of returns, on your investment,

19  for the Location Ventures entity?

20      A    No, there was no guarantee of return.  The

21  only guarantee we got, we got what I said was like a

22  put option, that in five years, we can sell the shares

23  back to Location Ventures, as part of what we paid for

24  it.

25      Q    Were there any projections, as looking

1   forward, as to what your possible returns may be, you

2   know, in year one, year two, going forward, before you

3   made your investment?

4        A    Yes.

5        Q    And what -- if you can just briefly tell us

6   what those were?

7        A    They were huge.  No, so they shared -- they

8   came up with the -- with a formula, how they thought

9   the company was worth a hundred million dollars.  We

10  did not understand how they came up with it, so they

11  shared, with us, an Excel, that showed all these like

12  projections and future profits.  And if you discounted

13  backwards and multiply it by this, that, and the other,

14  again, we thought they were pretty ambitious.  And we

15  said, okay, well this is a lot of theories, here,

16  because the company is not at the stage where there's

17  been enough projects -- there's been really no projects

18  executed, completed, exited, that we can say, you know,

19  you executed this and you made $10 million.  You've got

20  three more of these, in the pipeline, so that's another

21  30 million coming.  So, that was not the state of

22  affairs, with the company.  It was still, to a big

23  extent, a start-up. So, any projections that were

24  shared with us, we -- you know, we did not -- we kind

25  of questioned how realistic they are.  But in all

109

1    fairness, it's not uncommon for start-ups to have

2    projections that are ambitious.

3        Q    And at that time, was it the case that only

4    Villa Valencia was the only project that was near

5    completion, that Location Ventures had, at that time,

6    or was there any other projects that may have been

7    completed or near completed?

8        A    No, I think it was just Villa Valencia.   I

9    think there might have been some single family homes --

10   no, there was a single family home.  Arduno?  No, I

11   forget the address, but there was a single family home

12   that was near completion, but that was it.  That was

13   just the only two.

14       Q    And you mentioned Arduno?

15       A    Arduno was a -- I never even seen it.  Arduno

16   was some -- it was kind of there before my day, call

17   it.  I think it was a multi family that they

18   contributed when they started the company.  There was a

19   roll-up, in the company.  It wasn't like your typical,

20   they started day one, brand new entity, everybody put

21   in a dollar, and now that's the capital. As we learned

22   later, a lot of this 13 million that Rishi told us he

23   had in the company was in -- we were never able to

24   truly verify that it was a true 13 million.  Some of it

25   was some assets that he contributed.  And we're not

110

1   sure how he came up with the value of those assets.

2   But we never -- and that was a big motivator for us,

3   when we made the investment. But we, to this day, if

4   you ask me how much of that 13 million is, you know, if

5   I can explain to you the breakdown of the 13 million,

6   I, personally, at this point, cannot.

7        Q    So, it was just a representation that Rishi

8   made to you, I think there was in that meeting, the

9   four of you; you, Johanna, Rishi -- and I forget the

10  other gentleman.

11       A    Cashel.

12       Q    Cashel.  That he just had, you know, DJ Mogha

13  and I, Rishi Kapoor, have invested 13 million?

14       A    No.  13 million was always on the financials,

15  that were provided to us, for the Location Ventures.

16  Cashel was not involved in Location Ventures entity.

17  They were involved in 551.  So --

18       Q    Okay.  But there was -- other than on the

19  financial statement, Rishi never provided you any other

20  information or documents, for you to verify that $13

21  million was actually his and DJ Mother's, that was

22  invested in Location Ventures?

23       A    We asked for a breakdown of that, like way

24  later, before we decided to part ways with him, and I

25  never received the real -- something that I could truly

1   understand, okay, this is where the $13 million came

2   from. Like one of the examples he used, that -- and I

3   think it was in Arduno, that they bought Arduno for X,

4   they assumed that it's going to be worth Y.  So, when

5   they contributed Arduno, they contributed at Y value,

6   not at X value, which was the current market price,

7   which is, again, not gap, right?  It was Rishi

8   accounting. And -- but, yeah.  So, based on just that

9   one example, we got concerned that, you know, we didn't

10  have a clear understanding of the rest of the 13

11  million, you know.  And when we ask him how much of it

12  was cash?  How much did you put in actual cash, we

13  never got a real answer.

14                    (SEC Exhibit No. 4 was marked for

15                    identification.)

16        BY MR. CORTEZ:

17   Q    I'm handing you what's been marked as Exhibit

18  Four, which is a document bates stamped

19  FL-4347_Kleyner_LV_LLC_0001101 through 74.  This is a

20  lengthy document.  I'm not going to be asking you

21  questions on every single page, but just take a moment

22  to review, and let us know when you're ready?

23   A    Okay.  As long as you don't expect me to read

24  it, I'm ready.

25   Q    Mr. Kleyner, do you recognize this document?

1    A    Yes.

2    Q    And what is it?

3    A    It's the second amendment to the operating

4  agreement of Location Ventures.

5    Q    Did you or anyone else, on behalf -- on your

6  behalf, have an opportunity to review this agreement,

7  prior to signing and executing the agreement, if you

8  recall?

9    A    Our attorneys did.

10    Q    Okay.  Did you, yourself, or just your

11  attorneys?

12    A    No.

13    Q    Do you know if, sitting here today -- I know

14  this is the second amended restating operating

15  agreement, for Location Ventures, effective as of April

16  19, 2021.  Is this the latest operative agreement or

17  has there been any amendments or changes, to this

18  agreement?

19    A    I have to see if this is the first investment

20  we made or the second.

21    Q    Well, we can go to, if that helps, page --

22  well, I'll give you the bates stamp number.

23    A    Yeah, Exhibit A.

24    Q    Yes, Exhibit A.

25    A    Yes.  So, this is not the latest operating

113

1    agreement.

2         Q    Okay.  So, let's just start here, though, on

3    what's bates stamped number 1162, if you will --

4         A    Uh-huh.

5         Q    -- which shows "Exhibit A, schedule of

6    members"; do you see that?

7         A    Yes.

8         Q    At the very bottom, it says, "███████   as

9    trustee, ███████    Attention Alex Kleyner and ████

10   Ulis"; do you see that?

11        A    Yes.

12        Q    And in the next column, it says, "initial

13   capital contributions $10 million".

14        A    Yes.

15        Q    Was that the initial capital contribution

16   that you made?

17        A    Yes.

18        Q    Now, if you can just sort of explain, what is

19   ███████

20        A    So, it's a -- our family trust.  DA stands

21   for ████ and Alex.

22        Q    Is there an entity related to ███████

23   called DA Capital?

24        A    Yes.

25        Q    And what is DA Capital?

114

```
 1        A    So, we have, basically, three entities.   The

 2   DA Capital is just our family LLC that pays family

 3   bills and such.   It's not really an operating business,

 4   it's just an entity that we pay bills from.   We have

 5   the ███████ that is a trust for our kids, for the

 6   benefit of our kids, that owns certain assets.   And,

 7   then, we have the ███████ which stands for ███████

 8   Alex Real Estate trust.   That's the trust that was

 9   created specifically for Location Ventures investment.

10   So, current ownership in Location Ventures is DARE

11   Trust, which spun out of ███████ specifically for

12   Location Ventures asset.

13        Q    And, then, I know we're speaking about

14   Location Ventures, and then the investments in the

15   specific projects, those are separate LLCs that were

16   formed, specifically, to invest in the projects.   In

17   other words, ███████ is not the LP of 551 Bayshore?

18        A    Yes.

19        Q    Or 1505 Ponce?

20        A    Correct.

21        Q    Okay.   So, you mentioned this was the initial

22   investment made by you and your wife's trust, $10

23   million, to Location Ventures.   The other members that

24   are listed on this page and the following page, are

25   these -- do you know if these investors are still
```

115

1   members of Location Ventures?

2       A    Some are and some are not.

3       Q    Okay.  And generally speaking, the ones that

4   are not, were they essentially able to redeem their

5   investments, or otherwise get bought out, by Location

6   Ventures, to get their principle back?

7       A    Yes.

8       Q    Okay.

9            BY MR. O'BRIEN:

10      Q    Are you able to identify which ones are still

11  investors and which ones are not, from looking at that

12  list?

13      A    Yes.  So, Latitude Investment 1, I believe is

14  not an investor anymore.  We bought them out, part of

15  our second investment, into Location Ventures. Halperin

16  is.  Thomas is.  Jonathan Wilma is not. He left shortly

17  after we came into the company.  Jared is.  Everybody

18  else is.

19      Q    Thank you.

20           BY MR. CORTEZ:

21      Q    And are there other investors, not on this

22  list, that are current members, of Location Ventures?

23      A    Yes.

24      Q    And, approximately, how many more?

25      A    Maybe one or two more.

116

1      Q    I mean, sitting here today, do you know who

2    those one or two --

3      A    I can look it up.  I don't remember, off the

4    top of my head.  There is a Beth Wire, I believe is

5    another investor.  There may be another one; one or

6    two.

7      Q    Okay.  Do you see in the column, where it

8    says "percentage interest"?

9      A    Uh-huh.

10     Q    And, again, I know this is your initial

11   investment.  It says that ████████ at that time, had

12   an 18.18 percentage interest, in Location Ventures.

13   What is that percentage interest today, of Location

14   Ventures?

15     A    As we sit here today?

16     Q    Yes.

17     A    We have about 13 and a half percent, roughly,

18   left.

19     Q    13?

20     A    13 and a half percent, about.

21     Q    So, less than what was initially --

22          MR. SHOHAT:  You said left?

23          THE WITNESS:  Left.

24          MR. SHOHAT:  Okay.  He said we have 13

25   percent left.

117

1          MR. CORTEZ:  Okay.

2          BY MR. CORTEZ:

3      Q    So, my question is:  Some of your investment

4  has been redeemed, since 2021?

5      A    Yes.

6      Q    Okay.  And I know you had mentioned that

7  you're seeking to get bought out on some, if not all,

8  of your investment, but we'll get to that a little bit

9  later in the testimony, but just to be clear, some of

10  that has been paid back, some of your principle has

11  been paid back, as we're sitting here today, correct?

12      A    Yes.

13      Q    Okay.

14      A    Just to -- yes.  Yes.

15      Q    If you can turn to the beginning of the

16  document, it's page 11, bates stamped 1111.  Do you

17  see, at the bottom, it says, "Article 4 capital,

18  capital accounts, allocations of profits and losses";

19  do you see that?

20      A    Yes.

21      Q    And, then, under "Article 4.1 initial capital

22  contributions", sort of fourth line down, it says, "the

23  manager and the members hereby acknowledge and agree

24  that on the effective date, Alex Kleyner, an

25  individual, extended a loan to the company, in the

1    original principle amount of $10 million". Why did you

2    loan Location Ventures $10 million, at this time?

3         A    It's funny, I don't remember this.  I believe

4    there was an urgent need for capital because they

5    needed to close on something, and we didn't have the --

6    possibly, a trust wasn't set up yet.  So, we agreed

7    that we're going to have a loan that then converts into

8    equity.  I believe that's what happened here, but

9    that's funny, I don't even remember this.

10        Q    And --

11        A    Sorry.  We gave a ten million loan, then we

12   made a ten million investment and paid the loan.  I

13   think that's what happened.

14        Q    So, to go through this, it appears that the

15   ten million was being paid back by the capital

16   contributions of what is defined, in this agreement, as

17   AD Investor, which is defined as ███████████ as trustee

18   of the ██████████  Does that refresh your recollection

19   in terms of how that --

20        A    Yes.  So, I believe, again, they needed money

21   urgently, for to close on something, and we agreed that

22   we're going to give them a loan.  And as soon as the

23   documents are ready for us to close, under the trust,

24   the trust makes the investment, and the loan was

25   repaid.

119

1    Q    So, you made the loan, individually, but then

2  once the documents were executed, the trust essentially

3  paid back that loan?

4    A    Well, not directly, but indirectly through

5  Location Ventures, yes.

6    Q    Right.  Okay.  Thank you. If we can move to

7  page 22, of the agreement? It's bates stamped 1122.  Do

8  you see, at the very bottom, Article 6.6, it says,

9  "member decisions"?

10    A    Uh-huh.

11    Q    And it says, "not withstanding any other

12  provision of this agreement, to the contrary, no action

13  may be taken by the company, including by the manager,

14  in connection with the matters set forth below, without

15  members super majority approval". And, then, on the

16  next page, it sort of delineates the different things

17  that require member super majority approval.

18    A    Okay.

19    Q    And I will represent to you, again, this is

20  somewhat of a long document, that members super

21  majority approval is defined as 75 percent of the

22  members votes.

23    A    Okay.

24    Q    So, if you look -- I just want to refer to a

25  couple of subsections, here.  If you look at Subsection

120

1   2, it notes the occurrence of direct indebtedness, by

2   the company, or pledging, merging, or otherwise

3   encumbering all or substantially all of the assets of

4   the company". Then, Subsections -- sort of 5 and 6

5   reference dissolving, liquidating, winding up the

6   affairs of the company, or filing for bankruptcy of the

7   company. I just wanted to ask, since you've been a

8   member and investor of Location Ventures, has there

9   ever been any instances in which there had to be a

10  vote, for Location Ventures to incur debt, sort of as

11  set forth here?

12      A    No.

13      Q    Okay.  And what is your understanding when

14  you're reading, in this subsection, to the occurrence

15  of direct indebtedness; what is your understanding of

16  that?

17      A    Sorry.  Let me back up, to your previous

18  question. So, the first time we had an uncomfortable

19  conversation, with Rishi, was when we found out that he

20  took the money from Location Ventures, and lent it to

21  Urbin, LLC, for Urbin needs.  That was never approved

22  by anybody. So, that's when we met, and we said,

23  consider this strike one.  This never happens again and

24  that loan has to get repaid like immediately. He told

25  us that there's a closing, in Urbin, and the money is

121

1   going to come back soon.  So, I don't know if the loan

2   from Location Ventures, for Urbin, qualifies for

3   company taking on indebtedness because they're kind of

4   related entities.  So, I'm not sure if that qualifies,

5   here.  I'm not a lawyer.  But that was the first time

6   where we said, strike one.  This should never happen

7   again, where he took money and just moved it over to

8   Urbin, without anybody's consent or permission.

9       Q    When did you find this out?

10      A    In passing, in a conversation, and this was

11  in, I would say, Q-4, 2021.

12      Q    Do you remember how much money Location

13  Ventures loaned to Urbin?

14      A    I think it was around -- it was a real

15  number. It was around like maybe $10 million.

16      Q    Okay.  And that was something that was not

17  disclosed to you, as a member of Location Ventures,

18  prior to the loan being made to Urbin?

19      A    We were furious.  No, it was not disclosed to

20  us.

21      Q    Do you know or -- since that time, have you

22  found out whether that was disclosed to any of the

23  other members or investors, at Location Ventures?

24      A    I don't know.  I'm not sure.  The -- some of

25  the board members, I think this came up in passing, in

122

1    a conversation, and I think some of the board members

2    were there, but I'm not a hundred percent sure.

3         BY MR. HOUCHIN:

4    Q    The conversation that you referenced, who

5    actually made that communication that brought this

6    issue to your attention; was that Mr. Kapoor or someone

7    else, at Location Ventures?

8    A    Well, Kapoor mentioned it.  He didn't mention

9    it in the context of an issue.  He mentioned it just in

10   passing.  We said, whoa, wait a second, what do you

11   mean?  Like whatever the number is, 10 million went to

12   Urbin.  We're like we don't own a hundred percent of

13   Urbin, as Location Ventures, why are we subsidizing

14   Urbin projects?  There should be -- if they need money,

15   they've got to do capital calls, to their own

16   investors. And we got the response, well, we've always

17   been doing it this way, which kind of got under my

18   skin.  I'm like that's not an excuse for actions.

19   We've always been doing this, that's not an answer I

20   will accept. So, he's the one, who mentioned it in

21   passing, not in the context of hey, guys, I made a

22   mistake, or there was a problem.  It was just, you

23   know, completely in an unrelated conversation, this was

24   just a side conversation that came out of it.

25         BY MR. CORTEZ:

123

1      Q    You mentioned that Location Ventures did

2    not -- only owned a piece of Urbin, but that -- is it

3    your understanding that the majority of Urbin is owned

4    by outside investors and not Location Ventures?

5      A    So, that understanding keeps changing because

6    we can't get a clear answer, from Rishi, how much of

7    Urbin is owned by Location Ventures.  We heard as low

8    as 40 percent and as high as 60 percent.  So, we never

9    really got a -- if you ask me today, how much of

10   Location Ventures is owned by -- I'm sorry.  How much

11   of Urbin is owned by Location Ventures, I don't have an

12   exact number.  And every time we ask and he gives a

13   different number, he's like but that was always the

14   number.  So, I don't know what the story there is,

15   right?  But there's other investors in Urbin that are

16   not Location Ventures.

17     Q    But when sort of the initial representation

18   was made, prior to you and your wife contributing $10

19   million, to Location Ventures, was it represented to

20   you that Location Ventures had a small ownership

21   interest in Urbin?

22     A    It wasn't a percent that was small, but it

23   was a percent that Urbin has its own pulse, and has its

24   own capital stack, and has its own investors, that LV

25   is just an investor, not a -- any time Urbin needs

124

1    money, LV is the one to provide it. Our understanding

2    is there's a whole separate set of investors, and has a

3    separate P&L, separate operating procedures, separate

4    projects.  We just -- as LV, we're just a shareholder.

5         Q    Was it your understanding that the sort of

6    operations of Urbin was controlled by Rishi Kapoor, at

7    that time, or was it your understanding that there was

8    a separate group of people that were sort of

9    controlling the day-to-day operations of Urbin?

10        A    It was Rishi Kapoor.  What was told to us is

11   that Urbin is small and only has a handful of projects.

12   LV resources are responsible for running those

13   projects, as Urbin gets on its own, you know, gets more

14   mature, it will have its own management team and so

15   forth, which still has not happened, to this day, but

16   it was Rishi, who ran Urbin.

17        Q    All right.  Do you recall since investing in

18   Location Ventures, has there been any times in which

19   there had to be a vote, by members, for the company to

20   take certain actions?  Has there ever been --

21        A    No.

22        Q    There's never been a time where the members

23   had to vote on something, on behalf of Location

24   Ventures?

25        A    I don't recall anything like that, no.

125

1       Q     Okay.  So, if you can turn to the next page,

2   page 24, it's bates stamped 1124, Article 7.  It says,

3   "the rights, powers, and duties, of the manager of the

4   budget".  So, Article 7.1 references the manager's

5   authority to control and operate Location Ventures.

6   And article 7.1(a) states that "the members hereby

7   appoint Rishi Kapoor, as the initial manager".  At the

8   time of your investment, was Rishi Kapoor already the

9   manager?  I mean, was there a -- do you recall ever

10  being a formal appointment of Rishi Kapoor, or was he

11  already the manager, at the time you invested in

12  Location Ventures?

13      A     He was already the manager.

14      Q     Okay.  Article 7.1(b), sort of -- kind of --

15  sort of the fifth line down states, "the manager may,

16  without the consent of the board or any member, cause

17  the company to deviate from an approved budget, by no

18  more than seven and a half percent, in total, for the

19  entire approved budget".  Do you see that?

20      A     Yes.

21      Q     Are you aware if the approved budget, of

22  Location Ventures, has ever deviated by more than 7.5

23  percent?

24      A     Yes.

25      Q     Can you tell me about those times or

126

1    instances where it has?

2        A    The budget that was shown to us, in late

3    2021, is worthless.  The company looks nothing like it.

4    The payroll is multiples.  Rishi took out millions, in

5    fees. There's nothing about 2022 actuals, that looks

6    similar to 2021 approved budget.

7        Q    So, the 2022 actuals, versus the late 2021

8    budget, are almost two separate and completely

9    different budgets?

10       A    Two random documents.

11       Q    So, let's -- since we're speaking about the

12   budget, if you can turn to Exhibit B?  It's page 64, of

13   this Exhibit; 1164 is the bates stamp number.

14       A    I'm sorry, 164?

15       Q    1164.

16       A    1164.

17       Q    So, you see it says, before you turn to the

18   next page, "Exhibit B, approved budget". Then, we turn

19   to the next page, bates stamped 1165.

20       A    Uh-huh.

21       Q    You see it says, "Location Ventures company

22   operation budget for the 2021 year".  Do you see that?

23       A    Uh-huh.

24       Q    And, then, it goes on to list fixed cost, on

25   a monthly and annual basis, variable cost, on a monthly

127

1    and annual basis, contingency.  And, then, it sums up

2    those three categories of costs.  And, then, it says,

3    "total operating expenses", at the bottom, "monthly,

4    approximately $374,958, and then annual, $4.45

5    million".  Do you see that?

6        A    Yes.

7        Q    Going back to your response, this budget that

8    was present, in 2021, this looks completely different

9    from the budget that was presented to you, in 2022?

10       A    So, I want to clarify something.  This is

11   operating budget going into 2021.  What I'm referring

12   to, at the end of 2021, we were shown a budget for

13   2022, and then the actuals for 2022, versus the budget

14   that was shown to us in 2021, completely different.

15   This is the budget for 2021, that was put together in

16   2020.  The actual 2021s -- again, I don't have

17   financials in front of me, but my assumption is it

18   looks different, but I don't have them in front of me.

19       Q    So, just to be clear, this Exhibit B, this

20   budget is sort of forward looking into 2021.  Again,

21   the agreement is dated April 19, 2021.  But it's your

22   understanding this was put together end of 2022,

23   looking forward into 2021, correct?

24       A    Yes.  Yes, this was put together late 2020 or

25   early 2021, for the forward looking 2021 budget.

128

1      Q    And, then, after you -- after you received

2  this budget, did -- you received, I think, an actual

3  2021 budget.  Was that sometime toward the end of 2021?

4      A    I don't recall.  I'm sure -- I assume we

5  received some kind of financial statement for that, for

6  2021, yes.

7      Q    And, then, for 2022, was it similar in that,

8  again end of 2021, early 2022, you received a budget

9  for this year, and then toward the end of 2022, here's

10 what the actual numbers were?

11     A    Yes.

12     Q    And that's what you're saying was completely

13 different?

14     A    Completely different.

15     Q    Okay.  So, generally speaking, these budgets,

16 you know, we're looking for one for 2021, and the ones

17 you mentioned for 2022, were those put together by

18 Rishi, with the input of, I think you had mentioned,

19 the project budgets, with DJ Mogha and George, if I

20 recall correctly, or --

21     A    They were presented by Rishi.  They were put

22 together, as far as I understand, with Rishi and DJ,

23 because DJ, at this time, was the CFO of the company.

24 Who else was involved in putting this together, I don't

25 know, for sure.  I heard George's name mentioned quite

129

1    a bit, but in the context for the models of the

2    projects. As far as the actual budget, who prepared it,

3    I'm not sure.

4        Q    And these budgets, for Location Ventures,

5    they're different than the budgets that we spoke about

6    earlier for the projects, correct?

7        A    Correct.

8        Q    This appears, but I'll ask you, just to be

9    really on the, sort of, payroll, and sort of operating

10   expenses, for the company, on a monthly and annualized

11   basis; is that correct?

12       A    Yes.

13       Q    So, understanding the numbers are different

14   and the budgets changed, from 2021, 2022, I just would

15   like to use this as an example.  So, where it says, up

16   top, "fixed cost Rishi Kapoor".  It says his annual

17   compensation, I guess, is $350,000; you see?

18       A    Yes.

19       Q    So, you had mentioned that for 2022 there

20   were a lot more employees and Rishi took millions of

21   dollars of fees.  And we don't have that in front of

22   us, today, but was it similar to this, in other words,

23   did you get something that said Rishi Kapoor's salary

24   was 350 or 400,000, and then it turned out it was that,

25   but then there was millions of dollars of fees that

130

1    weren't accounted for?  Can you just maybe -- I'm just

2    trying to understand, a little bit more, the specifics,

3    when you say like the 2022 actuals were completely

4    different than what was shown.

5         A    We found later in the year, 2022, that there

6    were payments made to Rishi, from LV, that were never

7    authorized by shareholders of the board, or anybody.

8    And were never truly shown, on financials, as you know,

9    payment to Rishi.  So, yes.

10        Q    What explanation did he give you, once you

11   found that out?

12        A    He said the company always function in a way

13   that any time a deal is closed, there's commissions

14   charged, for closing of the land, personal guarantees,

15   putting the equity in place, putting debt in place, and

16   so on, and he felt that he was entitled to those

17   commissions. That part of those commissions, or those

18   fees, went to pay the -- into the bonus pool, for the

19   employees, and he was just part of the bonus pool.  He

20   determined, himself, how much, A), we told him that the

21   agreement clearly states that you're not to make more

22   than $400,000 a year.  So, no matter how you feel these

23   fees are justified, you can't just take them.  And he

24   said those fees are a combination of the money he's

25   been owed from before.  So, we got some answer that was

131

```
 1    not an answer we were, you know, that was -- we were
 2    comfortable with.  He said some of it was owed from
 3    before.  Some of it is fees for the recent projects,
 4    which when we asked him, show us how these fees are
 5    owed to you, maybe these fees are owed to Location
 6    Ventures. If you can show us the paperwork where it's
 7    owed to Location Ventures, please show us the paperwork
 8    where these fees are somehow owed to you, and that was
 9    never provided to us.
10         Q    So, you mentioned that the operating
11    agreement, I know it's not the most up-to-date one, but
12    from your recollection was that Rishi's compensation
13    was capped, him, personally, at 400,000; is that
14    correct?
15         A    Him and DJ, yes.
16         Q    Both, him and DJ, at 400,000?
17         A    I believe so, yes.
18         Q    And I think you had mentioned that the
19    operating agreements provided for fees being paid.  I
20    just want to be clear.  Was that the operating
21    agreements for the projects, in terms of like
22    development fees, marketing fees, acquisition fees,
23    versus what's stated in the Location Ventures operating
24    agreement?
25         A    Correct.
```

1      Q    So, was Rishi's explanation that these fees

2   were being -- that should have been, I guess were --

3   were those fees listed in the project's operating

4   agreements that then were paid to him, or do you have

5   an understanding of how, mechanically, that worked?

6      A    So, projects had certain fees that were due

7   to the sponsor, in this instance, it's Location

8   Ventures, right?  There were -- and then those fees

9   were due when certain events take place, the fee is due

10  to Location Ventures.  Once is comes into Location

11  Ventures, it's supposed to stay, as we understand it,

12  in Location Ventures.  It becomes LV revenue, right?

13  So, we -- you know, late last year, as we kind of

14  started looking into some things, we saw that the

15  timing of the fees was wrong, meaning LV was charging a

16  fee to the project, prematurely.  There were some fees

17  that we didn't understand what this fee is for.  Forget

18  about doing it prematurely, we're not sure what it's

19  for. Then, there's money, from Location Ventures, being

20  transferred into Rishi's personal bank, even though

21  he's technically a member of the entity.  Patriots

22  United is a member of an entity. So, there's really

23  no -- we could not find any legal document or get an

24  explanation from him, other than we've always been

25  doing it this way, to justify, to help us understand

133

1      the movement of the money.

2          Q     And did you see any sort of documentation,

3      bank records, wire transfers, that showed that money

4      from the Location Ventures sponsor was being

5      transferred directly to Rishi Kapoor's personal bank

6      account, versus I think you mentioned Patriot Capital

7      is one of the members of Location Ventures?

8          A     I believe late last year, when we kind of --

9      again, when the relationship started unraveling, we got

10     access to the bank accounts and had our accountant

11     start looking through transactions, and I believe he

12     found those transactions in, like maybe August, 2022,

13     there was like 1.3 million, or something, that was

14     transferred to Rishi Kapoor's Bank of America account.

15         Q     And the bank statements that you and your

16     accountant reviewed, were those Location Ventures bank

17     account statements, for the company, or were those

18     other different entity bank accounts, for different

19     individual bank accounts?

20             MR. SHOHAT:  Let me interjection something

21     here.  The work that the accountant did was done for a

22     lawyer, at Kapora, Anthony Atkapora. Correct me if I'm

23     wrong, if I say anything wrong.

24             THE WITNESS:  That's true.

25             MR. SHOHAT:  So, we've shared with you a

134

1    spread sheet, that shows this money, that came from the

2    accountant.  The accountant's name is Ed McWilliams,

3    who was retained by Anthony Atkapora, to look at the

4    books, the Quick Books, of Location Ventures.  So, most

5    of what this information is, is attorney/client

6    privilege information.  But we shared, with you, a

7    spread sheet, that was given by Alex, to Rishi.  So,

8    it's not privileged.  It was prepared by the

9    accountant.  It shows these monies, from the Quick

10   Books and you have it, in your records.

11            MR. WEINSTEIN:  It should be -- I know I sent

12   a lot of stuff to you, in the last couple of days.  It

13   should be the last document, in the third production.

14   So, it's going to be 4657.

15            MR. CORTEZ:  4657.

16            MR. WEINSTEIN:  It's like a stand-alone page.

17            MR. SHOHAT:  Just so you understand,

18   everybody.  We have to be very careful about privilege,

19   because of all the litigation that's going on.  We

20   don't want to be accused of selectively waiving

21   privilege here, and then there's an argument that we

22   waived privilege. So, we're walking that line, here.

23            So, we are going to stand on the

24   attorney/client privilege and work product, but we

25   shared this document to you because it was given to

135

1    Rishi.  So, it's no longer privileged.  So, you have the

2    numbers and they're sourced from Ed McWilliams, the

3    accountant, looking at the Quick Books.

4            MR. CORTEZ:  Okay.  Thank you.  We appreciate

5    that note and certainly we don't want to ask anything

6    that would, you know, impinge upon any privilege or

7    work product privilege.  We do appreciate that.  And we

8    did receive those productions, I think the last

9    production made yesterday.

10           MR. WEINSTEIN:  The one I sent you last

11   night -- we can do this on or off the record.  It

12   doesn't matter to me.

13           MR. CORTEZ:  We can go off the record, for a

14   moment.

15           THE WITNESS:  Can I check my phone?

16           MR. CORTEZ:  Yes.  We're off the record, at

17   12:27.

18           (A brief recess was taken.)

19           MR. CORTEZ:  Back on the record, at 12:31

20   P.M.

21           Mr. Kleyner, did you have any substantive

22   discussions, with anyone from the Commission staff,

23   during the break?

24           THE WITNESS:  No.

25           BY MR. CORTEZ:

136

1        Q    So, prior to going off the record, we were

2    looking at Exhibit Four, the second amended operating

3    agreement, for Location Ventures, and we were on the

4    operation budget, for 2021. And you were talking about

5    how the numbers, at least for 2022, from what was

6    projected for 2022, compared to the actuals, were very

7    different.  And I think we mentioned some -- about

8    Rishi Kapoor and the fees that you found out about.

9    What other things do you recall that were different

10   about the actuals, in 2022, versus what was shown for

11   the budget, of 2022?

12       A    Payroll was significantly higher.  Base

13   salaries -- base salaries were higher.  So, he gave out

14   raises to people.  There was still that loan, on the

15   books, from Urbin to LV.  I believe there's still that

16   loan, on the books, and any time we ask him for the

17   exact amount, it goes from 6 to 16 million.  So, I

18   still don't know.

19       Q    And just to be clear, when you say the loan

20   that LV gave to Urbin?

21       A    Yes.

22       Q    And you're saying --

23       A    That was never repaid in full, as far as I

24   know.

25       Q    And you're saying the number varies between 6

137

1    and $16 million?

2        A    So, every time we ask Rishi what's going on

3    with the loan, we get a different answer.  So, I don't

4    know how much the loan is.  Sometimes he tells us it's

5    6. Sometimes it's 8.  It goes up to 10.  It goes down.

6    And we clearly told him, you can't -- LV is not a line

7    of credit, for Urbin.  You can't just have money and

8    roll it back and forth.  Right?  There's never been

9    documentation.  There's no interest being paid. LV is

10   not here to subsidize the Urbin project. It's just not.

11   He says, I understand, of course, of course.  And the

12   loan is still outstanding. As of Friday, when I

13   asked -- Friday, I actually saw Rishi and I asked him,

14   specifically, about the loan, he said, I think it's

15   like 6 million.  If you look at financials, it's as

16   high as 10 million.  Sometimes, it goes higher.  So,

17   it's definitely -- there's been -- based on financials,

18   there's been transactions back and forth.  There's

19   definitely back.  I don't know about forth.  Or I guess

20   the other way, forth, and maybe not back.  But -- so

21   that's different from any -- that was never in any of

22   the budget, for us to give out these kind of loans.

23   Yeah, so, the payroll is about 600,000 a month, now.

24   That was never in the budget that we approved. The

25   payments to Rishi were certainly not in the budget that

138

1   we approved.  Those are really the big ones.  There are

2   extension fees being paid, on projects, because the

3   financing is not in place.  There's one that was paid,

4   two or three weeks ago, that was not authorized.

5   There's a project that he's got a piece of land on

6   the -- let me rephrase "he".  Urbin Miami Beach -- now

7   there's an Urbin Miami Beach Two.  There's a piece of

8   land, on the contract, that he did not close on time

9   on.  The seller said, you've got to give me a $500,000

10  extension fee, and 350, at the end of the month, which

11  is tomorrow, or today, possibly.  And Rishi sent

12  500,000, without anybody's permission.  Then, when I

13  saw him Friday, I specifically asked him.  I said, who

14  paid that 500,000 extension fee. He said, Location

15  Ventures.  And I said, why is Location Ventures paying

16  extension fees, for Urbin projects.  He said, well, it

17  was always intended to be a Location Ventures project.

18  I said, it's literally called Urbin Miami Beach Two.

19  And he didn't really have an answer. He's like, well,

20  there's another 350 due this Thursday. I'm like, you

21  can't pay this 350.  You have no authority to pay this

22  350.  And he just didn't say anything.  If I could

23  guess, he will pay 350.

24       Q    That's 350,000?

25       A    350,000, to the seller, for the extension,

139

```
 1    for this to close, in November.  So, that's another
 2    example where LV money was used for non-LV project,
 3    which is Urbin project.  And, yes, LV owns a percentage
 4    of the Urbin, but, again, we multiple times told Rishi
 5    that Location Ventures is not a line of credit for
 6    Urbin. Urbin has its own investors.  Their projects are
 7    their problems.  Our projects are our problems.
 8    Especially in a situation that we're using now, with no
 9    real investment, no real capital, in the company.  You
10    can't be paying -- you can't decide to pay extensions
11    for -- he didn't really have an answer for that.
12         Q    And the budgets, both -- the budgets, like we
13    can use this one, as an example, for 2021, and then the
14    actual budgets, those have to be approved by the
15    members, of Location Ventures?
16         A    I don't know what the operating costs were.
17    It was members of the Board.  I know we, for 2022
18    budget, and 2021, it was shown to the Board, and I
19    believe it was approved by the Board.  But since then,
20    we haven't gotten any update that the budget moved,
21    changed, looks different, feels different, is
22    different.
23         Q    And you and your wife, ██████████ are Board
24    members of Location Ventures, correct?
25         A    We were.  We're not anymore.
```

140

1      Q     2021 and 2022, were you board members, for

2   those years?

3      A     Yes, most of 2021, after we made the

4   investment, and 2022.

5      Q     So, for those years, for 2021, 2022, you

6   recall that you were presented with budgets that you

7   had to approve?

8      A     So, again, let me just clarify this.  The

9   Board of Location Ventures is a Board by name only.  We

10  really did not -- like we voted once, I think, in the

11  year and a half that I was on the Board.  There was a

12  vote for the 2022 budget, which doesn't match the

13  reality, with no update back to the Board.  And I think

14  we voted once to proceed with one project, which was

15  1505 Ponce. That's it.  It wasn't -- we didn't have

16  regular Board meetings.  We didn't have procedures.  We

17  tried to fix it.  We told him, you've got to keep Board

18  minutes. You've got to -- we want to be very clear what

19  has to be shown to the Board, what you can decide on

20  your own. All of that direction was ignored.

21      Q     So, there was never regular monthly or

22  quarterly Board meetings.  And the time you mentioned

23  in which you were asked, as a Board member, you and the

24  other Board members, to approve the 2022 budget, was

25  that done at an actual meeting or was that more

141

1    informally done via e-mail, this is for your

2    approval --

3              MR. SHOHAT:  Excuse me.  That's multiple --

4    it seems to me that's multiple questions.  You started

5    off, there was never any regular Board meetings.  Was

6    that one question?

7              MR. CORTEZ:  I think you -- yeah, there was

8    never any regular Board meetings?

9              THE WITNESS:  Yes.

10             BY MR. CORTEZ:

11        Q    Was there a meeting to approve the 2022

12   budget, that you recall?

13        A    There was a -- yes, late 2021, I would think.

14        Q    Was that meeting held in person?

15        A    No.

16        Q    Was it a zoom or teams meeting?

17        A    Yes.

18        Q    Teams meeting?

19        A    Sorry, yes.

20        Q    So, just walk us through that meeting, from

21   what you recall.

22        A    He showed us the budget, from the upcoming

23   year and -- bless you.  He showed us the budget for

24   upcoming year and -- I guess he said, do we have a

25   consent.  We said yes, and that was the meeting, more

142

1   or less.

2        Q    Do you recall, did anyone, at that meeting,

3   have any questions about the budget or specific, you

4   know, numbers on the budget?

5        A    I don't recall anybody making a big enough

6   questioning of the budget, for me to have a

7   recollection of it, so I don't recall that.

8        Q    And, then, later, in 2022, you and other

9   Board members, did you receive the actual budget, for

10  2022?

11       A    No.

12       Q    I think you mentioned that the numbers

13  changed dramatically from what was -- from what you and

14  the other Board members approved; is that correct?

15       A    We received financials, but not a budget.

16  So, the budget is a projection for the future, right?

17  And, then, we would get quarterly financials -- we

18  would get quarterly financials, but not as Board

19  members.  It was really provided to those who asked for

20  it, I would say.

21       Q    Okay.  Thank you, for that.  Sorry.  I was

22  somewhat confused.

23       A    Yeah.

24       Q    So, this was the budget, and then,

25  subsequently, you get quarterly financial statements?

143

1      A     On request.

2      Q     Upon request. And those quarterly financial

3   statements, that you received, showed numbers that were

4   very different than what was on the 2022 budget, that

5   the Board approved; is that correct?

6      A     The ones later in the year, yes.  Early in

7   the year, it's still too early to really spot a big

8   enough difference.

9      Q     Right.  And those changes, with respect to

10  payroll and raises, some of the items that you

11  mentioned, was it your understanding that those changes

12  needed to be approved by the Board, for Location

13  Ventures to implement or change from the budget?

14     A     I'm not sure.  They were never presented to

15  us, so I'm not sure if that was our responsibility or

16  not.

17     Q     Once you found that the numbers were

18  different than what was presented to you, in the 2022

19  budget, did you have any conversations, in 2022, with

20  Rishi, about it?

21     A     Specifically, about the budget?

22     Q     Or about --

23     A     Or just the difference in the budget?

24     Q     The difference in the actual numbers shown,

25  on the financial statements, compared to what was shown

144

1  to you, in the 2022 budget?

2       A    It was in a context -- it was the last

3  conversation I had with Rishi, when we said we're done,

4  and we want to get bought out, at that meeting, that

5  breakfast, I showed him a budget.  And I said, show me,

6  in the budget, where it shows Rishi Kapoor and Daniel

7  getting money.  So, that was the conversation, but we

8  never had like a -- this is a budget.  This is the

9  actual budget, because we were never shown -- there was

10  never really a consideration.  It was never even shown.

11  And the financial were always extremely delayed and not

12  systematically shared.  It was really like, hey, can

13  you send me Q-whatever financials, and six weeks later,

14  we would possibly get it.

15       Q    And during, say, 2022, you did request

16  financial statements and you received them weeks after

17  you requested them; is that your testimony?

18       A    So, on occasion, we requested the statements

19  and we received -- some we received soon, and some --

20  like, for example, I'm still waiting for Q1 financials,

21  for this year, that I requested.

22       Q    And how long ago did you request those?

23       A    A month ago.

24       Q    Okay.  And do you know, like the financial

25  statements, are those put together inhouse, by the

145

1  employees of Location Ventures, or do you know if

2  there's some outside auditing or accounting firm that

3  works with them, to put together those statements?

4       A    As far as I know, it's all put -- it used to

5  be put together by, I guess, DJ Mogha, when he was the

6  CFO. And, then, eventually, by Greg Brooks, who became

7  the new CFO.

8       Q    And are you aware of -- besides you and your

9  wife, as investors, are there other investors, in

10  Location Ventures, that you're aware of, that have

11  become aware of the differences in, let's say in 2022,

12  from the numbers in the budget, compared to the actual

13  financial statements?

14       A    I'm not aware of investors specifically

15  questioning budgets. Right? But I am aware of an

16  e-mail, from Scott Robbins' attorney -- I assume it's

17  not privileged because it went to me.

18            MR. SHOHAT:  If it's from his attorney, yeah.

19            THE WITNESS:  But it went to every

20  shareholder, in the company.

21            MR. SHOHAT:  Then, it would not be

22  privileged.

23            THE WITNESS:  It would or would not?

24            MR. SHOHAT:  Would not.

25            THE WITNESS:  Okay.  So, in that e-mail,

146

1    Rishi -- so, basically -- based on the e-mail with

2    Scott, and Scott said that after we bought it -- we put

3    an agreement in place, to part ways with Location

4    Ventures, and Rishi, specifically. He met with Scott

5    and Tom, the other two shareholders, in the company.

6              BY MR. CORTEZ:

7         Q    Thomas --

8         A    Thomas Barington. And he told him that he

9    took over $4 million -- around $4 million out of the

10   company, over the last couple of years. And when they

11   said, how do you -- like how and why. He said, well,

12   I'm entitled because, again, the logic I gave. There's

13   a commission for this. There's a fee for that. Which,

14   again, it's not spelled out, in any of the agreements.

15   We've always been doing it this way. And they said,

16   well, if you have 4 million -- if LV has 4 million to

17   pay out, that's technically profit, we're entitled to a

18   share of that profit. So, we want our share of that 4

19   million. And Rishi said, I disagree with you. This is

20   my money and you're not entitled to it. They said,

21   well, in that case, we also -- we don't want anything

22   to do with you. We want to also part ways. And they

23   were negotiating some kind of a buyout. It fell apart.

24   And, then, Rishi sent us, all the shareholders, an

25   e-mail, that he was being bullied by Scott and Tom.

147

```
 1    They wanted 4X on their investment. They wanted him to

 2    pledge his house.  His wife was crying and he's not

 3    going to do that. And, then, Scott's lawyer sent us --

 4    sent a notice to, I guess, Rishi, and copied all the

 5    shareholders, including us, that they basically intend

 6    to pursue legal their options and such. So, based on

 7    that situation, I'm aware that Rishi told Scott and Tom

 8    that he took at least $4 million out of the company,

 9    but he felt entitled to do so, and as far as I

10    understand, they disagreed.

11            MR. WEINSTEIN:  I just e-mailed that to you.

12            MR. CORTEZ:  Thank you.

13            MR. O'BRIEN:  Do you mind if I ask a couple

14    of questions?

15            BY MR. O'BRIEN:

16        Q    Did the financial statements show transfers

17    from Location Ventures, to Rishi, in his individual

18    capacity?

19        A    I don't believe so, no.

20        Q    You said you learned of the transfers,

21    though. When did you first learn of the transfers?

22        A    So, we insisted that as the company is

23    growing and maturing, and there's a lot of this

24    sloppiness going on, that we need a different CFO, for

25    the company.  So, we insisted that Rishi replace DJ.
```

1    Again, when I say insisted, again, not formally

2    insisted, but we basically told him that's what needs

3    to happen.  So, he started interviewing CFOs and

4    eventually brought in Greg Brooks, in maybe July-ish,

5    of last year.  Our first meeting with Greg Brooks --

6    so, to answer your question, Greg Brooks mentioned to

7    us, sometime in maybe, October, that while he's still

8    new on the job and he's trying to clean up the books,

9    because the books are a complete mess.  It's not like

10   you look inside Quick Books and there's a clear

11   transaction, that he's trying to understand a lot of

12   these transactions and asking Rishi for the

13   documentation of these transactions.  Can you explain,

14   you know, this transfer, this transfer, that transfer?

15   And he mentioned some of these transfers as the

16   transfers he was trying to understand.  So, he --

17             MR. SHOHAT:  "He" being brooks?

18             THE WITNESS:  Yes.

19             BY MR. O'BRIEN:

20        Q    Did he mention them specifically to you or to

21   a group of people?

22        A    He mentioned it specifically to me and ████

23        Q    And, then, you also said, at some point, you

24   gained access to their financial records.  To the

25   extent it's not privileged, can you explain that

149

1    process?

2           MR. SHOHAT:  He can explain, generally --

3           THE WITNESS:  Yes.

4           MR. SHOHAT:  -- what happened, without

5    telling you communications, with the attorney or the

6    accountant.

7           MR. O'BRIEN:  Thank you.

8           THE WITNESS:  So, we reached out to our

9    family attorney.  We explained that we want to

10   understand what --

11          MR. SHOHAT:  Don't talk about what you told

12   your attorney.

13          THE WITNESS:  Right.

14          MR. SHOHAT:  Just say what resulted from it.

15          THE WITNESS:  Right.  So, the attorney

16   engaged an accountant.  We requested access to all the

17   bank accounts.  Shared that with the accountant.  We

18   requested certain bank statements, access to Quick

19   Books.  Access to Sage, I believe was the new system

20   that they use.

21          BY MR. O'BRIEN:

22   Q    And did you demand to inspect the books and

23   records, as a shareholder in the company, through the

24   attorney?

25          MR. SHOHAT:  You can communicate whether you

150

```
1    communicated a demand to Rishi, to see the books and

2    records of the company.

3              THE WITNESS:  Yes, I think it was me.  It

4    wasn't our attorney, who reached out, I think it was

5    me.

6              BY MR. O'BRIEN:

7         Q    And around when was the time in which you

8    received the information, or your attorney received the

9    information, if you recall?

10             MR. SHOHAT:  You can talk about the timing.

11             THE WITNESS:  October, November, last year.

12             MR. O'BRIEN:  Okay.  Thank you.

13             BY MR. CORTEZ:

14        Q    Putting aside the amount of your investment

15   that has been redeemed or bought out, by Location

16   Ventures, have you received any distributions, since

17   you've invested in Location Ventures, from the company?

18        A    There was one distribution shortly after we

19   invested.  So, back in early or mid 2021, there was

20   a -- I believe it was just a piece of land, that they

21   had under contract, that they sold, and we received a

22   couple hundred thousand dollars.  Never -- nothing

23   else.

24        Q    And is there -- again, I understand that

25   you've asked to be bought out, but any expectation of
```

151

1    any future distributions, from Location Ventures?

2         A    No.

3         Q    And I guess when you made your initial

4    investment, with Location Ventures, was there an

5    approximate length of time that you thought your

6    investment would be with Location Ventures?  In other

7    words, were you looking to get out, at some point, in a

8    few years, or were you just putting your money there,

9    with no expectation of redeeming your investment until

10   the end of last year?

11        A    No expectation of redeeming that investment.

12        Q    Okay.  And, then, again, not -- I don't want

13   to ask anything that may be privileged, but have you

14   had any recent conversations, other than the one you

15   mentioned with Scott Robbins and his attorney, with any

16   of the other members or investors, at Location

17   Ventures, about the status of the company, the money

18   that has been pulled out of the company?

19        A    I had a conversation with Marty Halperin,

20   he's the Halperin Family Trust, last week.

21        Q    And can you just sort of walk us through that

22   conversation?

23        A    So, his lawyer was at the meeting.  I don't

24   know if that makes it privileged or not.

25             MR. SHOHAT:  It doesn't make it privileged.

152

1          THE WITNESS:  Okay.  And Steven was at the

2     meeting.  But, anyway, the context of the conversation

3     was --

4          MR. SHOHAT:  Hold on a second.  Steven --

5          THE WITNESS:  So, we had two meetings with --

6     sorry, guys.  We had two meetings.

7          MR. HOUCHIN:  Hold on, a second.

8          MR. SHOHAT:  Go off the record.  Why don't we

9     take a lunch break and pick up here after lunch?

10          MR. CORTEZ:  That's fine.  It's 12:53.  We

11     can discuss this, off the record, and take lunch. How

12     much time would you guys like?

13          (Whereupon, at 12:53 p.m., a luncheon recess

14     was taken.)

15               A F T E R N O O N   S E S S I O N

16               (SEC Exhibit No. 5 was marked for

17               identification.)

18          MR. CORTEZ:  We're back on the record, 1:56

19     P.M.

20          Mr. Kleyner, during the break, did you have

21     any substantive discussions, with anyone from the

22     Commission staff?

23          THE WITNESS:  No.

24          MR. CORTEZ:  Okay.  I'm going to turn over

25     some questions to Mark Dee.

153

1          BY MR. DEE:

2      Q    Good afternoon, Mr. Kleyner.  My name is Mark

3  Dee.  I'm a senior accountant, with the Securities and

4  Exchange Commission.  I'm here to cover Exhibit Five

5  with you. Would you take a look at Exhibit -- that's

6  been previously marked as Exhibit Five and let me know

7  if you recognize that document?

8      A    Yes.

9      Q    Let me just speak a little bit about it.

10  Exhibit 9 has bates number

11  FL-4347_Kleyner_LVLLC_004657. It also contains three

12  title headings of date, payor/payee, and amount.  There

13  are five transactions that do not have parentheses

14  around them and there's two transactions that do have

15  parentheses around them. The dates range in the month

16  of August, 2022, for all seven transactions.  The

17  amounts in flow total over 4.2 and going out, 1.468.

18  This is a yes or no question.  This document, or this

19  summary, you had created or had instructed someone to

20  create --

21          MR. SHOHAT:  That would implicate an

22  attorney/client privileged communication, so I'm going

23  to ask him not to answer that question. Advise him not

24  to answer that question.

25          MR. HOUCHIN:  For the record, it's Exhibit 5.

154

1      MR. SHOHAT:  Yeah, you said Exhibit 9, when

2  you were reading it before.

3      BY MR. DEE:

4      Q   I've got Exhibit 9 on the brain.  I stand

5  corrected.  It's Exhibit 5. This is a summary that you

6  recognize?

7      A   Yes.

8      Q   And why do you recognize it?

9      A   That was a summary that I gave to Rishi

10  Kapoor when we met, in early November, late October,

11  November somewhere in that time range, in 2022.

12      Q   And why did you give him this summary?

13      A   I wanted him to explain these transactions.

14      Q   And these transactions are in reference to

15  what account and what entity?

16      A   These transactions, as I understood them, are

17  money coming into Location Ventures.  That's the ones

18  without the parentheses, and the two coming out of

19  Location Ventures.

20      Q   And the monies coming into Location Ventures,

21  could you tell me the entities that are represented

22  there, that are the payees?

23      A   The one I'm familiar with, as an LP investor

24  is in, is the 1505 Ponce Partners, LLC.  The other one

25  is 800 Dixie Partners, LLC.  I'm not directly invested

155

1   in that entity.

2       Q    There are two transactions with parentheses;

3   do you recognize the names on -- for both of those?

4       A    Yes.

5       Q    And they are Rishi Kapoor and Daniel Mogha?

6       A    Yes.

7       Q    And you brought it to their attention

8   because --

9       A    Because we wanted to understand what is the

10  reason for these transactions.  What is the explanation

11  of these transactions.  What is the documentation for

12  these transactions and such.

13      Q    And the transaction to Mr. Kapoor exceeds 1.3

14  million; is that correct?

15      A    Yes.

16      Q    And the transaction to Mr. Mogha is 140,000;

17  is that correct?

18      A    Yes.

19      Q    Did you receive a satisfactory explanation of

20  these monies that were paid to Mr. Kapoor and Mr.

21  Mogha?

22      A    No.

23      Q    If you didn't receive -- what type of

24  communication did they respond to you, verbally,

25  e-mail, with an explanation, or unsatisfactory

156

1    explanation?  How did you find out that it was

2    unsatisfactory?

3        A    It was a combination of verbally and e-mail.

4        Q    Do you still have those e-mails?

5        A    I do.  We shared them.

6             MR. SHOHAT:  I think you have them.

7             THE WITNESS:  We shared them with you.

8             MR. DEE:  Mr. Cortez, Houchin, and O'Brien,

9    do you have any further questions?

10            MR. CORTEZ:  I have a couple questions.

11            BY MR. CORTEZ:

12       Q    The 1505 Ponce Partners, LLC, is that an

13   entity that you are a limited partner in?

14       A    Yes.

15       Q    And are you a limited partner, through an LLC

16   that you created, to invest in this?

17       A    Yes.

18       Q    And is 1505 Ponce Partners the sponsor for

19   the real estate development, at 1505 Ponce de Leon, in

20   Coral Gables, Florida?

21       A    How do you define sponsor?  This is the -- I

22   believe 1505 Ponce Partners is the joint venture that

23   my personal entity invested into, and my CL's entity

24   invested into, and Location Ventures entity invested.

25   So, I believe this is the JV Partnership entity.

157

1      Q    Okay.  Versus the sponsor, which is the

2  entity that manages the development of that real estate

3  project, correct?

4      A    Correct.

5      Q    Which is controlled by Kapoor and/or Location

6  Ventures, correct?

7      A    Yes.

8      Q    Okay.  How did these transactions -- how did

9  you become aware of these transactions that are listed

10  in this?

11          MR. SHOHAT:  Are you talking about initially

12  become aware, as opposed to any discussions he had with

13  his attorney?

14          BY MR. CORTEZ:

15      Q    Correct.  How did you initially become aware

16  of these transactions listed in Exhibit 5?

17      A    So, Greg Brooks is the one who said that he

18  was looking into transactions that he was trying to

19  make sense of.  And these were some of the transactions

20  that he mentioned to us.  So, in parallel, we decided

21  to engage our lawyer, to try to make sense of these

22  transactions, as well.

23      Q    I know you're not invested in 800 Dixie

24  Partners, LLC, but do you have a general understanding

25  of what that LLC is?

158

1          A    So, my general understanding, but again it's

2     not a -- we didn't get to the bottom of this, but this

3     is as I understand what happened here, it was an entity

4     that Rishi and DJ owned or controlled, before Location

5     Ventures was formed.  Then, they contributed that

6     either entity or assets of that entity, into Location

7     Ventures, and that was part of their 13 million equity.

8     Then, there was a sale of 800 Dixie project, and there

9     was some confusion -- there was some -- I don't have

10    clarity whether there was any profit made or not, but

11    as I understand, in Rishi's mind, there was profit made

12    and he paid himself his share of the profit, without

13    paying out the rest of us, as shareholders of Location

14    Ventures, any share of the profit.  But there was

15    confusion because, again, we didn't get to the bottom,

16    so this was kind of a little fuzzy, but when they

17    contributed this entity, to Location Ventures, they

18    didn't contribute it to par.  They marked it up to some

19    kind of a value that they thought was appropriate.  But

20    when they sold it, at or below that value, there was

21    some confusion how they're going to treat it from

22    accounting standpoint, on the balance sheet, and how

23    are they going to recognize the return of equity.  How

24    are they going to recognize if there was any profits

25    made or not made.  But as we suspect, while this was

159

1    all being discussed and sorted out, Rishi paid himself

2    out his portion of whatever profit he perceived existed

3    in the project.

4         Q    And the project being the project that was,

5    for lack of a better word, owned or oversaw by the 800

6    Dixie Partners, LLC?

7         A    I assume -- I'm not familiar -- I've never

8    even seen -- I've never been to 800 Dixie address.  I'm

9    not familiar with this particular project, at all, but

10   as I understand, yes.

11        Q    But you're aware there was some sale of some

12   property, at this address?

13        A    Yes.

14        Q    And that the money from the sale, or the

15   profits from the sale, it's your understanding should

16   have been distributed amongst other investors, in

17   Location Ventures, or in 800 Dixie?

18        A    Combination of both.  First would be to the

19   investors in 800 Dixie, same kind of going back to

20   waterfall.  First, the LPs, in a specific project are

21   paid, then the sponsor gets their share. So, my

22   understanding is there should have been distribution to

23   the partners, inside 800 Dixie project, and then any

24   money left over should have gone to LV, to either be

25   used for LV needs, be it operational needs or

160

1    distribution, to partners, of profits.

2        Q    And why was it after the partners, at 800

3    Dixie, got paid whatever they got paid, the remaining

4    profits, why did that -- why were those supposed to go

5    to Location Ventures?  Was that because Location

6    Ventures was an investor in this, as well?

7        A    As I understand that this particular project

8    was part of the equity contribution, by Rishi and DJ,

9    into Location Ventures.  So, therefore, at exit, it

10   should have been a return.  It become, basically,

11   property of Location Ventures.  So, at exit, it should

12   have been returned.  The proceeds now belong to

13   Location Ventures, who was the owner of this project.

14       Q    So, looking at the five transactions of

15   monies, I guess, going from 800 Dixie Partners and then

16   1505 Ponce Partners, into Location Ventures, what

17   explanation did you receive about these five

18   transactions?

19       A    I didn't get any explanation on Dixie

20   Partners. I got a - I have to look into it and get back

21   to you. On 1505, I got explanation for some.  I was

22   told that --

23            MR. SHOHAT:  These aren't coming from your

24   lawyer, right?  It's coming from Rishi.

25            THE WITNESS:  It's from Rishi.

1       So, I believe the 640,000 was a two percent

2   length closing fee.  So, it's a 32 million piece of

3   land.  And the sponsor was entitled to two percent

4   closing fee.  I asked him, why did you collect a

5   closing fee, we didn't close on the land.  The land

6   wasn't closed until, I believe, late November.  So, I

7   said, how do you collect a closing fee.  And the

8   response was the closing was eminent, so I took the

9   money, figuring the close was only a couple days away.

10  Then, the closing got delayed.  And I never put the --

11  and we said, why didn't you put the money back.  I

12  didn't get a satisfactory response for that.

13      So, his response was either this was a timing

14  issue, but these fees were inevitable, anyway, which,

15  again, I didn't find satisfactory, and for some of

16  these, I didn't really even get a response.  Like the

17  two percent, I understand, the 640.  The 300,000, I

18  wasn't sure what those are for.  180, I wasn't sure

19  what those were for.  I never got a response that kind

20  of put me at peace.

21      BY MR. O'BRIEN:

22  Q    Real quickly.  When you say you didn't get a

23  satisfactory response, it's important to know, though,

24  what the response was.  So, if there are times in which

25  he provided you with some type of justification, or

162

1   information, that you could please share with us, that

2   would be helpful.

3       A    Yeah.  So, for some of them, he said it was

4   just the two percent is for the land closing, even

5   though the land didn't close months later.  So, this is

6   definitely contradictory to the operating agreement.

7   300,000, I'm not sure.  And it was -- basically, I have

8   to look into it and get back to you.  9

9       Q    With the loan that he didn't pay back -- or,

10  I'm sorry, the closing that he didn't pay back because

11  the closing was delayed, and you asked him why he

12  didn't return the funds, what was his response?

13      A    So, he took the fee, before the closing took

14  place, even though I'm not confident the closing was

15  scheduled sometime around this date.  That's number

16  one. Number two, this fee was after the closing takes

17  place, anyway.  So, if he took it two days earlier, the

18  operating agreement for this project never called for

19  that.  And the response was the closing was eminent.

20  It got delayed.  It got slightly delayed.  It got

21  slightly delayed.  So, that was the response.

22      Q    Okay.  Thank you.

23          BY MR. CORTEZ:

24      Q    And I think you had mentioned this, to Mark's

25  question. The questions and the responses that Rishi

163

1    provided were both in e-mail and verbally, like over

2    the phone or in person?

3        A    Yeah, it was a combination of the -- when we

4    confronted him, with this piece of paper, he gave us

5    some answers, the ones that I just gave you.

6        Q    That was in person?

7        A    That was in person.

8        Q    Okay.

9        A    I asked him about this 1.3.  He said, I don't

10   remember what this is for.  And I said, Rishi, how

11   often do you take a wire, for 1.3 million, that you

12   can't remember what it's for.  It's not something that

13   happens to you every couple weeks.  Then, I stopped

14   myself, I said, is it something that happens to you

15   every couple of weeks.  So, I didn't get a response, an

16   explanation, at that time, when I confronted him for

17   the 1.3, and what is the, you know, justification, or

18   kind of combination of that. He then sent us a spread

19   sheet, that I believe we shared.  I'm sure we shared

20   with you guys, where he has a list of all these

21   projects and all the fees that he felt entitled to one

22   percent, for this, two percent, for that.  And I think

23   that he was showing that he was owed, by the business,

24   millions of dollars more.  And when we confronted him,

25   again, like Rishi, where does it say that you're owed

164

```
 1   the commissions, that you're the CO? You're not a
 2   broker.  Like what you're describing is broker fees.
 3   You're not a broker, you're a CO.  This is what you're
 4   getting paid to do.  His response was, how do you
 5   expect me to live for less than two, two and a half
 6   million dollars a year, which I was found -- I was
 7   stunned by that statement.  And I said, Rishi, what
 8   have you accomplished in your life that justify making
 9   two, two and a half million dollars a year?  You
10   haven't built a business that generated profits or
11   returns, for your investors, so how to you justify
12   making -- how do you justify having your lifestyle for
13   two, two and a half million dollars a year, when the
14   operating agreement says 400,000?  And he kind of
15   didn't really have an answer for that. He then sent us
16   a separate e-mail, talking about how he lives a humble
17   lifestyle, and the McLaren is leased.  The boat is
18   financed, and -- but I mean, respectfully, that was
19   nonsense.  Right? So, we never got a type of response,
20   again, to my original point, satisfactory, that I felt
21   like, okay, I get it.  Okay, fine, this was based on
22   this operating agreement or this was based on this
23   promissory note, or some kind of commission.
24        Q    And you -- I know you initially mentioned in
25   person showed him this exhibit, the summary, which is
```

165

1   Exhibit Five, which has been marked as Exhibit Five, in

2   person, to Rishi.

3        A     Uh-huh.

4        Q     Did you subsequently get any other e-mail

5   communications, after that initial in-person meeting,

6   from Rishi, trying to provide any information or, you

7   know, explanation, if you will, about these

8   transactions?

9        A     I got bits and pieces.  There wasn't one

10  formal e-mail that says, okay, let me walk you through

11  each one of these transactions and explain.  And there

12  was a lot of back and forth, where we said, Rishi, stop

13  insulting our intelligence, like just, you know, stop

14  the dance, like what's going on here?  What are these

15  transactions? And we got some bits and pieces, in

16  e-mails.  We got the spread sheet that showed all the

17  fees that he's owed from all the different projects.

18  We then set up a follow-up meeting, in the office,

19  where we told him, hey, we have -- before that meeting,

20  we basically told him we have three ways this can play

21  out.  We can fix it, together, right, understand --

22  first, we need to understand what is going on and see

23  if we can fix it. We can part ways, or a nuclear

24  option, as we call it, basically, like we call it the

25  legal options, and so on. And he said, I understand.  I

166

1    want to fix it.  I love working with you guys.  I love

2    you guys, all that -- you know, all that good stuff.

3    So, we told him, okay, so you need to come up with a

4    list of everything you think we would perceive - forget

5    about if you think it's right or wrong - if you think

6    we'll think we could perceive it as not right, you

7    know.  Can you do that?  Of course.  Can do you that in

8    a week?  And we never truly got it.  We got bits and

9    pieces, a little bit of this, a little bit of that.

10   So, we had a follow-up meeting with him, in his office,

11   where we were like, again, if you want to work this out

12   with us, you need to really tell us everything that's

13   going on, in the company, that needs to be considered

14   for repairs, right, for reversals, right, because --

15   and we didn't really get the responses we were looking

16   for.

17        Q    In the in-person meetings, that you've been

18   referencing, who was present?

19        A    ████

20        Q    So, it was your wife and Mr. Kapoor and

21   yourself?

22        A    Uh-huh.

23        Q    No one else?

24             MR. SHOHAT:  Say yes or no.  You said uh-huh.

25             THE WITNESS:  Ah, yes.  Yes, to the previous

167

```
 1   question, and no one else.
 2          BY MR. HOUCHIN:
 3      Q   Did you ever have any communications, about
 4   these transactions, with Greg Brooks?
 5      A   Yes.
 6      Q   We may get into those.  If not, I'll circle
 7   back to it.
 8          BY MR. CORTEZ:
 9      Q   And just to confirm, I think you may have
10   confirmed this with your attorney, as you said, some of
11   the information that was provided, via e-mail, have you
12   produced through your attorneys --
13      A   Yes.
14      Q   -- those e-mails to us?
15          MR. SHOHAT:  We produced them, or no, we're
16   still going through them.
17          MR. WEINSTEIN:  So, to the extent that the
18   e-mails are from Rishi, to Alex or ████████ and there's
19   not an attorney involved, that was part of a legal
20   team, we've given you those already. They would have
21   come in, perhaps, number three, the end of number two,
22   or number three.  There are also text message
23   communications that contain some of this information,
24   that are absolutely in number three and number four.
25   And, then, to the extent that there are privileged
```

168

1    communications, we don't have it, but documents that

2    are outside of the privilege, that were provided to

3    third parties, you have.

4         THE WITNESS:  And the timing of his e-mail,

5    to us, would be, I would say, between late October --

6    this meeting, it would be between late October and end

7    of November.  So, sometime in --

8         MR. WEINSTEIN:  The bottom line is we don't

9    have them yet.  You will get them, as we continue to go

10   through them.  Just because we're going to finish

11   today, doesn't mean that we're not going to keep giving

12   you the information requested.

13        MR. CORTEZ:  Okay.  I appreciate it.

14        BY MR. CORTEZ:

15   Q    And, then, sort of, kind of a similar

16   question, but following, too, our discussion right

17   before we broke for lunch, we were talking about the

18   budget and the financial statements, and we were

19   focused on the year, 2022, and I think, you know, you

20   had requested some financial statements.  Some you got

21   early, you know, at a reasonable time.  Others were

22   delayed.  And there was some communications you were

23   talking about, that you had with Rishi, concerning

24   that, the budgets and the financial statements, and

25   including the money lent to Urbin, LLC.  Were those

169

1    communications -- I just want to be clear -- both in

2    person and through e-mail?

3        A    Probably, yes.

4        Q    So, similar question is, to the extent there

5    were e-mail communications, about those topics that we

6    discussed before lunch, assuming those are not

7    privileged, those are also going to be produced, if not

8    already produced?

9             MR. SHOHAT:  Yes.

10            MR. CORTEZ:  Okay.

11            MR. SHOHAT:  I think you have quite a number

12   of them.

13            MR. CORTEZ:  Okay.

14            Do you guys have any other questions?

15            Okay.  We can move on.

16            BY MR. HOUCHIN:

17       Q    Before we go on, with respect to the

18   communications that you had with Greg Brooks, about the

19   transactions in Exhibit Five, can you give us your best

20   recollection as to the substance of those

21   communications?

22       A    Sure.  So, he said he just started on the

23   job, couple months.  He's trying to wrap his head

24   around what's going on with the company, because the

25   books are not up to date, not accurate.  The accounting

170

 1   is not gap.  There's things that he's still trying to

 2   understand. He highlighted a couple of these

 3   transactions, almost asking us, do you know what these

 4   are.  And we were like, no.  So, he -- he was trying to

 5   understand them and, you know, as he started mentioning

 6   a couple of these transactions, we were trying to

 7   understand them kind of independently of Greg Brooks.

 8       Q    Okay.  Without getting into any discussions

 9   you had with your lawyers or accountants, regarding

10   these transactions, do you recall which transactions,

11   on Exhibit Five, Mr. Brooks highlighted?

12       A    I don't remember exactly which, but I would

13   say between most and all.  So, enough of these, he was

14   also trying to understand and figure out.

15       Q    As you sit here, today, do you have any

16   understanding as to whether Mr. Brooks was ever able to

17   come to an understanding, as to the background of the

18   transactions that are reflected in Exhibit Five?

19            MR. SHOHAT:  Other than what you may have

20   been told by attorneys, did he ever tell you that he

21   came to an understanding?

22            THE WITNESS:  No.

23            MR. HOUCHIN:  Okay.  Thank you.

24            MR. O'BRIEN:  I'm going to be stepping out,

25   at 2:30.  I have another meeting.  But I just wanted to

171

```
 1    say to everybody, thank you, very much, for your time,

 2    and I'm sure we'll be in touch.

 3              MR. SHOHAT:  Okay.

 4              BY MR. CORTEZ:

 5         Q    I'll follow up with one question that John

 6    asked, not asking about any communications that you've

 7    had with your attorneys, but sitting here, today, do

 8    you have any further understanding about these

 9    transactions and what the purpose of the transactions

10    may have been?

11         A    No.  No, we have not identified any -- we

12    don't have any new information that like, okay, it

13    makes sense why this happened.  So, no, I don't have

14    any new insight, to justify any of these transactions.

15         Q    We mentioned the sponsors of the various real

16    estate projects and I just want to ask you a couple

17    questions.

18         A    Sure.

19         Q    What was your understanding of potential

20    investment opportunities, in the sponsors of the

21    various real estate projects?

22         A    So -- okay.  So, the sponsor of every project

23    ultimately flowed up to Location Ventures.  All right?

24    So, they might have had entities that were the

25    sponsors, but a hundred percent of those were Location
```

172

1    Ventures own entities.  So, every project should have

2    came back to Location Ventures' balance sheet.  Right?

3    There was a conversation about starting a fund that

4    would raise outside money, which the purpose of the

5    fund would be to co-invest into the sponsor piece, the

6    GP piece.  The idea was you raise outside money.  The

7    fund would own -- would put up 75 percent of the GP

8    stake.  LV puts up 25 percent of GP stake.  And, then,

9    again, on the waterfall we discussed, in the past,

10   whatever the waterfall down to the GP would get split

11   50/50.  So, basically, an LV would make an extra

12   promote on the funds -- fund.  Sorry, the money that

13   came from the fund. That was just a conversation that

14   never actualized.  There was never any capital raised.

15   There was never any investments made.  It was just a

16   concept that was discussed, but that never really took

17   any kind of life.

18        Q    So, from your understanding, again, sitting

19   here today, there are investors, at Location Ventures'

20   level --

21        A    Uh-huh.

22        Q    -- then there's investors at the project

23   level, depending on what project we're discussing?

24        A    Yes.

25        Q    But there's no investments, at the sponsor

173

```
 1    level. There's no investors added with any of the

 2    sponsors, for any of the projects, from your

 3    understanding?

 4        A    From my understanding, correct.  All the

 5    sponsors should be LV capital and LV, you know, would

 6    flow up to Location Ventures.

 7             (Mr. O'Brien exited the proceedings.)

 8             BY MR. CORTEZ:

 9        Q    So, any of the sponsors profits would flow up

10    to Location Ventures, which then -- is it your

11    understanding that directly would then perhaps be

12    shared amongst the investors, at Location Ventures?

13        A    Well, that's the expectation.  That's what I

14    invested into, yes.

15        Q    Okay.  Was it generally the case that for

16    each real estate project, Location Ventures would set

17    up a separate sponsor entity, for that specific

18    project?

19        A    I mean, I wasn't close enough, operationally,

20    to really understand all the legal structures of that,

21    but my understanding is yes, there's Location Ventures,

22    the development company.  Then, there's, I think,

23    Location Ventures, maybe, capital, that pays payroll.

24    Then, there's -- each project has its own set of

25    entities, with specific purposes.  But, ultimately, all
```

174

1    that sits on the Location Ventures kind of umbrella

2    balance sheet.

3         Q    And you mentioned that for the projects,

4    there's the joint venture entity that, I guess, owned

5    the piece of real estate, that the project was being

6    developed; is that correct?

7         A    Yes.

8         Q    Again, you may have mentioned this, but just

9    so the record is clear, what was the role, or the

10   purported role of the sponsors, for each of the

11   projects?  Like what was the sponsors role in that?

12        A    The sponsors role is to execute the project,

13   which means line up all the pieces, the land, the

14   approvals, the design, picking a sales team, selling of

15   the units, developing of the actual, you know,

16   projects, handling all the day-to-day, payroll, vendor

17   bills, etcetera, etcetera.  And there were two, I

18   guess, main fees.  One is a development fee.  So,

19   monthly basis, either the sponsor entity or sponsor

20   affiliated entity charge the project a development fee,

21   which was typically some kind of percentage, of either

22   hard cost or total cost, on a monthly basis.  And the

23   second was the profit sharing, kind of trickling down

24   to the sponsor, after, again, the bank is paid off,

25   vendors are paid off, LP is paid, and then whatever is

175

1    left for the sponsor.  And, then, in some operating

2    agreements, there were additional fees, like land

3    acquisition fee, two percent, things of that nature.

4    But -- so that was the sponsor, again, depends which

5    entity you label as the sponsor, but like LV controlled

6    entities were entitled to profit share, development

7    fees, and any other fees disclosed in the operating

8    agreement, such as land acquisition fee, marketing fee,

9    things of that nature.

10        Q    So, if the sponsor was charged the project

11   fees and that money was supposed to be paid, if it

12   wasn't, to the sponsor; was that the understanding?

13        A    Yes.

14        Q    And, then, whatever profits the sponsor

15   generated, assuming they had some cost and expenses for

16   operating, that would then -- would the expectation was

17   that would then flow up to the Location Ventures

18   entity, for which you were and others are members of?

19        A    Yes.

20        Q    Okay.  We have talked, somewhat at length,

21   about your investment in 551 Bayshore.  We touched upon

22   your investment in 1505 Ponce.  Are there any other

23   projects that you invested in?

24        A    There was one more, called Redlands.

25        Q    What is Redlands; what is that?

176

1       A    So, it's a project in -- I guess it's west of

2   Miami.  I think there is called Redlands.  I think

3   that's why it's called Redlands.

4           MR. SHOHAT:  Southwest.  Deep southwest.

5           THE WITNESS:  Right.  So, the Rishi vision

6   was to -- there was a bunch of acreage he had under

7   contract.  His vision was to -- the way he described it

8   was develop it into a mix of Hamptons meets Wellington,

9   so kind of horse farms, for wealthy people.  And the --

10  again, I'm -- personally, I wasn't sure.  I saw the --

11  we saw the challenges in execution, because there was

12  nothing there now.  So, it's not like, you know,

13  there's luxury horse farms and you're building one next

14  to it.  There was just nothing of that sort there.

15          But what he -- the investment we made was, it

16  was called Redlands Phase One, that basically as he

17  explained us, the investment is -- let's say you get on

18  the contract for a piece of land for -- I'm going to

19  use a random number.  I don't remember the number.

20  Let's say $10 million, right?  Today, this land is only

21  worth $10 million.  You now need, let's say, a million

22  dollars to go through the design, go through approvals,

23  and get, let's say, shovel ready, right?  Once it's

24  shovel ready, you have to go out and find the capital,

25  again, the bank, LPs, GP, and so on.  But what he was

177

1    saying is if the phase -- that from the point where you

2    just got a piece of land, 10 million, and just dirt, to

3    a point where it's now shovel ready, there should be

4    some appreciation because now you created a bankable

5    project, versus just a piece of dirt.

6             So, the logic was that we invest -- I think

7    it was $3 million range, to help get this project up to

8    that point, where it's shovel ready.  Once it's shovel

9    ready, and he goes out to find the financing, there's

10   enough mark-up, to the value of the land, that as he

11   puts that permanent capital in, there's enough money to

12   repay us the investment we made, to just get it to what

13   we call phase one, right, get it shovel ready and some

14   return.

15            So, we wanted to try that concept with one

16   project.  So, we tried it with Redlands.  And, then,

17   when we decided to part ways, we got bought out of

18   that, by LV, I guess, and whoever he -- I don't know.

19            BY MR. CORTEZ:

20       Q    So, the expectation -- your expectation was

21   you provide 3 million, just to take it from the land,

22   or the dirt, essentially, to get it shovel ready.  But

23   once it gets shovel ready, then you get out, before

24   they even start really constructing --

25       A    Correct.

1        Q      -- constructing the project?

2        A      Correct.

3        Q      Okay.  But you got your money out, before

4    that shovel ready time frame took place, for lack of a

5    better word?

6        A      You're asking me if we got the money out?

7        Q      Yes.

8        A      Yes, we got the money out for -- one, the

9    project kept getting delayed and there was nothing

10   eminent to make it shovel ready.  And, two, when we

11   made a decision to part ways, with Rishi, this was part

12   of our global buy-out agreement, you know, we just

13   wanted to be done with Rishi.

14       Q      So, was 551 Bayshore, 1505 Ponce, and

15   Redlands Phase One, were those the only projects that

16   you and your wife, through your trust, invested in?

17       A      So, just to clarify, their trust invested

18   into the equity inside Location Ventures.  The

19   investments into the three projects you described were

20   not made by their trust.  They were a combination of

21   some were personal, some were our family -- DALL family

22   trust, just to clarify that point.

23       Q      Thank you.

24       A      But as far as your question on the three

25   projects, yes, these were the only three projects that

179

1    we had with Location Ventures, that we directly

2    invested into a project.

3         Q    And with respect to 551 Bayshore and 1505

4    Ponce, were those investments structured in similar

5    ways?  I know you talked about this morning, the

6    investment into 551 Bayshore, I just want to understand

7    if 1505 Ponce was set up similarly?

8         A    1505 Ponce was set up just like 551 Bayshore,

9    not like the Redlands.

10        Q    Redlands was different than --

11        A    Redlands was different --

12        Q    -- the other two?

13        A    Correct.

14        Q    Okay.  And besides these three projects, did

15   Rishi Kapoor or Location Ventures present you with

16   other projects that you may have had an opportunity to

17   invest in?

18        A    Yes.

19        Q    What were those?

20        A    There was an island, in Bahamas, called South

21   Cat Key, that he was negotiating, trying to get a deal

22   done, get a line on a contract.  There was a project in

23   Montana.  We said no to both.  Well, we said no to

24   Montana and Bahamas.  We said we're interested because,

25   again, it's in our back yard, and it looked

180

1    interesting, but that project never went anywhere.   I

2    don't believe there were others that were any kind of

3    serious consideration for us.

4        Q    I know you mentioned, initially, the Urbin,

5    but we spoke about that this morning, and you said no

6    to that, initially, immediately?

7        A    Yeah, he knew Urbin, for us, was a

8    non-starter. We didn't buy into the concept of the

9    business plan.

10            MR. SHOHAT:  Give me a second.

11            THE WITNESS:  So, I can address that.  There

12   was talk about a project, in Hawaii.  We were never

13   asked to invest in that particular project.

14            BY MR. CORTEZ:

15       Q    Okay.

16       A    But that was actually strike two, for Rishi,

17   the project in Hawaii.

18       Q    Why was that strike two?

19       A    Because he was very passionate about Hawaii,

20   very passionate.  He talked about it all the time.   I

21   hadn't been to Hawaii, at that time, so he described it

22   as this gorgeous place.  And he spent a lot of time in

23   Hawaii. And, then, he came back and he said he found a

24   bunch of projects, in Hawaii.  And we told him that we

25   don't think it's a good idea for the company to do the

181

```
 1   project so far away.  We haven't completed anything
 2   locally, to start doing things halfway around the
 3   world.  He said he put something on the contract, but
 4   it was a refundable deposit.  We told him we think it's
 5   kind of a bad idea, but if it's refundable, I guess,
 6   and he wants some time to present it.  It was never
 7   presented to the Board or any of the investors, to
 8   consider.  And, then, we were on a ski trip and got a
 9   text message from him that, guys, don't be mad, but I
10   went hard on Hawaii, but if it -- you know, if nobody
11   wants that project, I'll cover that.  I think it was
12   like a million dollars or something.  And I was
13   outraged.  And I'm like we have protocols -- we're
14   supposed to have protocols, I should say.  We never
15   actually had them, unfortunately.  But we're supposed
16   to have protocols where you can't just get into
17   projects.  And even though he said, you know, he'll
18   refund -- he'll eat that million dollars, at that time,
19   I assume he's living $400,000 a year.  A million
20   dollars is a lot of money.  So, I was really, really
21   upset.  And when we got back, he begged us, can you
22   please at least hear out the project and talk to some
23   local people, on the ground, local developers.  We said
24   no problem. We spoke to the local -- on zoom, we spoke
25   local developers.  We got off the call and the very
```

182

1  first call we made to Rishi, we said we want our money

2  and we're done with you.  Because we have no interest

3  in this project.  This is not what we signed up for.

4  If you want to do Hawaii, that's fine.  This is not

5  what we signed up for, when we invested into this

6  company.  If you want to do Hawaii, go ahead.  Give us

7  our money back.  We're out.

8      Q    Is this in 2022?

9      A    This was in -- so, let me think.  So,

10  skiing -- this was early 2022.  Because we were skiing

11  in December, January, of '21 or '22.  So, this would

12  have been early 2022.

13      Q    It was your understanding that million

14  dollar, which I guess you said refundable deposit was

15  money was taken out of -- was it money taken out of

16  Location Ventures?

17          MR. HOUCHIN:  And not talking about anything

18  that you may have learned from your attorneys or

19  accountants, looking at, you know, the financials for

20  the company.  If you have an understanding, based on

21  communications or observations, separate and apart from

22  that?

23          THE WITNESS:  I don't -- I'm not sure I have

24  a clear understanding.  As I understand it, the money

25  came from LV.  It was supposed to be reimbursed,

183

1    because we told him, look, you want to do Hawaii, go

2    ahead, but we want our money back.  We're done with

3    you.  That was strike two. And he said that he got half

4    a million back, that he negotiated with a seller, that

5    they get to keep half of that million, and half a

6    million came back.  But we tried to understand, on

7    financials, where is that money?  Was it ever from LV?

8    Did it ever come back to LV?  And we never got a

9    satisfactory really explanation.

10           Hawaii was the strike two.  The final getting

11   out was strike three, which was late December.

12           MR. CORTEZ:  So, we'll get to the strike

13   three, in a moment, but let's just take a five-minute

14   break, let the court reporter get some water and use

15   the restroom, if that's okay. Does that make sense?

16           THE WITNESS:  Yep.

17           MR. CORTEZ:  We're off the record, at 2:38

18   P.M.

19           (A brief recess was taken.)

20           MR. CORTEZ:  Back on the record, at 2:49 P.M.

21           BY MR. CORTEZ:

22      Q    Other than speaking about Pelotin, did you

23   have any substantive discussions with anyone, from the

24   Commission staff, during the break?

25      A    No.

184

1          Q     So, we were talking about the three projects

2     that you've had invested in, 551 Bayshore, 1505 Ponce,

3     and the Redlands Phase One.  We're sort of focusing on

4     1505 Ponce and 551Bayshore.  Do you recall if you

5     received the same type of documents, from Kapoor, or

6     Location Ventures, when they were presenting the

7     investments, both in 551 Bayshore and then in 1505

8     Ponce?

9          A     So, 551 Bayshore documents we talked about

10    before.  1505, similar, you know, model, that showed

11    expenses, exit prices; so very similar documents for

12    1505, as it did for Bayshore.

13         Q     So, there's a model or projection, looking

14    forward, for the project, including the exit?

15         A     Values of the apartment, yes.

16         Q     Thank you.

17         A     Yes.

18         Q     And you were provided an operating agreement,

19    when you decided to invest, in 1505 Ponce?

20         A     1505 Ponce operating agreement was based on

21    551 operating agreement, because it was the same group

22    of investors.  It was us and ████

23         Q     Okay.  And prior to ████ becoming an

24    investor, in 551 Bayshore, did you ever consider

25    investing prior to that, in 1505 Ponce?

185

1      A    Good question.  Possibly, but I don't

2    remember, for sure.  I know the money we allocated, to

3    551 investment, once ███ came in, then we kind of

4    shifted that money over to 1505.  But were we

5    independently committed to that investment before ███

6    I don't remember, for sure, but I believe so, yes.

7      Q    And prior to ███ do you recall receiving

8    those projections or models, for 1505 Ponce?

9      A    Yes.

10     Q    Okay.

11                      (SEC Exhibit No. 6 was marked for

12                       identification.)

13          BY MR. CORTEZ:

14     Q    I'm handing you what has been marked as

15   Exhibit Six, titled "operating agreement of 1505 Ponce

16   Partners, LLC", bates stamped LV 00009948, through

17   10009.  I just have a couple questions to sort of

18   understand the structure of this operating agreement.

19   So, when you have a chance, let me know when you're

20   ready.

21     A    Yeah.  Yes, I'm ready.

22          MR. WEINSTEIN:  Hold on, one second.

23          So, it's LV, with all those zeros.  Okay.

24          BY MR. CORTEZ:

25     Q    So, you mentioned, just before, this

186

1    operating agreement, for 1505 Ponce Partners, the

2    operating agreement is structured almost identical or

3    very similar to that of 551 Bayshore?

4         A    That was my understanding, yes, that this

5    agreement was based on 551, with possibly some minor

6    differences negotiated by ███ but that was my

7    understanding.

8         Q    I'm just going to refer you to a couple of

9    pages. So, it's -- if you can turn to the page, bates

10   stamped 9995?

11        A    9995?

12        Q    At the very end of the document.

13        A    Okay.

14        Q    So, you see it says "manager and member, 1505

15   Ponce Sponsor, LLC"?

16        A    Uh-huh.

17        Q    Was that -- is that the sponsor entity that

18   Location Ventures created, to be the sponsor of this

19   project?

20        A    I assume so, yes.

21        Q    And, then, you see where it says, "investor

22   members"?  It says 1505 Ponce, LLC.

23        A    Yes.

24        Q    Is that the entity you created to make the

25   investment into the 1505 Ponce project?

187

1      A    I can quickly check, if you allow me a

2    minute.

3      Q    Well, why don't we turn to the next page.

4    Maybe that will help.  So, this is Exhibit A.

5      A    Yes, yes.  Sorry.

6      Q    This is Exhibit A, bates stamp number 9996.

7    It's Exhibit A.  It lists the names, addresses, and the

8    initial capital contributions, of the members.  If you

9    see, it says, "name of member 1505 Ponce, LLC", and

10   then the next column provides the address of member,

11   and it provides a Miami Beach address.  Then, it says,

12   "attention, Alex Kleyner".  So, does that refresh your

13   recollection, as to whether this entity is the entity

14   you created to invest in the 1505 Ponce project?

15     A    Yes.  Going back to the previous question,

16   then, yes, we did commit to invest into this project,

17   before █████

18     Q    And how do you know that?

19     A    Because they're not listed on this exhibit

20   page. And we are -- our final contribution is not 16

21   million. It's -- I believe it's 9.1 is where we ended

22   up.  And ████ -- sorry.  And LV's 21505 sponsor is 2

23   million.

24     Q    Okay.  So, this number, here, the 16 million,

25   for the 1505 Ponce, the 4 million for the Ponce

188

1    sponsor, the LV entity, those numbers changed to -- for

2    your entity, approximately, 9 million, and for the

3    sponsor, approximately, 2 million, correct?

4         A    Correct, and 9 million for █████

5         Q    And those numbers changed once ████ became an

6    investor?

7         A    Yes.

8         Q    Okay.

9         A    Again, I'm referring to ████ as a group.

10   They invest under specific entities.   The entity is not

11   █████ LLC, but just for the context of this

12   conversation.

13        Q    And I know we have not looked at an operating

14   agreement, for 551 Bayshore, but your initial

15   commitment also changed, I think you testified, from 18

16   million, to, approximately, 9 million, when ████ came

17   into -- became a member, as an investor, into that

18   project?

19        A    Correct.

20        Q    Okay.  If you can turn -- this is at the

21   beginning of the agreement, to the page 15, where it

22   says, bates stamp 9962.  Do you see, at the top, it

23   says "distributions and allocations"?

24        A    Yes.

25        Q    And, then, you see Article 5.1,

189

1   Distributions?

2        A    Yes.

3        Q    So, I know we spoke about this, but I just

4   wanted to see if you could sort of generally walk us

5   through this Article 5.1 and how, you know, a member,

6   such as yourself, or the entity you created, 1505

7   Ponce, was entitled to distributions, under this

8   section?

9        A    So, this is what I mentioned as the

10  thresholds, the monies towards the principle, then 12

11  percent interest, or IRR.  And, then, it's split 50/50,

12  between the LPs and the sponsor.

13       Q    Okay.  When it says IRR, what's your

14  understanding of what that means?

15       A    Internal rate of return, of annualized --

16  depending how long your money has been out, annualized

17  return on your money of, you know, in this case, 12

18  percent.

19       Q    Was that IRR of 12 percent, do you recall if

20  that was the same IRR, for 551 Bayshore?

21       A    I don't recall exactly, but I would assume it

22  was either 12 or somewhere in the same range.

23       Q    Okay.  And has there been any distributions

24  made, to members or investors, in 1505 Ponce, to date?

25       A    No.

190

1      Q    Understanding that we'll get to the buyout,

2  is there any expectations that distributions will be

3  made in the near term?

4      A    No.

5      Q    How about the long term; any expectations

6  that distributions will be made to these members, in

7  the long term?

8      A    Are you trying to make me feel bad or are you

9  asking me a real question?

10     Q    I'm actually not trying to make you feel bad.

11     A    You're asking me a real question?

12     Q    I'm asking a real question.

13     A    It's getting smaller, by the day, that

14  expectation.

15     Q    Okay.  Now, we're going to -- and I think

16  we've talked a little bit this morning, but real

17  quickly, the next paragraph, Article 5.2, allocation of

18  profits and losses; do you see that?

19     A    Yes.

20     Q    Again, feel free to take time to read this,

21  but what's your general understanding as to how profits

22  and losses would be allocated, amongst the sponsors --

23  sorry, excuse me, amongst the investors or members and

24  the sponsor?

25     A    So, again, my general understanding is

191

1   sponsor's entitled to certain fees, along the way, as

2   the project is developing, which is the development

3   fees, line acquisition fee, or anything else that might

4   be spelled out in here.  Once the project comes to a

5   completion, because this is a ground up, and the units

6   are sold, and the closings are taking place, and the

7   proceeds are coming into the, you know, the -- JV's

8   bank account, the bank is paid off, then the capital is

9   returned to LPs and GP.  Then, LPs are making the 12

10  percent return, on top.  And, then, any money after

11  that -- any money left over is split 50/50, between

12  LPs, as investors, and GP, as a sponsor.

13       Q    You mentioned the fees, you know, I think

14  before we talked about extension fees, that had to be

15  paid to extend the closing date, on certain properties,

16  I think we mentioned with respect to 551 Bayshore.  Are

17  those fees born by the investors of the project, when

18  those extension fees are paid, or how do those fees

19  get -- what monies are the fees being paid out of?

20       A    They're supposed to be paid from the JV

21  monies available.  So, it's -- let's say there's no

22  out -- there's no bank financing in place yet, then

23  every hundred dollars that's inside the company, let's

24  say using this agreement, here, $80 came from the LPs

25  and $20 came from the sponsor and the GP.  So, the

192

1    extension fees should be paid from the JV's bank

2    account.  The money in the bank account should come pro

3    rata from the two classes of investors, let's call it.

4        Q    And just use the extension fees as an

5    example, did that -- if there were -- or were extension

6    fees that had to be -- that were going to be paid, was

7    that something that needed approval from the investors?

8        A    So, I don't know exactly which page -- I

9    don't know if this talks about extension fees.  My

10   expectation would be, without reading the document,

11   that it would be yes, to your question.  The reality is

12   it was never approved by anybody.  It was unilaterally

13   decided, by Rishi.  Negotiated by Rishi, signed by

14   Rishi, and paid by Rishi.

15       Q    And we mentioned extension fees.  Your --

16   and, again, maybe it is or maybe it's not in this

17   document, your expectation as an investor, other types

18   of fees that were being paid, would those need to be

19   approved by investors?  You know, we talked about, for

20   example, development fees, acquisition fees, I think

21   you mentioned marketing fees and the like?

22       A    If they were disclosed, in the operating

23   agreement, then no, they did not have to be approved,

24   but if there were any fees outside the agreement, then

25   they would definitely need to be -- not even disclosed,

193

1   they would need to get approved.

2       Q    Okay.

3       A    But if the operating agreement allows for a

4   development fee, which I'm sure this does, and

5   acquisition fee, then there was no permission

6   necessary. The manager of the project had the, I guess,

7   permission to move that money.

8       Q    Okay.  And this is both with respect to 551

9   Bayshore and 1505 Ponce.  At the time of your initial

10  investments into those projects, was there a projected

11  timeline, for each project, to finish?

12      A    Yes.

13      Q    And what were those respective timelines for

14  551 Bayshore and 1505 Ponce, if you recall?

15      A    I don't recall exactly, but we're definitely

16  way behind schedule on all the projects, but I don't

17  recall exactly when -- you know, the acquisition --- I

18  don't recall, specifically, when they were supposed to

19  be completed.

20           BY MR. HOUCHIN:

21      Q    Do you recall, approximately?

22      A    Four years, maybe, from the time of the

23  investment, you know, a year to get some permits, kind

24  of get shovel ready, a couple years to build, sell,

25  close.  So, maybe four years, somewhere in that range.

194

1    We are behind schedule, on all projects.  1505 never

2    broke ground yet and 551 we didn't close on the land

3    yet.

4              BY MR. CORTEZ:

5        Q    And you mentioned that there's been extension

6    fees that have been paid for 551.  Are there any

7    extension fees that have been paid for 1505 Ponce?

8        A    I believe so, yes.

9        Q    But do you know if the land has been

10   acquired, for 1505 Ponce?

11       A    Yes.

12       Q    But the closing has not been set, as of

13   today, or it keeps getting pushed back, I should say?

14       A    No, so the 1505 --

15             MR. SHOHAT:  That's five.

16             THE WITNESS:  Let me clarify.  The 1505

17   Ponce, the land was closed on, in November-ish, of last

18   year, so that's done.  Done, meaning now the land is an

19   asset of JV.  The 551 Bayshore is a multiple

20   extensions, amendments, extension fees, and so on.

21   There's no term sheet.  There's no land financing lined

22   up.

23             Where we are today is ███ is considering

24   closing on the land -- considering closing on the land,

25   with their own capital.

195

1              BY MR. CORTEZ:

2      Q '  For 551 Bayshore?

3      A    For 551 Bayshore.

4      Q    And if you could, briefly, what is the

5  status, now, with 1505 Ponce, as we sit there today?

6  Is there planned construction?  Is there a plan to

7  break ground on the property or --

8      A    There are -- so the land is closed, with a

9  senior and junior lender, for 30 million, in total.

10  Construction, they did not break ground.  I think

11  they're still going through the approval process.

12  Permitting -- well, it's either permitting or still

13  design, some kind of a design process, but it's not

14  close to shovel ready.

15      Q    And is there any expectation that 1505 will

16  be, at some point, shovel ready?  Is there a time frame

17  for that or projected time frame for that?

18      A    Are you trying to make me feel bad or are you

19  asking me a real question? I think the latest is still

20  like a year away or something like that.

21      Q    And this is not to make you feel bad, so --

22  but before we get into your sort of decision to redeem

23  your investments, do you have any concerns, as you sit

24  here today, that any of the information that was

25  communicated to you, or otherwise provided to you,

196

1    about investing with Location Ventures, or the

2    projects, was false or misleading?

3        A    I can answer freely, right, this question?

4    Yes. Now, was it intentionally false and misleading or

5    incompetence false and misleading?  If I had to guess,

6    it's a combination of both, but yes.  Not a single

7    model that was shown to us, not a single timeline that

8    was shown to us, has come to fruition.  And not a

9    single set of accounting documents that are in place, I

10    have a high degree of confidence in.

11        Q    And just to be clear --

12        A    Yes, you did make me feel bad, in case you're

13    wondering.

14        Q    That wasn't my intention.

15        A    It's okay.  I get it.

16        Q    And just to be clear, that's with respect to

17    551 Bayshore, correct?

18        A    Yes.

19        Q    1505 Ponce, correct?

20        A    Yes.

21        Q    And your investment in Location Ventures,

22    itself?

23        A    Biggest.

24        Q    Okay.

25        BY MR. HOUCHIN:

197

```
 1        Q     What is your understanding as to who would be
 2   responsible, at Location Ventures, for the project we
 3   just discussed, in terms of providing information that
 4   you believe, as you sit here today, was inaccurate, in
 5   some form or fashion?
 6        A     Rishi Kapoor.
 7        Q     And that's based on things that he told to
 8   you verbally?
 9        A     Verbally, in writing, procedurally, whenever
10   requested anything, nothing would come back before he
11   reviewed it.  The fact that every time we asked
12   something, we got a different answer, and it's
13   always -- it's Rishi.  It's always Rishi Kapoor.
14        Q     Thank you.
15             BY MR. CORTEZ:
16        Q     I'd like to turn now to your decision, maybe
17   your wife's decision, to redeem your investments, in
18   the projects and Location Ventures.  I know this -- I
19   think you walked us through some of it, but just,
20   again, so the record is clear, if you can sort of
21   please walk us through your decision to redeem -- I'm
22   using redeem in the sense of requesting a buyout of
23   your interests, in Location Ventures, as well as the
24   projects, sort of the time frame and sort of the -- how
25   do you -- each step along that way?
```

```
 1        A     Sure.  So, going back to what I said in the
 2   past, we signed up to be kind of passive real estate
 3   investors, with an option to learn more, but as much as
 4   we want to learn, or as little as we want to learn.  We
 5   didn't sign up to run the business.  We didn't sign up
 6   to fix a business.  We signed up to invest in a
 7   business, with an existing management team. It started
 8   taking more and more of our time because there were
 9   more and more things that we needed to get involved on,
10   so that the wheels don't kind of come off.  Like,
11   again, the Hawaii project, he wanted to be right away.
12   Hawaii, we said look -- that was an example, right? So,
13   we progressively started noticing that our time --
14   there's a lot of our time being dedicated to Location
15   Ventures, which was never our initial desire, right?
16   Initial intent.  That was number one. Then, we saw
17   that, you know, there are practices in a company that
18   we were constantly kind of questioning and trying to
19   understand, and we started getting a sense that we're
20   constantly getting some kind of half answer or half
21   story, or kind of a dance from Rishi, and that really
22   started just kind of -- again, not what we signed up
23   for.  We kind of invested into him.  We thought he had
24   the potential to be a real developer, build a real
25   company, with our money, with some of our advice and
```

1   mentorship, that he always talked about.  But strike

2   three, as I mentioned before, as we were trying to

3   understand all these transactions and how the money is

4   moving hands -- well, it was kind of one-sided moving

5   certain hands.  And as he tried to start explaining us

6   how he's entitled to these fees, we send him, I think

7   it was, a text message, that I'm like, hey, just so

8   we're clear, we do not agree with your rationale for

9   why this money is -- you're entitled to this money.  Do

10  not take anymore money out of the company, until we

11  kind of try to understand what's going on here, if this

12  is fixable and so on.

13       Q    And may I -- my apology there.  That text

14  message, was that just from you, or were there to Rishi

15  Kapoor?  Were there other people on that text message?

16       A    It would either be between me and Rishi, or

17  me, ███ and Rishi.  So, we had a group text for the

18  three of us.  I think it was in that group text, with

19  the three of us, but there was definitely no lawyers or

20  anybody else on that group text.  So...

21       Q    And, David, that's why you mentioned the last

22  production has some of that?

23            MR. WEINSTEIN:  The last two.

24            BY MR. CORTEZ:

25       Q    Okay.  Sorry.  Continue on.

200

1    A    I remember I was at dinner with ████ and

2  having sushi, and it was like our date night, we got

3  away from the kids.  And we just wanted to do what

4  people do on date nights and talk about stuff.

5         MR. SHOHAT:  What kind of sushi was it?

6         THE WITNESS:  It was great.  It was actually

7  one of our favorites.  Nosamakasi, if you guys ever

8  tried it, on Miami Beach.  It's fantastic. Pricey, but

9  fantastic.

10         But, anyway, so this was in the middle of him

11  closing on 1505.  And he kept talking to us how he's

12  all stressed and he's trying to put all these pieces

13  together.  And Marty is willing to do Junior, and the

14  senior needs to agree to that. So, he was, you know,

15  basically kind of gave us, please don't bother me, I'm

16  trying to understand all these transactions, while I'm

17  trying to close this.

18         And I texted him that -- I'm like, one, I --

19  I either texted him or e-mailed him.  I believe it was

20  a text.  Just so we're clear, we don't agree with your

21  justification for this money coming out.  We need to

22  understand it further, but do not take anymore money

23  out of the company, until we sort this out.  And two

24  days later, we got a text message from Greg Brooks, and

25  he's like, you won't believe it, he just took 100 grand

201

1    out of Urbin, for himself.  And that was strike three.

2              BY MR. CORTEZ:

3        Q    And this was --

4        A    November, mid to late November, maybe early

5    December, probably not, of 2022.

6        Q    Okay.  So, that was, as you described it,

7    strike three.  Once Greg Brooks informed you that Rishi

8    took $100,000 out of Urbin --

9              MR. SHOHAT:  Not Urbin; Location.

10             THE WITNESS:  Well, it was --

11             MR. SHOHAT:  Oh, I thought you said Location.

12             THE WITNESS:  So, that one, if I'm not

13   mistaken, he took from Urbin project level, so there

14   would be more difficult for us to find. So, it didn't

15   come out of LV.  It didn't come out of Urbin --

16             BY MR. CORTEZ:

17       Q    LLC?

18       A    -- LLC.  It came from some project level, so,

19   you know, unless we looked granular, we wouldn't be

20   able to spot it, which really pissed us off, that that

21   was clearly by design.

22             BY MR. HOUCHIN:

23       Q    Did Mr. Brooks have any understanding as to

24   the justification for that hundred thousand dollars

25   coming out?

202

1     A    I think he was still trying to understand it,

2    himself.  Because, again, he was only on the job, for

3    maybe three or four months, at that time.  And he

4    didn't come in to a clean set of books, and you've just

5    to understand -- like he was rebuilding a lot of the

6    books, trying to understand what is this payment for,

7    where is the invoice or operating agreement, to justify

8    this payment. So, no, he didn't have a -- you know,

9    from what I understand, Greg Brooks did not have a

10   justification or explanation why, again, Rishi,

11   personally, would be taking money out of any of these

12   entities.

13    Q    Did he provide -- did Greg Brooks provide you

14   any documentation showing the transfer of money from

15   the Urbin project level, to Rishi Kapoor?

16    A    I am not sure.  I don't believe so, but we

17   asked, again, our lawyer, to say can you please work

18   with accountant, to understand what is going on there,

19   and at least let us know if that transfer took place.

20    Q    Okay.  Did you have any communication with

21   Mr. Kapoor, after learning about the hundred thousand

22   dollars?

23    A    I asked him to meet for breakfast, on Monday,

24   and asked him to bring DJ to breakfast.

25    Q    And what did you guys discuss, at breakfast?

203

1    A    I, basically -- so it was the four of us,

2    Rishi, DJ, myself, and ███████ Small talk, in the

3    beginning, and then I basically -- the way I phrased

4    it, I said, DJ, you were not part of the recent

5    conversations we had with Rishi, about some of the

6    things we're trying to understand inside the company.

7    I'm sure he's brought you up to speed, but I prefer you

8    hear from me what is going on between us.  So, I listed

9    a couple of things that we're not understanding.  I

10   show him the 2022 budget and I said, show me where, in

11   the budget, it shows payments to you or Rishi.  They

12   didn't really have an answer.  So, I listed the issues

13   that we were trying to understand, the transactions

14   we're trying to understand.  I didn't get any of the

15   answers.  I put a piece of paper, in front of him.  I

16   said this is the buy-out schedule.  It's not

17   negotiable.  If you don't want to do it, that's

18   perfectly fine.  You know, the rest will be handled by

19   the lawyers.  And that was, more or less, the last time

20   that I spoke to him, up until I spoke to him last week,

21   once.

22        Q    This was an in-person breakfast you mentioned

23   on the following Monday?

24        A    Yes.

25        Q    Where was it held at?

204

1        A    In Midtown, in one of the restaurants in

2   Midtown.

3        Q    Okay.  So, after you laid out what you just

4   described to Rishi and to DJ Mogha, what response did

5   they have, at that breakfast?

6        A    DJ stayed quiet.  He didn't have anything to

7   say. I told him he is the biggest fool, at this table.

8   I'm like you guys are both equally possibly in trouble,

9   here.  But Rishi took millions and you took hundreds of

10  thousands.  So, you're -- I apologize.  You're a

11  fucking idiot.  Right?  He didn't have anything to

12  respond to that. I wasn't -- you know, they didn't

13  really have -- there was no response.  There was no

14  but, this is why, this is why.  So, we said, okay, this

15  is the buy-out schedule if you, you know --

16       Q    Did Rishi -- do you recall if Rishi agreed to

17  that buy-out schedule, at the time you presented it to

18  him, at that breakfast?

19       A    No.  He e-mailed me, a few hours later, said

20  we accept.  Redlands -- we separated the Redlands from

21  everything else.  So, Redlands was a separate buy-out

22  schedule that took place within, literally, I don't

23  know, a week maybe.  And everything else the lawyers

24  handled from there to work out the global purchase.

25       Q    So, the Red -- sorry, to interrupt. So, the

205

1    Redlands, that was a separate schedule that were

2    within, I think you said, a week that they paid you

3    back your, I think you said, approximately $3 million

4    investment?

5        A    Something like that, yes.

6        Q    Okay.  So, that was sort of off the table

7    then the rest -- the other schedules focused on your

8    investments in Location Ventures, 551 Bayshore, and

9    1505 Ponce?

10       A    Yes, and we gave him six months to kind of

11   complete that buy-out, which we thought was a

12   reasonable time frame.

13                      (SEC Exhibit No. 7 was marked for

14                      identification.)

15       BY MR. CORTEZ:

16       Q    I'm handing you what has been previously

17   marked as Exhibit Seven.  It's bates -- it's titled

18   "global interest purchase agreement", bates stamped

19   FL-4347_Kleyner_LVLLC_0001480, through 1521. Just take

20   a moment to review and let us know when you're ready.

21       A    I'm ready.

22       Q    Mr. Kleyner, do you recognize this document?

23       A    Yes.

24       Q    And what is it?

25       A    It's our buy-out agreement that we reached

206

1   with Rishi and Location Ventures.

2        Q    If you can turn to page 22, of the agreement,

3   bates stamp 1501.  You notice under -- this is the

4   signature page, of the agreement.  Under 1505 Ponce,

5   LLC, ███████████████, and then above the name,

6   Alex Kleyner, is that your signature, on those three

7   lines?

8        A    Yes.

9        Q    And, then, is that your wife's signature,

10  ██████████ for the ██████████ and for her, personally?

11       A    Yes.

12       Q    Okay.  And I think we noted this before, but

13  looking at the signature page, 1505 Ponce, LLC was the

14  LLC created to invest in the 1505 Ponce de Leon

15  project, correct?

16       A    Yes.

17       Q    The ████████████████ was that the LLC

18  created to invest in the 551 Bayshore, Fort Lauderdale

19  project?

20       A    Yes.

21       Q    The ████████████ that is signed by your wife,

22  ██████████ that was the trust that invested directly

23  into Location Ventures entity, correct?

24       A    Yes.

25       Q    And, then, you and your wife, ████████ signed

207

1    personally, as individuals that owned or otherwise

2    controlled the three entities -- the two entities and

3    the trust, that we just discussed, correct?

4         A    Yes.

5         Q    Okay.  This agreement, on the first page, of

6    the first paragraph, is dated as of December 31, 2022,

7    defined as the "effective date".  It's made between you

8    and ████ and the entities we just discussed, and

9    Rishi Kapoor and Location Ventures.  If you could, turn

10   to page two of the agreement? And if you notice,

11   Article -- paragraph one, it says "purchase price".

12   And, then, Subsections A, B, and C list three separate

13   interests, LV interests, Bayshore interests, and Ponce

14   interests. The LV interest, is that referring to the

15   membership interest that was invested in Location

16   Ventures, itself?

17        A    Yes, this was the borrowed amount.  There was

18   no return.  This was how much we put in.  This was how

19   much we wanted to get out.

20        Q    So, the $24,378,630 is the total amount

21   invested in Location Ventures, correct?

22        A    I mean, it sounds right.  I don't see where

23   you -- where you see that actual number, but yes, I'm

24   sure if you add them up --

25        Q    I'm just looking, Alex, right here.

208

1      A    Oh, sorry.  Yes.

2      Q    And, then, similarly, the Bayshore interests,

3  referring again, as you mentioned, the 551 Bayshore

4  project, the roughly 6.36 million, just to be clear,

5  you had mentioned that when ███ came in, there was

6  roughly 9 million invested.  So, I just wanted to

7  understand the discrepancy between the 6.3 and the 9.

8      A    Yes, sure.  So, we put in 5.1 of cash, into

9  Bayshore.  We had a commitment for 9, but when we found

10  out how the budget moved, we said we're not giving you

11  anymore money.  So, we only put in 5.1 million, in

12  cash. I then calculated the 12 percent IRR, that -- in

13  the operating agreement for projects I was entitled to,

14  assuming I got out, at a certain date.  And that's how

15  we came up with these numbers, for both 1505 and

16  Bayshore.  So, this was principle, plus 12 percent IRR.

17  No other profit participation.

18      Q    Okay.  So, for 1.1 Bayshore interest, as well

19  as 1.2 C, the Ponce interest, at 10.18 million number,

20  both were calculated the same way?

21      A    That includes -- yes.  Sorry.  That includes,

22  I think it's 9 or 9.1 million of principle, plus

23  accrued interest of 12 percent, since that money was

24  deployed.

25      Q    Okay.  The next paragraph, Paragraph 1.3,

209

1   payment, there's -- under this paragraph, there's --

2   continuing onto the next page, there's three schedules,

3   one for the LV purchase price, a second for the

4   Bayshore purchase price, and a third for the Ponce

5   purchase price. You had mentioned that you provided a

6   payment schedule that was non-negotiable to Rishi, at

7   that breakfast.  Does this reflect that payment

8   schedule that you provided to him that day?

9        A    Yes.

10       Q    And was it for -- was it to three separate

11  payment schedules, one for LV, one for Bayshore, and

12  one for Ponce, that you provided, or -- as reflected in

13  this agreement?

14       A    I mean, yes and no.  It was one schedule,

15  with dates and amount, and what that payment is

16  against.

17       Q    Okay.

18       A    So, it was one schedule, just -- again, it

19  was a combination of the three entities, under one

20  payment schedule.

21       Q    Which, I guess, for purposes of this

22  agreement, was just broken up, per investment interest,

23  in each?

24       A    Correct.  That's why you'll see a gap, in

25  let's say the LV equity, there's a gap in the dates,

210

1   that some LV entities get bought out in January,

2   February, and March.  Then, in March, the Bayshore

3   needs to get bought out.  And, then, in April, the

4   Ponce needs to get bought out.  And, then, in May and

5   June, the rest of the LV gets bought out.

6        Q    Oh, I see.  Thank you, for that

7   clarification. So, were these payments, as reflected on

8   these schedules, were these payments actually made to

9   you?

10       A    Are you trying to make me feel bad or are you

11  asking me a real question?

12       Q    I guess I do a good job of making people feel

13  bad.  It's something I need to work on.

14       A    As long as the right people deserve it, then

15  I'm okay with it. So, we got partially paid.  We got

16  everything through March 15th.  We got a $500,000

17  extension fee. He had a one contracturally, someone

18  here, he had a 500,000 option, to delay one payment,

19  for 30 days.  He then notified us that he doesn't have

20  the next payment to make.  We said we'll take 1.5

21  million, if you need a little more time.  So, he sent

22  us 1.5 million, and no additional payments have been

23  made, and he's now in default even deeper.

24       Q    And just to be clear, you mentioned the

25  $500,000 extension.  If you look on page three,

1    Subsection E, it talks about extension option.  And I

2    think it talks about a one-time, nonrefundable

3    extension fee, of $500,000.  I think that's what you

4    were referring to, right?

5         A    Yes.

6         Q    So, and just, again, going pack to page two.

7    So, the only payments that were made, I guess, were the

8    payments under the LV purchase price, from January 13,

9    2023, through March 15, 2023, and those amounts, as

10   listed in that schedule, those are the only amounts

11   that have been paid, except for the 500,000 and the 1.5

12   million you mentioned?

13        A    Yes.

14        Q    Okay.  The 1.5 million, does that -- well,

15   the 1.5 million, does that go to reduce any future

16   payments owed, under this agreement?

17        A    Yes, that goes against the 5 million, of May

18   15th.

19        Q    You mean March 15th or May 15th?

20        A    May 15th.

21        Q    Oh, I'm sorry.

22        A    The March 15th, I received.  The 1.5 was

23   against the May 15th.  So, the current balance is 8.5

24   million against the LV equity.  And, then, a hundred

25   percent of 1505 Ponce and Bayshore has not been paid.

212

1      Q    And, approximately, when was that 1.5 million

2  paid to you?

3      A    I'd say maybe mid-April, maybe; something

4  like that.

5      Q    So, April of 2023?

6      A    Yeah.

7      Q    And, then, after that payment, when did

8  Rishi, you know, represent to you that he doesn't have

9  the monies necessary to make the remaining payments,

10  under this agreement?

11      A    So, I don't know -- his lawyer communicated,

12  to our lawyer, so I don't know if that's something --

13          MR. WEINSTEIN:  You want to weigh in on this

14  one?

15          MR. SHOHAT:  I'm sorry.  I was working on an

16  e-mail.  I apologize.

17          MR. CORTEZ:  I asked him without disclosing

18  any privileged communications, I asked when did Rishi

19  represent to Alex that he did not have the monies

20  necessary to make the remaining payments, on the

21  schedule.

22          MR. SHOHAT:  Can we go off the record, for a

23  second?

24          MR. CORTEZ:  We can go off the record, at

25  3:31 P.M.

213

```
 1              (A brief recess was taken.)

 2              BY MR. CORTEZ:

 3         Q    Back on the record, at 3:32 P.M. Real quick,

 4    Mr. Kleyner, did you have any substantive conversations

 5    with the staff, of the Commission, during the break?

 6         A    No.

 7         Q    Sorry.  I have to do that every time. So,

 8    right before we went off the record, I asked you

 9    approximately when did Mr. Kapoor represent to you that

10    he did not have the monies to make the remaining

11    payments, as set forth on these schedules of this

12    global interest purchase agreement?

13         A    Around May 1st, I believe; around that date.

14         Q    Okay.  And how was that communicated to you?

15         A    From his attorney, to our attorney.

16         Q    Can you just identify who his attorney is and

17    who your attorney is that received that communication?

18         A    Yeah, Brian Goodkind is his lawyer, and our

19    lawyer is Steven Rubin, who was interacting with Brian,

20    for the purposes of the contract.  And, then, we have

21    other lawyers who were involved, as well, from Allen

22    Kluger and Philipe Leiberman.

23         Q    Okay.  I think you said around May 1, 2023

24    that Kapoor represented to you that he did not have the

25    money necessary to make the remaining payments, and,
```

214

1    again, I don't want to ask any questions that are

2    privileged communications, between you and your

3    attorney, but to the extent you can answer this

4    question, have there been any efforts to renegotiate

5    the schedules, for the remaining payments, with Mr.

6    Kapoor?

7            MR. SHOHAT:  That would be attorney/client

8    information, right there.  I can't have him answer that

9    question.

10           MR. CORTEZ:  Okay.

11           MR. HOUCHIN:  How about this:  Has Mr.

12   Kapoor, or his attorney, reached out to you or your

13   attorneys, about renegotiating?

14           MR. SHOHAT:  You can answer that question,

15   have they reached out.

16           THE WITNESS:  I would answer, the

17   conversations are ongoing.

18           BY MR. HOUCHIN:

19    Q    Have they made any specific proposals?

20           MR. SHOHAT:  That would be information he

21   would get through his attorney and not him, personally,

22   right?  Any information you have in that regard would

23   be from your attorneys, right?

24           THE WITNESS:  Yes.

25           MR. HOUCHIN:  I don't want to go to anywhere

215

1  near communications you're having with your attorneys.

2  You know, if they sent a letter, from the attorney, on

3  the other side, to you, someone on the other side

4  reached out to you, that's one thing.  I would be

5  interested in.  If you're just learning about the

6  communications --

7          MR. SHOHAT:  Do you have a copy of -- let me

8  just follow up.  Do you have a copy of any letter that

9  you got, that was sent to you from their attorney, with

10  a proposal?

11          MR. WEINSTEIN:  After May 1st?

12          MR. SHOHAT:  After May 1st.

13          THE WITNESS:  No.

14          MR. SHOHAT:  That came from their attorney?

15          THE WITNESS:  To me, personally?

16          MR. SHOHAT:  No, to your attorneys.

17          THE WITNESS:  Do I have a copy?

18          MR. SHOHAT:  Yeah, do you have a copy?

19          THE WITNESS:  Let me think if there was any

20  letters, like physical letters.

21          MR. SHOHAT:  I think that's what you were

22  asking him.

23          MR. HOUCHIN:  Yeah.

24          THE WITNESS:  Right.  Was there any physical

25  letters that were sent --

216

1          MR. SHOHAT:  After May 1st, with a proposal

2     or --

3          THE WITNESS:  I don't believe so.  I think it

4     was just in the conversational nature.

5          MR. HOUCHIN:  Okay.  Thank you.

6          BY MR. CORTEZ:

7     Q     Which is, I think you said, via e-mail,

8     correct?

9     A     Yes.

10    Q     I think you had mentioned this morning, but

11    is it true that you and ████ are not -- are no longer

12    on Location Ventures board of directors?

13    A     Yes.

14    Q     And when did you and ████ sort of stop being

15    on the LV board?

16    A     So, officially we stopped being on the LV

17    board maybe in the last 60 days, sometime, but we

18    haven't had a board meeting in -- I can't remember the

19    last one we had; nine months, maybe.  And those are

20    more informational, than actually actionable.

21    Q     And, again, I'm going to be careful, here,

22    with the line of questioning, but and I'll just start

23    by asking a very general question.  Since that

24    representation, approximately May 1st, that Mr. Kapoor

25    did not have the money necessary to make the remaining

217

1   payments, has the conversations, since then, been

2   between your lawyers and his attorneys?

3        A    Have there been conversations?

4        Q    Have the conversations, concerning the

5   remaining payments, been made between your attorneys

6   and his attorneys?

7        A    Yes.

8        Q    Okay.  You mentioned that you saw or spoke

9   with Mr. Kapoor last Friday, correct?

10       A    Yes.

11       Q    Were any of your attorneys present when you

12  spoke or saw Mr. Kapoor last Friday?

13       A    No.

14       Q    So, was it just you and Mr. Kapoor having a

15  communication?

16       A    It was Rishi, myself, ███████ Marty Halperin,

17  and four people from ██████

18       Q    Okay.  Was it a meeting?

19       A    Yes.

20       Q    What was the purpose of that meeting?

21       A    It was really to discuss if he's got some

22  kind of plan to -- for LV.  There's no real money in

23  the company.  We wanted to understand if any money is

24  eminent to meet payroll and such, and if he's got a

25  plan to solve everybody's situation and take care of

218

1    shareholders.  There was really no plan.  So, then, we

2    discussed what are the options available, at this

3    point, basically.

4         Q    So, when you said there was no plan, do you

5    recall what Mr. Kapoor specifically represented or said

6    to you, about any plan or anything going forward, to

7    meet, I think you said, to meet payroll, satisfy

8    shareholders, etcetera?

9         A    He did not have anything to say.  So, we kind

10   of -- he did not have anything to say to us.

11        Q    Any documentation or anything that he

12   provided to you, concerning Location Ventures'

13   financial condition?

14        A    No.

15        Q    Its operations?

16        A    No.

17        Q    Any documentation, at all, provided by Mr.

18   Kapoor, to you, or the other members -- the other

19   attendees of that meeting?

20        A    Documentation?  No.

21             BY MR. HOUCHIN:

22        Q    Who organized or called the meeting?

23        A    Marty Halperin, I believe.

24        Q    Did you have any conversations with Mr.

25   Halperin prior to the meeting, about organizing or the

219

1      purpose of the meeting?

2              MR. SHOHAT:  You can answer.

3              THE WITNESS:  Yes.

4              BY MR. HOUCHIN:

5      Q    And what was discussed?

6      A    What are the options available to LV, at this

7      point, to protect shareholders and creditors, and such.

8      Q    And at the meeting, did you provide or --

9      strike that. At the meeting, did you or Mr. Halperin

10     provide the options that you and Mr. Halperin had

11     discussed, to Mr. Kapoor?

12     A    Concept, yes.

13     Q    And what specifically do you recall about the

14     concepts?

15     A    That what's in a company's best interest to

16     start liquidating the assets, that still have value, to

17     pay off any obligations.  And we need to minimize

18     expenses, which got head count, and basically start

19     selling off assets to ensure that, you know,

20     shareholders can see some kind of path to getting their

21     money back.

22     Q    And who communicated those options to Mr.

23     Kapoor?

24     A    Cas -- sorry.  Barack Meta, who is part of

25     the ███ group.  He was very careful to say that he's

220

1    not a shareholder in the company, so he's communicating

2    and just, you know, kind of on behalf of logic and

3    reason, when considering the options available, but he

4    doesn't have a personal interest in LV parent company,

5    but they are open to buying out the LV stakes, in the

6    1505 and Bayshore, which would bring some, possibly,

7    money to the company.

8         Q    How did he know what to discuss, in terms of

9    the options or the concepts?  Was there a separate

10   meeting between himself, Mr. Halperin, and you, or a

11   combination of that?

12        A    Yes.

13        Q    Was that done in person or by phone?

14        A    In person.

15        Q    Same day or prior to the meeting?

16        A    Day before.

17        Q    Okay.  Anyone else present, at that meeting?

18        A    Marty Halperin's attorney and our attorney.

19        Q    Okay.  Going back to the meeting with Mr.

20   Kapoor, when the concepts were presented to him, how

21   did he respond, if at all?

22        A    He said, I understand.  It's a lot for me to

23   process.  Allow me a little time to process.

24        Q    Did you guys -- did you or Mr. Halperin give

25   him any idea of how much time, if any, you were willing

221

1   to give him?

2        A     Yes.

3        Q     And how much time was that?

4        A     We asked him to have a -- something back to

5   us by, I want to say, Sunday night, or Monday.

6        Q     This past Sunday or this coming Sunday?

7        A     No, past.  And start kind of cutting head

8   count to minimize expenses, like ASAP.

9        Q     And did you get any feedback from him, either

10  Sunday or Monday?

11       A     Are you trying to make me feel bad or are you

12  asking me a real question? Any feedback from them has

13  been between his lawyers and our lawyers.  We have no

14  more direct communication with Rishi, since then.

15       Q     Not counting information that your attorneys

16  may have provided to you, about those communications,

17  do you have any understanding, separate and apart from

18  that, about any possible proposals or the feedback?

19       A     Nothing that didn't come from our lawyers

20  interacting.

21       Q     Yeah, I don't want to get into that.

22       A     Yeah.

23       Q     Okay.  Thank you.

24             BY MR. CORTEZ:

25       Q     Is it your understanding that Location

222

```
 1    Ventures currently is insolvent, or at least
 2    approaching insolvency?
 3        A    It's pretty close, yes.
 4        Q    And you mentioned that discussions with Marty
 5    Halperin, I apologize, the person from ███ --
 6        A    Barack.
 7        Q    Prior -- during -- since the last -- I'll
 8    just say the last few months, or since you -- I'll ask
 9    you since you entered into this purchase agreement,
10    have you or ███ had any discussions with other
11    investors, outside of anything with your attorneys,
12    about redeeming your investments or other investors
13    concerned about obtaining about them or their entities
14    redeeming investments, in Location Ventures, or the
15    projects?
16        A    I had a -- yes, with Scott Robbins and Thomas
17    Harrington.  I spoke to them last night.
18        Q    Last night?
19        A    Last night.  And I spoke to Scott,
20    separately, a few weeks ago, after they sent a
21    letter -- after their lawyer sent a letter, to every
22    Location Ventures shareholder.
23        Q    And, again, without getting involved in any
24    lawyer communications, is it your understanding that
25    they are seeking to redeem their investments, as well?
```

223

```
 1        A    So -- yes.
 2        Q    Okay.  And are you aware of -- since you
 3   entered this purchase agreement, has Rishi Kapoor or
 4   others, at Location Ventures, have they been able to
 5   obtain new investor money, either for Location Ventures
 6   or in the projects, themselves?
 7        A    I believe he got some financing, from Marty,
 8   against certain projects.  And I believe he got some
 9   financing from LVVL, there on the capital stack, which
10   is Winmar, which is the construction company that's
11   doing some of the projects.  I don't know the amounts.
12   I don't know, you know, specifics, but...
13        Q    Okay.  So, other than -- it seems Winmar
14   and --
15        A    Marty Halperin.
16        Q    -- Marty Halperin, that there's -- to your
17   understanding, there's no new -- other new investors
18   that have come in, either at Location Ventures or for
19   one of the projects?
20        A    Not that I know of.
21        Q    Okay.
22             BY MR. HOUCHIN:
23        Q    Are you aware of whether Mr. Kapoor has
24   solicited potential new investors?
25        A    Not directly, but what I'm hearing is that he
```

224

1   is scrambling all over town, to try to find money for

2   the business.  But I don't know if that means talking

3   to friends and family or that means doing investor

4   presentations.  I don't know.

5        Q    What's the basis for that understanding;

6   where are you getting that information from?

7        A    Scott mentioned it to me.  Greg Brooks, I

8   think, mentioned that he's still talking to people.  He

9   was -- his guys were telling him, I'm not available for

10  this meeting.  I am meeting somebody, to talk about

11  this project or that project.  So, that's kind of bits

12  and pieces that I got, but I don't have direct

13  knowledge of him meeting with person X or person Y.

14       Q    And am I correct that you don't have

15  visibility, in terms of any of the detailed information

16  that he might be presenting, in any of those meetings?

17       A    No.

18       Q    Okay.  Thank you.

19                      (SEC Exhibit No. 8 was marked for

20                      identification.)

21       BY MR. CORTEZ:

22       Q    I'm handing you what has been marked as

23  Exhibit Eight.  And this is a complaint that was filed

24  on May 10, 2023, by Greg Brooks, against Location

25  Ventures, LLC, in the 11th Judicial Circuit Court, for

225

 1   Miami-Dade County, Florida.  And if you would take a

 2   moment to review this?

 3        A    Okay.

 4        Q    Are you aware that Greg Brooks filed a

 5   complaint, or a lawsuit, I should say, against Location

 6   Ventures?

 7        A    Yes.

 8        Q    Have you read this complaint before?

 9        A    Before this meeting?

10        Q    Before today.

11        A    Yes.

12        Q    Okay.  So, is it fair to say you're generally

13   familiar with the allegations made in this complaint?

14        A    Yes.

15        Q    Okay.  If you turn to page six, paragraph 31,

16   you'll see that there are -- paragraph 31, Mr. Brooks

17   alleges various financial improprieties that Location

18   Ventures and its personnel engaged in, including, but

19   maybe not limited to, Rishi Kapoor.  It goes from

20   paragraph 31A, through 31M.  So, pages six through

21   eight.  And I know you mentioned you're familiar with

22   some of these allegations.  I know you have read this

23   complaint. Some of these allegations, that Mr. Brooks

24   makes here, in these subparagraphs, were you familiar

25   with any of these, you know, allegations, prior to Mr.

226

1   Brooks filing this complaint?

2       A    Some of them were generally brought up as

3   concerns, by Mr. Brooks, to us, before, in sometime

4   October, I would say, of last year.

5       Q    What -- were some of these allegations, were

6   you unaware of, prior to Mr. Brooks filing this

7   complaint?

8       A    I think all of these allegations we were

9   unaware of.  Oh, prior to filing this complaint?

10          MR. SHOHAT:  Were you unaware of them?  Not

11   aware.

12          THE WITNESS:  Again, he mentioned that he's

13   looking into certain things inside the company, and

14   some of these things were the things he was looking

15   into.  Before he mentioned to us, we were not aware

16   that this was possibly going on, but prior to the

17   complaint, we heard about some of these things, from

18   Greg Brooks.

19          BY MR. CORTEZ:

20       Q    What was your -- when you did sort of read, I

21   guess, the different allegations, some of which you may

22   have been aware of, prior to the complaint being filed,

23   some you were not, what was your reaction?

24       A    What was my reaction?  I was upset.

25       Q    Did you speak with anyone, at Location

227

1    Ventures, including Rishi Kapoor, after Brooks filed

2    this complaint, about what's alleged herein?

3        A    No.

4        Q    And did you speak to Greg Brooks about this

5    complaint, after you filed it, or no?

6        A    Yes.

7        Q    Was that directly with Mr. Brooks?

8        A    Yes.

9        Q    Okay.  Just to be clear, there wasn't an

10   attorney conversation, it was you speaking with Mr.

11   Brooks?

12       A    Yes.

13       Q    Okay.  Can you just tell us about that

14   conversation?

15       A    I told him it's his legal right to do what

16   he, you know, chooses to, obviously, but I thought this

17   would drive the company into bankruptcy.

18       Q    Why did you think that?

19       A    I mean, I don't know how bankable Rishi

20   Kapoor is, after something like this happens.  So,

21   again, I was very clear.  I'm like, Greg, you have to

22   do what's best for you, and it's totally your right.

23   You've got to go with what your lawyers tell you.  So,

24   you know, I'm not mad that you did this.  It's not my

25   place to be mad. You did what you, you know, thought

228

1    was right, and that's perfectly fine.

2         Q    Since the complaint was filed, are you aware

3    of anything, you know, sort of negatively, that has

4    occurred, I guess from a financial standpoint, at the

5    company, since this complaint was filed?

6         A    Negatively occurred since the complaint was

7    filed?  No.

8         Q    Did you or your wife try to take any steps to

9    verify any of these allegations, in Mr. Brooks'

10   complaint, after it was filed or --

11        A    We filed --

12             MR. SHOHAT:  Other than what may be

13   conversations with attorneys.

14             THE WITNESS:  Right.  So, we filed -- ever

15   since we kind of put the GEEP in place, everything we

16   did was per advice of our lawyers.

17             BY MR. CORTEZ:

18        Q    Okay.

19        A    All the steps we took were per the advice of

20   our lawyers.

21        Q    Any conversations, not including your

22   lawyers, with other investors, about this complaint and

23   allegations made, by Mr. Brooks?

24        A    Not really.  I mean, Scott mentioned the 4

25   million that Rishi told him he took from the company,

229

1    but that was before the complaint was filed.  So, no,

2    not really.

3          Q    And you had mentioned earlier that Rishi

4    admitted to taking, to you, the 4 million, others

5    including Scott, but that he had a justification that

6    he earned or was otherwise entitled to those fees and

7    monies?

8          A    So, to us, he never gave that number, of 4

9    million.  We never got a clear answer how much he took

10   and when.  We never got a response to that, you know,

11   piece of paper that we gave you before.  The 4 million

12   number came from the e-mail that Scott and Thomas'

13   lawyer sent to every shareholder, in the company, that

14   said the 4 million number.  And, then, Scott, in a

15   conversation with me, told me that Rishi told him he

16   took the 4 million.  Scott said, I'm not sure how you

17   feel like you're entitled to it.  If you had the 4

18   million, as profit, I want my five percent.  He said, I

19   don't think you're entitled to it.  I earned this

20   money. Scott said, in that case, I also want to be out

21   of the company.

22         Q    As I'm sure you're aware, since this

23   complaint was filed, it's gotten some attention from

24   the local media, including the Miami Herald.

25   Particularly, if you go to page eight, and allegation

230

1    Subsection L, of the payment of 10,000 per month, to

2    Francis Suarez, the Mayor of the City of Miami, for

3    unknown services. Prior to this complaint being filed,

4    were you aware that there were payments of 10,000 per

5    month going to Mr. Suarez?

6         A    Yes, but as I understood it, those payments

7    were Urbin, not on Location Ventures side.

8         Q    And do you have an understanding of what the

9    purpose of those payments were, on the Urbin side?

10        A    As far as what I understood from Rishi, it's

11   primarily to assist with some introductions for

12   potential investors.

13        Q    Okay.

14        BY MR. HOUCHIN:

15        Q    Did the complaint come up, at all, in your

16   meeting last week, with Mr. Kapoor?

17        MR. SHOHAT:  You mean the civil complaint,

18   right?

19        MR. HOUCHIN: Right.

20        THE WITNESS:  Did the civil complaint come

21   up?  No, not really, no.

22        BY MR. HOUCHIN:

23        Q    The meeting was more aimed at trying to find

24   a path forward; is that fair?

25        A    The meeting was, where do we go now.  We are

231

```
 1    where we are, where do we go now.  No where good, but
 2    what is the best of the worse path forward.
 3                        (SEC Exhibit No. 9 was marked for
 4                        identification.)
 5            BY MR. CORTEZ:
 6        Q    I'm handing you what has been marked as
 7    Exhibit Nine, which is actually a complaint filed
 8    against Urbin, LLC, and Rishi Kapoor, by CWL-CHLLC,
 9    Asjaia, LLC, A-S-J-A-I-A, is the spelling, and Vieden
10    Grove OZ, LLC.  This complaint was filed on December
11    19, 2022, in in the Circuit Court of the 11th Judicial
12    Circuit, Miami-Dade County, Florida. This complaint has
13    a lot of exhibits attached to it, which make it
14    somewhat of a lengthy document.  But if you can just
15    take a moment to review the first few pages and let me
16    know when your ready?
17        A    I'm ready.
18        Q    Do you recognize this document?
19        A    Yes.
20        Q    What is it?
21        A    It's a lawsuit by, I guess, one of the
22    investors in one of the Urbin projects, against Urbin
23    and Rishi.
24        Q    Have you seen this complaint before?
25        A    Yes.
```

232

1      Q    Okay.  Are you familiar with the three

2  investors that are listed as plaintiffs, in this

3  complaint?

4      A    No.

5      Q    You never had any interactions or anything

6  with these investors?

7      A    No.

8      Q    And you mentioned the lawsuit, as it states

9  here, in the caption, is against Urbin, LLC and Rishi

10  Kapoor. To your understanding, what is the Urbin, LLC

11  entity?

12      A    Urbin, LLC entity, to my understanding, is

13  the entity that's responsible for all of the Urbin

14  projects, that entity has Location Ventures as an

15  investor.  But Urbin, LLC is responsible for basically

16  anything Urbin related, financing, investors, and the

17  presentation has a different set of investors, than

18  Location Ventures does.  I don't know what the -- I

19  don't believe it has a board.  I don't believe it has

20  employees, even.  So, that's my understanding.

21      Q    Do you know what Location Ventures ownership

22  interest is, currently, in Urbin, LLC?

23      A    Again, I've been getting inconsistent

24  responses, from Rishi.  Every time we ask, it's been

25  fluctuating between 40 and 60 percent.  I don't know,

233

```
 1    for sure.  I'm guessing it's between 50 and 60 percent,

 2    based on taking averages of the answers I've been

 3    receiving, over the years.

 4         Q    Okay.  And you said that it's your

 5    understanding that Urbin, LLC does not have any

 6    employees, correct?

 7         A    Correct.

 8         Q    Do you know if the employees, or some of the

 9    employees, of Location Ventures, also sort of work on

10    or oversee the operations of Urbin, LLC?

11         A    Yes.

12         Q    And is it your understanding that Rishi

13    Kapoor also controls the operations of Urbin, LLC,

14    similar to how he controls the operations of Location

15    Ventures?

16         A    Yes.

17         Q    Okay.  Is there a particular reason why,

18    other than Location Ventures, that the other investors,

19    in Location Ventures, are not investors in Urbin, LLC;

20    is there a particular reason why that is?

21         A    I can't speak for all of those investors.  I

22    think some might be.  I believe Thomas Harrington has

23    some investment in Urbin.  Maybe -- I don't know.

24    Again, I'm not -- is there a reason why they wouldn't

25    be the same?  It's two totally different business
```

1  models, different concepts. And as I mentioned, for

2  us, when we initially looked at the Urbin business, we

3  didn't get excited about it. We don't want to invest.

4      Q    Again, going back to Greg Brooks' complaint,

5  Mayor Suarez, his -- it's your understanding his

6  involvement was only with Urbin, LLC, and the Urbin

7  projects it was overseeing, not anything of the other

8  projects we were discussing today, with respect to

9  Location Ventures; is that correct?

10      A    My understanding is that he was getting paid

11  by Urbin, LLC, to help with the Miami Beach projects,

12  and making the introduction to investors. Now, were

13  those investors exclusively for Urbin or Location

14  Ventures? I'm not sure.

15      Q    Okay. If you can turn to page 5, and

16  paragraph 19, and with the understanding that you've

17  never invested, and you're not an investor, in Urbin,

18  LLC, paragraph 19, which starts on page five, and sort

19  of continues to the top of page six, in this paragraph,

20  it basically alleges that Kapoor and Urbin, LLC

21  incurred approximately 16 million, in unauthorized

22  debt, and caused Urbin Coconut Grove Partners, which is

23  the, I think, JV, that owns the Urbin Coconut Grove

24  property, to pay 282,000, 225,000 unauthorized

25  extension fees. After this complaint had been filed,

235

1    did you have any discussions about the allegations, in

2    this complaint, and specifically paragraph 19?

3        A    No, this was filed after we already put the

4    GEEP in place, so no.

5        Q    Okay.  So, you never had any discussions with

6    Mr. Kapoor, other than at Location Ventures?

7        A    I haven't spoke to Rishi Kapoor since

8    December of last year, until Friday.

9        Q    And this never came up on Friday?

10       A    No.

11       Q    Okay.  You mentioned you read the complaint

12   and the allegations.  What was your reaction when you

13   first read them, in this complaint?

14       A    I'm not a lawyer, so I can't understand

15   the -- I can't judge the -- sorry -- the merits of the

16   claims, here.  I'm not familiar with this project.  I'm

17   not familiar with Urbin operating agreement.  So, I

18   couldn't really comment.  I don't have an opinion

19   whether these are just frustrated investors, who wanted

20   their money back and used the lawsuit to try to

21   leverage that out, or this is legitimately everything

22   they're claiming is accurate.  I'm not close enough to

23   this project or any of the Urbin projects, to be able

24   make an educated opinion of them.

25       Q    And I understand that with -- you had

236

1    mentioned, I think, with 1505 -- well, no, excuse me.

2    I think I might be getting this confused with 551

3    Bayshore.  There have been extension fees being paid,

4    that were not authorized by investors, in that project,

5    correct?

6         A    Yes.

7         Q    And do you -- it seems, here, that -- would

8    you agree that there's a similar allegation, in this

9    complaint?

10        A    Yes.

11        Q    And we talked earlier, they also make an

12   allegation about 16 million unauthorized debt.  I think

13   we had, perhaps this morning, spoken about if you're

14   aware, with respect to Location Ventures, or 551

15   Bayshore, or 1505 Ponce, has there been any -- are you

16   aware of any debt that projects or Location Ventures

17   incurred, without approval?

18        A    So, I mentioned the loan that was given to

19   Urbin, without approval.  I mentioned that, in the

20   past.  But as far as 1505, we had a closing on the

21   land, that was -- I believe it was in line with kind of

22   what we expected.  And, Bayshore, we still never

23   closed, but there's extension fees that are being paid

24   monthly --

25        Q    Okay.

237

1    A    -- that were not discussed with us.

2    Q    Can we just take a five-minute break?  I just

3    want to talk to John, for one second.  Then, I think we

4    can wrap it up.

5         (A brief recess was taken.)

6         BY MR. CORTEZ:

7    Q    So, we're back on the record, at 4:18 P.M.

8    Mr. Kleyner, did you have any substantive discussions,

9    with anyone from the Commission staff, during the

10   break?

11   A    No.

12   Q    Couple quick questions, before we finish.  I

13   wanted to go back to something.  When we were talking

14   about Location Ventures' budget, we were focusing, if

15   you recall, on the year of 2022, and there was sort of

16   the budget and then the actuals, from the financial

17   statements.  What was the difference, in terms -- I

18   think you talked about payroll.  Do you remember the

19   percentage or money differences, between what the '22

20   budget showed, compared to what the actuals were?

21        MR. SHOHAT:  Are you talking about just as to

22   payroll?

23        MR. CORTEZ:  Yeah, we can talk about some

24   other things, but we'll start with just payroll.

25        THE WITNESS:  So, I believe the current

238

1    payroll in the company is roughly $600,000, a month.  I

2    don't remember exactly what the budget called for, for

3    2022, but it was definitely not 600,000, a month.  So,

4    if I had to guess, I don't remember, maybe 400,000 a

5    month, but I'm purely speculating.  Not speculating,

6    but I'm guessing.

7              BY MR. CORTEZ:

8         Q    Would it help, at all, to look at the

9    budget --

10        A    Yeah.

11        Q    -- for 2021?

12        A    For 2021.

13        Q    Would that at all help, at all?

14        A    2021, I think, had about a 4 million payroll.

15   So, even if 2022 had some incremental, it certainly

16   wasn't 7.2 million. The 2021, I think, showed like 4

17   million and change, in the budget, for just payroll.  I

18   don't recall, but I don't think 2022 was double, but

19   we're coming in close to double, for this year.

20        Q    Again, this is the 2021 budget, fixed costs,

21   which, again, all employees of a company, correct, show

22   for 2021 budget, a little bit over 4 million.  I know

23   this is for 2021, and not 2022, but do you recall if

24   the budget shown to you was a little bit higher than

25   that or --

239

```
 1        A    I don't remember exactly, but, again,
 2   guessing here that if it was higher, it would be within
 3   a small ten to 20 percent higher, not 80 percent
 4   higher, which is where we are now.
 5        Q    So, you recall that from a percentage basis,
 6   whatever number, it was 80 percent higher, the actuals,
 7   for 2022, than what the budget shows?
 8        A    I recall when I showed the piece of paper to
 9   Rishi and DJ, at the last breakfast we had together,
10   when I showed them the 2022 budget printed out, and I
11   said show me where it shows payments to you guys.  I
12   don't remember exact numbers.  Again, I'm sure it's in
13   e-mails that we shared with you guys.  But it certainly
14   didn't have a payroll for 7 or $7.2 million, which is
15   what we're currently trending.  They are currently
16   trending.
17        Q    I know you mentioned, I think you remember,
18   on the 2022 budget, the salaries were $400,000 listed
19   for Rishi, and I think the same for DJ Mogha, right,
20   400,000, for 2022?
21        A    No, in the budget, it was still, I think,
22   350, and then he brought up -- like he gave Vivian a
23   $150,000 bonus.  That was never in the budget.  He gave
24   raises to George, I think is here at --
25        Q    Jorge or George?
```

240

1        A      -- one something.  He's now north of 200.

2    That was never kind of discussed.  So, there was a lot

3    of raises he gave out.  There were bonuses that he gave

4    out, that were never approved, never in line with the

5    budget that we saw, we were shown, and nor were we ever

6    shown any kinds of adjustments or adjust in budget.

7        Q      Okay.  And, then, if you recall, there's the

8    sort of second category, titled "variable costs".  For

9    the 2022 budget, were the variable costs significantly

10   higher from what was presented, in the 2022 budget, to

11   what the actuals were, when you saw them?

12       A      I don't -- I don't -- I don't recall.

13       Q      But, really, the focus was really on the

14   payments to employees and monies --

15       A      Sorry.

16       Q      Go ahead.

17       A      No, please.

18       Q      No, I was just saying it seems like the

19   budget was -- sorry.  The actual expenses were much

20   higher than the 2022 budget showed.  Really, though, in

21   terms of the fixed cost to the various employees, of

22   the company, including Rishi and DJ Mogha?

23       A      That's the one that I recall highlighting to

24   DJ and Rishi, and saying show me where, in this budget,

25   that shows the bonuses to you, or Vivian, for that

'241

1    matter, and there was no real answer.  I didn't focus

2    on the variable costs because, again, I don't really

3    have financials to compare it against, where on the,

4    you know, the fixed costs, that's pretty

5    straightforward. Show me where it says $1.3 million

6    payment to you.  Show me where it shows 140,000 to DJ.

7    Show me where it shows 150,000 to Vivian, and so on.

8        Q    Right.  So, those numbers were never on the

9    budget, but for 2022, again, going back to Exhibit

10   Five, the 1.3 million that was paid, to Rishi Kapoor,

11   was paid in 2022, and then the 140,000 was paid in

12   2022, to DJ Mogha, these amounts were never shown, on

13   the 2022 budget, however?

14       A    Absolutely not.  And, again, going back to

15   the statement he made, how am I supposed to live on

16   less than two, two and a half million a year, which was

17   mind boggling to me.  I'm not sure if there were other

18   payments made, throughout the year.  These are the ones

19   that we were able to, you know, ask him about.

20       Q    On Exhibit Five, we talked about the payments

21   to Rishi and DJ Mogha.  You had also mentioned there

22   was a $150,000 bonus payment made to Vivian Bonet, in

23   2022.  I just want to confirm this because it was not

24   reflected on Exhibit Five, but I just want to confirm

25   that that is your testimony?

242

1      A    Yes, I think that bonus was paid later in the

2  year.

3      Q    Okay.  And, then -- sorry.  Do you have any

4  other questions?

5           MR. HOUCHIN: On that?  That's fine.

6           BY MR. CORTEZ:

7      Q    And, then, you had mentioned that you found

8  the loan made, from Location Ventures, to Urbin, LLC,

9  correct? Again, did you find that out by reviewing one

10  of the company's quarterly financial statements; is

11  that when you noticed the loan payment that was made

12  from Location Ventures, to Urbin?

13      A    No, we found out in a -- it was mentioned in

14  passing, in a conversation, on an unrelated topic,

15  that -- when the loan is repaid and the money can go --

16  we're like, which loan? He's like, the loan from

17  Urbin.  I'm like how much is that loan.  And I think,

18  at that time, it was ten or $12 million.  And I was

19  like, what are you talking about? He's like, well,

20  Urbin needed money for whatever it was, X, Y, Z.  And I

21  remember we were just furious and we called a meeting,

22  with Rishi.  We met him in the Design District and we

23  said, like, you now have other people's money.  You do

24  not own a hundred percent of the company.  You can't

25  run it like you own a hundred percent of the company.

243

```
 1    You can't move money around, like it's, you know, you
 2    just can't move money around, as you see fit.  So, this
 3    lean needs to get paid back, immediately.  He's like,
 4    yes, the closing's coming up and then the loan is going
 5    to get repaid.  And, fast forward, well over a year,
 6    since that conversation, to this Friday, and I said is
 7    there still a loan from Urbin, to LV?  He said, yes.  I
 8    said, how much is it? He said, it's 6 million. And,
 9    then, on the last financials, which were, I think,
10    December of this year, I believe -- December -- I'm
11    sorry --
12         Q    2022?
13         A    -- December of last year, the loan is showing
14    at 16 million.  And, then, if you look at -- once we
15    actually started looking at the financials, we saw
16    those numbers kept jumping, which after we specifically
17    told him, you are no longer -- you can no longer lend
18    money and move money, back and forth, at will.  He
19    said, I understand.  We saw, in the financials, that
20    the fact that the loan was going up and down, that
21    there was money constantly moving back and forth. And
22    when he told me, Friday, the loan was 6, it could be 6,
23    it could be 12, it could be -- he doesn't know,
24    himself, because there's no proper record keeping. The
25    last guy who genuinely tried to keep accurate records
```

244

1   was let go.  That was Greg Brooks.

2       Q    All right.  Are you aware of any other monies

3   being loaned or otherwise provided, say, from one --

4   either from Location Ventures, to a project, or from

5   one project to another project; are you aware of any

6   other, you know, situations similar to what you have

7   informed us today, about the loan from Location

8   Ventures, to Urbin?

9       A    The only other one that is kind of top of

10  mind is he has a piece of land, under contract, in

11  Miami Beach. Again, it's called Urbin Miami Beach Two.

12  Obviously, he doesn't want the investment to close on

13  it in time.  We always kind of refer to Rishi as the

14  king of extensions. He just uses his extensions, as if

15  they're free. So, there was an extension due.  He

16  missed the deadline for extension.  The seller said, I

17  need half a million today, and 350 by, I guess, maybe

18  today, the 31st or the 1st of the month.  If you don't

19  do it, then forget it, then you lose the deposit that

20  you put -- again, I assume -- I assume Urbin put down

21  on the project, right?  And Rishi sent a half a

22  million.  And, then, Friday, I asked him, who paid this

23  half a million; was is it Urbin or Location Ventures.

24  And he said Location Ventures.  And I said why is

25  Location Ventures paying extension fees, for Urbin

245

```
 1   projects.  And he told me, well, this was always
 2   intended to be LV project, which is not true.  It's
 3   literally called Urbin Miami Beach.  And I asked him,
 4   I'm like what's the program of the project; is it micro
 5   units?  He knew where I was going, of course.  He's
 6   like, uh, yeah.  I'm like, does it not make it Urbin?
 7   Does it not make it an Urbin project?  And he just
 8   didn't answer. And the second one, there's another
 9   project, called 44 Zamora, that in the last few months,
10   it was mentioned to us, when we were still kind of part
11   of a company, but purely mentioned, nobody ever voted,
12   as far as I know.  I asked him, Friday, I'm like did
13   you put a deposit down, for 44 Zamora, like on a land
14   deposit or something.  He's like, yes.  I'm like, is
15   that refundable, meaning did you already go hard or are
16   you still in your due diligence period.  He said, no,
17   it's not refundable. So, there was another project, 44
18   Zamora, where money went in, and now the project dies,
19   which it -- most likely, that money stays for the
20   seller, let's say. Right?
21        Q    How much money was put?
22        A    I'm not sure.  Again, I'm not sure, but
23   usually these things are half a million, to a million
24   dollars, but I'm not sure.
25        Q    Is it your understanding that that money also
```

246

1    came from Location Ventures?

2        A    That would probably be Location Ventures'

3    project because it's not a microunits.  It's your

4    traditional multi-family rentals.  So, I think it came

5    from Location Ventures.  I don't know, for sure.  But

6    if it did, it should have came from Location Ventures,

7    assuming he had anybody's permission to actually do

8    that.

9        Q    And you're not aware of any permission given

10   for that?

11       A    I didn't give mine.  I wasn't asked.

12       Q    Okay.

13       A    So, and I know there's no board meetings.

14   There's no board votes.  There hasn't been one,

15   forever. There's no shareholder meeting.  So, I'm not

16   aware of anybody else, that I talked to, who said,

17   yeah, yeah, I blessed it.  But, again, in all fairness,

18   it's not like a speak to a lot of people and this would

19   have come up. But, no, I'm not aware of that being

20   presented for any formal process, to proceed with a

21   non-refundable deposit.

22       Q    All right.  So, before we -- we don't really

23   have any further questions, but let me ask you.  Is

24   there anything that we've not discussed today, that you

25   think we should be aware of, concerning Kapoor,

[5/31/2023 9:11 AM] Kleyner, Alex - Vol. I.20230531.449633-M...

247

1    Location Ventures, the projects, or any investments

2    relating to the Location Ventures, the projects,

3    Kapoor, DJ Mogha?

4         A    I have a question, if I can ask.  I can't

5    make this up. So, I learned, on Friday, that Rishi, in

6    the last weeks, took delivery of a brand new yacht, a

7    72-foot Princess, which, to me, is mind boggling that

8    while all this is going on, while he's delinquent on

9    the GEEP, in default on the GEEP, while we're talking

10   about how do we make payroll and how do we take care of

11   shareholders, he upgraded his boat, from a 55 Princess,

12   to a 72 Princess. So, I don't know where the money, for

13   that, came from.  I'm not accusing, you know -- just

14   the optics of it, I thought were just in bad taste,

15   considering the situation he's in, and the company he's

16   in.  So, I was really kind of -- you know, I didn't

17   confront him, on Friday, about it, because I found out

18   after he left the room.  I think people didn't want to

19   tell me because they knew how I would react to

20   something like that.  I'm like, let me get this

21   straight.  You didn't make the payments, on my GEEP,

22   we're talking about, here, how do we move forward, you

23   just took delivery of a brand new boat.  I mean, that's

24   just, you know, I found that to be interesting.

25   Otherwise, I think you asked the questions about, you

248

```
 1    know, the range of topics that I have some kind of

 2    insight into.

 3         Q    Okay.  Have you spoken with anyone, other

 4    than your counsel, regarding this investigation?

 5         A    No.  Well, our accountant, because he was

 6    part of some of the paperwork he had to provide.  Our

 7    CFO, because he was also exchanging e-mails.  But

 8    nobody outside of kind of who was covered by the

 9    subpoena that you guys hand us, no.

10              MR. HOUCHIN:  And, also, excluding your wife.

11              THE WITNESS:  And my wife, yes.

12              BY MR. CORTEZ:

13         Q    Have you spoken with anyone, other than your

14    counsel, regarding your appearance here, today?

15         A    No.

16         Q    Okay.  And do you know --

17         A    Again, my wife.

18         Q    I should have said excluding your wife. And

19    do you know anyone else who has been subpoenaed or has

20    testified, in this investigation?

21         A    No.

22         Q    Okay.  Mr. Kleyner, we really do appreciate

23    your time and your counsel's time.  We have no further

24    questions, at this time.  However, in the future, we

25    may wish to call you again, to testify in this matter.
```

249

```
 1    If this is necessary, we'll of course contact your
 2    counsel. Mr. Kleyner, do wish to clarify any statement
 3    you have made today?
 4         A    You made me feel bad, on occasion, but I
 5    didn't take it personal.  I think you're just doing
 6    your job and I appreciate it.  So, no, with as much of
 7    a smile, as you could have, in these type of
 8    situations, so, no. Other than that, no.
 9         Q    There's a whole host of topics we'd rather be
10    discussing than this, today, but I do appreciate your
11    indulgence in providing us as much information as you
12    did, today. Do you wish to add anything to that, to add
13    anything to your statements that you've made here,
14    today?
15         A    No, I don't think so.
16         Q    As I mentioned, I'm going to offer your
17    counsel an opportunity to ask any clarifying questions.
18    So, Mr. Shohat?
19         MR. SHOHAT:  Just a couple hours worth, so
20    let's get started.  I'm kidding.  Only kidding. No
21    questions.
22         MR. CORTEZ:  All right.  Well, we thank you,
23    again, for your time, here, today.  Obviously, wish you
24    save travels, to Italy.  And, now, we're finished with
25    the testimony, so we're off the record, at 4:36 P.M.,
```

250

1    Wednesday, May 31, 2023.

2              (Whereupon, at 4:36 P.M., the examination was

3    concluded.)

4                        * * * * *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

251

1                    PROOFREADER'S CERTIFICATE

2

3    In The Matter of:   LOCATION VENTURES, LLC

4    Witness:            Alex Kleyner

5    File Number:        FL-04347-A

6    Date:               Wednesday, May 31, 2023

7    Location:           Miami, FL

8

9            This is to certify that I, Maria E. Paulsen,

10   (the undersigned), do hereby certify that the foregoing

11   transcript is a complete, true and accurate

12   transcription of all matters contained on the recorded

13   proceedings of the investigative testimony.

14

15   _____      _____

16   (Proofreader's Name)          (Date)

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF OATH

 2
     STATE OF FLORIDA    )
 3   COUNTY OF MIAMI-DADE)

 4              I, the undersigned authority, certify that
     personally appeared ALEX KLEYNER, before me and was duly
 5   sworn.
                WITNESS my hand and official seal this 15th
 6   day of June, 2023.

 7

 8                            LAURA LENTOSKI

 9

10
              REPORTER'S DEPOSITION CERTIFICATE WITH
11                      ACKNOWLEDGEMENT

12
                I, LAURA LENTOSKI, do hereby certify that I
13   was authorized to and did stenographically report the
     foregoing interview; and that the transcript is a true
14   record of the testimony given by the witness.

15              I further certify that I am not a relative,
     employee, attorney or counsel for any of the parties,
16   nor am I a relative or employee of any of the parties'
     attorney or counsel connected with the action, nor am I
17   financially interested in the action.

18              Dated this 15th day of June, 2023.

19

20

21                      LAURA LENTOSKI

22

23

24

25
```

# Transcript Word Index

**[000 - 2021]**

| **0** |
| --- |

**000**
41:23
**00009948**
185:16
**0001101**
111:19
**0001480**
205:19
**004657**
153:11
**04347**
1:4 6:1 251:5
**07**
19:10
**08**
19:10
**09**
19:10

| **1** |
| --- |

**1**
1:8 3:7 6:14 102:20 115:13
213:23
**1,000**
86:6
**1,100**
86:6
**1,200**
86:6
**1,500**
79:11 81:25 86:4,21 88:17
**1,700**
88:24
**1.1**
208:18
**1.2**
208:19
**1.3**
133:13 155:13 163:11,17
208:25 241:5,10
**1.3.**
163:9
**1.468.**
153:17
**1.5**
210:20,22 211:11,14,15,22
212:1
**1:56**
152:18
**10**
3:9 12:14 41:3 78:21,25
99:2,4 102:24 108:19
113:13 114:22 118:1,2
121:15 122:11 123:18
137:5,16 176:20,21 177:2

**10 (cont.)**
224:24
**10,000**
230:1,4
**10.15**
16:7
**10.18**
208:19
**10.22**
16:7
**10:01**
43:6
**10:08**
43:9
**100**
82:17 200:25
**100,000**
41:22 201:8
**10009**
185:17
**11**
13:2 22:4 24:5 117:16
**11:16**
92:15
**11:27**
92:18
**111**
3:10
**1111**
117:16
**1122**
119:7
**1124**
125:2
**1162**
113:3
**1164**
126:13,15,16
**1165**
126:19
**11th**
224:25 231:11
**12**
70:25 72:10,13,16,20,22
189:10,17,19,22 191:9
208:12,16,23 242:18
243:23
**12:27**
135:17
**12:31**
135:19
**12:53**
152:10,13
**120**
68:10

**13**
99:7,11 100:17 109:22,24
110:4,5,13,14,20 111:1,10
116:17,19,20,24 158:7
211:8
**140,000**
155:16 241:6,11
**15**
32:15 37:13 188:21 211:9
**150,000**
239:23 241:7,22
**1501**
206:3
**1505**
3:12 78:7,13,14 114:19
140:15 154:24 156:12,18
156:19,22 160:16,21
175:22 178:14 179:3,7,8
184:2,4,7,10,12,19,20,25
185:4,8,15 186:1,14,22,25
187:9,14,25 189:6,24 193:9
193:14 194:1,7,10,14,16
195:5,15 196:19 200:11
205:9 206:4,13,14 208:15
211:25 220:6 236:1,15,20
**152**
3:11
**1521**
205:19
**15th**
210:16 211:18,19,20,22
211:23 252:7,21
**16**
14:8 30:5 70:15 73:9,11,14
73:19,24 77:2 78:8 136:17
137:1 187:20,24 234:21
236:12 243:14
**164**
126:14
**1662**
3:7 6:20
**18**
31:21 32:8 55:16,18,25
70:15 73:9,11,12,13,14,19
73:24 77:2 78:7,8 83:20,23
93:1 94:12,12 96:24 99:2
188:15
**18.18**
116:12
**180**
24:5,14 161:18
**185**
3:12
**19**
42:13 112:16 127:21
231:11 234:16,18 235:2

**1950**
2:10
**1st**
213:13 215:11,12 216:1,24
244:18

| **2** |
| --- |

**2**
3:8 7:2 120:1 187:22 188:3
**2,000**
23:24
**2,500**
23:25
**2:30**
170:25
**2:38**
183:17
**2:49**
183:20
**20**
17:1 28:6 70:22 71:13,18
88:9 191:25 239:3
**200**
41:23 71:13 240:1
**200,000**
71:13
**2000**
12:3 14:7
**2001**
11:16 12:3 13:23 14:20
17:8
**2009**
14:7 17:3,8,20 19:9 21:1
32:14,17
**201**
2:17 5:9
**2010**
14:7 17:3 20:24 21:1,3
32:17
**2014**
32:15,18
**2015**
12:11 14:8 30:5 32:18
**2016**
12:11
**202**
1:25
**2020**
34:16,18,19 35:14,21,21,22
40:3 42:2,8,9,15 44:24,24
44:25 45:1,3,9,19 52:10
59:15,20 98:2 127:16,24
**2021**
42:9,18,21,21 98:3 112:16
117:4 121:11 126:3,6,7,22
127:8,11,12,14,15,20,21,23
127:25,25 128:3,3,6,8,16

[2021 - 679-5700]

**2021 (cont.)**
129:14 136:4 139:13,18
140:1,3,5 141:13 150:19
238:11,12,14,16,20,22,23
**2021s**
127:16
**2022**
81:3 91:4,5 126:5,7 127:9
127:13,13,22 128:7,8,9,17
129:14,19 130:3,5 133:12
136:5,6,10,11 139:17 140:1
140:4,5,12,24 141:11 142:8
142:10 143:4,18,19 144:1
144:15 145:11 153:16
154:11 168:19 182:8,10,12
201:5 203:10 207:6 231:11
237:15 238:3,15,18,23
239:7,10,18,20 240:9,10,20
241:9,11,12,13,23 243:12
**2023**
1:12 4:3 34:5 211:9,9 212:5
213:23 224:24 250:1 251:6
252:8,21
**205**
3:13
**21**
26:5 93:6,7 182:11
**21,000**
26:7
**21505**
187:22
**22**
93:7 119:7 182:11 206:2
237:19
**224**
3:14
**225,000**
234:24
**231**
3:15
**24**
105:25,25 125:2
**24,378,630**
207:20
**25**
172:8
**250**
71:17,17,19
**250,000**
71:16
**252**
1:8
**27**
21:2
**275**
48:18

**282,000**
234:24
**299**
45:15
**2nd**
3:10

**3**

**3**
3:9 10:8 177:7,21 205:3
**3:31**
212:25
**3:32**
213:3
**30**
26:9 47:2 50:22 64:10
73:22 108:21 195:9 210:19
**30,000**
26:3
**300**
48:13,19
**300,000**
41:23 71:9 161:17 162:7
**3000**
2:17 5:10
**305**
2:19 5:10
**30s**
31:7
**31**
1:12 4:3 207:6 225:15,16
250:1 251:6
**31a**
225:20
**31m**
225:20
**31st**
244:18
**32**
161:2
**33131**
1:11 2:11,18
**350**
129:24 138:10,20,21,22,23
239:22 244:17
**350,000**
129:17 138:24,25
**374,958**
127:4
**39**
16:22 52:19

**4**

**4**
3:4,10 111:14 117:17
121:11 146:9,9,16,16,18
147:8 187:25 228:24 229:4

**4 (cont.)**
229:8,11,14,16,17 238:14
238:16,22
**4.1**
117:21
**4.2**
153:17
**4.45**
127:4
**4:18**
237:7
**4:36**
249:25 250:2
**40**
23:17 30:24 79:9 81:1,6,14
81:17,20 82:4,15,18,21
83:4,11,24 89:20 123:8
232:25
**400,000**
129:24 130:22 131:13,16
164:14 181:19 238:4
239:18,20
**40s**
23:18 31:7
**4347**
111:19 153:11 205:19
**44**
245:9,13,17
**45**
73:22
**45/45**
78:23
**4657**
134:14,15
**467-920**
1:25
**4x**
147:1

**5**

**5**
3:11 62:1 74:1 120:4
152:16 153:25 154:5
157:16 211:17 234:15
**5,000**
52:5
**5.1**
73:16 83:22 91:8 92:6
188:25 189:5 208:8,11
**5.1.**
79:15
**5.2**
190:17
**50**
26:5 72:6 233:1
**50,000**
79:23,25 80:6,7,18,20

**50/50**
39:1 71:1,15 72:15 172:11
189:11 191:11
**500**
14:23 16:1
**500,000**
138:9,12,14 210:16,18,25
211:3,11
**515**
52:20
**55**
13:19 16:22 247:11
**551**
59:4,24 60:23 63:17,22
66:13 68:22,24 69:1 70:12
72:18 73:6 76:12 78:18
79:3 84:3 92:24 93:14 94:7
96:12,20,22,23 97:2,2,7,16
98:1,8 100:6 101:24 110:17
114:17 175:21 178:14
179:3,6,8 184:2,7,9,21,24
185:3 186:3,5 188:14
189:20 191:16 193:8,14
194:2,6,19 195:2,3 196:17
205:8 206:18 208:3 236:2
236:14
**551bayshore**
184:4

**6**

**6**
3:7,12 41:1 120:4 136:17
136:25 137:5,15 185:11
243:8,22,22
**6.3**
208:7
**6.36**
208:4
**6.6**
119:8
**60**
123:8 216:17 232:25 233:1
**600,000**
137:23 238:1,3
**63**
11:24 12:1 13:19
**64**
126:12
**640**
161:17
**640,000**
161:1
**650**
48:17
**679-5700**
2:19

**[679-5716 - agreement]**

**679-5716**
5:11

**7**

**7**
3:8,13 11:24 12:1 13:19,20
125:2 205:13 239:14

**7.1**
125:4,6,14

**7.2**
238:16 239:14

**7.5**
125:22

**700**
26:8

**700,000**
71:7,11

**72**
247:7,12

**74**
111:19

**75**
119:21 172:7

**8**

**8**
3:14 137:5 224:19

**8.5**
211:23

**80**
70:21 71:13,16 78:20
191:24 239:3,6

**80/20**
39:1 70:20,24 78:21

**800**
154:25 157:23 158:8 159:5
159:8,17,19,23 160:2,15

**801**
1:10 2:10

**9**

**9**
3:15 78:11,12,14 96:24,25
153:10 154:1,4 162:8 188:2
188:4,16 208:6,7,9,22
231:3

**9.1**
78:14 187:21 208:22

**9:11**
1:15 4:2

**90**
21:3

**900**
68:8 86:21

**950**
66:16 86:2,6

**98**
41:20

**99**
24:20

**9962**
188:22

**9995**
186:10,11

**9996**
187:6

**a**

**a.m.**
1:15 4:3 43:9 92:18

**aback**
54:3

**ability**
103:22

**able**
29:11 41:6 52:21 81:22
94:11 109:23 115:4,10
170:16 201:20 223:4
235:23 241:19

**absolutely**
33:22 89:9 107:13 167:24
241:14

**accept**
122:20 204:20

**access**
19:1 133:10 148:24 149:16
149:18,19

**accommodate**
94:10

**accomplished**
164:8

**account**
20:5,5,15 25:10 26:14,24
26:25,25 27:1 34:4 77:4
133:6,14,17 154:15 191:8
192:2,2

**accountant**
2:7 4:10 102:19 133:10,16
133:21 134:2,9 135:3 149:6
149:16,17 153:3 202:18
248:5

**accountants**
170:9 182:19

**accountant's**
134:2

**accounted**
130:1

**accounting**
111:8 145:2 158:22 169:25
196:9

**accounts**
117:18 133:10,18,19
149:17

**accrued**
208:23

**accurate**
11:7 66:21 87:20 88:8
169:25 235:22 243:25
251:11

**accused**
134:20

**accusing**
247:13

**acknowledge**
117:23

**acknowledgement**
252:11

**acquired**
194:10

**acquisition**
131:22 175:3,8 191:3
192:20 193:5,17

**acreage**
176:6

**action**
119:12 252:19,20

**actionable**
216:20

**actions**
122:18 124:20

**active**
12:23 28:5 98:16 106:4,9

**actively**
28:22

**activities**
32:11

**actual**
71:11 74:15 75:2 86:11
111:12 127:16 128:2,10
129:2 139:14 140:25 142:9
143:24 144:9 145:12
174:15 207:23 240:19

**actualized**
86:20 172:14

**actuals**
126:5,7 127:13 130:3 136:6
136:10 237:16,20 239:6
240:11

**ad**
118:17

**add**
8:15 58:16,18 207:24
249:12,12

**added**
23:5 84:11 173:1

**addition**
8:16 49:9 71:22 79:2 84:9
87:9 101:12 104:2,15

**additional**
23:5 81:18,20,21 84:10
93:20 94:5 175:2 210:22

**address**
5:6,9 109:11 159:8,12
180:11 187:10,11

**addresses**
187:7

**adjust**
240:6

**adjustments**
240:6

**admitted**
229:4

**advertise**
25:14

**advertising**
19:25

**advice**
25:23 33:1 47:16,18 58:18
58:19 100:12 105:16
198:25 228:16,19

**advise**
153:23

**advisor**
32:23,24 34:4

**affairs**
108:22 120:6

**affect**
105:13

**affiliated**
174:20

**affirmative**
7:23

**afford**
25:1,8 26:7 47:9 48:2,3

**affordable**
47:4,7,8

**afternoon**
153:2

**agency**
25:3

**agent**
25:17

**ago**
11:25 28:20 79:22 138:4
144:22,23 222:20

**agree**
26:9 117:23 199:8 200:14
200:20 236:8

**agreed**
61:21 62:1 72:9,17 76:14
77:24,25 84:10 94:2,4,8
118:6,21 204:16

**agreement**
3:10,12,13 20:11 65:19
72:24 75:16,21 76:4,9,13
76:16,19 78:2 83:12 91:21
104:8,11 112:4,6,7,15,16

[agreement - asjaia]

**agreement (cont.)**
112:18 113:1 118:16 119:7
119:12 127:21 130:21
131:11,24 136:3 146:3
162:6,18 164:14,22 175:8
178:12 184:18,20,21
185:15,18 186:1,2,5 188:14
188:21 191:24 192:23,24
193:3 202:7 205:18,25
206:2,4 207:5,10 208:13
209:13,22 211:16 212:10
213:12 222:9 223:3 235:17

**agreements**
80:21 131:19,21 132:4
146:14 175:2

**ah**
166:25

**ahead**
7:18 182:6 183:2 240:16

**aimed**
230:23

**alahambre**
45:15 59:13

**alex**
1:7 3:4 4:18,25 113:9,21
114:8 117:24 134:7 167:18
187:12 206:6 207:25
212:19 251:4 252:5

**allegation**
229:25 236:8,12

**allegations**
225:13,22,23,25 226:5,8,21
228:9,23 235:1,12

**alleged**
227:2

**alleges**
225:17 234:20

**allen**
213:21

**allocated**
185:2 190:22

**allocation**
33:8 190:17

**allocations**
117:18 188:23

**allow**
187:1 220:23

**allowable**
83:13

**allowed**
20:18 75:4 96:12,13

**allows**
193:3

**alternative**
25:25 29:8

**ambitions**
104:1

**ambitious**
66:21 103:19,24 108:14
109:2

**amended**
112:14 136:2

**amendment**
3:10 112:3

**amendments**
112:17 194:20

**amenities**
59:2 70:7

**america**
47:11 50:2 133:14

**amount**
38:8 74:3 77:4 118:1
136:17 150:14 153:12
207:17,20 209:15

**amounts**
153:17 211:9,10 223:11
241:12

**analysis**
23:11 25:19 31:2

**analyze**
66:19

**anecdotally**
88:11

**anniversary**
99:5

**announced**
19:21,23

**annual**
21:22 126:25 127:1,4
129:16

**annualized**
129:10 189:15,16

**answer**
7:18 8:12,17 9:8 111:13
122:19 123:6 130:25 131:1
137:3 138:19 139:11 148:6
153:23,24 164:15 196:3
197:12 198:20 203:12
214:3,8,14,16 219:2 229:9
241:1 245:8

**answered**
100:2

**answering**
8:24 63:7

**answers**
163:5 203:15 233:2

**anthony**
133:22 134:3

**anticipated**
75:10

**anybody**
24:17 69:8 120:22 130:7
142:5 192:12 199:20
246:16

**anybody's**
14:21 121:8 138:12 246:7

**anymore**
90:19,24 115:14 139:25
199:10 200:22 208:11

**anyway**
58:22 60:18 152:2 161:14
162:17 200:10

**apart**
146:23 182:21 221:17

**apartment**
48:17 59:18 69:9 184:15

**apartments**
48:13 69:3 70:5

**apologize**
70:15 204:10 212:16 222:5

**apology**
199:13

**apparently**
81:3

**appeal**
99:14,15

**appealed**
37:6

**appearance**
248:14

**appearances**
2:1

**appeared**
252:5

**appearing**
7:10

**appears**
118:14 129:8

**apply**
78:5

**appoint**
125:7

**appointment**
125:10

**appreciate**
27:7 84:21 135:4,7 168:13
248:22 249:6,10

**appreciation**
177:4

**approach**
54:4

**approached**
36:10 100:6

**approaching**
222:2

**appropriate**
158:19

**approval**
62:24 83:3,15 89:11 106:24
119:15,17,21 141:2 192:7
195:11 236:17,19

**approvals**
50:17 84:8 174:14 176:22

**approve**
20:13 26:21 140:7,24
141:11

**approved**
61:23 65:17 79:10 80:1
82:24 120:21 125:17,19,21
126:6,18 137:24 138:1
139:14,19 142:14 143:5,12
192:12,19,23 193:1 240:4

**approximate**
151:5

**approximately**
12:3,10 17:8 26:8 32:13
34:3 39:16 40:24 45:16
50:22 74:1 82:14 93:4,8
98:5 115:24 127:4 188:2,3
188:16 193:21 205:3 212:1
213:9 216:24 234:21

**april**
35:21 42:2,5,6,15 112:15
127:21 210:3 212:3,5

**aqualux**
13:23

**architect**
106:23

**architects**
74:6,13

**arduno**
109:10,14,15,15 111:3,3,5

**area**
61:12 67:19,21 87:8

**areas**
48:1 60:21

**arguably**
83:8

**argument**
134:21

**article**
117:17,21 119:8 125:2,4,6
125:14 188:25 189:5
190:17 207:11

**asap**
221:8

**aside**
150:14

**asjaia**
231:9

**[asked - bayshore]**

**asked**
9:11 34:25 53:25 58:9,10
58:11,20 97:6 100:7 110:23
131:4 137:13,13 138:13
140:23 142:19 150:25
161:4 162:11 163:9 171:6
180:13 197:11 202:17,23
202:24 212:17,18 213:8
221:4 244:22 245:3,12
246:11 247:25

**asking**
9:15 43:17 75:17 97:4
103:14,17 111:20 148:12
170:3 171:6 178:6 190:9,11
190:12 195:19 210:11
215:22 216:23 221:12

**asks**
12:14 13:2 32:10

**asset**
114:12 194:19

**assets**
61:6 109:25 110:1 114:6
120:3 158:6 219:16,19

**assist**
230:11

**assisted**
89:14

**associated**
74:25

**association**
26:11

**assume**
7:19 9:9 34:13 67:12 76:25
128:4 145:16 159:7 181:19
186:20 189:21 244:20,20

**assumed**
85:6 111:4

**assuming**
38:21,22 66:20,21 69:23
80:18 169:6 175:15 208:14
246:7

**assumption**
127:17

**assumptions**
66:14,20 67:17 68:11 87:19

**atkapora**
133:22 134:3

**atlanta**
51:19

**attached**
231:13

**attendees**
218:19

**attention**
113:9 122:6 155:7 187:12
229:23

**attorney**
11:3 134:5,24 145:16,18
149:5,9,12,15,24 150:4,8
151:15 153:22 157:13
167:10,19 213:15,15,16,17
214:3,7,12,21 215:2,9,14
220:18,18 227:10 252:17
252:19

**attorneys**
112:9,11 167:12 170:20
171:7 182:18 214:13,23
215:1,16 217:2,5,6,11
221:15 222:11 228:13

**attractive**
99:8

**audited**
23:1 100:24

**auditing**
145:2

**audits**
21:22

**august**
42:21 133:12 153:16

**authority**
125:5 138:21 252:4

**authorize**
8:1 20:14 26:22

**authorized**
130:7 138:4 236:4 252:13

**automatically**
86:8

**available**
6:9 26:15,17 85:15 191:21
218:2 219:6 220:3 224:9

**avenue**
1:10 2:10 52:20

**average**
27:1 86:4

**averages**
233:2

**aware**
94:14,15 95:11 104:6,9,12
125:21 145:8,10,11,14,15
147:7 157:9,12,15 159:11
223:2,23 225:4 226:11,15
226:22 228:2 229:22 230:4
236:14,16 244:2,5 246:9,16
246:19,25

**axis**
14:1

---

**b**

**babies**
32:4

**bachelor**
11:16

**back**
8:8 15:8 25:17 26:2 32:6
33:15 41:3 43:9 57:2 58:8
63:1 72:5 75:15 83:19
92:17,24 94:24 95:19 97:17
104:14 105:12 107:23
115:6 117:10,11 118:15
119:3 120:17 121:1 127:7
135:19 137:8,18,19,20
140:13 150:19 152:18
159:19 160:20 161:11
162:8,9,10 165:12 167:7
172:2 179:25 180:23
181:21 182:7 183:2,4,6,8
183:20 187:15 194:13
197:10 198:1 205:3 213:3
219:21 220:19 221:4 234:4
235:20 237:7,13 241:9,14
243:3,18,21

**background**
3:9 10:19 23:2 32:7 170:17

**backwards**
108:13

**bad**
181:5 190:8,10 195:18,21
196:12 210:10,13 221:11
247:14 249:4

**bahamas**
179:20,24

**bail**
20:1

**balance**
158:22 172:2 174:2 211:23

**balances**
104:1

**ballpark**
12:11

**bank**
38:23 41:7 54:24,24 56:7
56:14,23 65:5 69:17 71:8,8
72:4 132:20 133:3,5,10,14
133:15,16,18,19 149:17,18
174:24 176:25 191:8,8,22
192:1,2

**bankable**
177:4 227:19

**bankruptcy**
120:6 227:17

**barack**
95:18 219:24 222:6

**barber**
48:25 49:2

**barbers**
49:3

**barely**
24:17

**barington**
146:8

**base**
136:12,13

**based**
11:3 18:8,9 20:7 22:5 24:1
24:9 26:4,7,16 36:18 38:14
65:8 67:3 76:4 85:14 111:8
137:17 146:1 147:6 164:21
164:22 182:20 184:20
186:5 197:7 233:2

**basically**
13:21 14:21 15:23 16:6,12
18:21 19:25 25:6,12 28:12
38:20 39:2 48:7,12,20 56:7
61:2,22 67:20 69:7 74:11
78:3,7,19,20 79:7,18 114:1
146:1 147:5 148:2 160:10
162:7 165:20,24 172:11
176:16 200:15 203:1,3
218:3 219:18 232:15
234:20

**basing**
87:4

**basis**
126:25 127:1 129:11
174:19,22 224:5 239:5

**bates**
111:18 112:22 113:3
117:16 119:7 125:2 126:13
126:19 153:10 185:16
186:9 187:6 188:22 205:17
205:18 206:3

**bathroom**
42:24

**bay**
37:2,18,25 39:15,18 40:6,7
40:9,19 41:1,19 59:6 60:6,7
61:15

**bayshore**
59:4,24 60:24 62:20 63:17
63:22 66:13 68:23 70:12
72:18 73:7 76:12 77:6,8
78:18 79:4 84:3 92:25
93:14 96:12,20,22,24 97:2
97:3,7,17 98:1,8 100:6
101:24 114:17 175:21
178:14 179:3,6,8 184:2,7,9
184:12,24 186:3 188:14
189:20 191:16 193:9,14
194:19 195:2,3 196:17
205:8 206:5,17,18 207:13
208:2,3,9,16,18 209:4,11
210:2 211:25 220:6 236:3
236:15,22

**[beach - building]**

**beach**
44:7 46:17 49:24 50:13
56:1 58:5 60:2,4,5 78:1
138:6,7,18 187:11 200:8
234:11 244:11,11 245:3
**becoming**
184:23
**bed**
48:15
**bedroom**
48:9,10
**began**
74:23
**begged**
181:21
**beginning**
117:15 188:21 203:3
**behalf**
2:3,13 20:10,12 27:10
32:19,21 112:5,6 124:23
220:2
**believe**
13:19 22:7 23:18 28:24
41:1 51:9 54:7 55:3 64:7,25
65:15 67:2,22 70:8,20
72:19,21 73:2 75:19 83:5,6
89:23 94:3,20 96:8 105:25
115:13 116:4 118:3,8,20
131:17 133:8,11 136:15
139:19 147:19 149:19
150:20 156:22,25 161:1,6
163:19 180:2 185:6 187:21
194:8 197:4 200:19,25
202:16 213:13 216:3
218:23 223:7,8 232:19,19
233:22 236:21 237:25
243:10
**believed**
61:25
**belong**
160:12
**beneficial**
12:15,20
**benefit**
96:17,19 97:5,9 114:6
**best**
11:5 169:19 219:15 227:22
231:2
**beth**
116:4
**better**
8:23 13:15 19:11 41:7
74:24 102:19 159:5 178:5
**biden**
19:23

**big**
36:2 47:3,3,10 49:21 99:12
104:22 108:22 110:2 138:1
142:5 143:7
**biggest**
196:23 204:7
**billion**
57:18,19
**bills**
27:17 69:17 114:3,4 174:17
**biscayne**
2:17 5:9
**bit**
27:8,17 46:19,20 48:5
49:14 51:13 54:3 55:1
58:17 63:2,8 97:18 117:8
129:1 130:2 153:9 166:9,9
190:16 238:22,24
**bits**
165:9,15 166:8 224:11
**bless**
141:23
**blessed**
246:17
**block**
44:3
**blocks**
44:3
**blvd**
2:17
**board**
31:25 103:3,4,12 104:2,15
104:18,20,21,24,25 105:1
121:25 122:1 125:16 130:7
139:17,18,19,23 140:1,9,9
140:11,13,16,17,19,22,23
140:24 141:5,8 142:9,14,18
143:5,12 181:7 216:12,15
216:17,18 232:19 246:13
246:14
**boat**
164:17 247:11,23
**boca**
60:19
**boggling**
241:17 247:7
**bonds**
23:13 33:7,13
**bonet**
49:18 51:5 241:22
**bonus**
130:18,19 239:23 241:22
242:1
**bonuses**
240:3,25

**books**
134:4,4,10 135:3 136:15,16
148:8,9,10 149:19,22 150:1
169:25 202:4,6
**boom**
88:5
**boring**
33:5
**born**
21:2 100:14 191:17
**borrowed**
207:17
**boss**
14:3
**bother**
200:15
**bottom**
48:23 113:8 117:17 119:8
127:3 158:2,15 168:8
**bought**
58:2 61:5,6,8 65:4 91:21
111:3 115:5,14 117:7 144:4
146:2 150:15,25 177:17
210:1,3,4,5
**boulevard**
5:10
**brain**
154:4
**brand**
66:16 87:8,17,17 109:20
247:6,23
**branded**
84:10 87:9
**break**
8:3 34:19 35:20 42:12,24
43:12 46:18 92:14,22
135:23 152:9,20 183:14,24
195:7,10 213:5 237:2,10
**breakdown**
110:5,23
**breakfast**
144:5 202:23,24,25 203:22
204:5,18 209:7 239:9
**brian**
213:18,19
**brickell**
1:10 2:10
**brief**
43:7 92:16 135:18 183:19
213:1 237:5
**briefly**
7:12 108:5 195:4
**bring**
202:24 220:6
**broad**
16:23

**broadway**
16:22 22:4 24:5
**brochures**
65:25
**broke**
168:17 194:2
**broken**
209:22
**broker**
164:2,2,3
**brooklyn**
13:25
**brooks**
145:6 148:4,5,6,17 157:17
167:4 169:18 170:7,11,16
200:24 201:7,23 202:9,13
224:7,24 225:4,16,23 226:1
226:3,6,18 227:1,4,7,11
228:9,23 234:4 244:1
**brought**
16:1 77:23 122:5 148:4
155:7 203:7 226:2 239:22
**bucks**
16:1 26:8
**budget**
25:18 26:7 79:9 80:25 81:4
81:6,7,8,16 82:3,15,17,22
83:4,7,10,14,24 84:2,20,20
84:25 85:22 87:24 89:20
90:7,15 125:4,17,19,21
126:2,6,8,12,18,22 127:7,9
127:11,12,13,15,20,25
128:2,3,8 129:2 136:4,11
137:22,24,25 139:18,20
140:12,24 141:12,22,23
142:3,4,6,9,15,16,24 143:4
143:13,19,21,23 144:1,5,6
144:8,9 145:12 168:18
203:10,11 208:10 237:14
237:16,20 238:2,9,17,20,22
238:24 239:7,10,18,21,23
240:5,6,9,10,19,20,24
241:9,13
**budgets**
85:2,17 126:9 128:15,19
129:4,5,14 139:12,12,14
140:6 145:15 168:24
**build**
54:14,15 66:20 68:9 69:2
88:12 193:24 198:24
**building**
37:10 48:9,21 50:9 52:18
52:22 54:10,14 62:12 63:19
69:3,15,21,24 70:3,4,9
89:18 99:13 101:5 176:13

[buildings - client]

**buildings**
59:2 61:13
**built**
69:10,10 164:10
**bulk**
49:23 51:4
**bullied**
146:25
**bunch**
61:7,10,13 176:6 180:24
**business**
13:22,23 14:1 15:23 16:9
19:15 21:4,4,5 22:21,23,25
27:8 28:3,5,7,14 29:3,7
30:3 31:6,11 46:5,21,22
47:7 49:4,9,13,13 53:8
54:12 95:10 97:23 99:13,23
99:25 100:12,21 114:3
163:23 164:10 180:9 198:5
198:6,7 224:2 233:25 234:2
**businesses**
14:15 49:10
**buy**
16:7 69:9 178:12 180:8
203:16 204:15,17,21
205:11,25
**buyer**
25:4
**buying**
220:5
**buyout**
146:23 190:1 197:22

**c**

**calculate**
38:15
**calculated**
208:12,20
**california**
24:6,12
**call**
14:6 22:23 23:7 25:17 40:3
58:9,10,11 59:11 98:17
101:5 109:16 165:24,24
177:13 181:25 182:1 192:3
248:25
**called**
4:19 12:22,24 13:23 14:3,9
14:20 17:2 19:24 39:4 44:6
52:12 56:9 64:18 71:20
72:9 74:10 77:6,23 113:23
138:18 162:18 175:24
176:2,3,16 179:20 218:22
238:2 242:21 244:11 245:3
245:9
**calling**
25:14 52:2

**calls**
19:25 25:16 79:18,19 83:21
91:7 122:15
**capable**
52:15 101:3
**capacity**
147:18
**capb**
19:22
**capital**
14:22,23 16:5 17:2,12 52:5
55:14 75:7,13 76:1,20
77:17 79:18,19 83:21 91:7
93:22 99:21 103:21 106:17
109:21 113:13,15,23,25
114:2 117:17,18,21 118:4
118:15 122:15 123:24
133:6 139:9 172:14 173:5
173:23 176:24 177:11
187:8 191:8 194:25 223:9
**capped**
131:13
**caption**
232:9
**card**
25:1,2 27:11,13,15,16,18
29:25
**cards**
27:2
**care**
99:13 217:25 247:10
**career**
13:10
**careful**
134:18 216:21 219:25
**cas**
219:24
**case**
9:15 109:3 146:21 173:15
189:17 196:12 229:20
**cash**
21:6,10,13 39:12 54:23
56:11,21 71:22 89:24
111:12,12 208:8,12
**cashel**
90:21,22 95:17,20 110:11
110:12,16
**casual**
44:16 100:10
**cat**
179:21
**categories**
74:24 127:2
**category**
240:8

**cause**
125:16
**caused**
234:22
**caveat**
79:6
**central**
61:15
**cents**
16:8 26:5
**ceo**
28:15
**certain**
6:2 9:13 23:9 25:9 26:12
36:20 39:1 70:25 85:22
114:6 124:20 132:6,9
149:18 191:1,15 199:5
208:14 223:8 226:13
**certainly**
135:5 137:25 238:15
239:13
**certificate**
69:12 251:1 252:1,11
**certify**
251:9,10 252:4,12,16
**cfo**
41:16 67:22 85:9 128:23
145:6,7 147:24 248:7
**cfos**
148:3
**cfo's**
41:22
**chair**
49:1 54:13
**chairs**
49:2
**challenges**
176:11
**chance**
10:23 79:8 185:19
**change**
8:12,17 42:17 80:23 96:25
143:13 238:17
**changed**
21:5 41:2,6 42:18 78:21
82:8 129:14 139:21 142:13
188:1,5,15
**changes**
112:17 143:9,11
**changing**
82:9 90:23 123:5
**charge**
17:18 20:18 174:20
**charged**
130:14 175:10

**charges**
20:9
**charging**
132:15
**chashel**
96:1
**check**
43:2 67:24 135:15 187:1
**checks**
23:3 103:25
**chief**
49:19 51:6
**china**
13:24
**chllc**
231:8
**chooses**
227:16
**circle**
167:6
**circuit**
224:25 231:11,12
**city**
24:4,6,16 42:15 230:2
**civil**
6:5 230:17,20
**claiming**
235:22
**claims**
20:3 81:7 235:16
**clarification**
210:7
**clarify**
127:10 140:8 178:17,22
194:16 249:2
**clarifying**
8:14 84:15 249:17
**clarity**
158:10
**classes**
192:3
**clean**
148:8 202:4
**clear**
9:3,17 71:4 111:10 117:9
123:6 127:19 131:20
136:19 140:18 148:10
169:1 174:9 182:24 196:11
196:16 197:20 199:8
200:20 208:4 210:24 227:9
227:21 229:9
**clearly**
130:21 137:6 201:21
**client**
18:11 21:12 26:15,21 27:1
134:5,24 153:22 214:7

[clients - confused]

**clients**
18:11 20:22 21:8,9 24:22
26:12 27:5,10 38:1
**close**
50:15 61:24 62:5 69:14
92:7 118:5,21,23 138:8
139:1 161:5,9 162:5 173:19
193:25 194:2 195:14
200:17 222:3 235:22
238:19 244:12
**closed**
24:12,12 62:6,7 92:1
130:13 161:6 194:17 195:8
236:23
**closing**
61:22 65:20 120:25 130:14
161:2,4,5,7,8,10 162:4,10
162:11,13,14,16,19 191:15
194:12,24,24 200:11
236:20
**closings**
40:2 69:12 191:6
**closing's**
243:4
**cl's**
156:23
**coconut**
234:22,23
**code**
67:20
**cold**
25:13
**colleagues**
15:6
**collect**
25:3,5 161:4,7
**collection**
25:2
**college**
13:18 16:19 58:20
**collier**
36:4 38:2 44:10
**colliers**
34:23,24 35:5 44:5 67:6,6
67:11
**column**
113:12 116:7 187:10
**combination**
130:24 156:3 159:18 163:3
163:18 178:20 196:6
209:19 220:11
**comfortable**
90:23 131:2
**coming**
20:25 33:15 71:22 80:1
94:15 108:21 154:17,18,20

**coming (cont.)**
160:23,24 191:7 200:21
201:25 221:6 238:19 243:4
**comment**
235:18
**commercial**
36:22
**commission**
1:1,9 2:3,8 4:5,8,12,13 5:24
7:14 18:8,14 43:11 92:21
135:22 146:13 152:22
153:4 164:23 183:24 213:5
237:9
**commissions**
16:11 17:18 18:10,10,20
130:13,17,17 164:1
**commission's**
6:20
**commit**
73:19 83:20 187:16
**commitment**
98:8 188:15 208:9
**committed**
73:11,13,25 74:3 77:2
78:12,12,15 83:22,23 93:1
93:22 105:21,22 185:5
**committing**
77:17
**common**
92:10 102:12
**communicate**
149:25
**communicated**
150:1 195:25 212:11
213:14 219:22
**communicating**
220:1
**communication**
24:9 58:6 98:24 122:5
153:22 155:24 202:20
213:17 217:15 221:14
**communications**
90:7 98:12 149:5 165:5
167:3,23 168:1,22 169:1,5
169:18,21 171:6 182:21
212:18 214:2 215:1,6
221:16 222:24
**comp**
87:15
**companies**
12:14,19 13:7 15:24 17:9
17:18 21:4,18 25:24 30:11
**company**
12:16,17,19,22,24 13:4
14:3,9 16:11,21,25 17:2,15
17:21,23 19:7 20:9,15,20

**company (cont.)**
21:2,15,19 22:5 23:5,21
24:11,20 25:2 26:11 28:22
31:21 36:1 44:14 47:16
49:15 51:10,11 53:7 57:15
57:18,19,20,20 89:12 90:10
94:19,24 99:7,9,12,14,16
100:18,24 101:18 102:12
102:14,18,22 103:15,16,21
104:18 106:16,20 108:9,16
108:22 109:18,19,23
115:17 117:25 119:13
120:2,4,6,7 121:3 124:19
125:17 126:3,21 128:23
129:10 130:12 133:17
139:9 145:20 146:5,10
147:8,22,25 149:23 150:2
150:17 151:17,18 166:13
169:24 173:22 180:25
182:6,20 191:23 198:17,25
199:10 200:23 203:6
217:23 220:1,4,7 223:10
226:13 227:17 228:5,25
229:13,21 238:1,21 240:22
242:24,25 245:11 247:15
**company's**
16:24 219:15 242:10
**compare**
241:3
**compared**
82:11 136:6 143:25 145:12
237:20
**compensation**
18:6 129:17 131:12
**complaint**
3:14,15 224:23 225:5,8,13
225:23 226:1,7,9,17,22
227:2,5 228:2,5,6,10,22
229:1,23 230:3,15,17,20
231:7,10,12,24 232:3 234:4
234:25 235:2,11,13 236:9
**complete**
8:23 10:2 56:8 148:9
205:11 251:11
**completed**
37:4,9,10 39:10 44:3 50:6
69:11 91:18 108:18 109:7,7
181:1 193:19
**completely**
21:5 122:23 126:8 127:8,14
128:12,14 130:3
**completion**
75:3 109:5,12 191:5
**complex**
22:25 27:4

**compliance**
23:11 31:1
**complicated**
23:8 54:17,18
**components**
107:1,5
**comps**
67:4,19 85:14 86:9 87:6
**concentrate**
33:16,17
**concept**
37:9 44:5 47:6 48:8,12,22
48:25 49:7 50:10,17 53:20
54:6,18 55:5 56:16 58:1,15
58:23 62:9 74:6 99:24
100:14 106:22,23 172:16
177:15 180:8 219:12
**concepts**
219:14 220:9,20 234:1
**concern**
88:15,19 89:19
**concerned**
21:2 89:4 111:9 222:13
**concerning**
6:23 58:7 66:25 103:1
168:23 217:4 218:12
246:25
**concerns**
90:15 195:23 226:3
**concluded**
250:3
**condition**
218:13
**condo**
52:18 66:17 69:24 87:17,18
101:9
**condominium**
63:19 69:6
**condos**
36:25 46:24 58:25 59:6
62:4 68:25 87:9
**confidence**
87:13 196:10
**confident**
86:19 162:14
**confirm**
15:13 167:9 241:23,24
**confirmed**
167:10
**confront**
247:17
**confronted**
163:4,16,24
**confused**
142:22 236:2

**[confusion - couple]**

confusion
  158:9,15,21
congratulations
  39:22
connect
  53:25
connected
  252:19
connecticut
  96:1
connection
  119:14
consensus
  103:18
consent
  121:8 125:16 141:25
consider
  33:20 46:17 59:4 100:7
  120:23 181:8 184:24
consideration
  144:10 180:3
considered
  100:19 101:17 166:13
considering
  58:12 194:23,24 220:3
  247:15
consistency
  54:16
consistently
  103:23
consolidate
  29:25
consolidation
  29:12
constantly
  82:8 198:18,20 243:21
constitute
  6:4
constructing
  74:18 177:24 178:1
construction
  38:13,17 39:20 40:15 56:8
  62:18 66:17 69:8 74:12,14
  74:15,23 88:4 91:17 94:20
  195:6,10 223:10
consult
  103:1
consumer
  20:3,6,10,12,13,13,14,20
  24:9,22,25 25:3,5,6,7,8,16
  25:21,25 26:1,9 29:13
  30:13,21
consumers
  19:18 21:11 22:16,18 26:18
  27:10 29:9,10,18,24 30:19

consumer's
  25:18
contact
  43:18 249:1
contacts
  80:3
contain
  167:23
contained
  251:12
contains
  153:11
contemplated
  77:15
context
  122:9,21 129:1 144:2 152:2
  188:11
contingencies
  65:7
contingency
  20:7 127:1
continue
  15:9,21 69:19 70:9 168:9
  199:25
continues
  234:19
continuing
  209:2
contract
  26:10 50:15 61:21 138:8
  150:21 176:7,18 179:22
  181:3 213:20 244:10
contractually
  38:24
contracturally
  210:17
contradictory
  162:6
contrary
  119:12
contribute
  158:18
contributed
  109:18,25 111:5,5 158:5,17
contributing
  123:18
contribution
  113:15 160:8 187:20
contributions
  113:13 117:22 118:16
  187:8
control
  5:19 14:2 26:16 41:12
  77:13 125:5
controlled
  40:20 70:1 95:5 124:6

controlled (cont.)
  157:5 158:4 175:5 207:2
controller
  89:24
controlling
  124:9
controls
  20:6 233:13,14
conversation
  44:16,23 90:18 100:10,13
  120:19 121:10 122:1,4,23
  122:24 144:3,7 151:19,22
  152:2 172:3,13 188:12
  227:10,14 229:15 242:14
  243:6
conversational
  216:4
conversations
  8:6,7 67:9 90:17 103:11
  104:14 105:13,17,18
  143:19 151:14 203:5 213:4
  214:17 217:1,3,4 218:24
  228:13,21
converts
  118:7
coo
  28:21 31:16,16 32:2,3,11
cookie
  33:7,18
copied
  147:4
copy
  6:6,19 7:9 10:21 75:16,21
  215:7,8,17,18
coral
  37:8,19,24 39:16 40:18
  44:1 52:20 59:17 156:20
corporate
  12:18 95:2
corporation
  12:17
correct
  15:15 17:21 28:16 29:1
  34:14 38:4 47:22 55:22
  57:4,7 76:21 85:11 89:8
  91:9,10 93:23 94:22 96:15
  97:19 105:24 106:7,11,13
  114:20 117:11 127:23
  129:6,7,11 131:14,25
  133:22 139:24 142:14
  143:5 155:14,17 157:3,4,6
  157:15 173:4 174:6 177:25
  178:2 179:13 188:3,4,19
  196:17,19 206:15,23 207:3
  207:21 209:24 216:8 217:9
  224:14 233:6,7 234:9 236:5

correct (cont.)
  238:21 242:9
corrected
  154:5
correctly
  128:20
cortez
  2:4 4:2,6,22 5:4,12,15,18
  5:22 6:16 7:4 10:10 14:25
  15:5,5,8,12,17,18 40:5 43:3
  43:6,8 60:22 63:10,15 76:8
  84:21,22 90:13 92:17,19
  96:10 97:13 107:15 111:16
  115:20 117:1,2 122:25
  134:15 135:4,13,16,19,25
  141:7,10 146:6 147:12
  150:13 152:10,18,24 156:8
  156:10,11 157:14 162:23
  167:8 168:13,14 169:10,13
  171:4 173:8 177:19 180:14
  183:12,17,20,21 185:13,24
  194:4 195:1 197:15 199:24
  201:2,16 205:15 212:17,24
  213:2 214:10 216:6 221:24
  224:21 226:19 228:17
  231:5 237:6,23 238:7 242:6
  248:12 249:22
cost
  38:13,13,13 65:4 74:12
  81:20,23 88:5 126:24,25
  129:16 174:22,22 175:15
  240:21
costs
  65:7 66:19 74:12,12,15,16
  74:22,23,25 87:24 88:2,12
  88:15,20,23 127:2 139:16
  238:20 240:8,9 241:2,4
counsel
  4:7,8,9 5:1,4,8 8:13 15:10
  15:13 248:4,14 249:2,17
  252:17,19
counseling
  25:24
counsel's
  248:23
count
  219:18 221:8
counting
  221:15
country
  35:23,25
county
  225:1 231:12 252:3
couple
  19:15 35:2,6 36:15,17
  49:17 50:25 51:1 53:25

[couple - deserve]

**couple (cont.)**
94:18 119:25 134:12
146:10 147:13 150:22
156:10 161:9 163:13,15
169:23 170:2,6 171:16
185:17 186:8 193:24 203:9
237:12 249:19
**course**
6:9 8:19 23:22 137:11,11
166:7 245:5 249:1
**court**
7:20 8:2,4 63:11 183:14
224:25 231:11
**courted**
61:19
**cover**
71:25 153:4 181:11
**covered**
248:8
**covid**
24:4,10 34:20 42:13 54:7
55:4 88:4,13
**cozy**
61:16
**create**
153:20
**created**
30:4 80:13 96:22 114:9
153:19 156:16 177:4
186:18,24 187:14 189:6
206:14,18
**credit**
24:22 25:1,2 26:4 27:2,11
27:13,15,16,18 29:25 137:7
139:5
**creditor**
20:12,16
**creditors**
20:10 26:18 29:17 219:7
**creeping**
86:12
**criminal**
6:5
**crisis**
61:5,5
**criteria**
25:7,21
**cross**
63:8
**crying**
147:2
**culver**
24:6
**current**
21:25 25:20 111:6 114:10
115:22 211:23 237:25

**currently**
9:21 23:15 35:1 79:2 222:1
232:22 239:15,15
**customers**
22:11
**cutter**
33:8,18
**cutting**
221:7
**cwl**
231:8

**d**

**da**
113:20,23,25 114:2
**dad**
46:10 51:18,21,24
**dade**
225:1 231:12 252:3
**dall**
113:9,19,22 114:5,11
116:11 178:21
**dance**
165:14 198:21
**daniel**
27:24 28:3,4,19 31:13,21
89:16,17 144:6 155:5
**daniel's**
28:18
**danny**
28:10 41:16
**dare**
114:7,10,17 118:18 206:10
206:21
**date**
1:12 29:25 61:22 73:15
97:24 117:24 131:11
153:12 162:15 169:25
189:24 191:15 200:2,4
207:7 208:14 213:13 251:6
251:16
**dated**
127:21 207:6 252:21
**dates**
29:15,20 98:4 153:15
209:15,25
**david**
2:15 15:2,3,9 199:21
**day**
13:21,21 14:6,19,22 16:9
16:17 17:5,10,11,23,24
19:9 28:7,7 31:14,14,22
32:12,14 33:23 35:24 52:24
53:1 70:2,2 74:1 109:16,20
110:3 124:9,9,15 174:16,16
190:13 209:8 220:15,16
252:8,21

**days**
53:25 73:22,22 134:12
161:9 162:17 200:24
210:19 216:17
**de**
156:19 206:14
**deadline**
244:16
**deal**
24:15 130:13 179:21
**debate**
55:8
**debt**
12:22 13:6 14:4,5,16 17:4,6
19:4,16 21:24 22:20 23:19
24:24,25 25:4,4,5 26:3 27:9
27:11,12,13,15,16,18,20
28:11,15,19,23 29:9,9 30:7
30:15,20 31:11,24 32:11
80:8,20 120:10 130:15
234:22 236:12,16
**debts**
25:11
**december**
182:11 183:11 201:5 207:6
231:10 235:8 243:10,10,13
**decide**
55:25 73:6 106:21 139:10
140:19
**decided**
52:3 73:19 83:20 104:9
110:24 157:20 177:17
184:19 192:13
**deciding**
107:16
**decision**
81:5 101:20 104:10 178:11
195:22 197:16,17,21
**decisions**
119:9
**declined**
58:4
**dedicated**
198:14
**dee**
2:7 4:9 15:7 152:25 153:1,3
154:3 156:8
**deep**
52:14 176:4
**deeper**
210:23
**default**
210:23 247:9
**defer**
25:24 94:23

**define**
50:6 156:21
**defined**
118:16,17 119:21 207:7
**definitely**
31:10 83:17 89:4 137:17,19
162:6 192:25 193:15
199:19 238:3
**degree**
11:18 87:13 196:10
**degrees**
11:19
**delay**
210:18
**delayed**
65:20 144:11 161:10
162:11,20,20,21 168:22
178:9
**delineates**
119:16
**delinquent**
25:20 29:10,13 247:8
**delivered**
20:22
**delivery**
247:6,23
**demand**
149:22 150:1
**depending**
39:3 172:23 189:16
**depends**
21:18 175:4
**deploy**
73:12,13
**deployed**
73:15,25 74:2 77:1,3 78:15
83:22 91:8 208:24
**deposit**
25:9 26:13 181:4 182:14
244:19 245:13,14 246:21
**deposition**
252:11
**deposits**
20:4
**describe**
33:2,11 46:21 55:24 84:5
103:11
**described**
51:16 176:7 178:19 180:21
201:6 204:4
**describing**
164:2
**description**
3:6
**deserve**
210:14

**[design - duties]**

design
 50:17 74:6 174:14 176:22
 195:13,13 201:21 242:22
designers
 74:13
designs
 84:8
desire
 8:15 198:15
detail
 51:16 69:5
detailed
 224:15
determine
 6:1
determined
 130:20
develop
 81:19 176:8
developed
 6:3 62:11 69:10 71:23
 174:6
developer
 37:21 44:1,19 71:24 77:11
 198:24
developers
 34:24 36:10,16 37:22,23
 181:23,25
developer's
 38:12
developing
 37:13 74:18 174:15 191:2
development
 36:7 37:24 49:15,19 50:8
 51:3,6,15,24 65:4 70:19
 71:23,24 74:5,8 91:13
 106:16,20 131:22 156:19
 157:2 173:22 174:18,20
 175:6 191:2 192:20 193:4
deviate
 125:17
deviated
 125:22
deviation
 83:14,18
 ███████
 5:17 28:25 45:21 90:21
 113:8,9,21 114:7 118:17
 139:23 148:22 166:19
 167:18 199:17 200:1 203:2
 206:10,22,25 207:8 216:11
 216:14 217:16 222:10
dictate
 86:9
dies
 245:18

difference
 17:17 143:8,23,24 237:17
differences
 102:6 145:11 186:6 237:19
different
 13:10 14:11,14 16:4 17:8
 19:15 20:19 27:2 29:14,14
 29:15,20,21 32:5 36:11
 37:22 49:3 54:4,19,25 61:7
 68:24 69:1 75:10 119:16
 123:13 126:9 127:8,14,18
 128:13,14 129:5,13 130:4
 133:18,18 136:7,9 137:3,21
 139:21,21,22 143:4,18
 147:24 165:17 179:10,11
 197:12 226:21 232:17
 233:25 234:1
differently
 102:3
difficult
 63:9 201:14
digital
 22:13 30:19,20
diligence
 245:16
dimension
 17:2
dimitri
 34:23 35:5 36:3,20 38:4
 43:23 44:12 45:5,8,23 58:7
 67:10,16
dinner
 200:1
direct
 120:1,15 221:14 224:12
direction
 140:20
directly
 12:15 55:19 99:25 119:4
 133:5 154:25 173:11 179:1
 206:22 223:25 227:7
directors
 216:12
dirt
 177:2,5,22
disagree
 146:19
disagreed
 55:7 147:10
disclosed
 121:17,19,22 175:7 192:22
 192:25
disclosing
 212:17
disclosures
 26:10,11,12

discounted
 66:22 68:2,4 85:10 108:12
discrepancy
 82:13 208:7
discuss
 152:11 202:25 217:21
 220:8
discussed
 159:1 169:6 172:9,16 197:3
 207:3,8 218:2 219:5,11
 237:1 240:2 246:24
discussing
 15:20 172:23 234:8 249:10
discussion
 43:10 57:10 168:16
discussions
 92:21 135:22 152:21
 157:12 170:8 183:23 222:4
 222:10 235:1,5 237:8
dissolving
 120:5
distinguish
 31:23 97:11
distress
 61:8
distributed
 159:16
distribution
 150:18 159:22 160:1
distributions
 150:16 151:1 188:23 189:1
 189:7,23 190:2,6
district
 242:22
diversified
 1:24 33:5,12,19 35:12,12
 94:10
diversify
 96:13
division
 4:11
divisions
 46:6,23
dixie
 154:25 157:23 158:8 159:6
 159:8,17,19,23 160:3,15,19
dj
 89:16,17,21 90:5 99:6
 100:17 110:12,21 128:19
 128:22,23 131:15,16 145:5
 147:25 158:4 160:8 202:24
 203:2,4 204:4,6 239:9,19
 240:22,24 241:6,12,21
 247:3
document
 7:7 10:11,13,16 65:1 66:7

document (cont.)
 73:3 82:3 111:18,20,25
 117:16 119:20 132:23
 134:13,25 153:7,18 186:12
 192:10,17 205:22 231:14
 231:18
documentation
 133:2 137:9 148:13 155:11
 202:14 218:11,17,20
documents
 6:8 9:14 53:6,13 64:22 66:3
 73:5,18 84:6 97:25 98:4
 110:20 118:23 119:2
 126:10 168:1 184:5,9,11
 196:9
dog
 45:1,2,21
doing
 17:22 22:22 46:11,12
 105:14,14 122:17,19
 132:18,25 146:15 181:2
 223:11 224:3 249:5
dollar
 26:5 57:15,18,19,19,20
 79:14,16 80:9 109:21
 182:14
dollars
 68:9,10 71:7 75:18,18
 108:9 129:21,25 150:22
 163:24 164:6,9,13 176:22
 181:12,18,20 191:23
 201:24 202:22 245:24
double
 238:18,19
dramatically
 142:13
drawings
 48:14
drive
 52:22 206:5,17 227:17
drop
 73:3
dropped
 78:22
drove
 52:23
due
 132:6,9,9 138:20 244:15
 245:16
duly
 4:19 252:6
duration
 10:5
duties
 125:3

[eagle - executing]

## e

**eagle**
14:4

**earlier**
27:19 52:11 68:18 84:23
91:12 101:22 106:3 129:6
162:17 229:3 236:11

**early**
42:9 93:7 127:25 128:8
143:6,7 150:19 154:10
168:21 182:10,12 201:4

**earn**
26:23

**earned**
229:6,19

**earnest**
91:17

**easier**
21:13

**eastern**
4:3

**eat**
16:20 181:18

**economics**
101:6

**ed**
134:2 135:2

**edgewater**
96:2

**educated**
235:24

**educational**
11:13 12:13

**edward**
2:14 5:7

**effect**
21:3

**effective**
105:17 112:15 117:24
207:7

**efforts**
105:7,9 214:4

**eight**
34:2 49:2,3 72:20 224:23
225:21 229:25

**either**
5:19 18:18 22:20 25:2,23
30:14 36:5 41:19 46:3 58:6
70:15 72:20 73:2,9 84:5
158:6 159:24 161:13
174:19,21 189:22 195:12
199:16 200:19 221:9 223:5
223:18 244:4

**elevation**
89:2

**eminent**
62:5 161:8 162:19 178:10
217:24

**employee**
252:17,18

**employees**
23:20,23,24 24:18 30:7,8
30:10 47:1 50:20,23 107:11
129:20 130:19 145:1
232:20 233:6,8,9 238:21
240:14,21

**employment**
13:15 32:7,10,13

**encumbering**
120:3

**endeavors**
13:16

**ended**
32:12 78:9 187:21

**enforcement**
4:11 19:22

**enforcements**
21:23

**engage**
157:21

**engaged**
149:16 225:18

**engineer**
46:11

**engineers**
74:7

**ensure**
70:6 219:19

**enter**
23:6,9

**entered**
222:9 223:3

**entertaining**
58:12

**entire**
18:5 70:3 125:19

**entities**
5:18,20 13:10 41:10 114:1
121:4 154:21 171:24 172:1
173:25 175:6 188:10
202:12 207:2,2,8 209:19
210:1 222:13

**entitled**
1:14 130:16 146:12,17,20
147:9 161:3 163:21 175:6
189:7 191:1 199:6,9 208:13
229:6,17,19

**entity**
20:24 40:20,22 41:13 69:16
69:25 70:18 77:5,10,13,14
94:22 96:6 97:19 102:9,10

**entity (cont.)**
105:23 107:19 109:20
110:16 113:22 114:4
132:21,22 133:18 154:15
155:1 156:13,23,23,24,25
157:2 158:3,6,6,17 173:17
174:4,19,20 175:5,18
186:17,24 187:13,13 188:1
188:2,10 189:6 206:23
232:11,12,13,14

**entrepreneurial**
13:16

**envisions**
61:14

**equal**
102:10,21

**equally**
204:8

**equity**
33:7,13 38:18,18 62:2
70:21 71:9 102:8,12 118:8
130:15 158:7,23 160:8
178:18 209:25 211:24

**error**
11:8 82:19

**escrow**
20:5

**especially**
27:4 54:7 139:8

**esquire**
2:4,5,6,14,15

**essence**
39:5

**essentially**
29:23 42:12 65:11 77:3
85:2 115:4 119:2 177:22

**estate**
34:7,8,11,16,18 35:4,6,10
35:13 36:5,7,21,22 41:25
46:4,12,13,13 51:14,15,19
51:21,23,24 52:2 54:11,15
57:15 71:3 86:25 95:10
97:23 98:16,20,21,23 106:5
106:10,12,14 114:8 156:19
157:2 171:16,21 173:16
174:5 198:2

**estimate**
26:3 98:1

**etcetera**
68:3 74:7,7 174:17,17
218:8

**events**
8:22,24,25 9:14 132:9

**eventually**
25:3 47:11 53:2 57:23
77:19 78:6 145:6 148:4

**everybody**
38:16 70:24 88:7,11 109:20
115:17 134:18 171:1

**everybody's**
217:25

**evolve**
47:12

**evolved**
14:4,5 23:7 24:10

**exact**
31:8 41:21 52:11 97:24
123:12 136:17 239:12

**exactly**
17:17,19 21:20 42:8 50:25
72:19 73:21 77:22 83:16
93:5,6 100:13 170:12
189:21 192:8 193:15,17
238:2 239:1

**examination**
3:3 4:21 6:9 250:2

**examined**
4:20

**example**
23:1 55:25 101:15 111:9
129:15 139:2,13 144:20
192:5,20 198:12

**examples**
111:2

**exceeds**
155:13

**excel**
65:11 88:21 108:11

**exchange**
1:1,9 2:3,8 4:5,7,12 5:24
18:24,25 19:3 153:4

**exchanges**
81:12

**exchanging**
248:7

**excited**
234:3

**excluding**
248:10,18

**exclusively**
234:13

**excuse**
32:16,18 80:11 122:18
141:3 190:23 236:1

**execute**
14:22 16:10 88:5 106:25
107:4 174:12

**executed**
38:21,23 108:18,19 119:2

**executing**
101:8 112:7

[execution - filed]

**execution**
16:11 18:14 75:3 176:11
**exhibit**
6:14,18,21 7:2,6 10:8,12
32:6 105:20 111:14,17
112:23,24 113:5 126:12,13
126:18 127:19 136:2
152:16 153:4,5,6,10,25
154:1,4,5 157:16 164:25
165:1,1 169:19 170:11,18
185:11,15 187:4,6,7,19
205:13,17 224:19,23 231:3
231:7 241:9,20,24
**exhibits**
3:6 231:13
**existed**
159:2
**existence**
23:9 50:4,6
**existing**
198:7
**exit**
38:14 54:20 56:5,6 57:11
66:14 67:21 68:19,23 71:6
72:5 79:11 85:5,6,8 86:8,13
86:16,23 87:7 88:17,25
89:2 101:25 160:9,11
184:11,14
**exited**
108:18 173:7
**expand**
24:14
**expect**
111:23 164:5
**expectation**
38:9 150:25 151:9,11
173:13 175:16 177:20,20
190:14 192:10,17 195:15
**expectations**
190:2,5
**expected**
236:22
**expense**
89:1
**expenses**
56:11,21 72:1,12 74:16,25
75:10 76:20 86:7,12 88:24
127:3 129:10 175:15
184:11 219:18 221:8
240:19
**experience**
30:20 36:16 37:6 46:14
51:14,17 87:3
**experienced**
88:9

**expertise**
30:11 66:18 68:12 87:3
**expired**
62:21
**expiring**
62:23
**explain**
38:7 71:5 85:21 86:15,17
110:5 113:18 148:13,25
149:2 154:13 165:11
**explained**
149:9 176:17
**explaining**
30:21 199:5
**explanation**
86:22,24 130:10 132:1,24
155:10,19,25 156:1 160:17
160:19,21 163:16 165:7
183:9 202:10
**exposure**
35:13 106:10
**express**
45:11 64:21
**expressed**
64:12,17 89:19
**extend**
191:15
**extended**
117:25
**extension**
138:2,10,14,16,25 191:14
191:18 192:1,4,5,9,15
194:5,7,20 210:17,25 211:1
211:3 234:25 236:3,23
244:15,16,25
**extensions**
62:8,22 139:10 194:20
244:14,14
**extent**
8:7 32:1,5 35:18 58:22
67:25 82:8 94:21 104:23
108:23 148:25 167:17,25
169:4 214:3
**extra**
172:11
**extremely**
99:7 144:11
**eye**
35:17

---

**f**

---

**face**
22:12,12 24:9
**facing**
30:13
**fact**
62:6 81:17 98:19 197:11

**fact (cont.)**
243:20
**factor**
101:20
**factors**
67:5
**facts**
6:3
**faded**
17:5
**fair**
17:7 24:18 64:8 107:6,7
225:12 230:24
**fairness**
109:1 246:17
**false**
196:2,4,5
**familiar**
60:16 154:23 159:7,9
225:13,21,24 232:1 235:16
235:17
**families**
47:14
**family**
36:25 37:3 46:14,24 51:19
52:18 54:15 94:18 95:5,7
109:9,10,11,17 113:20
114:2,2 149:9 151:20
178:21,21 224:3 246:4
**fantastic**
200:8,9
**far**
13:11 21:1 38:12 80:10
98:23 101:2 128:22 129:2
136:23 145:4 147:9 178:24
181:1 230:10 236:20
245:12
**farms**
176:9,13
**farrington**
103:6
**fashion**
197:5
**fast**
23:10 62:6 87:1 243:5
**faster**
39:19
**favorites**
200:7
**fdc**
19:21
**fdic**
20:4
**february**
210:2

**federal**
6:2,5
**fee**
20:9,18 26:23 132:9,16,17
138:10,14 146:13 161:2,4,5
161:7 162:13,16 174:18,20
175:3,8,8 191:3 193:4,5
210:17 211:3
**feedback**
55:11 221:9,12,18
**feel**
35:16 75:23 85:23,24 86:19
86:24 101:3 130:22 190:8
190:10,20 195:18,21
196:12 210:10,12 221:11
229:17 249:4
**feels**
139:21
**fees**
20:8,8,8,21 21:9,12 26:5
62:22 71:23,24,25 74:8,9
76:19 126:5 129:21,25
130:18,23,24 131:3,4,5,8
131:19,22,22,22 132:1,3,6
132:8,15,16 136:8 138:2,16
161:14 163:21 164:2
165:17 174:18 175:2,7,7,11
191:1,3,13,14,17,18,18,19
192:1,4,6,9,15,18,20,20,21
192:24 194:6,7,20 199:6
229:6 234:25 236:3,23
244:25
**feet**
48:17 86:22
**fell**
146:23
**felt**
56:22 85:13 99:11 130:16
147:9 163:21 164:20
**field**
40:8 62:13,14,15,16,18
91:13
**fifth**
125:15
**figure**
170:14
**figuring**
161:9
**file**
1:4 5:25 251:5
**filed**
224:23 225:4 226:22 227:1
227:5 228:2,5,7,10,11,14
229:1,23 230:3 231:7,10
234:25 235:3

[filing - functioning]

**filing**
120:6 226:1,6,9
**final**
183:10 187:20
**financed**
41:7 65:5 164:18
**financial**
12:24,25 13:1,6 14:10
28:21 29:5,12,22,23 30:3,6
30:9,18,23,25 31:5,15,17
31:19,25 53:10 61:5 64:1
65:2,10 66:6,13,25 67:9
72:24 76:11 84:18,19,23,24
84:25 101:13 110:19 128:5
142:25 143:2,25 144:11,16
144:24 145:13 147:16
148:24 168:18,20,24
218:13 225:17 228:4
237:16 242:10
**financially**
252:20
**financials**
23:2 44:20 100:24 110:14
127:17 130:8 137:15,17
142:15,17,18 144:13,20
182:19 183:7 241:3 243:9
243:15,19
**financing**
34:25 38:13 41:7 44:11,12
61:23 93:18,20 94:6 138:3
177:9 191:22 194:21 223:7
223:9 232:16
**find**
34:25 44:10 79:20 81:1,22
86:17 95:17 121:9 132:23
156:1 161:15 176:24 177:9
201:14 224:1 230:23 242:9
**fine**
79:20 152:10 164:21 182:4
203:18 228:1 242:5
**finger**
23:2
**finish**
63:7,12,13 90:11 168:10
193:11 237:12
**finished**
13:18 40:11 46:15 51:21,22
101:7 249:24
**fired**
16:12,15 18:18
**firm**
5:8,9 13:22 14:19,21 18:12
23:11 51:24 145:2
**firm's**
5:5

**first**
4:19 14:19 16:18,21 17:21
34:15 35:4 43:21 44:18
45:1,4,24 48:17 52:5,13
57:14 97:21 98:3,13 99:1
112:19 120:18 121:5
147:21 148:5 159:18,20
165:22 182:1 207:5,6
231:15 235:13
**fit**
48:15,17 243:2
**fits**
25:21
**five**
27:2 29:14,19,20,20 34:5
39:18 42:24 44:8 92:14
99:2,5 107:22 153:4,6,13
160:14,17 165:1,1 169:19
170:11,18 183:13 194:15
229:18 234:18 237:2
241:10,20,24
**fix**
89:1 140:17 165:21,23
166:1 198:6
**fixable**
199:12
**fixed**
29:21,22 126:24 129:16
238:20 240:21 241:4
**fl**
1:4,11 2:11,18 6:1,111:19
153:11 205:19 251:5,7
**flexibility**
17:24
**floor**
37:3
**floors**
48:21,22
**florida**
4:6 42:17 49:20 156:20
225:1 231:12 252:2
**flow**
21:13 54:23 153:17 173:6,9
175:17
**flowed**
171:23
**flows**
21:10 39:12 56:11,21
**fluctuating**
232:25
**fluff**
55:11
**focus**
240:13 241:1
**focused**
17:5 168:19 205:7

**focusing**
53:3 184:3 237:14
**follow**
165:18 166:10 171:5 215:8
**following**
21:20 42:18 114:24 168:16
203:23
**follows**
4:20
**fool**
204:7
**foot**
48:13 66:16 68:7,8 79:11
81:25 86:1,2,4,21 88:17,24
247:7
**footage**
81:19,20,21
**forced**
24:10
**foregoing**
251:10 252:14
**forever**
246:15
**forget**
9:9 16:23 109:11 110:9
132:17 166:4 244:19
**form**
3:7 6:20 12:18 25:16 70:6
197:5
**formal**
6:7,11 94:3,3 105:6 125:10
165:10 246:20
**formally**
148:1
**formed**
114:16 158:5
**forms**
27:11
**formula**
108:8
**fort**
49:21 59:5,25 60:2,3,9,14
60:19,24 61:10,12 78:4,9
78:11 206:18
**forth**
23:14 30:22 56:16,22 75:12
76:2,3,19 119:14 120:11
124:15 137:8,18,19,20
165:12 213:11 243:18,21
**fortunate**
16:16
**forward**
23:10 62:6 75:13 87:2
108:1,2 127:20,23,25
184:14 218:6 230:24 231:2
243:5 247:22

**found**
79:7,8,13,22 81:2,18 82:6
83:23 120:19 121:22 130:5
130:11 133:12 136:8
143:17 164:6 180:23 208:9
242:7,13 247:17,24
**four**
39:18 46:6,23 48:9 60:8,10
91:2 110:9 111:18 136:2
167:24 193:22,25 202:3
203:1 217:17
**fourth**
27:1 46:25 117:22
**frame**
39:17 40:16 42:3 45:16
59:20 178:4 195:16,17
197:24 205:12
**frames**
38:14
**francis**
230:2
**free**
190:20 244:15
**freely**
196:3
**friday**
137:12,13 138:13 217:9,12
235:8,9 243:6,22 244:22
245:12 247:5,17
**friend**
34:22 36:3
**friends**
224:3
**front**
20:21 66:17 76:24 90:20
127:17,18 129:21 203:15
**fronts**
54:13
**fruition**
196:8
**frustrated**
235:19
**ftl**
77:6,8 206:5,17
**fucking**
204:11
**full**
4:23 5:5 10:2 42:19 73:12
136:23
**fully**
20:7
**function**
130:12
**functioning**
103:16 104:20,21 105:1

**[functions - half]**

**functions**
24:8

**fund**
172:3,5,7,12,13

**fundamentally**
87:21

**funded**
21:16

**funds**
20:15 33:13 162:12 172:12

**funny**
62:17 86:25 118:3,9

**furious**
121:19 242:21

**further**
156:9 171:8 200:22 246:23
248:23 252:16

**future**
55:4 79:17 108:12 142:16
151:1 211:15 248:24

**fuzzy**
158:16

**g**

**gables**
37:9,19,24 39:16 40:18
44:2 52:20 59:17 156:20

**gained**
148:24

**game**
99:10

**gap**
100:25 111:7 170:1 209:24
209:25

**geep**
228:15 235:4 247:9,9,21

**general**
45:10 49:25 52:7 55:2
68:13 71:10,19 98:20
103:14,18 157:24 158:1
190:21,25 216:23

**generally**
18:22 45:10 82:14 85:13
115:3 128:15 149:2 173:15
189:4 225:12 226:2

**generate**
21:8 107:11

**generated**
18:19 164:10 175:15

**generic**
45:6

**gentleman**
110:10

**genuinely**
99:13 243:25

**geographic**
60:20

**george**
89:18,21,22,23 90:1,2,3
128:19 239:24,25

**george's**
128:25

**georgia**
46:10 51:19,20

**germany**
14:2

**gestures**
7:22

**getting**
72:11 78:9 85:7 86:10,10
92:9 144:7 164:4 170:8
178:9 183:10 190:13
194:13 198:19,20 219:20
222:23 224:6 232:23
234:10 236:2

**give**
10:2 16:2 25:23 26:12
29:16,18 53:23 58:19 61:21
69:4 79:6 103:25 112:22
118:22 130:10 137:22
138:9 154:12 169:19
180:10 182:6 220:24 221:1
246:11

**given**
63:11 68:24 134:7,25
167:20 236:18 246:9
252:15

**gives**
123:12

**giving**
86:3 89:10 100:11 168:11
208:10

**global**
3:13 178:12 204:24 205:18
213:12

**globally**
47:12

**go**
7:12,18 8:2,5,8 21:22 24:10
25:18 29:17 30:19 42:20,23
56:12,23 67:20 69:15 71:25
75:20 88:8 92:15 106:24
112:21 118:14 135:13
152:8 160:4 168:9 169:17
176:22,22,24 182:6 183:1
211:15 212:22,24 214:25
227:23 229:25 230:25
231:1 237:13 240:16
242:15 244:1 245:15

**god**
16:23

**goes**
32:25 68:7 69:18 71:16,17

**goes (cont.)**
75:18,19 89:17 90:9 126:24
136:17 137:5,5,16 177:9
211:17 225:19

**going**
7:20 8:1,20 15:8 32:6 33:14
35:13 40:10,11 47:4,25
54:7,8 63:17,18 65:3 75:7
77:13 78:3 79:5,12 81:24
81:25 86:7,8 88:23,23
92:24 104:14 106:22,23,25
108:2 111:4,20 118:7,22
121:1 127:7,11 134:14,19
134:23 136:1 137:2 147:3
147:24 152:24 153:17,22
158:21,23,24 159:19
160:15 165:14,22 166:13
167:16 168:10,11 169:7,24
170:24 176:18 186:8
187:15 190:15 192:6
195:11 198:1 199:11
202:18 203:8 211:6 216:21
218:6 220:19 226:16 230:5
234:4 241:9,14 243:4,20
245:5 247:8 249:16

**goldenberg**
67:23

**good**
16:16 19:12 24:15 101:7
106:15 107:3 153:2 166:2
180:25 185:1 210:12 231:1

**goodkind**
213:18

**goods**
13:24

**gorgeous**
180:22

**gotten**
56:24 139:20 229:23

**government**
20:1

**gp**
38:19,20,25 39:3 56:8,18
69:19 71:12,13,17 72:13
78:24 172:6,7,8,10 176:25
191:9,12,25

**gradual**
86:6

**graduated**
11:15 12:4 13:17 17:7

**grand**
200:25

**granular**
201:19

**great**
200:6

**greg**
145:6 148:4,5,6 157:17
167:4 169:18 170:7 200:24
201:7 202:9,13 224:7,24
225:4 226:18 227:4,21
234:4 244:1

**grew**
21:16 23:5 46:10 51:18

**ground**
37:2 106:15 107:3 181:23
191:5 194:2 195:7,10

**group**
14:4,20 16:21 77:23 97:9
99:20 124:8 148:21 184:21
188:9 199:17,18,20 219:25

**grove**
231:10 234:22,23

**growing**
147:23

**guarantee**
107:18,20,21

**guarantees**
130:14

**guess**
18:2 35:18 47:24 50:13
58:6 91:7 93:6 98:3 104:16
129:17 132:2 137:19
138:23 141:24 145:5 147:4
151:3 160:15 174:4,18
176:1 177:18 181:5 182:14
193:6 196:5 209:21 210:12
211:7 226:21 228:4 231:21
238:4 244:17

**guessing**
233:1 238:6 239:2

**guidance**
47:16

**guidelines**
31:1

**gun**
99:10

**guy**
61:8 79:25 243:25

**guys**
15:24 21:13,14 43:15 54:2
54:2 66:3 75:16,21 79:10
81:13,24 122:21 152:6,12
163:20 166:1,2 169:14
181:9 200:7 202:25 204:8
220:24 224:9 239:11,13
248:9

**h**

**half**
40:4 71:14 78:4,5,19 98:3
105:25 116:17,20 125:18
140:11 164:5,9,13 183:3,5

[half - improvement]

**half (cont.)**
183:5 198:20,20 241:16
244:17,21,23 245:23
**halfway**
181:2
**halperin**
115:15 151:19,20 217:16
218:23,25 219:9,10 220:10
220:24 222:5 223:15,16
**halperin's**
220:18
**hamptons**
176:8
**hand**
4:16 248:9 252:7
**handed**
10:11
**handful**
30:10 124:11
**handing**
6:17 7:5 111:17 185:14
205:16 224:22 231:6
**handled**
203:18 204:24
**handling**
174:16
**hands**
53:24 199:4,5
**happen**
92:8 121:6 148:3
**happened**
8:21,21 45:13 56:24 77:20
81:13,14 86:5 89:9 118:8
118:13 124:15 149:4 158:3
171:13
**happening**
92:1
**happens**
18:4 20:17 26:23 82:9
120:23 163:13,14 227:20
**hard**
55:1 74:11,15,23 174:22
181:10 245:15
**hardship**
25:18
**harrington**
222:17 233:22
**hat**
97:7
**hawaii**
180:12,17,19,21,23,24
181:10 182:4,6 183:1,10
198:11,12
**head**
7:22 51:2 116:4 169:23
219:18 221:7

**heading**
12:13 84:3
**headings**
153:12
**hear**
7:24 43:21 44:19 47:20
181:22 203:8
**heard**
48:18 88:6 103:23 123:7
128:25 226:17
**hearing**
1:14 44:18 223:25
**heated**
55:8
**held**
12:8,14,16 13:4 141:14
203:25
**he'll**
31:24 181:17,18
**help**
25:12,22 132:25 177:7
187:4 234:11 238:8,13
**helped**
19:19
**helpful**
162:2
**helps**
112:21
**henderson**
24:7,12
**herald**
229:24
**hey**
59:3 81:13 105:3,4 122:21
144:12 165:19 199:7
**high**
36:8,19 38:6 53:11 64:7
87:13 123:8 137:16 196:10
**higher**
86:13,16 136:12,13 137:16
238:24 239:2,3,4,6 240:10
240:20
**highlighted**
81:10 170:2,11
**highlighting**
240:23
**hip**
61:16
**hire**
15:24
**hired**
34:24 44:6,10 99:10
**hires**
25:2
**history**
11:13 12:13 13:15 21:17

**history (cont.)**
25:11 32:8 49:13
**hit**
24:10
**hoa**
70:6
**hold**
11:18,21 14:25 39:23,23
44:25,25 98:2 152:4,7
185:22
**holders**
71:9
**home**
13:24 44:4 54:10 87:16,16
109:10,11
**homes**
24:19 36:25 37:8,9,13,18
39:15,19,20 40:3,14,18
41:2,15 43:4 109:9
**honest**
54:5 90:22
**honestly**
100:9
**hoping**
87:20
**horrendous**
19:17
**horse**
176:9,13
**host**
249:9
**hotel**
49:21
**houchin**
2:5 4:8 15:6 75:5,6 96:4
106:2 122:3 152:7 153:25
156:8 167:2 169:16 170:23
182:17 193:20 196:25
201:22 214:11,18,25
215:23 216:5 218:21 219:4
223:22 230:14,19,22 242:5
248:10
**hours**
204:19 249:19
**house**
147:2
**housing**
47:5
**huge**
108:7
**huh**
11:17 13:5 27:22 28:17
29:6 32:9 48:4 64:13 93:3
113:4 116:9 119:10 126:20
126:23 165:3 166:22,24
172:21 186:16

**humble**
164:16
**hundred**
9:3 16:13 19:13 41:19
65:21 68:9 82:25 96:7
108:9 122:2,12 150:22
171:25 191:23 201:24
202:21 211:24 242:24,25
**hundreds**
47:11 50:1 82:18,21 204:9
**hurdle**
39:1 70:25,25 71:5 72:9,16
**hvac**
74:7

**i**

**idea**
54:9,21 69:20 80:7,8 172:6
180:25 181:5 220:25
**identical**
186:2
**identification**
6:15 7:3 10:9 111:15
152:17 185:12 205:14
224:20 231:4
**identified**
3:6 171:11
**identify**
5:4 68:12 115:10 213:16
**idiot**
204:11
**ignored**
140:20
**imagine**
63:9
**imbedded**
67:18
**immediately**
120:24 180:6 243:3
**impinge**
135:6
**implement**
143:13
**implicate**
153:21
**important**
20:6 161:23
**imported**
13:24 14:1
**impressed**
101:4
**impressions**
66:12
**improprieties**
225:17
**improvement**
13:24

[inaccurate - investigative]

inaccurate
  197:4
inbound
  25:14
included
  61:6
includes
  208:21,21
including
  78:1 119:13 147:5 168:25
  184:14 225:18 227:1
  228:21 229:5,24 240:22
income
  25:8
incompetence
  196:5
inconsistent
  232:23
increase
  81:17 82:5,15,19,20,22
  83:4,11 86:5,23 88:10
  89:20 90:8,15
increased
  80:25
increasing
  87:25 88:2,15 89:2
incredible
  88:22
incremental
  238:15
incur
  120:10
incurred
  234:21 236:17
indebtedness
  120:1,15 121:3
independent
  89:11
independently
  170:7 185:5
india
  77:23 94:18,20,24 95:7,19
indifferent
  97:8
indirectly
  12:16 119:4
individual
  70:5 95:9 117:25 133:19
  147:17
individually
  119:1
individuals
  207:1
indulgence
  249:11

industry
  20:7,23 21:11 22:19 26:11
  51:17 88:7
inevitable
  161:14
influence
  9:22
informally
  141:1
information
  3:7 6:20 36:4,19 44:13
  45:10 46:2,21 48:6 49:11
  50:20 53:4,24 59:24 63:21
  64:5 66:25 72:25 81:16
  83:25 84:6 100:16,18,23
  101:12,16 103:12 104:17
  110:20 134:5,6 150:8,9
  162:1 165:6 167:11,23
  168:12 171:12 195:24
  197:3 214:8,20,22 221:15
  224:6,15 249:11
informational
  216:20
informed
  201:7 244:7
inhouse
  26:1 67:2,5 144:25
initial
  37:15 41:24 43:18 44:22
  50:3 63:23 66:12 85:8 93:9
  93:21 100:3 102:23 107:17
  113:12,15 114:21 116:10
  117:21 123:17 125:7 151:3
  165:5 187:8 188:14 193:9
  198:15,16
initially
  41:8 44:16 48:8 72:6 74:22
  83:20,24 84:24 87:11,21,25
  98:25 100:5 116:21 157:11
  157:15 164:24 180:4,6
  234:2
inner
  106:20
input
  67:4 100:12 128:18
inside
  48:17 69:15 83:17 97:8
  102:12,22 148:10 159:23
  178:18 191:23 203:6
  226:13
insight
  171:14 248:2
insisted
  147:22,25 148:1,2
insolvency
  222:2

insolvent
  222:1
inspect
  149:22
installment
  27:16 29:24 30:2
instance
  132:7
instances
  120:9 126:1
instructed
  153:19
instruction
  63:6
insulting
  165:13
insured
  20:4
intelligence
  165:13
intend
  76:1 147:5
intended
  138:17 245:2
intensive
  21:6
intent
  198:16
intention
  196:14
intentionally
  196:4
interacting
  213:19 221:20
interaction
  58:6
interactions
  22:12 81:11 232:5
interest
  3:13 27:5 29:15,21 35:9,19
  45:11 56:17 63:25 64:12,17
  64:21 65:6 70:18 78:18
  97:5 98:18 106:13 116:8,12
  116:13 123:21 137:9 182:2
  189:11 205:18 207:14,15
  208:18,19,23 209:22
  213:12 219:15 220:4
  232:22
interested
  35:14 36:14 44:17 52:25
  53:15,19 59:8 107:2 179:24
  215:5 252:20
interesting
  35:1 36:13,13 44:5 53:22
  62:3,10 99:17 180:1 247:24

interests
  197:23 207:13,13,13,14
  208:2
interior
  , 74:13
interjection
  133:20
internal
  189:15
internally
  95:1
internet
  22:13
interrupt
  41:10 75:5 204:25
interview
  62:9 252:14
interviewing
  148:3
intracoastal
  60:6,11
intraday
  17:13,15
introduced
  49:22
introduction
  234:12
introductions
  35:5 230:11
inventory
  87:7
invest
  34:8 35:10 38:8 41:22 58:5
  58:13,15 73:6,10,12 77:17
  77:25 81:5 94:9,24 97:10
  99:8 114:16 156:16 172:5
  177:6 179:17 180:13
  184:19 187:14,16 188:10
  198:6 206:14,18 234:3
invested
  16:5 35:5 37:2,8 40:9,25
  41:9 55:19 78:17 79:3 81:3
  81:4,5,6 82:11 83:5,7,9
  86:1 87:22 96:12 99:24
  100:6,17 104:4 106:3
  110:13,22 125:11 150:17
  150:19 154:25 156:23,24
  156:24 157:23 173:14
  175:23 178:16,17 179:2
  182:5 184:2 198:23 206:22
  207:1,21 208:6 234:17
investigation
  5:16,20,23 6:4,7 248:4,20
investigative
  251:13

[investing - kleyner]

**investing**
34:10,18 35:9,15 77:17
90:19,24 100:7,20 103:1
124:17 184:25 196:1

**investment**
21:7 32:23,24 33:10 34:4
34:13,15 37:14 38:7 40:19
40:23 47:15,21 55:24 56:4
63:22,24 65:25 70:21 71:11
74:17 75:1,14 76:14,20
77:6,7 80:9 92:12 93:11,22
94:6 96:14,18,21 97:15,21
98:8,13,15,25 99:1,4 100:4
100:14 101:11,17,20,23
102:1,2,3,6,24 106:10,12
107:17,18,18 108:3 110:3
112:19 114:9,22 115:13,15
116:11 117:3,8 118:12,24
125:8 139:9 140:4 147:1
150:14 151:4,6,9,11 171:20
175:21,22 176:15,17
177:12 179:6 185:3,5
186:25 193:23 196:21
205:4 209:22 233:23
244:12

**investments**
14:11 33:20 35:1,4 36:18
37:15 38:10 39:15 40:17
41:11,24 42:4 58:11 98:18
114:14 115:5 172:15,25
178:19 179:4 184:7 193:10
195:23 197:17 205:8
222:12,14,25 247:1

**investor**
79:23 94:16 97:7,18 98:11
102:13 107:8,12 115:14
116:5 118:17 120:8 123:25
154:23 160:6 184:24
186:21 188:6,17 192:17
223:5 224:3 232:15 234:17

**investors**
17:13 35:7 47:13,14 77:16
99:20 103:8 104:3,6,7,13
106:18 114:25 115:11,21
121:23 122:16 123:4,15,24
124:2 139:6 145:9,9,14
151:16 159:16,19 164:11
172:19,22 173:1,12 181:7
184:22 189:24 190:23
191:12,17 192:3,7,19 198:3
222:11,12 223:17,24
228:22 230:12 231:22
232:2,6,16,17 233:18,19,21
234:12,13 235:19 236:4

**invoice**
202:7

**involved**
13:13 28:3,7,13,23 29:3
31:6,14,18 34:17 40:3,14
89:6 98:20 99:15 110:16,17
128:24 167:19 198:9
213:21 222:23

**involvement**
31:19 98:16 106:5,9 234:6

**irr**
189:11,13,19,20 208:12,16

**ish**
47:2 59:15,16 148:4 194:17

**island**
179:20

**issue**
122:6,9 161:14

**issues**
203:12

**italy**
249:24

**items**
68:3 75:10 143:10

**iterations**
19:5

---

## j

**january**
182:11 210:1 211:8

**jared**
115:17

**jinx**
39:25 40:1

**job**
13:20,21 14:6 16:18,20,23
34:24 51:23 101:8 148:8
169:23 202:2 210:12 249:6

**joe**
19:23

**johanna**
110:9

**john**
2:5 4:8 15:6 171:5 237:3

**joined**
15:2

**joint**
77:9 92:4,5,6 156:22 174:4

**jonathan**
103:7 115:16

**jones**
2:16 5:8 15:16

**jordan**
2:4 4:6 15:5 63:5

**jorge**
239:25

**jp**
32:22,23,25 33:8 34:3

**judge**
235:15

**judicial**
224:25 231:11

**july**
148:4

**jumping**
243:16

**jumps**
76:5

**june**
45:1,3,23 210:5 252:8,21

**junior**
195:9 200:13

**justification**
161:25 163:17 200:21
201:24 202:10 229:5

**justified**
86:16 130:23

**justify**
87:7,18 132:25 164:8,11,12
171:14 202:7

**jv**
62:19 92:2,4 97:3 156:25
191:20 194:19 234:23

**jv's**
191:7 192:1

---

## k

**kapoor**
43:19 45:5,25 75:24 107:10
110:13 122:6,8 124:6,10
125:7,8,10 129:16 136:8
144:6 154:10 155:5,13,20
157:5 166:20 179:15 184:5
197:6,13 199:15 202:15,21
207:9 213:9,24 214:6,12
216:24 217:9,12,14 218:5
218:18 219:11,23 220:20
223:3,23 225:19 227:1,20
230:16 231:8 232:10
233:13 234:20 235:6,7
241:10 246:25 247:3

**kapoor's**
129:23 133:5,14

**kapora**
133:22

**keep**
20:3 26:6 35:17 54:21
84:16 88:23 90:23 140:17
168:11 183:5 243:25

**keeping**
243:24

**keeps**
123:5 194:13

**kept**
47:17 85:6,6 178:9 200:11

**kept (cont.)**
243:16

**key**
49:18 179:21

**kidding**
249:20,20

**kids**
42:20 114:5,6 200:3

**kill**
16:20

**kind**
12:11 14:6,11,12 16:18,19
16:20 17:5 19:10 20:5 21:9
21:14 23:13 25:15 26:10
28:11,12 30:18 31:1 33:1
34:20,22 35:2,4,6,11 37:5,7
37:12 38:25 42:6 45:9
46:13,14 47:5,10 48:18,19
48:22,24 49:3,17 50:17
52:6 53:11,21 54:3 55:4,11
56:17 57:21,24,25 58:11,22
59:2,3 61:11 62:2 64:1
68:14 69:22 70:6 73:3 76:5
77:9,10 79:8 80:9 81:7
83:10 84:20 86:5,9 89:24
90:22 91:22 98:18 100:2
101:2,10 103:18,19,22
104:1,23 105:5 108:24
109:16 121:3 122:17
125:14 128:5 132:13 133:8
137:22 146:23 158:16,19
159:19 161:19 163:18
164:14,23 168:15 170:7
172:17 174:1,21,23 176:9
180:2 181:5 185:3 193:23
195:13 198:2,10,18,20,21
198:22,23 199:4,11 200:5
200:15 205:10 217:22
218:9 219:20 220:2 221:7
224:11 228:15 236:21
240:2 244:9,13 245:10
247:16 248:1,8

**kinds**
18:22 240:6

**king**
244:14

**kitchen**
48:11

**klener**
43:10

**kleyner**
1:7 3:4 4:18,25 5:1,13,19
6:10 7:5,9 10:11,16 15:9,13
92:20 111:19,25 113:9
117:24 135:21 152:20
153:2,11 187:12 205:19,22

**[kleyner - link]**

**kleyner (cont.)**
  206:6 213:4 237:8 248:22
  249:2 251:4 252:5
**kluger**
  213:22
**knew**
  20:25 40:10,15 98:22 180:7
  245:5 247:19
**know**
  7:7,17 8:4,4 10:13 13:16
  15:24 16:7,10 17:14 19:5
  19:10 20:1,16 21:11,22
  22:2 23:7 24:21 26:1,4,8
  27:5,9 29:16 31:20 32:11
  35:7,9 36:9,15 37:11 38:9
  44:18 45:18 46:9 47:11,15
  47:20 48:10 49:8,12,12
  50:16,17 51:7 52:1,2,6
  53:21 55:8,11,12,25 56:3,5
  56:7,10 57:17 58:13 60:3,8
  60:8,20 61:3,15,18 65:20
  65:21 68:9 69:14,16 70:7
  71:25 72:23 73:24 74:6
  75:1,7 76:1 80:2,5,10,19,19
  80:21 81:11,22 82:1 84:3
  86:20 89:13,23,25 90:1,4
  91:17,25,25 92:5 94:16,25
  95:1,2,3,25 97:16 100:1,11
  100:15 101:8,9,19 102:19
  105:21 106:19 108:2,18,24
  110:4,12 111:9,11,22
  112:13,13 114:13,25 116:1
  116:10 117:6 121:1,21,24
  122:23 123:14 124:13
  128:16,25 130:8 131:1,11
  132:13 134:11 135:6
  136:18,24 137:4,19 139:16
  139:17 142:4 144:24 145:1
  145:4 148:14 151:24 153:6
  157:23 161:23 163:17
  164:24 165:7,13 166:2,7
  168:19,21 170:3,5 173:5
  174:15 176:12 177:18
  178:12 179:5 180:4 181:10
  181:17 182:19 184:10
  185:2,19 187:18 188:13
  189:3,5,17 191:7,13 192:8
  192:9,19 193:17,23 194:9
  197:18 198:17 200:14
  201:19 202:8,19 203:18
  204:12,15,23 205:20 212:8
  212:11,12 215:2 219:19
  220:2,8 223:11,12,12,20
  224:2,4 225:21,22,25
  227:16,19,24,25 228:3
  229:10 231:16 232:18,21

**know (cont.)**
  232:25 233:8,23 238:22
  239:17 241:4,19 243:1,23
  244:6 245:12 246:5,13
  247:12,13,16,24 248:1,16
  248:19
**knowledge**
  11:5 94:21 224:13
**knowledgeable**
  71:3
**known**
  11:10

**L**

**label**
  175:5
**lack**
  13:15 74:24 159:5 178:4
**laid**
  48:16 204:3
**land**
  37:12 50:15,16 61:9,13,17
  61:21,24 62:5,6,11,18,20
  62:21 65:3 91:25 92:2,3,7
  92:11 106:21 130:14 138:5
  138:8 150:20 161:3,5,5
  162:4,5 174:13 175:2,8
  176:18,20 177:2,10,21
  194:2,9,17,18,21,24,24
  195:8 236:21 244:10
  245:13
**lands**
  61:7
**lane**
  24:6,14
**lapsed**
  11:25 12:10
**laptop**
  17:25
**largest**
  21:18
**late**
  19:8,8 21:1 42:8,9 44:24
  45:19,19 93:6,7 98:2,2,2
  126:2,7 127:24 132:13
  133:8 141:13 154:10 161:6
  168:5,6 183:11 201:4
**latest**
  82:7,12 112:16,25 195:19
**latitude**
  115:13
**lauderdale**
  49:21 59:5,25 60:2,3,9,14
  60:19,24 61:11,12 78:4,9
  78:11 206:18
**laura**
  252:9,12,22

**law**
  19:23,24 23:11 46:15 51:22
**laws**
  6:3,5 19:21 20:23,25 21:3
  21:20
**lawsuit**
  225:5 231:21 232:8 235:20
**lawyer**
  51:22 121:5 133:22 147:3
  151:23 157:21 160:24
  202:17 212:11,12 213:18
  213:19 222:21,24 229:13
  235:14
**lawyers**
  76:17 170:9 199:19 203:19
  204:23 213:21 217:2
  221:13,13,19 227:23
  228:16,20,22
**lean**
  243:3
**leanna**
  14:3
**learn**
  43:21 45:11 106:14 147:21
  198:3,4,4
**learned**
  100:25 104:25 109:21
  147:20 182:18 247:5
**learning**
  35:15 107:2 202:21 215:5
**leased**
  164:17
**ledeker**
  28:10
**left**
  21:4,14 55:12 56:12 57:16
  71:9,11,15 72:2,12,14
  115:16 116:18,22,23,25
  159:24 175:1 191:11
  247:18
**legal**
  132:23 147:6 165:25
  167:19 173:20 227:15
**legitimately**
  235:21
**leiberman**
  213:22
**lend**
  243:17
**lender**
  195:9
**lending**
  14:9
**length**
  38:13 151:5 161:2 175:20

**lengthy**
  111:20 231:14
**lent**
  120:20 168:25
**lentoski**
  252:9,12,22
**leon**
  156:19 206:14
**letter**
  215:2,8 222:21,21
**letters**
  215:20,20,25
**level**
  36:9,19 38:6 53:11 64:7
  82:21 104:24 105:2 172:20
  172:23 173:1 201:13,18
  202:15
**leverage**
  16:2 235:21
**levkov**
  34:23
**liabilities**
  69:17
**liability**
  12:17
**liberty**
  14:9
**license**
  13:20 16:1 21:21 31:4
**licensed**
  15:25 21:21
**licenses**
  11:21 12:2,9 23:6,13,13
**licensing**
  31:2
**life**
  36:2 59:1 164:8 172:17
**lifestyle**
  164:12,17
**liked**
  37:7 98:19,19
**limited**
  12:17 71:10 79:3 93:2,14
  94:1 156:13,15 225:19
**line**
  68:3 75:10,17 117:22
  125:15 134:22 137:6 139:5
  168:8 174:13 179:22 191:3
  216:22 236:21 240:4
**lined**
  61:24 194:21
**lines**
  107:16 206:7
**link**
  73:3

**[lions - mailed]**

**lions**
14:20 16:21
**liquidating**
120:5 219:16
**list**
115:12,22 126:24 163:20
166:4 207:12
**listed**
11:2 18:24 114:24 132:3
157:9,16 187:19 203:8,12
211:10 232:2 239:18
**listened**
105:16
**listens**
47:18
**lists**
187:7
**literally**
37:6 49:3 79:22 138:18
204:22 245:3
**literature**
53:6
**litigation**
134:19
**little**
27:8,17 46:19,20 48:5
49:14 51:1,13 54:3 55:1
58:16 61:12,14 63:2,8 69:5
97:18 117:8 130:2 153:9
158:16 166:9,9 190:16
198:4 210:21 220:23
238:22,24
**live**
18:20 42:20 57:25 58:21,24
95:22 164:5 241:15
**lived**
44:8
**lives**
96:1,2 164:16
**living**
48:7,11,21 49:5,5 50:11
54:8 55:3 58:19 68:25
181:19
**llc**
1:5 5:8,25 22:5,7 77:7
96:22 99:19,20 111:19
114:2 120:21 154:24,25
156:12,15 157:24,25 159:6
168:25 185:16 186:15,22
187:9 188:11 201:17,18
206:5,5,13,14,17,17 224:25
231:8,9,10 232:9,10,12,15
232:22 233:5,10,13,19
234:6,11,18,20 242:8 251:3
**llcs**
13:12 94:25 95:2 114:15

**loan**
29:17 38:17 56:15 117:25
118:2,7,11,12,22,24 119:1
119:3 120:24 121:1,18
136:14,16,19 137:3,4,12,14
162:9 236:18 242:8,11,15
242:16,16,17 243:4,7,13,20
243:22 244:7
**loaned**
121:13 244:3
**loans**
27:17 29:12,24 30:1,2
137:22
**local**
36:14 47:14 181:23,23,24
181:25 229:24
**locally**
35:17 181:2
**located**
4:4
**location**
1:5 5:25 22:17 43:19,22,25
44:9,14 45:10 46:3,20,22
49:11,17 50:21 51:6,7 52:3
52:8 55:21 58:7 69:25 70:1
70:8,22 74:10 75:25 77:4,9
78:1,6,22,24 81:15 82:2
84:1 86:15 89:7,10 96:14
96:19 97:8,15,19,22,22
98:11,13,21 99:18,21 100:7
100:20 101:15 102:2,7,8,24
103:2,8 104:4,7 105:22,23
106:4 107:8,11,19,23 109:5
110:15,16,22 112:4,15
114:9,10,12,14,23 115:1,5
115:15,22 116:12,13 118:2
119:5 120:8,10,20 121:2,12
121:17,23 122:7,13 123:1,4
123:7,10,11,16,19,20
124:18,23 125:5,12,22
126:21 129:4 131:5,7,23
132:7,10,10,12,19 133:4,7
133:16 134:4 136:3 138:14
138:15,17 139:5,15,24
140:9 143:12 145:1,10
146:3 147:17 150:15,17
151:1,4,6,16 154:17,19,20
156:24 157:5 158:4,6,13,17
159:17 160:5,5,9,11,13,16
171:23,25 172:2,19 173:6
173:10,12,16,21,23 174:1
175:17 178:18 179:1,15
182:16 184:6 186:18 196:1
196:21 197:2,18,23 198:14
201:9,11 205:8 206:1,23
207:9,15,21 216:12 218:12

**location (cont.)**
221:25 222:14,22 223:4,5
223:18 224:24 225:5,17
226:25 230:7 232:14,18,21
233:9,14,18,19 234:9,13
235:6 236:14,16 237:14
242:8,12 244:4,7,23,24,25
246:1,2,5,6 247:1,2 251:3,7
**logic**
146:12 177:6 220:2
**long**
12:8 22:22 33:21 34:3
61:22 111:23 119:20
144:22 189:16 190:5,7
210:14
**longer**
40:10 135:1 216:11 243:17
243:17
**look**
19:21 36:9,11 54:25 58:24
59:8 65:9 75:15 86:25 87:6
101:6 116:3 119:24,25
134:3 137:15 148:10 153:5
160:20 162:8 183:1 198:12
210:25 238:8 243:14
**looked**
19:15,17 39:23 40:7 66:22
67:19 75:9 82:7,10 85:10
101:6,19,21 179:25 188:13
201:19 234:2
**looking**
19:14 29:15 33:23,24 35:1
35:9 44:6 55:14 70:13
105:12 107:10,25 115:11
127:20,23,25 128:16
132:14 133:11 135:3 136:2
151:7 157:18 160:14
166:15 182:19 184:13
206:13 207:25 226:13,14
243:15
**looks**
65:18 88:22 126:3,5 127:8
127:18 139:21
**lose**
16:12 244:19
**loss**
102:18
**losses**
102:14 117:18 190:18,22
**lot**
30:18,21 46:8 82:9 88:12
98:25 103:25 106:14
108:15 109:22 129:20
134:12 147:23 148:11
165:12 180:22 181:20
198:14 202:5 220:22

**lot (cont.)**
231:13 240:2 246:18
**love**
166:1,1
**low**
123:7
**lp**
35:7 38:19,20,25,25 39:4
39:11 40:21 41:8 56:4,8,15
56:15,18 69:18 71:12,13,16
72:3 78:4,18 80:7,8,12,13
80:14,18,23 83:14 98:17
114:17 154:23 174:25
**lps**
35:6 56:3,24 57:6 68:19,21
72:12 77:16 101:25 159:20
176:25 189:12 191:9,9,12
191:24
**lunch**
152:9,9,11 168:17 169:6
**luncheon**
152:13
**luxury**
46:24 59:2,6 62:4 63:18
66:16,17 68:25 69:6,24
87:9,17,18 101:8 176:13
**lv**
104:20 111:19 123:24
124:1,4,12 130:6 132:12,15
136:15,20 137:6,9 139:2,2
139:3 146:16 159:24,25
172:8,11 173:5,5 175:5
177:18 182:25 183:7,8
185:16,23 188:1 201:15
207:13,14 209:3,11,25
210:1,5 211:8,24 216:15,16
217:22 219:6 220:4,5 243:7
245:2
**lvllc**
153:11 205:19
**lv's**
3:10 187:22
**lvvl**
223:9

---

**m**

**mad**
181:9 227:24,25
**mail**
25:15 64:19 73:1,2 81:12
141:1 145:16,25 146:1,25
155:25 156:3 163:1 164:16
165:4,10 167:11 168:4
169:2,5 212:16 216:7
229:12
**mailed**
147:11 200:19 204:19

**[mails - meta]**

**mails**
57:16 156:4 165:16 167:14
167:18 239:13 248:7
**main**
13:20 14:12 66:7 174:18
**maintain**
23:12
**maintenance**
20:8
**major**
101:20
**majority**
16:14 41:17 119:15,17,21
123:3
**making**
29:19 41:18 63:6 79:17,19
98:13 101:17 102:23 142:5
164:8,12 191:9 210:12
234:12
**manage**
14:20
**managed**
48:15
**management**
33:19 124:14 198:7
**manager**
13:3 117:23 119:13 125:3,7
125:9,11,13,15 186:14
193:6
**manager's**
125:4
**manages**
157:2
**managing**
13:8 106:11,13
**manhattan**
58:24 59:18
**march**
35:21,22,22 42:2,5,6,15
210:2,2,16 211:9,19,22
**maria**
251:9
**mark**
2:7 4:9 15:7 152:25 153:2
177:10
**marked**
6:14,18 7:2,6 10:8,12
111:14,17 152:16 153:6
158:18 165:1 185:11,14
205:13,17 224:19,22 231:3
231:6
**market**
34:7,8 36:5 61:18 68:7
81:23 111:6
**marketed**
69:8

**marketing**
11:16 21:7 25:14,15 49:22
51:2 65:24 67:7 69:20
131:22 175:8 192:21
**marketplace**
87:4
**mark's**
162:24
**married**
28:25
**marriott**
84:9
**marty**
151:19 200:13 217:16
218:23 220:18 222:4 223:7
223:15,16
**massive**
82:13
**match**
31:8 140:12
**materials**
53:7 65:24 101:14
**math**
16:17 19:12
**matter**
1:3,14 5:25 6:8 15:14 62:5
81:25 130:22 135:12 241:1
248:25 251:3
**matters**
119:14 251:12
**mature**
124:14
**maturing**
147:23
**mayor**
230:2 234:5
**mba**
35:24
**mclaren**
164:17
**mcwilliams**
134:2 135:2
**meadow**
24:5,14
**mean**
21:17 27:3 33:9 41:15
43:15 45:18 52:10 55:7
60:3 73:21 84:7 86:8,17
87:12 92:4 95:12 98:25
116:1 122:11 125:9 164:18
168:11 173:19 207:22
209:14 211:19 227:19
228:24 230:17 247:23
**meaning**
48:25 61:22 132:15 194:18
245:15

**meaningful**
82:18
**means**
54:22 92:3,6 103:21 174:13
189:14 224:2,3
**mechanically**
132:5
**media**
229:24
**medical**
27:17
**medication**
9:22
**meet**
15:3,4 35:3 44:19 70:24
202:23 217:24 218:7,7
**meeting**
44:17 45:2,4,14,14,17,20
45:24 49:24 50:4 51:4
52:24 53:4,5,22 54:1 55:13
57:13 59:10,12,16,17,19
60:25,25 63:16,24 64:4,6,8
64:9,12,18 91:1 110:8
140:25 141:11,14,16,18,20
141:25 142:2 144:4 148:5
151:23 152:2 165:5,18,19
166:10 168:6 170:25
216:18 217:18,20 218:19
218:22,25 219:1,8,9 220:10
220:15,17,19 224:10,10,13
225:9 230:16,23,25 242:21
246:15
**meetings**
53:23 140:16,22 141:5,8
152:5,6 166:17 224:16
246:13
**meets**
38:25 176:8
**member**
13:3,8,9 31:20 119:9,17
120:8 121:17 125:16
132:21,22 140:23 186:14
187:9,10 188:17 189:5
**members**
4:10 103:3,4,12 104:2,15
104:18 113:6 114:23 115:1
115:22 117:23 119:15,20
119:22 121:23,25 122:1
124:19,22 125:6 133:7
139:15,17,24 140:1,24
142:9,14,19 151:16 175:18
186:22 187:8 189:24 190:6
190:23 218:18
**membership**
207:15

**memories**
9:1
**memory**
8:23 9:10
**mention**
46:20 64:24 76:9 122:8
148:20
**mentioned**
7:19,25 19:16 22:14 25:10
26:20 27:19 28:22,24 29:5
31:13 32:11 35:11,20 36:3
39:7 44:9 47:25 49:8 50:19
51:5,12,18,20 52:4 57:15
59:23 60:7 64:11,23 65:3
68:1,18 72:17,23 73:24
74:21 76:18 80:25 83:20
84:23,25,25 87:23,24 89:5
91:11 92:25 94:17 99:23
100:15 109:14 114:21
117:6 122:8,9,20 123:1
128:17,18,25 129:19
131:10,18 133:6 136:7
140:22 142:12 143:11
148:6,15,22 151:15 157:20
162:24 164:24 171:15
174:3,8 180:4 185:25 189:9
191:13,16 192:15,21 194:5
199:2,21 203:22 208:3,5
209:5 210:24 211:12
216:10 217:8 222:4 224:7,8
225:21 226:12,15 228:24
229:3 232:8 234:1 235:11
236:1,18,19 239:17 241:21
242:7,13 245:10,11 249:16
**mentioning**
170:5
**mentors**
47:18
**mentorship**
47:17 199:1
**merging**
120:2
**merits**
235:15
**mess**
148:9
**message**
167:22 181:9 199:7,14,15
200:24
**met**
36:15 50:25 52:10 61:18
72:14 80:1 94:18 95:13
120:22 146:4 154:10
242:22
**meta**
219:24

**[mg - multiply]**

**mg**
  37:24
**miami**
  1:11 2:9,11,18 4:4,6,11
  34:19,20 35:22 36:6 41:25
  42:17,19,22 44:7 46:17
  47:14 49:24 50:13 56:1
  58:5 60:5,5 78:1 96:2 138:6
  138:7,18 176:2 187:11
  200:8 225:1 229:24 230:2
  231:12 234:11 244:11,11
  245:3 251:7 252:3
**michael**
  41:16 67:23 68:16,17
  ▮▮▮▮▮
  77:23 78:17,23 79:2,17
  80:10,14 81:3 83:1,4,5
  90:14,20 93:2,13,25 94:14
  94:15,16,22,23 95:1,4,14
  95:19 96:6,11 184:22,23
  185:3,5,7 186:6 187:17,22
  188:4,5,9,11,16 194:23
  208:5 217:17 219:25 222:5
**micl's**
  94:6 96:25
**micro**
  47:5,6,6,7 48:1,12 54:18
  58:1,19 245:4
**microunits**
  246:3
**mid**
  19:8 21:1 23:18 35:22 42:9
  44:24,24 45:9,19 55:17
  82:17,21 93:7 150:19 201:4
  212:3
**middle**
  106:15 107:3 200:10
**midtown**
  204:1,2
**million**
  41:1,3,4 55:16,18 56:1
  57:20 62:1 70:16 71:7,14
  73:9,11,13,14,16,19,25
  74:2 75:18,18 77:2,2 78:7,8
  78:8,11,12,14 79:9 80:9
  81:1,6,14,17,21 82:4,15,18
  82:21 83:4,11,21,22,23,24
  89:20 91:8 92:6 93:1 94:12
  94:13 96:24 99:2,4,7,11
  100:17 102:24 105:25
  108:9,19,21 109:22,24
  110:4,5,13,14,21 111:1,11
  113:13 114:23 118:1,2,11
  118:12,15 121:15 122:11
  123:19 127:5 133:13
  136:17 137:1,15,16 146:9,9

**million (cont.)**
  146:16,16,19 147:8 155:14
  158:7 161:2 163:11 164:6,9
  164:13 176:20,21,21 177:2
  177:7,21 181:12,18,19
  182:13 183:4,5,6 187:21,23
  187:24,25 188:2,3,4,16,16
  195:9 205:3 208:4,6,11,19
  208:22 210:21,22 211:12
  211:14,15,17,24 212:1
  228:25 229:4,9,11,14,16,18
  234:21 236:12 238:14,16
  238:17,22 239:14 241:5,10
  241:16 242:18 243:8,14
  244:17,22,23 245:23,23
**millions**
  126:4 129:20,25 163:24
  204:9
**mind**
  97:14 147:13 158:11
  241:17 244:10 247:7
**mindset**
  35:12
**mine**
  41:17,19,20 246:11
**minimize**
  219:17 221:8
**minimum**
  29:14,19 56:17
**minor**
  186:5
**minute**
  92:14 183:13 187:2 237:2
**minutes**
  42:24 44:8 64:10 140:18
**miraculously**
  89:1,1
**misleading**
  196:2,4,5
**missed**
  244:16
**mistake**
  122:22
**mistaken**
  89:18 201:13
**mix**
  176:8
**mixed**
  36:25
**model**
  15:23 16:9 21:5 38:11 47:7
  65:2 67:24 68:8,10,14 75:9
  75:12 76:3 84:11 85:8
  86:13 87:24 88:21,23 99:25
  184:10,13 196:7

**models**
  53:10 64:1 68:6 82:8,12
  84:12,17,18,18,19,23,25
  85:5,17 88:14 89:8,8,15,15
  89:18 90:2 129:1 185:8
  234:1
**modify**
  8:12,17
**mogha**
  89:16,16,21 90:5 99:6
  100:17 110:12 128:19
  145:5 155:5,16,21 204:4
  239:19 240:22 241:12,21
  247:3
**mom**
  16:17 19:12 52:4,6
**moment**
  7:6 10:13 80:4 111:21
  135:14 183:13 205:20
  225:2 231:15
**monday**
  202:23 203:23 221:5,10
**money**
  14:21 16:2,12,13 18:3,12
  18:16 19:9,14 20:11 25:1
  26:14,16,17 29:18 33:14
  35:3 36:10 38:8 39:4,5,21
  41:14,17,19 44:6 56:7,14
  57:2 58:17 70:13 71:20
  72:4,5,11,11,14 73:14 74:3
  74:4,21 75:4 77:3,8,12,13
  79:21 86:3 90:19,24 92:8
  95:2,2,3 100:18 102:1
  105:21 118:20 120:20,25
  121:7,12 122:14 124:1
  130:24 132:19 133:1,3
  134:1 137:7 139:2 144:7
  146:20 151:8,17 154:17
  159:14,24 161:9,11 168:25
  172:4,6,12 175:11 177:11
  178:3,6,8 181:20 182:1,7
  182:15,15,24 183:2,7 185:2
  185:4 189:16,17 191:10,11
  192:2 193:7 198:25 199:3,9
  199:9,10 200:21,22 202:11
  202:14 208:11,23 213:25
  216:25 217:22,23 219:21
  220:7 223:5 224:1 229:20
  235:20 237:19 242:15,20
  242:23 243:1,2,18,18,21
  245:18,19,21,25 247:12
**monies**
  77:1 134:9 154:20 155:20
  160:15 189:10 191:19,21
  212:9,19 213:10 229:7
  240:14 244:2

**monitoring**
  91:22
**montana**
  179:23,24
**month**
  18:17,21 26:8 59:12 74:9
  137:23 138:10 144:23
  153:15 230:1,5 238:1,3,5
  244:18
**monthly**
  20:8 25:9 26:13 62:22
  126:25,25 127:3 129:10
  140:21 174:19,22 236:24
**months**
  16:24 17:1 21:9,10 26:9
  28:20 98:5 162:5 169:23
  202:3 205:10 216:19 222:8
  245:9
**morgan**
  32:23,23,25 33:8 34:4
**morning**
  179:5 180:5 190:16 216:10
  236:13
**mother's**
  110:21
**motivation**
  98:15
**motivator**
  110:2
**move**
  42:22 69:3 99:11 119:6
  169:15 193:7 243:1,2,18
  247:22
**moved**
  16:22 17:2 24:5 42:19,19
  77:8 81:23,23 121:7 139:20
  208:10
**movement**
  133:1
**moving**
  40:12 54:19 85:6,6 199:4,4
  243:21
**multi**
  37:3 46:24 52:18 54:15
  80:9 109:17 246:4
**multiple**
  16:9 31:10 54:25 77:25
  81:11 94:9,10 97:10,25
  98:17 105:18,18,18 139:4
  141:3,4 194:19
**multiples**
  126:4
**multiply**
  108:13

[name - okay]

| **n** |
|---|

**name**
4:6,23,24 5:5,5,7 16:24,25
21:25 28:10 34:23 61:3,4
89:17 90:20 94:24 95:17
128:25 134:2 140:9 153:2
187:9 206:5 251:16

**names**
11:9 22:2 155:3 187:7

**nasdaq**
19:1,2

**national**
12:22 13:6 14:5,15 17:4,5
19:4 21:24 23:19 24:24
27:20 28:11,15,19,23 30:7
30:14,20 31:11,24 32:11

**nature**
7:22 175:3,9 216:4

**near**
109:4,7,12 190:3 215:1

**necessary**
93:13,18 193:6 212:9,20
213:25 216:25 249:1

**need**
23:12 26:6 40:12 41:8 62:5
80:24 83:8 93:23 94:5
95:18 118:4 122:14 147:24
165:22 166:3,12 176:21
192:18,25 193:1 200:21
210:13,21 219:17 244:17

**needed**
23:8 93:21 118:5,20 143:12
192:7 198:9 242:20

**needs**
103:19 120:21 123:25
148:2 159:25,25 166:13
200:14 210:3,4 243:3

**negative**
102:20

**negatively**
228:3,6

**negotiable**
203:17 209:6

**negotiate**
20:9 26:18 27:10,12,15

**negotiated**
26:19 71:25 183:4 186:6
192:13

**negotiating**
146:23 179:21

**negotiations**
24:25

**neighborhood**
47:9

**nephew**
58:20

**neutral**
97:1

**nevada**
24:7,13

**new**
13:25 14:1 16:22 18:24,25
19:2 22:3,5,7,15 24:1,4,13
24:16 26:22 34:21 42:15,21
51:11 54:17 57:25 58:8
66:17 80:11,14 81:4 83:7
87:8,17,18 94:25 109:20
145:7 148:8 149:19 171:12
171:14 223:5,17,17,24
247:6,23

**nice**
15:3,4

**night**
40:2 135:11 200:2 221:5
222:17,18,19

**nights**
200:4

**nine**
216:19 231:7

**nods**
7:22

**non**
74:12 139:2 180:8 209:6
246:21

**nonprofit**
25:24

**nonrefundable**
211:2

**nonsense**
20:2 164:19

**normally**
79:5

**north**
60:4,13,14,16 240:1

**nosamakasi**
200:7

**note**
15:2 135:5 164:23

**noted**
206:12

**notes**
120:1

**notice**
1:15 6:24 147:4 206:3
207:10

**noticed**
79:24 82:12 242:11

**noticing**
198:13

**notified**
210:19

**november**
59:16,20 139:1 150:11
154:10,11 161:6 168:7
194:17 201:4,4

**nuclear**
165:23

**number**
5:6,10,25 11:9 13:10,12
19:25 41:21 88:21 99:12
112:22 113:3 121:15
122:11 123:12,13,14
126:13 136:25 153:10
162:15,16 167:21,21,22,24
167:24 169:11 176:19,19
187:6,24 198:16 207:23
208:19 229:8,12,14 239:6
251:5

**numbers**
16:16 26:6 66:10 67:17
68:1,3 85:11,13,19,22
90:23 128:10 129:13 135:2
136:5 142:4,12 143:3,17,24
145:12 188:1,5 208:15
239:12 241:8 243:16

| **o** |
|---|

**oath**
10:5 252:1

**obligated**
38:24

**obligations**
219:17

**o'brien**
2:6 4:9 15:6 60:16 63:5
115:9 147:13,15 148:19
149:7,21 150:6,12 156:8
161:21 170:24 173:7

**observations**
182:21

**obtain**
223:5

**obtained**
12:2

**obtaining**
222:13

**obviously**
8:21 40:10 42:11 55:7 67:4
227:16 244:12 249:23

**occasion**
144:18 249:4

**occupancy**
69:12

**occupied**
14:13

**occur**
77:21

**occurred**
228:4,6

**occurrence**
120:1,14

**ocean**
59:6 60:10

**october**
20:24 21:2 64:16 148:7
150:11 154:10 168:5,6
226:4

**offer**
8:13 25:25 58:4 249:16

**offering**
54:17

**offers**
29:12

**office**
2:9 4:4,11 5:10 18:1 24:4,6
24:7,12,13,16 34:7,10 45:15
54:12 165:18 166:10

**officer**
49:19 51:6

**officers**
4:13 7:14 107:11

**offices**
4:4 96:6

**official**
42:22 252:7

**officially**
31:16 42:19 216:16

**oh**
16:23 63:10 201:11 208:1
210:6 211:21 226:9

**okay**
5:23 7:1,8 8:18 9:5,13,20
10:1,4,7 11:1,5,11 12:1,12
13:14 14:14 15:17 17:20
19:4 22:10,14 23:19 26:3
27:19 28:2,24 30:3,6,17
31:9 33:2,20 34:7,10,17
36:24 40:6,17,24 41:5
42:11,23 43:24 44:22 45:8
45:13,24 46:2 49:8 50:3
51:5,12 52:21 55:18 58:4
59:7,19,23 60:12 63:1,14
64:3,11,17,21 66:12 68:6
68:18 69:4,23 70:10,17
72:3,23 73:9,17,24 76:15
76:18,23 77:21 78:24 79:2
79:16 80:17 83:1,3,19
84:14 85:4 88:9 89:19 90:4
91:6,11,24 92:24 93:8,20
94:14 96:3,17 98:10 101:12
102:13,17,23 104:14
105:20 106:1 107:14
108:15 110:18 111:1,23

[okay - paragraph]

**okay (cont.)**
112:10 113:2 114:21 115:3
115:8 116:7,24 117:1,6,13
119:6,18,23 120:13 121:16
125:1,14 128:15 135:4
142:21 144:24 145:25
150:12 151:12 152:1,24
157:1,8 162:22 163:8
164:21,21 165:10 166:3
168:13 169:10,13,15 170:8
170:23 171:3,12,22 173:15
175:20 178:3 179:14
180:15 183:15 184:23
185:10,23 186:13 187:24
188:8,20 189:13,23 190:15
193:2,8 196:15,24 199:25
201:6 202:20 204:3,14
205:6 206:12 207:5 208:18
208:25 209:17 210:15
211:14 213:14,23 214:10
216:5 217:8,18 220:17,19
221:23 223:2,13,21 224:18
225:3,12,15 227:9,13
228:18 230:13 232:1 233:4
233:17 234:15 235:5,11
236:25 240:7 242:3 246:12
248:3,16,22

**old**
20:19

**onboard**
100:22

**once**
8:8 26:23 39:10 56:19
69:11,11,20 72:4 73:5 74:3
74:23 77:1 119:2 130:10
132:10 140:10,14 143:17
176:23 177:8,23 185:3
188:5 191:4 201:7 203:21
243:14

**ones**
67:7 115:3,10,11 128:16
138:1 143:6 154:17 163:5
241:18

**ongoing**
214:17

**online**
25:15 30:14,19

**op**
3:10,12

**open**
24:16 34:21 50:1 220:5

**opened**
20:24 77:5

**opening**
6:6,18

**operate**
70:9 125:5

**operates**
30:24

**operating**
22:15 39:9 56:11,21 75:15
75:21 76:3,9,13,15,18
80:21 83:12 104:8,11 112:3
112:14,25 114:3 124:3
127:3,11 129:9 131:10,19
131:20,23 132:3 136:2
139:16 162:6,18 164:14,22
175:1,7,16 184:18,20,21
185:15,18 186:1,2 188:13
192:22 193:3 202:7 208:13
235:17

**operation**
126:22 136:4

**operational**
54:11 159:25

**operationally**
173:19

**operations**
28:8 30:12 31:14 70:2
124:6,9 218:15 233:10,13
233:14

**operative**
112:16

**operators**
28:5

**opinion**
58:18,19 105:7 235:18,24

**opportunities**
171:20

**opportunity**
6:11,21 8:14 47:21 64:4
112:6 179:16 249:17

**opposed**
76:2 106:11 157:12

**optics**
247:14

**option**
107:22 165:24 198:3
210:18 211:1

**options**
99:3 147:6 165:25 218:2
219:6,10,22 220:3,9

**order**
6:7,8,11,12 21:8 22:24 23:6
23:9 106:4

**ordinary**
76:6

**organically**
21:16

**organized**
218:22

**organizing**
218:25

**original**
118:1 164:20

**outcome**
96:25

**outraged**
181:13

**outreach**
100:10

**outside**
16:5 17:12 34:12 47:15
58:17 77:16 93:21 123:4
145:2 168:2 172:4,6 192:24
222:11 248:8

**outstanding**
137:12

**overall**
33:9 66:20 68:14 88:10

**overhead**
72:1

**overnight**
16:4

**oversaw**
159:5

**oversee**
233:10

**overseeing**
31:14 70:19 234:7

**oversight**
33:1

**overview**
36:8,9

**overwhelming**
16:14 27:13,18 41:15,17

**overwhelmingly**
27:15

**owe**
20:10 25:19,19 26:3

**owed**
71:7 130:25 131:2,5,5,7,8
163:23,25 165:17 211:16

**owes**
25:1

**owned**
21:16 37:11 40:20 41:12
123:2,3,7,10,11 158:4
159:5 174:4 207:1

**owner**
12:15,20,21,21,23 31:20
77:11 99:9 160:13

**owners**
23:2 69:13 70:4,5

**ownership**
25:4 70:17 114:10 123:20
232:21

**owns**
28:6 61:10,13 99:22 114:6
139:3 234:23

**oz**
231:10

**p**

**p&l**
124:3

**p.m.**
135:20 152:13,19 183:18
183:20 212:25 213:3 237:7
249:25 250:2

**pace**
11:15 12:6 13:17 17:8

**pack**
211:6

**page**
11:11 12:12 32:7 111:21
112:21 114:24,24 117:16
119:7,16 125:1,2 126:12,18
126:19 134:16 186:9 187:3
187:20 188:21 192:8 206:2
206:4,13 207:5,10 209:2
210:25 211:6 225:15
229:25 234:15,18,19

**pages**
1:8 186:9 225:20 231:15

**paid**
18:14,17 38:16,23 69:17,17
71:8 72:5,5,12 92:9 107:23
117:10,11 118:12,15 119:3
131:19 132:4 137:9 138:2,3
138:14 155:20 158:12
159:1,21 160:3,3 164:4
174:24,25,25 175:11 191:8
191:15,18,19,20 192:1,6,14
192:18 194:6,7 205:2
210:15 211:11,25 212:2
234:10 236:3,23 241:10,11
241:11 242:1 243:3 244:22

**palm**
37:2,18,24 39:15,18 40:6,7
40:9,19 41:1,19

**pandemic**
42:13

**paper**
163:4 203:15 229:11 239:8

**paperwork**
131:6,7 248:6

**par**
61:3,20,25 62:22 158:18

**paragraph**
190:17 207:6,11 208:25,25
209:1 225:15,16,20 234:16
234:18,19 235:2

[parallel - place]

**parallel**
  157:20
**parameters**
  16:3
**parent**
  220:4
**parentheses**
  153:13,15 154:18 155:2
**part**
  31:21 53:24 61:10 62:19
  71:20 75:9 85:24 92:6 97:3
  107:23 110:24 115:14
  130:17,19 146:3,22 158:7
  160:8 165:23 167:19
  177:17 178:11,11 203:4
  219:24 245:10 248:6
**partial**
  12:21
**partially**
  210:15
**participating**
  102:9
**participation**
  208:17
**particular**
  52:24 53:1,3,4 56:5 72:21
  82:10 87:8 90:19 91:23
  159:9 160:7 180:13 233:17
  233:20
**particularly**
  19:1 229:25
**parties**
  168:3 252:17,18
**partner**
  21:15 27:21,23,25 28:4,6
  32:1 41:16 89:16 93:2,14
  94:1 156:13,15
**partners**
  12:22 28:2,11 71:10,10,19
  77:8 79:3 154:24,25 156:12
  156:18,22 157:24 159:6,23
  160:1,2,15,16,20 185:16
  186:1 234:22
**partnership**
  12:17 156:25
**parts**
  85:22
**party**
  70:3
**pass**
  36:12
**passed**
  78:2
**passing**
  121:10,25 122:10,21
  242:14

**passion**
  51:23 52:2
**passionate**
  180:19,20
**passive**
  107:8 198:2
**path**
  219:20 230:24 231:2
**patriot**
  133:6
**patriots**
  132:21
**paulsen**
  251:9
**pause**
  14:25
**pay**
  16:10 18:19 25:1 29:17,24
  74:8 114:4 130:18 138:21
  138:21,23 139:10 146:17
  162:9,10 219:17 234:24
**payee**
  153:12
**payees**
  154:22
**paying**
  71:24 138:15 139:10
  158:13 244:25
**payment**
  29:21 130:9 202:6,8 209:1
  209:6,7,11,15,20 210:18,20
  212:7 230:1 241:6,22
  242:11
**payments**
  26:22 29:14,20 130:6
  137:25 203:11 210:7,8,22
  211:7,8,16 212:9,20 213:11
  213:25 214:5 217:1,5 230:4
  230:6,9 239:11 240:14
  241:18,20 247:21
**payor**
  153:12
**payroll**
  126:4 129:9 136:12 137:23
  143:10 173:23 174:16
  217:24 218:7 237:18,22,24
  238:1,14,17 239:14 247:10
**pays**
  114:2 173:23
**peace**
  161:20
**peeked**
  35:18 98:18
**pelotin**
  183:22

**people**
  16:14 24:17 40:12 41:13
  47:8 48:1 49:18 54:9 89:7
  124:8 136:14 148:21 176:9
  181:23 199:15 200:4
  210:12,14 217:17 224:8
  246:18 247:18
**people's**
  242:23
**perceive**
  166:4,6
**perceived**
  159:2
**percent**
  9:4 16:13 19:13 21:3 24:20
  26:6 28:6 41:19,20 65:21
  70:25 71:13,13,16,18 72:6
  72:10,13,16,20,22 78:20,25
  82:25 88:9 96:7 99:2
  116:17,20,25 119:21 122:2
  122:12 123:8,8,22,23
  125:18,23 161:1,3,17 162:4
  163:22,22 171:25 172:7,8
  175:3 189:11,18,19 191:10
  208:12,16,23 211:25
  229:18 232:25 233:1 239:3
  239:3,6 242:24,25
**percentage**
  82:16,20 116:8,12,13 139:3
  174:21 237:19 239:5
**perfectly**
  9:3 203:18 228:1
**performance**
  20:3
**period**
  73:20 245:16
**periodic**
  83:25
**permanent**
  24:15 177:11
**permanently**
  24:11
**permission**
  121:8 138:12 193:5,7 246:7
  246:9
**permits**
  193:23
**permitted**
  74:17
**permitting**
  195:12,12
**person**
  49:23,23 51:3 54:5 59:17
  80:1,2,2,18,22 91:1 141:14
  163:2,6,7 164:25 165:2,5
  166:17 169:2 203:22

**person (cont.)**
  220:13,14 222:5 224:13,13
**personal**
  27:16 30:1 34:12 95:3
  105:6,12 130:14 132:20
  133:5 156:23 178:21 220:4
  249:5
**personally**
  32:19,22 40:19 99:6 110:6
  131:13 176:10 202:11
  206:10 207:1 214:21
  215:15 252:5
**personnel**
  225:18
**perspective**
  96:11,18
**phase**
  176:16 177:1,13 178:15
  184:3
**philipe**
  213:22
**philippines**
  24:8
**phone**
  5:10 22:12 30:14 39:24
  43:2 58:9 64:18 135:15
  163:2 220:13
**phrased**
  203:3
**physical**
  215:20,24
**pick**
  106:21,22,25 152:9
**picked**
  64:18
**picking**
  174:14
**piece**
  37:12 38:18,18 92:2 99:22
  123:2 138:5,7 150:20 161:2
  163:4 172:5,6 174:5 176:18
  177:2,5 203:15 229:11
  239:8 244:10
**pieces**
  54:19 61:9 101:10 165:9,15
  166:9 174:13 200:12
  224:12
**pipeline**
  99:16 108:20
**pissed**
  201:20
**place**
  1:9 16:3 44:23 60:19,20
  61:25 69:13 80:17 130:15
  130:15 132:9 138:3 146:3
  162:14,17 178:4 180:22

**[place - profit]**

place (cont.)
191:6,22 196:9 202:19
204:22 227:25 228:15
235:4
plaintiffs
232:2
plan
62:24 180:9 195:6 217:22
217:25 218:1,4,6
planned
38:21,23 70:3 74:22 195:6
play
54:15 165:20
please
4:16,23 5:4,6 7:6 10:12
131:7 162:1 181:22 197:21
200:15 202:17 240:17
pledge
147:2
pledging
120:2
plenty
79:12
plug
88:21
plus
30:24 57:4 72:6 208:16,22
pocket
14:24
point
55:15 57:6 69:23 86:7
104:12 110:6 148:23 151:7
164:20 177:1,3,8 178:22
195:16 218:3 219:7
points
104:25
polite
55:10
politely
53:21
ponce
3:12 78:7,13,14 114:19
140:15 154:24 156:12,18
156:19,22 160:16 175:22
178:14 179:4,7,8 184:2,4,8
184:19,20,25 185:8,15
186:1,15,22,25 187:9,14,25
187:25 189:7,24 193:9,14
194:7,10,17 195:5 196:19
205:9 206:4,13,14 207:13
208:19 209:4,12 210:4
211:25 236:15
pool
130:18,19
portfolio
32:22 33:3,8,19 61:6,9

portion
159:2
position
28:18
positions
16:4 33:25
possession
69:14
possible
65:18 80:6 81:9 87:10
108:1 221:18
possibly
48:24 51:2,19 57:24 79:23
118:6 138:11 144:14 185:1
186:5 204:8 220:6 226:16
potential
98:24 171:19 198:24
223:24 230:12
powers
125:3
practice
68:5 92:10
practices
198:17
pre
69:8 84:11 89:3
predetermined
38:24
predeveloping
50:16
predevelopment
50:12,14
prefer
203:7
preferential
102:11
preferred
62:2
preliminary
91:13
prematurely
132:16,18
prepare
11:1
prepared
67:5 129:2 134:8
presence
95:9,12
present
7:15 13:17 20:12 26:20
127:8 166:18 179:15 181:6
217:11 220:17
presentation
232:17
presentations
224:4

presented
83:25 87:25 127:9 128:21
140:6 143:14,18 181:7
204:17 220:20 240:10
246:20
presenting
184:6 224:16
president
28:19
presuming
83:12
pretty
16:16,17 19:12 35:11,12
54:4,5 65:18 82:18 86:5
88:6 101:7 103:23 108:14
222:3 241:4
prevent
9:23
previous
8:12,17 15:8 21:11 22:2
36:16 51:10,10 81:7 120:17
166:25 187:15
previously
6:18 153:6 205:16
price
65:7 71:6 79:11 85:5,6,9,25
86:13,13,16,23 87:7 88:17
89:2 101:25 111:6 207:11
209:3,4,5 211:8
prices
38:14 67:21 86:8 87:1,4,10
87:14 88:25 184:11
pricey
200:8
primarily
17:6 47:20 230:11
primary
24:24 42:14
princess
247:7,11,12
principle
72:8,13 115:6 117:10 118:1
189:10 208:16,22
printed
239:10
prints
23:2
prior
6:5,18 7:20,25 12:13 14:14
19:5 45:4 51:7 94:14 98:13
100:19 101:17 102:23
112:7 121:18 123:18 136:1
184:23,25 185:7 218:25
220:15 222:7 225:25 226:6
226:9,16,22 230:3

private
21:19 33:7,13 87:16,16
99:14,16
privately
12:14,16 13:4 21:15
privilege
134:6,18,21,22,24 135:6,7
168:2
privileged
134:8 135:1 145:17,22
148:25 151:13,24,25
153:22 167:25 169:7
212:18 214:2
pro
192:2
probably
81:2 169:3 201:5 246:2
problem
63:14 122:22 181:24
problems
139:7,7
procedurally
197:9
procedures
7:13 124:3 140:16
proceed
140:14 246:20
proceeding
4:14 6:10
proceedings
173:7 251:13
proceeds
29:17 62:3 69:15 160:12
191:7
process
25:13 26:19,25 27:4 30:21
106:24 149:1 195:11,13
220:23,23 246:20
produced
167:12,15 169:7,8
product
25:25 29:8 54:16 101:8
134:24 135:7
production
134:13 135:9 199:22
productions
135:8
professional
11:21
professionally
59:1
professionals
87:5
profit
18:9,16 19:11 56:12 71:15
71:15 72:2 79:13 102:9

[profit - questions]

**profit (cont.)**
146:17,18 158:10,11,12,14
159:2 174:23 175:6 208:17
229:18
**profitable**
18:13
**profits**
16:13 18:18,19 65:8 71:21
72:7 107:12 108:12 117:18
158:24 159:15 160:1,4
164:10 173:9 175:14
190:18,21
**program**
20:20 245:4
**progress**
91:23
**progression**
19:7
**progressively**
198:13
**project**
37:4 38:11,16 40:8,11,13
40:22,25 44:2,4,5,15,18
46:16 47:23 49:22,25 52:12
52:13 53:15,19 54:11 55:20
55:20 56:6,9,13 59:3 61:1
61:23 62:2 64:12 65:15
66:22 67:7 68:6,9 69:7,9,10
69:16,22 70:12,19 71:12,23
71:24 72:15,22 74:4,18,25
75:3 77:11,18 78:6,10,16
79:7,14,16,23 80:7 84:2,10
88:22 90:19 91:12,18,22,23
92:7,25 93:1,15,16,22,24
94:12,15 96:25 97:2,17
101:1,3,5,7,23 109:4
128:19 132:16 137:10
138:5,17 139:2,3 140:14
157:3 158:8 159:3,4,4,9,20
159:23 160:7,13 162:18
171:22 172:1,22,23 173:16
173:18,24 174:5,12,20
175:10 176:1 177:5,7,16
178:1,9 179:2,22 180:1,12
180:13,17 181:1,11,22
182:3 184:14 186:19,25
187:14,16 188:18 191:2,4
191:17 193:6,11 197:2
198:11 201:13,18 202:15
206:15,19 208:4 224:11,11
235:16,23 236:4 244:4,5,5
244:21 245:2,4,7,9,17,18
246:3
**projected**
39:16 85:25 136:6 193:10
195:17

**projecting**
38:12 66:15
**projection**
65:10 91:16 142:16 184:13
**projections**
44:20 64:1 65:1 66:6,13,25
67:3,9,10,17,18,23 72:24
76:11 84:24 86:20 107:25
108:12,23 109:2 185:8
**projects**
35:2,6,10 36:6,7,12,15 37:1
37:13 38:20 39:11,17 40:21
41:12 44:7 46:4 49:20 50:4
77:25 88:6 94:9,11,13
95:10 96:15 97:10,23 99:16
102:3 106:12 108:17,17
109:6 114:15,16 122:14
124:4,11,13 129:2,6 131:3
131:21 132:6 138:2,16
139:6,7 163:21 165:17
171:16,21 173:2 174:3,11
174:16 175:23 178:15,19
178:25,25 179:14,16
180:24 181:17 184:1
193:10,16 194:1 196:2
197:18,24 208:13 222:15
223:6,8,11,19 231:22
232:14 234:7,8,11 235:23
236:16 245:1 247:1,2
**project's**
132:3
**promissory**
164:23
**promote**
39:4 71:20 172:12
**promotes**
41:18
**proofreader's**
251:1,16
**proper**
243:24
**properties**
39:13 191:15
**property**
39:8,10 56:19 57:12 68:20
72:25 159:12 160:11 195:7
234:24
**proportionate**
102:21
**proposal**
215:10 216:1
**proposals**
214:19 221:18
**proprietary**
13:21 14:16 15:20

**prospective**
80:12
**protect**
219:7
**protocols**
181:13,14,16
**prove**
55:9
**provide**
24:22 36:5 44:12 46:3 48:5
49:10 51:15 53:6 55:25
56:4 63:5,21 65:23 81:16
82:3 84:7,8 86:22 104:17
124:1 165:6 177:21 202:13
202:13 219:8,10 248:6
**provided**
6:6,19 10:20 36:20 46:22
50:19 59:24 63:23 64:5,22
64:25 65:13,19 66:1,4,13
73:5 76:10,13 84:1,9,11
88:3 93:19 100:16,19
101:16 103:13 110:15,19
131:9,19 142:19 161:25
163:1 167:11 168:2 184:18
195:25 209:5,8,12 218:12
218:17 221:16 244:3
**provides**
187:10,11
**providing**
29:23 53:5 197:3 249:11
**provision**
119:12
**provisions**
6:2
**publically**
94:19
**pulled**
151:18
**pulse**
123:23
**purchase**
3:13 62:21 65:19 72:24
204:24 205:18 207:11
209:3,4,5 211:8 213:12
222:9 223:3
**purely**
238:5 245:11
**purported**
174:10
**purpose**
20:5,15 25:10 26:13 94:6
171:9 172:4 217:20 219:1
230:9
**purposes**
4:13 173:25 209:21 213:20

**pursuant**
1:15 7:10
**pursue**
147:6
**pushed**
194:13
**put**
14:23,23 16:3 18:13 26:2
41:14 62:1 67:1 71:16,18
72:4,6 90:24 92:12 99:2
107:22 109:20 111:12
127:15,22,24 128:17,21
144:25 145:3,4,5 146:2
161:10,11,20 172:7 181:3
200:12 203:15 207:18
208:8,11 228:15 235:3
244:20,20 245:13,21
**puts**
67:3 172:8 177:11
**putting**
79:14,15,17,20 89:7 128:24
130:15,15 150:14 151:8

**q**

**q1**
144:20
**qualified**
26:1
**qualifies**
121:2,4
**qualify**
43:15
**quarterly**
140:22 142:17,18,25 143:2
242:10
**question**
7:15,16,18,18,19,24 8:24
9:2,17,20,21 11:9 12:14
13:2,2 15:9 32:8,10 63:7,13
66:19 70:14 74:20 84:16
90:11 100:2 117:3 120:18
141:6 148:6 153:18,23,24
162:25 167:1 168:16 169:4
171:5 178:24 185:1 187:15
190:9,11,12 192:11 195:19
196:3 210:11 214:4,9,14
216:23 221:12 247:4
**questioned**
9:15 108:25
**questioning**
68:13 142:6 145:15 198:18
216:22
**questionnaire**
3:9 10:19,21,24 11:2,6,12
32:7
**questions**
6:23 7:16 8:14,20 9:11

[questions - refresh]

**questions (cont.)**
10:23 11:2,6 43:18 88:16
103:14,18 111:21 141:4
142:3 147:14 152:25 156:9
156:10 162:25 169:14
171:17 185:17 214:1
237:12 242:4 246:23
247:25 248:24 249:17,21

**quick**
134:4,9 135:3 148:10
149:18 213:3 237:12

**quickly**
161:22 187:1 190:17

**quiet**
204:6

**quite**
128:25 169:11

**quote**
31:7

**r**

**raise**
4:16 36:10 70:13 172:4,6

**raised**
172:14

**raises**
136:14 143:10 239:24
240:3

**raising**
32:4 35:3 106:17

**ran**
124:16

**random**
87:6 126:10 176:19

**randomly**
19:16

**randomness**
61:7

**range**
41:4,21 42:10 72:21 153:15
154:11 177:7 189:22
193:25 248:1

**rata**
192:3

**rate**
189:15

**rates**
29:15,21 65:6

**rationale**
199:8

**reach**
12:24,25 13:1,6 14:10
20:11 28:21 29:5,12,22,23
30:3,6,9,18,23,25 31:5,11
31:15,17,19,24

**reached**
20:17 87:14 149:8 150:4

**reached (cont.)**
205:25 214:12,15 215:4

**reaching**
26:17

**react**
247:19

**reaction**
226:23,24 235:12

**read**
111:23 190:20 225:8,22
226:20 235:11,13

**reading**
97:14 120:14 154:2 192:10

**ready**
7:7,8 10:14,15 111:22,24
118:23 176:23,24 177:3,8,9
177:13,22,23 178:4,10
185:20,21 193:24 195:14
195:16 205:20,21 231:16
231:17

**real**
13:11 16:18 34:7,8,10,15
34:18 35:4,6,10,13 36:5,7
36:20,21 41:25 46:4,11,13
46:13 51:14,15,19,20,23,24
52:2 54:11,15,20 57:15
71:3 80:18 86:25 87:15
95:10 97:23 98:16,19,21,23
99:9,14,18 106:5,10,11,14
110:25 111:13 114:8
121:14 139:9,9 156:19
157:2 161:22 171:15,21
173:16 174:5 190:9,11,12
190:16 195:19 198:2,24,24
210:11 213:3 217:22
221:12 241:1

**realistic**
67:22 87:10 108:25

**reality**
88:24,25 140:13 192:11

**really**
17:25 18:10 19:19,20 20:22
20:25 21:1,2,6 27:3,18 28:7
30:12 31:25 32:1,25 33:15
33:17 34:13 35:15,18 42:6
52:1 54:11 58:2,14,16,23
61:11,17 64:25 65:22 66:8
66:19 67:25 80:3 87:6 90:6
100:1,2 101:9 103:17,17
105:1,13 108:17 114:3
123:9 129:9 132:22 138:1
138:19 139:11 140:10
142:19 143:7 144:10,12
161:16 164:15 166:12,15
172:16 173:20 177:24
181:20,20 183:9 198:21

**really (cont.)**
201:20 203:12 204:13
217:21 218:1 228:24 229:2
230:21 235:18 240:13,13
240:20 241:2 246:22
247:16 248:22

**reason**
8:3 10:1 88:3 94:8 99:3
155:10 220:3 233:17,20,24

**reasonable**
66:15,18 85:14 86:2 88:10
88:10 168:21 205:12

**rebranded**
14:10

**rebuilding**
202:5

**recall**
9:8 12:8 18:22 39:14 40:24
44:22 45:16,20 46:2 52:8
55:13,23 59:21 66:2,5,7
67:8,12,14,14,15 68:2
70:17 73:17 76:4,5 83:13
93:4,5,6 100:13 112:8
124:17,25 125:9 128:4,20
136:9 140:6 141:12,21
142:2,5,7 150:9 170:10
184:4 185:7 189:19,21
193:14,15,17,18,21 204:16
218:5 219:13 237:15
238:18,23 239:5,8 240:7,12
240:23

**receive**
66:24 135:8 142:9 155:19
155:23 160:17

**received**
18:6 67:8 73:18 85:17
110:25 128:1,2,5,8 142:15
143:3 144:16,19,19 150:8,8
150:16,21 184:5 211:22
213:17

**receiving**
53:12 185:7 233:3

**recess**
43:7 92:16 135:18 152:13
183:19 213:1 237:5

**recognize**
10:16 111:25 153:7 154:6,8
155:3 158:23,24 205:22
231:18

**recollection**
9:10,14 50:22 75:24 118:18
131:12 142:7 169:20
187:13

**recollections**
9:1,18

**record**
4:2,24 6:6,19 7:20,21 8:1,2
8:5,5,8,9 15:1 42:23 43:6,9
71:4 84:16 92:15,17 135:11
135:13,16,19 136:1 152:8
152:11,18 153:25 174:9
183:17,20 197:20 212:22
212:24 213:3,8 237:7
243:24 249:25 252:15

**recorded**
251:12

**records**
133:3 134:10 148:24
149:23 150:2 243:25

**red**
204:25

**redeem**
115:4 195:22 197:17,21,22
222:25

**redeemed**
117:4 150:15

**redeeming**
151:9,11 222:12,14

**redlands**
175:24,25 176:2,3,16
177:16 178:15 179:9,10,11
184:3 204:20,20,21 205:1

**reduce**
211:15

**refer**
25:22 94:25 119:24 186:8
244:13

**reference**
120:5 154:14

**referenced**
122:4

**references**
125:4

**referencing**
166:18

**referring**
89:21 97:12 127:11 188:9
207:14 208:3 211:4

**refinance**
56:12

**refinancing**
54:24 56:6,14,23 68:21

**reflect**
209:7

**reflected**
170:18 209:12 210:7
241:24

**reform**
94:25

**refresh**
118:18 187:12

[refreshes - right]

**refreshes**
  9:14
**refund**
  181:18
**refundable**
  181:4,5 182:14 245:15,17
  246:21
**regard**
  214:22
**regarding**
  170:9 248:4,14
**regional**
  2:9 4:4,11
**register**
  22:22
**registration**
  22:24
**regular**
  140:16,21 141:5,8
**regulations**
  19:18
**regulators**
  21:23
**reign**
  104:1,16 105:8
**reigned**
  103:20
**reimbursed**
  182:25
**related**
  75:2 113:22 121:4 232:16
**relating**
  247:2
**relationship**
  133:9
**relative**
  252:16,18
**relatively**
  64:9
**release**
  20:15
**relief**
  12:23 13:6 14:6,16 17:4,6
  19:5 21:25 23:19 24:25
  27:9,20 28:11,15,20,23
  30:7,15,20 31:11,24 32:12
**rely**
  87:3
**remaining**
  69:18 160:3 212:9,20
  213:10,25 214:5 216:25
  217:5
**remember**
  9:9 12:2 16:25 37:25 42:8
  46:25 50:25 52:11 53:1,9
  53:11,12,14,16 58:9 59:18

**remember (cont.)**
  61:19 64:20 72:19 73:20,21
  77:22 79:24 83:16 94:2
  97:24 100:5,9 116:3 118:3
  118:9 121:12 163:10,12
  170:12 176:19 185:2,6
  200:1 216:18 237:18 238:2
  238:4 239:1,12,17 242:21
**remembering**
  45:22
**remote**
  24:10,11,16,19,20 36:1
**renderings**
  48:19 65:16
**renegotiate**
  214:4
**renegotiating**
  214:13
**rent**
  48:10 49:1 56:10
**rental**
  37:3 46:24
**rentals**
  46:25 52:19 54:12,12,13
  246:4
**repaid**
  70:24 71:14 72:13,13
  118:25 120:24 136:23
  242:15 243:5
**repairs**
  166:14
**repay**
  29:22 56:14 177:12
**repeat**
  7:17,25 26:24
**rephrase**
  7:17 138:6
**replace**
  147:25
**report**
  23:20 252:13
**reporter**
  7:20 8:2,4 63:11 183:14
**reporter's**
  252:11
**reporting**
  1:24
**reports**
  89:25
**represent**
  5:15,20 15:10,13 119:19
  212:8,19 213:9
**representation**
  110:7 123:17 216:24
**representations**
  75:11

**representative**
  90:20
**represented**
  5:1 123:19 154:21 213:24
  218:5
**representing**
  5:12
**request**
  143:1,2 144:15,22
**requested**
  144:17,18,21 149:16,18
  168:12,20 197:10
**requesting**
  197:22
**require**
  31:3,3,4 83:14 119:17
**required**
  23:6,14 82:23
**requirement**
  36:17
**requirements**
  22:24 23:1,8
**requires**
  21:21 26:11
**residence**
  42:14
**residences**
  34:12 84:11
**residential**
  36:21,23,24
**resides**
  95:14
**resources**
  124:12
**respect**
  5:18 27:9 39:9 60:23 63:22
  68:18 70:12 143:9 169:17
  179:3 191:16 193:8 196:16
  234:8 236:14
**respectfully**
  164:18
**respective**
  193:13
**respond**
  7:23,23 155:24 204:12
  220:21
**responding**
  63:16
**responds**
  63:7
**response**
  7:24 12:18 13:4 55:6 63:12
  122:16 127:7 161:8,12,13
  161:16,19,23,24 162:12,19
  162:21 163:15 164:4,19
  204:4,13 229:10

**responses**
  11:1,3,6 162:25 166:15
  232:24
**responsibilities**
  32:2 106:19
**responsibility**
  107:4 143:15
**responsible**
  102:14 106:17,17,18
  124:12 197:2 232:13,15
**responsive**
  9:1,10,16
**rest**
  21:17 41:21 56:17 111:10
  158:13 203:18 205:7 210:5
**restating**
  112:14
**restaurants**
  204:1
**restroom**
  183:15
**resulted**
  149:14
**retail**
  48:23
**retained**
  134:3
**return**
  56:15 107:20 158:23
  160:10 162:12 177:14
  189:15,17 191:10 207:18
**returned**
  160:12 191:9
**returns**
  38:15 107:18 108:1 164:11
**revenue**
  39:10 55:1 132:12
**revenues**
  13:11 39:12 56:20
**reversals**
  166:14
**review**
  6:11,21 7:6 10:13,23 26:21
  53:13 101:14 111:22 112:6
  205:20 225:2 231:15
**reviewed**
  66:8 67:6,23,24 76:11,15
  85:10 133:16 197:11
**reviewing**
  9:13 242:9
**reviews**
  21:22
**revolutionize**
  47:4
**right**
  4:16 12:4 14:25 16:20 18:4

**[right - sense]**

**right (cont.)**
20:2 31:22 35:23,24,25
37:4,6,9,12 38:12 39:5
46:18 48:8 54:1,22 59:1
62:21 65:2 67:25 71:7,21
72:8 87:1,2,5,10,15,18
88:22 99:5 111:7 119:6
123:15 124:17 132:8,12
137:8 142:16 143:9 145:15
149:13,15 160:24 164:19
165:21 166:5,6,14,14
168:16 171:23 172:2 176:5
176:20,23 177:13 196:3
198:11,12,15 204:11
207:22,25 210:14 211:4
213:8 214:8,22,23 215:24
227:15,22 228:1,14 230:18
230:19 239:19 241:8 244:2
244:21 245:20 246:22
249:22
**rights**
102:21 125:3
**rishi**
43:19 44:17 45:2,4,5,23,25
46:3,13 47:24 51:4,7,13
57:17 58:7 61:18,19,23
62:18 63:21 64:19 70:13
77:12,22,24 78:3 79:18
80:3 81:7,15 82:2 84:1
86:17,22 89:6,10,13,25
90:4,9,21 94:17 98:12,24
99:5 100:6,16 102:25
103:15,17 104:16,22 105:2
105:4,8,13 107:10 109:22
110:7,9,13,19 111:7 120:19
123:6 124:6,10,16 125:7,8
125:10 126:4 128:18,21,22
129:16,20,23 130:6,9 133:5
133:14 134:7 135:1 136:8
137:2,13,25 138:11 139:4
143:20 144:3,6 146:1,4,19
146:24 147:4,7,17,25
148:12 150:1 154:9 155:5
158:4 159:1 160:8,24,25
162:25 163:10,25 164:7
165:2,6,12 167:18 168:23
176:5 178:11,13 179:15
180:16 182:1 192:13,13,14
192:14 197:6,13,13 198:21
199:14,16,17 201:7 202:10
202:15 203:2,5,11 204:4,9
204:16,16 206:1 207:9
209:6 212:8,18 217:16
221:14 223:3 225:19 227:1
227:19 228:25 229:3,15
230:10 231:8,23 232:9,24

**rishi (cont.)**
233:12 235:7 239:9,19
240:22,24 241:10,21
242:22 244:13,21 247:5
**rishi's**
45:15 55:6 131:12 132:1,20
158:11
**risk**
16:3 92:12
**risks**
103:23
**robbins**
103:6 145:16 151:15
222:16
**robert**
5:7
**role**
12:24 174:9,10,11,12
**roll**
109:19 137:8
**room**
15:20 48:11 90:22 247:18
**roughly**
26:5 40:4 41:3 116:17
208:4,6 238:1
**rounding**
82:19
**rubin**
213:19
**rule**
19:24 22:21
**rules**
19:18,22 21:20
**run**
70:1,7 198:5 242:25
**running**
106:16 124:12
**runs**
95:19
**russell**
2:6 4:9 15:6 63:10
**russia**
14:2

**s**

**sage**
149:19
**salaries**
136:13,13 239:18
**salary**
16:19 18:6 129:23
**sale**
39:8,13 52:18 56:6 59:6
65:7,19 67:20 70:11 86:13
158:8 159:11,14,15
**sales**
19:24 21:7 25:17 62:3 89:3

**sales (cont.)**
89:3 174:14
**sanity**
67:24
**satisfactory**
155:19 161:12,15,23
164:20 183:9
**satisfy**
218:7
**save**
249:24
**saved**
19:14
**saw**
36:16 53:1,2 82:12 96:19
97:1 103:16 132:14 137:13
138:13 176:10,11 198:16
217:8,12 240:5,11 243:15
243:19
**saying**
63:11 89:10 128:12 136:22
136:25 177:1 240:18,24
**says**
11:12,15 12:13 59:3 113:8
113:12 116:8,11 117:17,22
119:8,11 125:2 126:17,21
127:2 129:15,16 137:11
164:14 165:10 186:14,21
186:22 187:9,11 188:22,23
189:13 207:11 241:5
**schedule**
113:5 193:16 194:1 203:16
204:15,17,22 205:1 209:6,8
209:14,18,20 211:10
212:21
**scheduled**
40:2 162:15
**schedules**
205:7 209:2,11 210:8
213:11 214:5
**school**
42:20 46:15 51:22
**scott**
103:6 105:2 145:16 146:2,2
146:4,25 147:7 151:15
222:16,19 224:7 228:24
229:5,12,14,16,20
**scott's**
147:3
**scrambling**
224:1
**screen**
53:10
**seal**
252:7

**seasons**
60:8,10
**sec**
6:14 7:2 10:8 24:14 111:14
152:16 185:11 205:13
224:19 231:3
**second**
19:20 26:25 37:5,8 57:11
75:5 112:3,14,20 115:15
122:10 136:2 152:4,7
174:23 180:10 185:22
209:3 212:23 237:3 240:8
245:8
**section**
189:8
**sector**
33:16 106:11
**securities**
1:1,9 2:3,8 4:5,7,12 5:24
6:3 18:23 32:20 33:4 153:3
**seeing**
21:10
**seeking**
117:7 222:25
**seen**
109:15 159:8 231:24
**segment**
53:8
**selectively**
134:20
**self**
21:16
**sell**
16:7 40:13 54:14,21 57:12
57:24 69:3,21 70:3 81:24
106:25 107:1,22 193:24
**sellable**
85:25
**seller**
61:2,3,11,17 65:20 138:9
138:25 183:4 244:16
245:20
**selling**
16:5 17:13 174:14 219:19
**sells**
25:4 47:8
**send**
144:13 199:6
**sends**
89:24
**senior**
4:7,8,9 153:3 195:9 200:14
**sense**
42:25 48:20 55:5 67:13,21
104:23 157:19,21 171:13
183:15 197:22 198:19

**[sent - skin]**

sent
  73:1 134:11 135:10 138:11
  146:24 147:3,4 163:18
  164:15 210:21 215:2,9,25
  222:20,21 229:13 244:21
separate
  30:7,12 97:22 99:20,21
  114:15 124:2,3,3,3,8 126:8
  164:16 173:17 182:21
  204:21 205:1 207:12
  209:10 220:9 221:17
separated
  60:6 204:20
separately
  222:20
separation
  99:18
september
  59:15,20 64:15
series
  7:15 11:24,24 12:1,1
serious
  180:3
service
  20:18 24:24
services
  1:24 230:3
servicing
  21:8
session
  10:5
set
  30:10 31:1 33:3 40:22
  45:14,14 58:9,10,11 76:2,3
  102:2,6 118:6 119:14
  120:11 124:2 165:18
  173:16,24 179:7,8 194:12
  196:9 202:4 213:11 232:17
sets
  76:19
setting
  75:12
settle
  26:4
settled
  26:24
settlement
  19:16 20:11,13,14,16,19
  22:19,20 26:19,23
settlements
  26:18 29:10,11
settling
  25:12
seven
  16:8 34:6 42:24 125:18
  153:16 205:17

shah
  95:18,18
shake
  53:24
shakes
  91:15 106:6
share
  30:6 78:22 146:18,18
  158:12,14 159:21 162:1
  175:6
shared
  48:10 66:3,4 73:4,4 81:8,10
  97:25 99:17 100:22 108:7
  108:11,24 133:25 134:6,25
  144:12 149:17 156:5,7
  163:19,19 173:12 239:13
shareholder
  97:8 124:4 145:20 149:23
  220:1 222:22 229:13
  246:15
shareholders
  102:11,22 130:7 146:5,24
  147:5 158:13 218:1,8 219:7
  219:20 247:11
shares
  16:8 107:22
sharing
  49:6 102:10 174:23
sheet
  65:11 134:1,7 158:22
  163:19 165:16 172:2 174:2
  194:21
shelter
  45:1,22
shifted
  185:4
shocked
  48:19
shockingly
  48:16
shohat
  2:14 5:7,7,12,14,17,21
  15:16 39:25 43:1 84:15
  90:11 97:4 116:22,24
  133:20,25 134:17 141:3
  145:18,21,24 148:17 149:2
  149:4,11,14,25 150:10
  151:25 152:4,8 153:21
  154:1 156:6 157:11 160:23
  166:24 167:15 169:9,11
  170:19 171:3 176:4 180:10
  194:15 200:5 201:9,11
  212:15,22 214:7,14,20
  215:7,12,14,16,18,21 216:1
  219:2 226:10 228:12
  230:17 237:21 249:18,19

shop
  48:25 49:2
short
  64:9
shorter
  40:16
shortly
  64:15 73:18 115:16 150:18
shovel
  176:23,24 177:3,8,8,13,22
  177:23 178:4,10 193:24
  195:14,16
show
  18:2 103:17 104:22 131:4,6
  131:7 144:5 147:16 203:10
  203:10 238:21 239:11
  240:24 241:5,6,7
showed
  35:2 36:15 48:14 63:25
  65:20 108:11 133:3 141:22
  141:23 143:3 144:5 164:25
  165:16 184:10 237:20
  238:16 239:8,10 240:20
shower
  48:15
showing
  163:23 202:14 243:13
shown
  126:2 127:12,14 130:4,8
  136:10 139:18 140:19
  143:24,25 144:9,10 196:7,8
  238:24 240:5,6 241:12
shows
  24:17 65:2 113:5 134:1,9
  144:6 203:11 239:7,11
  240:25 241:6,7
shut
  34:22 35:23,24,25 42:13
side
  14:11 25:6 59:6 60:7 83:10
  89:1 122:24 215:3,3 230:7
  230:9
sided
  199:4
sign
  21:12 26:9 198:5,5
signature
  206:4,6,9,13
signed
  79:21 87:11 182:3,5 192:13
  198:2,6,22 206:21,25
significance
  13:11
significant
  86:5

significantly
  136:12 240:9
signing
  112:7
signs
  20:20
silent
  28:4,6
similar
  13:2 30:13,14,16 50:10
  56:3,16 63:23 87:17 88:16
  126:6 128:7 129:22 168:15
  169:4 179:4 184:10,11
  186:3 233:14 236:8 244:6
similarly
  179:7 208:2
simon's
  14:3
simple
  26:6
simpler
  22:24
simplified
  27:3
simplifying
  27:6
single
  36:24 49:3 69:21 109:9,10
  109:11 111:21 196:6,7,9
sit
  81:12 116:15 170:15 195:5
  195:23 197:4
site
  101:15,19,21
sits
  174:1
sitting
  105:11,15 112:13 116:1
  117:11 171:7 172:18
situation
  82:10 139:8 147:7 217:25
  247:15
situations
  244:6 249:8
six
  27:2 29:14,19,20,20 144:13
  185:15 205:10 225:15,20
  234:19
skeptical
  48:14
ski
  181:8
skiing
  182:10,10
skin
  99:9 122:18

**[slightly - started]**

slightly
  162:20,21
sloppiness
  147:24
slow
  105:3,8
small
  123:20,22 124:11 203:2
  239:3
smaller
  14:11 190:13
smile
  249:7
soft
  68:7 74:11,12,22
sold
  43:5 61:20 69:20,24 86:18
  86:18 89:2 150:21 158:20
  191:6
solicited
  223:24
solution
  86:12
solutions
  14:5 24:22
solve
  217:25
somebody
  19:16 25:21 99:12 224:10
somewhat
  35:16 36:14 119:20 142:22
  175:20 231:14
son
  95:18
soon
  62:23 118:22 121:1 144:19
sorry
  16:25 24:3 32:16 37:25
  41:10 43:15 60:18,20 63:10
  63:14 66:11 70:14 90:12,12
  95:6 99:11 118:11 120:17
  123:10 126:14 141:19
  142:21 152:6 162:10
  172:12 187:5,22 190:23
  199:25 204:25 208:1,21
  211:21 212:15 213:7
  219:24 235:15 240:15,19
  242:3 243:11
sort
  13:14 14:15 19:6,7 24:23
  32:12 33:2,9,21 34:17 35:8
  38:6 41:12 43:17 49:9,11
  50:19 57:10 60:25 63:24
  66:6 67:16 68:19,21 69:4
  75:11,12 76:19 82:4 83:13
  85:1 88:14 98:10 101:22,23

sort (cont.)
  101:24 104:16 105:8
  107:17 113:18 117:22
  119:16 120:4,10 123:17
  124:5,8 125:14,15 127:20
  129:9,9 133:2 151:21
  168:15 176:14 184:3
  185:17 189:4 195:22
  197:20,24,24 200:23 205:6
  216:14 226:20 228:3 233:9
  234:18 237:15 240:8
sorted
  159:1
sounded
  62:3,9
sounding
  31:25
sounds
  59:7 207:22
sourced
  135:2
sources
  54:25
south
  5:9 49:20 179:20
southwest
  176:4,4
space
  19:17,20,21 21:1
sparked
  35:8
speak
  25:17 83:6 89:21 90:5,14
  100:23 102:25 104:3 153:9
  226:25 227:4 233:21
  246:18
speaking
  18:22 80:4 92:24 102:25
  114:13 115:3 126:11
  128:15 183:22 227:10
special
  20:4,14 25:9 26:13
specific
  9:2,17 22:21 31:4 33:16,17
  36:6,6 40:23 44:13 45:7
  46:16 47:23 49:24 55:20
  60:20 68:12 85:24 93:16
  114:15 142:3 159:20
  173:17,25 188:10 214:19
specifically
  13:25 46:7 74:4 76:2 96:23
  101:24 103:15 114:9,11,16
  137:14 138:13 143:21
  145:14 146:4 148:20,22
  193:18 218:5 219:13 235:2
  243:16

specifics
  130:2 223:12
speculating
  238:5,5
speed
  203:7
spell
  4:24
spelled
  146:14 191:4
spelling
  11:8 231:9
spend
  29:18 42:20
spending
  19:13
spent
  49:24 180:22
spiel
  51:1
split
  38:19,25 39:7,9 56:18 57:4
  68:22 69:19 70:20 71:1,15
  72:11,14 78:3,8,9,9 94:12
  172:10 189:11 191:11
splits
  39:1,2 41:18
spoke
  80:3 88:11 90:4,22 129:5
  180:5 181:24,24 189:3
  203:20,20 217:8,12 222:17
  222:19 235:7
spoken
  80:5 236:13 248:3,13
sponsor
  15:25 74:10 132:7 133:4
  156:18,21 157:1 159:21
  161:3 171:22 172:5,25
  173:17 174:19,19,24 175:1
  175:4,5,10,12,14 186:15,17
  186:18 187:22 188:1,3
  189:12 190:24 191:12,25
sponsors
  171:15,20,25 173:2,5,9
  174:10,11,12 190:22
sponsor's
  191:1
spot
  143:7 201:20
spread
  24:1 65:11 134:1,7 163:18
  165:16
spring
  34:19 35:20 42:12
spun
  114:11

square
  48:13 81:19,20,21 86:1,21
  86:22 88:17
stabilize
  40:13 54:22 56:9 57:11
  68:20
stabilized
  56:13,20
stack
  99:21 123:24 223:9
staff
  4:10 8:1 43:11 92:21
  135:22 152:22 183:24
  213:5 237:9
stage
  108:16
stake
  172:8,8
stakes
  220:5
stamp
  112:22 126:13 187:6
  188:22 206:3
stamped
  111:18 113:3 117:16 119:7
  125:2 126:19 185:16
  186:10 205:18
stand
  49:4 134:16,23 154:4
standard
  4:3 9:20 68:5
standpoint
  19:11 30:16 72:3,4 158:22
  228:4
stands
  113:20 114:7
start
  16:2 19:14 21:10,12 23:4
  26:17 34:10 40:12 49:16
  52:3,4,8 92:10 108:23
  109:1 113:2 133:11 177:24
  181:2 199:5 216:22 219:16
  219:18 221:7 237:24
started
  13:22,23 14:3,8,8 16:15
  17:4,21,22,23 19:6 21:14
  21:24 22:2,15 23:3,4 27:20
  27:21 30:5 32:17 42:6
  46:11 49:12,12,17 62:18,23
  62:24,25 74:14 79:6 85:7
  86:9,10,12 104:10,11
  109:18,20 132:14 133:9
  141:4 148:3 169:22 170:5
  198:7,13,19,22 243:15
  249:20

**[starter - talking]**

**starter**
180:8
**starting**
14:14 46:19 51:7 172:3
**starts**
20:21 33:15 72:11 234:18
**state**
4:23 5:5 6:5 21:21,22 22:15
22:20,21,22,23,25 23:11,11
31:2,2,2,2 34:21 108:21
252:2
**stated**
131:23
**statement**
110:19 128:5 164:7 241:15
249:2
**statements**
8:15 101:14 133:15,17
142:25 143:3,25 144:16,18
144:25 145:3,13 147:16
149:18 168:18,20,24
237:17 242:10 249:13
**states**
1:1 5:24 22:23,25 23:4,5,6
23:10,12,15,17 30:23,24
31:3,3,4,8,8,10 95:11,14,23
96:6 125:6,15 130:21 232:8
**status**
61:1 84:2 151:17 195:5
**stay**
132:11
**stayed**
204:6
**staying**
12:12 70:8
**stays**
245:19
**steal**
87:2
**stenographically**
252:13
**step**
83:19 197:25
**stepping**
170:24
**steps**
57:22 228:8,19
**steven**
152:1,4 213:19
**stock**
16:7 17:13 18:24,25 19:2
**stocks**
16:5 18:25 33:6,13
**stop**
165:12,13 216:14

**stopped**
163:13 216:16
**store**
54:13
**story**
44:19 52:7 80:6,20,22
81:18 123:14 198:21
**straight**
247:21
**straightforward**
54:5 241:5
**strategic**
47:14
**strategies**
16:4
**strategy**
33:10,17 68:19,23
**street**
37:4,7,10,11
**stressed**
200:12
**stretch**
68:5,11,14
**strike**
107:7 120:23 121:6 180:16
180:18 183:3,10,11,12
199:1 201:1,7 219:9
**structural**
74:7
**structure**
38:17 78:21 185:18
**structured**
179:4 186:2
**structures**
173:20
**struggling**
29:13
**stuck**
34:20
**stuff**
25:16 32:5 33:1,5 42:7 45:6
49:6 50:18 58:2 59:3 64:2
89:25 134:12 166:2 200:4
**stunned**
164:7
**stupid**
53:20 54:6
**suarez**
230:2,5 234:5
**sublease**
24:13
**submits**
25:16
**subparagraphs**
225:24

**subpoena**
3:8 7:9 248:9
**subpoenaed**
248:19
**subsection**
119:25 120:14 211:1 230:1
**subsections**
119:25 120:4 207:12
**subsequently**
142:25 165:4
**subsidize**
137:10
**subsidizing**
122:13
**substance**
9:23 169:20
**substantially**
120:3
**substantiate**
20:2
**substantive**
8:6,7 43:10,16 92:20
135:21 152:21 183:23
213:4 237:8
**success**
96:23 97:2
**successful**
75:3
**sudden**
88:22
**suite**
2:10,17 5:10
**summarize**
8:8
**summary**
3:11 153:19 154:5,9,12
164:25
**sums**
127:1
**sunday**
221:5,6,6,10
**super**
119:15,17,20
**supplemental**
3:7 6:7,12,20
**support**
24:8
**supposed**
39:21 55:24 56:1,13 62:7
69:2 75:20 82:22 132:11
160:4 175:11 181:14,15
182:25 191:20 193:18
241:15
**sure**
9:4 12:21 13:18 15:23 19:8
29:8 30:2 38:11 43:20

**sure (cont.)**
46:23 52:23 54:20 60:15
63:6,12,13 65:21 67:13,14
69:7 71:6 74:19 75:19 96:7
103:14,25 104:9 110:1
121:4,24 122:2 128:4,25
129:3 132:18 143:14,15
161:18,18 162:7 163:19
169:22 171:2,18 176:10
182:23 185:2,6 193:4 198:1
202:16 203:7 207:24 208:8
229:16,22 233:1 234:14
239:12 241:17 245:22,22
245:24 246:5
**survive**
54:8
**sushi**
200:2,5
**suspect**
158:25
**sustain**
102:15
**swear**
4:15
**sweden**
61:4
**sworn**
4:20 252:6
**system**
18:15 149:19
**systematically**
144:12
**systems**
14:2

**t**

**table**
204:7 205:6
**taken**
43:7 54:3 92:16 119:13
135:18 152:14 182:15,15
183:19 213:1 237:5
**talk**
31:21,23,24 32:2,5 51:25
63:8 71:3,4 97:15 105:2,3
149:11 150:10 180:12
181:22 200:4 203:2 224:10
237:3,23
**talked**
85:9 88:17 101:22 175:20
179:5 180:20 184:9 190:16
191:14 192:19 199:1
236:11 237:18 241:20
246:16
**talking**
47:17 50:14 84:17 94:17
97:16 100:11 136:4 157:11

**[talking - times]**

**talking** (cont.)
164:16 168:17,23 182:17
184:1 200:11 224:2,8
237:13,21 242:19 247:9,22

**talks**
192:9 211:1,2

**tap**
30:10

**tarinos**
89:22,23

**taste**
247:14

**tco**
69:11

**teach**
16:3

**teacher**
16:17 19:12

**team**
46:8 59:10 67:2 81:8
124:14 167:20 174:14
198:7

**teams**
58:10 141:16,18

**technically**
18:1,11,16 27:14 50:10
67:6 132:21 146:17

**technology**
18:15

**teens**
55:17

**telemarketing**
19:24

**telephone**
5:6

**tell**
8:11,16,25 12:19 19:4
23:12 24:23 29:7 43:24
45:5 47:12 108:5 125:25
154:21 166:12 170:20
227:13,23 247:19

**telling**
46:15 64:3 104:15 149:5
224:9

**tells**
137:4

**temporary**
69:12

**ten**
33:14 72:20 118:11,12,15
239:3 242:18

**term**
13:15 29:22 33:21 74:24
190:3,5,7 194:21

**terms**
13:3 18:5 22:16,18 24:21

**terms** (cont.)
26:23 30:13,23 33:3,9 36:5
36:19 38:8 40:17 43:18
51:16 74:3,17 80:4 82:20
100:16 101:25 106:10
118:19 131:21 197:3 220:8
224:15 237:17 240:21

**terrible**
54:9

**testified**
4:20 188:15 248:20

**testify**
248:25

**testifying**
9:23

**testimony**
7:13,14 8:13,19 9:16 10:2,5
15:2 85:18 96:13 117:9
144:17 241:25 249:25
251:13 252:15

**text**
167:22 181:9 199:7,13,15
199:17,18,20 200:20,24

**texted**
200:18,19

**texts**
57:16

**thank**
11:11 15:17 27:7 43:14
55:10 70:10 76:7 84:21
96:9 107:14 115:19 119:6
135:4 142:21 147:12 149:7
150:12 162:22 170:23
171:1 178:23 184:16
197:14 210:6 216:5 221:23
224:18 249:22

**thanked**
55:12

**theories**
108:15

**thing**
20:6 49:4,5,16 54:8 57:25
85:1 86:25 215:4

**things**
7:22 8:20 14:12,12 19:15
23:3 25:6 35:17 38:22 65:3
65:22 66:21,22 68:13 79:6
84:3 85:14 87:19,19,20
89:9 106:14 119:16 132:14
136:9 170:1 175:3,9 181:2
197:7 198:9 203:6,9 226:13
226:14,14,17 237:24
245:23

**think**
12:10 15:19 27:19 28:24
31:13 32:13,15 33:6 37:3

**think** (cont.)
41:3,15 42:23 46:6,11,12
46:19 47:1,25 49:15,18,20
50:21,25 51:1,12,23 52:3
52:19 54:2,6,6,9,10 55:5,16
57:15,22 60:6 61:4,7 64:6
64:21,23 66:15 67:5,19
70:15 71:1 72:14 77:6 78:8
78:14 82:6,17 85:9 86:1,4
89:16 91:11 92:14 97:4,14
99:1,1,4 101:13 102:23
105:15,17 109:8,9,17 110:8
111:3 118:13 121:14,25
122:1 128:2,18 131:18
133:6 135:8 136:7 137:14
140:10,13 141:7,13 142:12
150:3,4 156:6 162:24
163:22 166:4,5,5,6 167:9
168:19 169:11 173:22
176:2,2 177:6 180:25 181:4
181:11 182:9 188:15
190:15 191:13,16 192:20
195:10,19 197:19 199:6,18
202:1 205:2,3 206:12
208:22 211:2,3 213:23
215:19,21 216:3,7,10 218:7
224:8 226:8 227:18 229:19
233:22 234:23 236:1,2,12
237:3,18 238:14,16,18
239:17,19,21,24 242:1,17
243:9 246:4,25 247:18,25
249:5,15

**thinkers**
89:11

**thinking**
42:6 54:2 100:3 101:24

**third**
26:25 32:1,7 70:3 134:13
168:3 209:4

**thomas**
115:16 146:7,8 222:16
229:12 233:22

**thought**
48:18,24 53:20 56:19 58:1
66:14,16 68:22 69:25 86:2
99:17 101:7 106:15 107:2
108:8,14 151:5 158:19
198:23 201:11 205:11
227:16,25 247:14

**thousand**
16:8 68:7 150:22 201:24
202:21

**thousands**
204:10

**three**
10:12 21:18,19 28:13 32:6

**three** (cont.)
40:3,4 48:9 49:10 104:15
108:20 114:1 127:2 138:4
153:11 165:20 167:21,22
167:24 178:19,24,25
179:14 183:11,13 184:1
199:2,18,19 201:1,7 202:3
206:6 207:2,12 209:2,10,19
210:25 232:1

**threshold**
56:4

**thresholds**
189:10

**thursday**
138:20

**tight**
48:18

**tilipman**
27:24

**time**
4:3 8:2,11,15,16,22 11:22
13:17 14:13 16:10 18:5
20:24 22:6,14 23:18 26:15
27:5 35:8,14,20 36:1,4 38:1
38:13 39:14,17 40:16 42:2
42:7,11,14,14,19,21 44:13
45:16 46:3 47:2 50:3,5,12
50:20,23,24 51:14 52:21
53:18 55:1 56:22 59:20
61:1,23 62:11 63:18 64:5
64:22 65:14,23 66:1 68:22
73:1,20 75:17 77:19 79:15
83:23 85:15 86:3 90:25
91:6 93:1,21 98:22 101:10
103:5,13,22 104:3,19 109:3
109:5 116:11 118:2 120:18
121:5,21 123:12,25 124:7
124:22 125:8,11 128:23
130:13 136:16 137:2 138:8
140:22 150:7 151:5 152:12
154:11 163:16 168:21
171:1 178:4 180:20,21,22
181:6,18 190:20 193:9,22
195:16,17 197:11,24 198:8
198:13,14 202:3 203:19
204:17 205:12 210:21
211:2 213:7 220:23,25
221:3 232:24 242:18
244:13 248:23,23,24
249:23

**timeline**
193:11 196:7

**timelines**
193:13

**times**
31:21 94:19 124:18 125:25

[times - understand]

**times (cont.)**
139:4 161:24
**timing**
132:15 150:10 161:13
168:4
**title**
153:12
**titled**
185:15 205:17 240:8
**today**
5:2,13 7:10 8:19 9:24 10:2
15:10,14 19:7 22:8 23:10
23:16,19 38:7 39:21 62:16
62:17 63:3 74:1 112:13
116:1,13,15 117:11 123:9
129:22 138:11 168:11
170:15 171:7 172:19
176:20 194:13,23 195:5,24
197:4 225:10 234:8 244:7
244:17,18 246:24 248:14
249:3,10,12,14,23
**today's**
7:13
**toilet**
48:15
**told**
36:13 45:9 46:5,6,8,10,20
49:15 51:13 52:25 53:21
54:5 55:2 58:23 61:2 67:2
79:18 99:5,18 100:22
109:22 120:24 124:10
130:20 137:6 139:4 140:17
146:8 147:7 148:2 149:11
160:22 165:19,20 166:3
170:20 180:24 181:4 183:1
197:7 204:7 227:15 228:25
229:15,15 243:17,22 245:1
**tom**
28:10,13 103:6 146:5,25
147:7
**tomorrow**
138:11
**tons**
26:10 36:9,11,11 49:19
**top**
21:18 38:17 71:17 82:21
116:4 129:16 188:22
191:10 234:19 244:9
**topic**
242:14
**topics**
169:5 248:1 249:9
**tossed**
53:16
**total**
125:18 127:3 153:17

**total (cont.)**
174:22 195:9 207:20
**totally**
26:16 69:1 227:22 233:25
**touch**
171:2
**touched**
175:21
**town**
37:8,9,13,18 39:15,19,20
40:3,14,18 41:2,15 43:4
44:4 224:1
**trade**
16:10,11 18:2,3,12,13,15
19:2 32:18,21 34:1
**traded**
94:19
**trader**
13:21 14:16 32:12,14 33:24
**trades**
14:22 16:9 32:24
**trading**
13:22 14:19 15:21 16:4,18
17:5,10,11,16,23,24 18:23
19:9
**traditional**
246:4
**traditionally**
69:2
**transaction**
148:11 155:13,16
**transactions**
133:11,12 137:18 148:12
148:13 153:13,14,16
154:13,14,16 155:2,10,11
155:12 157:8,9,16,18,19,22
160:14,18 165:8,11,15
167:4 169:19 170:3,6,10,10
170:18 171:9,9,14 199:3
200:16 203:13
**transcript**
63:9 251:11 252:14
**transcription**
251:12
**transfer**
148:14,14,14 202:14,19
**transferred**
132:20 133:5,14
**transfers**
133:3 147:16,20,21 148:15
148:16
**transitioned**
17:20 28:21 46:12
**travels**
249:24

**treat**
158:21
**trending**
239:15,16
**trial**
4:9
**trickling**
174:23
**tricky**
31:23
**tried**
57:21 86:22 140:17 177:16
183:6 199:5 200:8 243:25
**tries**
103:20
**trillion**
57:14,18,22
**trip**
181:8
**trouble**
204:8
**true**
11:7 88:5 109:24 133:24
216:11 245:2 251:11
252:14
**truly**
19:19,19 58:2 66:19 104:20
109:24 110:25 130:8 166:8
**trust**
113:9,19,20,22 114:5,5,7,8
114:8,11,11,17,22 116:11
118:6,18,23,24 119:2
151:20 178:16,17,20,22
206:10,21,22 207:3
**trusted**
87:19
**trustee**
113:9 118:17
**truth**
19:25
**truthfully**
9:24
**try**
7:17 16:6,8 25:5 67:16,21
86:15,17 157:21 177:15
199:11 224:1 228:8 235:20
**trying**
24:13 27:8 41:3 75:23
97:11 104:18 105:8 130:2
148:8,11,16 157:18 165:6
169:23 170:1,4,6,14 179:21
190:8,10 195:18 198:18
199:2 200:12,16,17 202:1,6
203:6,13,14 210:10 221:11
230:23

**tsr**
19:24
**turn**
11:11 43:17 105:20 117:15
125:1 126:12,17,18 152:24
186:9 187:3 188:20 197:16
206:2 207:9 225:15 234:15
**turned**
19:20 129:24
**turning**
34:7
**tv**
25:15
**type**
25:11 39:9 57:24 68:23
73:3 155:23 161:25 164:19
184:5 249:7
**types**
24:21 33:3 36:20 192:17
**typical**
72:20 109:19
**typically**
174:21

**u**

**uh**
11:17 13:5 27:22 28:17
29:6 32:9 48:4 64:13 93:3
113:4 116:9 119:10 126:20
126:23 165:3 166:22,24
172:21 186:16 245:6
**ulis**
5:17,19 28:25 113:8,10
118:17 139:23 206:10,22
**ultimately**
86:9 171:23 173:25
**umbrella**
174:1
**unaudited**
101:13
**unauthorized**
234:21,24 236:12
**unaware**
226:6,9,10
**uncomfortable**
79:17 85:7,19,23,24 86:10
86:11 87:12 120:18
**uncommon**
109:1
**undersigned**
251:10 252:4
**understand**
7:16,19 8:9 9:6,11,18 10:4
27:8 54:20 56:10 58:14,14
58:16,23,24,25,25 59:2,8
63:2 66:8,24 74:19 75:4
108:10 111:1 128:22 130:2

**understand (cont.)**
132:11,17,25 134:17
137:11 147:10 148:11,16
149:10 150:24 155:9 158:3
158:11 159:10 160:7
161:17 165:21,22,25 170:2
170:5,7,14 173:20 179:6
182:24 183:6 185:18
198:19 199:3,11 200:16,22
202:1,5,6,9,18 203:6,13,14
208:7 217:23 220:22
235:14,25 243:19
**understanding**
74:2 77:24 80:13,23 89:6
95:4 96:5 111:10 120:13,15
123:3,5 124:1,5,7 127:22
129:13 132:5 143:11
157:24 158:1 159:15,22
170:16,17,21 171:8,19
172:18 173:3,4,11,21
175:12 182:13,20,24 186:4
186:7 189:14 190:1,21,25
197:1 201:23 203:9 221:17
221:25 222:24 223:17
224:5 230:8 232:10,12,20
233:5,12 234:5,10,16
245:25
**understood**
56:20 58:3 154:16 230:6,10
**underway**
40:15
**underwrite**
29:16
**underwriting**
25:7 26:2
**unfortunately**
181:15
**unhappy**
99:3
**unilaterally**
192:12
**unique**
44:5
**unit**
47:5,6 69:21 70:2 84:18
86:18,18
**united**
1:1 5:24 95:11,14,22 96:6
132:22
**units**
47:6,8 48:1,9,12 52:19
54:18 58:1 69:13,14,15,19
69:24 174:15 191:5 245:5
**universe**
98:17

**university**
11:16 12:6
**unknown**
230:3
**unraveling**
79:6 133:9
**unreasonable**
87:1
**unrelated**
122:23 242:14
**unsatisfactory**
155:25 156:2
**unsecured**
27:14 30:1
**unsold**
69:19
**upcoming**
141:22,24
**update**
84:9,20 139:20 140:13
**updated**
80:21 81:8 82:3,4 84:12
85:2,17 87:23
**updates**
84:7,8,11,13
**updating**
89:8,15
**upfront**
20:8
**upgraded**
247:11
**ups**
109:1
**upset**
51:25 181:21 226:24
**urbin**
44:6,7,15 46:7,17,24 47:3,3
47:7,21,25 49:9,24,25 50:1
50:4,10 52:25 53:7 55:20
56:1 58:5,14 63:24 68:19
68:25 78:1 99:19,19,19,22
99:23,25 120:21,21,25
121:2,8,13,18 122:12,13,14
123:2,3,7,11,15,21,23,25
124:6,9,11,13,16 136:15,20
137:7,10 138:6,7,16,18
139:3,4,6,6 168:25 180:4,7
201:1,8,9,13,15 202:15
230:7,9 231:8,22,22 232:9
232:10,12,13,15,16,22
233:5,10,13,19,23 234:2,6
234:6,11,13,17,20,22,23
235:17,23 236:19 242:8,12
242:17,20 243:7 244:8,11
244:20,23,25 245:3,6,7

**urbins**
57:23
**urgent**
118:4
**urgently**
118:21
**use**
21:25 36:25 76:1 129:15
139:13 149:20 176:19
183:14 192:4
**uses**
47:16 244:14
**usually**
38:19 53:23 245:23

---

## v

**vacation**
29:18
**valencia**
52:13,16,17,20 101:1,4
109:4,8
**valuable**
66:23
**value**
20:21 47:15 58:17,18 110:1
111:5,6 158:19,20 177:10
219:16
**values**
184:15
**variable**
126:25 240:8,9 241:2
**varies**
136:25
**various**
83:21 171:15,21 225:17
240:21
**vasel**
95:18,21,22 96:1
**vendor**
174:16
**vendors**
174:25
**venture**
77:9 92:4,5,7 156:22 174:4
**ventures**
1:5 5:25 43:19,22,25 44:9
44:14 45:11 46:4,21,22
49:11,17 50:21 51:6,8 52:3
52:9 55:21 58:7 69:25 70:1
70:8,22 74:10 75:25 77:4
77:10 78:1,6,22,24 81:16
82:2 84:1 86:15 89:7,10
96:20 97:9,15,19,22,23
98:12,14,21 99:19,22 100:7
100:20,21 101:15 102:2,7,8
102:24 103:2,9 104:4,7
105:22,23 106:4 107:8,11

**ventures (cont.)**
107:19,23 109:5 110:15,16
110:22 112:4,15 114:9,10
114:12,14,23 115:1,6,15,22
116:12,14 118:2 119:5
120:8,10,20 121:2,13,17,23
122:7,13 123:1,4,7,10,11
123:16,19,20 124:18,24
125:5,12,22 126:21 129:4
131:6,7,23 132:8,10,11,12
132:19 133:4,7,16 134:4
136:3 138:15,15,17 139:5
139:15,24 140:9 143:13
145:1,10 146:4 147:17
150:16,17 151:1,4,6,17
154:17,19,20 156:24 157:6
158:5,7,14,17 159:17 160:5
160:6,9,11,13,16 171:23
172:1,2,19 173:6,10,12,16
173:21,23 174:1 175:17
178:18 179:1,15 182:16
184:6 186:18 196:1,21
197:2,18,23 198:15 205:8
206:1,23 207:9,16,21
216:12 218:12 222:1,14,22
223:4,5,18 224:25 225:6,18
227:1 230:7 232:14,18,21
233:9,15,18,19 234:9,14
235:6 236:14,16 237:14
242:8,12 244:4,8,23,24,25
246:1,2,5,6 247:1,2 251:3
**venture's**
96:15
**verbally**
53:5 155:24 156:3 163:1
197:8,9
**verifications**
82:4
**verified**
86:16
**verify**
67:16 109:24 110:20 228:9
**version**
83:10
**versus**
68:25 82:11 99:10 126:7
127:13 131:23 133:6
136:10 157:1 177:5
**vieden**
231:9
**viewed**
107:7,7
**views**
61:12
**villa**
52:13,16,17 101:1,4 109:4

**[villa - writing]**

**villa (cont.)**
109:8
**village**
60:13,14,17
**violations**
6:2,4
**visibility**
26:14 106:19 107:4 224:15
**vision**
46:5 47:3,10 49:25 57:13
57:22 61:20 62:1 63:17
65:16,17 176:5,7
**vivian**
49:18 51:3,5 239:22 240:25
241:7,22
**volatile**
19:10
**vote**
80:14 83:9 93:25 94:3
120:10 124:19,23 140:12
**voted**
79:25 80:24 83:11 140:10
140:14 245:11
**votes**
119:22 246:14

**w**

**wait**
122:10
**waiting**
144:20
**waits**
63:6
**waived**
134:22
**waiving**
134:20
**walk**
13:14 19:6 22:11 57:21
90:17 98:10 102:5 141:20
151:21 165:10 189:4
197:21
**walked**
15:19 101:1 197:19
**walker**
2:16 5:8 15:16
**walking**
134:22
**want**
8:3 15:1 39:18 41:2 58:16
61:4 79:20 83:6 97:22
119:24 127:10 131:20
134:20 135:5 140:18 144:4
146:18,21,22 149:9 151:12
166:1,11 169:1 171:16
179:6 182:1,4,6 183:1,2
198:4,4 203:17 212:13

**want (cont.)**
214:1,25 221:5,21 229:18
229:20 234:3 237:3 241:23
241:24 244:12 247:18
**wanted**
35:16 47:10 48:8 49:16
50:1 51:21 57:14 63:2
98:16,20,23 99:8,15 106:14
120:7 147:1,1 154:13 155:9
170:25 177:15 178:13
189:4 198:11 200:3 207:19
208:6 217:23 235:19
237:13
**wants**
24:14 61:14,15 69:8 103:24
181:6,11
**water**
62:4 66:17 183:14
**waterfall**
38:16 39:3,3 69:18 70:23
71:5,22 159:20 172:9,10
**waterfalls**
65:9 102:11
**waterfront**
59:5 87:9
**ways**
53:24 110:24 146:3,22
165:20,23 177:17 178:11
179:5
**wealth**
33:18
**wealthy**
176:9
**web**
101:15,19,21
**wednesday**
1:12 250:1 251:6
**week**
151:20 166:8 203:20
204:23 205:2 230:16
**weekend**
36:1,2
**weeks**
59:11 64:16 79:22 138:4
144:13,16 163:13,15
222:20 247:6
**weigh**
212:13
**weinstein**
2:15 15:2,4,10,12,15,19
134:11,16 135:10 147:11
167:17 168:8 185:22
199:23 212:13 215:11
**welcome**
24:17

**wellington**
176:8
**went**
21:4 24:15 36:1 41:11
46:15 74:9 75:13 77:12
79:9 88:6,20 100:3 122:11
130:18 145:17,19 180:1
181:10 213:8 245:18
**west**
176:1
**we've**
10:11 97:16 101:22 122:16
122:19 132:24 133:25
146:15 167:20 190:16
246:24
**whatnot**
24:19 76:11
**whatsoever**
9:10
**wheels**
198:10
**whoa**
122:10
**wholesaled**
13:25
**wife**
5:17 28:25 123:18 139:23
145:9 147:2 166:20 178:16
206:21,25 228:8 248:10,11
248:17,18
**wife's**
114:22 197:17 206:9
**willing**
200:13 220:25
**wilma**
103:7 105:3 115:16
**winding**
120:5
**winmar**
223:10,13
**wiped**
92:8
**wire**
77:4 116:4 133:3 163:11
**wise**
45:16
**wish**
248:25 249:2,12,23
**withstanding**
119:11
**witness**
1:7 2:13 3:3 4:15,19 9:21
15:11 40:1 43:2,4 60:18
63:14 84:19 90:12 97:6
116:23 133:24 135:15,24
141:9 145:19,23,25 148:18

**witness (cont.)**
149:3,8,13,15 150:3,11
152:1,5,23 156:7 160:25
166:25 168:4 170:22 176:5
180:11 182:23 183:16
194:16 200:6 201:10,12
214:16,24 215:13,15,17,19
215:24 216:3 219:3 226:12
228:14 230:20 237:25
248:11 251:4 252:7,15
**wondering**
196:13
**word**
159:5 178:5
**words**
36:21 85:1 114:17 129:22
151:7
**wore**
97:7
**work**
18:2 23:20 38:10 40:9 47:9
48:1,22 54:7,10 55:24 56:2
57:24,25 62:24 63:23 66:10
68:8,11,25 92:1,8,10 99:10
105:9 133:21 134:24 135:7
166:11 202:17 204:24
210:13 233:9
**worked**
36:3 38:7 48:6 49:14,15
50:21 51:9,20 89:14 132:5
**working**
22:16 24:18 48:7,22,24
49:5 51:10 54:9 55:3
104:10,11 166:1 212:15
**workings**
106:20
**works**
24:20 25:13 30:22 34:23
38:21 39:6 69:5 145:3
**world**
17:25 20:19 42:13 181:3
**worries**
60:23
**worry**
79:10 81:24
**worse**
231:2
**worth**
108:9 111:4 176:21 249:19
**worthless**
126:3
**wrap**
169:23 237:4
**writing**
197:9

**[wrong - zoom]**

**wrong**
132:15 133:23,23 166:5

**y**

**yacht**
247:6
**yard**
179:25
**yeah**
7:8 11:14 18:25 22:9 28:4
32:17 33:22 43:1 47:23
49:14 64:10 76:13 78:14,20
85:3 86:10 89:3 104:8
105:15 111:8 112:23
137:23 141:7 142:23
145:18 154:1 162:3 163:3
180:7 185:21 212:6 213:18
215:18,23 221:21,22
237:23 238:10 245:6
246:17,17
**year**
42:18 52:8,12 81:2 87:2
93:9 99:2,5 108:2,2 126:22
128:9 130:5,22 132:13
133:8 140:11 141:23,24
143:6,7 144:21 148:5
150:11 151:10 164:6,9,13
168:19 181:19 193:23
194:18 195:20 226:4 235:8
237:15 238:19 241:16,18
242:2 243:5,10,13
**years**
11:25 17:1 19:10,11 21:17
23:1,9 33:14 34:2,6 39:19
40:4,4 46:9 51:25 52:11
61:20 107:22 140:2,5
146:10 151:8 193:22,24,25
233:3
**yep**
12:5,7 183:16
**yesterday**
135:9
**york**
13:25 14:1 16:22 18:24,25
19:2 22:3,5,7,16 24:1,4,13
24:16 34:22 42:15,21 58:8

**z**

**zamora**
245:9,13,18
**zero**
50:7,9,11
**zeros**
185:23
**zip**
67:20

**zoom**
58:9 59:10,18,19 60:25
63:16,25 64:4,6,8 141:16
181:24