1

1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3   In the Matter of:            )

4                                )   File No. FL-04347-A

5   LOCATION VENTURES, LLC       )

6

7   WITNESS:   Rishi Kapoor

8   PAGES:     1 Through 129

9   PLACE:     Securities and Exchange Commission

10             Miami Regional Office

11             801 Brickell Ave., Suite 1950

12             Miami, FL 33131

13   DATE:     Tuesday, August 22, 2023

14

15

16       The above entitled matter came on for hearing,

17   pursuant to notice, at 9:54 a.m.

18

19

20

21

22

23

24             Diversified Reporting Services, Inc.

25                   (202) 467-9200

EXHIBIT

Y

2

1    APPEARANCES:

2

3    On behalf of the Securities and Exchange Commission:

4         JORDAN CORTEZ, ESQ., SENIOR COUNSEL

5         JOHN HOUCHIN, ESQ., SENIOR COUNSEL

6         ERIC BUSTO, ESQ., ASSISTANT REGIONAL DIRECTOR

7         MARK DEE (VIA WEBEX), SENIOR ACCOUNTANT

8         Securities and Exchange Commission

9         Miami Regional Office

10        801 Brickell Ave., Suite 1950

11        Miami, FL 33131

12        (305)982-6300

13

14   On behalf of the Witness:

15        BRIAN P. MILLER, ESQ.

16        ROSS E. LINZER, ESQ.

17        King & Spalding

18        200 S. Biscayne Boulevard, Suite 4700

19        Miami, FL 33131

20        (305)462-6029

21        bmiller@kslaw.com

22

23

24

25

3

1                          C O N T E N T S

2

3       WITNESS                              EXAMINATION

4       Rishi Kapoor                              5

5

6       EXHIBITS:      DESCRIPTION              IDENTIFIED

7        1        Form 1662                        6

8       10        Subpoena                         7

9        4        Second Amended and Restated Operating     45

10                 Agreement dated 4.19.21

11                 (FL-4347_Kleyner_LV_LLC_0001101)

12       11.      2022 Budget                      67

13        5        Transaction Summary             70

14                 (FL-4347_Kleyner_LVLLC_0004657)

15       12        Amended and Restated Limited Liability     92

16                 Company Agreement of 551 Bayshore Partners,

17                 LLC dated 6.1.22

18                 FL-4347_Kleyner_LVLLC_0000225)

19       13        Amended and Restated Operating Agreement    100

20                 of Urbin Coconut Grove Partners, LLC

21                 dated 1.1.22 (LV00010800)

22

23

24

25

4

```
 1              P R O C E E D I N G S

 2         MR. CORTEZ:  So we are on the record at

 3    9:54 a.m. Eastern Standard Time on August 22nd, 2023.

 4    We are located in the office of the Miami Regional

 5    Office of the United States Securities and Exchange

 6    Commission in Miami, Florida.  My name is Jordan

 7    Cortez.  I'm senior counsel with the U.S. Securities

 8    and Exchange Commission.  With me is John Houchin,

 9    also senior counsel.  We have two people that are

10    attending this testimony via WebEx.  To your right,

11    you can see the name Eric Busto.  He is the assistant

12    regional director.  And with him is Mark Dee, who is

13    a senior accountant.  We are all members of the staff

14    of the Enforcement Division of the Miami Regional

15    Office of the SEC and are officers for -- of the

16    Commission for purposes of this proceeding.  We will

17    swear in the witness now.

18         Can you please raise your right hand?

19    Whereupon,

20                   RISHI KAPOOR

21    was called as a witness and, having been first duly

22    sworn, was examined and testified as follows:

23                    EXAMINATION

24         BY MR. CORTEZ:

25         Q    Please state your full name and spell your
```

5

1    name for the record.

2        A    Rishi Kumar Kapoor.  It's R-I-S-H-I, first

3    name; K-U-M-A-R, middle name; and K-A-P-O-O-R, last

4    name.

5        Q    And, Mr. Kapoor, are you represented by

6    counsel today?

7        A    Yes, sir.

8            MR. CORTEZ:  Would counsel please identify

9    yourself and state your full name, your firm's name,

10   your firm's address, and its telephone number?

11           MR. MILLER:  Brian Miller and Ross Linzer

12   from King and Spalding representing the witness.  The

13   address is 200 South Biscayne Boulevard, and my phone

14   number is (305) 462-6028.

15           MR. CORTEZ:  Okay.  And Mr. Miller, are you

16   representing Mr. Kapoor in his personal capacity as

17   counsel today?

18           MR. MILLER:  We are.

19           MR. CORTEZ:  Do you represent anyone else

20   in this investigation?

21           MR. MILLER:  We represent Location

22   Ventures, LLC.

23           MR. CORTEZ:  Okay.  And this applies for

24   both you and Mr. Linzer, correct?

25           MR. MILLER:  That's correct.

6

1           BY MR. CORTEZ:

2       Q    Okay.  Let me just provide a brief

3   description of these proceedings.  So this is an

4   investigation by the United States Securities and

5   Exchange Commission in the matter of Location

6   Ventures, LLC, file number FL-04347, to determine

7   whether there have been violations of certain

8   provisions of the federal securities laws.  However,

9   the facts developed in this investigation might

10  constitute violations of other federal or state,

11  civil or criminal laws.

12          Prior to opening of the record you were

13  provided with a copy of the Formal Order of

14  Investigation and Supplemental Order in this matter.

15   These documents will be available for your

16  examination during the course of this testimony.

17          Mr. Kapoor, have you had an opportunity to

18  review the Formal Order and Supplemental Order?

19      A    Yes, sir.

20          MR. CORTEZ:  Okay.  Could I see Exhibit 1?

21              (SEC Exhibit No. 1 was marked

22              for identification.)

23          BY MR. CORTEZ:

24      Q    Okay.  I am handing you, on the record,

25  what has been previously marked as Exhibit 1, which

7

```
1    is a copy of the Commission's Supplemental

2    Information Form 1662. Prior to opening the record,

3    you were provided with a copy of this -- of the

4    Commission's Supplemental Information Form 1662.

5              Have you had the opportunity to read or

6    review Exhibit 1?

7         A    Yes.

8         Q    And do you have any questions concerning

9    the notice?

10        A    No, sir.

11        Q    Okay.

12             MR. CORTEZ:  Do you mind marking this

13   Exhibit 10?

14                       (SEC Exhibit No. 10 was marked

15                        for identification.)

16             BY MR. CORTEZ:

17        Q    Mr. Kapoor, I'm handing you what has been

18   marked as Exhibit 10, which is a -- the subpoena that

19   was directed to you, Rishi Kapoor.

20             If you want to take a minute to review it.

21        A    This is what I had previously received?

22        Q    Yes, it is.

23        A    Okay.  Got it.

24        Q    Is this a copy of the subpoena that you're

25   appearing pursuant to here today?
```

8

1        A    Okay.

2        Q    Yes?

3        A    Yeah.  I'm sorry.  I didn't hear the

4    question.  I'm sorry.

5        Q    And so, to speak on some housekeeping

6    procedural matters that I think will benefit you, as

7    well as us and the court reporter, let me just

8    explain some of the procedures that we're going to be

9    using here today.

10        So during your testimony, I and other

11    officers of the Commission, John, Eric, and Mark, who

12    are present here today, may ask a question or series

13    of questions.  If you don't understand a question,

14    please let me know that you do not understand it, and

15    I and others will try and clarify the question and

16    ask it another way.  If you go ahead and answer a

17    question, we will assume that you understand the

18    question being asked.

19        As you see, the court reporter takes down

20    everything we say, but she cannot record gestures,

21    head nods, and, you know, other nonverbal responses.

22     So we ask that you indicate your response

23    affirmatively, verbally.  Again, if you do not hear a

24    question, please just ask and I'll repeat it.

25        As mentioned prior to going on the record,

9

1    only the staff can authorize the court reporter to go

2    off the record.  So if you want to take a break and

3    go off the record for any reason, just tell me so I

4    can let the court reporter know that we're going off

5    the record.

6              Also, any substantive conversations that we

7    have off the record with you or your counsel will be

8    summarized when we go back on the record.

9              Do you understand?

10        A    I do.

11        Q    Okay.  You may tell me at any time during

12   the course of your testimony if you would like to

13   change or modify a previous answer.  At the end of

14   your testimony I will offer your counsel an

15   opportunity to ask any clarifying questions, and you

16   can add to your statements at that time, if you so

17   desire.  But, in addition, you can tell me at any

18   time if you'd like to change or modify a previous

19   answer.

20             During the course of your testimony today

21   we're going to ask you questions about things that

22   happened or may have happened in the past.

23   Obviously, time has gone by since those events and

24   you are likely to have a better and more complete

25   memory of some events than others.  In answering a

10

```
1    question about these events, however, you should tell
2    us about all of your memories or recollections that
3    are responsive to the question, not just those that
4    are specific or perfectly clear, those that you are a
5    hundred percent sure.
6            Do you understand?
7    A    Yes.
8    Q    So therefore, if you answer, "I don't
9    recall" or "I don't remember" or "I forget," we will
10   assume that you have no memory or recollection
11   whatsoever that is responsive to the question asked,
12   not even fuzzy or less than crystal clear memories.
13           Do you understand?
14   A    I do.
15   Q    It may be that reviewing certain documents
16   refreshes your recollection as to the events you're
17   questioned about.  Again, in such a case, we're
18   asking for your testimony on everything that's
19   responsive to the question, not just clear specific
20   recollections.
21           Do you understand that?
22   A    I do.
23   Q    Okay.  This next question is a standard one
24   that we ask every witness.
25           Are you currently taking any medication or
```

11

1   under the influence of any substance that would

2   prevent you from testifying truthfully here today?

3       A    No.

4       Q    Is there any reason why you cannot give

5   full and complete testimony today?

6       A    No.

7       Q    Okay.  And do you understand that you are

8   under oath for the duration of this testimony

9   session?

10       A    I do.

11       Q    Okay.  Mr. Kapoor, I would like to ask you

12   some general background questions.

13           Can you provide us your date of birth?

14       A    ███████ 1984.

15       Q    And where were you born?

16       A    Atlanta, Georgia.

17       Q    And what is your current residential

18   address?

19       A    7233 Los Pinos Boulevard.

20       Q    And how long have you lived in that -- at

21   that address?

22       A    Roughly, two years.

23       Q    Okay.  And do you own your current

24   residential address?

25       A    Yes, sir.

1          Q    Are there any other residential properties

2     that you own?

3          A    No.

4          Q    Do you own any commercial or business

5     properties?

6          A    A variety through my business.

7          Q    And can you just tell us what those are

8     through your business?

9               And when you say through your business, can

10    you specify what business or entity you're referring

11    to?

12         A    Location Ventures and Urbin.

13         Q    Location Ventures, LLC?

14         A    Yes.

15         Q    And just so that the record is clear, we

16    may refer to Location Ventures, LLC just as Location

17    Ventures.

18         A    Okay.

19         Q    And you referred to Urbin.  Are you

20    referring to Urbin, LLC?

21         A    Yes, sir.

22         Q    And similarly, we may just refer to Urbin,

23    LLC as Urbin.

24         A    Okay.

25         Q    And what commercial business properties do

1    you own through either Location Ventures, LLC or

2    Urbin?

3              MR. MILLER:  I'm going to interject here.

4    Obviously, this is early in the investigative

5    process.  Mr. Kapoor also recently hired other

6    counsel to represent him individually, not in

7    connection with the SEC investigation, but with

8    respect to other matters.  And we and his counsel

9    have advised Mr. Kapoor that he should invoke his

10   Fifth Amendment right not to answer questions given

11   the early stage of things and where we are here.

12             So I would advise you, with respect to any

13   questions about Location Ventures, LLC, you should

14   invoke your Fifth Amendment rights to decline to

15   answer these questions at this time.

16             THE WITNESS:  Okay.

17             MR. CORTEZ:  Okay.  Does that, Mr. Miller,

18   include questions that are not about Location

19   Ventures and Urbin?

20             Are you advising your client to assert his

21   Fifth Amendment right with respect to questions

22   outside the scope of Location Ventures and Urbin?

23             MR. MILLER:  I think we have to take them

24   question by question, if there were something that

25   did not relate to those subjects.

14

```
 1              MR. CORTEZ:  Okay.  Well, let me ask a

 2      couple of questions.  And if Mr. Kapoor asserts his

 3      Fifth Amendment rights, then we'll address it at that

 4      time.

 5              BY MR. CORTEZ:

 6         Q    What is your home telephone number?

 7         A    I don't have -- I don't have a home

 8      telephone number.  Just a cell phone.

 9         Q    What is your cell phone number?

10         A    (404) 449-4931.

11         Q    And other than numbers that may be

12      associated with your businesses, Location Ventures or

13      Urbin, do you utilize any other telephone numbers?

14         A    Not that I can think of.

15         Q    And what is your email address?

16         A    The -- it's rkapoor@location.ventures.

17         Q    Is that the only email address that you've

18      used?

19         A    I had to open a personal account recently.

20       So a Gmail account.

21         Q    And what is that email address?

22         A    Therishikapoor@gmail.com.

23         Q    And, again, without getting into the

24      substance of Location Ventures or Urbin, have you

25      used your Location Ventures email address for
```

15

1    business and personal matters in the past?

2        A    I'm just trying to think it through.  Yes.

3    Yeah.

4        Q    And this -- this recent Gmail email

5    address, do you use that both for personal and

6    business?

7        A    No.  I mean, at this point, it's just

8    personal.

9        Q    Okay.  Do you have any social media

10   accounts?

11       A    Yes.

12       Q    And what are those?

13       A    I have a Facebook and an Instagram.

14       Q    Okay.  Any others?

15       A    I think I have a LinkedIn profile.  I can't

16   think of anything else.

17       Q    Okay.  Mr. Kapoor, what year did you

18   graduate high school?

19       A    What year was that?  2002.

20       Q    Okay.  And did you go to high school in

21   Florida?

22       A    In Georgia.

23       Q    In Georgia.

24            And you attended college?

25       A    Yes, sir.

16

1       Q    And where did you attend college?

2       A    University of Miami.

3       Q    What year did you graduate from the

4  University of Miami?

5       A    Undergrad, I graduated in 2006, and law

6  school in 2009.

7       Q    And what degrees did you obtain with your

8  undergrad degree?

9       A    Finance and management.  Those were my

10  degrees there.

11       Q    And you mentioned you went to law school at

12  University of Miami?

13       A    Yes, sir.

14       Q    And I think you said you graduated in 2009?

15       A    Correct.

16       Q    While you were in law school, did you take

17  any business law courses?

18       A    I can't remember all my courses, but I'm

19  pretty sure, yes.

20       Q    Did you ever take a course concerning

21  corporations or something akin to that?

22       A    Yes.

23       Q    Did you ever take a securities regulation

24  course?

25       A    I'm pretty -- I can't remember if it was a

17

1    course that was a dedicated class for securities

2    regulation, or if it was just part of a -- one of the

3    business law classes.  I don't remember fully.

4         Q    And you -- you graduated in 2009 from the

5    University of Miami with a JD degree, correct?

6         A    Correct.

7         Q    Okay.  Subsequent to your graduation, did

8    you ever sit for a state bar exam?

9         A    I did.

10        Q    In what state?

11        A    Florida.

12        Q    And are you licensed to practice law in the

13   State of Florida?

14        A    No.

15        Q    Have you ever been licensed to practice law

16   in any state?

17        A    No.

18        Q    Do you hold any professional licenses?

19        A    Professional licenses, no.  Not that I can

20   think of.

21        Q    Okay.  After you graduated from law school,

22   can you please describe your employment, you know,

23   starting with your first job after law school until

24   you started Location Ventures?

25        A    I had started a -- took some time off after

18

```
 1    law school and then started a marketing agency.

 2         Q    And if you could --

 3         A    Yeah.

 4         Q    -- describe what -- what that marketing

 5    agency's business entailed at that time?

 6         A    We worked for a variety of local businesses

 7    and discovery networks and their clients helping

 8    produce marketing and advertising content.  And then,

 9    started to work quite a bit with local real estate

10    professionals and developers, and that became the

11    main focus of our marketing agency.

12         Q    Okay.  What year did you start this

13    marketing agency, approximately?

14         A    Approximately, 2010.

15         Q    2010?

16         A    Yeah.

17         Q    And what was the name of the company?

18         A    It was Virsocom.  And then, we were

19    combining with a -- we went through an exercise of

20    potentially combining with another firm, and that

21    name became Stradigys.

22         Q    And what year did it go from Virsocom to

23    Stradigys, if you recall?

24         A    I don't recall exactly.  I don't recall

25    exactly.
```

19

```
1        Q     And do you still own that marketing
2   company?
3        A     No.  It's inactive.
4        Q     Okay.  If you could just provide a little
5   more detail as to what happened and why it became
6   inactive?
7        A     My mother passed away, and it was a life
8   change -- changing event.  And I ultimately just
9   wanted to do something different with my life.  And
10  it led me to wanting to pursue real estate
11  development.  She died very young, and it was very
12  traumatic, and it was the reason for the change.
13       Q     I'm sorry to hear about your mom.
14       A     I appreciate it.
15       Q     When you said after she passed away you
16  wanted to make a change, approximately what time
17  frame are we talking about?
18       A     It's been eight or nine years.
19       Q     Okay.  So 2013, 2014 time frame?
20       A     Sorry.  I'm just trying to -- difficult
21  event.  Around 2015, 2016.
22       Q     Okay.  And you mentioned you wanted to do
23  real estate development.  And I think during the time
24  that you owned your marketing company you said some
25  of your clients were real estate developers?
```

20

```
 1        A     Correct.

 2        Q     Was that the first time when you -- I

 3   guess, through then your clients were sort of

 4   involved in the real estate world here in Florida?

 5        A     Could you restate the question?

 6        Q     Sure.  You mentioned that your marketing

 7   company had some real estate clients.

 8              Were those real estate development clients?

 9        A     Brokerages and developers, correct.

10        Q     Okay.  And was that the first time that you

11   were -- that you had experience -- or gained

12   experience in the real estate development world as

13   having those businesses as your clients of your

14   marketing company?

15        A     No.  I had grown up with a family that did

16   real estate investment to then worked for a developer

17   while in college and law school.

18        Q     Okay.  And through -- you mentioned that

19   you wanted to transition into real estate

20   development.  Fair to say you've always had some

21   interest in real estate?

22        A     Yes.

23        Q     Based upon your family experience and

24   experience you had in college and law school?

25        A     Yes, sir.
```

21

1      Q    So then, if you could -- after you

2    transitioned, is that when you started Location

3    Ventures?

4      A    Yes.

5      Q    Was there any prior iterations of Location

6    Ventures or no?

7      A    Not that I can think of.

8      Q    Okay.  And we'll get back.  I want to ask

9    some other sort of questions.

10         But just, if you could, tell us what year

11   did you start Location Ventures?

12     A    I believe it was 2016 or 2017.

13     Q    Okay.  I will get back to that in a second.

14   And obviously I understand that your client --

15   sorry -- your counsel has counseled you to assert

16   your Fifth Amendment right, and we'll address that at

17   that time, but let me just ask you some other general

18   background questions that don't necessarily have to

19   do with Location Ventures or Urbin.

20         Other than a minor traffic violation, have

21   you ever been convicted of a criminal offense?

22     A    No.

23     Q    Have you ever been charged with a criminal

24   offense?

25     A    No.

1        Q    Okay.  Have you ever testified in a -- in a

2   proceeding conducted by the staff of the Securities

3   and Exchange Commission?

4        A    No.

5        Q    Have you ever testified before any federal

6   or state agency concerning any securities matters?

7        A    No.

8        Q    Have you ever testified in federal court?

9        A    No.

10       Q    Have you ever testified in any state court

11  proceeding?

12       A    Not that I can think of.

13       Q    Okay.  Have you ever been deposed in

14  connection with any court proceeding?  Been part of a

15  deposition?

16       A    Not that I can think of.

17       Q    Okay.  And we are aware that you have been

18  named as a defendant in certain lawsuits, but just so

19  the record is clear and so that all of us are clear,

20  can you just list the lawsuits for which you've been

21  named as a party or as a defendant?

22       A    I can't.  I'm just trying to think.  We

23  have the one with ██████████ and ██████████.

24  That's the ██████████.

25            You're asking about me personally?

23

```
 1        Q     You personally.  Yes.
 2        A     Okay.  I'm sorry.  Just taking a minute to
 3   think.  Personally?
 4              There was a lawsuit from a few -- a few
 5   investors in our Urbin Coconut Grove project that
 6   named me incorrectly personally.  I can't think of
 7   anything else.
 8        Q     So other than the lawsuit relating to the
 9   investors in the Coconut -- the Urbin Coconut Grove
10   Partners, LLC lawsuit, and the other lawsuit that
11   ▮▮▮▮▮▮▮  and his wife ▮▮▮▮▮▮  have brought,
12   those are the only two lawsuits that you can recall
13   being named as a party or as a defendant?
14        A     As a person.
15        Q     Individually?
16        A     Yes.  Individually that's what I can
17   remember right now.
18        Q     Okay.  Mr. Kapoor, are you now or have you
19   ever been an officer or director of any publicly held
20   company?
21        A     No.
22        Q     Are you now or have you ever been a
23   beneficial owner, directly or indirectly, of five
24   percent or more of any class of equity securities of
25   any publicly held companies?
```

24

1      A     No.  Not that I know of.  Yeah.

2      Q     Okay.  Are you now or have you ever been a

3  beneficial owner, directly or indirectly, of any

4  privately held company, for example:  A corporation,

5  a partnership, a limited liability company, or any

6  other corporate form?

7      A     Can you just repeat that first part of the

8  question?

9      Q     Yes.  Are you now or have you ever been a

10  beneficial owner, directly or indirectly, of any

11  privately held company?

12      A     Yes.

13      Q     Okay.  And are those companies -- include

14  Location Ventures and Urbin, correct?

15      A     Yes.

16      Q     And the respective subsidiaries?

17      A     Yes.

18      Q     And does it include your former marketing

19  company?

20      A     Yes.

21      Q     Besides those companies, are there any

22  other companies for which you've held or currently do

23  hold a beneficial ownership interest?

24      A     I started a staffing company when I was in

25  law school.  That was an experiment called Pallas

25

```
 1    Staffing Group.  That was just a one-year trial of

 2    something while in school to earn money.  I can't

 3    think of anything else.

 4         Q    Okay.  And a similar question, are you now

 5    or have you ever been a manager or member of any

 6    privately held company?

 7         A    Yes.

 8         Q    And that includes Location Ventures and

 9    Urbin, correct?

10         A    Yes, sir.

11         Q    And their respective subsidiaries?

12         A    Yes.

13         Q    Besides Urbin and Location Ventures and its

14    respective subsidiaries, have you ever been a manager

15    or member of any other privately held company?

16         A    The marketing companies, and then, the

17    staffing agency that I talked about.

18         Q    Okay.  I know that there recently has been

19    a change with respect to your role as manager of

20    Location Ventures.  So I'm going to ask this question

21    looking backwards and not necessarily currently.

22              But if you could, provide just a list of

23    all -- all sources of your income, at least at the

24    time when you were the manager of Location Ventures

25    and Urbin and the other companies?
```

26

1          MR. MILLER:  I would advise you to invoke.

2          THE WITNESS:  Upon the advice of counsel, I

3  decline to answer.

4          MR. BUSTO:  Can we get on the record that

5  the declaration not to answer was based on the Fifth

6  Amendment?

7          MR. CORTEZ:  As Eric asked, can you

8  represent that the declination to answer is because

9  he's -- Mr. Kapoor is asserting his Fifth Amendment

10 rights?

11         MR. MILLER:  That's correct.

12         BY MR. CORTEZ:

13    Q     Okay.  So Mr. Kapoor --

14         MR. BUSTO:  Can we get Mr. Kapoor to assert

15 the right?

16         THE WITNESS:  I'm sorry.  Could you repeat

17 that?

18         MR. BUSTO:  For the record, can we get

19 Mr. Kapoor to assert the right instead of counsel?

20         MR. MILLER:  He wants to clarify that

21 you're declining to answer based on the Fifth

22 Amendment.  So they want to hear you say that for the

23 record.

24         THE WITNESS:  Okay.  I decline to answer

25 because of the Fifth Amendment -- or my right to the

27

1   Fifth Amendment.

2          BY MR. CORTEZ:

3      Q   Okay.  So, Mr. Kapoor, I'm not authorized

4   to compel you to give evidence or testimony as to

5   which you assert your privilege against self-

6   incrimination, and I have no intention of doing so.

7   In addition, I do not have the authority to compel

8   your testimony by granting you immunity from

9   prosecution.

10         Any question that I ask hereafter will be

11   with the understanding that if you wish to assert

12   your privilege, you need merely state that you refuse

13   to answer on the grounds that your answer might

14   incriminate you.  In other words, you're not

15   compelled to answer any further questions if you

16   believe that a truthful answer to the question might

17   show that you committed a crime and you wish to

18   assert your privilege against self-incrimination.

19         Accordingly, if you answer any questions,

20   you will be doing so voluntarily.

21         Do you understand this?

22      A   Yes.

23      Q   You should be aware that if you refuse to

24   answer a question based on your Fifth Amendment

25   privilege, a judge or a jury may take an adverse

28

1    inference against you in a civil action that the SEC

2    may determine to bring against you.  That means that

3    the judge or jury would be permitted to infer that

4    your answer to the questions might incriminate you.

5            Do you understand this?

6        A    I do.

7            MR. CORTEZ:  Okay.  Brian, going forward,

8    just to make things more efficient, to the extent

9    that Mr. Kapoor is asserting his Fifth Amendment

10   right against self-incrimination to any questions

11   that I or any other staff member may ask, can we

12   agree to an abbreviation that Mr. Kapoor can say,

13   such as "five" or "fifth," that would be

14   representative of your advice to him and his rights

15   under this Fifth Amendment against self-

16   incrimination?

17           MR. MILLER:  Sure.  I think when Mr. Kapoor

18   says he declines to answer a question that will be

19   based on the Fifth Amendment.  If there's some other

20   privilege that may apply, we'll interject.

21           BY MR. CORTEZ:

22       Q    Okay.  So going forward, if it's easier for

23   you, if I ask a question and you're asserting your

24   Fifth Amendment right against -- excuse me -- Fifth

25   Amendment privilege against self-incrimination, you

29

1   can just say, "I decline to answer the question."

2          Is that --

3      A    Okay.

4          MR. CORTEZ:  Is that fair, so the record is

5   clear?

6          MR. MILLER:  Yes.

7          BY MR. CORTEZ:

8      Q    All right.  Mr. Kapoor, do you keep any

9   records or documents in electronic format?

10     A    I decline to answer.

11     Q    Do you keep any records or documents in

12  paper format?

13     A    Decline to answer.

14     Q    Have you produced or are you in the process

15  of producing all documents and communications

16  responsive to the request in the June 28th, 2023

17  subpoena that we issued to you in care of your

18  counsel, which we just showed you, which is marked as

19  Exhibit 10?

20     A    Decline to answer.

21     Q    Have you withheld or destroyed any

22  documents or communications that are or would be

23  responsible -- responsive, excuse me, to the request

24  in the June 28th, 2023 subpoena that we issued to you

25  in care of your counsel?

