UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24903-CIV-ALTONAGA/Damian

SECURITIES AND EXCHANGE
COMMISSION,

  Plaintiff,
v.

**RISHI KAPOOR**, *et al.*,

  Defendants.

_____/

## **ORDER**

  THIS CAUSE came before the Court on Plaintiff, Securities and Exchange Commission's Motion to Lift the Seal and for the Court to Instruct the Clerk of Court to Place Previously Filed Documents on the Public Docket [ECF No. 11]. The Commission requests that the Court lift the seal on this case and instruct the Clerk to place all filings, with the exception of the Complaint [ECF No. 1], Exhibit 1 to the Asset Freeze Motion [ECF Nos. 6-3–6-6], and Exhibit 5 to the Asset Freeze Motion [ECF No. 6-10 and ECF No. 6-11], on the publicly accessible docket. Because the original purpose of the seal no longer exists, it is

  **ORDERED AND ADJUDGED** that Plaintiff's Motion is **GRANTED**. The Clerk is directed to lift the seal on all documents, with the exception of the Complaint [ECF No. 1], Exhibit 1 to the Asset Freeze Motion [ECF Nos. 6-3–6-6], and Exhibit 5 to the Asset Freeze Motion [ECF No. 6-10 and ECF No. 6-11]. The Commission is directed to file redacted copies of the Complaint and Exhibits 1 and 5 to the Asset Freeze Motion.

CASE NO. 23-24903-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 2nd day of January, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record