UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-24903-CMA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

RISHI KAPOOR;
LOCATION VENTURES, LLC;
URBIN, LLC;
PATRIOTS UNITED, LLC;
LOCATION PROPERTIES, LLC;
LOCATION DEVELOPMENT, LLC;
LOCATION CAPITAL, LLC;
LOCATION VENTURES RESOURCES, LLC;
LOCATION EQUITY HOLDINGS, LLC;
LOCATION GP SPONSOR, LLC;
515 VALENCIA SPONSOR, LLC;
LV MONTANA SPONSOR, LLC;
URBIN FOUNDERS GROUP, LLC;
URBIN CG SPONSOR, LLC;
515 VALENCIA PARTNERS, LLC;
LV MONTANA PHASE I, LLC;
STEWART GROVE 1, LLC;
STEWART GROVE 2, LLC;
LOCATION ZAMORA PARENT, LLC;
URBIN CORAL GABLES PARTNERS, LLC;
URBIN COCONUT GROVE PARTNERS, LLC;
URBIN MIAMI BEACH PARTNERS, LLC; and
URBIN MIAMI BEACH II PHASE 1, LLC,

Defendants.

_____/

**NOTICE OF FILING REDACTED DOCUMENTS**

Pursuant to the Court's Order (ECF No. 12) unsealing this matter, Plaintiff Securities and Exchange Commission hereby gives notice of filing redacted copies of the Complaint (ECF No. 1) and Exhibits 1 and 5 to the Asset Freeze Motion (ECF No. 6) on the public docket.

Dated: January 3, 2024           Respectfully submitted,

By: */s/ Russell R. O'Brien*
   Russell R. O'Brien
   Trial Counsel
   Fla. Bar No. 084542
   Direct Dial: (305) 982-6341
   Email: obrienru@sec.gov

   **ATTORNEYS FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION**
   801 Brickell Avenue, Suite 1950
   Miami, FL 33131
   Telephone: (305) 982-6300
   Facsimile: (305) 536-4154