30

1      A     Decline to answer.

2      Q     Mr. Kapoor, if I were to ask you any

3  further questions about how and where you keep any

4  records, including whether all documents and

5  communications responsive to the request in the June

6  28th, 2023 subpoena we issued to you have been

7  produced, or whether you have withheld or destroyed

8  any documents or communications responsive to that

9  subpoena, would you continue to assert your Fifth

10 Amendment rights?

11     A     I'm sorry.  Can you repeat just the first

12 part of the question?

13     Q     If I were to ask you any further questions

14 about how and where you keep any records, including

15 whether all documents and communications responsive

16 to the June 28th, 2023 subpoena have been produced or

17 whether you have withheld or destroyed any documents

18 or communications responsive to that subpoena, would

19 you continue to assert your Fifth Amendment rights?

20     A     I would.

21     Q     Okay.  So, Mr. Kapoor, I would like to now

22 turn to ask you questions concerning Location

23 Ventures and its business.

24           What is the purpose of Location Ventures or

25 the business that it was set up to conduct?

31

```
1        A    Decline to answer.

2        Q    When did you start Location Ventures?

3             MR. MILLER:  You can answer that question.

4             THE WITNESS:  I had previously -- I believe

5   I said 2016, 2017.

6             BY MR. CORTEZ:

7        Q    And how did you -- how did you start

8   Location Ventures?

9        A    What do you mean by "How did you start?"

10  Just -- like I filed online on Sunbiz or --

11       Q    Let me take a step back.  Did you start

12  Location Ventures with any other -- with any other

13  partners or any other people in 2016?

14            MR. MILLER:  I think I'd advise you to

15  invoke on those questions.

16            THE WITNESS:  Decline to answer.

17            BY MR. CORTEZ:

18       Q    Okay.  How much money did you use to start

19  Location Ventures?

20       A    Decline to answer.

21       Q    What sources did you obtain the money to

22  start Location Ventures?

23       A    Decline to answer.

24       Q    Mr. Kapoor, is it true that you -- during

25  the course of when you were the manager of Location
```

32

1      Ventures that you maintained two bank accounts in

2      which you kept approximately $10 million combined?

3           A    Decline to answer.

4           Q    And in those two bank accounts for which

5      I'm referring to, in which you kept approximately

6      $10 million, where did you obtain that money?

7           A    Decline to answer.

8           Q    What is Patriots United, LLC?

9           A    Decline to answer.

10          Q    And what is Patriot's line of business?

11          A    Decline to answer.

12          Q    Who are the owners of Patriots United, LLC,

13     both historically and currently?

14          A    Decline to answer.

15          Q    Does Patriots United, LLC have any

16     employees?

17          A    Decline to answer.

18          Q    Did Patriots United, LLC make an initial

19     capital contribution to Location Ventures?

20          A    Decline to answer.

21          Q    How much was the initial capital

22     contribution that Patriots United, LLC made to

23     Location Ventures?

24          A    Decline to answer.

25          Q    What were the sources of money or funds

33

1    used by Patriots United to make that initial capital

2    cash -- excuse me -- cash capital contribution to

3    Location Ventures?

4         A    Decline to answer.

5         Q    Did Patriots United, LLC make an

6    approximately 13 million capital contribution to

7    Location Ventures?

8         A    Decline to answer.

9         Q    Okay.  Did Patriots United, LLC make any

10   noncash contributions, such as any other assets or

11   any other equity contribution, to Location Ventures?

12        A    Decline to answer.

13        Q    How was the capital contribution of

14   Patriots United, LLC entered into Location Ventures'

15   books and records?

16        A    Decline to answer.

17        Q    And where did Patriots United obtain the

18   money and/or assets to make the capital contribution

19   to Location Ventures?

20        A    Decline to answer.

21        Q    What percentage of Location Ventures does

22   Patriots United own?

23        A    Decline to answer.

24        Q    Did anyone else provide any capital or

25   money to you or others that assisted you in starting

34

1    Location Ventures?

2         A    Decline to answer.

3         Q    Mr. Kapoor, if I were to ask you any

4    further questions concerning when and how you started

5    Location Ventures, including the money or other

6    assets you obtained to initially invest capital into

7    Location Ventures, including from Patriots United,

8    LLC, and others who provided capital to start

9    Location Ventures, would you continue to assert your

10   Fifth Amendment rights?

11        A    Yes, sir.

12        Q    Okay.  Can you describe how Location

13   Ventures company was structured at the time that you

14   were the manager?

15        A    Decline to answer.

16        Q    Describe how Location Ventures operations

17   were structured at the time you were manager?

18        A    Decline to answer.

19        Q    How many employees were at Location

20   Ventures prior to your removal as manager?

21        A    Decline to answer.

22        Q    Who were your direct reports at the time

23   you were manager?

24        A    Decline to answer.

25        Q    How many divisions or departments were at

35

1   Location Ventures at the time you were the manager?

2       A    Decline to answer.

3       Q    How many real estate projects does Location

4   Ventures have?

5            And by "real estate projects," going

6   forward I'm going to simply refer to that as "the

7   projects" for simplicity sake.

8       A    Decline to answer.

9       Q    How many of the projects are currently

10  completed?

11      A    Decline to answer.

12      Q    Is 8 -- is the property that is overseen by

13  800 Dixie Partners, LLC, which I will refer to going

14  forward as "Orduna Court," completed?

15      A    Decline to answer.

16      Q    Is the property that is overseen by 515

17  Villa Valencia Partners, LLC, which I will refer to

18  going forward as just "Villa Valencia," completed?

19      A    Decline to answer.

20      Q    Is the property that's overseen by 8325

21  Cheryl Lane, LLC, which going forward I will refer to

22  as "8325 Cheryl Lane," completed?

23      A    Decline to answer.

24      Q    How many Location Venture projects are

25  currently in development?

36

1          A     Decline to answer.

2          Q     Is the property overseen by 1505 Ponce

3    Partners, LLC, which I will refer to as "1505 Ponce,"

4    currently in development?

5          A     Decline to answer.

6          Q     Is the property overseen by 551 Bayshore

7    Partners, LLC, which I will refer to as "551

8    Bayshore," currently in development?

9          A     Decline to answer.

10          Q     Is the property overseen by Urbin Coconut

11    Grove Partners, LLC, which I will refer to as "Urbin

12    Coconut Grove," currently in development?

13          A     Decline to answer.

14          Q     Is the property overseen by Urbin Miami

15    Beach Partners, LLC, which I will refer to as "Urbin

16    Miami Beach 1," currently in development?

17          A     Decline to answer.

18          Q     Is the property overseen by Urbin Miami

19    Beach 2, Phase 1, LLC, which I will refer to as

20    "Urbin Miami Beach 2," currently in development?

21          A     Decline to answer.

22          Q     Is the property overseen by Stewart Grove

23    1, LLC, which I will refer to as "Stewart Grove 1,"

24    currently in development?

25          A     Decline to answer.

37

1      Q   Is the property overseen by Stewart Grove

2  2, LLC, which I will refer to as "Stewart Grove 2,"

3  currently in development?

4      A   Decline to answer.

5      Q   How many projects are currently in the

6  planning stage or predevelopment stage?

7      A   Decline to answer.

8      Q   Is the project overseen by Urbin Coral

9  Gables Partners, LLC, which I will refer to as "Urbin

10  Coral Gables," in -- currently in planning stages?

11      A   Decline to answer.

12      Q   Is the property overseen by Redlands Phase

13  1, LLC, which I will refer to as "Redlands,"

14  currently in the planning stages?

15      A   Decline to answer.

16      Q   Is the project overseen by LV Montana Phase

17  1, LLC, which I will refer to as "Montana," currently

18  in the planning stages?

19      A   Decline to answer.

20      Q   Is the project overseen by 619 Breakers

21  SPE, LLC, which I'll refer to as "619 Breakers,"

22  currently in the planning stage?

23      A   Decline to answer.

24      Q   The Orduna Court project at -- located at

25  800 Dixie Highway, that property was sold by Location

38

1    Ventures, correct?

2         A    Decline to answer.

3         Q    Do you know when that property was sold?

4         A    Decline to answer.

5         Q    Do you know for how much that property was

6    sold?

7         A    Decline to answer.

8         Q    Was the Orduna Court project profitable?

9         A    Decline to answer.

10        Q    Did the Orduna Court project make any

11   distributions to its members or investors upon the

12   sale of the property?

13        A    Decline to answer.

14        Q    Did the members or investors in the Orduna

15   Court project get paid back their principal amounts?

16        A    Decline to answer.

17        Q    Did the investors or members in the Orduna

18   Court project get paid back additional monies above

19   what was their principal amounts of investment?

20        A    Decline to answer.

21        Q    Mr. Kapoor, if I were to ask you any

22   further questions concerning how the business and

23   operations of Location Ventures is structured,

24   including which of Location Ventures' real estate

25   projects or Urbin real estate projects have been

39

1   completed, are in development, or are in the planning

2   stages, and which projects have been sold, would you

3   continue to assert your Fifth Amendment rights?

4       A    Yes, sir.

5       Q    Okay.  Mr. Kapoor, can you describe the

6   investment opportunity in Location Ventures, meaning

7   Location Ventures, LLC?

8       A    Decline to answer.

9       Q    Can you tell us the terms of the investment

10  opportunities in Location Ventures?

11      A    Decline to answer.

12      Q    Was there any set percentage or rate in

13  return that was represented to investors who invested

14  in Location Ventures?

15      A    Decline to answer.

16      Q    Was there any schedule for distributions

17  that were presented to investors who invested in

18  Location Ventures?

19      A    Decline to answer.

20      Q    How were investment -- excuse me.  How were

21  investment profits generated by Location Ventures?

22      A    Decline to answer.

23      Q    What did you provide investors or

24  prospective investors concerning investing in

25  Location Ventures?

40

1       A    Decline to answer.

2       Q    Did you provide investors an operating

3  agreement for Location Ventures?

4       A    Decline to answer.

5       Q    Did you provide investors an annual budget

6  for Location Ventures?

7       A    Decline to answer.

8       Q    Did you provide marketing materials,

9  investment brochures, PowerPoint presentations, or

10  equivalent presentations to investors or prospective

11  investors for Location Ventures?

12      A    Decline to answer.

13      Q    Is it true that you emailed prospective

14  investors and investors operating agreements, as well

15  as budgets and other materials concerning investing

16  in Location Ventures?

17      A    Decline to answer.

18      Q    Is it true that you used websites for

19  Location Ventures to advertise its business

20  investment opportunities, including the projects that

21  we just discussed?

22      A    Decline to answer.

23      Q    How did you communicate with investors or

24  prospective investors?

25      A    Decline to answer.

41

1       Q    Did you communicate with them in person?

2       A    Decline to answer.

3       Q    Did you communicate via email?

4       A    Decline to answer.

5       Q    Did you communicate via text messaging?

6       A    Decline to answer.

7       Q    Did you communicate with them via phone

8 calls?

9       A    Decline to answer.

10      Q    Did any other person or entity on behalf of

11 Location Ventures solicit prospective investors?

12      A    Decline to answer.

13      Q    Did Location Ventures pay anyone or any

14 entity to solicit prospective investors or to raise

15 capital for the company?

16      A    Decline to answer.

17      Q    What type of investments did Location

18 Ventures seek from investors?

19      A    Decline to answer.

20      Q    Did Location Ventures seek equity interest

21 in the company?

22      A    Decline to answer.

23      Q    Did Location Ventures seek debt interest in

24 the company?

25      A    Decline to answer.

42

1          Q      And what did investors receive in exchange

2     for investing capital in Location Ventures?

3          A      Decline to answer.

4          Q      Did investors, upon investing in Location

5     Ventures, receive membership units of Location

6     Ventures?

7          A      Decline to answer.

8          Q      Mr. Kapoor, if I were to ask you any

9     further questions concerning how investments in

10    Location Ventures is or was structured, including

11    documents and materials presented to investors,

12    communications and representations you and others

13    made concerning such investments, and any other

14    information provided to investors concerning

15    investment opportunities in Location Ventures, would

16    you continue to assert your Fifth Amendment rights?

17         A      Yes, sir.

18         Q      What did you tell investors the capital

19    that they contributed to Location Ventures would be

20    used for?

21         A      Decline to answer.

22         Q      What were investor funds used for at

23    Location Ventures?

24         A      Decline to answer.

25         Q      How many investors does Location Ventures

43

1    have?

2         A    Decline to answer.

3         Q    How much money have you raised from

4    investors who have invested in Location Ventures?

5         A    Decline to answer.

6         Q    How did Location Ventures track investors,

7    the capital equity, or the debt raised on behalf of

8    the company?

9         A    Decline to answer.

10        Q    Who at Location Ventures tracked investors,

11   the capital, the equity, or the debt on behalf of the

12   company?

13        A    Decline to answer.

14        Q    And did the -- did the overall capital,

15   equity, and debt structure change over time on behalf

16   of Location Ventures?

17        A    Decline to answer.

18        Q    Have there been any distributions made by

19   Location Ventures to its members?

20        A    Decline to answer.

21        Q    Has any money been paid back to the members

22   or investors of Location Ventures?

23        A    Decline to answer.

24        Q    Has Location Ventures redeemed any member

25   or investors' interest in Location Ventures?

44

```
1        A    Decline to answer.

2        Q    Mr. Kapoor, if I were to ask you any --

3             EXAMINATION

4             BY MR. HOUCHIN:

5        Q    Sorry for interrupting.  Quick question on

6    the use of funds of Location Ventures.  During your

7    tenure as manager of Location Ventures, did Location

8    funds, investor capital get used for any purpose

9    other than associated with Location Ventures or

10   Location Ventures' projects?

11       A    Decline to answer.

12       Q    Okay.  Thank you.

13            EXAMINATION

14            BY MR. CORTEZ:

15       Q    Mr. Kapoor, if we were to ask you any

16   further questions concerning how money was raised

17   from investors who provided investor capital to

18   Location Ventures, including how investor funds were

19   used by Location Ventures, you, or others, how much

20   total money has been raised for Location Ventures,

21   and whether Location Ventures has made any

22   distributions to its investors or members, would you

23   continue to assert your Fifth Amendment rights?

24       A    I would.

25       Q    Mr. Kapoor, I am showing you a document
```

45

```
1    which has previously been marked as Exhibit 4.

2                      (SEC Exhibit No. 4 was marked

3                      for identification.)

4         BY MR. CORTEZ:

5         Q    The document is Bates stamped FL-

6    4347_Kleyner_LV_LLC_0001101, and the last page ends

7    at 1174.  Mr. Kapoor, this is a copy of the Second

8    Amended and Restated Operating Agreement for Location

9    Ventures, LLC, effective as of April 19th, 2021.

10             Mr. Kapoor, who was principally responsible

11   for drafting this agreement?

12        A    Decline to answer.

13        Q    What was the purpose for this agreement?

14        A    Decline to answer.

15        Q    Did you or anyone on behalf of Location

16   Ventures have a chance to review and negotiate any

17   part of this agreement?

18        A    Decline to answer.

19        Q    If I were to ask you any further questions

20   concerning who drafted the Location Ventures

21   Operating Agreement, what has been marked as Exhibit

22   4, and what changes were made to this agreement from

23   the prior versions, would you continue to assert your

24   Fifth Amendment rights?

25        A    I would.
```

46

```
 1        Q    Okay.  If we can go to the last -- to the
 2   page with the Bates stamp number ending 1161, please?
 3    You will see on the page 1161 it says, "Exhibit A.
 4   Schedule of Members as of effective date."  And then,
 5   if you turn to page 1162, which goes to page 1163, it
 6   says, "Exhibit A.  Schedule of Members as of the
 7   effective date."  And then, it lists different
 8   members on the left-hand column, and then the columns
 9   to the right list "initial capital contributions,
10   percentage interest, membership units, and member
11   principals."
12             Mr. Kapoor, are these the current members
13   or investors of Location Ventures?
14        A    Decline to answer.
15        Q    Mr. Kapoor, did you provide this agreement
16   to Alex Kleyner and Diana Ulis to sign and execute?
17        A    Decline to answer.
18        Q    Did you provide this agreement to Alex
19   Kleyner and Diana Ulis via email?
20        A    Decline to answer.
21        Q    Did you provide this agreement to the other
22   members listed in this Exhibit A via email for their
23   execution of the agreement?
24        A    Decline to answer.
25        Q    Any changes to the Schedule of Members
```

47

1   since this agreement was executed as of the effective

2   date on April 19th, 2021?

3       A    Decline to answer.

4       Q    Have there been any changes with respect to

5   the amounts invested by the investors listed here on

6   Exhibit A, Schedule of Members?

7       A    Decline to answer.

8       Q    The investors listed on the schedule, how

9   were they introduced to you or others at Location

10  Ventures?

11      A    Decline to answer.

12      Q    Were there any third parties that reached

13  out to these investors on behalf of Location

14  Ventures?

15      A    Decline to answer.

16      Q    Did Location Ventures hire any entity or

17  person to solicit these investors?

18      A    Decline to answer.

19      Q    Are there any other investors that are

20  members of Location Ventures that are not listed on

21  this Schedule of Members?

22      A    Decline to answer.

23      Q    Are any of these members that are listed on

24  the schedule currently not members or investors of

25  Location Ventures?

48

```
 1       A    Decline to answer.

 2       Q    Mr. Kapoor, if I were to ask you any

 3   further questions concerning the current or past

 4   members or investors of Location Ventures and how

 5   those investors or others were solicited by Location

 6   Ventures, including by you or others on the company's

 7   behalf, would you continue to assert your Fifth

 8   Amendment rights?

 9       A    Yes, sir.

10       Q    Okay.

11            MR. MILLER:  Jordan, do you mind if we take

12   a break when you reach a breaking point?

13            MR. CORTEZ:  Sure.  We can take a break.

14   Let's go off the record at 10:48 a.m.

15            (Whereupon, a break was taken.)

16            MR. CORTEZ:  So we're back on the record at

17   11:00 a.m. on August 22nd.

18            BY MR. CORTEZ:

19       Q    Mr. Kapoor, did you have any substantive

20   discussions with anyone from the Commission staff

21   during the break?

22       A    No.

23       Q    Okay.  So before we went on break, we were

24   discussing Exhibit 4, the Second Amended and Restated

25   Operating Agreement for Location Ventures.  I don't
```

49

1    know if you have a copy in front of you, but I had a

2    few more questions on this document.

3              If you could turn to, actually, page 19 of

4    the agreement.  The Bates stamp ends in number 1119.

5     You'll see at the very bottom of this page it says,

6    "Article 5. Distributions.  Article 5.1.

7    Distributions," and it continues on to page 20.  And

8    it states that "Members shall be entitled to

9    distributions of Distributable Cash Flow and net

10   proceeds from the liquidation and winding up of the

11   Company in accordance with the following provisions."

12             And then, it goes on to state under

13   Article 5.1(a) "Non-Liquidating Distributions."  And

14   it says, "Distributable Cash Flow shall be

15   distributed to Members at such times as the Manager

16   determines are reasonable." And then, it goes on and

17   says, "but in any event not less than every three

18   months."

19             During your time as manager of Location

20   Ventures, did Location Ventures make distributions to

21   members in accordance with Article 5(a)?

22        A    Decline to answer.

23        Q    Have there been any distributions made to

24   Location Ventures' members?

25        A    Decline to answer.

50

1    Q    We'll ask you this in a little bit, but I

2  just wanted to ask you a follow-up question.

3         The various fees that were earned by

4  Location Ventures through its subsidiaries for the

5  projects, for example:  The marketing fees, developer

6  fees, management fees, loan guarantee fees, and other

7  fees, were those specific type of fees as cash flows

8  susceptible to being distributed to Location Ventures

9  members?

10   A    Decline to answer.

11   Q    Are you aware if there's any expectation

12 that distributions will be made in the near future

13 with the current liquidation plan?

14   A    Decline to answer.

15   Q    What information while -- when you were

16 manager of Location Ventures did you provide to its

17 members concerning when distributions would be made?

18   A    Decline to answer.

19   Q    Mr. Kapoor, if I were to ask you any

20 further questions concerning distributions to members

21 of Location Ventures, information of representations

22 you or others made to members concerning

23 distributions, and plans for distributions going

24 forward, would you continue to assert your Fifth

25 Amendment rights?

51

```
 1        A    Yes, sir.

 2        Q    If you'd just turn a couple of pages.  It's

 3   page 22 of Exhibit 4, Bates stamp number ending 1122.

 4             You'll notice, again, at the bottom of this

 5   page Article 6.6 is titled "Member Decisions."  And

 6   6.6(a) -- Article 6.6(a) says, "Notwithstanding any

 7   other provision of this Agreement to the contrary, no

 8   action may be taken by the Company (including by the

 9   Manager) in connection with the matters set forth

10   below without Member Super Majority Approval."

11             Member super majority is actually a defined

12   term within this agreement, and I will represent to

13   you that that is defined as at least 75 percent of

14   Location Ventures member votes on these different

15   actions that are then listed on the next page, page

16   23 of this agreement.

17             You'll notice on page 23 of the agreement,

18   Subsection (ii) notes "Incurrence of direct

19   indebtedness by the Company and/or pledging,

20   mortgaging, or otherwise encumbering all or

21   substantially all of the assets of the Company."  And

22   then, on that same page, Subsections (v) and (vi)

23   reference liquidating, filing bankruptcy of or by the

24   company, its subsidiary, or investments.

25             With respect to Subsection (ii), have there
```

52

1   been any instances while were you the manager of

2   Location Ventures that it had incurred indebtedness?

3        A    Decline to answer.

4        Q    Do you know how much debt Location Ventures

5   incurred while your time as manager?

6        A    Decline to answer.

7        Q    What reasons -- what were the reasons why

8   Location Ventures incurred debt?

9        A    Decline to answer.

10        Q    Do you know from which party, entity, or

11   individual that Location Ventures incurred debt?

12        A    Decline to answer.

13        Q    Isn't it true that Location Ventures never

14   obtained member super majority approval to take on

15   additional debt?

16        A    Can you say the question again?

17        Q    Isn't it true that Location Ventures never

18   obtained member super majority approval, as defined

19   in this operating agreement, to take on additional

20   debt?

21        A    Decline to answer.

22        Q    Was it your sole discretion to have

23   Location Ventures incur debt?

24        A    Decline to answer.

25        Q    You personally guaranteed certain loans on

53

1    behalf of Location Ventures, correct?

2        A    Decline to answer.

3        Q    Do you know what the total amount of loans

4    that Location Ventures currently has on its books?

5        A    Decline to answer.

6        Q    With respect to certain debt placed on

7    Location Ventures or its subsidiaries, you never

8    obtained member super majority approval to repurchase

9    Alex Kleyner and Diana Ulis' interest in Location

10   Ventures, correct?

11       A    Decline to answer.

12       Q    And you never obtained member super

13   majority approval to repurchase Alex Kleyner or Diana

14   Ulis' interest in certain projects of Location

15   Ventures, correct?

16       A    Decline to answer.

17       Q    You never obtained member super majority

18   approval to purchase other Location Venture members'

19   interest, correct?

20       A    Decline to answer.

21       Q    How many Location Ventures members'

22   interest in the company have been wholly or partially

23   repurchased or bought out?

24       A    Decline to answer.

25       Q    Where did you get the money to buy out

54

1    these investors?

2        A    Decline to answer.

3        Q    Were there instances in which you placed

4    debt on other projects, including the Urbin projects,

5    to buy out certain investors?

6        A    Decline to answer.

7        Q    For example, did you direct Urbin Coconut

8    Grove to incur $12 million of debt in order to

9    facilitate a payment to Alex Kleyner and Diana Ulis,

10   pursuant to the December 31st, 2022 Global Interest

11   Purchase Agreement you and Location Ventures entered

12   into with them and the entities that they controlled?

13       A    Decline to answer.

14       Q    Mr. Kapoor, did you obtain loans on behalf

15   of Urbin Coconut Grove from Marti Halpern or the

16   Halpern Family Trust in order to facilitate partial

17   payment to Alex Kleyner and Diana Ulis --

18       A    Decline to answer.

19       Q    -- in Location Ventures?

20       A    Decline to answer.

21       Q    At the time you and Location Ventures

22   entered into the Global Interest Purchase Agreement

23   with Alex Kleyner and Diana Ulis and the entities

24   that they control, you did not disclose this

25   agreement to other members of Location Ventures,

55

1   correct?

2       A    Decline to answer.

3       Q    Mr. Kapoor, if I were to ask you any

4   further questions concerning the instances in which

5   you did not obtain 75 percent member super majority

6   approval, including times in which you had Location

7   Ventures incur debt, incur debt on other projects,

8   including Urbin Coconut Grove, to pay out certain

9   non-Urbin investors, such as Alex Kleyner and Diana

10  Ulis, and the current status of outstanding loans for

11  Location Ventures, would you continue to assert your

12  Fifth Amendment rights?

13      A    I would, other than telling you that Alex

14  Kleyner has, multiple times, threatened my life.

15           EXAMINATION

16           BY MR. HOUCHIN:

17      Q    Can you tell us the context of which those

18  threats occurred?

19      A    I -- I'm just going to decline.  Yeah.

20           EXAMINATION

21           BY MR. CORTEZ:

22      Q    The next page, page 24 of Exhibit 4,

23  Article 7, if you can refer to it, talks about the

24  "Rights, Powers, and Duties of the Manager" and "The

25  Budget." And then, Article 7.1 references the

56

1    manager's authority to control and operate Location

2    Ventures.   Article 7.1(a) states that "The members

3    hereby appoint Rishi Kapoor as the initial manager."

4          How long were you the manager of Location

5    Ventures?

6          A    Decline to answer.

7          Q    Were you voted out by the members of

8    Location Ventures on July 14, 2023?

9          A    Decline to answer.

10         Q    Article 7.1(b) states that "The manager

11   cannot deviate from an approved budget by more than

12   7.5 percent without board approval."

13         The Location Ventures approved budget for

14   2020 deviated by more than 7.5 percent, correct?

15         A    Decline to answer.

16         Q    The Location Ventures approved budget for

17   2021 deviated by more than 7.5 percent, correct?

18         A    Decline to answer.

19         Q    The Location Ventures approved budget for

20   2022 deviated by more than 7.5 percent, correct?

21         A    Decline to answer.

22              EXAMINATION

23              BY MR. HOUCHIN:

24         Q    I want to rephrase those questions a little

25   bit.

57

1            Did the actual budget for 2021 deviate by

2    more than seven-and-a-half percent compared to the

3    approved budget?

4        A    Decline to answer.

5        Q    What about the actual budget compared to

6    2020 and 2022?

7        A    Decline to answer.

8        Q    Okay.   Thank you.

9            EXAMINATION

10           BY MR. CORTEZ:

11       Q    The deviations in the approved budgets for

12   years 2020, 2021, and 2022 for Location Ventures were

13   never approved by Location Ventures' board, correct?

14       A    Decline to answer.

15       Q    And you never disclosed to Location

16   Ventures members the fact that the budget -- the

17   approved budget for years 2020, 2021, and 2022

18   deviated by more than 7.5 percent, correct?

19       A    Decline to answer.

20       Q    Mr. Kapoor, if I were to ask you any

21   further questions concerning your role as manager,

22   including the years Location Ventures' budget

23   deviated by more than 7.5 percent without board

24   approval and the failure to inform or disclose this

25   deviation to Location Ventures' members, would you

58

```
1    continue to assert your Fifth Amendment rights?

2         A    Yes.

3         Q    Again, keep going to the next page, which

4    is page 25 of the agreement.  You'll notice Article

5    7.2 titled "Board of Directors."  And then, 7.2(a)

6    lists the -- the board, at least, as of the effective

7    date of this Operating Agreement.

8              How often were board meetings held when you

9    were the manager of Location Ventures?

10        A    Decline to answer.

11        Q    Is it true that Location Ventures' board

12   did not meet on a regular basis?

13        A    Decline to answer.

14        Q    Were there board meeting minutes for the

15   few meetings held by the board of Location Ventures?

16        A    Decline to answer.

17        Q    What access to information did you or

18   others at Location Ventures provide to the board in

19   the course of overseeing the day-to-day operations of

20   the company and its different projects?

21        A    Decline to answer.

22        Q    Did Location Ventures' board have any real

23   powers or oversight of the operations of the company

24   and its different projects?

25        A    Decline to answer.
```

59

1      Q     You, as the manager of Location Ventures,

2   controlled the day-to-day operations of the company,

3   correct?

4      A     Decline to answer.

5      Q     And isn't it true that as your -- as the

6   role of manager of Location Ventures you did not keep

7   its board members fully informed of Location

8   Ventures' business operations, correct?

9      A     Decline to answer.

10     Q     Is it true that you did not keep the board

11  members of Location Ventures fully informed of the

12  company's financial condition?

13     A     Decline to answer.

14     Q     Or the financial condition of Location

15  Ventures' real estate projects?

16     A     Decline to answer.

17     Q     Mr. Kapoor, if I were to ask you any

18  further questions concerning the role of Location

19  Ventures board of directors, including any lack of

20  oversight it had on Location Ventures' budget,

21  financial condition, and your failure -- or failure

22  to disclose and to keep the board fully informed as

23  your role as manager, would you continue to assert

24  your Fifth Amendment rights?

25     A     Yes, sir.

60

1       Q    Continuing with Article 7.2, but I want to

2   focus your attention to Subsection (c), which is on

3   page 26.  And if you notice -- and there's

4   subsections to the Subsection (c), but Subsection

5   (c)(iv) states that "The Board shall have the sole

6   authority to make, and the prior written Approval of

7   the Board be required for, all decisions of the

8   Company, any Project Entity, and any other Company

9   subsidiary regarding the approval of any Approved

10  Budget or amendment or modification of," and then it

11  kind of goes on.

12           For 2020, did you or anyone else provide a

13  budget for Location Ventures for the board to

14  approve?

15      A    Decline to answer.

16      Q    For the year 2021, did you or anyone else

17  provide a budget for Location Ventures for the board

18  to approve?

19      A    Decline to answer.

20      Q    For the year 2022, did you or anyone else

21  provide a budget for Location Ventures to the board

22  for it to approve?

23      A    Decline to answer.

24      Q    I know you testified earlier that you

25  started Location Ventures in 2016.  Since 2016, for

61

1    each calendar year through 2023, how many years did

2    the Location Ventures have a written budget?

3          A    Decline to answer.

4          Q    In how many of those years did the board

5    approve any written budget on behalf of Location

6    Ventures?

7          A    Decline to answer.

8          Q    If we can just quickly turn to page 29 of

9    the agreement, Article 7.6 titled, "Compensation of

10   the Manager and Officers Contracting with

11   Affiliates."

12               7.6(a) states that "Rishi Kapoor shall be

13   entitled to receive an annual salary from the company

14   in the amount of 300,000."  And 7.6(b) states,

15   "Daniel Motha shall be entitled to receive an annual

16   salary from the company in the amount of 180,000."

17   It then goes on and states, "The annual salaries of

18   Messrs.  Kapoor and Motha may each be increased to up

19   to 400,000 annually with board approval, provided

20   there can be no increase in annual salary above

21   400,000."

22               Mr. Kapoor, Location Ventures' board never

23   approved an increase in your salary exceeding 350,000

24   for years 2020, 2021 or 2022, correct?

25         A    Decline to answer.

62

1      Q    Location Ventures' board never approved an

2   increase to Daniel Motha's salary exceeding 350,000

3   for years 2020, 2021 or 2022, correct?

4      A    Decline to answer.

5      Q    Now, if we could turn to sort of the end of

6   this agreement.  It's -- there's not a page number,

7   but it ends with Bates stamp number 1164.  It's

8   "Exhibit B.  Approved Budget."  And then you'll

9   notice on the next page, 1165, is the actual approved

10  budget.  And at the top it says, "LV Company

11  Operations Budget for the 2021 Year."

12          Who put together this budget?

13     A    Decline to answer.

14     Q    Do you know how this budget was put

15  together by Location Ventures?

16     A    Decline to answer.

17     Q    Do you know the process that Location

18  Ventures undertook to put together this budget?

19     A    Decline to answer.

20     Q    Do you know who from Location Ventures was

21  involved in putting together this budget?

22     A    Decline to answer.

23     Q    Do you know what information they relied on

24  to put together the budget?

25     A    Decline to answer.

63

1          Q     Did you or other Location Ventures' members

2    have any input on the budget?

3          A     Decline to answer.

4          Q     So for this budget 2021, under the title

5    "Fixed Costs," it lists your name, "Rishi Kapoor,"

6    and on the right-hand column it states "Annual:

7    $350,000.04."

8                That was your salary for the year 2021,

9    correct?

10         A     Decline to answer.

11         Q     We had just looked at page -- at Article

12   7.6, the compensation, which listed in this agreement

13   that your compensation was $300,000 for 2021.

14               Was the increase to 350,000 approved by the

15   board?

16         A     Decline to answer.

17         Q     Is there any documents or communications

18   that reflect this $50,000 increase in your salary for

19   2021, from 300,000 to 350,000?

20         A     Decline to answer.

21         Q     In addition to your 2021 salary of

22   $350,000, you received other compensation from

23   Location Ventures, correct?

24         A     Decline to answer.

25         Q     What other sources of money did you receive

64

```
 1    in 2021?
 2         A    Decline to answer.
 3              MR. HOUCHIN:  With respect to Location
 4    Ventures.
 5              BY MR. CORTEZ:
 6         Q    With respect to Location Ventures.
 7         A    Decline to answer.
 8         Q    In 2021, did you direct fees that were
 9    charged by Location Ventures and its projects to be
10    paid to you as part of your compensation for that
11    year?
12         A    Decline to answer.
13         Q    Was Location Ventures profitable in 2021?
14         A    Decline to answer.
15         Q    Were any of Location Ventures' projects
16    profitable in 2021?
17         A    Decline to answer.
18         Q    In 2021, did you direct distributions from
19    Location Ventures and its projects to be paid to you
20    as part of your compensation for that year?
21         A    Decline to answer.
22         Q    Compensation other than your approved
23    salary for 2021, as we're seeing here on Exhibit 4,
24    other compensation, had to be approved either by the
25    members of Location Ventures or its board of
```

65

1    directors; is that correct?

2        A    Decline to answer.

3        Q    Neither Location Ventures members nor its

4    board ever approved any additional compensation to

5    you; is that correct?

6        A    Decline to answer.

7        Q    And you never disclosed that you were

8    taking more money than what was approved in the

9    budget for 2021, which is your $350,000 salary for

10   that year; is that correct?

11       A    Decline to answer.

12       Q    The people listed on Bates stamp 1165, the

13   Location Ventures operating budget for 2021, were any

14   of these other individuals paid more than their

15   stated salaries for 2021?

16       A    Decline to answer.

17       Q    Was DJ Motha paid more money than his

18   listed salary of 350,000 for 2021?

19       A    Decline to answer.

20       Q    Was Vivian Bonet paid more money than her

21   $350,000 salary listed for 2021?

22       A    Decline to answer.

23       Q    Were any entities that any of these

24   individuals controlled paid monies outside of what is

25   listed here in the 2021 budget?

66

1        A    Decline to answer.

2        Q    I asked you whether the board had approved

3   the budgets for Location Ventures for years 2020,

4   2021, and 2022.  Was -- did Location Ventures approve

5   a budget for 2023?

6        A    Decline to answer.

7        Q    Did Location Ventures' board approve

8   budgets for prior years, 2018 or 2019?

9        A    Decline to answer.

10       Q    Were monies paid to you, in addition to

11  what's listed here for your salary, ever disclosed to

12  Location Ventures' members?

13       A    Decline to answer.

14       Q    Were monies paid to DJ Motha, outside of

15  his $350,000 salary listed here, ever disclosed to

16  Location Ventures' members?

17       A    Decline to answer.

18       Q    Were monies paid to Vivian Bonet, outside

19  of her $350,000 salary, ever disclosed to Location

20  Ventures' members?

21       A    Decline to answer.

22       Q    To your knowledge, any other monies paid

23  outside of what is listed here for 2021 for these

24  individual respective salaries ever disclosed to

25  Location Ventures' members?

67

1        A    Decline to answer.

2        Q    Since the time of this agreement, again

3    I'll represent it's April 19th, 2021, had the budget

4    changed in subsequent years from what is presented

5    here for the year 2021?

6        A    Decline to answer.

7        Q    Mr. Kapoor, I'm handing you a document

8    which does not have any Bates stamps on it but that

9    was produced to us through your counsel.  And what

10   was represented to us was it's Location Ventures 2022

11   budget.  Apologies in advance.  The font on this is

12   somewhat small to read.  But take a moment to review

13   the document if you can.

14           MR. MILLER:  Does that have an exhibit

15   number, Jordan?

16           MR. CORTEZ:  Good point.  Can you -- thank

17   you.  Can you mark this as Exhibit 11, please?

18                     (SEC Exhibit No. 11 was marked

19                      for identification.)

20           BY MR. CORTEZ:

21       Q    Mr. Kapoor, let me switch.  I apologize.  I

22   did not have the court reporter mark this when I

23   provided you a copy.

24           Mr. Kapoor, do you -- do you recognize this

25   as the Location Ventures 2022 budget?

68

1       A     Decline to answer.

2       Q     Okay.  Do you see where it states "Salary,"

3   and it says, "Location Ventures Payroll-Wages," and

4   then below it has your name, "Rishi Kapoor.  Title:

5   CO," and then it provides your monthly salary?  And

6   at the very right-hand column, it states your salary

7   was 350,000.

8             So just wanted to confirm that your

9   approved salary for year 2022 was 350,000, correct?

10      A     Decline to answer.

11      Q     Similar to 2021, you obtained other forms

12  of compensation for 2022 that were significantly

13  greater than this $350,000 approved salary, correct?

14      A     Decline to answer.

15      Q     Location Ventures' board did not approve

16  and was not aware of the additional monies you were

17  paid in 2022, correct, outside of your $350,000

18  salary?

19      A     Decline to answer.

20      Q     How much more was paid to you for 2022 in

21  addition to your $350,000 salary?

22      A     Decline to answer.

23      Q     Isn't it true that you were paid in excess

24  of over $1 million in 2022, in addition to your

25  $350,000 salary?

69

1    A    Decline to answer.

2    Q    And we just looked previously at Exhibit 4,

3  and we saw that your approved salary for the year --

4  the prior year, 2021, was $350,000, correct?

5    A    Decline to answer.

6    Q    And we asked if you received more money

7  than $350,000 in 2021, correct?

8    A    Decline to answer.

9    Q    Isn't it true that you also took over --

10  more than $1 million more than your $350,000 salary

11  for the year 2021?

12    A    Decline to answer.

13    Q    Who made the decision for you to receive

14  more than what was set forth in the approved annual

15  budget for Location Ventures for years 2021 and 2022?

16    A    Decline to answer.

17    Q    Mr. Kapoor, how would you respond to the

18  allegation that you directed Location Ventures'

19  controller, Jorge Chirinos, to pay you additional

20  money above the amount setting forth your annual

21  salary for 2021?

22    A    Decline to answer.

23    Q    How would you respond to that same

24  allegation for year 2022?

25    A    Decline to answer.

70

1        Q    We're done with this exhibit.

2             Mr. Kapoor, I am showing you a document

3    which has been previously marked as Exhibit 5, and it

4    has a Bates stamp FL-4347_Kleyner_LVLLC_0004657.

5                     (SEC Exhibit No. 5 was marked

6                      for identification.)

7             BY MR. CORTEZ:

8        Q    This is a one-page summary, Mr. Kapoor, of

9    certain transactions for which Alex Kleyner provided

10   to you sometime in late October or early November

11   2022, correct?

12       A    Decline to answer.

13       Q    Alex Kleyner provided you with this

14   summary, because he wanted an explanation of these

15   transactions listed on this exhibit, correct?

16       A    Decline to answer.

17       Q    And these transactions, all from August of

18   2022, according to the date on this exhibit, show

19   monies coming in and out of a Location Ventures'

20   account, correct?

21       A    Decline to answer.

22       Q    If you notice, the second to last

23   transaction dated April 15th, 2022 shows you -- shows

24   a transaction of monies going to you, Rishi Kapoor,

25   for $1,328,000, correct?

71

1        A    Decline to answer.

2        Q    This money was fees from one or more

3   Location Ventures' project that you directed to be

4   paid personally to you, correct?

5        A    Decline to answer.

6        Q    Also on August 25th, 2022, there's a

7   transaction to Daniel Motha for 140,000.

8             This was a bonus payment you directed to

9   have Location Ventures pay to Daniel Motha, correct?

10       A    Decline to answer.

11       Q    You never disclosed to Location Ventures'

12  members that in 2021 and in 2022 you were paying

13  yourself more than $1 million, well over your

14  approved salary of $350,000 for both years?

15       A    Decline to answer.

16       Q    You never disclosed to Location Ventures

17  members that you paid Motha a $140,000 bonus in 2022,

18  correct?

19       A    Decline to answer.

20       Q    And isn't it true that you also increased

21  the salaries of other senior level employees without

22  getting board approval or disclosing those increases

23  to Location Ventures' members, correct?

24       A    Decline to answer.

25       Q    Mr. Kapoor, if I were to ask you any

72

```
 1    further questions concerning Location Ventures'
 2    budgets for years 2018 through 2022, including your
 3    approved salary for each of those years, how much
 4    money you directed from Location Ventures to pay to
 5    yourself, which was above and beyond your approved
 6    salary, including over $1 million in 2021 and 2022,
 7    as well as payments made to other Location Ventures'
 8    employees that were more than their respective
 9    approved salaries, including Daniel Motha, would you
10    continue to assert your Fifth Amendment rights?
11        A    Yes.
12             MR. CORTEZ:  Can we take a five-minute
13    break?
14             MR. MILLER:  Of course.
15             MR. CORTEZ:  So we're off the record at
16    11:37 a.m.
17             (Whereupon, a break was taken.)
18             BY MR. CORTEZ:
19        Q    Are you ready to go back on the record?
20        A    Yes, sir.
21        Q    So we're back on the record at 11:43 a.m.
22             Mr. Kapoor, during the break did you have
23    any substantive discussions with anyone from the
24    Commission staff?
25        A    No.
```

73

1          Q    Okay.  If I could, I know Brian -- if you

2     don't mind, I appreciate this in advance, gathering

3     all the exhibits in one place.

4              I just wanted to return back to Exhibit 4,

5     which is the 2021 Location Ventures Operating

6     Agreement.  And Mr. Kapoor, if I could have you turn

7     to page 34 of the agreement.  It ends in Bates stamp

8     1134.

9              And I would like to refer you to Article

10    9.3, entitled "Reporting Requirements."  And it says,

11    in part, that "The Manager shall cause the Company to

12    provide the members within 120 days after the end of

13    each Fiscal Year, and within 45 days after each

14    calendar year" -- excuse me, "calendar quarter an

15    internal financial report, which shall include a

16    balance sheet." It goes on to say, "related

17    statements of operation and cash flows and

18    investments, including each Project Entity."

19             The next sentence says, "Additionally,

20    unless excused by the Board, the Company shall have

21    its financial statements and those of all its

22    subsidiaries and investments, including each Project

23    Entity, audited by a certified public accountant on

24    an annual basis."

25             With respect to the company providing

74

1    members within 120 days after the end of each fiscal

2    year and 45 days after each calendar quarter certain

3    financial statements listed in Article 9.3, has

4    Location Ventures timely provided these financial

5    statements in accordance with this -- with Article

6    9.3 for each fiscal year from 2018 through 2022?

7         A    Decline to answer.

8         Q    Was it not true that Location Ventures

9    typically missed these deadlines as set forth in

10   Article 9.3, with respect to providing the financial

11   statements within 120 days and 45-day time periods?

12        A    Decline to answer.

13        Q    Who compiled the financial statements for

14   each quarter and year-end for Location Ventures?

15        A    Decline to answer.

16        Q    What information was relied upon in

17   compiling the financial statements for each quarter

18   and for year-end?

19        A    Decline to answer.

20        Q    Did you have any input into Location

21   Ventures' quarterly or annual financial statements

22   that were provided to members?

23        A    Decline to answer.

24        Q    Did you review any financial statements

25   prior to them being sent to Location Ventures'

1    members?

2         A    Decline to answer.

3         Q    Were there ever any incidents where one or

4    more of the financial statements needed to be revised

5    or amended on behalf of Location Ventures?

6         A    Decline to answer.

7         Q    Is it true that Location Ventures'

8    financial statements were never audited by a

9    certified public accountant?

10        A    Decline to answer.

11        Q    Is it true that the financial statements

12   for Location Ventures' subsidiaries and its

13   investments, including in each of the projects, were

14   never audited by a certified public accountant?

15        A    Decline to answer.

16        Q    Is it true that Location Ventures board of

17   directors never excused the company from having its

18   financial statements and those of all of its

19   subsidiaries and its investments, including for each

20   of the projects, audited by a certified public

21   accountant on an annual basis?

22        A    Decline to answer.

23        Q    Mr. Kapoor, if I were to ask you any

24   further questions concerning financial statements and

25   reports required to be provided to Location Ventures'

76

```
 1   members as set forth in Article 9.3 of its Operating
 2   Agreement, including whether such statements and
 3   reports were provided on a timely basis to members,
 4   whether the data and numbers in those reports were
 5   true and accurate, and whether such financial
 6   statements and reports were audited by a certified
 7   public accountant or otherwise complied with U.S.
 8   GAAP, would you continue to assert your Fifth
 9   Amendment rights?
10        A    Decline to answer.
11        Q    Mr. Kapoor, in addition to providing --
12   excuse me.  In addition to being required to provide
13   Location Ventures' financial statements to the
14   company's members, was Location Ventures also
15   required to provide financial statements to certain
16   financial institutions?
17        A    Decline to answer.
18        Q    Wasn't it true that Location Ventures was
19   required to provide financial statements to
20   Woodforest Bank in connection with a $5 million line
21   of credit Location Ventures had with Woodforest?
22        A    Decline to answer.
23        Q    And Woodforest Bank required that Location
24   Ventures provide financial statements that complied
25   with U.S. Generally Accepted Accounting Principles,
```

77

1    or as I'll refer to going forward simply as "U.S.

2    GAAP," correct?

3         A    Decline to answer.

4         Q    Did the financial statements Location

5    Ventures submitted to Woodforest Bank comply with

6    U.S. GAAP?

7         A    Decline to answer.

8              EXAMINATION

9              BY MR. HOUCHIN:

10        Q    Did you know one way or the other whether

11   the financial statements that Location Ventures

12   submitted to Woodforest Bank -- whether those

13   financial statements complied with U.S. GAAP?

14        A    Decline to answer.

15             EXAMINATION

16             BY MR. CORTEZ:

17        Q    Any financial statements that were provided

18   to Woodforest Bank, were they reviewed by any outside

19   accounting firm or auditing firm prior to being

20   submitted to Woodforest Bank?

21        A    Decline to answer.

22        Q    Mr. Kapoor, how would you respond to the

23   allegation that only one set of financial statements

24   submitted by Location Ventures to Woodforest Bank in

25   connection with Location Ventures' $5 million line of

78

1    credit complied with U.S. GAAP, and that was only at

2    the insistence of Greg Brooks, Location Ventures'

3    former CFO?

4        A    Decline to answer.

5            MR. CORTEZ:  I see it's about 10 until

6    noon.  We'd like to break for lunch.  And then, I

7    don't anticipate there's going to be a lot in the

8    afternoon but we'll finish up.  You won't be here

9    until 5:00 or 6:00 or anything like that.

10           So why don't we -- how much time do you

11   think?

12           MR. HOUCHIN:  Are you guys going to grab

13   something relatively local?

14           MR. MILLER:  Yeah.  But give us enough

15   time.

16           MR. CORTEZ:  Why don't we come back at

17   1:00?

18           MR. HOUCHIN:  1:00, 1:05, something like

19   that.

20           MR. MILLER:  Okay.

21           MR. CORTEZ:  So we'll resume at 1:00, 1:05.

22   So we're going off the record at 11:51 a.m. for

23   lunch.

24           (Whereupon, a break was taken, at which

25   time

79

1                    Mr. Eric Busto exited the videoconference.)

2                    MR. CORTEZ:  So we are back on the record

3        at 1:05 p.m., August 22nd.

4                    BY MR. CORTEZ:

5        Q     Mr. Kapoor, did you have any substantive

6        discussions with anyone from the Commission staff

7        during the break?

8        A     No.

9        Q     Mr. Kapoor, we were talking before we broke

10       for lunch about Location Ventures' financial

11       statements and whether those statements complied with

12       U.S. GAAP, particularly those statements that were

13       required to be submitted to Woodforest Bank in

14       connection with the $5 million line of credit.

15                    Do you recall whether any financial

16       statements that Location Ventures provided to

17       Woodforest Bank also disclosed an approximate

18       $14 million loan that Location Ventures had made to

19       Urbin, LLC?

20       A     I decline to comment -- or decline to

21       answer.

22       Q     "Decline to answer" is fine.

23                    And do you recall it was -- it was termed

24       "an intercompany loan," that $14 million loan from

25       Location Ventures to Urbin, LLC?

80

1      A    Decline to answer.

2      Q    Why did Location Ventures lend 14 million

3  to Urbin, LLC?

4      A    Decline to answer.

5      Q    Did Location Ventures get board approval to

6  lend $14 million to Urbin, LLC?

7      A    Decline to answer.

8      Q    Did Location Ventures disclose to its

9  members that it was lending $14 million to Urbin,

10  LLC?

11      A    Decline to answer.

12      Q    Was it at your discretion -- or excuse me.

13  Let me strike that.  I'll rephrase.

14          Was it at your direction to cause Location

15  Ventures to make a $14 million loan to Urbin, LLC?

16      A    Decline to answer.

17      Q    Can you tell us what the terms of that loan

18  were?

19      A    Decline to answer.

20      Q    Do you know if any investors or members in

21  Urbin, LLC were aware of this $14 million loan at the

22  time it was made from Location Ventures to Urbin,

23  LLC?

24      A    Decline to answer.

25      Q    And as of July of 2023, prior to your

81

1    removal as manager of Location Ventures, what was the

2    remaining balance of this loan?

3        A    Decline to answer.

4        Q    Mr. Kapoor, if I were to ask you any

5    further questions concerning how investor funds from

6    Location Ventures' members were used, including if

7    there were any transfers of those monies to Urbin,

8    LLC, any of its projects, you personally or others,

9    including an approximately $14 million loan to Urbin,

10    LLC and whether the statements provided to Woodforest

11    Bank were true and accurate and complied with U.S.

12    GAAP, would you continue to assert your Fifth

13    Amendment rights?

14        A    Yes.

15        Q    During the time that you were manager of

16    Location Ventures, what were the sources of Location

17    Ventures' revenue?

18        A    Decline to answer.

19        Q    Isn't it true that Location Ventures only

20    sources of revenue, aside from investor capital or

21    loans, is from fees that Location Ventures or one of

22    its subsidiaries charges in connection with the

23    various projects?

24        A    Decline to answer.

25        Q    Isn't it true some of those fees that have

82

1     been charged are developer fees, project management

2     fees, marketing service fees, acquisition fees, loan

3     guarantee fees, among other fees that have been

4     charged while you were a manager at Location

5     Ventures?

6         A    Decline to answer.

7         Q    And the monies out of which those funds

8     were paid, were those from investor capital, both at

9     the project level and at the Location Ventures'

10    level?

11        A    Can you just repeat that?

12        Q    Yeah.  The monies out of which these

13    different categories of fees were paid, were those

14    monies from investor capital at the respective

15    projects at the project level, in addition to at the

16    Location Ventures' level?

17        A    Decline to answer.

18        Q    With respect to the timing of when certain

19    fees were paid, did you decide when those fees

20    were -- should be paid or charged on behalf of

21    Location Ventures?

22        A    Decline to answer.

23        Q    Were you the only person that decided the

24    timing of the payment of these different categories

25    of fees on behalf of Location Ventures?

1      A    Decline to answer.

2      Q    Were there instances in which you directed

3   fees to be paid, prior to the time that they should

4   have been paid, pursuant to the respective projects'

5   operating agreement?

6      A    Decline to answer.

7      Q    For example, on August 2022, did you direct

8   a two percent closing fee on the 1505 Ponce project

9   totaling $640,000 prior to the date that the closing

10  occurred, which was in November of 2022?

11     A    Decline to answer.

12     Q    Is it true that you directed Jorge -- Jorge

13  Chirinos, controller of Location Ventures, to pay you

14  fees directly to you rather than to Location Ventures

15  subsidiaries, sponsor, or Location Ventures itself in

16  the years 2021 and 2022?

17     A    Decline to answer.

18     Q    Have you directed others or otherwise

19  controlled payment of fees directly for your benefit

20  since 2018?

21     A    Decline to answer.

22     Q    Prior to going on break for lunch, we spoke

23  about monies that -- I asked you questions, rather,

24  about monies taken out and that were directly paid to

25  you in the years '20, '21, and 2022.

84

1          I'm going to take a step back and ask you,

2    if you know, since 2018 what is the total amount of

3    money that has been paid to you directly from

4    Location Ventures?

5          A    Decline to answer.

6          Q    Okay.  Is the total amount in the millions

7    of dollars?

8          A    Decline to answer.

9          Q    For the budget for Location Ventures for

10   2022, there's a line item for wages.

11         Do you ever recall if that monthly number

12   that goes from January to December was significantly

13   higher for the month of August of 2022?

14         A    Decline to answer.

15         Q    Okay.  Did you happen, in August of 2022,

16   to direct any bonuses or other monies to be paid to

17   you or others at Location Ventures that were

18   categorized as wages on Location Ventures' books and

19   records?

20         A    Decline to answer.

21         Q    In 2022 -- strike that.

22         In August of 2022, did you ever disclose

23   additional payments made to you or to others at

24   Location Ventures to the Location Ventures' members

25   at that time?

85

```
1          A    Decline to answer.

2          Q    And with respect to any payments made to

3    you or others, in addition to your salaries for the

4    month of August of 2022 -- did you obtain any

5    approvals to make those payments from Location

6    Ventures' board of directors?

7          A    Decline to answer.

8          Q    Mr. Kapoor, if I were to ask you any

9    further questions concerning how the sources of

10   revenue for Location Ventures, including what types

11   of fees are charged, and your control over when and

12   how fees get paid, sometimes prematurely and other

13   times in excess of what is allowed in the projects

14   respective operating agreements, including fees that

15   you directed Chirinos and others to pay you

16   personally, which totaled in the millions of dollars

17   and which was not disclosed to any investors, would

18   you continue to assert your Fifth Amendment rights?

19         A    Yes, sir.

20         Q    Mr. Kapoor, isn't it true that there were

21   different investment opportunities at Location

22   Ventures' real estate projects versus at Location

23   Ventures itself?

24         A    Decline to answer.

25         Q    For example, location -- investment at the
```

86

1    Location Ventures' level was essentially an equity

2    investment made by members whose interest was

3    determined on a pro rata basis in consideration of

4    other members, correct?

5        A    Decline to answer.

6        Q    The investments in the respective projects,

7    or as I've been describing it "at the project level,"

8    was broken up into what the sponsor invested into the

9    project versus what other investors would invest into

10   a particular project, correct?

11       A    Decline to answer.

12       Q    So, for example, you could have a project

13   for which the sponsor contributed 20 percent equity,

14   and then the investors contributed, say, 80 percent

15   of the remaining equity, correct?

16       A    Decline to answer.

17       Q    And for each of the Location Ventures'

18   projects, there was a sponsor, which was a Location

19   Ventures' subsidiary, who acted as the manager for

20   that particular project; is that correct?

21       A    Decline to answer.

22       Q    And very generally speaking, for each

23   project, once the project was completed and there

24   would be a TCO or temporary certificate of occupancy

25   for that project, all liabilities would get paid off

87

1    at that point, including any outstanding loans,

2    correct, for the -- for a given project?

3         A    Decline to answer.

4         Q    Once all the liabilities got paid off and a

5    TCO was provided for that particular project, then

6    would the investors get their respective principals

7    back that they initially put in, plus a percentage of

8    interest on that principal?

9         A    Decline to answer.

10        Q    And sometimes that principal, on top of

11   their initial equity contribution, would be referred

12   to as the "hurdle;" is that correct?

13        A    Decline to answer.

14        Q    And then, after that was paid, any

15   additional monies left over would be split between

16   the investors and the sponsor, correct?

17        A    Decline to answer.

18        Q    So, for example, if there was $500,000

19   left, sometimes 250 would go to the 80 percent of

20   investors and 250 would go to the sponsor, correct?

21        A    Decline to answer.

22        Q    And in the example I gave you, even though

23   the sponsor might have only put initially 20 percent

24   equity, once the sponsor would get 250,000, because

25   that was the sponsor's "promote;" in other words,

88

```
 1    that's how the sponsor made money in each of the

 2    deals for the projects, correct?

 3         A    Decline to answer.

 4         Q    The money that was left over after the

 5    respective investment principals were paid back and

 6    the percentage on top of that, this money that we're

 7    talking about that was split between the investors

 8    and the sponsors, that was called -- sometimes

 9    referred to as "the waterfall;" is that correct?

10         A    Decline to answer.

11         Q    For the specific projects, can you tell us

12    how investment profits were generated for -- at the

13    project level?

14         A    Decline to answer.

15         Q    You solicited investors for the various

16    Location Ventures' projects, correct?

17         A    Decline to answer.

18         Q    You communicated with investors for the

19    projects via in-person meetings, correct?

20         A    Decline to answer.

21         Q    You also communicated with investors for

22    the Location Ventures' projects via telephone calls,

23    correct?

24         A    Decline to answer.

25         Q    You also communicated with investors for
```

89

1    the Location Ventures' projects via email, correct?

2         A    Decline to answer.

3         Q    You also communicated with investors for

4    the Location Ventures' projects via text messages,

5    correct?

6         A    Decline to answer.

7         Q    You provided investors or prospective

8    investors for the Location Ventures' projects certain

9    documents for each of the projects, correct?

10        A    Decline to answer.

11        Q    You would provide an Operating Agreement to

12   prospective investors or investors for each of the

13   projects, correct?

14        A    Decline to answer.

15        Q    You would also provide a pro forma budget

16   for each of the projects to investors or prospective

17   investors, correct?

18        A    Decline to answer.

19        Q    On occasion, you would provide marketing

20   materials or investment brochures to investors or

21   prospective investors for each of the projects for

22   Location Ventures, correct?

23        A    Decline to answer.

24        Q    And these documents, the operating budget,

25   the pro forma -- sorry -- the Operating Agreement,

90

1   pro forma budget, and marketing materials or

2   investment brochures for a given project, you

3   typically provided those documents either via email

4   or in person, correct?

5       A    Decline to answer.

6       Q    With respect to the pro forma budgets for

7   Location Ventures' projects, who at Location Ventures

8   was responsible for putting those pro forma budgets

9   together?

10      A    Decline to answer.

11      Q    How were those budgets compiled?

12      A    Decline to answer.

13      Q    And you had a role in putting these budgets

14  together, correct?

15      A    Decline to answer.

16      Q    Now, how did you or others at Location

17  Ventures verify the accuracy of these pro forma

18  budgets?

19      A    Decline to answer.

20      Q    Mr. Kapoor, isn't it true that there were

21  times when you and others at Location Ventures

22  changed certain numbers or line items related to cost

23  and expenses on the pro forma budgets before

24  providing them to investors to make the projects

25  appear more profitable?

91

1       A    Decline to answer.

2       Q    Isn't it true that you and others at

3  Location Ventures knew that certain pro forma budgets

4  for certain of the projects were not accurate with

5  respect to expenses, revenues, profitability, and

6  timeline for completion, correct?

7       A    Decline to answer.

8       Q    Do you know how many investors are in each

9  of the Location Ventures' projects, at least prior to

10  your removal in July of 2023 as manager of Location

11  Ventures?

12       A    Decline to answer.

13       Q    Do you know how much money you have raised

14  from investors -- let me rephrase that.

15            Do you know how much money you and others

16  have raised from investors who have invested in the

17  Location Ventures' projects?

18       A    Decline to answer.

19       Q    Mr. Kapoor, if I were to ask you any

20  further questions concerning Location Ventures

21  projects, including how you and others solicited

22  investors for these projects, including what

23  documents you provided to investors, what

24  representations you and others made to investors, the

25  accuracy of the pro forma budgets provided to

92

```
 1    investors, and how investor money was used for each

 2    of the projects, including what type of fees were

 3    charged per project, your control over when and how

 4    fees got paid, sometimes prematurely and other times

 5    in excess of what is allowed for the projects based

 6    on the respective operating agreements, would you

 7    continue to assert your Fifth Amendment rights?

 8         A    Yes, sir.

 9                   (SEC Exhibit No. 12 was marked

10                    for identification.)

11         MR. CORTEZ:   The court reporter is handing

12    you what has been marked as Exhibit 12, which is

13    Bates stamped FL-4347_Kleyner_LVLLC_0000225 and the

14    last page ends at 300.

15         BY MR. CORTEZ:

16         Q    Mr. Kapoor, this is the Amended and

17    Restated Limited Liability Company Agreement of 551

18    Bayshore Partners, LLC, effective as of June 1st,

19    2022.

20         Mr. Kapoor, who primarily was responsible

21    for drafting this agreement?

22         A    Decline to answer.

23         Q    Did you or anyone on behalf of Location

24    Ventures and 551 Bayshore Partners have a chance to

25    review and negotiate any part of this agreement?
```

93

1          A     Decline to answer.

2          Q     The -- under "Recitals" on the first page

3    of this agreement, the second whereas clause says,

4    "Whereas, Sponsor and Kleyner Investor entered into

5    that certain Liability Company Agreement of the

6    Company, dated effective as of January 15th, 2021."

7               And then, the next whereas says, "The

8    Manager wishes to cause the Company to admit MICL

9    Investor as an additional Member as more particularly

10   set forth herein."

11              Do you know, other than admitting MICL as

12   an investor into 551 Bayshore, are there any other

13   changes to this agreement versus the original one

14   dated January 15th, 2021?

15         A     Decline to answer.

16         Q     And the 551 Bayshore Partners, LLC pertains

17   to a piece of real property located in Fort

18   Lauderdale, Florida, correct?

19         A     Decline to answer.

20         Q     If you can, go to the page which is Bates

21   stamp number ending 271, please.  You'll see that

22   this is Exhibit A to this agreement, titled, "Members

23   Capital Contributions, Capital Commitments and

24   Percentage Interest of the Members."  And it sort of

25   continues a little bit on to the top of the next

1    page, Bates stamp ending 272.

2             Is this the current list of members for 551

3    Bayshore, including their capital contributions and

4    respective percentage interest, as listed here in

5    Exhibit A?

6        A    Decline to answer.

7        Q    Do you know if there's been any changes to

8    the list of members for 551 Bayshore or their capital

9    contributions, as set forth here in Exhibit A?

10       A    Decline to answer.

11       Q    Okay.  Now, if you can turn to earlier in

12   the agreement, it's page 14 of the agreement at Bates

13   stamp number ending 238.  I'd like to direct your

14   attention to "Article 5.  Distributions and

15   Allocations."  And Article 5.1, titled

16   "Distributions," has a number of subsections that

17   provide a schedule of how available cash shall be

18   distributed to members for the 551 Bayshore project.

19           Without going subsection by subsection, can

20   you confirm if this schedule is consistent with what

21   I asked you earlier, which is sort of the ways in

22   which members get paid the principal, plus a certain

23   percentage on top, plus profit allocations to the

24   members and the sponsors thereafter upon completion

25   of a project?

95

1       A.  Decline to answer.

2       Q    And there have not been any distributions

3   at all pursuant to Article 5.1 of this agreement to

4   date, correct?

5       A    Decline to answer.

6       Q    Now, if you can turn to page 32 of the

7   agreement.  It's Bates stamp number ending 256.  I'd

8   like to direct your attention to Article 8.3, titled

9   "Fees and Agreements with Members and Affiliates."

10           This Article discusses the different

11  categories of fees that may be charged, including

12  specific amounts of fees to be charged for this

13  project, 551 Bayshore, correct?

14      A    Decline to answer.

15      Q    With respect to these fees in the category,

16  "Fees," listed in Article 8.3, where does the money

17  come from to pay those fees for this project?

18      A    Decline to answer.

19      Q    Were the fees charged -- excuse me.  Did

20  the money to pay these fees come from members'

21  investment funds or capital contributions to this

22  project?

23      A    Decline to answer.

24      Q    To date, the property at 551 Bayshore --

25  there's been no closing on the property as of today,

96

1    correct?

2         A    Decline to answer.

3         Q    Is there an option to close on the property

4    for which extension fees have been paid to keep that

5    option available for 551 Bayshore?

6         A    Decline to answer.

7         Q    Development fees have been paid on this

8    project, correct?

9         A    Decline to answer.

10        Q    Marketing fees have been paid on this

11   project?

12        A    Decline to answer.

13        Q    Where -- and this is for all of the

14   different categories of fees listed in Article 8.3.

15             What account do those fees get paid to?

16        A    Decline to answer.

17        Q    Were you the person that initiated when the

18   fees were paid?

19        A    Decline to answer.

20        Q    You were the person that initiated the

21   amount of fees to be paid on a periodic basis?

22        A    Decline to answer.

23        Q    For -- with respect to 551 Bayshore, do you

24   know approximately the total amount of fees that have

25   been paid to date?

97

```
 1        A    Decline to answer.
 2        Q    Do you know if the total amount of fees
 3   paid to date exceed the various amounts listed here
 4   in Article 8.3 of the agreement?
 5        A    Decline to answer.
 6        Q    When fees were paid for 551 Bayshore, did
 7   you or others disclose to the members of 551 Bayshore
 8   that these fees were being paid?
 9        A    Decline to answer.
10        Q    Have there been any fees that have been
11   paid that are not listed here in Article 8.3?
12        A    Decline to answer.
13        Q    I think you mentioned there have been
14   extension fees paid, correct?
15        A    Decline to answer.
16        Q    And extension fees, I can represent to you,
17   are not listed in Article 8.3.
18             These same investors or members that we
19   looked at on the schedule, those are the same
20   investors for the 1505 Ponce project, correct?
21        A    Decline to answer.
22        Q    And are you aware that Location -- the
23   sponsor of Location Ventures, its interest was
24   recently sold in connection with the 1505 Ponce
25   project, correct?
```

98

```
 1        A    Decline to answer.
 2        Q    And that interest was split amongst MICL on
 3   the one hand, and Alex Kleyner and Diana Ulis on the
 4   other hand, correct?
 5        A    Decline to answer.
 6        Q    Mr. Kapoor, if I were to ask you any
 7   further questions concerning Location Ventures'
 8   projects, including specifically 551 Bayshore or 1505
 9   Ponce and how fees were charged for either of those
10   projects, including what types of fees were charged,
11   the control over when and how fees got paid,
12   sometimes prematurely and other times in excess of
13   what is allowed for 551 Bayshore and the other
14   projects based on the respective operating
15   agreements, would you continue to assert your Fifth
16   Amendment rights?
17        A    Yes.
18        Q    Mr. Kapoor, I'd like to turn now -- and I
19   know we've been speaking a lot about Location
20   Ventures and its projects.  I'd like to turn,
21   specifically, now to ask you some questions
22   concerning Urbin, LLC and its projects.  And, again,
23   just as I think I stated earlier on the record, I'll
24   just refer to Urbin, LLC as "Urbin," if that makes
25   sense.
```

99

1          How does Urbin, as a company, differ from

2   Location Ventures?

3       A    Decline to answer.

4       Q    Urbin has its own business with its own set

5   of investors, correct?

6       A    Decline to answer.

7       Q    Location Ventures is an investor in Urbin,

8   LLC, correct?

9       A    Decline to answer.

10      Q    And Location Ventures has an approximately

11  40 percent ownership interest in Urbin, correct?

12      A    Decline to answer.

13      Q    And isn't it true that Urbin did not and

14  currently does not have its own separate employees?

15      A    Decline to answer.

16      Q    And -- and while you were the manager at

17  Location Ventures, Urbin didn't have a separate group

18  of management from that of Location Ventures,

19  correct?

20      A    Decline to answer.

21      Q    While you were the manager of Location

22  Ventures, isn't it true that you also controlled the

23  operation of Urbin, LLC and its projects?

24      A    Decline to answer.

25      Q    And isn't it also true that Location

100

1    Ventures' employees also worked on Urbin matters?

2        A    Decline to answer.

3        Q    That Location Ventures employees performed

4    work for Urbin, LLC and the Urbin projects, correct?

5        A    Decline to answer.

6        Q    And is it true that there are currently

7    only three Urbin projects, which are:   Urbin Coconut

8    Grove, Urbin Miami Beach, both Phase 1 and 2, and

9    Urbin Coral Gables, correct?

10       A    Decline to answer.

11       Q    And none of those projects are completed to

12   date, correct?

13       A    Decline to answer.

14       Q    Actually, work has stopped both on Urbin

15   Miami Beach as well as Urbin Coconut Grove, correct?

16       A    Decline to answer.

17       Q    And currently, Urbin Coral Gables was and

18   has been in a preplanning phase, correct?

19       A    Decline to answer.

20       Q    Are the investments in the Urbin projects

21   set up in a similar way to the investments in the

22   Location Ventures projects?

23       A    Decline to answer.

24                        (SEC Exhibit No. 13 was marked

25                        for identification.)

1          BY MR. CORTEZ:

2      Q    Mr. Kapoor, you've been handed what has

3   been marked as Exhibit 13.  It's Bates stamped

4   LV00010010 and it goes to 89.

5          Oh actually, I'm sorry.  I think I gave you

6   the wrong document.

7      A    This is 1505.

8      Q    I apologize.  I gave you the wrong exhibit.

9    I apologize.  Too many agreements as exhibits.  I

10  got them confused.

11         So I previously handed you the wrong

12  exhibit, Mr. Kapoor.  So let me, if I could, restart.

13         So now I'm handing you what is the correct

14  exhibit, which has been marked Exhibit 13.  This

15  correct exhibit that I wanted to show you, Exhibit

16  13, is Bates stamped LV00010800 and goes to 843.

17  This is the Amended and Restated Operating Agreement

18  of Urbin Coconut Grove Partners, LLC.  It has an --

19  effective as of January 1st, 2022.

20         Mr. Kapoor, who was primarily responsible

21  for drafting this agreement?

22     A    Decline to answer.

23     Q    Did you or anyone on behalf of Urbin have a

24  chance to review and negotiate any part of this

25  agreement?

102

1          A     Decline to answer.

2          Q     If you could turn to the page that has the

3     Bates stamp ending 832, please.  And this is Exhibit

4     A to the agreement Schedule of Members as of the

5     effective date that provides their name and addresses

6     and then their initial capital contribution,

7     membership units, and percentage interests.

8               Are these the current members of Urbin

9     Coconut Grove that's listed here in Exhibit A?

10              THE WITNESS:  Can I just have a second to

11    ask my attorneys?

12              MR. MILLER:  Can we step out?

13              MR. CORTEZ:  Do you want to go off the

14    record for a second?

15              MR. MILLER:  Yep.

16              MR. CORTEZ:  So we'll go off the record at

17    1:45 p.m.

18              (Whereupon, a break was taken.)

19              MR. CORTEZ:  So we're back on the record at

20    1:47 p.m.

21              BY MR. CORTEZ:

22         Q     Mr. Kapoor, did you have any substantive

23    discussions with anyone from the Commission staff

24    during the break?

25         A     No.

1        Q     Okay.  So before I asked you -- with

2    respect to the Urbin Coconut Grove Partners Operating

3    Agreement, we were looking at Exhibit A, the Schedule

4    of Members as of the effective date.

5            I just asked you if you could confirm that

6    these are the current members or still the current

7    members of Coconut -- of Urbin Coconut Grove?

8        A     Decline to answer.

9        Q     Have there been any additions to this list

10   of members to Urbin Coconut Grove?

11       A     Decline to answer.

12       Q     The members that you see here, that it

13   lists for each their initial capital contribution as

14   well as their membership units, have those amounts

15   changed for these members since the time of this

16   agreement?

17       A     Decline to answer.

18       Q     If you could turn to the page with Bates

19   stamp number ending 812.  I'd like to direct your

20   attention to "Article 5.  Distributions."

21            And it states in Article 5.1,

22   "Distributions.  Subject to the repayment of all

23   Member Loans in accordance with Section 4.2, the

24   Members shall be entitled to Distributions of

25   Distributable Cash Flow and net proceeds from the

104

1    liquidation and winding up of the Company, in

2    accordance with the following provisions."

3           And so, Section A talks about "Non-

4    Liquidating Distributions."  And the second sentence

5    says, "All Distributable Cash Flow shall be

6    distributed to the Class A and Class B Members, pro

7    rata, based on their then respective Percentage

8    Interests."

9           Had there been any distributions made to

10   either class -- non-liquidating distributions, have

11   those been made to either Class A or Class B members,

12   to your knowledge?

13       A   Decline to answer.

14       Q   If you could, turn to the page that -- it's

15   Bates stamped number ending 817, please.  And I'd

16   like to refer you to Article 7.5 that's titled,

17   "Compensation of the Managers and Officers

18   Contracting with Affiliates."

19          Article 7.5 lists certain fees payable to

20   Urbin, LLC as the sponsor or its affiliates.  As you

21   can see, it lists developer fees of $2,750,000 paid

22   pro rata monthly over 24 months.  It lists an

23   acquisition fee of 400,000 paid at closing.  It lists

24   marketing fees of $282,000, a loan guarantor fee on

25   any recourse loan for acquisition, construction,

105

1    and/or permanent financing not to exceed three

2    percent of the guaranteed amount, and a property

3    management fee of four percent of gross revenue.

4              Has Urbin, LLC, as the sponsor of the Urbin

5    Coconut Grove project, charged fees consistent with

6    Article 7.5?

7         A    Decline to answer.

8         Q    In addition to these fees that I just

9    summarized for you that are detailed in Article 7.5,

10   there were other fees that were paid by Urbin Coconut

11   Grove that are not listed in this article, correct?

12        A    Decline to answer.

13        Q    For example, Urbin Coconut Grove has paid

14   over $1 million in loan extension fees, correct?

15        A    Decline to answer.

16        Q    And over the time that these extension fees

17   were paid, neither you nor anyone on behalf of Urbin

18   Coconut Grove disclosed these payments to its

19   members, correct?

20        A    Decline to answer.

21        Q    The approximately $14 million loan that

22   Location Ventures provided to Urbin, LLC that we

23   discussed earlier, part of that money went to Urbin

24   Coconut Grove, correct?

25        A    Decline to answer.

1       Q   Do you know when Urbin, LLC started paying

2 back that $14 million loan to Location Ventures?

3       A   Decline to answer.

4       Q   Do you know how much of the principal

5 amount of that $14 million has been paid back to

6 date?

7       A   Decline to answer.

8       Q   Do you know what sources of funds or money

9 were used by Urbin, LLC to partially repay this

10 $14 million loan back to Location Ventures?

11       A   Decline to answer.

12       Q   Did Urbin, LLC use any monies -- any

13 investor capital contributions or monies provided to

14 investors from one or more of the Urbin projects?

15       A   Decline to answer.

16       Q   In 2022, Urbin Coconut Grove received

17 customer sales deposits from the Chicago Title Escrow

18 Company, correct?

19       A   Decline to answer.

20       Q   And isn't it true that you signed a release

21 form to get those deposits released, which you

22 represented were going to be used for allowable

23 construction costs, correct?

24       A   Decline to answer.

25       Q   And out of those customer sales deposits,

107

1    which were released from Chicago Title Escrow

2    Company, you directed over one million of those

3    customer deposits to be used for the 1505 Ponce

4    project, correct?

5        A    Decline to answer.

6        Q    And isn't it true that out of those

7    customer deposit receipts you used more than one

8    million of those for costs other than construction

9    costs related to Urbin Coconut Grove?

10       A    Decline to answer.

11       Q    And at the time you used the customer sales

12   deposits or condominium buyer deposits for non-Urbin

13   Coconut Grove costs, you knew using those funds for

14   those purposes was improper, correct?

15       A    Decline to answer.

16       Q    And you knew this because Greg Brooks

17   refused to sign the release himself, and that is why

18   you signed the authorization to release the funds

19   from the Chicago Title Escrow Company, correct?

20       A    Decline to answer.

21       Q    Mr. Kapoor, you've also personally been

22   paid fees from the Urbin projects, correct?

23       A    Decline to answer.

24       Q    For example, Urbin Coconut Grove paid you

25   $120,000 in November 2022 and $100,000 in December of

1    2022 for loan guarantee fees; is that correct?

2        A    Decline to answer.

3        Q    And these loan guarantee fees did not go to

4    the sponsor Urbin, LLC, but instead, were directly

5    paid to you, correct?

6        A    Decline to answer.

7        Q    Mr. Kapoor, similar to certain of the pro

8    forma budgets for the Location Ventures --

9            THE COURT REPORTER:  I'm sorry.  Certain

10   other?

11           MR. CORTEZ:  Certain of the -- I'll start

12   again.

13           BY MR. CORTEZ:

14       Q    Similar to the pro forma budgets for

15   certain of the Location Ventures' projects, you and

16   others knew that the pro forma budgets for the Urbin

17   projects were not accurate with respect to expenses,

18   revenues, profitability, and timeline for completion,

19   correct?

20       A    Decline to answer.

21           EXAMINATION

22        BY MR. HOUCHIN:

23       Q    At the time those pro forma budgets were

24   given to investors or prospective investors, did you

25   know the information contained in those pro forma

1  budgets were inaccurate?

2        A    Decline to answer.

3             EXAMINATION

4             BY MR. CORTEZ:

5        Q    Again, going back to the Coconut Grove --

6  Urbin Coconut Grove project.  At the time you were --

7  you or others were soliciting investors to invest in

8  the Urbin Coconut Grove project, had a guaranteed

9  maximum price contract been entered into?

10       A    Decline to answer.

11       Q    Mr. Kapoor, how would you respond to the

12 allegation that the amount of the guaranteed maximum

13 price contract communicated to prospective investors

14 was actually less than the amount that had been

15 agreed to with the contractor?

16       A    Decline to answer.

17       Q    When presenting the Urbin Coconut Grove

18 project to prospective investors, including to Cliff

19 Losh, Eduardo Muller, and Helene Lindenfeld, did you

20 tell them that obtaining construction financing would

21 not be a problem or that obtaining construction

22 finance was imminent at the time you were soliciting

23 their investments?

24       A    Decline to answer.

25       Q    And at that time did you also represent

110

1    that Urbin Coconut Grove had applied for and obtained

2    the necessary permits for the project to be developed

3    and constructed?

4         A    Decline to answer.

5         Q    Mr. Kapoor, how would you respond to the

6    allegation that at the time you represented to

7    Mr. Losh, Mr. Muller, or Ms. Lindenfeld that Urbin

8    Coconut Grove had applied for and obtained the

9    necessary permits for the project to be constructed

10   and built, you knew that that representation was

11   false?

12        A    Decline to answer.

13        Q    Isn't it a fact that at that time Urbin

14   Coconut Grove had not obtained -- had not applied for

15   or obtained the permits necessary to obtain

16   construction financing?

17        A    Decline to answer.

18        Q    And is it true that Urbin Coconut Grove had

19   not obtained the permits necessary for the project to

20   be developed, built, or constructed?

21        A    Decline to answer.

22        Q    Winmar Construction was the general

23   contractor for Location Ventures and/or the Urbin

24   projects, correct?

25        A    Decline to answer.

111

```
 1        Q    Isn't it true that you entered into an

 2   agreement with Winmar to have either Location

 3   Ventures, Urbin and/or the respective projects pay

 4   Winmar employees or workers directly rather than

 5   Winmar paying them itself, correct?

 6        A    I'm sorry.  Can you say that again?

 7        Q    Isn't it true that you entered into

 8   agreement with Winmar to have either Location

 9   Ventures, Urbin and/or any of their respective

10   projects pay Winmar employees directly rather than

11   Winmar paying them -- their employees itself?

12        A    Decline to answer.

13        Q    And this arrangement was not disclosed to

14   Location Ventures or Urbin members or investors,

15   correct?

16        A    Decline to answer.

17        Q    Mr. Kapoor, if I were to ask you any

18   further questions concerning Urbin, LLC, its

19   projects, including specifically Urbin Coconut Grove,

20   Urbin Miami Beach Phase 1 and Phase 2, and Urbin

21   Coral Gables, and how fees were charged for each of

22   these three projects, including what types of fees

23   were charged, your control over when and how fees get

24   paid, sometimes prematurely and other times in excess

25   of what is allowed for these projects based on the
```

1    respective operating agreements, and investor money

2    being used to pay back other investors, and the loan

3    from Location Ventures, and the lack of permits

4    obtained for Urbin Coconut Grove and Urbin Miami

5    Beach, would you continue to assert your Fifth

6    Amendment rights?

7        A    Yes, sir.

8        Q    We're finished with that exhibit.

9             In mid-July of 2022, Location Ventures

10   started using a third-party payroll company named

11   Regis to provide payroll services to Location

12   Ventures' employees, correct?

13       A    Decline to answer.

14       Q    And prior to Regis providing these payroll

15   services to Location Ventures in mid-July of 2022,

16   Location Ventures handled payroll for its employees

17   internally, correct?

18       A    Decline to answer.

19       Q    Location Ventures used a bank account in

20   the name of Location Ventures Resources, LLC for its

21   payroll, correct?

22       A    Decline to answer.

23       Q    Prior to the company using Regis, who at

24   Location Ventures was responsible for handling

25   payroll?

113

1        A    Decline to answer.

2        Q    Did you have any involvement?

3        A    Decline to answer.

4        Q    With respect to those individuals that

5   worked at -- for Location Ventures, there were

6   certain employees that were treated as independent

7   contractors, correct?

8        A    I'm sorry.  Can you say that one more time?

9        Q    With respect to the individuals that worked

10  for -- provided work for Location Ventures, certain

11  of those people were treated as independent

12  contractors, correct?

13       A    Decline to answer.

14       Q    And those employees that were treated as

15  independent contractors were considered the more

16  senior level employees at Location Ventures,

17  sometimes referred to within the company as the "C-

18  suite employees," correct?

19       A    Decline to answer.

20       Q    And then the rest of the people working at

21  Location Ventures were treated as W-2 employees,

22  correct?

23       A    Decline to answer.

24       Q    Prior to using Regis, Location Ventures

25  deducted federal payroll taxes out of employees'

114

1    paychecks, correct?

2         A    Decline to answer.

3         Q    And prior to using Regis, Location Ventures

4    deducted Florida payroll taxes out of employees'

5    paychecks, correct?

6         A    Decline to answer.

7         Q    Despite deducting federal payroll taxes out

8    of employees' paychecks, Location Ventures never

9    remitted these payroll taxes to the IRS for years

10   2017 through 2022 -- through July 2022 prior to Regis

11   coming -- prior to the company using Regis?

12        A    Decline to answer.

13        Q    And despite deducting Florida payroll taxes

14   out of employees' paychecks, Location Ventures never

15   remitted Florida payroll taxes to the Florida's

16   Department of Revenue for years 2017 through 2022,

17   prior to the company using Regis?

18        A    Decline to answer.

19        Q    This money that was deducted from

20   employees' paychecks during this time was used for

21   nontax related purposes, correct?

22        A    Decline to answer.

23        Q    And the total amount of money owed to the

24   IRS and Florida is approximately 1.4 million, not

25   including interest or any potential penalties that

115

1   either agency may assess, correct?

2        A    Decline to answer.

3        Q    Mr. Kapoor, if I were to ask you any

4   further questions concerning payroll taxes for

5   Location Ventures' employees, including the amounts

6   that it deducted from employees' payroll checks from

7   2017 through July 2022, the time prior to Regis'

8   engagement as a third party payroll provider, and how

9   much money was remitted to the IRS and/or the State

10  of Florida, and what you or others did with the money

11  deducted from employees' payroll checks but not

12  remitted to the IRS or State of Florida, would you

13  consider to assert your Fifth Amendment rights?

14       A    Yes, sir.

15            MR. CORTEZ:  I would like to take a five-

16  minute break, if that's okay?

17            MR. MILLER:  Sure.

18            MR. CORTEZ:  I don't think we have much

19  left, but.

20            So we're off the record at 2:06.

21            (Whereupon, a break was taken.)

22            MR. CORTEZ:  So we're back on the record at

23  2:15 p.m.

24            BY MR. CORTEZ:

25       Q    Mr. Kapoor, did you have any substantive

116

1    discussions with anyone from the Commission staff

2    during the break?

3          A    No.

4          Q    All right.  I just had a couple more

5    questions, and then, I think John had a few.

6               Going back to the various fees we discussed

7    with respect to any extension fees that were paid

8    for -- to extend closing dates, or extension fees

9    to -- that were paid to extend loan payment dates,

10   were those fees recorded in the books and records for

11   Location Ventures, Urbin and/or any of the respective

12   projects?

13         A    Decline to answer.

14         Q    And to the extent that those fees were

15   recorded at the project level, did those fees then

16   get consolidated onto the books and records either at

17   Location Ventures or for Urbin, LLC?

18         A    Decline to answer.

19               EXAMINATION

20          BY MR. HOUCHIN:

21         Q    Mr. Kapoor, who had ultimate authority

22   regarding the approval of the content of the pro

23   forma budgets for Location Ventures that were given

24   to prospective investors?

25         A    Decline to answer.

117

```
1          Q    Was that you?

2          A    Decline to answer.

3          Q    Who had ultimate authority with respect to

4    the content of the pro forma budgets, with respect to

5    the individual projects that were given to

6    prospective investors?

7          A    Decline to answer.

8          Q    Was that you?

9          A    Decline to answer.

10          Q    Who had ultimate authority to approve the

11   content of Location Ventures' annual budget?

12          A    Decline to answer.

13          Q    Was that you?

14          A    Decline to answer.

15          Q    Who had ultimate authority to approve the

16   content of each of the respective Location Ventures

17   or Urbin project level annual budgets?

18          A    Decline to answer.

19          Q    Was that you?

20          A    Decline to answer.

21          Q    When investors would pose questions with

22   respect to Location Ventures' investments, either at

23   the parent level or at the project level, or with

24   respect to Urbin or an Urbin project level, who was

25   tasked with responding to or answering those
```

118

1    questions?

2        A    Decline to answer.

3        Q    Did you play any role in responding or

4    answering to those questions from investors?

5        A    Decline to answer.

6        Q    Did you screen or edit proposed responses

7    to investors' questions?

8        A    I'm sorry.  Can you say that again?

9        Q    Sure.  Did you screen or edit any proposed

10   responses to the investors that submitted questions

11   with respect to their investments?

12       A    Decline to answer.

13       Q    Okay.  Thank you.

14            EXAMINATION

15            BY MR. CORTEZ:

16       Q    A few more questions.  We asked you earlier

17   about people being hired or otherwise paid, or

18   entities being paid to assist Location Ventures

19   and/or Urbin in soliciting investors for their

20   various projects or for their respective, you know,

21   parent company Urbin, LLC and Location Ventures.

22            Is it true that you, on behalf of Urbin,

23   LLC, entered into -- well, strike that.

24            Is it true that you, on behalf of Urbin,

25   LLC, made monthly payments to Mayor Francis Suarez

119

1    for him to assist in finding and/or soliciting

2    prospective investors for Urbin, LLC and its

3    projects?

4          A    Do you mind just restating?

5          Q    Yes.  Is it true that you, on behalf of

6    Urbin, LLC and its projects, paid Mayor Francis

7    Suarez to introduce prospective investors for Urbin,

8    LLC and/or its projects?

9          A    Decline to answer.

10         Q    Okay.  Is it true that you hired and paid

11   other -- excuse me.  Not hired.

12              Is it true that you paid other people or

13   entities to assist with soliciting investments

14   related to Location Ventures and its projects?

15         A    Decline to answer.

16         Q    Since you were removed as manager on July

17   14th, 2022 from Location Ventures, have you had any

18   role in business operations since then of Location

19   Ventures?

20         A    Decline to answer.

21         Q    Do you have any role in the business

22   operations of Urbin, LLC?

23         A    Decline to answer.

24         Q    Have you been in communications with those

25   that are still working at Location Ventures and

120

1    overseeing the business operations of the company?

2         A    Decline to answer.

3         Q    Have you been in communication with those

4    that are working at Location Ventures, LLC that are

5    working on Urbin-related matters?

6         A    Decline to answer.

7         Q    Have you been in communication with Vivian

8    Bonet in her role as overseeing the business

9    operations of Urbin, LLC and its projects?

10        A    Decline to answer.

11        Q    Mr. Kapoor, have you spoken with anyone

12   other than your counsel regarding this investigation?

13        A    I'm sorry.  Can you say that one more time?

14        Q    Have you spoken with anyone other -- I'll

15   take it again.

16             Have you spoken with anyone, other than

17   your counsel and your wife, regarding this

18   investigation?

19             MR. MILLER:  I'll allow him to answer the

20   question yes or no.

21             BY MR. CORTEZ:

22        Q    Do you want me to repeat the question?

23             MR. MILLER:  Do you need him to repeat it?

24             THE WITNESS:  Please.

25             BY MR. CORTEZ:

121

1      Q    Have you spoken with anyone, other than

2   your counsel or your wife, regarding this

3   investigation?

4      A    Yes.

5      Q    And who have you spoken to?

6           MR. MILLER:  I am a little bit concerned

7   about privilege issues here.  You want to give us a

8   minute to confer with Ross?

9           MR. CORTEZ:  Sure.  So we'll go off the

10  record at 2:22 p.m.

11          (Whereupon, a break was taken.)

12          MR. CORTEZ:  So we're back on the record at

13  2:25 p.m.

14          BY MR. CORTEZ:

15     Q    Mr. Kapoor, did you have any substantive

16  discussions with anyone from the Commission staff

17  during the break?

18     A    No.

19     Q    Prior to the break I asked you, other than

20  your counsel and your wife, have you spoken with

21  anyone regarding this investigation.  You answered,

22  "Yes," and I asked, "Who?"

23          And then, I'll let you answer from there.

24     A    Yep.  So we had a meeting with our general

25  counsel and team members once, that I can remember,

)                                          122

1    where we talked about the investigation.

2         Q    "General counsel" being Romny (sic) Kapoor?

3         A    Romy.

4         Q    And other employees at Location Ventures?

5         A    Yes.  A select group of them.

6         Q    Do you remember who they were?  Just by

7    name only, if you can list them.

8              MR. MILLER:  You can answer that.

9              THE WITNESS:  I recall it was DJ, Claudia,

10   Vivian, Jorge, Angel, Frank, Joanna.  I can't think

11   if there was somebody else that was there, but, you

12   know, just members of our leadership.

13             BY MR. CORTEZ:

14        Q    So just -- when you say "DJ," DJ Motha?

15        A    Yep.

16        Q    Jorge Chirinos?

17        A    Yes.

18        Q    Vivian Bonet?  Claudia Mezerhane?

19        A    Yeah.

20        Q    Frank Astor?

21        A    Yep.

22        Q    Angel Garcia?

23        A    Yep.

24        Q    Anyone else?

25             MR. HOUCHIN:  Joanne.

123

```
1              BY MR. CORTEZ:

2       Q    Oh.  Joanne Davilla?

3       A    Yep.

4              EXAMINATION

5              BY MR. HOUCHIN:

6       Q    Do you recall approximately when that

7   meeting took place?

8              MR. MILLER:  You can answer that.

9              THE WITNESS:  It's -- it's been -- months

10  have blended together.  So excuse me, but some months

11  ago.

12             BY MR. HOUCHIN:

13      Q    Just wondering to put some context to it.

14      A    Yeah.  Couple of months ago.

15      Q    Okay.  Thank you.

16             EXAMINATION

17             BY MR. CORTEZ:

18      Q    Have you spoken with anyone, other than

19  your counsel or your wife, regarding your appearance

20  here today?

21             MR. MILLER:  You can answer that.

22             THE WITNESS:  My counsel or my wife?  Yeah.

23   I'm just trying to think.  I want to answer

24  properly.  Yes.  Yeah.

25             BY MR. CORTEZ:
```

124

```
 1         Q    And who are those people?

 2              THE WITNESS:  I can answer?

 3              MR. MILLER:  (Nod in the positive.)

 4              THE WITNESS:  Judge Fine knew I was going

 5    to be here today.  I'm just thinking.  I think -- no,

 6    I didn't discuss it with anybody else.  I think just

 7    Judge Fine, and I can't remember anybody else.

 8              BY MR. CORTEZ:

 9         Q    And do you know anyone else who has been

10    subpoenaed or has testified?

11         A    I'm sorry.  I want to correct myself.  I

12    talk to DJ regularly.  So he knew that I was going to

13    be here today.

14         Q    So Judge Fine and DJ Motha --

15         A    Yeah.

16         Q    -- knew that you were testifying here

17    today?

18         A    Yeah.

19         Q    And anyone else that you can recall?

20         A    I can't -- I can't remember accurately, but

21    I'm pretty sure it was just the two of them.

22         Q    Okay.  And do you know anyone else who has

23    been subpoenaed or have testified in this

24    investigation?

25         A    So subpoenaed and testified?  Or break it
```

125

1    up?

2         Q    Well, let me break it up.

3              Do you know anyone who has been subpoenaed

4    in this investigation?

5              MR. MILLER:  You can answer that.

6              BY MR. CORTEZ:

7         Q    And if so, you can just list the names.

8         A    Yeah.  DJ, Vivian, Jorge, and Angel.

9    That's all I know that have received subpoenas.

10        Q    And what about anyone that has testified in

11   this investigation?

12        A    I'm unaware.

13        Q    Okay.

14             MR. CORTEZ:  Did you have any further

15   questions?

16             MR. HOUCHIN:  (Shake in the negative.)

17             BY MR. CORTEZ:

18        Q    So, Mr. Kapoor, we have no further

19   questions at this time.  However, in the future we

20   may wish to call you again to testify in this matter.

21    If this is necessary, we'll contact your counsel.

22             Mr. Kapoor, do you wish to clarify any

23   statement you have made today?

24        A    Not that I can think of.

25        Q    And do you wish to add anything to more

126

1    completely respond to any statements you have made

2    here today?

3         A    No.

4              MR. CORTEZ:  Mr. Miller, Mr. Linzer, do you

5    wish to ask Mr. Kapoor any clarifying questions?

6              MR. MILLER:  Just give a minute to confer.

7              MR. CORTEZ:  Okay.  So off the record at

8    2:31.

9              (Whereupon, a break was taken.)

10             MR. CORTEZ:  So we're back on the record at

11   2:33 p.m.

12             BY MR. CORTEZ:

13        Q    Mr. Kapoor, did you have any substantive

14   discussions with anyone from the Commission staff

15   during the break?

16        A    No.

17             MR. CORTEZ:  Mr. Miller, Mr. Linzer, prior

18   to going on break we asked if you wish to ask

19   Mr. Kapoor any clarifying questions?

20             MR. MILLER:  Mr. Kapoor has two things he'd

21   like to clarify from prior answers.  So go ahead.

22             THE WITNESS:  I forgot that Ray Gonzalez

23   was at that senior meeting that I talked about.  And

24   then, I forgot that Claudia had also received a

25   subpoena that I knew about then.

127

1          MR. CORTEZ:  Okay.

2          THE WITNESS:  Yep.

3          MR. MILLER:  Nothing further.

4          MR. CORTEZ:  Nothing further?

5          All right.  Well, we have nothing further

6   either.  So we thank you for your time and for coming

7   in this -- today to Brickell.  And if we do have any

8   follow-up, we'll reach out to your counsel.

9          So with that we are off the record at

10  2:34 p.m., Tuesday, August 22, 2023.

11          (Whereupon, at 2:34 p.m., the examination

12  was concluded.)

13                        * * * * *

14

15

16

17

18

19

20

21

22

23

24

25

128

1                    PROOFREADER'S CERTIFICATE

2

3    In The Matter of:   LOCATION VENTURES, LLC

4    Witness:            Rishi Kapoor

5    File No.            FL-04347-A

6    Date:               Tuesday, August 22, 2023

7    Location:           Miami, Florida

8

9          This is to certify that I, Carol E. Amato,

10   (the undersigned), do hereby certify that the foregoing

11   transcript is a complete, true, and accurate

12   transcription of all matters contained on the recorded

13   proceedings of the investigative testimony.

14

15

16                              9/5/2023

17   Carol E. Amato             Date

18

19

20

21

22

23

24

25

1                          REPORTER'S CERTIFICATE

2

3    STATE OF FLORIDA        )

4    COUNTY OF BROWARD       )

5

6          I, KELLY A. PRICE, Certified Reporter, certify

7    that I was authorized to and did stenographically report

8    the foregoing proceedings and that the transcript is a

9    true and complete record of my stenographic notes.

10

11         Dated August 22, 2023.

12

13

14         *Kelly Price*

15         ────────────────────────────
           KELLY A. PRICE
16         Notary Public, State of Florida
           My Commission No. HH275601
17         Expires: 9/3/2026

18

19

20

21

22

23

24

25

# Transcript Word Index

**[& - 300,000]**

| & |
|---|
| **&** |
| 2:17 |

| 0 |
|---|
| **0000225** |
| 3:18 92:13 |
| **0001101** |
| 3:11 45:6 |
| **0004657** |
| 3:14 70:4 |
| **04347** |
| 1:4 6:6 128:5 |

| 1 |
|---|
| **1** |
| 1:8 3:7 6:20,21,25 7:6 |
| 36:16,19,23,23 37:13,17 |
| 68:24 69:10 71:13 72:6 |
| 100:8 105:14 111:20 |
| **1,328,000** |
| 70:25 |
| **1.1.22** |
| 3:21 |
| **1.4** |
| 114:24 |
| **1:00** |
| 78:17,18,21 |
| **1:05** |
| 78:18,21 79:3 |
| **1:45** |
| 102:17 |
| **1:47** |
| 102:20 |
| **10** |
| 3:8 7:13,14,18 29:19 32:2,6 |
| 78:5 |
| **10:48** |
| 48:14 |
| **100** |
| 3:19 |
| **100,000** |
| 107:25 |
| **11** |
| 3:12 67:17,18 |
| **11:00** |
| 48:17 |
| **11:37** |
| 72:16 |
| **11:43** |
| 72:21 |
| **11:51** |
| 78:22 |
| **1119** |
| 49:4 |
| **1122** |
| 51:3 |

**1134**
73:8
**1161**
46:2,3
**1162**
46:5
**1163**
46:5
**1164**
62:7
**1165**
62:9 65:12
**1174**
45:7
**12**
3:15 54:8 92:9,12
**120**
73:12 74:1,11
**120,000**
107:25
**129**
1:8
**13**
3:19 33:6 100:24 101:3,14
101:16
**14**
56:8 79:18,24 80:2,6,9,15
80:21 81:9 94:12 105:21
106:2,5,10
**140,000**
71:7,17
**14th**
119:17
**1505**
36:2,3 83:8 97:20,24 98:8
101:7 107:3
**15th**
70:23 93:6,14
**1662**
3:7 7:2,4
**180,000**
61:16
**19**
49:3
**1950**
1:11 2:10
**1984**
11:14
**19th**
45:9 47:2 67:3
**1st**
92:18 101:19

| 2 |
|---|
| **2** |
| 36:19,20 37:2,2 100:8 |
| 111:20 113:21 |

**2,750,000**
104:21
**2:06**
115:20
**2:15**
115:23
**2:22**
121:10
**2:25**
121:13
**2:31**
126:8
**2:33**
126:11
**2:34**
127:10,11
**20**
49:7 83:25 86:13 87:23
**200**
2:18 5:13
**2002**
15:19
**2006**
16:5
**2009**
16:6,14 17:4
**2010**
18:14,15
**2013**
19:19
**2014**
19:19
**2015**
19:21
**2016**
19:21 21:12 31:5,13 60:25
60:25
**2017**
21:12 31:5 114:10,16 115:7
**2018**
66:8 72:2 74:6 83:20 84:2
**2019**
66:8
**202**
1:25
**2020**
56:14 57:6,12,17 60:12
61:24 62:3 66:3
**2021**
45:9 47:2 56:17 57:1,12,17
60:16 61:24 62:3,11 63:4,8
63:13,19,21 64:1,8,13,16
64:18,23 65:9,13,15,18,21
65:25 66:4,23 67:3,5 68:11
69:4,7,11,15,21 71:12 72:6
73:5 83:16 93:6,14

**2022**
3:12 54:10 56:20 57:6,12
57:17 60:20 61:24 62:3
66:4 67:10,25 68:9,12,17
68:20,24 69:15,24 70:11,18
70:23 71:6,12,17 72:2,6
74:6 83:7,10,16,25 84:10
84:13,15,21,22 85:4 92:19
101:19 106:16 107:25
108:1 112:9,15 114:10,10
114:16 115:7 119:17
**2023**
1:13 4:3 29:16,24 30:6,16
56:8 61:1 66:5 80:25 91:10
127:10 128:6 129:11
**21**
83:25
**22**
1:13 51:3 127:10 128:6
129:11
**22nd**
4:3 48:17 79:3
**23**
51:16,17
**238**
94:13
**24**
55:22 104:22
**25**
58:4
**250**
87:19,20
**250,000**
87:24
**256**
95:7
**25th**
71:6
**26**
60:3
**271**
93:21
**272**
94:1
**282,000**
104:24
**28th**
29:16,24 30:6,16
**29**
61:8

| 3 |
|---|
| **300** |
| 92:14 |
| **300,000** |
| 61:14 63:13,19 |

[305 - agency]

**305**
  2:12,20 5:14
**31st**
  54:10
**32**
  95:6
**33131**
  1:12 2:11,19
**34**
  73:7
**350,000**
  61:23 62:2 63:14,19,22
  65:9,18,21 66:15,19 68:7,9
  68:13,17,21,25 69:4,7,10
  71:14
**350,000.04.**
  63:7

### 4

**4**
  3:9 45:1,2,22 48:24 51:3
  55:22 64:23 69:2 73:4
**4.19.21**
  3:10
**4.2**
  103:23
**40**
  99:11
**400,000**
  61:19,21 104:23
**404**
  14:10
**4347**
  3:11,14,18 45:6 70:4 92:13
**449-4931**
  14:10
**45**
  3:9 73:13 74:2,11
**462-6028**
  5:14
**462-6029**
  2:20
**467-9200**
  1:25
**4700**
  2:18

### 5

**5**
  3:4,13 49:6,21 70:3,5 76:20
  77:25 79:14 94:14 103:20
**5.1**
  49:13 94:15 95:3 103:21
**5.1.**
  49:6
**5:00**
  78:9

**50,000**
  63:18
**500,000**
  87:18
**515**
  35:16
**551**
  3:16 36:6,7 92:17,24 93:12
  93:16 94:2,8,18 95:13,24
  96:5,23 97:6,7 98:8,13

### 6

**6**
  3:7 11:14
**6.1.22**
  3:17
**6.6**
  51:5,6,6
**6:00**
  78:9
**619**
  37:20,21
**640,000**
  83:9
**67**
  3:12

### 7

**7**
  3:8 55:23
**7.1**
  55:25 56:2,10
**7.2**
  58:5,5 60:1
**7.5**
  56:12,14,17,20 57:18,23
  104:16,19 105:6,9
**7.6**
  61:9,12,14 63:12
**70**
  3:13
**7233**
  11:19
**75**
  51:13 55:5

### 8

**8**
  35:12
**8.3**
  95:8,16 97:4,11
**8.3.**
  96:14 97:17
**80**
  86:14 87:19
**800**
  35:13 37:25

**801**
  1:11 2:10
**812**
  103:19
**817**
  104:15
**832**
  102:3
**8325**
  35:20,22
**843**
  101:16
**89**
  101:4

### 9

**9.3**
  73:10 74:3,6,10 76:1
**9/5/2023**
  128:16
**9:54**
  1:17 4:3
**92**
  3:15
**982-6300**
  2:12

### a

**a.m.**
  1:17 4:3 48:14,17 72:16,21
  78:22
**abbreviation**
  28:12
**accepted**
  76:25
**access**
  58:17
**account**
  14:19,20 70:20 96:15
  112:19
**accountant**
  2:7 4:13 73:23 75:9,14,21
  76:7
**accounting**
  76:25 77:19
**accounts**
  15:10 32:1,4
**accuracy**
  90:17 91:25
**accurate**
  76:5 81:11 91:4 108:17
  128:11
**accurately**
  124:20
**acquisition**
  82:2 104:23,25

**acted**
  86:19
**action**
  28:1 51:8
**actions**
  51:15
**actual**
  57:1,5 62:9
**add**
  9:16 125:25
**addition**
  9:17 27:7 63:21 66:10
  68:21,24 76:11,12 82:15
  85:3 105:8
**additional**
  38:18 52:15,19 65:4 68:16
  69:19 84:23 87:15 93:9
**additionally**
  73:19
**additions**
  103:9
**address**
  5:10,13 11:18,21,24 14:3
  14:15,17,21,25 15:5 21:16
**addresses**
  102:5
**admit**
  93:8
**admitting**
  93:11
**advance**
  67:11 73:2
**adverse**
  27:25
**advertise**
  40:19
**advertising**
  18:8
**advice**
  26:2 28:14
**advise**
  13:12 26:1 31:14
**advised**
  13:9
**advising**
  13:20
**affiliates**
  61:11 95:9 104:18,20
**affirmatively**
  8:23
**afternoon**
  78:8
**agency**
  18:1,11,13 22:6 25:17
  115:1

[agency's - assist]

**agency's**
18:5
**ago**
123:11,14
**agree**
28:12
**agreed**
109:15
**agreement**
3:10,16,19 40:3 45:8,11,13
45:17,21,22 46:15,18,21,23
47:1 48:25 49:4 51:7,12,16
51:17 52:19 54:11,22,25
58:4,7 61:9 62:6 63:12 67:2
73:6,7 76:2 83:5 89:11,25
92:17,21,25 93:3,5,13,22
94:12,12 95:3,7 97:4
101:17,21,25 102:4 103:3
103:16 111:2,8
**agreements**
40:14 85:14 92:6 95:9
98:15 101:9 112:1
**ahead**
8:16 126:21
**akin**
16:21
**alex**
22:23 23:11 46:16,18 53:9
53:13 54:9,17,23 55:9,13
70:9,13 98:3
**allegation**
69:18,24 77:23 109:12
110:6
**allocations**
94:15,23
**allow**
120:19
**allowable**
106:22
**allowed**
85:13 92:5 98:13 111:25
**amato**
128:9,17
**amended**
3:9,15,19 45:8 48:24 75:5
92:16 101:17
**amendment**
13:10,14,21 14:3 21:16
26:6,9,22,25 27:1,24 28:9
28:15,19,24,25 30:10,19
34:10 39:3 42:16 44:23
45:24 48:8 50:25 55:12
58:1 59:24 60:10 72:10
76:9 81:13 85:18 92:7
98:16 112:6 115:13

**amount**
53:3 61:14,16 69:20 84:2,6
96:21,24 97:2 105:2 106:5
109:12,14 114:23
**amounts**
38:15,19 47:5 95:12 97:3
103:14 115:5
**angel**
122:10,22 125:8
**annual**
40:5 61:13,15,17,20 63:6
69:14,20 73:24 74:21 75:21
117:11,17
**annually**
61:19
**answer**
8:16 9:13,19 10:8 13:10,15
26:3,5,8,21,24 27:13,13,15
27:16,19,24 28:4,18 29:1
29:10,13,20 30:1 31:1,3,16
31:20,23 32:3,7,9,11,14,17
32:20,24 33:4,8,12,16,20
33:23 34:2,15,18,21,24
35:2,8,11,15,19,23 36:1,5,9
36:13,17,21,25 37:4,7,11
37:15,19,23 38:2,4,7,9,13
38:16,20 39:8,11,15,19,22
40:1,4,7,12,17,22,25 41:2,4
41:6,9,12,16,19,22,25 42:3
42:7,21,24 43:2,5,9,13,17
43:20,23 44:1,11 45:12,14
45:18 46:14,17,20,24 47:3
47:7,11,15,18,22 48:1
49:22,25 50:10,14,18 52:3
52:6,9,12,21,24 53:2,5,11
53:16,20,24 54:2,6,13,18
54:20 55:2 56:6,9,15,18,21
57:4,7,14,19 58:10,13,16
58:21,25 59:4,9,13,16
60:15,19,23 61:3,7,25 62:4
62:13,16,19,22,25 63:3,10
63:16,20,24 64:2,7,12,14
64:17,21 65:2,6,11,16,19
65:22 66:1,6,9,13,17,21
67:1,6 68:1,10,14,19,22
69:1,5,8,12,16,22,25 70:12
70:16,21 71:1,5,10,15,19
71:24 74:7,12,15,19,23
75:2,6,10,15,22 76:10,17
76:22 77:3,7,14,21 78:4
79:21,22 80:1,4,7,11,16,19
80:24 81:3,18,24 82:6,17
82:22 83:1,6,11,17,21 84:5
84:8,14,20 85:1,7,24 86:5
86:11,16,21 87:3,9,13,17
87:21 88:3,10,14,17,20,24

**answer (cont.)**
89:2,6,10,14,18,23 90:5,10
90:12,15,19 91:1,7,12,18
92:22 93:1,15,19 94:6,10
95:1,5,14,18,23 96:2,6,9,12
96:16,19,22 97:1,5,9,12,15
97:21 98:1,5 99:3,6,9,12,15
99:20,24 100:2,5,10,13,16
100:19,23 101:22 102:1
103:8,11,17 104:13 105:7
105:12,15,20,25 106:3,7,11
106:15,19,24 107:5,10,15
107:20,23 108:2,6,20 109:2
109:10,16,24 110:4,12,17
110:21,25 111:12,16
112:13,18,22 113:1,3,13,19
113:23 114:2,6,12,18,22
115:2 116:13,18,25 117:2,7
117:9,12,14,18,20 118:2,5
118:12 119:9,15,20,23
120:2,6,10,19 121:23 122:8
123:8,21,23 124:2 125:5
**answered**
121:21
**answering**
9:25 117:25 118:4
**answers**
126:21
**anticipate**
78:7
**anybody**
124:6,7
**apologies**
67:11
**apologize**
67:21 101:8,9
**appear**
90:25
**appearance**
123:19
**appearances**
2:1
**appearing**
7:25
**applied**
110:1,8,14
**applies**
5:23
**apply**
28:20
**appoint**
56:3
**appreciate**
19:14 73:2
**approval**
51:10 52:14,18 53:8,13,18

**approval (cont.)**
55:6 56:12 57:24 60:6,9
61:19 71:22 80:5 116:22
**approvals**
85:5
**approve**
60:14,18,22 61:5 66:4,7
68:15 117:10,15
**approved**
56:11,13,16,19 57:3,11,13
57:17 60:9 61:23 62:1,8,9
63:14 64:22,24 65:4,8 66:2
68:9,13 69:3,14 71:14 72:3
72:5,9
**approximate**
79:17
**approximately**
18:13,14 19:16 32:2,5 33:6
81:9 96:24 99:10 105:21
114:24 123:6
**april**
45:9 47:2 67:3 70:23
**arrangement**
111:13
**article**
49:6,6,13,21 51:5,6 55:23
55:25 56:2,10 58:4 60:1
61:9 63:11 73:9 74:3,5,10
76:1 94:14,15 95:3,8,10,16
96:14 97:4,11,17 103:20,21
104:16,19 105:6,9,11
**aside**
81:20
**asked**
8:18 10:11 26:7 66:2 69:6
83:23 94:21 103:1,5 118:16
121:19,22 126:18
**asking**
10:18 22:25
**assert**
13:20 21:15 26:14,19 27:5
27:11,18 30:9,19 34:9 39:3
42:16 44:23 45:23 48:7
50:24 55:11 58:1 59:23
72:10 76:8 81:12 85:18
92:7 98:15 112:5 115:13
**asserting**
26:9 28:9,23
**asserts**
14:2
**assess**
115:1
**assets**
33:10,18 34:6 51:21
**assist**
118:18 119:1,13

[assistant - cash]

**assistant**
2:6 4:11
**assisted**
33:25
**associated**
14:12 44:9
**assume**
8:17 10:10
**astor**
122:20
**atlanta**
11:16
**attend**
16:1
**attended**
15:24
**attending**
4:10
**attention**
60:2 94:14 95:8 103:20
**attorneys**
102:11
**audited**
73:23 75:8,14,20 76:6
**auditing**
77:19
**august**
1:13 4:3 48:17 70:17 71:6
79:3 83:7 84:13,15,22 85:4
127:10 128:6 129:11
**authority**
27:7 56:1 60:6 116:21
117:3,10,15
**authorization**
107:18
**authorize**
9:1
**authorized**
27:3 129:7
**available**
6:15 94:17 96:5
**ave**
1:11 2:10
**aware**
22:17 27:23 50:11 68:16
80:21 97:22

**b**

**back**
9:8 21:8,13 31:11 38:15,18
43:21 48:16 72:19,21 73:4
78:16 79:2 84:1 87:7 88:5
102:19 106:2,5,10 109:5
112:2 115:22 116:6 121:12
126:10
**background**
11:12 21:18

**backwards**
25:21
**balance**
73:16 81:2
**bank**
32:1,4 76:20,23 77:5,12,18
77:20,24 79:13,17 81:11
112:19
**bankruptcy**
51:23
**bar**
17:8
**based**
20:23 26:5,21 27:24 28:19
92:5 98:14 104:7 111:25
**basis**
58:12 73:24 75:21 76:3
86:3 96:21
**bates**
45:5 46:2 49:4 51:3 62:7
65:12 67:8 70:4 73:7 92:13
93:20 94:1,12 95:7 101:3
101:16 102:3 103:18
104:15
**bayshore**
3:16 36:6,8 92:18,24 93:12
93:16 94:3,8,18 95:13,24
96:5,23 97:6,7 98:8,13
**beach**
36:15,16,19,20 100:8,15
111:20 112:5
**behalf**
2:3,14 41:10 43:7,11,15
45:15 47:13 48:7 53:1
54:14 61:5 75:5 82:20,25
92:23 101:23 105:17
118:22,24 119:5
**believe**
21:12 27:16 31:4
**beneficial**
23:23 24:3,10,23
**benefit**
8:6 83:19
**better**
9:24
**beyond**
72:5
**birth**
11:13
**biscayne**
2:18 5:13
**bit**
18:9 50:1 56:25 93:25
121:6
**blended**
123:10

**bmiller**
2:21
**board**
56:12 57:13,23 58:5,6,8,11
58:14,15,18,22 59:7,10,19
59:22 60:5,7,13,17,21 61:4
61:19,22 62:1 63:15 64:25
65:4 66:2,7 68:15 71:22
73:20 75:16 80:5 85:6
**bonet**
65:20 66:18 120:8 122:18
**bonus**
71:8,17
**bonuses**
84:16
**books**
33:15 53:4 84:18 116:10,16
**born**
11:15
**bottom**
49:5 51:4
**bought**
53:23
**boulevard**
2:18 5:13 11:19
**break**
9:2 48:12,13,15,21,23
72:13,17,22 78:6,24 79:7
83:22 102:18,24 115:16,21
116:2 121:11,17,19 124:25
125:2 126:9,15,18
**breakers**
37:20,21
**breaking**
48:12
**brian**
2:15 5:11 28:7 73:1
**brickell**
1:11 2:10 127:7
**brief**
6:2
**bring**
28:2
**brochures**
40:9 89:20 90:2
**broke**
79:9
**broken**
86:8
**brokerages**
20:9
**brooks**
78:2 107:16
**brought**
23:11

**broward**
129:4
**budget**
3:12 40:5 55:25 56:11,13
56:16,19 57:1,3,5,16,17,22
59:20 60:10,13,17,21 61:2
61:5 62:6,13,17,19 62:22
62:21,24 63:2,4 65:9,13,25
66:5 67:3,11,25 69:15 84:9
89:15,24 90:1 117:11
**budgets**
40:15 57:11 66:3,8 72:2
90:6,8,11,13,18,23 91:3,25
108:8,14,16,23 109:1
116:23 117:4,17
**built**
110:10,20
**business**
12:4,6,8,9,10,25 15:1,6
16:17 17:3 18:5 30:23,25
32:10 38:22 40:19 59:8
99:4 119:18,21 120:1,8
**businesses**
14:12 18:6 20:13
**busto**
2:6 4:11 26:4,14,18 79:1
**buy**
53:25 54:5
**buyer**
107:12

**c**

**calendar**
61:1 73:14,14 74:2
**call**
125:20
**called**
4:21 24:25 88:8
**calls**
41:8 88:22
**capacity**
5:16
**capital**
32:19,21 33:1,2,6,13,18,24
34:6,8 41:15 42:2,18 43:7
43:11,14 44:8,17 46:9
81:20 82:8,14 93:23,23
94:3,8 95:21 102:6 103:13
106:13
**care**
29:17,25
**carol**
128:9,17
**case**
10:17
**cash**
33:2,2 49:9,14 50:7 73:17

**[cash - continue]**

**cash (cont.)**
94:17 103:25 104:5
**categories**
82:13,24 95:11 96:14
**categorized**
84:18
**category**
95:15
**cause**
73:11 80:14 93:8
**cell**
14:8,9
**certain**
6:7 10:15 22:18 52:25 53:6
53:14 54:5 55:8 70:9 74:2
76:15 82:18 89:8 90:22
91:3,4 93:5 94:22 104:19
108:7,9,11,15 113:6,10
**certificate**
86:24 128:1 129:1
**certified**
73:23 75:9,14,20 76:6
129:6
**certify**
128:9,10 129:6
**cfo**
78:3
**chance**
45:16 92:24 101:24
**change**
9:13,18 19:8,12,16 25:19
43:15
**changed**
67:4 90:22 103:15
**changes**
45:22 46:25 47:4 93:13
94:7
**changing**
19:8
**charged**
21:23 64:9 82:1,4,20 85:11
92:3 95:11,12,19 98:9,10
105:5 111:21,23
**charges**
81:22
**checks**
115:6,11
**cheryl**
35:21,22
**chicago**
106:17 107:1,19
**chirinos**
69:19 83:13 85:15 122:16
**civil**
6:11 28:1

**clarify**
8:15 26:20 125:22 126:21
**clarifying**
9:15 126:5,19
**class**
17:1 23:24 104:6,6,10,11
104:11
**classes**
17:3
**claudia**
122:9,18 126:24
**clause**
93:3
**clear**
10:4,12,19 12:15 22:19,19
29:5
**client**
13:20 21:14
**clients**
18:7 19:25 20:3,7,8,13
**cliff**
109:18
**close**
96:3
**closing**
83:8,9 95:25 104:23 116:8
**coconut**
3:20 23:5,9,9 36:10,12 54:7
54:15 55:8 100:7,15 101:18
102:9 103:2,7,7,10 105:5
105:10,13,18,24 106:16
107:9,13,24 109:5,6,8,17
110:1,8,14,18 111:19 112:4
**college**
15:24 16:1 20:17,24
**column**
46:8 63:6 68:6
**columns**
46:8
**combined**
32:2
**combining**
18:19,20
**coming**
70:19 114:11 127:6
**comment**
79:20
**commercial**
12:4,25
**commission**
1:1,9 2:3,8 4:6,8,16 6:5
8:11 22:3 48:20 72:24 79:6
102:23 116:1 121:16
126:14
**commission's**
7:1,4

**commitments**
93:23
**committed**
27:17
**communicate**
40:23 41:1,3,5,7
**communicated**
88:18,21,25 89:3 109:13
**communication**
120:3,7
**communications**
29:15,22 30:5,8,15,18
42:12 63:17 119:24
**companies**
23:25 24:13,21,22 25:16,25
**company**
3:16 18:17 19:2,24 20:7,14
23:20 24:4,5,11,19,24 25:6
25:15 34:13 41:15,21,24
43:8,12 49:11 51:8,19,21
51:24 53:22 58:20,23 59:2
60:8,8 61:13,16 62:10
73:11,20,25 75:17 92:17
93:5,6,8 99:1 104:1 106:18
107:2,19 112:10,23 113:17
114:11,17 118:21 120:1
**company's**
48:6 59:12 76:14
**compared**
57:2,5
**compel**
27:4,7
**compelled**
27:15
**compensation**
61:9 63:12,13,22 64:10,20
64:22,24 65:4 68:12 104:17
**compiled**
74:13 90:11
**compiling**
74:17
**complete**
9:24 11:5 128:11 129:9
**completed**
35:10,14,18,22 39:1 86:23
100:11
**completely**
126:1
**completion**
91:6 94:24 108:18
**complied**
76:7,24 77:13 78:1 79:11
81:11
**comply**
77:5

**concerned**
121:6
**concerning**
7:8 16:20 22:6 30:22 34:4
38:22 39:24 40:15 42:9,13
42:14 44:16 45:20 48:3
50:17,20,22 55:4 57:21
59:18 72:1 75:24 81:5 85:9
91:20 98:7,22 111:18 115:4
**concluded**
127:12
**condition**
59:12,14,21
**condominium**
107:12
**conduct**
30:25
**conducted**
22:2
**confer**
121:8 126:6
**confirm**
68:8 94:20 103:5
**confused**
101:10
**connection**
13:7 22:14 51:9 76:20
77:25 79:14 81:22 97:24
**consider**
115:13
**consideration**
86:3
**considered**
113:15
**consistent**
94:20 105:5
**consolidated**
116:16
**constitute**
6:10
**constructed**
110:3,9,20
**construction**
104:25 106:23 107:8
109:20,21 110:16,22
**contact**
125:21
**contained**
108:25 128:12
**content**
18:8 116:22 117:4,11,16
**context**
55:17 123:13
**continue**
30:9,19 34:9 39:3 42:16
44:23 45:23 48:7 50:24

[continue - decline]

**continue (cont.)**
55:11 58:1 59:23 72:10
76:8 81:12 85:18 92:7
98:15 112:5
**continues**
49:7 93:25
**continuing**
60:1
**contract**
109:9,13
**contracting**
61:10 104:18
**contractor**
109:15 110:23
**contractors**
113:7,12,15
**contrary**
51:7
**contributed**
42:19 86:13,14
**contribution**
32:19,22 33:2,6,11,13,18
87:11 102:6 103:13
**contributions**
33:10 46:9 93:23 94:3,9
95:21 106:13
**control**
54:24 56:1 85:11 92:3
98:11 111:23
**controlled**
54:12 59:2 65:24 83:19
99:22
**controller**
69:19 83:13
**conversations**
9:6
**convicted**
21:21
**copy**
6:13 7:1,3,24 45:7 49:1
67:23
**coral**
37:8,10 100:9,17 111:21
**corporate**
24:6
**corporation**
24:4
**corporations**
16:21
**correct**
5:24,25 16:15 17:5,6 20:1,9
24:14 25:9 26:11 38:1 53:1
53:10,15,19 55:1 56:14,17
56:20 57:13,18 59:3,8
61:24 62:3 63:9,23 65:1,5
65:10 68:9,13,17 69:4,7

**correct (cont.)**
70:11,15,20,25 71:4,9,18
71:23 77:2 86:4,10,15,20
87:2,12,16,20 88:2,9,16,19
88:23 89:1,5,9,13,17,22
90:4,14 91:6 93:18 95:4,13
96:1,8 97:14,20,25 98:4
99:5,8,11,19 100:4,9,12,15
100:18 101:13,15 105:11
105:14,19,24 106:18,23
107:4,14,19,22 108:1,5,19
110:24 111:5,15 112:12,17
112:21 113:7,12,18,22
114:1,5,21 115:1 124:11
**cortez**
2:4 4:2,7,24 5:8,15,19,23
6:1,20,23 7:12,16 13:17
14:1,5 26:7,12 27:2 28:7,21
29:4,7 31:6,17 44:14 45:4
48:13,16,18 55:21 57:10
64:5 67:16,20 70:7 72:12
72:15,18 77:16 78:5,16,21
79:2,4 92:11,15 101:1
102:13,16,19,21 108:11,13
109:4 115:15,18,22,24
118:15 120:21,25 121:9,12
121:14 122:13 123:1,17,25
124:8 125:6,14,17 126:4,7
126:10,12,17 127:1,4
**cost**
90:22
**costs**
63:5 106:23 107:8,9,13
**counsel**
2:4,5 4:7,9 5:6,8,17 9:7,14
13:6,8 21:15 26:2,19 29:18
29:25 67:9 120:12,17 121:2
121:20,25 122:2 123:19,22
125:21 127:8
**counseled**
21:15
**county**
129:4
**couple**
14:2 51:2 116:4 123:14
**course**
6:16 9:12,20 16:20,24 17:1
31:25 58:19 72:14
**courses**
16:17,18
**court**
8:7,19 9:1,4 22:8,10,14
35:14 37:24 38:8,10,15,18
67:22 92:11 108:9
**credit**
76:21 78:1 79:14

**crime**
27:17
**criminal**
6:11 21:21,23
**crystal**
10:12
**current**
11:17,23 46:12 48:3 50:13
55:10 94:2 102:8 103:6,6
**currently**
10:25 24:22 25:21 32:13
35:9,25 36:4,8,12,16,20,24
37:3,5,10,14,17,22 47:24
53:4 99:14 100:6,17
**customer**
106:17,25 107:3,7,11

---

**d**

**daniel**
61:15 62:2 71:7,9 72:9
**dare**
22:24
**data**
76:4
**date**
1:13 11:13 46:4,7 47:2 58:7
70:18 83:9 95:4,24 96:25
97:3 100:12 102:5 103:4
106:6 128:6,17
**dated**
3:10,17,21 70:23 93:6,14
129:11
**dates**
116:8,9
**davilla**
123:2
**day**
58:19,19 59:2,2 74:11
**days**
73:12,13 74:1,2,11
**deadlines**
74:9
**deals**
88:2
**debt**
41:23 43:7,11,15 52:4,8,11
52:15,20,23 53:6 54:4,8
55:7,7
**december**
54:10 84:12 107:25
**decide**
82:19
**decided**
82:23
**decision**
69:13

**decisions**
51:5 60:7
**declaration**
26:5
**declination**
26:8
**decline**
13:14 26:3,24 29:1,10,13
29:20 30:1 31:1,16,20,23
32:3,7,9,11,14,17,20,24
33:4,8,12,16,20,23 34:2,15
34:18,21,24 35:2,8,11,15
35:19,23 36:1,5,9,13,17,21
36:25 37:4,7,11,15,19,23
38:2,4,7,9,13,16,20 39:8,11
39:15,19,22 40:1,4,7,12,17
41:19,22,25 42:3,7,21,24
43:2,5,9,13,17,20,23 44:1
44:11 45:12,14,18 46:14,17
46:20,24 47:3,7,11,15,18
47:22 48:1 49:22,25 50:10
50:14,18 52:3,6,9,12,21,24
53:2,5,11,16,20,24 54:2,6
54:13,18,20 55:2,19 56:6,9
56:15,18,21 57:4,7,14,19
58:10,13,16,21,25 59:4,9
59:13,16 60:15,19,23 61:3
61:7,25 62:4,13,16,19,22
62:25 63:3,10,16,20,24
64:2,7,12,14,17,21 65:2,6
65:11,16,19,22 66:1,6,9,13
66:17,21 67:1,6 68:1,10,14
68:19,22 69:1,5,8,12,16,22
69:25 70:12,16,21 71:1,5
71:10,15,19,24 74:7,12,15
74:19,23 75:2,6,10,15,22
76:10,17,22 77:3,7,14,21
78:4 79:20,20,22 80:1,4,7
80:11,16,19,24 81:3,18,24
82:6,17,22 83:1,6,11,17,21
84:5,8,14,20 85:1,7,24 86:5
86:11,16,21 87:3,9,13,17
87:21 88:3,10,14,17,20,24
89:2,6,10,14,18,23 90:5,10
90:12,15,19 91:1,7,12,18
92:22 93:1,15,19 94:6,10
95:1,5,14,18,23 96:2,6,9,12
96:16,19,22 97:1,5,9,12,15
97:21 98:1,5 99:3,6,9,12,15
99:20,24 100:2,5,10,13,16
100:19,23 101:22 102:1
103:8,11,17 104:13 105:7
105:12,15,20,25 106:3,7,11
106:15,19,24 107:5,10,15
107:20,23 108:2,6,20 109:2

[decline - encumbering]

**decline (cont.)**
109:10,16,24 110:4,12,17
110:21,25 111:12,16
112:13,18,22 113:1,3,13,19
113:23 114:2,6,12,18,22
115:2 116:13,18,25 117:2,7
117:9,12,14,18,20 118:2,5
118:12 119:9,15,20,23
120:2,6,10
**declines**
28:18
**declining**
26:21
**dedicated**
17:1
**deducted**
113:25 114:4,19 115:6,11
**deducting**
114:7,13
**dee**
2:7 4:12
**defendant**
22:18,21 23:13
**defined**
51:11,13 52:18
**degree**
16:8 17:5
**degrees**
16:7,10
**department**
114:16
**departments**
34:25
**deposed**
22:13
**deposit**
107:7
**deposition**
22:15
**deposits**
106:17,21,25 107:3,12,12
**describe**
17:22 18:4 34:12,16 39:5
**describing**
86:7
**description**
3:6 6:3
**desire**
9:17
**despite**
114:7,13
**destroyed**
29:21 30:7,17
**detail**
19:5

**detailed**
105:9
**determine**
6:6 28:2
**determined**
86:3
**determines**
49:16
**developed**
6:9 110:2,20
**developer**
20:16 50:5 82:1 104:21
**developers**
18:10 19:25 20:9
**development**
19:11,23 20:8,12,20 35:25
36:4,8,12,16,20,24 37:3
39:1 96:7
**deviate**
56:11 57:1
**deviated**
56:14,17,20 57:18,23
**deviation**
57:25
**deviations**
57:11
**diana**
22:23 23:11 46:16,19 53:9
53:13 54:9,17,23 55:9 98:3
**died**
19:11
**differ**
99:1
**different**
19:9 46:7 51:14 58:20,24
82:13,24 85:21 95:10 96:14
**difficult**
19:20
**direct**
34:22 51:18 54:7 64:8,18
83:7 84:16 94:13 95:8
103:19
**directed**
7:19 69:18 71:3,8 72:4 83:2
83:12,18 85:15 107:2
**direction**
80:14
**directly**
23:23 24:3,10 83:14,19,24
84:3 108:4 111:4,10
**director**
2:6 4:12 23:19
**directors**
58:5 59:19 65:1 75:17 85:6
**disclose**
54:24 57:24 59:22 80:8

**disclose (cont.)**
84:22 97:7
**disclosed**
57:15 65:7 66:11,15,19,24
71:11,16 79:17 85:17
105:18 111:13
**disclosing**
71:22
**discovery**
18:7
**discretion**
52:22 80:12
**discuss**
124:6
**discussed**
40:21 105:23 116:6
**discusses**
95:10
**discussing**
48:24
**discussions**
48:20 72:23 79:6 102:23
116:1 121:16 126:14
**distributable**
49:9,14 103:25 104:5
**distributed**
49:15 50:8 94:18 104:6
**distributions**
38:11 39:16 43:18 44:22
49:6,7,9,13,20,23 50:12,17
50:20,23,23 64:18 94:14,16
95:2 103:20,22,24 104:4,9
104:10
**diversified**
1:24
**division**
4:14
**divisions**
34:25
**dixie**
35:13 37:25
**dj**
65:17 66:14 122:9,14,14
124:12,14 125:8
**document**
44:25 45:5 49:2 67:7,13
70:2 101:6
**documents**
6:15 10:15 29:9,11,15,22
30:4,8,15,17 42:11 63:17
89:9,24 90:3 91:23
**doing**
27:6,20
**dollars**
84:7 85:16

**drafted**
45:20
**drafting**
45:11 92:21 101:21
**duly**
4:21
**duration**
11:8
**duties**
55:24

|   e   |
| --- |

**earlier**
60:24 94:11,21 98:23
105:23 118:16
**early**
13:4,11 70:10
**earn**
25:2
**earned**
50:3
**easier**
28:22
**eastern**
4:3
**edit**
118:6,9
**eduardo**
109:19
**effective**
45:9 46:4,7 47:1 58:6 92:18
93:6 101:19 102:5 103:4
**efficient**
28:8
**eight**
19:18
**either**
13:1 64:24 90:3 98:9
104:10,11 111:2,8 115:1
116:16 117:22 127:6
**electronic**
29:9
**email**
14:15,17,21,25 15:4 41:3
46:19,22 89:1 90:3
**emailed**
40:13
**employees**
32:16 34:19 71:21 72:8
99:14 100:1,3 111:4,10,11
112:12,16 113:6,14,16,18
113:21,25 114:4,8,14,20
115:5,6,11 122:4
**employment**
17:22
**encumbering**
51:20

**[ends - forget]**

**ends**
45:6 49:4 62:7 73:7 92:14
**enforcement**
4:14
**engagement**
115:8
**entailed**
18:5
**entered**
33:14 54:11,22 93:4 109:9
111:1,7 118:23
**entities**
54:12,23 65:23 118:18
119:13
**entitled**
1:16 49:8 61:13,15 73:10
103:24
**entity**
12:10 41:10,14 47:16 52:10
60:8 73:18,23
**equity**
23:24 33:11 41:20 43:7,11
43:15 86:1,13,15 87:11,24
**equivalent**
40:10
**eric**
2:6 4:11 8:11 26:7 79:1
**escrow**
106:17 107:1,19
**esq**
2:4,5,6,15,16
**essentially**
86:1
**estate**
18:9 19:10,23,25 20:4,7,8
20:12,16,19,21 35:3,5
38:24,25 59:15 85:22
**event**
19:8,21 49:17
**events**
9:23,25 10:1,16
**evidence**
27:4
**exactly**
18:24,25
**exam**
17:8
**examination**
3:3 4:23 6:16 44:3,13 55:15
55:20 56:22 57:9 77:8,15
108:21 109:3 116:19
118:14 123:4,16 127:11
**examined**
4:22
**example**
24:4 50:5 54:7 83:7 85:25

**example (cont.)**
86:12 87:18,22 105:13
107:24
**exceed**
97:3 105:1
**exceeding**
61:23 62:2
**excess**
68:23 85:13 92:5 98:12
111:24
**exchange**
1:1,9 2:3,8 4:5,8 6:5 22:3
42:1
**excuse**
28:24 29:23 33:2 39:20
73:14 76:12 80:12 95:19
119:11 123:10
**excused**
73:20 75:17
**execute**
46:16
**executed**
47:1
**execution**
46:23
**exercise**
18:19
**exhibit**
6:20,21,25 7:6,13,14,18
29:19 45:1,2,21 46:3,6,22
47:6 48:24 51:3 55:22 62:8
64:23 67:14,17,18 69:2
70:1,3,5,15,18 73:4 92:9,12
93:22 94:5,9 100:24 101:3
101:8,12,14,14,15 102:3
102:9 103:3 112:8
**exhibits**
3:6 73:3 101:9
**exited**
79:1
**expectation**
50:11
**expenses**
90:23 91:5 108:17
**experience**
20:11,12,23,24
**experiment**
24:25
**explain**
8:8
**explanation**
70:14
**extend**
116:8,9
**extension**
96:4 97:14,16 105:14,16

**extension (cont.)**
116:7,8
**extent**
28:8 116:14

**f**

**facebook**
15:13
**facilitate**
54:9,16
**fact**
57:16 110:13
**facts**
6:9
**failure**
57:24 59:21,21
**fair**
20:20 29:4
**false**
110:11
**family**
20:15,23 54:16
**federal**
6:8,10 22:5,8 113:25 114:7
**fee**
83:8 104:23,24 105:3
**fees**
50:3,5,6,6,6,7,7 64:8 71:2
81:21,25 82:1,2,2,2,3,3,13
82:19,19,25 83:3,14,19
85:11,12,14 92:2,4 95:9,11
95:12,15,16,17,19,20 96:4
96:7,10,14,15,18,21,24
97:2,6,8,10,14,16 98:9,10
98:11 104:19,21,24 105:5,8
105:10,14,16 107:22 108:1
108:3 111:21,22,23 116:6,7
116:8,10,14,15
**fifth**
13:10,14,21 14:3 21:16
26:5,9,21,25 27:1,24 28:9
28:13,15,19,24,24 30:9,19
34:10 39:3 42:16 44:23
45:24 48:7 50:24 55:12
58:1 59:24 72:10 76:8
81:12 85:18 92:7 98:15
112:5 115:13
**file**
1:4 6:6 128:5
**filed**
31:10
**filing**
51:23
**finance**
16:9 109:22
**financial**
59:12,14,21 73:15,21 74:3

**financial (cont.)**
74:4,10,13,17,21,24 75:4,8
75:11,18,24 76:5,13,15,16
76:19,24 77:4,11,13,17,23
79:10,15
**financing**
105:1 109:20 110:16
**finding**
119:1
**fine**
79:22 124:4,7,14
**finish**
78:8
**finished**
112:8
**firm**
18:20 77:19,19
**firm's**
5:9,10
**first**
4:21 5:2 17:23 20:2,10 24:7
30:11 93:2
**fiscal**
73:13 74:1,6
**five**
23:23 28:13 72:12 115:15
**fixed**
63:5
**fl**
1:4,12 2:11,19 3:11,14,18
6:6 45:5 70:4 92:13 128:5
**florida**
4:6 15:21 17:11,13 20:4
93:18 114:4,13,15,24
115:10,12 128:7 129:3
**florida's**
114:15
**flow**
49:9,14 103:25 104:5
**flows**
50:7 73:17
**focus**
18:11 60:2
**follow**
50:2 127:8
**following**
49:11 104:2
**follows**
4:22
**font**
67:11
**foregoing**
128:10 129:8
**forget**
10:9

**[forgot - improper]**

**forgot**
126:22,24
**form**
3:7 7:2,4 24:6 106:21
**forma**
89:15,25 90:1,6,8,17,23
91:3,25 108:8,14,16,23,25
116:23 117:4
**formal**
6:13,18
**format**
29:9,12
**former**
24:18 78:3
**forms**
68:11
**fort**
93:17
**forth**
51:9 69:14,20 74:9 76:1
93:10 94:9
**forward**
28:7,22 35:6,14,18,21
50:24 77:1
**four**
105:3
**frame**
19:17,19
**francis**
118:25 119:6
**frank**
122:10,20
**front**
49:1
**full**
4:25 5:9 11:5
**fully**
17:3 59:7,11,22
**funds**
32:25 42:22 44:6,8,18 81:5
82:7 95:21 106:8 107:13,18
**further**
27:15 30:3,13 34:4 38:22
42:9 44:16 45:19 48:3
50:20 55:4 57:21 59:18
72:1 75:24 81:5 85:9 91:20
98:7 111:18 115:4 125:14
125:18 127:3,4,5
**future**
50:12 125:19
**fuzzy**
10:12

**g**

**gaap**
76:8 77:2,6,13 78:1 79:12
81:12

**gables**
37:9,10 100:9,17 111:21
**gained**
20:11
**garcia**
122:22
**gathering**
73:2
**general**
11:12 21:17 110:22 121:24
122:2
**generally**
76:25 86:22
**generated**
39:21 88:12
**georgia**
11:16 15:22,23
**gestures**
8:20
**getting**
14:23 71:22
**give**
11:4 27:4 78:14 121:7
126:6
**given**
13:10 87:2 90:2 108:24
116:23 117:5
**global**
54:10,22
**gmail**
14:20 15:4
**gmail.com.**
14:22
**go**
8:16 9:1,3,8 15:20 18:22
46:1 48:14 72:19 87:19,20
93:20 102:13,16 108:3
121:9 126:21
**goes**
46:5 49:12,16 60:11 61:17
73:16 84:12 101:4,16
**going**
8:8,25 9:4,21 13:3 25:20
28:7,22 35:5,6,13,18,21
50:23 55:19 58:3 70:24
77:1 78:7,12,22 83:22 84:1
94:19 106:22 109:5 116:6
124:4,12 126:18
**gonzalez**
126:22
**good**
67:16
**grab**
78:12
**graduate**
15:18 16:3

**graduated**
16:5,14 17:4,21
**graduation**
17:7
**granting**
27:8
**greater**
68:13
**greg**
78:2 107:16
**gross**
105:3
**grounds**
27:13
**group**
25:1 99:17 122:5
**grove**
3:20 23:5,9 36:11,12,22,23
37:1,2 54:8,15 55:8 100:8
100:15 101:18 102:9 103:2
103:7,10 105:5,11,13,18,24
106:16 107:9,13,24 109:5,6
109:8,17 110:1,8,14,18
111:19 112:4
**grown**
20:15
**guarantee**
50:6 82:3 108:1,3
**guaranteed**
52:25 105:2 109:8,12
**guarantor**
104:24
**guess**
20:3
**guys**
78:12

**h**

**half**
57:2
**halpern**
54:15,16
**hand**
4:18 46:8 63:6 68:6 98:3,4
**handed**
101:2,11
**handing**
6:24 7:17 67:7 92:11
101:13
**handled**
112:16
**handling**
112:24
**happen**
84:15
**happened**
9:22,22 19:5

**head**
8:21
**hear**
8:3,23 19:13 26:22
**hearing**
1:16
**held**
23:19,25 24:4,11,22 25:6
25:15 58:8,15
**helene**
109:19
**helping**
18:7
**high**
15:18,20
**higher**
84:13
**highway**
37:25
**hire**
47:16
**hired**
13:5 118:17 119:10,11
**historically**
32:13
**hold**
17:18 24:23
**home**
14:6,7
**houchin**
2:5 4:8 44:4 55:16 56:23
64:3 77:9 78:12,18 108:22
116:20 122:25 123:5,12
125:16
**housekeeping**
8:5
**hundred**
10:5
**hurdle**
87:12

**i**

**identification**
6:22 7:15 45:3 67:19 70:6
92:10 100:25
**identified**
3:6
**identify**
5:8
**ii**
51:18,25
**imminent**
109:22
**immunity**
27:8
**improper**
107:14

[inaccurate - keep]

**inaccurate**
109:1
**inactive**
19:3,6
**incidents**
75:3
**include**
13:18 24:13,18 73:15
**includes**
25:8
**including**
30:4,14 34:5,7 38:24 40:20
42:10 44:18 48:6 51:8 54:4
55:6,8 57:22 59:19 72:2,6,9
73:18,22 75:13,19 76:2
81:6,9 85:10,14 87:1 91:21
91:22 92:2 94:3 95:11 98:8
98:10 109:18 111:19,22
114:25 115:5
**income**
25:23
**incorrectly**
23:6
**increase**
61:20,23 62:2 63:14,18
**increased**
61:18 71:20
**increases**
71:22
**incriminate**
27:14 28:4
**incrimination**
27:6,18 28:10,16,25
**incur**
52:23 54:8 55:7,7
**incurred**
52:2,5,8,11
**incurrence**
51:18
**indebtedness**
51:19 52:2
**independent**
113:6,11,15
**indicate**
8:22
**indirectly**
23:23 24:3,10
**individual**
52:11 66:24 117:5
**individually**
13:6 23:15,16
**individuals**
65:14,24 113:4,9
**infer**
28:3

**inference**
28:1
**influence**
11:1
**inform**
57:24
**information**
7:2,4 42:14 50:15,21 58:17
62:23 74:16 108:25
**informed**
59:7,11,22
**initial**
32:18,21 33:1 46:9 56:3
87:11 102:6 103:13
**initially**
34:6 87:7,23
**initiated**
96:17,20
**input**
63:2 74:20
**insistence**
78:2
**instagram**
15:13
**instances**
52:1 54:3 55:4 83:2
**institutions**
76:16
**intention**
27:6
**intercompany**
79:24
**interest**
20:21 24:23 41:20,23 43:25
46:10 53:9,14,19,22 54:10
54:22 86:2 87:8 93:24 94:4
97:23 98:2 99:11 114:25
**interests**
102:7 104:8
**interject**
13:3 28:20
**internal**
73:15
**internally**
112:17
**interrupting**
44:5
**introduce**
119:7
**introduced**
47:9
**invest**
34:6 86:9 109:7
**invested**
39:13,17 43:4 47:5 86:8
91:16

**investigation**
5:20 6:4,9,14 13:7 120:12
120:18 121:3,21 122:1
124:24 125:4,11
**investigative**
13:4 128:13
**investing**
39:24 40:15 42:2,4
**investment**
20:16 38:19 39:6,9,20,21
40:9,20 42:15 85:21,25
86:2 88:5,12 89:20 90:2
95:21
**investments**
41:17 42:9,13 51:24 73:18
73:22 75:13,19 86:6 100:20
100:21 109:23 117:22
118:11 119:13
**investor**
42:22 44:8,17,18 81:5,20
82:8,14 92:1 93:4,9,12 99:7
106:13 112:1
**investors**
23:5,9 38:11,14,17 39:13
39:17,23,24 40:2,5,10,11
40:14,14,23,24 41:11,14,18
42:1,4,11,14,18,25 43:4,6
43:10,22,25 44:17,22 46:13
47:5,8,13,17,19,24 48:4,5
54:1,5 55:9 80:20 85:17
86:9,14 87:6,16,20 88:7,15
88:18,21,25 89:3,7,8,12,12
89:16,17,20,21 90:24 91:8
91:14,16,22,23,24 92:1
97:18,20 99:5 106:14
108:24,24 109:7,13,18
111:14 112:2 116:24 117:6
117:21 118:4,7,10,19 119:2
119:7
**invoke**
13:9,14 26:1 31:15
**involved**
20:4 62:21
**involvement**
113:2
**irs**
114:9,24 115:9,12
**issued**
29:17,24 30:6
**issues**
121:7
**item**
84:10
**items**
90:22

**iterations**
21:5
**iv**
60:5

### j

**january**
84:12 93:6,14 101:19
**jd**
17:5
**joanna**
122:10
**joanne**
122:25 123:2
**job**
17:23
**john**
2:5 4:8 8:11 116:5
**jordan**
2:4 4:6 48:11 67:15
**jorge**
69:19 83:12,12 122:10,16
125:8
**judge**
27:25 28:3 124:4,7,14
**july**
56:8 80:25 91:10 112:9,15
114:19 115:7 119:16
**june**
29:16,24 30:5,16 92:18
**jury**
27:25 28:3

### k

**kapoor**
1:7 3:4 4:20 5:2,5,16 6:17
7:17,19 11:11 13:5,9 14:2
15:17 23:18 26:9,13,14,19
27:3 28:9,12,17 29:8 30:2
30:21 31:24 34:3 38:21
39:5 42:8 44:2,15,25 45:7
45:10 46:12,15 48:2,19
50:19 54:14 55:3 56:3
57:20 59:17 61:12,18,22
63:5 67:7,21,24 68:4 69:17
70:2,8,24 71:25 72:22 73:6
75:23 76:11 77:22 79:5,9
81:4 85:8,20 90:20 91:19
92:16,20 98:6,18 101:2,12
101:20 102:22 107:21
108:7 109:11 110:5 111:17
115:3,25 116:21 120:11
121:15 122:2 125:18,22
126:5,13,19,20 128:4
**keep**
29:8,11 30:3,14 58:3 59:6
59:10,22 96:4

[kelly - manager]

**kelly**
129:6
**kept**
32:2,5
**kind**
60:11
**king**
2:17 5:12
**kleyner**
3:11,14,18 22:23 23:11
45:6 46:16,19 53:9,13 54:9
54:17,23 55:9,14 70:4,9,13
92:13 93:4 98:3
**knew**
91:3 107:13,16 108:16
110:10 124:4,12,16 126:25
**know**
8:14,21 9:4 17:22 24:1
25:18 38:3,5 49:1 52:4,10
53:3 60:24 62:14,17,20,23
73:1 77:10 80:20 84:2 91:8
91:13,15 93:11 94:7 96:24
97:2 98:19 106:1,4,8
108:25 118:20 122:12
124:9,22 125:3,9
**knowledge**
66:22 104:12
**kslaw.com**
2:21
**kumar**
5:2

— l —

**lack**
59:19 112:3
**lane**
35:21,22
**late**
70:10
**lauderdale**
93:18
**law**
16:5,11,16,17 17:3,12,15
17:21,23 18:1 20:17,24
24:25
**laws**
6:8,11
**lawsuit**
23:4,8,10,10
**lawsuits**
22:18,20 23:12
**leadership**
122:12
**led**
19:10
**left**
46:8 87:15,19 88:4 115:19

**lend**
80:2,6
**lending**
80:9
**level**
71:21 82:9,10,15,16 86:1,7
88:13 113:16 116:15
117:17,23,23,24
**liabilities**
86:25 87:4
**liability**
3:15 24:5 92:17 93:5
**licensed**
17:12,15
**licenses**
17:18,19
**life**
19:7,9 55:14
**limited**
3:15 24:5 92:17
**lindenfeld**
109:19 110:7
**line**
32:10 76:20 77:25 79:14
84:10 90:22
**linkedin**
15:15
**linzer**
2:16 5:11,24 126:4,17
**liquidating**
49:13 51:23 104:4,10
**liquidation**
49:10 50:13 104:1
**list**
22:20 25:22 46:9 94:2,8
103:9 122:7 125:7
**listed**
46:22 47:5,8,20,23 51:15
63:12 65:12,18,21,25 66:11
66:15,23 70:15 74:3 94:4
95:16 96:14 97:3,11,17
102:9 105:11
**lists**
46:7 58:6 63:5 103:13
104:19,21,22,23
**little**
19:4 50:1 56:24 93:25
121:6
**lived**
11:20
**llc**
1:5 3:11,17,20 5:22 6:6
12:13,16,20,23 13:1,13
23:10 32:8,12,15,18,22
33:5,9,14 34:8 35:13,17,21
36:3,7,11,15,19,23 37:2,9

**llc (cont.)**
37:13,17,21 39:7 45:6,9
79:19,25 80:3,6,10,15,21
80:23 81:8,10 92:18 93:16
98:22,24 99:8,23 100:4
101:18 104:20 105:4,22
106:1,9,12 108:4 111:18
112:20 116:17 118:21,23
118:25 119:2,6,8,22 120:4
120:9 128:3
**loan**
50:6 79:18,24,24 80:15,17
80:21 81:2,9 82:2 104:24
104:25 105:14,21 106:2,10
108:1,3 112:2 116:9
**loans**
52:25 53:3 54:14 55:10
81:21 87:1 103:23
**local**
18:6,9 78:13
**located**
4:4 37:24 93:17
**location**
1:5 5:21 6:5 12:12,13,16,16
13:1,13,18,22 14:12,24,25
17:24 21:2,5,11,19 24:14
25:8,13,20,24 30:22,24
31:2,8,12,19,22,25 32:19
32:23 33:3,7,11,14,19,21
34:1,5,7,9,12,16,19 35:1,3
35:24 37:25 38:23,24 39:6
39:7,10,14,18,21,25 40:3,6
40:11,16,19 41:11,13,17,20
41:23 42:2,4,5,10,15,19,23
42:25 43:4,6,10,16,19,22
43:24,25 44:6,7,7,9,10,18
44:19,20,21 45:8,15,20
46:13 47:9,13,16,20,25
48:4,5,25 49:19,20,24 50:4
50:8,16,21 51:14 52:2,4,8
52:11,13,17,23 53:1,4,7,9
53:14,18,21 54:11,19,21,25
55:6,11 56:1,4,8,13,16,19
57:12,13,15,22,25 58:9,11
58:15,18,22 59:1,6,7,11,14
59:18,20 60:13,17,21,25
61:2,5,22 62:1,15,17,20
63:1,23 64:3,6,9,13,15,19
64:25 65:3,13 66:3,4,7,12
66:16,19,25 67:10,25 68:3
68:15 69:15,18 70:19 71:3
71:9,11,16,23 72:1,4,7 73:5
74:4,8,14,20,22,25 75:5,7,12
75:16,25 76:13,14,18,21,23
77:4,11,24,25 78:2 79:10
79:16,18,25 80:2,5,8,14,22

**location (cont.)**
81:1,6,16,16,19,21 82:4,9
82:16,21,25 83:13,14,15
84:4,9,17,18,24,24 85:5,10
85:21,22,25 86:1,17,18
88:16,22 89:1,4,8,22 90:7,7
90:16,21 91:3,9,10,17,20
92:23 97:22,23 98:7,19
99:2,7,10,17,18,21,25
100:3,22 105:22 106:2,10
108:8,15 110:23 111:2,8,14
112:3,9,11,15,16,19,20,24
113:5,10,16,21,24 114:3,8
114:14 115:5 116:11,17,23
117:11,16,22 118:18,21
119:14,17,18,25 120:4
122:4 128:3,7
**location.ventures.**
14:16
**long**
11:20 56:4
**looked**
63:11 69:2 97:19
**looking**
25:21 103:3
**los**
11:19
**losh**
109:19 110:7
**lot**
78:7 98:19
**lunch**
78:6,23 79:10 83:22
**lv**
3:11 37:16 45:6 62:10
**lv00010010**
101:4
**lv00010800**
3:21 101:16
**lvllc**
3:14,18 70:4 92:13

— m —

**main**
18:11
**maintained**
32:1
**majority**
51:10,11 52:14,18 53:8,13
53:17 55:5
**management**
16:9 50:6 82:1 99:18 105:3
**manager**
25:5,14,19,24 31:25 34:14
34:17,20,23 35:1 44:7
49:15,19 50:16 51:9 52:1,5
55:24 56:3,4,10 57:21 58:9

[manager - notes]

**manager (cont.)**
59:1,6,23 61:10 73:11 81:1
81:15 82:4 86:19 91:10
93:8 99:16,21 119:16
**managers**
104:17
**manager's**
56:1
**march**
11:14
**mark**
2:7 4:12 8:11 67:17,22
**marked**
6:21,25 7:14,18 29:18 45:1
45:2,21 67:18 70:3,5 92:9
92:12 100:24 101:3,14
**marketing**
18:1,4,8,11,13 19:1,24 20:6
20:14 24:18 25:16 40:8
50:5 82:2 89:19 90:1 96:10
104:24
**marking**
7:12
**marti**
54:15
**materials**
40:8,15 42:11 89:20 90:1
**matter**
1:3,16 6:5,14 125:20 128:3
**matters**
8:6 13:8 15:1 22:6 51:9
100:1 120:5 128:12
**maximum**
109:9,12
**mayor**
118:25 119:6
**mean**
15:7 31:9
**meaning**
39:6
**means**
28:2
**media**
15:9
**medication**
10:25
**meet**
58:12
**meeting**
58:14 121:24 123:7 126:23
**meetings**
58:8,15 88:19
**member**
25:5,15 28:11 43:24 46:10
51:5,10,11,14 52:14,18
53:8,12,17 55:5 93:9

**member (cont.)**
103:23
**members**
4:13 38:11,14,17 43:19,21
44:22 46:4,6,8,12,22,25
47:6,20,21,23,24 48:4 49:8
49:15,21,24 50:9,17,20,22
53:18,21 54:25 56:2,7
57:16,25 59:7,11 63:1
64:25 65:3 66:12,16,20,25
71:12,17,23 73:12 74:1,22
75:1 76:1,3,14 80:9,20 81:6
94:8,18,22,24 95:9,20 97:7
97:18 102:4,8 103:4,6,7,10
103:12,15,24 104:6,11
105:19 111:14 121:25
122:12
**membership**
42:5 46:10 102:7 103:14
**memories**
10:2,12
**memory**
9:25 10:10
**mentioned**
8:25 16:11 19:22 20:6,18
97:13
**merely**
27:12
**messages**
89:4
**messaging**
41:5
**messrs**
61:18
**mezerhane**
122:18
**miami**
1:10,12 2:9,11,19 4:4,6,14
16:2,4,12 17:5 36:14,16,18
36:20 100:8,15 111:20
112:4 128:7
**micl**
93:8,11 98:2
**mid**
112:9,15
**middle**
5:3
**miller**
2:15 5:11,11,15,18,21,25
13:3,17,23 26:1,11,20
28:17 29:6 31:3,14 48:11
67:14 72:14 78:14,20
102:12,15 115:17 120:19
120:23 121:6 122:8 123:8
123:21 124:3 125:5 126:4,6

**miller (cont.)**
126:17,20 127:3
**million**
32:2,6 33:6 54:8 68:24
69:10 71:13 72:6 76:20
77:25 79:14,18,24 80:2,6,9
80:15,21 81:9 105:14,21
106:2,5,10 107:2,8 114:24
**millions**
84:6 85:16
**mind**
7:12 48:11 73:2 119:4
**minor**
21:20
**minute**
7:20 23:2 72:12 115:16
121:8 126:6
**minutes**
58:14
**missed**
74:9
**modification**
60:10
**modify**
9:13,18
**mom**
19:13
**moment**
67:12
**money**
25:2 31:18,21 32:6,25
33:18,25 34:5 43:3,21
44:16,20 53:25 63:25 65:8
65:17,20 69:6,20 71:2 72:4
84:3 88:1,4,6 91:13,15 92:1
95:16,20 105:23 106:8
112:1 114:19,23 115:9,10
**monies**
38:18 65:24 66:10,14,18,22
68:16 70:19,24 81:7 82:7
82:12,14 83:23,24 84:16
87:15 106:12,13
**montana**
37:16,17
**month**
84:13 85:4
**monthly**
68:5 84:11,104:22 118:25
**months**
49:18 104:22 123:9,10,14
**mortgaging**
51:20
**motha**
61:15,18 65:17 66:14 71:7
71:9,17 72:9 122:14 124:14

**motha's**
62:2
**mother**
19:7
**muller**
109:19 110:7
**multiple**
55:14

**n**

**name**
4:6,11,25 5:1,3,3,4,9,9
18:17,21 63:5 68:4 102:5
112:20 122:7
**named**
22:18,21 23:6,13 112:10
**names**
125:7
**near**
50:12
**necessarily**
21:18 25:21
**necessary**
110:2,9,15,19 125:21
**need**
27:12 120:23
**needed**
75:4
**negative**
125:16
**negotiate**
45:16 92:25 101:24
**neither**
65:3 105:17
**net**
49:9 103:25
**networks**
18:7
**nine**
19:18
**nod**
124:3
**nods**
8:21
**non**
49:13 55:9 104:3,10 107:12
**noncash**
33:10
**nontax**
114:21
**nonverbal**
8:21
**noon**
78:6
**notes**
51:18 129:9

[notice - perfectly]

**notice**
1:17 7:9 51:4,17 58:4 60:3
62:9 70:22
**notwithstanding**
51:6
**november**
70:10 83:10 107:25
**number**
5:10,14 6:6 14:6,8,9 46:2
49:4 51:3 62:6,7 67:15
84:11 93:21 94:13,16 95:7
103:19 104:15
**numbers**
14:11,13 76:4 90:22

**o**

**oath**
11:8
**obtain**
16:7 31:21 32:6 33:17
54:14 55:5 85:4 110:15
**obtained**
34:6 52:14,18 53:8,12,17
68:11 110:1,8,14,15,19
112:4
**obtaining**
109:20,21
**obviously**
9:23 13:4 21:14
**occasion**
89:19
**occupancy**
86:24
**occurred**
55:18 83:10
**october**
70:10
**offense**
21:21,24
**offer**
9:14
**office**
1:10 2:9 4:4,5,15
**officer**
23:19
**officers**
4:15 8:11 61:10 104:17
**oh**
101:5 123:2
**okay**
5:15,23 6:2,20,24 7:11,23
8:1 9:11 10:23 11:7,11,23
12:18,24 13:16,17 14:1
15:9,14,17,20 17:7,21
18:12 19:4,19,22 20:10,18
21:8,13 22:1,13,17 23:2,18
24:2,13 25:4,18 26:13,24

**okay (cont.)**
27:3 28:7,22 29:3 30:21
31:18 33:9 34:12 39:5
44:12 46:1 48:10,23 57:8
68:2 73:1 78:20 84:6,15
94:11 103:1 115:16 118:13
119:10 123:15 124:22
125:13 126:7 127:1
**once**
86:23 87:4,24 121:25
**online**
31:10
**open**
14:19
**opening**
6:12 7:2
**operate**
56:1
**operating**
3:9,19 40:2,14 45:8,21
48:25 52:19 58:7 65:13
73:5 76:1 83:5 85:14 89:11
89:24,25 92:6 98:14 101:17
103:2 112:1
**operation**
73:17 99:23
**operations**
34:16 38:23 58:19,23 59:2
59:8 62:11 119:18,22 120:1
120:9
**opportunities**
39:10 40:20 42:15 85:21
**opportunity**
6:17 7:5 9:15 39:6
**option**
96:3,5
**order**
6:13,14,18,18 54:8,16
**orduna**
35:14 37:24 38:8,10,14,17
**original**
93:13
**outside**
13:22 65:24 66:14,18,23
68:17 77:18
**outstanding**
55:10 87:1
**overall**
43:14
**overseeing**
58:19 120:1,8
**overseen**
35:12,16,20 36:2,6,10,14
36:18,22 37:1,8,12,16,20
**oversight**
58:23 59:20

**owed**
114:23
**owned**
19:24
**owner**
23:23 24:3,10
**owners**
32:12
**ownership**
24:23 99:11

**p**

**p.m.**
79:3 102:17,20 115:23
121:10,13 126:11 127:10
127:11
**page**
45:6 46:2,3,5,5 49:3,5,7
51:3,5,15,15,17,22 55:22
55:22 58:3,4 60:3 61:8 62:6
62:9 63:11 70:8 73:7 92:14
93:2,20 94:1,12 95:6 102:2
103:18 104:14
**pages**
1:8 51:2
**paid**
38:15,18 43:21 64:10,19
65:14,17,20,24 66:10,14,18
66:22 68:17,20,23 71:4,17
82:8,13,19,20 83:3,4,24
84:3,16 85:12 86:25 87:4
87:14 88:5 92:4 94:22 96:4
96:7,10,15,18,21,25 97:3,6
97:8,11,14 98:11 104:21,23
105:10,13,17 106:5 107:22
107:24 108:5 111:24 116:7
116:9 118:17,18 119:6,10
119:12
**pallas**
24:25
**paper**
29:12
**parent**
117:23 118:21
**part**
17:2 22:14 24:7 30:12
45:17 64:10,20 73:11 92:25
101:24 105:23
**partial**
54:16
**partially**
53:22 106:9
**particular**
86:10,20 87:5
**particularly**
79:12 93:9

**parties**
47:12
**partners**
3:16,20 23:10 31:13 35:13
35:17 36:3,7,11,15 37:9
92:18,24 93:16 101:18
103:2
**partnership**
24:5
**party**
22:21 23:13 52:10 112:10
115:8
**passed**
19:7,15
**patriots**
32:8,12,15,18,22 33:1,5,9
33:14,17,22 34:7
**patriot's**
32:10
**pay**
41:13 55:8 69:19 71:9 72:4
83:13 85:15 95:17,20 111:3
111:10 112:2
**payable**
104:19
**paychecks**
114:1,5,8,14,20
**paying**
71:12 106:1 111:5,11
**payment**
54:9,17 71:8 82:24 83:19
116:9
**payments**
72:7 84:23 85:2,5 105:18
118:25
**payroll**
68:3 112:10,11,14,16,21,25
113:25 114:4,7,9,13,15
115:4,6,8,11
**penalties**
114:25
**people**
4:9 31:13 65:12 113:11,20
118:17 119:12 124:1
**percent**
10:5 23:24 51:13 55:5
56:12,14,17,20 57:2,18,23
83:8 86:13,14 87:19,23
99:11 105:2,3
**percentage**
33:21 39:12 46:10 87:7
88:6 93:24 94:4,23 102:7
104:7
**perfectly**
10:4

[performed - providing]

performed
100:3
periodic
96:21
periods
74:11
permanent
105:1
permits
110:2,9,15,19 112:3
permitted
28:3
person
23:14 41:1,10 47:17 82:25
88:19 90:4 96:17,20
personal
5:16 14:19 15:1,5,8
personally
22:25 23:1,3,6 52:25 71:4
81:8 85:16 107:21
pertains
93:16
phase
36:19 37:12,16 100:8,18
111:20,20
phone
5:13 14:8,9 41:7
piece
93:17
pinos
11:19
place
1:9 73:3 123:7
placed
53:6 54:3
plan
50:13
planning
37:6,10,14,18,22 39:1
plans
50:23
play
118:3
please
4:18,25 5:8 8:14,24 17:22
46:2 67:17 93:21 102:3
104:15 120:24
pledging
51:19
plus
87:7 94:22,23
point
15:7 48:12 67:16 87:1
ponce
36:2,3 83:8 97:20,24 98:9
107:3

pose
117:21
positive
124:3
potential
114:25
potentially
18:20
powerpoint
40:9
powers
55:24 58:23
practice
17:12,15
predevelopment
37:6
prematurely
85:12 92:4 98:12 111:24
preplanning
100:18
present
8:12
presentations
40:9,10
presented
39:17 42:11 67:4
presenting
109:17
pretty
16:19,25 124:21
prevent
11:2
previous
9:13,18
previously
6:25 7:21 31:4 45:1 69:2
70:3 101:11
price
109:9,13 129:6
primarily
92:20 101:20
principal
38:15,19 87:8,10 94:22
106:4
principally
45:10
principals
46:11 87:6 88:5
principles
76:25
prior
6:12 7:2 8:25 21:5 34:20
45:23 60:6 66:8 69:4 74:25
77:19 80:25 83:3,9,22 91:9
112:14,23 113:24 114:3,10
114:11,17 115:7 121:19

prior (cont.)
126:17,21
privately
24:4,11 25:6,15
privilege
27:5,12,18,25 28:20,25
121:7
pro
86:3 89:15,25 90:1,6,8,17
90:23 91:3,25 104:6,22
108:7,14,16,23,25 116:22
117:4
problem
109:21
procedural
8:6
procedures
8:8
proceeding
4:16 22:2,11,14
proceedings
6:3 128:13 129:8
proceeds
49:10 103:25
process
13:5 29:14 62:17
produce
18:8
produced
29:14 30:7,16 67:9
producing
29:15
professional
17:18,19
professionals
18:10
profile
15:15
profit
94:23
profitability
91:5 108:18
profitable
38:8 64:13,16 90:25
profits
39:21 88:12
project
23:5 37:8,16,20,24 38:8,10
38:15,18 60:8 71:3 73:18
73:22 82:1,9,15 83:8 86:7,9
86:10,12,20,23,23,25 87:2
87:5 88:13 90:2 92:3 94:18
94:25 95:13,17,22 96:8,11
97:20,25 105:5 107:4 109:6
109:8,18 110:2,9,19 116:15
117:17,23,24

projects
35:3,5,7,9,24 37:5 38:25,25
39:2 40:20 44:10 50:5
53:14 54:4,4 55:7 58:20,24
59:15 64:9,15,19 75:13,20
81:8,23 82:15 83:4 85:13
85:22 86:6,18 88:2,11,16
88:19,22 89:1,4,8,9,13,16
89:21 90:7,24 91:4,9,17,21
91:22 92:2,5 98:8,10,14,20
98:22 99:23 100:4,7,11,20
100:22 106:14 107:22
108:15,17 110:24 111:3,10
111:19,22,25 116:12 117:5
118:20 119:3,6,8,14 120:9
promote
87:25
proofreader's
128:1
properly
123:24
properties
12:1,5,25
property
35:12,16,20 36:2,6,10,14
36:18,22 37:1,12,25 38:3,5
38:12 93:17 95:24,25 96:3
105:2
proposed
118:6,9
prosecution
27:9
prospective
39:24 40:10,13,24 41:11,14
89:7,12,16,21 108:24
109:13,18 116:24 117:6
119:2,7
provide
6:2 11:13 19:4 25:22 33:24
39:23 40:2,5,8 46:15,18,21
50:16 58:18 60:12,17,21
73:12 76:12,15,19,24 89:11
89:15,19 94:17 112:11
provided
6:13 7:3 34:8 42:14 44:17
61:19 67:23 70:9,13 74:4
74:22 75:25 76:3 77:17
79:16 81:10 87:5 89:7 90:3
91:23,25 105:22 106:13
113:10
provider
115:8
provides
68:5 102:5
providing
73:25 74:10 76:11 90:24

[providing - representing]

**providing (cont.)**
112:14
**provision**
51:7
**provisions**
6:8 49:11 104:2
**public**
73:23 75:9,14,20 76:7
**publicly**
23:19,25
**purchase**
53:18 54:11,22
**purpose**
30:24 44:8 45:13
**purposes**
4:16 107:14 114:21
**pursuant**
1:17 7:25 54:10 83:4 95:3
**pursue**
19:10
**put**
62:12,14,18,24 87:7,23
123:13
**putting**
62:21 90:8,13

**q**

**quarter**
73:14 74:2,14,17
**quarterly**
74:21
**question**
8:4,12,13,15,17,18,24 10:1
10:3,11,19,23 13:24,24
20:5 24:8 25:4,20 27:10,16
27:24 28:18,23 29:1 30:12
31:3 44:5 50:2 52:16
120:20,22
**questioned**
10:17
**questions**
7:8 8:13 9:15,21 11:12
13:10,13,15,18,21 14:2
21:9,18 27:15,19 28:4,10
30:3,13,22 31:15 34:4
38:22 42:9 44:16 45:19
48:3 49:2 50:20 55:4 56:24
57:21 59:18 72:1 75:24
81:5 83:23 85:9 91:20 98:7
98:21 111:18 115:4 116:5
117:21 118:1,4,7,10,16
125:15,19 126:5,19
**quick**
44:5
**quickly**
61:8

**quite**
18:9

**r**

**raise**
4:18 41:14
**raised**
43:3,7 44:16,20 91:13,16
**rata**
86:3 104:7,22
**rate**
39:12
**ray**
126:22
**reach**
48:12 127:8
**reached**
47:12
**read**
7:5 67:12
**ready**
72:19
**real**
18:9 19:10,23,25 20:4,7,8
20:12,16,19,21 35:3,5
38:24,25 58:22 59:15 85:22
93:17
**reason**
9:3 11:4 19:12
**reasonable**
49:16
**reasons**
52:7,7
**recall**
10:9 18:23,24,24 23:12
79:15,23 84:11 122:9 123:6
124:19
**receipts**
107:7
**receive**
42:1,5 61:13,15 63:25
69:13
**received**
7:21 63:22 69:6 106:16
125:9 126:24
**recitals**
93:2
**recognize**
67:24
**recollection**
10:10,16
**recollections**
10:2,20
**record**
4:2 5:1 6:12,24 7:2 8:20,25
9:2,3,5,7,8 12:15 22:19
26:4,18,23 29:4 48:14,16

**record (cont.)**
72:15,19,21 78:22 79:2
98:23 102:14,16,19 115:20
115:22 121:10,12 126:7,10
127:9 129:9
**recorded**
116:10,15 128:12
**records**
29:9,11 30:4,14 33:15
84:19 116:10,16
**recourse**
104:25
**redeemed**
43:24
**redlands**
37:12,13
**refer**
12:16,22 35:6,13,17,21
36:3,7,11,15,19,23 37:2,9
37:13,17,21 55:23 73:9
77:1 98:24 104:16
**reference**
51:23
**references**
55:25
**referred**
12:19 87:11 88:9 113:17
**referring**
12:10,20 32:5
**reflect**
63:18
**refreshes**
10:16
**refuse**
27:12,23
**refused**
107:17
**regarding**
60:9 116:22 120:12,17
121:2,21 123:19
**regional**
1:10 2:6,9 4:4,12,14
**regis**
112:11,14,23 113:24 114:3
114:10,11,17 115:7
**regular**
58:12
**regularly**
124:12
**regulation**
16:23 17:2
**relate**
13:25
**related**
73:16 90:22 107:9 114:21
119:14 120:5

**relating**
23:8
**relatively**
78:13
**release**
106:20 107:17,18
**released**
106:21 107:1
**relied**
62:23 74:16
**remaining**
81:2 86:15
**remember**
10:9 16:18,25 17:3 23:17
121:25 122:6 124:7,20
**remitted**
114:9,15 115:9,12
**removal**
34:20 81:1 91:10
**removed**
119:16
**repay**
106:9
**repayment**
103:22
**repeat**
8:24 24:7 26:16 30:11
82:11 120:22,23
**rephrase**
56:24 80:13 91:14
**report**
73:15 129:7
**reporter**
8:7,19 9:1,4 67:22 92:11
108:9 129:6
**reporter's**
129:1
**reporting**
1:24 73:10
**reports**
34:22 75:25 76:3,4,6
**represent**
5:19,21 13:6 26:8 51:12
67:3 97:16 109:25
**representation**
110:10
**representations**
42:12 50:21 91:24
**representative**
28:14
**represented**
5:5 39:13 67:10 106:22
110:6
**representing**
5:12,16

[repurchase - social]

**repurchase**
53:8,13
**repurchased**
53:23
**request**
29:16,23 30:5
**required**
60:7 75:25 76:12,15,19,23
79:13
**requirements**
73:10
**residential**
11:17,24 12:1
**resources**
112:20
**respect**
13:8,12,21 25:19 47:4
51:25 53:6 64:3,6 73:25
74:10 82:18 85:2 90:6 91:5
95:15 96:23 103:2 108:17
113:4,9 116:7 117:3,4,22
117:24 118:11
**respective**
24:16 25:11,14 66:24 72:8
82:14 83:4 85:14 86:6 87:6
88:5 92:6 94:4 98:14 104:7
111:3,9 112:1 116:11
117:16 118:20
**respond**
69:17,23 77:22 109:11
110:5 126:1
**responding**
117:25 118:3
**response**
8:22
**responses**
8:21 118:6,10
**responsible**
29:23 45:10 90:8 92:20
101:20 112:24
**responsive**
10:3,11,19 29:16,23 30:5,8
30:15,18
**rest**
113:20
**restart**
101:12
**restate**
20:5
**restated**
3:9,15,19 45:8 48:24 92:17
101:17
**restating**
119:4
**resume**
78:21

**return**
39:13 73:4
**revenue**
81:17,20 85:10 105:3
114:16
**revenues**
91:5 108:18
**review**
6:18 7:6,20 45:16 67:12
74:24 92:25 101:24
**reviewed**
77:18
**reviewing**
10:15
**revised**
75:4
**right**
4:10,18 13:10,21 21:16
23:17 26:15,19,25 28:10,24
29:8 46:9 63:6 68:6 116:4
127:5
**rights**
13:14 14:3 26:10 28:14
30:10,19 34:10 39:3 42:16
44:23 45:24 48:8 50:25
55:12,24 58:1 59:24 72:10
76:9 81:13 85:18 92:7
98:16 112:6 115:13
**rishi**
1:7 3:4 4:20 5:2 7:19 56:3
61:12 63:5 68:4 70:24
128:4
**rkapoor**
14:16
**role**
25:19 57:21 59:6,18,23
90:13 118:3 119:18,21
120:8
**romny**
122:2
**romy**
122:3
**ross**
2:16 5:11 121:8
**roughly**
11:22

---

**s**

---

**sake**
35:7
**salaries**
61:17 65:15 66:24 71:21
72:9 85:3
**salary**
61:13,16,20,23 62:2 63:8
63:18,21 64:23 65:9,18,21
66:11,15,19 68:2,5,6,9,13

**salary (cont.)**
68:18,21,25 69:3,10,21
71:14 72:3,6
**sale**
38:12
**sales**
106:17,25 107:11
**saw**
69:3
**says**
28:18 46:3,6 49:5,14,17
51:6 62:10 68:3 73:10,19
93:3,7 104:5
**schedule**
39:16 46:4,6,25 47:6,8,21
47:24 94:17,20 97:19 102:4
103:3
**school**
15:18,20 16:6,11,16 17:21
17:23 18:1 20:17,24 24:25
25:2
**scope**
13:22
**screen**
118:6,9
**sec**
4:15 6:21 7:14 13:7 28:1
45:2 67:18 70:5 92:9
100:24
**second**
3:9 21:13 45:7 48:24 70:22
93:3 102:10,14 104:4
**section**
103:23 104:3
**securities**
1:1,9 2:3,8 4:5,7 6:4,8
16:23 17:1 22:2,6 23:24
**seeing**
64:23
**seek**
41:18,20,23
**select**
122:5
**self**
27:5,18 28:10,15,25
**senior**
2:4,5,7 4:7,9,13 71:21
113:16 126:23
**sense**
98:25
**sent**
74:25
**sentence**
73:19 104:4
**separate**
99:14,17

**series**
8:12
**service**
82:2
**services**
1:24 112:11,15
**session**
11:9
**set**
30:25 39:12 51:9 69:14
74:9 76:1 77:23 93:10 94:9
99:4 100:21
**setting**
69:20
**seven**
57:2
**shake**
125:16
**sheet**
73:16
**show**
27:17 70:18 101:15
**showed**
29:18
**showing**
44:25 70:2
**shows**
70:23,23
**sic**
122:2
**sign**
46:16 107:17
**signed**
106:20 107:18
**significantly**
68:12 84:12
**similar**
25:4 68:11 100:21 108:7,14
**similarly**
12:22
**simplicity**
35:7
**simply**
35:6 77:1
**sir**
5:7 6:19 7:10 11:25 12:21
15:25 16:13 20:25 25:10
34:11 39:4 42:17 48:9 51:1
59:25 72:20 85:19 92:8
112:7 115:14
**sit**
17:8
**small**
67:12
**social**
15:9

[sold - terms]

**sold**
37:25 38:3,6 39:2 97:24
**sole**
52:22 60:5
**solicit**
41:11,14 47:17
**solicited**
48:5 88:15 91:21
**soliciting**
109:7,22 118:19 119:1,13
**somebody**
122:11
**somewhat**
67:12
**sorry**
8:3,4 19:13,20 21:15 23:2
26:16 30:11 44:5 89:25
101:5 108:9 111:6 113:8
118:8 120:13 124:11
**sort**
20:3 21:9 62:5 93:24 94:21
**sources**
25:23 31:21 32:25 63:25
81:16,20 85:9 106:8
**south**
5:13
**spalding**
2:17 5:12
**spe**
37:21
**speak**
8:5
**speaking**
86:22 98:19
**specific**
10:4,19 50:7 88:11 95:12
**specifically**
98:8,21 111:19
**specify**
12:10
**spell**
4:25
**split**
87:15 88:7 98:2
**spoke**
83:22
**spoken**
120:11,14,16 121:1,5,20
123:18
**sponsor**
83:15 86:8,13,18 87:16,20
87:23,24 88:1 93:4 97:23
104:20 105:4 108:4
**sponsors**
88:8 94:24

**sponsor's**
87:25
**staff**
4:13 9:1 22:2 28:11 48:20
72:24 79:6 102:23 116:1
121:16 126:14
**staffing**
24:24 25:1,17
**stage**
13:11 37:6,6,22
**stages**
37:10,14,18 39:2
**stamp**
46:2 49:4 51:3 62:7 65:12
70:4 73:7 93:21 94:1,13
95:7 102:3 103:19
**stamped**
45:5 92:13 101:3,16 104:15
**stamps**
67:8
**standard**
4:3 10:23
**start**
18:12 21:11 31:2,7,9,11,18
31:22 34:8 108:11
**started**
17:24,25 18:1,9 21:2 24:24
34:4 60:25 106:1 112:10
**starting**
17:23 33:25
**state**
4:25 5:9 6:10 17:8,10,13,16
22:6,10 27:12 49:12 115:9
115:12 129:3
**stated**
65:15 98:23
**statement**
125:23
**statements**
9:16 73:17,21 74:3,5,11,13
74:17,21,24 75:4,8,11,18
75:24 76:2,6,13,15,19,24
77:4,11,13,17,23 79:11,11
79:12,16 81:10 126:1
**states**
1:1 4:5 6:4 49:8 56:2,10
60:5 61:12,14,17 63:6 68:2
68:6 103:21
**status**
55:10
**stenographic**
129:9
**stenographically**
129:7
**step**
31:11 84:1 102:12

**stewart**
36:22,23 37:1,2
**stopped**
100:14
**stradigys**
18:21,23
**strike**
80:13 84:21 118:23
**structure**
43:15
**structured**
34:13,17 38:23 42:10
**suarez**
118:25 119:7
**subject**
103:22
**subjects**
13:25
**submitted**
77:5,12,20,24 79:13 118:10
**subpoena**
3:8 7:18,24 29:17,24 30:6,9
30:16,18 126:25
**subpoenaed**
124:10,23,25 125:3
**subpoenas**
125:9
**subsection**
51:18,25 60:2,4,4 94:19,19
**subsections**
51:22 60:4 94:16
**subsequent**
17:7 67:4
**subsidiaries**
24:16 25:11,14 50:4 53:7
73:22 75:12,19 81:22 83:15
**subsidiary**
51:24 60:9 86:19
**substance**
11:1 14:24
**substantially**
51:21
**substantive**
9:6 48:19 72:23 79:5
102:22 115:25 121:15
126:13
**suite**
1:11 2:10,18 113:18
**summarized**
9:8 105:9
**summary**
3:13 70:8,14
**sunbiz**
31:10
**super**
51:10,11 52:14,18 53:8,12

**super (cont.)**
53:17 55:5
**supplemental**
6:14,18 7:1,4
**sure**
10:5 16:19 20:6 28:17
48:13 115:17 118:9 121:9
124:21
**susceptible**
50:8
**swear**
4:17
**switch**
67:21
**sworn**
4:22

**t**

**taken**
48:15 51:8 72:17 78:24
83:24 102:18 115:21
121:11 126:9
**talk**
124:12
**talked**
25:17 122:1 126:23
**talking**
19:17 79:9 88:7
**talks**
55:23 104:3
**tasked**
117:25
**taxes**
113:25 114:4,7,9,13,15
115:4
**tco**
86:24 87:5
**team**
121:25
**telephone**
5:10 14:6,8,13 88:22
**tell**
9:3,11,17 10:1 12:7 21:10
39:9 42:18 55:17 80:17
88:11 109:20
**telling**
55:13
**temporary**
86:24
**tenure**
44:7
**term**
51:12
**termed**
79:23
**terms**
39:9 80:17

[testified - ventures]

**testified**
4:22 22:1,5,8,10 60:24
124:10,23,25 125:10
**testify**
125:20
**testifying**
11:2 124:16
**testimony**
4:10 6:16 8:10 9:12,14,20
10:18 11:5,8 27:4,8 128:13
**text**
41:5 89:4
**thank**
44:12 57:8 67:16 118:13
123:15 127:6
**therishikapoor**
14:22
**things**
9:21 13:11 28:8 126:20
**think**
8:6 13:23 14:14 15:2,15,16
16:14 17:20 19:23 21:7
22:12,16,22 23:3,6 25:3
28:17 31:14 78:11 97:13
98:23 101:5 115:18 116:5
122:10 123:23 124:5,6
125:24
**thinking**
124:5
**third**
47:12 112:10 115:8
**threatened**
55:14
**threats**
55:18
**three**
49:17 100:7 105:1 111:22
**time**
4:3 9:11,16,18,23 13:15
14:4 17:25 18:5 19:16,19
19:23 20:2,10 21:17 25:24
34:13,17,22 35:1 43:15
49:19 52:5 54:21 67:2
74:11 78:10,15,25 80:22
81:15 83:3 84:25 103:15
105:16 107:11 108:23
109:6,22,25 110:6,13 113:8
114:20 115:7 120:13
125:19 127:6
**timeline**
91:6 108:18
**timely**
74:4 76:3
**times**
49:15 55:6,14 85:13 90:21
92:4 98:12 111:24

**timing**
82:18,24
**title**
63:4 68:4 106:17 107:1,19
**titled**
51:5 58:5 61:9 93:22 94:15
95:8 104:16
**today**
5:6,17 7:25 8:9,12 9:20
11:2,5 95:25 123:20 124:5
124:13,17 125:23 126:2
127:7
**top**
62:10 87:10 88:6 93:25
94:23
**total**
44:20 53:3 84:2,6 96:24
97:2 114:23
**totaled**
85:16
**totaling**
83:9
**track**
43:6
**tracked**
43:10
**traffic**
21:20
**transaction**
3:13 70:23,24 71:7
**transactions**
70:9,15,17
**transcript**
128:11 129:8
**transcription**
128:12
**transfers**
81:7
**transition**
20:19
**transitioned**
21:2
**traumatic**
19:12
**treated**
113:6,11,14,21
**trial**
25:1
**true**
31:24 40:13,18 52:13,17
58:11 59:5,10 68:23 69:9
71:20 74:8 75:7,11,16 76:5
76:18 81:11,19,25 83:12
85:20 90:20 91:2 99:13,22
99:25 100:6 106:20 107:6
110:18 111:1,7 118:22,24

**true (cont.)**
119:5,10,12 128:11 129:9
**trust**
22:24 54:16
**truthful**
27:16
**truthfully**
11:2
**try**
8:15
**trying**
15:2 19:20 22:22 123:23
**tuesday**
1:13 127:10 128:6
**turn**
30:22 46:5 49:3 51:2 61:8
62:5 73:6 94:11 95:6 98:18
98:20 102:2 103:18 104:14
**type**
41:17 50:7 92:2
**types**
85:10 98:10 111:22
**typically**
74:9 90:3

**u**

**u.s.**
4:7 76:7,25 77:1,6,13 78:1
79:12 81:11
**ulis**
22:23 23:11 46:16,19 53:9
53:14 54:9,17,23 55:10
98:3
**ultimate**
116:21 117:3,10,15
**ultimately**
19:8
**unaware**
125:12
**undergrad**
16:5,8
**undersigned**
128:10
**understand**
8:13,14,17 9:9 10:6,13,21
11:7 21:14 27:21 28:5
**understanding**
27:11
**undertook**
62:18
**united**
1:1 4:5 6:4 32:8,12,15,18
32:22 33:1,5,9,14,17,22
34:7
**units**
42:5 46:10 102:7 103:14

**university**
16:2,4,12 17:5
**urbin**
3:20 12:12,19,20,22,23
13:2,19,22 14:13,24 21:19
23:5,9 24:14 25:9,13,25
36:10,11,14,15,18,20 37:8
37:9 38:25 54:4,7,15 55:8,9
79:19,25 80:3,6,9,15,21,22
81:7,9 98:22,24,24 99:1,4,7
99:11,13,17,23 100:1,4,4,7
100:7,8,9,14,15,17,20
101:18,23 102:8 103:2,7,10
104:20 105:4,4,10,13,17,22
105:23 106:1,9,12,14,16
107:9,12,22,24 108:4,16
109:6,8,17 110:1,7,13,18
110:23 111:3,9,14,18,19,20
111:20 112:4,4 116:11,17
117:17,24,24 118:19,21,22
118:24 119:2,6,7,22 120:5
120:9
**use**
15:5 31:18 44:6 106:12
**utilize**
14:13

**v**

**valencia**
35:17,18
**variety**
12:6 18:6
**various**
50:3 81:23 88:15 97:3
116:6 118:20
**venture**
35:24 53:18
**ventures**
1:5 5:22 6:6 12:12,13,16,17
13:1,13,19,22 14:12,24,25
17:24 21:3,6,11,19 24:14
25:8,13,20,24 30:23,24
31:2,8,12,19,22 32:1,19,23
33:3,7,11,14,19,24 34:1,5,7
34:9,13,16,20 35:1,4 38:1
38:23,24 39:6,7,10,14,18
39:21,25 40:3,6,11,16,19
41:11,13,18,20,23 42:2,5,6
42:10,15,19,23,25 43:4,6
43:10,16,19,22,24,25 44:6
44:7,9,10,18,19,20,21 45:9
45:16,20 46:13 47:10,14,16
47:20,25 48:4,6,25 49:20
49:20,24 50:4,8,16,21
51:14 52:2,4,8,11,13,17,23
53:1,4,7,10,15,21 54:11,19
54:21,25 55:7,11 56:2,5,8

[ventures - young]

**ventures (cont.)**
56:13,16,19 57:12,13,16,22
57:25 58:9,11,15,18,22
59:1,6,8,11,15,19,20 60:13
60:17,21,25 61:2,6,22 62:1
62:15,18,20 63:1,23 64:4,6
64:9,13,15,19,25 65:3,13
66:3,4,7,12,16,20,25 67:10
67:25 68:3,15 69:15,18
70:19 71:3,9,11,16,23 72:1
72:4,7 73:5 74:4,8,14,21,25
75:5,7,12,16,25 76:13,14
76:18,21,24 77:5,11,24,25
78:2 79:10,16,18,25 80:2,5
80:8,15,22 81:1,6,16,17,19
81:21 82:5,9,16,21,25
83:13,14,15 84:4,9,17,18
84:24,24 85:6,10,22,23
86:1,17,19 88:16,22 89:1,4
89:8,22 90:7,7,17,21 91:3,9
91:11,17,20 92:24 97:23
98:7,20 99:2,7,10,17,18,22
100:1,3,22 105:22 106:2,10
108:8,15 110:23 111:3,9,14
112:3,9,12,15,16,19,20,24
113:5,10,16,21,24 114:3,8
114:14 115:5 116:11,17,23
117:11,16,22 118:18,21
119:14,17,19,25 120:4
122:4 128:3
**verbally**
8:23
**verify**
90:17
**versions**
45:23
**versus**
85:22 86:9 93:13
**vi**
51:22
**videoconference**
79:1
**villa**
35:17,18
**violation**
21:20
**violations**
6:7,10
**virsocom**
18:18,22
**vivian**
65:20 66:18 120:7 122:10
122:18 125:8
**voluntarily**
27:20

**voted**
56:7
**votes**
51:14

**w**

**wages**
68:3 84:10,18
**want**
7:20 9:2 21:8 26:22 56:24
60:1 102:13 120:22 121:7
123:23 124:11
**wanted**
19:9,16,22 20:19 50:2 68:8
70:14 73:4 101:15
**wanting**
19:10
**wants**
26:20
**waterfall**
88:9
**ways**
94:21
**webex**
2:7 4:10
**websites**
40:18
**went**
16:11 18:19 48:23 105:23
**we've**
98:19
**whatsoever**
10:11
**wholly**
53:22
**wife**
23:11 120:17 121:2,20
123:19,22
**winding**
49:10 104:1
**winmar**
110:22 111:2,4,5,8,10,11
**wish**
27:11,17 125:20,22,25
126:5,18
**wishes**
93:8
**withheld**
29:21 30:7,17
**witness**
1:7 2:14 3:3 4:17,21 5:12
10:24 13:16 26:2,16,24
31:4,16 102:10 120:24
122:9 123:9,22 124:2,4
126:22 127:2 128:4
**wondering**
123:13

**woodforest**
76:20,21,23 77:5,12,18,20
77:24 79:13,17 81:10
**words**
27:14 87:25
**work**
18:9 100:4,14 113:10
**worked**
18:6 20:16 100:1 113:5,9
**workers**
111:4
**working**
113:20 119:25 120:4,5
**world**
20:4,12
**written**
60:6 61:2,5
**wrong**
101:6,8,11

**y**

**yeah**
8:3 15:3 18:3,16 24:1 55:19
78:14 82:12 122:19 123:14
123:22,24 124:15,18 125:8
**year**
15:17,19 16:3 18:12,22
21:10 25:1 60:16,20 61:1
62:11 63:8 64:11,20 65:10
67:5 68:9 69:3,4,11,24
73:13,14 74:2,6,14,18
**years**
11:22 19:18 57:12,17,22
61:1,4,24 62:3 66:3,8 67:4
69:15 71:14 72:2,3 83:16
83:25 114:9,16
**yep**
102:15 121:24 122:15,21
122:23 123:3 127:2
**young**
19:11