**UNITED STAPTES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

RISHI KAPOOR; et al

,

Defendants.

_____/

# Emergency *Ex Parte* Motion for Asset Freeze and Other Relief Against Defendant Rishi Kapoor

# <u>**EXHIBIT 1**</u>

Declaration of Senior Staff Counsel Jordan Cortez

## DECLARATION OF JORDAN A. CORTEZ

Pursuant to 28 U.S.C. § 1746, the undersigned declares as follows:

### I.   INTRODUCTION

1.      My name is Jordan A. Cortez.  I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      I am Senior Counsel employed by the United States Securities and Exchange Commission (the "Commission") in the Division of Enforcement.  My office is located at 801 Brickell Avenue, Suite 1950, Miami, Florida 33131.

3.      I provide this declaration in support of the Commission's emergency civil action against Defendants Rishi Kapoor ("Kapoor"), Location Ventures, LLC ("LV"), URBIN, LLC ("URBIN"), and their subsidiaries and affiliated companies (collectively, the "Defendants").

4.      As part of the Commission's investigation of the Defendants, Commission staff obtained the following documents and information:

### II.   DOCUMENTS OBTAINED BY COMMISSION STAFF

5.      The Commission obtained the following certified records from the Division of Corporations for the State of Florida:

    a.  LV's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit A[1];

    b.  URBIN's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit B.

    c.  Patriots United, LLC's articles of organization and corporate filings, a true and

---

[1] To avoid the filing of voluminous documents with the Court, Exhibits A through V have not been filed with this declaration but will be made available to the Court upon request.

1

**EXHIBIT**

**1**

accurate copy of which is attached as Exhibit C;

d.  Location Properties LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit D;

e.  Location Development LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit E;

f.  Location Capital LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit F;

g.  Location Ventures Resources, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit G;

h.  Location Equity Holdings, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit H;

i.  Location GP Sponsor, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit I;

j.  515 Valencia Sponsor, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit J;

k.  LV Montana Sponsor, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit K;

l.  URBIN Founders Group, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit L;

m. URBIN CG Sponsor, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit M;

n.  515 Valencia Partners, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit N;

o. LV Montana Phase I, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit O;

p. Stewart Grove 1, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit P;

q. Stewart Grove 2, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit Q;

r. Location Zamora Parent, LLC's articles of organization, a true and accurate copy of which is attached as Exhibit R;

s. URBIN Coral Gables Partners, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit S;

t. URBIN Coconut Grove Partners, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit T;

u. URBIN Miami Beach Partners, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit U; and

v. URBIN Miami Beach II Phase 1, LLC's articles of organization and corporate filings, a true and accurate copy of which is attached as Exhibit V;

6. On January 4, 2023, Russell Castillo ("Castillo"), an IT Specialist at the Commission, completed a website capture of Defendants' LV and URBIN's websites. True and accurate copies of the website captures and Castillo's declaration are attached as Exhibit W.

### III.   TESTIMONY OBTAINED BY THE COMMISSION

7. On May 31, 2023, Commission staff took the testimony of Alex Kleyner. A true and accurate copy of the testimony transcript is attached as Exhibit X.

8. On August 22, 2023, Commission staff took the testimony of Defendant Kapoor.

A true and accurate copy of the testimony transcript is attached as Exhibit Y.

### IV.  RECORDS OBTAINED IN RESPONSE TO SUBPOENAS

9.  In response to a subpoena issued by the Commission on April 12, 2023, Trez Capital produced email correspondence from Defendant Kapoor dated February 4, 2022 (Bates-stamped TREZSUBP0001937-39).  A true and accurate copy of the email is attached as Exhibit Z.

10.  In response to a subpoena issued by the Commission on September 7, 2023, HMY Yacht Sales, Inc. produced its Deal File (Bates-stamped SEC-HMY-E-0000003-31).  A true and accurate copy is attached as Exhibit AA.

11.  In response to a subpoena issued by the Commission on June 28, 2023, Defendant Kapoor produced a copy of his Bank of America December 2019 checking account statement (account number ending in 3191) (Bates-stamped RK0000338-345).  A true and accurate copy is attached as Exhibit BB.

12.  In response to a subpoena issued by the Commission on April 26, 2023, Alex Kleyner produced:

  a.  Global Interest Purchase Agreement (Bates-stamped FL-4347_Kleyner_LV_LLC_0001480-1521).  A true and accurate copy is attached as Exhibit CC.

  b.  Patriots United LLC's Operating Agreement FL-4347_Kleyner_LV LLC_0001956- 1958). A true and accurate copy is attached as Exhibit DD[2].

13.  In response to a subpoena issued by the Commission on March 13, 2023, LV

---

[2] To avoid the filing of voluminous documents with the Court, Exhibit DD has not been filed with this declaration but will be made available to the Court upon request.

produced:

    a. Written consents (Bates-stamped LV00011124-11216), true and accurate copies of which are attached as Exhibit EE;

    b. Organizational charts (Bates-stamped LV00010749-10753 and LV00011015-11017), true and accurate copies of which are attached as Exhibit FF;

    c. LV's Second Amended and Restated Operating Agreement (Bates-stamped LV00010501- 10577), a true and accurate copy is attached as Exhibit GG[3];

    d. URBIN's Operating Agreement (LV00010844-10884), a true and accurate copy is attached as Exhibit HH;

    e. Location Properties LLC's Operating Agreement (Bates-stamped LV00010333-10335), a true and accurate copy is attached as Exhibit II;

    f. Location Development LLC's Operating Agreement (Bates-stamped LV00010324-10326), a true and accurate copy is attached as Exhibit JJ;

    g. Location Capital LLC's Operating Agreement (Bates-stamped LV00010318-10320), a true and accurate copy is attached as Exhibit KK;

    h. Location Ventures Resources LLC's Operating Agreement (Bates-stamped LV00010342-10344), a true and accurate copy is attached as Exhibit LL;

    i. Location Equity Holdings, LLC's Operating Agreement (Bates-stamped LV00010327-10329), a true and accurate copy is attached as Exhibit MM;

    j. Location GP Sponsor LLC's Operating Agreement (Bates-stamped LV00010330-10332), a true and accurate copy is attached as Exhibit NN;

---

[3] To avoid the filing of voluminous documents with the Court, Exhibits GG through ZZ have not been filed with this declaration but will be made available to the Court upon request.

k.   515 Velancia Sponsor LLC's Amended and Restated Operating Agreement (Bates-stamped LV00010154-10156), a true and accurate copy is attached as Exhibit OO;

l.   URBIN Founders Group, LLC's Operating Agreement (Bates-stamped LV00010885-10923), a true and accurate copy is attached as Exhibit PP;

m.   515 Valencia Partners, LLC's Amended and Restated Operating Agreement (Bates-stamped LV00010106-10153), a true and accurate copy is attached as Exhibit QQ;

n.   LV Montana Phase 1 Operating Agreement (Bates-stamped LV00010348-10389), a true and accurate copy is attached as Exhibit RR;

o.   Stewart Grove 1, LLC's Second Amended and Restated Operating Agreement (Bates-stamped LV00010438-10440), a true and accurate copy is attached as Exhibit SS;

p.   Stewart Grove 2, LLC's Amended and Restated Operating Agreement (Bates-stamped LV00010441-10443), a true and accurate copy is attached as Exhibit TT;

q.   URBIN Coral Gables Partners LLC's Operating Agreement (Bates-stamp LV00010924-10956), a true and accurate copy is attached as Exhibit UU;

r.   URBIN Coconut Grove Partners LLC's Operating Agreement (Bates-stamped LV00010800-10843), a true and accurate copy is attached as Exhibit VV;

s.   URBIN Miami Beach Partners, LLC's Operating Agreement (Bates-stamped LV00010957-11012), a true and accurate copy is attached as Exhibit WW;

t.   1505 Ponce Partners LLC's Operating Agreement (Bates-stamped LV00009948-10009), a true and accurate copy is attached as Exhibit XX;

u.   Redlands Phase I LLC's Operating Agreement (Bates-stamped LV00010390-10437), a true and accurate copy is attached as Exhibit YY;

6

v.   551 Bayshore Partners LLC's Amended and Restated Operating Agreement (Bates-stamped LV00010157-10232), a true and accurate copy is attached as Exhibit ZZ;

w.   QuickBooks files (Bates-stamped LV00000002-15 and LV00011025-11063);

x.   Sage Data (Bates-stamped LV00000016-4886 and LV00011064-LV00011101);

y.   Tax Returns (Bates-stamped LV00004887-9947);

z.   Financial statements and reports (Bates-stamped LV00011018-11024); and

aa.   Financial data (Bates-stamped LV00011102-11121).

True and accurate copies of correspondences sent in connection with the production(s) are attached as Exhibit AAA.

14.   In response to subpoenas issued by the Commission on February 23, 2023, and May 4, 2023, Bank of America produced documents associated with the following accounts:

a.   1505 Ponce Partners, LLC's account ending in 6996;

b.   515 Valencia Partners, LLC's account ending in 2161;

c.   LV Bayshore Partners LLC's account ending in 2626;

d.   800 Dixie Partners LLC's accounts ending in 6868 and 9134;

e.   8325 Cheryl Lane LLC's account ending in 6042;

f.   Location Capital, LLC's account ending in 8410;

g.   Location Development, LLC's account ending in 5835;

h.   Location Properties, LLC's account ending in 8258;

i.   Stewart Grove 1, LLC's account ending in 2744;

j.   URBIN's account ending in 3263;

k.   URBIN Coconut Grove Partners, LLC's account ending in 3302;

l.   URBIN Coral Gables Partners, LLC's account ending in 3014;

7

m.  URBIN Miami Beach Partners LLC's account ending in 5493;

n.  URBIN's account ending in 3263; and

o.  LV Bayshore SPE LLC's account ending in 6257.

A true and accurate copy of the records custodian certification(s) sent in connection with the production(s) is attached as Exhibit BBB.

15.    In response to subpoenas issued by the Commission on February 23, 2023, May 8, 2023, and July 5, 2023, Woodforest National Bank produced documents associated with the following accounts:

a.  1505 Ponce Partners, LLC's account ending in 1244;

b.  LV Bayshore Partners LLC's account ending in 1880;

c.  551 Bayshore Partners, LLC's account ending in 1160;

d.  Location Capital LLC's account ending in 1450;

e.  Location Development LLC's account ending in 1393;

f.  Location Properties LLC's account ending in 1385;

g.  Location Ventures Resources, LLC's account ending in 1459;

h.  URBIN Coconut Grove Partners, LLC's account ending in 0725;

i.  URBIN Commodore Residential II SPE, LLC's account ending in 2879;

j.  URBIN Miami Beach Partners LLC's account ending in 1236;

k.  URBIN's account ending in 6400;

l.  Stewart Grove 1, LLC's account ending in 6319; and

m.  800 Dixie Partners LLC's account ending in 6392.

A true and accurate copy of the records custodian certification(s) sent in connection with the production(s) is attached as Exhibit CCC.

8

16.     In response to a subpoena issued by the Commission on April 8, 2023, FirstCitizens Bank produced documents associated with the following accounts:

      a.   515 Valencia Partners, LLC's account ending in 7583;

      b.   URBIN Coconut Grove Partners, LL's account ending in 0033;

      c.   URBIN Coral Gables Partners, LLC's account ending in 6536; and

      d.   URBIN's account ending in 6544.

A true and accurate copy of the records custodian certification(s) sent in connection with the production(s) is attached as Exhibit DDD.

17.     In response to a subpoena issued by the Commission on April 3, 2023, Pedro M. Gallinar & Associates, P.A. ("PMGA") produced documents related to services rendered by PMGA (Bates-stamped SEC-PMGA-E-0000001-19816 and SEC-PMGA-P-0000001-486). A true and accurate copy of the records custodian certification sent in connection with the production is attached as Exhibit EEE.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith. Executed on this _21_ day of December 2023.

                                      JORDAN A. CORTEZ

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FL-04347

### DECLARATION OF RUSSELL CASTILLO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.  My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C.  As part of my duties, I have been trained to preserve various forms of online content.  For investigation # FL-04347. I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3.  In support of investigation number FL-04347, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's:

    https://location.ventures/

    https://location.ventures/projects/8325-cheryl-lane/

    www.villavalencia.com

    www.maninfra.com

    www.miclglobal.com

    https://urbincondos.com/

4.  I completed the above mentioned internet preservation on January 4, 2023, using the following tools:

    Fireshot Pro/Video Downloader Ultimate

    The above listed tools are commonly used to preserve internet content.

5.  I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage. Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager.  The sealed internet preservation has been labeled FL-04347, and saved to the following location:

    K:\Other_Projects\Webcaptures\imagefiles

6.  I also saved a copy of the above mentioned internet preservation along with this declaration to a network share.  The location for this network share is provided below:

    \\tsclient\K\Other_Projects\Webcaptures\Websites

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

*Russell Castillo*

[Russell Castillo]

Executed on this 4th day of January 2023

**EXHIBIT**

**W**

Case 1:23-cv-24903-CMA   Document 14-2   Entered on FLSD Docket 01/03/2024   Page 12 of 190



**ABOUT US**

Location Ventures is an integrated real estate platform that provides comprehensive investment, development, management, marketing, and sales for residential and mixed-use properties in the South Florida market and beyond. What does that mean? We invest in one-of-a-kind living experiences that make the highest and best use of unique development locations.

LEARN MORE



**BUSINESS AREAS**

### Location Capital

A private real estate investment and asset management division that raises capital to invest in premium locations and premier developers.

LEARN MORE

### Location Development

Focused on developing architecturally significant living experiences to key markets in South Florida.

LEARN MORE

### Location Properties

A full-service real estate sales and marketing team that offers comprehensive buyer, seller, and investor services to both property owners and developers.

LEARN MORE



Let's work together →

Case 1:23-cv-24903-CMA   Document 14-2   Entered on FLSD Docket 01/03/2024   Page 13 of 190



Say Hello!

**OFFICE**

299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

Our team has the skills to move your business in the real estate marketplace. Contact us today to learn more.

NAME

EMAIL

PHONE

YOU ARE A

VENDOR

YOUR MESSAGE

SEND

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**LINKS**
Home
Company
Development
Projects
Team
Contact

**CONNECT**
Facebook
Instagram

**LOCATION COMPANIES**
Location Capital
Location Properties

**CONTACT**
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**SUBSCRIBE TO NEWSLETTER**

SUBSCRIBE

LOCATION
VENTURES



Home    Company    Development    Projects    News    Team    Contact

## Location Ventures

Location, they say, is the most important thing in real estate. But for us, this isn't where the story ends. It's only the first step in a unique journey. Location Ventures is a unique real estate platform that provides comprehensive investment, development, management, marketing and sales for residential and mixed-use properties.

What does that mean? Simply put, we invest in one-of-a-kind living experiences that make the highest and best use of unique development locations.

For some projects, that means investing capital, for others that means crafting a one-of-a-kind living experience from ideation to completion. Our portfolio contains a mix of ultra-luxury single-family homes, boutique condo developments, and a soon-to-be hip urban colive and cowork space where young professionals live, work and engage in one environment.

The common thread woven through all of what we do is our relentless desire to help create one thing —the home of tomorrow. Thoughtfully designed, fully connected – inside and out.

Let's work together 

## Creating Value Through Real Estate

Location Ventures generates a return on capital through managed funds that invest VE in premium locations and premier developers. By investing in premier projects, we bring value to our target communities through new construction and the transformation of existing properties.



| 865 | $400m | 10 |
|---|---|---|
| SHOTS OF EXPRESSO | IN DEVELOPMENT | MEETINGS A DAY |

## Our Design Philosophy

Our philosophy is created around four pillars: design, nature, technology, and wellness. With a vision to reflect the way we live, our projects are designed to make a positive impact on the resident, providing seamless access to the natural world, full-technology integration, and elegant wellness solutions in thoughtfully-designed spaces.

| 01 | 02 | 03 |
|---|---|---|
| Nature | Technology | Wellness |
| We believe in bringing natural tranquility to the lived environment. In each of our projects, we plan for extensive landscaping and lush gardens, sometimes increasing the natural flora up to 80% more. The indoor-outdoor lifestyle capitalizes on South Florida's climate, provides balance to hardscapes and creates a healthier atmosphere. | Our approach to real estate utilizes technology during every step – from acquisition to completion – for a fully integrated experience. We use 3D techniques and digital experiences to showcase our vision, and use home automatization for the control of lighting, security, audio and more, into the project. We believe in technology that elevates daily living. | To us, wellness is not just a buzzword, it's a way of life. In each of our projects, we are comprehensive about solutions that will enhance day-to-day living. This means providing wellness systems – air circulation, wellness lighting – and amenities – a hammam, yoga terrace, gym – that holistically enrich the body and the soul. |

**LINKS**
Home
Company
Development
Projects
Team
Contact

**CONNECT**
Facebook
Instagram

**LOCATION COMPANIES**
Location Capital
Location Properties

**CONTACT**
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**SUBSCRIBE TO NEWSLETTER**
SUBSCRIBE

LOCATION
VENTURES



LOCATION
VENTURES

Home    Company    Development    Projects    News    Team    Contact

# Development

### Single-Family

Location Development is active in the residential space with a focus on ultra-luxury single-family homes. Current projects include homes designed by Cesar Molina and Max Strang.

### Multi-Family

Our multi-family projects range from boutique condos with niche targets to luxury high-rises and forward-thinking co-live concepts in the urban core.

### Renovations

Part of our development ethos includes the rehabilitation of existing property to market standard through thoughtful design and well executed plans.

## Our Philosophy
—

Founded as the development services arm of Location Ventures, Location Development is a leading South Florida developer whose projects embody the South Florida lifestyle and showcase a vision creating unparalleled living experiences.

Our mission is to create "exceptional living experiences in premium locations" using advanced 3D techniques to bring the building and living experience to life for our customers. We do this through partnering with leading South Florida experts to help achieve our vision in structural architecture, landscape architecture, home technology and interior design.

Everything we conceptualize is conceived in incredible detail and designed to serve the lifestyle needs of visionary buyers and renters. We value relaxation, convenience, wellness, connections between people, and culture; and we believe in bringing natural tranquility to the lived environment. Obsessive detail is our hallmark, and every project we build offers a tailored experience at every touchpoint – from our high-rise ultra luxury condos to micro-unit co-live concepts.

We specialize in using a carefully crafted build program with intelligent layouts and seamless technology and utilize an immersive 3D experience to bring the process to life. We do all of this, while ensuring that all our developments place an emphasis on wellness and a connection to the natural world.

In our single-family residences, we incorporate extensive water features, true in-home spas, abundant natural light, intuitive floor plans, and discrete features like hidden storage and quietly integrated technology. These details carry through to our condo and rental concepts, where we incorporate thoughtful finishes, cutting-edge amenities, extensive landscaping and garden areas for outdoor experiences, bespoke building and community programming, and landmark retail that shares our vision for an attuned world.



Let's build something together →



# Acquire, Design, Build and Manage

Our development process starts from acquiring property and extends through the design process to construction, while remaining on schedule, minimizing risk and maximizing value. From end-to-end construction and management, Location Development does it all.

    

| 01 | 02 | 03 | 04 |
|---|---|---|---|
| **Acquire** | **Design** | **Build** | **Manage** |
| We identify market opportunities in premium locations while striving to practice financial discipline, conservative risk assessment, and flexibility to deliver value to our projects. | Our experienced project managers work strategically with our partners to create a design and program for projects that add value to the property and align with our core philosophy. | Construction is closely overseen to ensure quality, on-time delivery and cost-effectiveness, and to maximize owner investment while also taking into consideration of the project's needs. Every project has a dedicated GC and we work with a network of trusted resources with established relationships. | Location Development is a fully-integrated build-manage operator and we take an active management role of multi-family and commercial projects, ensuring that investments are optimally performing long after they are constructed. |

**WHAT THEY SAY**

"What we like about the team is their idea to bring together all these people, the best in the business really, to tackle the top end market."

*Winmar Construction*

• • •



## Ready to Get Started?

**OFFICE**
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-581-6620

Contact us today to learn more about our process and how we can bring your project to life.

NAME

EMAIL

PHONE

YOU ARE A

VENDOR

YOUR MESSAGE

SEND

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**LINKS**

Home

Company

Development

Projects

Team

Contact

**CONNECT**

Facebook

Instagram

**LOCATION COMPANIES**

Location Capital

Location Properties

**CONTACT**

299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**SUBSCRIBE TO NEWSLETTER**

SUBSCRIBE

LOCATION
VENTURES

 LOCATION VENTURES

Home    Company    Development    Projects    News    Team    Contact

## Unparalleled Living in  South Fl

From micro-unit rental projects to ultra-luxury single family homes, our philosophy is to create real estate that provides unparalleled experiences in premium locations.

ALL    SINGLE FAMILY    MULTI FAMILY    COMMERCIAL    CONDO DEVELOPMENT    RENOVATIONS


The EDITION Residences Fort Lauderdale
Condo Development


URBIN
Commercial


FORUM
Commercial


Commodore Inn the Grove
Multi Family


Orduna Court
Multi Family


Villa Valencia
Condo Development


3620 Stewart Ave
Single Family Home


3610 Stewart Ave
Single Family Home


8325 Cheryl Lane
Single Family Home

**LINKS**
Home
Company
Development
Projects
Team
Contact

**CONNECT**
Facebook
Instagram

**LOCATION COMPANIES**
Location Capital
Location Properties

**CONTACT**
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**SUBSCRIBE TO NEWSLETTER**

SUBSCRIBE

 LOCATION VENTURES



## The EDITION Residences Fort Lauderdale

| **Architect** Garcia Stromberg | **Interior Designer** Clodagh | **Location** Fort Lauderdale Beach, Florida | **Completion** 2023 |

The EDITION Residences in Fort Lauderdale Beach comprises 65 luxury residences in a modern setting designed by South Florida architect Garcia Stromberg. Created for the indoor/outdoor lifestyle, residents will experience tropical modernism from the comfort of their home in a setting that truly defines South Florida living. The dual-story waterfront building rising 11 stories embraces the natural surroundings of the tropical greenery and aquatic hues of the bay, at the cusp of the Intracoastal waterfront and just minutes to white sands.

### Features & Amenities

- Grand Lobby Entrance with Intracoastal Views
- Spacious indoor/outdoor residence layouts with only 4 residences per floor
- Wellness Program with Fitness center and program for yoga, pilates and mindfulness
- Spa with Hammam, steam and sauna, as well as treatment room
- Resort-Style Pool and Relaxation Deck
- Lap Pool with swim lane and sunbeds
- 24/7 Attended Lobby with Concierge
- Secure Parking with resident and Guest Valet







LINKS
Home
Company
Development
Projects
Team
Contact

CONNECT
Facebook
Instagram

LOCATION COMPANIES
Location Capital
Location Properties

CONTACT
399 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

SUBSCRIBE TO NEWSLETTER

SUBSCRIBE

LOCATION
VENTURES

Captured by FireShot Pro: 03 January 2023, 14:33:52



| URBIN LIVE | URBIN WORK | URBIN RETREAT |
|---|---|---|
| URBIN Coconut Grove → | URBIN Coconut Grove → | URBIN Miami Beach → |
| URBIN Coral Gables → | URBIN Coral Gables → | |

**Co-Live, Work, and Wellness Platform**

A new co-live, work, and wellness concept by the name of URBIN is set to launch in South Florida by the end of the year. Backed by Miami-based developer Location Ventures, URBIN aims to provide affordability, sustainability and mobility to tenants in core urban neighborhoods across the world, starting right here in South Florida.

URBIN is on a mission to help solve three of the great challenges of modern urban living – affordability, mobility and sustainability. The key to URBIN's mission to make great living experiences affordable is to own and operate real estate, allowing the brand to pass on superior pricing opportunities to members. On the co-living side, furnished units will start at $1000/mo, while desk space at the coworking space will start at $350/mo. Amenities across the platform will include a gym, spa, storage, and communal areas alongside opt-in services such as a meal service, housekeeping and personal training.

"Affordability, mobility and sustainability – these are three great challenges of our time, and URBIN offers a solution." Rishi Kapoor, CEO & Founder, Location Ventures

As a responsible, circular community, URBIN will aim to adhere to sustainability standards that include renewable energy and water capture, treatment and reuse on every site. According to recent studies, the environmental carbon impact of one dense tower is the equivalent of 1000 gasoline cars per day. At future ground up sites, URBIN will aim to achieve energy and water independence to offset carbon impact and showcase how developments can still be environmentally responsible.

The brand's vision is to have 100 locations open worldwide in the next 10 years, providing members an unparalleled mobile network that allows them to live and work across South Florida and eventually, across the globe.

In addition to urban cities, plans are underway for URBIN to also launch in resort and university locations, expanding the concept to vacation locales and college towns.

| LINKS | CONNECT | LOCATION COMPANIES | CONTACT | SUBSCRIBE TO NEWSLETTER |
|---|---|---|---|---|
| Home | Facebook | Location Capital | 299 Alhambra Circle, | |
| Company | Instagram | Location Properties | Ste. 510 | SUBSCRIBE |
| Development | | | Coral Gables, FL 33134 | |
| Projects | | | | |
| Team | | | T: 786-701-6724 | |
| Contact | | | | |

Captured by FireShot Pro: 03 January 2023, 14:33:56



## FORUM

| Project Type | Architect | Location | Role |
|---|---|---|---|
| Commercial, Cowork | In-House Team | Coral Gables, FL | Owner / Operator |

**BRINGING WORK TO LIFE**

**YOUR WORKSPACE IN DOWNTOWN CORAL GABLES**

FORUM was founded with the idea to rethink what a co-working space should be: a mindfully-designed, collaborative environment that creates an atmosphere of success, supports business and fosters a community of engagement. Location in downtown Coral Gables, every inch of FORUM has been thoughtfully considered to provide the highest level of comfort and efficiency in the workplace.

FORUM offers various membership levels created to suit the needs of entrepreneurs, freelancers, startups and enterprise businesses. All-inclusive rates and turn-key services allow members to focus on the business – we manage the rest.

**SPACE**
- WORKSPACE
- MEETING ROOMS
- KITCHEN & LOUNGE
- BREAKOUT NOOKS
- PHONE BOOTHS

**SECURITY**
- SECURE ACCESS
- GUEST CHECK-IN
- ON SITE AFTER
- HOURS SECURITY BUSINESS SERVICES

**BUSINESS SERVICES**
- ADMIN SUPPORT
- CONSULTING SERVICES
- NETWORKING SUPPORT
- WORKSHOPS

**TECHNOLOGY**
- HIGH SPEED WIFI
- DEDICATED ETHERNET
- DEDICATED PHONE LINE
- MEMBER PORTAL
- ONLINE BILL PAY

**COMMUNITY**
- MEMBER EVENTS
- NETWORKING MEETUPS
- PANELS & TALKS
- SEMINARS

**SUPPORT SERVICES**
- COMMUNITY MANAGER
- PRINTING & COPYING CENTER
- PACKAGE & MAIL CENTER
- CLEANING













**LINKS**
Home
Company
Development
Projects
Team
Contact

**CONNECT**
Facebook
Instagram

**LOCATION COMPANIES**
Location Capital
Location Properties

**CONTACT**
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**SUBSCRIBE TO NEWSLETTER**

SUBSCRIBE

LOCATION
VENTURES



## Commodore Inn the Grove

| Development Type | Architect | Location | Role |
|---|---|---|---|
| Multi-Family | N/A | Coconut Grove, FL | Owner / Operator |

Commodore Inn The Grove is the primary choice for extended-stay housing for Miami, Florida. Located in the heart of Coconut Grove, Commodore Inn the Grove offers 20 temporary and corporate short-term or long-term furnished apartments. Stay from one month to a year; the apartments are the perfect solution to make a relocation feel like a vacation.

Located in the heart of Coconut Grove, Commodore Inn The Grove is steps to shopping, dining, and many attractions in the neighborhood.

**Features & Amenities**

- Full-Size Equipped Kitchens
- Washer & Dryer In Unit
- Stereo System with CD & Flat Screen TV
- Direct-Dial Phones for Unlimited Calling

- FREE WIFI and Ethernet Connection
- Electronic Door Locks & Intercom Systems
- Parking in Secure Parking Garage
- Mail and Package Lockers



Case 1:23-cv-24903-CMA   Document 14-2   Entered on FLSD Docket 01/03/2024   Page 25 of 190











**LINKS**
Home
Company
Development
Projects
Team
Contact

**CONNECT**
Facebook
Instagram

**LOCATION COMPANIES**
Location Capital
Location Properties

**CONTACT**
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T. 786-701-6734

**SUBSCRIBE TO NEWSLETTER**
SUBSCRIBE

LOCATION
VENTURES



# Orduna Court

| Development Type | Architect | Location | Completed |
|---|---|---|---|
| Multi-Family | Renovation | Coral Gables | 2018 |

Orduna Court is a tropical-modern boutique building with 24 spacious 2- and 3-bedroom units equipped with the latest home technology and featuring spacious terraces. Located in the heart of Coral Gables near the University of Miami, the building has also been renovated to include thoughtful amenities including a resort-style pool, BBQ area, bike racks, and private storage. There is a gated and secure covered parking garage with 42 spaces.

The property is the result of a an assemblage of all 24 condo units in the building. There are 4 large penthouse units that span two floors. Renovation of all residences started in 2017 to raise the property level to market value with new flooring, cabinetry, lighting and fixtures. Rents start at $2950, averaging $3.95/SF.

**Amenities**

- Pool
- BBQ Entertainment Area
- Storage Areas
- Covered Parking Garage



**LINKS**
Home
Company
Development
Projects
Team
Contact

**CONNECT**
Facebook
Instagram

**LOCATION COMPANIES**
Location Capital
Location Properties

**CONTACT**
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**SUBSCRIBE TO NEWSLETTER**

SUBSCRIBE



# Villa Valencia

| Development Type | Architect | Location | Completed |
|---|---|---|---|
| Condo Development | Hamed Rodriguez Architects<br>CMA Design Studio | Coral Gables | Expected 2021 |

Villa Valencia is a distinguished collection of 39 ultra-luxury residences, just steps to the modern side of Coral Gables. The new Coral Gables classic, private residences are available from $1.8 million.

Inspired by Coral Gables' rich history of Mediterranean architecture and glamorous living, Villa Valencia offers residents a modern living experience at the nexus of the past, present and future with refined finishes, thoughtful amenities, and access to an urban lifestyle that defines how we live today, and the future tomorrow.

**Features & Amenities**

- Spacious Open Floor Plans
- Deep, Wide Terraces
- Lush Landscaping and Hammock Garden
- Elegant Fixtures & Finishes
- Subzero and Wolf appliances
- Designer Vanities and Custom Closets
- Customized Home Technology System
- Hurricane Impact Resistant, Energy-Efficient Windows

- Indoor / Outdoor Resident Living Room
- Media Study with Golf Simulator
  Resort-Style Pool and Spa
- Summer Kitchen and Outdoor Dining
- Spa Program with Hammam, Steam and Hydrotherapy Pool
- Gym & Fitness Area
- Valet Parking

**LINKS**
Home
Company
Development
Projects
Team
Contact

**CONNECT**
Facebook
Instagram

**LOCATION COMPANIES**
Location Capital
Location Properties

**CONTACT**
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**SUBSCRIBE TO NEWSLETTER**

SUBSCRIBE





## 3620 Stewart Ave

Stewart Avenue is an four-floor luxury personal resort in a gated area of Coconut Grove in Miami, Florida. Spanning 10,000 square feet, the home has 4 bedrooms and 4 bathrooms alongside open plan living and dining as well a media study and master apartment. On the ground level, the hydrotherapy program includes a hammam, wet spa, and resort-style pool. The multi-level home is ideal for entertaining with indoor / outdoor spaces on every living level – a rooftop sky terrace places residents in the treetops for a truly unique home living experience. The home was designed by modernist and leading architect Max Strang of [STRANG] architecture.

**Features & Amenities**

- Integrated Indoor/ Outdoor Lifestyle
- Lush Landscaping and Gardens
- Elegant European Fixtures & Finishes
- Subzero and Wolf appliances
- Designer Vanities and Custom Closets
- Customized Savant Home Technology System
- Hurricane Impact Resistant, Energy-Efficient Windows
- Rooftop Entertainment Area
- Home Spa Program with Hammam
- Gym & Fitness Area
- 360-Master Suite Program

**Development Type**
Single-Family

**Architect**
[STRANG]

**Location**
Coconut Grove

**Completed**
Expected 2020





LINKS
Home
Company
Development
Projects
Team
Contact

CONNECT
Facebook
Instagram

LOCATION COMPANIES
Location Capital
Location Properties

CONTACT
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

SUBSCRIBE TO NEWSLETTER

SUBSCRIBE

LOCATION
VENTURES

Captured by FireShot Pro: 03 January 2023, 14:34:30



**3610 Stewart Ave**

| Development Type | Architect | Location | Completed |
|---|---|---|---|
| Single-Family | CMA Design Studio | Coconut Grove | Expected 2020 |

Stewart Avenue is a tropical-inspired personal resort in a gated area of Coconut Grove in Miami, Florida. The home centers around a large center open-air atrium blending the outside with the inside. Stewart features a flow through living and dining area for entertaining as well as a master apartment with his-and-hers dressing rooms, junior suites, and a media study. The ground floor is dedicated to a life well lived with a summer kitchen, resort pool, spa, fire pit and water features. The home is designed by leading South Florida architect Cesar Molina of CMA Design Studio.

**Features & Amenities**

- Integrated Indoor/ Outdoor Lifestyle
- Lush Landscaping and Gardens
- Elegant European Fixtures & Finishes
- Subzero and Wolf appliances
- Designer Vanities and Custom Closets
- Customized Savant Home Technology System

- Hurricane Impact Resistant, Energy-Efficient Windows
- Rooftop Entertainment Area
- Home Spa Program with Hammam
- Gym & Fitness Area
- 360-Master Suite Program

**LINKS**
Home
Company
Development
Projects
Team
Contact

**CONNECT**
Facebook
Instagram

**LOCATION COMPANIES**
Location Capital
Location Properties

**CONTACT**
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**SUBSCRIBE TO NEWSLETTER**

SUBSCRIBE

LOCATION VENTURES

Captured by FireShot Pro: 03 January 2023, 14:34:34

Page 20
8325 Cheryl Lane - Location Ventures : Location Ventures
https://location.ventures/projects/8325-cheryl-lane/



# 8325 Cheryl Lane

| Development Type | Architect | Location | Sold |
|---|---|---|---|
| Single-Family | CMA Design Studio | Ponce Davis | May 2021 |

Cheryl Lane is a luxury personal resort located in Ponce Davis, Miami, and designed by CMA Design Studio. This truly exceptional, high-quality residence embodies the South Florida lifestyle, sold in May 2021 for a record-breaking $11.8M for a non-waterfront lot. Spanning two floors, the home features 6 bedrooms, including a master suite and three guest suites, 7 bathrooms, 3 half bathrooms, a media room, and a suite of thoughtful amenities. A singular blend of the natural environment and sophisticated timeless design, Cheryl Lane offers residents the ultimate personal resort in a private setting.

### Features & Amenities

- Integrated Indoor/ Outdoor Lifestyle
- Lush Landscaping and Gardens
- Elegant European Fixtures and Finishes
- Subzero and Wolf appliances
- Designer Vanities and Custom Closets
- Customized Savant Home Technology System
- Hurricane Impact Resistant, Energy-Efficient Windows
- Temperature-Controlled Wine Room
- Outdoor Entertainment Area
- Home Spa Program with Hammam and Hydrotherapy Pool
- Gym & Fitness Area with Massage Room
- 360-Master Suite Program



Captured by FireShot Pro: 03 January 2023, 14:34:43





LINKS
Home
Company
Development
Projects
Team
Contact

CONNECT
Facebook
Instagram

LOCATION COMPANIES
Location Capital
Location Properties

CONTACT
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

SUBSCRIBE TO NEWSLETTER

SUBSCRIBE





# News



### 1505 Ponce in South Florida Business Journal

Location Ventures' latest project, 1505 Ponce was recently featured in South Florida Business Journal article "Location Ventures buys site for Coral Gables condo".



### URBIN Miami Beach in The Next Miami

Location Ventures project URBIN Miami Beach was recently featured in The Next Miami article "URBIN Miami Beach Breaks Ground, With 44-65 Units Sold Out", highlighting our recent groundbreaking event.



### CEO Rishi Kapoor in The Real Deal

Location Ventures CEO Rishi Kapoor was recently featured in The Real Deal article "We're at the teenage years of Miami", here's pin developer's one opportunity. Highlighting Rishi's recent participation in Real Deal showcase panel with Alex Witkoff EVP of Development at Witkoff.



### EDITION Residences Fort Lauderdale in Luxury Travel Magazine

EDITION Residences Fort Lauderdale featured in Luxury Travel Magazine, highlighting the prime real estate of the Intracoastal Waterway.



### 1505 Ponce in Miami Today

Location Ventures' latest luxury condominium project 1505 Ponce was recently featured in Miami Today article highlighting recent approval from Coral Gables.



### The EDITION Residences Fort Lauderdale in MSN

The EDITION in MSN article "Edition Hotels is Opening Stand-alone Residences in Fort Lauderdale" touching up on the growing demand for luxury branded residences.



### EDITION Residences Fort Lauderdale in Yahoo Life

The EDITION Residences Fort Lauderdale in Yahoo Life article "Edition Hotels Is Opening Stand-Home Residences in Fort Lauderdale".



### Rishi Kapoor & The EDITION Residences in The Real Deal

CEO of Location Ventures Rishi Kapoor was recently featured in The Real Deal, touching up on the recent launch of The EDITION Residences Fort Lauderdale.



### EDITION Residences Fort Lauderdale in Robb Report

Location Ventures is proud to announce alongside Marriott Hotels the launch of our latest luxury condominium project, EDITION Residences Fort Lauderdale featured in Robb Report.



### CEO Rishi Kapoor The City Beautiful

Location Ventures CEO was recently featured in The City Beautiful Article titled "Want to know What Comprises the Gables Economy? Small Businesses".

1  2  3  …  11  Next »

## Search

**RECENT POSTS**

1505 Ponce in South Florida Business Journal

URBIN Miami Beach in The Next Miami

CEO Rishi Kapoor in The Real Deal

EDITION Residences Fort Lauderdale in Luxury Travel Magazine

1505 Ponce in Miami Today

**CATEGORIES**

Company News

Press

Project Updates

Uncategorized

**TAGS**

Coral Gables   Volume Count
Real Estate   The City Beautiful
The Real Deal   URBIN
Witz Ventures

LINKS          CONNECT          LOCATION COMPANIES          CONTACT
Home           Facebook         Location Capital              295 Alhambra Circle,
Company        Instagram        Location Properties           Ste. 510
Development                                                   Coral Gables, FL 33134
Projects
Team                                                          ✆ 786-701-6724
Contact

SUBSCRIBE TO NEWSLETTER



**LOCATION** VENTURES

Home   Company   Development   Projects   News   Team   Contact

PRESS |

# 1505 PONCE IN SOUTH FLORIDA BUSINESS JOURNAL

DECEMBER 9, 2022

Location Ventures' latest project '1505 Ponce' was recently featured in South Florida Business Journal article "Location Ventures buys site for Coral Gables condo".

From the article.

Location Ventures paid $35.6 million for a condo development site in Coral Gables, according to several parties involved in the deal.

TWJ 1505 LLC, an affiliate of Miami-based Florida East Coast Realty, led by Tibor Hollo, sold the 1.56-acre site at 1505 Ponce de Leon Blvd., plus 122 and 126 Menores Ave., to 1505 Ponce SPE LLC, an affiliate of Coral Gables-based Location Ventures, led by CEO Rishi Kapoor. The property is mostly vacant, but it has a 97-year-old apartment complex that will be preserved and renovated to host restaurants.

The developer secured a $20 million land acquisition loan from Miami-based Vertix Group, led by Albert Arioso and Patricio Filippi.

The city approved the project for nearly 500,000 square feet, with 87 residences, 10,500 square feet of retail and 319 parking spaces. There would be an amenity deck on the fourth floor.

Amenities would include a spa with a steam room and sauna, plus a full board room for private meetings. There would also be a public dog park outside the building along Mendoza Avenue.

Kapoor said he intends to launch sales in January and break ground in the second half of 2023.

"We will be out in the market over the next couple of months looking for construction financing," Kapoor said. "Now, it's about getting through permitting and launching pre-sales."

He hasn't finalized the name and branding of the project.

Most of the condos would be three or four bedrooms, with a small collection of one- and two-bedroom units. Pricing would start in the high $1 million range, or about $1,000 a square foot.

Coral Gables-based Harned Rodriguez Architects designed the building. The sellout value of the project would be north of $350 million.

While condo sales have slowed in Miami-Dade County over the past year because of higher interest rates, there are still many wealthy people moving here that are seeking high-end condos and homes.

Read on South Florida Business Journal **HERE**

🔍 Search

**RECENT POSTS**

1505 Ponce in South Florida Business Journal

URBIN Miami Beach in The Next Miami

CEO Rishi Kapoor in The Real Deal

EDITION Residences Fort Lauderdale in Luxury Travel Magazine

1505 Ponce in Miami Today

**CATEGORIES**

Company News

Press

Project Updates

Uncategorized

**TAGS**

Coral Gables | Orduna Court | Real Estate | The City Beautiful | The Real Deal | URBIN | Villa Valencia

**LINKS**

Home
Company
Development
Projects
Team
Contact

**CONNECT**

Facebook
Instagram

**LOCATION COMPANIES**

Location Capital
Location Properties

**CONTACT**

299 Alhambra Circle, Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**SUBSCRIBE TO NEWSLETTER**

SUBSCRIBE

**LOCATION** VENTURES

Case 1:23-cv-14803-CMA   Document 14-2   Entered on FLSD Docket 01/03/2024   Page 35 of 190



THE NEXT MIAMI

UNCATEGORIZED
## URBIN MIAMI BEACH IN THE NEXT MIAMI
DECEMBER 8, 2022

Location Ventures project URBIN Miami Beach was recently featured in The Next Miami article "URBIN Miami Beach Breaks Ground, With 43 Of Units Sold Out" highlighting our recent groundbreaking event.

From the article:

URBIN Miami Beach has broken ground, according to a press release.

43 of units are sold out.

Location Ventures is the developer with Touzet Studio the architect. Meyer Davis is designing common areas and amenities.

LOCATION VENTURES BREAK GROUND ON URBIN MIAMI BEACH

The highly anticipated occasion marked construction now underway for the first location in the URBIN brand collection, within the transforming Washington Avenue neighborhood.

MIAMI (Nov. 23, 2022) – Location Ventures – the Miami-based, integrated real estate firm that delivers thoughtfully-designed and fully-connected real estate projects – announced today the groundbreaking of URBIN Miami Beach. The milestone marks construction commencement for the first-to-market, mixed-use brand that unites design-forward residences for short- or long-term rental with co-working spaces, wellness amenities, social activations, and lifestyle-oriented retail, all in one central address.

On November 15, Location Ventures, development partners and city officials gathered at the project site, 1260 Washington Ave., for the official groundbreaking ceremony. Special guests included Miami Beach Mayor Dan Gelber, Washington Avenue Business Development Executive Director Troy Wright and Miami Beach Commissioner Alex Fernandez. Guests enjoyed breakfast hors d'oeuvres, freshly brewed coffee and sparkling wine, while learning about the future development.

URBIN Miami Beach is the first property to launch of the URBIN brand portfolio, with a second location in Coconut Grove and plans underway to further scale it say U.S. cities. With exclusive sales representation by ONE Sotheby's International Realty, URBIN Miami Beach is comprised of 49 units, which are sold out and attracted a diverse buyer demographic, including Latin America and Europe. URBIN Coconut Grove is set to break ground in 2023, with 90 percent of its residential offerings currently sold.

The URBIN development is the latest addition to the renaissance now underway for Miami Beach's Washington Avenue. Known for its prime location in the epicenter of lively culture, dining and entertainment and just blocks from the beach, efforts led by the local Business Improvement District, City of Miami Beach and private enterprises have established a healthy pipeline of new businesses and contemporary concepts that will transform the area into its next evolution.

"Following immense sales interest, we are excited to initiate the construction process for the first URBIN location at a raw moment in Miami Beach's history," said Rishi Kapoor, CEO of Location Ventures. "This property will infuse living, working and wellness into a singular location, while contributing to the quickly evolving, iconic Washington Avenue district. We selected this site because it represents our brand ethos to increase accessibility and mobility in urban cores."

The turnkey residences at URBIN Miami Beach range from 270-square-foot studios to two- to four-bedroom up to 1,334 square-feet, offering city or partial ocean views. Shared spaces, including a common kitchen, dining, and living area, will foster community, collaboration, and networking. Unit owners will have exclusive access to a lease-back program that allows stay on property for up to 90 nights per year. While away, the residence is professionally managed in-house and available for extended stay rentals.

A variety of resort-inspired services, such as valet parking, concierge, housekeeping, and room service will complement onsite amenities to create an environment to "live work-well." Residents and members of the adjacent URBIN coworking space will enjoy a rooftop with a bar lounge area and green spaces, as well as the wellness center with programming for mindfulness, movement, nourishment, and healing. Food and beverage offerings can be found at the ground-floor café and bar and gourmet market.

Catering to the increased demand for quality office space in Miami Beach, URBIN's dedicated coworking component will bring an elevated level of service to the work experience. In addition to the physical space, coworking members will have access to necessary business support tools, including consulting, administrative and networking services.

URBIN Miami Beach is designed by Touzet Studio, led by Carlos Prio-Touzet and Jacqueline Gonzalez-Touzet. The building's façade will complement the playful energy of Miami Beach, featuring geometric styles and colors found throughout the neighborhood, with a nod to its Art Deco heritage. Its common areas and amenity interiors are curated by Meyer Davis, the award-winning design studio from New York City. The property is two blocks from the beach, steps from Ocean Drive and Lincoln Road, and part of the world's largest Art Deco district.









LOCATION VENTURES

Home    Company    Development    Projects    News    Team    Contact

PRESS |

## CEO RISHI KAPOOR IN THE REAL DEAL

NOVEMBER 14, 2022

Location Ventures CEO Rishi Kapoor was recently featured in The Real Deal article "We're at the teenage years of Miami." Next-gen developers see opportunity. Highlighting Rishi's recent participation in Real Deal showcase panel with Alex Witkoff EVP of Development at Witkoff.

From the article:

Despite coming from distinct real estate legacies, developers Rishi Kapoor and Alex Witkoff see eye-to-eye on the future of real estate in Miami.

"We're at the teenage years of Miami," said Witkoff, executive vice president of development at Witkoff. "Miami used to be a boom-and-bust market. Now it's much more stable."

Location Ventures founder and CEO Kapoor and Witkoff spoke on the Next Generation panel at The Real Deal's South Florida Showcase + Forum at Mana Wynwood in Miami on Thursday. TRD South Florida Managing Editor Ina Cordle moderated the conversation.

The pair agreed that the pandemic was transformational for South Florida. The mass migration that began two years ago has been sustained with corporate relocations, creating entire ecosystems of real estate needs, they said.

"It's creating demand up and down the spectrum," said Kapoor, whose projects include the condo development Villa Valencia in Coral Gables; and The Edition Residences Fort Lauderdale, with 65 condos. He is also managing partner of URBIN, a co-living, co-working and wellness brand.

Witkoff emphasized that the pandemic wave is subsiding, but South Florida is still drawing droves of people.

"Miami has low taxes, incredible sunshine ... Florida is a state that is winning," said Witkoff, whose projects include redeveloping the former Diplomat golf club into a private golf club with 100 branded residences and a boutique hotel; 700 North Miami, a mixed-use residential project
at Miami Worldcenter; and the redevelopment of the historic Shore Club in Miami Beach.
Kapoor highlighted that the influx of people presents an opportunity to serve multiple price points, something Location Ventures is keen to do.

"For us, what's really exciting is [being able] to tap into who is coming," he said.

The pair also acknowledged the rough seas ahead, with a likely recession looming and banks tightening purse strings. Kapoor reiterated discipline and building relationships with subcontractors as key to weathering harder times...

"Storm clouds are gathering across the country," he said. "We call it sunny-side Florida for a reason."

### Search

**RECENT POSTS**

1505 Ponce in South Florida Business Journal

URBIN Miami Beach in The Next Miami

CEO Rishi Kapoor in The Real Deal

EDITION Residences Fort Lauderdale in Luxury Travel Magazine

1505 Ponce in Miami Today

**CATEGORIES**

Company News

Press

Project Updates

Uncategorized

**TAGS**

Coral Gables    Ortuna Court
Real Estate    The City Beautiful
The Real Deal    URBIN
Villa Valencia

---

**LINKS**

Home
Company
Development
Projects
Team
Contact

**CONNECT**

Facebook
Instagram

**LOCATION COMPANIES**

Location Capital
Location Properties

**CONTACT**

299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**SUBSCRIBE TO NEWSLETTER**

SUBSCRIBE

LOCATION VENTURES



EDITION RESIDENCES FORT LAUDERDALE IN
LUXURY TRAVEL MAGAZINE

NOVEMBER 4, 2022

Recently featured in Luxury Travel Magazine, **Location Ventures** project EDITION Residences Fort Lauderdale is the new generation of luxury. A boutique ultra-luxury waterfront condo with modern architecture and design, with just 65 residences starting at $3M overlooking the Intracoastal Waterway.

From the Luxury Travel Magazine article:

Known as the "Venice of America," Fort Lauderdale's 300 miles of inland waterways are a flowing ribbon of serene Intracoastal with a mosaic of grand estates and passing mega yachts. This experience is the quintessential lifestyle of this special locale, which has inspired the city's first luxury-branded residences on the Intracoastal with the introduction of EDITION Residences Fort Lauderdale. Presented by Miami-based real estate investment platform Location Ventures and Marriott International's EDITION Hotels, sales have officially launched.

Located at 551 Bayshore Drive, the residences will meticulously unite modern sophistication with cultural artistry to deliver a new kind of highly intuitive luxury. Two 11-story towers with cascading facades will connect by a grand, double-height entrance with stunning views of its waterfront setting. High-speed elevators will whisk homeowners to 65 spacious residences, with two-bedroom to four-bedroom floor plans ranging between 1,710 to 4,660 square feet, along with nine villas and four penthouses.

The essence and originality of its surroundings capture EDITION Residences Fort Lauderdale's upscale, yet laid-back ambiance through all facets. Extraordinary design is apparent with stately architecture by GS4 Studios/Garcia Stromberg and sophisticated interiors by internationally-recognized Clodagh Design. Owners will also have exclusive access to EDITION's premier hospitality offerings, such as dining, entertainment, and a curated program of world-class amenities, as well as exceptional walkability and connectivity of the central location in the "Yachting Capital of World."

"Luxury living has a different meaning for today's affluent homeowner for which they seek cultural experiences, upscale concierge services and a breadth of lifestyle amenities at their fingertips," said Rishi Kapoor, CEO of Location Ventures. "Fort Lauderdale is undergoing a renaissance that is drawing sophisticated dwellers from around the world, and EDITION is the ideal partner to fulfill their contemporary desire for authenticity, luxury and accessibility."

Residences will feature floor-to-ceiling windows and sliding doors that open to expansive private terraces. Glass railings will offer unobstructed views of the Atlantic Ocean, vast Intracoastal scenery or the vibrant Fort Lauderdale skyline. Exquisite interior finishes will shine light upon the finest materials imported from Europe, including solid wood doors, stone flooring and custom cabinetry.

Gourmet kitchens designed by ITALKRAFT will blend quality craftsmanship with functionality, including quartz countertops, custom built-ins, vertical pantries and ample storage. Premium Sub-Zero and Wolf appliances, such as induction cooktops, steam ovens and wine coolers, will pepper the space, while outdoor entertaining is made easy with a summer kitchen equipped with an electric grill and beverage center. The master bathroom will be a personal oasis with luxurious fixtures and a modern freestanding tub. Owners can also enjoy smart home capabilities and unique wellness features like circadian rhythm lighting in the primary bedroom. Upgrade options include access to a private enclosed two-car garage, private cabanas and more storage.

A dedicated valet and concierge will welcome residents' home to resort-style living with an amenity program that leaves no stone unturned. Lush tropical landscaping by Cadence will envelop the property and its 30,000 square feet of outdoor amenities, including paths leading to a relaxing outdoor meditation walkway with meditation bowls and an Intracoastal riverwalk complete with temporary dockage for small boats. A moonroof will become the ultimate nighttime retreat to wind down. In contrast, the sunroof will entertain with its multiple activity areas, including an outdoor summer kitchen, movie screen and large fire pit. An eat-in lounge with a gourmet kitchen will be host to socializing and private events, while those conducting business can work remotely with on-site conference and conversation rooms.

EDITION Residences Fort Lauderdale will boast two pools, including an oversized resort-style pool surrounded by relaxation sunbeds and private cabanas where residents can mingle while soaking up the South Florida sun. The property will also feature a Health & Wellness Center, where owners can focus on fitness and utilize designated areas for Pilates, Yoga, training and stretching. Those desiring moments for pampering can enjoy the Turkish-style hammam and steam shower, in addition to treatment, movement and quiet rooms.

"The EDITION branded residences have attracted the most discerning of buyers from around the world who are seeking a truly bespoke luxury offering," said Jay Phillip Parker, CEO of Douglas Elliman, Florida and President of Douglas Elliman Development Marketing, Florida. "We are thrilled to be working on our first project with Location Ventures which will be bringing the first branded residences to the Intracoastal in one of Florida's most attractive luxury destinations."

Long known for its mega yachts and 24 miles of golden beaches, Fort Lauderdale is currently undergoing a transformation as an international destination. The city is bustling with new chef-driven restaurants and luxury hotels, and its vibrant scene has become a magnet for new businesses and wealth migration.

"Fort Lauderdale has been quietly experiencing a renaissance over the past few years," said Sheila Fatahpour, VP, Luxury Brands & Mixed-Use Development, Marriott International. "A city that was once known as a vacation destination has morphed into one of the most attractive places to live in the U.S. with its renowned yachting, golden beaches, vibrant arts and culture scene, and recent influx of new businesses. Fort Lauderdale has emerged as a market of its own — and the EDITION Residences, Fort Lauderdale will be the perfect complement for Owners seeking a more laid-back luxury lifestyle."

EDITION Residences Fort Lauderdale is within walking distance to a plethora of leisure offerings, including the beach, culinary experiences, hotels and more. It is also in proximity to the famed Las Olas Boulevard's retail and entertainment, museums and performing arts, and is just seven miles from Fort Lauderdale-Hollywood International Airport.

Read more from the Luxury Travel Magazine article **HERE**

Pricing for EDITION Residences Fort Lauderdale begins at $3 million. For additional information, visit www.fortlauderdaleeditionresidences.com or call 754-732-8901.

RECENT POSTS

1505 Ponce in South Florida Business Journal

URBIN Miami Beach in The Next Miami

CEO Rishi Kapoor in The Real Deal

EDITION Residences Fort Lauderdale in Luxury Travel Magazine

1505 Ponce in Miami Today

CATEGORIES

Company News

Press

Project Updates

Uncategorized

TAGS

Coral Gables    Fortune Court    Real Estate    The City Beautiful    URBIN    Villa Valencia

LINKS
Home
Company
Development
Projects
Team
Contact

CONNECT
Facebook
Instagram

LOCATION COMPANIES
Location Capital
Location Properties

CONTACT
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786.701.6724

SUBSCRIBE TO NEWSLETTER

SUBSCRIBE





PRESS |

# 1505 PONCE IN MIAMI TODAY

NOVEMBER 3, 2022

Location Ventures' latest luxury condominium project *1505 Ponce* was recently featured in Miami Today article "Coral Gables project adds two parks, swaps historic rights" highlighting recent approval from Coral Gables commissioners.

From the article:

A 16-story mixed-use development known as 1505 Ponce got the green light to proceed with plans after obtaining a transfer of development rights from seven historic properties and offering to create two permanent parks.

On Tuesday, Coral Gables commissioners gave the OK for Location Acquisitions LLC, the contract purchaser of 1505 Ponce de Leon Blvd., to proceed with construction design plans after the Historic Preservation Board reviewed the impact on seven local historic landmarks within 500 feet of the project and determined it would not adversely affect those historic landmarks.

"As you remember, there's a lot to like about this project. It's less than half of the maximum permitted density of 80 units versus 170 units, and almost a third of the project site is open space," said Gunster's Mario Garcia-Serra, who was representing Location Acquisitions.

In July, the city commission approved the mixed-use project consisting of 297,027 square feet of floor area. The project would also offer traffic calming, crosswalks, adaptive reuse of a historic building and a 6,600-square-foot plaza.

"There's going to be two public parks as part of this project," Mr. Garcia-Serra added, "one fronting Ponce (de Leon Boulevard) on the west side of the property and another park on the east side of the property, which will serve as a buffer to the neighboring building, and ultimately our permanent dog park, and as we were discussing earlier today on your agenda, a temporary dog park in the meantime."

Read the Miami Today article **HERE**

## RECENT POSTS

1505 Ponce in South Florida Business Journal

URBIN Miami Beach in The Next Miami

CEO Rishi Kapoor in The Real Deal

EDITION Residences Fort Lauderdale in Luxury Travel Magazine

1505 Ponce in Miami Today

## CATEGORIES

Company News

Press

Project Updates

Uncategorized

## TAGS

Coral Gables · Ortuna Court · Real Estate · The City Beautiful · The Real Deal · URBIN · Villa Valencia

### LINKS

Home
Company
Development
Projects
Team
Contact

### CONNECT

Facebook
Instagram

### LOCATION COMPANIES

Location Capital
Location Properties

### CONTACT

299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

SUBSCRIBE TO NEWSLETTER

SUBSCRIBE



PRESS

# THE EDITION RESIDENCES FORT LAUDERDALE IN MSN

NOVEMBER 1, 2022

The EDITION Residences Fort Lauderdale was recently featured in MSN article "Edition Hotels is Opening Stand-Alone Residences in Fort Lauderdale" touching up on the growing demand for luxury branded residences.

The growing demand for luxury branded residences is stronger than ever – especially in Florida. And Edition, the Marriott International-owned luxury hotel brand founded by Ian Schrager, is busier than ever with new openings of hotels and residential properties across the country.

Edition has found massive success in neighboring Miami with its hotel and newly announced stand-alone residential tower but as Miami becomes crowded with new residents, construction and skyrocketing prices, many developers are looking to Fort Lauderdale, roughly 28 miles north of Miami. The city offers a similar lifestyle with more space and opportunity for development.

Fort Lauderdale is home to 300 miles of inland waterways, which is why it's sometimes referred to as the "Venice of America," and is home to sprawling estates, mega yachts and luxury offerings. It is also considered the yachting capital of the world. Edition Residences Fort Lauderdale is capitalizing on the waterfront opportunity by developing along the Intracoastal waterway.

"Edition Residences Fort Lauderdale offers three of the most important elements for the next generation of homeowners: intuitive service, a prime location and unparalleled amenities," says Rishi Kapoor, CEO of Location Ventures, the developer of the project. "This will be the first time that a branded luxury residence will take shape on Fort Lauderdale's coveted Intracoastal waterway, and with it comes a breadth of unique offerings unlike anything in the area."

Located at 551 Bayshore Drive, the residences are housed within two jewel-box-like 11-story towers that feature cascading facades. The ultra-modern towers have spectacular water views, which are seen from each of the 65 residences. The luxury homes range from two to four bedrooms spanning 1,710 to 4,660 square feet. There will also be nine villas and four penthouses for those seeking larger accommodations.

Upscale, yet laid-back interiors define this project, and architecture firm GS4 StudiosGarcia Stromberg and interiors firm Clodagh Design accomplished this through grand spaces, like the double-height entrance, oversized floor plans, and imported European wood, stone and custom cabinetry. Residences have floor-to-ceiling windows with sliding doors that open onto private terraces. Views include the intracoastal scenery, Fort Lauderdale skyline or the Atlantic Ocean.

Gourmands in particular will delight at the custom ITALKRAFT-designed kitchens, designed for form and function. There's ample storage, custom built-ins, vertical pantries and quartz countertops, as well as high-end Sub-Zero and Wolf appliances like induction cooktops, steam ovens and wine coolers. Even more, there's an outdoor summer kitchen with an electric grill and beverage center for easy entertaining. The homes are also equipped with smart home technology and wellness features, like circadian rhythm lighting in the primary bedroom.

All residents will enjoy resort-like amenities, like 20,000 square feet of outdoor space that includes tropical landscaping by Cadence, an outdoor meditation walkway, an Intracoastal riverwalk, temporary dockage for small boats, a moonroof, sunroof, outdoor summer kitchen, movie screen and fire pit. There will also be two pools, complete with relaxation sunbeds and private cabanas; a Health and Wellness Center with Pilates, yoga, and training rooms; a Turkish- style hammam; steam shower; and quiet rooms. There's also an eat-in lounge with a kitchen, designed for socializing or hosting private events.

Sales have officially launched for the building, and the villas are sold out. Signature residences start at $3 million and the penthouses start at $10 million.

Read more from the MSN article **HERE**

## RECENT POSTS

1300 Ponce in South Florida Business Journal

URBIN Miami Beach in The Next Miami

CEO Rishi Kapoor in The Real Deal

EDITION Residences Fort Lauderdale in Luxury Travel Magazine

1300 Ponce in Miami Today

## CATEGORIES

Company News

Press

Project Updates

Uncategorized

## TAGS

Coral Gables   Octavia Court   Real Estate   The City Beautiful   The Real Deal   URBIN   Villa Valencia

---

LINKS
Home
Company
Development
Projects
Team
Contact

CONNECT
Facebook
Instagram

LOCATION COMPANIES
Location Capital
Location Properties

CONTACT
299 Alhambra Circle,
Ste. 510,
Coral Gables, FL 33134

T: 786-701-6724

SUBSCRIBE TO NEWSLETTER

SUBSCRIBE



PRESS |

## EDITION RESIDENCES FORT LAUDERDALE IN YAHOO LIFE

NOVEMBER 1, 2022

The EDITION Residences Fort Lauderdale in Yahoo Life article titled "Edition Hotels Is Opening Stand-Alone Residences in Fort Lauderdale".

The growing demand for luxury branded residences is stronger than ever—especially in Florida. And Edition, the Marriott International-owned luxury hotel brand founded by Ian Schrager, is busier than ever with new openings of hotels and residential properties across the country.

Edition has found massive success in neighboring Miami with its hotel and newly announced stand-alone residential tower but as Miami becomes crowded with new residents, construction and skyrocketing prices, many developers are looking to Fort Lauderdale, roughly 28 miles north of Miami. The city offers a similar lifestyle with more space and opportunity for development.

Fort Lauderdale is home to 300 miles of inland waterways, which is why it's sometimes referred to as the "Venice of America," and is home to sprawling estates, mega yachts and luxury offerings. It is also considered the yachting capital of the world. Edition Residences Fort Lauderdale is capitalizing on the waterfront opportunity by developing along the Intracoastal waterway.

"Edition Residences Fort Lauderdale offers three of the most important elements for the next generation of homeowners: intuitive service, a prime location and unparalleled amenities," says Rishi Kapoor, CEO of Location Ventures, the developer of the project. "This will be the first time that a branded luxury residence will take shape on Fort Lauderdale's coveted Intracoastal waterway, and with it comes a breadth of unique offerings unlike anything in the area."

Located at 551 Bayshore Drive, the residences are housed within two jewel-box-like 11-story towers that feature cascading facades. The ultra-modern towers have spectacular water views, which are seen from each of the 65 residences. The luxury homes range from two to four bedrooms spanning 1,710 to 4,660 square feet. There will also be nine villas and four penthouses for those seeking larger accommodations.

Read more from the Yahoo Life article **HERE**.

---

Search

**RECENT POSTS**

1505 Ponce in South Florida Business Journal

URBIN Miami Beach In The Next Miami

CEO Rishi Kapoor in The Real Deal

EDITION Residences Fort Lauderdale in Luxury Travel Magazine

1505 Ponce in Miami Today

**CATEGORIES**

Company News

Press

Project Updates

Uncategorized

**TAGS**

Coral Gables   Ortona Court
Real Estate   The City Beautiful
The Real Deal   URBIN
Villa Valencia

---

**LINKS**
Home
Company
Development
Projects
Team
Contact

**CONNECT**
Facebook
Instagram

**LOCATION COMPANIES**
Location Capital
Location Properties

**CONTACT**
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**SUBSCRIBE TO NEWSLETTER**

SUBSCRIBE

LOCATION VENTURES



PRESS

## RISHI KAPOOR & THE EDITION RESIDENCES IN THE REAL DEAL

OCTOBER 31, 2022

CEO of Location Ventures Rishi Kapoor was recently featured in The Real Deal, touching up on the recent launch of The EDITION Residences Fort Lauderdale.

Edition Residences is planned for Fort Lauderdale Beach, adding to a handful of new luxury residential projects on the barrier island.

Developer Rishi Kapoor of Coral Gables-based Location Ventures launched sales of the two-building condo development planned for the 1.5-acre-site at 551 Bayshore Drive. The 11-story buildings will have 65 units combined and will mark the first Edition-branded project in Fort Lauderdale. Kapoor signed a licensing and branding agreement with Marriott International for the Edition brand, he said.

Kapoor expects the sellout will reach about $300 million.

Douglas Elliman is leading sales and marketing, with units ranging from $3 million to about $7.5 million. That excludes the four penthouses, which will start at about $10 million. After a quiet launch to friends and family, the project is about 20 percent reserved, Kapoor said.

The two- to four-bedroom condos will range from 1,710 square feet to 4,660 square feet, and the building will also have nine villas and the penthouses, according to a press release. The units will be delivered finished, and buyers can purchase furniture packages. Annual leases will be allowed, but short-term rentals will not.

Kapoor expects to target local buyers and people from the Northeast and Canada, which is typical for Fort Lauderdale Beach.
Though the two buildings are strictly residential, Kapoor said he's working with Marriott to eventually develop a sister hotel to the project.

Kapoor is a big fan of the Edition brand. "I can't tell you how many personal milestones I've celebrated at the Miami Beach Edition," he said. (Edition is also branding a Two Roads Development condo project in Miami's Edgewater.)

Construction could begin in January, and the developer is working on securing financing. Kapoor said the growing cost of financing is a "reality" that developers have to work with today due to rising interest rates.

The Edition Residences project could be completed in late 2025 or early 2026, he said.

The condos will include Italkraft kitchens with Sub-Zero and Wolf appliances and private two-car garages. The project includes 20,000 square feet of outdoor amenities, a rooftop with zen gardens, a lounge, two pools with for-sale cabanas, a health and wellness center, a residents-only poolside restaurant, and a hammam spa.

Kapoor's project is along the Intracoastal Waterway in the Central Beach area of Fort Lauderdale Beach. The Fort Lauderdale commission approved the project plans last year, but Kapoor said it took about a year to ring the deal with Marriott.

In September, Merrimac Ventures won approval to expand its planned boutique condo development nearby, at 530 North Birch Road. The project, with units priced at more than $1,000 per square foot, is a block from the new Four Seasons Residences Fort Lauderdale, which counted Merrimac Ventures among its co-developers.

The Four Seasons development set price records for condos in Fort Lauderdale, and followed Related Group, Fortune International Group and the Fairwinds Group's completion of Auberge Beach Residences & Spa in 2018.
Read more from The Real Deal article HERE

### Search

**RECENT POSTS**

1505 Ponce in South Florida Business Journal

URBIN Miami Beach in The Next Miami

CEO Rishi Kapoor in The Real Deal

EDITION Residences Fort Lauderdale in Luxury Travel Magazine

1505 Ponce in Miami Today

**CATEGORIES**

Company News

Press

Project Updates

Uncategorized

**TAGS**

Coral Gables | Ortona Court
Real Estate | The City Beautiful
The Real Deal | URBIN
Vida Valencia

**LINKS**
Home
Company
Development
Projects
Team
Contact

**CONNECT**
Facebook
Instagram

**LOCATION COMPANIES**
Location Capital
Location Properties

**CONTACT**
299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**SUBSCRIBE TO NEWSLETTER**

SUBSCRIBE

LOCATION VENTURES



Home    Company    Developments    Projects    News    Team    Contact

PRESS |

## EDITION RESIDENCES FORT LAUDERDALE IN ROBB REPORT

OCTOBER 24, 2022

Location Ventures is proud to announce alongside Marriott Hotels the launch of our latest luxury condominium project, EDITION Residences Fort Lauderdale featured in Robb Report.

From the Robb Report article

There will be two 11-story towers with just 65 exclusive residences directly along the Intracoastal waterway.

The growing demand for luxury branded residences is stronger than ever– especially in Florida. And Edition, the Marriott International-owned luxury hotel brand founded by Ian Schrager, is busier than ever with new openings of hotels and residential properties across the country.

Edition has found massive success in neighboring Miami with its hotel and newly announced stand-alone residential tower but as Miami becomes crowded with new residents, construction and skyrocketing prices, many developers are looking to Fort Lauderdale, roughly 28 miles north of Miami. The city offers a similar lifestyle with more space and opportunity for development.

Fort Lauderdale is home to 300 miles of inland waterways, which is why it's sometimes referred to as the "Venice of America," and is home to sprawling estates, mega yachts and luxury offerings. It is also considered the yachting capital of the world. Edition Residences Fort Lauderdale is capitalizing on the waterfront opportunity by developing along the Intracoastal waterway.

"Edition Residences Fort Lauderdale offers three of the most important elements for the next generation of homeowners: intuitive service, a prime location and unparalleled amenities," says Rishi Kapoor, CEO of Location Ventures, the developer of the project. "This will be the first time that a branded luxury residence will take shape on Fort Lauderdale's coveted Intracoastal waterway, and with it comes a breadth of unique offerings unlike anything in the area."

Located at 551 Bayshore Drive, the residences are housed within two jewel-box-like 11-story towers that feature cascading facades. The ultra-modern towers have spectacular water views, which are seen from each of the 65 residences. The luxury homes range from two to four bedrooms spanning 1,710 to 4,660 square feet. There will also be nine villas and four penthouses for those seeking larger accommodations.

Upscale, yet laid-back interiors define this project, and architecture firm GS4 StudiosiGarcia Stromberg and interiors firm Clodagh Design accomplished this through grand spaces, like the double-height entrance, oversized floor plans, and imported European wood, stone and custom cabinetry. Residences have floor-to-ceiling windows with sliding doors that open onto private terraces. Views include the intracoastal scenery, Fort Lauderdale skyline or the Atlantic Ocean.

Gourmands in particular will delight at the custom ITALKRAFT-designed kitchens, designed for form and function. There's ample storage, custom built-ins, vertical pantries and quartz countertops, as well as high-end Sub-Zero and Wolf appliances like induction cooktops, steam ovens and wine coolers. Even more, there's an outdoor summer kitchen with an electric grill and beverage center for easy entertaining. The homes are also equipped with smart home technology and wellness features, like circadian rhythm lighting in the primary bedroom.

All residents will enjoy resort-like amenities, like 20,000 square feet of outdoor space that includes tropical landscaping by Cadence, an outdoor meditation walkway, an intracoastal riverwalk, temporary dockage for small boats, a moonroof, sunroof, outdoor summer kitchen, movie screen and fire pit. There will also be two pools, complete with relaxation sunbeds and private cabanas, a Health and Wellness Center with Pilates, yoga, and training rooms, a Turkish-style hammam, steam shower, and quiet rooms. There's also an eat-in lounge with a kitchen, designed for socializing or hosting private events.

Sales have officially launched for the building, and the villas are sold out. Signature residences start at $3 million and the penthouses start at $10 million.

Read the Robb Report article HERE

### Search

RECENT POSTS

1505 Ponce in South Florida Business Journal

URBIN Miami Beach in The Next Miami

CEO Rishi Kapoor in The Real Deal

EDITION Residences Fort Lauderdale in Luxury Travel Magazine

1505 Ponce in Miami Today

CATEGORIES

Company News

Press

Project Updates

Uncategorized

TAGS

Coral Gables    Victoria Court    Real Estate    The City Beautiful    The Real Deal    URBIN    Villa Valencia

LINKS                CONNECT           LOCATION COMPANIES      CONTACT                    SUBSCRIBE TO NEWSLETTER

Home                Facebook          Location Capital        299 Alhambra Circle,
Company             Instagram         Location Properties     Ste. 510
Developments                                                  Coral Gables, FL 33134      SUBSCRIBE
Projects
Team                                                          T: 786-701-6724
Contact

Case 1:23-cv-24903-CMA    Document 14-2    Entered on FLSD Docket 01/03/2024    Page 43 of 190



PRESS |

CEO RISHI KAPOOR THE CITY BEAUTIFUL

OCTOBER 19, 2022

Location Ventures CEO was recently featured in The City Beautiful Article titled "Want to Know What Comprises the Gables Economy? Small Businesses".

From the article:

"A lot of people want to get into a commercial space where there are other people," says Rishi Kapoor, whose Gables-based firm Location Ventures created the FORUM shared workspace on Alhambra. "Personally, I love the energy of my colleagues, the creativity, those atoms bouncing off of each other," he says. "A practical solution is flex space, where you can scale up or down according to your needs." In terms of occupancy at FORUM, which is now 90 percent full, "it really is a mix of solo creatives that provide their creative services, plus we have a law firm, political consultants, architects, and so on."

At another shared workspace in the 2525 Ponce building, CEO Laura Kozelouzek reports that 90 percent of her clients are small firms with just a few employees and that nine out of 10 are professional service providers in real estate, finance, legal, and business consulting, with the remainder providing "creative" services. "One thing I've been finding in the last few years is that, besides professional services, there is an increase of creative businesses. Coral Gables at one point was all attorneys, all weighted toward legal.. Now it's a nice mix, a little more diverse."

Regardless of their makeup, says Kapoor, the Gables remains an excellent location to start or expand a small business. "I think we are in one of the greatest places in all of the U.S for the ecosystem of a small business. You have such a professional ecosystem established here, in banking, finance, great places to entertain – everything consolidated in such a condensed space," "What more could you ask for?"

Read more from The City Beautiful article **HERE.**

## Search

**RECENT POSTS**

1505 Ponce in South Florida Business Journal

URBIN Miami Beach in The Next Miami

CEO Rishi Kapoor in The Real Deal

EDITION Residences Fort Lauderdale in Luxury Travel Magazine

1505 Ponce in Miami Today

**CATEGORIES**

Company News

Press

Project Updates

Uncategorized

**TAGS**

Coral Gables    Orduna Court

Real Estate    The City Beautiful

The Real Deal    URBIN

Villa Valencia

**LINKS**
Home
Company
Development
Projects
Team
Contact

**CONNECT**
Facebook
Instagram

**LOCATION COMPANIES**
Location Capital
Location Properties

**CONTACT**
299 Alhambra Circle,
Ste, 510
Coral Gables, FL 33134

T: 786-701-6724

SUBSCRIBE TO NEWSLETTER

SUBSCRIBE

LOCATION
VENTURES

Captured by FireShot Pro: 03 January 2023, 14:36:03

Case 1:23-cv-24903-CMA    Document 14-2    Entered on FLSD Docket 01/03/2024    Page 44 of 190



Home    Company    Development    Projects    News    Team    Contact

# Team






**Rishi Kapoor, J.D.**
Founder & CEO

Rishi has spent the last ten years focused on residential real estate, primarily in the luxury sector with a strong background in sales & marketing, prior to focusing on sponsoring development. Upon founding Location Ventures, he set out to create awesome living experiences in premium locations centered around nature and technology. To date, Rishi is responsible for leading the development of a $400M portfolio including: high-end, custom single-family homes; rehabilitation of multi-family properties; development of boutique condominiums; and is the Managing Partner of URBIN, a company dedicated to co-living, co-working and wellness.

Rishi first and foremost takes great pride in fostering close relationships with the company's partners & team. His day-to-day role centers around identifying unique opportunities, capital formation and setting the product vision for our projects while working closely with the development team on proper execution. He received business degrees in Finance, Marketing & Management from the University of Miami, and is also a non-practicing attorney, having graduated from UM Law. Rishi comes from a real estate family that has developed & invested in hotels, SFHs, and offices throughout the Southeast United States and New Delhi, India over the last 40 years.

CLOSE

**Daniel "DJ" Motha**
Partner & President — Multifamily

Daniel is responsible for the day-to-day financial management, capital formation, and acquisitions / dispositions for Location Ventures and its projects. Prior to joining our firm, his investments in real estate include renovating and renting units in Coral Gables, FL, renovating and renting multi-family properties in Waltham, MA, as well as the development and sale of single-family homes in Waltham, MA.

Previously an employee of LNR, he managed assets of all types across the US, underwrote and acquired loan pools or performing and non-performing loans, and helped create a lending platform for customers to borrow funds to purchase properties on Auction.com. As employee of BF Group, LLC, Daniel lead the acquisitions team and managed property development and redevelopment deals focusing on SFR and TH development, condo conversions, and other opportunistic deals. Daniel received a business degree in Accounting & Finance from the University of Miami.

CLOSE

**Claudia Mezerhane**
Chief Operations Officer

Claudia Mezerhane is Chief Operations Officer of Location Ventures. As the mastermind of the day-to-day operations of our company and our developments, Claudia is directly involved with our single-family home developments. She coordinates with our partners and ensures projects are on schedule and on budget. She holds a MBA from the University of Miami and is bilingual in Spanish and English.

CLOSE

**Vivian Bonet**
Chief Development Officer

Chief Development Officer Vivian Bonet is responsible for leading the company's design & construction efforts. With more than two decades of experience as an architect before focusing on development management, she is well-versed in the full lifecycle of a project from design to groundbreaking through completion. Vivian is responsible for GC management, consultant coordination, permitting, product specifications, contract documents and construction administration for the company's projects.

Prior to joining Location Ventures, Vivian worked for Ocean Land Investments, The Y Group and CM Consulting Group. She has designed and developed more than 20 complex projects throughout her career, including a variety of luxury residential buildings, commercial projects and educational facilities. With residential development credits including AquaVita, AquaLuna, AquaMar, AquaBlu, Infinity at Brickell, the W Fort Lauderdale Hotel and Residences, and Ocean House, Vivian has a strong understanding of what drives buyers to South Florida's luxury market. Vivian earned her Bachelor of Architecture from the University of Miami. She is bilingual in English and Spanish.

CLOSE






**Joanna Davila**
Chief Marketing Officer

**Raymond Gonzalez**
Chief Technology Officer

**Angel Garcia**
Chief Investment Officer

**Romy Kapoor**
General Counsel

Chief Marketing Officer Joanna Davila leads all marketing and brand strategy and initiatives for the company and projects. With over 12 years of sales and marketing experience in the luxury and lifestyle sector, she ensures that our development vision resonates with the public. She has managed multi-million dollar businesses and has overseen global marketing campaigns for global luxury brands. Joanna is active in the Miami cultural scene and is working on several projects meant to engage local community. She is a graduate of the University of Miami and holds a B.A. in Journalism with a minor in Anthropology.

CLOSE

Our Chief Technology Officer, Raymond Gonzalez has over 15 years in the tech field with a focus on web development and digital marketing. As a full-stack web developer and web system administrator, he has worked on over 100 websites for small businesses to multi-million dollar corporations. Ray's current work also includes developing immersive 360-degree virtual experiences for our developments. He is also well-versed in digital marketing, using modern analytics to make data driven marketing decisions with continuous optimization. At the age of 13, Ray built his first computer and at 15, was the youngest person in the state of Florida to be Oracle PL/SQL certified. He is continually learning new programming frameworks, cryptocurrencies, machine learning, electronics and microcontroller programming.

CLOSE

Angel Garcia leads the underwriting, acquisitions, market research and project management for Location Ventures. With an eye on company growth objectives, Angel works closely with company leadership to establish Location Venture's expansion strategies. Prior to joining our firm, Angel was a Senior Acquisitions Associate for BH3; a South Florida and New York City development firm. During his tenure, he underwrote over $500 million in transactions. As an employee of LNR Property (now Starwood Capital), he was an Asset Manager responsible for managing a portfolio of distressed assets along with underwriting note pools of non-performing notes. Angel has over 15 years of commercial real estate experience and earned a Master of Science in Real Estate from Florida International University.

CLOSE

Rorny K. Kapoor is our active general counsel and go-to for all things legal. Rorny is a founding partner of Kapoor Luther & Loftman Immigration Partners and has practiced U.S. immigration and nationality law since 1992. He received his B.S. degree in management from Georgia Tech, and shortly after earned his J.D. attending Georgia State University College of Law and the Atlanta Law School. He is listed as a Leading Business Immigration Lawyer in Chambers USA, Who's Who Legal of Corporate Immigration Lawyers, and The Best Lawyers in America. He has been honored in Georgia Super Lawyers each year since 2006.

CLOSE

   

### Frank Astor
President, Single Family Division

Frank Astor is the Division Head for the Single Family Home Division. He is responsible for leading and growing a portfolio of luxury custom homes and wellness communities for Location Development. Frank holds an MBA from Texas A&M Mays Business School and is PMP certified. Before arriving at Location Ventures, Frank gathered over 15 years of management and operational experience in leadership roles at multinational and mid-sized corporations.

CLOSE

### Leonard Roberts
VP of Development

Leonard Roberts, Vice President of Development, is responsible for ensuring Location Ventures' projects obtain the municipal entitlements necessary to achieve the highest and best use. Starting his career as a CPA for the "Big 4", he brings over 20 years' experience in real estate and government relations. Leonard works closely with government officials and staff in helping them understand Location Ventures' projects and in some cases creating Public Private Partnerships (P3) to help impact and create opportunities in our communities. His combined experience features specialties in financial analysis for Florida's largest landholder and commercial real estate developer; negotiating real estate transactions on behalf of different government entities; and drafting 100's of legislative actions. Leonard has a Master of Accounting with a minor in Finance from FIU and Bachelor of Business Administration from University of Miami.

CLOSE

### Selena Venizelos
VP of Asset Management

Selena Venizelos leads the Asset Management department for Location Ventures. She is responsible for financial management, underwriting, and acquisition/disposition of assets and much of the day-to-day operations of our properties to ensure functionality and to maximize profitability. Prior to joining our team, Selena spent six years working in Asset Management for Starwood Property Trust in Miami Beach. She holds a B.A. in Economics and Political Science from George Washington University.

CLOSE

### Josh Baniak
VP of Operations

As Vice President of Operations, Josh focuses on the overall success of developments from inception to completion with a concentration placed on ventures located outside of Florida. He is also integral to operational process design and the facilitation of organizational scaling as Location Ventures continues to grow and evolve. Prior to joining the company, Josh held various leadership roles within the construction and retail sectors and over a decade of cross- functional experience within operations, business development and real estate. Josh attained an MBA from the University of Missouri-Columbia, and holds a BA in Management and Business Organization from the University of Miami, FL.

CLOSE

   

### Jorge Chirinos
Controller

Serving as Controller for Location Ventures, Jorge Chirinos is responsible for the day-to-day operations of our Accounting and Finance department. He brings over 15 years of construction finance experience to his role, with an extensive work history at established development firms across South Florida. From single-family to luxury condos, Jorge has experience

### Jon Drujak
VP of URBIN

As Vice President of URBIN, Jon focuses on the overall success of developments from inception to completion in the Florida market. With almost two decades of experience in the development and construction industry, he is well versed in all aspects of the development cycle. Jonathan began his career as a Structural Engineer, designing all types of structures

### Nizar Alawamleh
VP of Condos

With over 10 years of team leadership and operational management experience, Nizar Alawamleh joined Location Ventures as a Project Manager in 2019, working closely with the Chief Development Officer on development for URBIN and the Luxury Condo Division. Nizar served in the military and worked internationally, obtaining his Project Management

### Natalie Diaz
Operations Director

Natalie Diaz is the company's real estate industry insider with over 5 years of experience as a realtor. Prior to joining our team, Natalie worked as a realtor associate for several of Miami's top producing agents, where she hard work and dedication to the business increased sales and productivity. She continues to be affiliated with the One Sotheby's International brokerage firm. Natalie

working with companies representing an owner, buyer, and broker, giving him a well-rounded perspective. Jorge holds a Master of Taxation Degree from Florida International University and is bilingual in Spanish and English.

CLOSE

including high-rise residential, port terminals, hospitals, schools, and high-end single family homes. He has worked in the public sector, as a structural plans examiner for a local municipality, as well as Principal Engineer for a multi-family residential developer. His work in both the private and public sector and as both a design professional and developer give him a unique understanding of the complexities of the development process. Jonathan graduated from the University of Miami with a B.S. in Civil Engineering, a B.S. in Architectural Engineering, and a M.S. in Civil Engineering. He is also a licensed Structural Engineer and licensed Special Inspector in the State of Florida.

CLOSE

Professional certification and successfully managing projects worth upwards of $20 million dollars in Qatar and Dubai.

CLOSE

is bilingual in Spanish and English.

CLOSE



### Rawan Abuljebain
Architecture And Design Associate

Rawan Abuljebain, born in Jordan and raised in Dubai, graduated from the Canadian University Dubai in 2014, with a Bachelor of Architecture (Cum Laude). Since graduating, she has been a part of multiple residential, commercial and hospitality design projects as a conceptual designer. Multi-faceted and multi-talented, Rawan supports the Single-Family Home and Development Divisions as Architecture and Design Associate.

CLOSE



### Boris Grandison
Senior Project Manager

As senior Project Manager, Boris' responsibility includes overseeing the permitting, design, and construction phases of the URBIN projects. Boris has a long career in architecture where he has served as the Designer and Project Manager on various projects ranging from luxury condominiums, hotels, airport terminals, schools, and office buildings. He has successfully guided over 20 projects from design inception to construction in the U.S, Caribbean, and the Middle East. Before joining Location Ventures, Boris was a Project Manager for a luxury condominium developer in South Florida for five years. Prior to his transition to real estate development, he spent over 15 years at one of Miami's largest and most successful architectural firms where he was a partner. Cumulatively, Boris has over 28 years of experience in the Design and Construction industry. He holds a degree in Architectural Technology and a Bachelor's degree in Architecture from the University of Miami.

CLOSE



### Dave Ervolina
Associate, Development

With over 11 years of commercial real estate experience, David Ervolina works closely with the Chief Investment Officer on business development initiatives to identify new projects across the state of Florida. David spent more than a decade working in Commercial Brokerage while in New York City most recently spending over 8 years at Colliers International overseeing more than 1.5 million square feet of office and retail space with aggregate rentals exceeding $2 billion. He holds a Master of Science in Real Estate Development (MSRED) from New York University and a B.A in Accounting from Miami University.

CLOSE



### Xabier Reyes
Digital Marketing Specialist

Xabier Reyes, Miami native and Location Ventures' Marketing Specialist, is responsible for developing and expanding the company's digital presence through social media, email, web advertising, and other online sources. He graduated from the University of Miami and has also worked in the creative field as a photographer.



### Yonel Mesa
Technology Associate

Serving as Technology Associate, Yonel Mesa has over five years experience as a Full Stack Web Developer and IT Professional. As a Web Developer he designed, coded and implemented digital marketing strategies in multiple sites from small businesses to large known corporations. As a cyber security professional, he has worked as a Penetration Tester for several companies and sites finding vulnerabilities and bugs that could affect the security of their overall



### Nicolas Romero
Marketing Coordinator

Nicolas joined Location Ventures as Marketing Coordinator supporting the marketing department with day-to-day responsibilities and special projects. He has strong organizational and project management skills, as well as great attention to detail. Nico graduated from Boston University with a Degree in Psychology and is bilingual in Spanish and English.

CLOSE



### Steffi Barreda
Sales Operations Manager

Steffi Barreda serves as Contract Manager for our luxury boutique residential development, Villa Valencia. Prior to joining Location Ventures, Steffi had over six years of experience working with One Sotheby's International Realty's luxury pre-construction development throughout South Florida. She now oversees Villa Valencia's contracts and escrow management for buyers. Steffi is trilingual in Portuguese, English, and Spanish.

CLOSE



### Enmanuel Ortega
Residential Leasing Manager

Enmanuel Ortega is Location Ventures' leasing manager responsible for long and short-term residential leasing. He has a hospitality background with eight years in the industry working from extended stay hotels to luxury resorts, always with a focus of providing the highest level of customer service. Enmanuel currently oversees two multi-family real estate properties for Location Ventures, working across all aspects of the building's operation, from

network. Some of his other skills and hobbies include AR Development, Animation, Video Editing, Game Development and cryptocurrencies. With a focus on growing and expanding his skills he is continuously learning about the latest technologies and advancements in the tech field.

CLOSE

coordinating maintenance requests to contract creation and lead acquisition. He holds a Hospitality degree from Florida International University.

CLOSE



### Penelope Leal
Community Associate, FORUM.

Penelope Leal is a Community Associate at FORUM. Serving as the Community Director's right-hand, she assists with clerical tasks, prospecting, and membership retainment. Penelope has a background in administration and social media management for South Florida yacht rentals, as well as client relations within retail marketplaces. She is currently obtaining an Environmental Science/ Sustainability B.A. and Pre-law certificate at Florida International University.

CLOSE



OUR PARTNERS

We work alongside Miami's leaders in the real estate market from financiers to the fields of design and architecture, to create a truly unique living experience seldom seen in the South Florida market.













Work With Us →



Contact

299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**LINKS**

Home
Company
Development
Projects
Team
Contact

**CONNECT**

Facebook
Instagram

**LOCATION COMPANIES**

Location Capital
Location Properties

**CONTACT**

299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

T: 786-701-6724

**SUBSCRIBE TO NEWSLETTER**

SUBSCRIBE

LOCATION
VENTURES



## Contact

HEAD OFFICE

299 Alhambra Circle,
Ste. 510
Coral Gables, FL 33134

INQUIRY

786-701-6724

FOLLOW US

Let's work together. Contact us to learn more about our process and opportunities.

NAME

EMAIL

PHONE

YOU ARE A

VENDOR

YOUR MESSAGE

SEND

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

| LINKS | CONNECT | LOCATION COMPANIES | CONTACT | SUBSCRIBE TO NEWSLETTER |
|-------|---------|--------------------|---------|-------------------------|
| Home | Facebook | Location Capital | 299 Alhambra Circle, | |
| Company | Instagram | Location Properties | Ste. 510 | SUBSCRIBE |
| Development | | | Coral Gables, FL 33134 | |
| Projects | | | | |
| Team | | | T: 786-701-6724 | |
| Contact | | | | |

LOCATION
VENTURES



URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

*URBIN OFFERS ACCESSIBLE GLOBAL MOBILITY THROUGH RESPONSIBLE GREEN LIVING AND WORKING IN VIBRANT CENTERS.*

THE WAY TO LIVE WORK WELL

## THE VISION

URBIN is designed to address the needs of today's residents, fostering creativity and connection through design-forward residences, an amenity program focused on wellness, and social programming that fosters community.

LEARN MORE ⟶



**LIVE**
EXTENDED STAY
RESIDENCES

**WORK**
TURNKEY WORKSPACE

**WELL**
CULINARY EXPERIENCES
AND MOVEMENT CENTER

**OWN**
CONDO OWNERSHIP

INTERIORS

## FEATURES

Each suite is thoughtfully-planned with designer features, built-in furniture and designed to live, work and relax.

STUDIO TO SIX-BEDROOMS

FULL BATHROOMS

DESIGNER DECORATED

IN UNIT LAUNDRY

ENERGY-STAR STAINLESS APPLIANCES



LIFESTYLE

## EXPERIENCE

Alongside well-appointed turnkey residences, URBIN will offer a robust program including flexible office spaces, lifestyle-oriented retail and a wellness space, delivering a truly unique experience.





VALET AND ONSITE PARKING

GOURMET MARKET AND CAFE

HOUSEKEEPING SERVICES

WELLNESS CENTER

THE RIGHT PLACE

# TWO INITIAL LOCATIONS



MIAMI
BEACH



COCONUT
GROVE



TWO INITIAL LOCATIONS

## THE AREA

A perfect location for URBIN, South Florida is
already attracting the right audience seeking a
place to live work well. The two initial
locations for URBIN are located in the heart
of two vibrant centers placing residents
within walking distance to notable area
landmarks, cultural attractions and world-
class shopping, dining and conveniences.

SCHEDULE AN APPOINTMENT ⟶



LIMITED OWNERSHIP OPPORTUNITIES

# A UNIQUE OPPORTUNITY

This exclusive ownership opportunity at URBIN presents a turnkey experience that truly optimizes the benefits of ownership. With access to the property for 90 nights a year, and a leaseback program, owners have an income generating asset, with the luxuries, services, and amenities of a managed property.

SCHEDULE YOUR PRIVATE APPOINTMENT  →

## DEVELOPED BY LOCATION VENTURES

Location Ventures with One Sotheby's International Realty and a team of renowned architecture and design firms have created the home of tomorrow, today.

LEARN MORE  →

# SCHEDULE A PRIVATE PRESENTATION

URBIN Miami Beach and Coconut Grove are sold out.

Ownership opportunities are limited, contact us to get on the list to learn more about future locations.

| BUYER OR BROKER | ▾ |
| --- | --- |

| MIAMI BEACH OR COCONUT GROVE | ▾ |
| --- | --- |

LAST NAME | FIRST NAME

PHONE | EMAIL

CITY | STREET ADDRESS

STATE | ZIP | COUNTRY

| HOW DID YOU HEAR ABOUT US? | ▾ |
| --- | --- |

COMMENTS

[ CONTACT US ]

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.





## CONTACT US

📞  305-520-7824

✉  INFO@URBINCONDOS.COM

## CONNECT WITH US 📷



URBIN
LIVE   WORK   WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-701-1694
✉ INFO@URBINCONDOS.COM
CONNECT WITH US
📷

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  LOCATION VENTURES

Captured by FireShot Pro: 03 January 2023, 13:15:13



URBIN     VISION    MIAMI BEACH    COCONUT GROVE    NEWS    SCHEDULE APPOINTMENT

THE VISION

# *URBIN IS A CIRCULAR COMMUNITY THAT PROVIDES A RESPONSIBLE, AUTHENTIC AND PORTABLE LIFESTYLE CREATED AS A HOME OF TODAY AND TOMORROW.*

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

## SUSTAINABILITY, MOBILITY AND ACCESSIBILITY

The vision of URBIN is to allow for its residents and community members – living or working – an accessible environment that offers attractive amenities and the promise of community, in a desirable location. The future is an expanded collective of spaces across South Florida with apartments, bedrooms, restaurants, workspaces, and wellness for members and owners to live work well.

LIVE

## SOURCE

## MARKET AND TABLE

Source specialty market offers a selection of the highest-quality produce, local goods and more sourced organic, ethical, sustainable and as regenerative as possible, alongside a fresh all-day cafe serving chef-driven wholesome food.

- Gourmet Market with Local Goods
- Juice Bar
- All Day Café
- Fresh Organic Produce
- Ready Fresh Meals Available




WELL

# FOUR WELLNESS

A comprehensive best-in-class well space programmed to cultivate the mind body spirit connection through bespoke collaboration of mindfulness, movement, nutrition and healing.

- Yoga / Pilates Studio
- Stretching Lounge
- Cardio and Weight Training
- Therapy and Treatment Rooms
- Innovative Equipment
- Locker Rooms
- Guided Coaching





OWNERSHIP OPPORTUNITY

SCHEDULE YOUR PRIVATE APPOINTMENT TODAY TO
LEARN ABOUT LIMITED OWNERSHIP OPPORTUNITIES.

CONTACT US



DEVELOPMENT

# THE
# TEAM

Location Ventures is a leading South Florida developer that has collaborated with a team of renowned architecture and design firms, to create the home of tomorrow, today. Through this forward-thinking space, Location Ventures presents a new way of ownership to forward-thinking residents.

LEARN MORE

WATCH THE VIDEO

## EXPERIENCE THE UNIQUE OPPORTUNITY



## SCHEDULE A
## PRIVATE
## PRESENTATION

Inquire today for details about this unique ownership opportunity.

 SCHEDULE AN APPOINTMENT



URBIN
LIVE · WORK · WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305-701-1694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY LOCATION VENTURES

URBIN          VISION     MIAMI BEACH     COCONUT GROVE     NEWS     SCHEDULE APPOINTMENT



# LIVE WORK WELL
# IN MIAMI BEACH

CONNECTION

# THE
# EXPERIENCE



In the heart of a vibrant scene, URBIN will be the new home for the city's tastemakers. Just steps from white sands, whether for work or fun, spend time in the local neighborhood, have access to a renowned cultural scene and live where the world vacations.

SCHEDULE AN APPOINTMENT

Ownership at URBIN means flexibility. Live at URBIN as a full-time resident or place the unit into a managed leaseback, where units will earn an annual return as a short term or long term home for sophisticated guests. Whether it's for a few months or one year, URBIN will manage everything, ensuring benefits that make ownership a truly unique and turnkey experience for everyone.

LEARN MORE  ⟶

AMENITIES

# LIFESTYLE

A modern mid-rise with a stunning rooftop terrace, elevated ocean views and a short walk to the Atlantic Ocean, URBIN Miami Beach brings together the true meaning of live work well with dedicated spaces for work, wellness, culinary experiences, and entertainment.

- Expansive Roof Deck With Resort-style Pool
- Sun Deck
- Poolside Food and Beverage Service
- Rooftop Lounge, Cafe & Cocktail
- Dining Terrace
- Mail And Package Room
- Expansive Shaded Seating Plaza
- Outdoor Terrace for Engaged Relaxation
- Curated Social Programming









THE AREA

# MIAMI BEACH

Made famous for its eclectic mix of beautiful beaches, neon scenes and lively nightlife, Miami Beach is a location known around the world. Originally founded in 1915, today's version of the city is a vibrant home to travelers and residents alike with a striking atmosphere, active cultural scene, world-class shopping and dining and a plethora of services.

LOCATED IN THE WASHINGTON AVENUE DISTRICT

TWO BLOCKS TO FAMED MIAMI BEACH

WALKING DISTANCE TO OCEAN DRIVE, LINCOLN ROAD

CLOSE TO MANY CULTURAL ATTRACTIONS

# SCHEDULE A PRIVATE PRESENTATION

Inquire today for details about this unique ownership opportunity.




**SCHEDULE AN APPOINTMENT**

URBIN
LIVE · WORK · WELL

**LOCATIONS**

**TERMS OF USE**

**PRIVACY POLICY**

**CONTACT US**

**CONTACT US**

📞 305-701-1694

✉ INFO@URBINCONDOS.COM

**CONNECT WITH US**

📷

*A circular community that provides a
responsible, authentic and portable lifestyle
created as a home of today and tomorrow.*

DEVELOPED BY    LOCATION
VENTURES

Page 10
URBIN Condos | Coconut Grove
https://urbincondos.com/coconut-grove-real-estate/

URBIN

VISION   MIAMI BEACH   COCONUT GROVE   NEWS   **SCHEDULE APPOINTMENT**



# LIVE WORK WELL
# IN COCONUT GROVE



CONNECTION

## THE
## EXPERIENCE

Blanketed by tropical greenery, this is the place for outdoor living, lush environs and a sail on the bay. A place at URBIN places members in the heart of a vibrant community brimming with world-class restaurants and neighborhood shops and a hub of growing business enterprises that embrace the laid-back style of a waterfront lifestyle. To be here, is to truly understand the beauty of connecting to all things Florida.

**SCHEDULE AN APPOINTMENT**

LIVING

## THE BEST
## OF BOTH
## WORLDS

Ownership at URBIN means flexibility. Live at URBIN as a full-time resident or place the unit into a managed leaseback, where units will earn an annual return as a short term or long term home for sophisticated guests. Whether it's for a few months or one year, URBIN will manage everything, ensuring benefits that make ownership a truly unique and turnkey experience for everyone.

LEARN MORE ⟶



AMENITIES

## LIFESTYLE

Situated in one of Miami's oldest neighborhood's, URBIN Coconut Grove is a vibrant place where culture lives. Fostering creativity and connection, the amenity rich program will focus on wellness and social programming focused on community.

- Rooftop Pool and Sundeck
- Relaxation Deck
- Food and Beverage Program
- Dining Terrace
- Mail And Package Room
- Indoor/Outdoor Atrium
- Curated Social Programming



LIVING

- In-Unit Laundry System
- Utilities included
- Housekeeping services
- Room service at request





THE AREA

# COCONUT GROVE

Miami's oldest neighborhood is a vibrant enclave full of distinct charm and some of the city's most discerning attractions. Coconut Grove's historic architecture references its bohemian roots while offering a quaint new downtown promenade and an enjoyable local nightlife of quality restaurants and bars. Along the water, the area features one of Miami's largest marinas and the beautiful Peacock Park.

LOCATED IN THE HEART OF THE NEIGHBORHOOD

TWO BLOCKS FROM FAMED COCOWALK

WALKING DISTANCE TO THE BARNACLE

CLOSE TO CULTURAL ATTRACTIONS

NEAR TO MIAMI'S LARGEST MARINA

THE TEAM

ARCHITECTURE

ARQUITECTONICA ⌄

PAREDES DESIGN ⌄

INTERIOR DESIGN

A.M STUDIO ⌄



# SCHEDULE A PRIVATE PRESENTATION

Inquire today for details about this unique ownership opportunity.

**SCHEDULE AN APPOINTMENT**



## URBIN
LIVE · WORK · WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

**CONTACT US**

📞 305-701-1694

✉ INFO@URBINCONDOS.COM

**CONNECT WITH US**

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY   LOCATION VENTURES

Page 13
news - Urbin
https://urbincondos.com/news/



URBIN          VISION     MIAMI BEACH     COCONUT GROVE     NEWS     **SCHEDULE APPOINTMENT**

# NEWS

ALL    NEWS    PRESS    UNCATEGORIZED



UNCATEGORIZED

URBIN GROUNDBREAKING IN SOUTH
FLORIDA BUSINESS JOURNAL



PRESS

URBIN GROUNDBREAKING IN YIMBY



PRESS

URBIN IN REAL ESTATE WEEKLY



PRESS

URBIN MIAMI BEACH SOLD OUT



PRESS

URBIN MIAMI BEACH BREAKS
GROUND



PRESS

URBIN IN BISNOW SOUTH FLORIDA
DEAL SHEET



PRESS

URBIN IN GOBANKINGRATES



PRESS

URBIN IN MSN



PRESS

URBIN IN YAHOO FINANCE



PRESS

URBIN IN PERFIL NEWS



PRESS

URBIN IN BISNOW



PRESS

URBIN IN EL ECONOMISTA



PRESS

URBIN IN SOUTH FLORIDA BUSINESS
JOURNAL



PRESS

URBIN IN ALLWORK



PRESS

URBIN IN CONDO BLACKBOOK

Captured by FireShot Pro: 03 January 2023, 13:15:36



PRESS

URBIN IN WORLD RED EYE



PRESS

URBIN IN OCEAN DRIVE MAGAZINE



PRESS

URBIN IN MIAMI TODAY



NEWS

LOCATION VENTURES LAUNCHES
CONDO SALES FOR URBIN MIXED-USE
CONDO/CO-WORKING LIFESTYLE IN
MIAMI BEACH AND COCONUT GROVE



NEWS

URBIN IN WORLD RED EYE



NEWS

URBIN IN SOUTH FLORIDA AGENT



NEWS

LOCATION VENTURES LAUNCHES
SALES FOR THE FIRST TWO
LOCATIONS OF URBIN



PRESS

LOCATION VENTURES LAUNCHES
SALES OF CO-LIVING PROJECT IN
MIAMI BEACH



LIVE · WORK · WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 (305) 791-1694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

Ⓘ

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY    LOCATION
                VENTURES

URBIN    VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

UNCATEGORIZED

# URBIN GROUNDBREAKING IN SOUTH FLORIDA BUSINESS JOURNAL

URBIN was recently featured in South Florida Business Journal article titled "URBIN Condo, coworking project breaks ground in Miami Beach".

From the South Florida Business Journal article:

Location Ventures has broken ground on the URBIN Miami Beach condo, coworking and wellness project.

The Coral Gables-based developer is building the six-story project at 1260 Washington Ave. It will feature 69 condos, 20,000 square feet of coworking space, a market, a rooftop bar and pool, and about 5,000 square feet of wellness amenities.

Locations Venture said the condos are fully sold out. They will range from 275- square-foot studios to 1,334 square feet with four bedrooms. The condos are designed in a co-living style, with separated bedrooms and shared kitchen, dining and living areas. The condo will permit both long-term and short-term rentals. It also has a program where owners could lease back the property and stay there up to 90 nights a year with professional management in house.

Prices ranged from $400,000 to $2.4 million.

URBIN Miami Beach was originally proposed as a co-living rental project before shifting to condos.

"Following immense sales interest, we are excited to initiate the construction process for the first URBIN location at a ripe moment in Miami Beach's history," said Rishi Kapoor, CEO of Location Ventures. "This property will infuse living, working and wellness into a singular location, while contributing to the quickly evolving, iconic Washington Avenue district."

URBIN Miami Beach should be completed in 2025. Miami-based Winmar Construction is the general contractor and Miami-based Touzet Studio is the architect.

The developer purchased the 33,488-square-foot site in 2021 for $20 million. It is renovating an existing office building into the wellness and coworking center. It demolished a retail building in order to construct the condo.

Location Ventures plans to build the next URBIN project in Miami's Coconut Grove, where it anticipates breaking ground in 2023.

Read on South Florida Business Journal HERE.

PREVIOUS

**URBIN GROUNDBREAKING IN YIMBY**



URBIN
LIVE  WORK  WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-701-1694
✉ INFO@URBINCONDOS.COM
CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY **LOCATION** VENTURES

Captured by FireShot Pro: 03 January 2023, 13:15:40

## URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

# URBIN GROUNDBREAKING IN YIMBY

URBIN was recently featured in YIMBY article titled "Location Ventures Breaks Ground on URBIN Miami beach At 1260 Washington Avenue In South Beach".

From the YIMBY article:

Miami-based real estate firm Location Ventures has broken ground on URBIN Miami Beach, a 7-story mixed-use development located at 1260 Washington Avenue in South Beach, Miami Beach. The milestone marks the construction commencement for the mixed-use brand that unites design-forward residences for short- or long-term rental with co-working spaces, wellness amenities, social activations, and lifestyle-oriented retail, all in one central address.

On November 15, Location Ventures, development partners, and city officials gathered at the project site for the official groundbreaking ceremony. Special guests included Miami Beach Mayor Dan Gelber, Washington Avenue Business Development Executive Director Troy Wright, and Miami Beach Commissioner Alex Fernandez.

URBIN Miami Beach is the first property to launch the URBIN brand portfolio, with a second location in Coconut Grove and plans underway to further scale in key U.S. cities. With exclusive sales representation by ONE Sotheby's International Realty, URBIN Miami Beach is comprised of 69 units, which are sold out and attracted a diverse buyer demographic, including Latin America and Europe. URBIN Coconut Grove is set to break ground in 2023, with 90 percent of its residential offerings currently sold.

The URBIN development is the latest addition to the renaissance now underway for Miami Beach's Washington Avenue. Known for its prime location in the epicenter of lively culture, dining, and entertainment and just blocks from the beach, efforts led by the local Business Improvement District, City of Miami Beach, and private enterprises have established a healthy pipeline of new businesses and contemporary concepts that will transition the area into its next evolution.

"Following immense sales interest, we are excited to initiate the construction process for the first URBIN location at a ripe moment in Miami Beach's history," said Rishi Kapoor, CEO of Location Ventures. "This property will infuse living, working, and wellness into a singular location, while contributing to the quickly evolving, iconic Washington Avenue district. We selected this site because it represents our brand ethos to increase accessibility and mobility in urban cores."

The turnkey residences at URBIN Miami Beach range from 275-square-foot studios to two- to four-bedrooms up to 1334 square feet, offering city or partial ocean views. Shared spaces, including a common kitchen, dining, and living area, will foster community, collaboration, and networking. Unit owners will have exclusive access to a lease-back program that allows staying on the property for up to 90 nights per year. While away, the residence is professionally managed in-house and available for extended-stay rentals.

A variety of resort-inspired services, such as valet parking, concierge, housekeeping, and room service, will complement onsite amenities to create an environment to "live-work-well." Residents and members of the adjacent URBIN coworking space will enjoy a rooftop with a bar lounge area and green spaces, as well as the wellness center with programming for mindfulness, movement, nourishment, and healing. Food and beverage offerings can be found at the ground-floor café and bar and gourmet market.

Catering to the increased demand for quality office space in Miami Beach, URBIN's dedicated coworking component will bring an elevated level of service to the work experience. In addition to the physical space, coworking members will have access to necessary business support tools, including consulting, administrative and networking services.

URBIN Miami Beach is designed by Touzet Studio, led by Carlos Prio-Touzet and Jacqueline Gonzalez-Touzet. The building's façade will complement the playful energy of Miami Beach, featuring geometric styles and colors found throughout the neighborhood, with a nod to its Art Deco heritage. Its common areas and amenity interiors are curated by Meyer Davis, the award-winning design studio from New York City. The property is two blocks from the beach, steps from Ocean Drive and Lincoln Road, and part of the world's largest Art Deco district.

Winmar Construction is the general contractor.

Read on YIMBY HERE.





PREVIOUS
**URBIN IN REAL ESTATE WEEKLY**



NEXT
**URBIN GROUNDBREAKING IN SOUTH FLORIDA BUSINESS JOURNAL**

## URBIN
LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-701-1694
✉ INFO@URBINCONDOS.COM
CONNECT WITH US


*A circular community that provides a responsible, authentic, and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY   LOCATION VENTURES



# URBIN

VISION      MIAMI BEACH      COCONUT GROVE      NEWS      **SCHEDULE APPOINTMENT**

PRESS

# URBIN IN REAL ESTATE WEEKLY

URBIN was recently featured in Real Estate Weekly article titled "Location Ventures Break Grounds on URBIN Miami Beach".

From the Real Estate Weekly article:

Location Ventures – the Miami-based, integrated real estate firm that delivers thoughtfully-designed and fully-connected real estate projects – announced today the groundbreaking of URBIN Miami Beach. The milestone marks construction commencement for the first-to-market, mixed-use brand that unites design-forward residences for short- or long-term rental with co-working spaces, wellness amenities, social activations, and lifestyle-oriented retail, all in one central address.

On November 15, Location Ventures, development partners and city officials gathered at the project site, 1260 Washington Ave., for the official groundbreaking ceremony. Special guests included Miami Beach Mayor Dan Gelber, Washington Avenue Business Development Executive Director Troy Wright and Miami Beach Commissioner Alex Fernandez. Guests enjoyed breakfast hors d'oeuvres, freshly brewed coffee and sparkling wine, while learning about the future development.

URBIN Miami Beach is the first property to launch of the URBIN brand portfolio, with a second location in Coconut Grove and plans underway to further scale in key U.S. cities. With exclusive sales representation by ONE Sotheby's International Realty, URBIN Miami Beach is comprised of 69 units, which are sold out and attracted a diverse buyer demographic, including Latin America and Europe. URBIN Coconut Grove is set to break ground in 2023, with 90 percent of its residential offerings currently sold.

The URBIN development is the latest addition to the renaissance now underway for Miami Beach's Washington Avenue. Known for its prime location in the epicenter of lively culture, dining and entertainment and just blocks from the beach, efforts led by the local Business Improvement District, City of Miami Beach and private enterprises have established a healthy pipeline of new businesses and contemporary concepts that will transition the area into its next evolution.

"Following immense sales interest, we are excited to initiate the construction process for the first URBIN location at a ripe moment in Miami Beach's history," said Rishi Kapoor, CEO of Location Ventures. "This property will infuse living, working and wellness into a singular location, while contributing to the quickly-evolving, iconic Washington Avenue district. We selected this site because it represents our brand ethos to increase accessibility and mobility in urban cores."

The turnkey residences at URBIN Miami Beach range from 275-square-foot studios to two- to four-bedrooms up to 1,334 square feet, offering city or partial ocean views. Shared spaces, including a common kitchen, dining, and living area, will foster community, collaboration, and networking. Unit owners will have exclusive access to a lease-back program that allows stay on property for up to 90 nights per year. While away, the residence is professional managed in-house and available for extended stay rentals.

A variety of resort-inspired services, such as valet parking, concierge, housekeeping, and room service will complement onsite amenities to create an environment to "live-work-well." Residents and members of the adjacent URBIN coworking space will enjoy a rooftop with a bar lounge area and green spaces, as well as the wellness center with programming for mindfulness, movement, nourishment, and healing. Food and beverage offerings can be found at the ground-floor café and bar and gourmet market.

Catering to the increased demand for quality office space in Miami Beach, URBIN's dedicated coworking component will bring an elevated level of service to the work experience. In addition to the physical space, coworking members will have access to necessary business support tools, including consulting, administrative and networking services.

URBIN Miami Beach is designed by Touzet Studio, led by Carlos Prio-Touzet and Jacqueline Gonzalez-Touzet. The building's façade will complement the playful energy of Miami Beach, featuring geometric styles and colors found throughout the neighborhood, with a nod to its Art Deco heritage. Its common areas and amenity interiors are curated by Meyer Davis, the award-winning design studio from New York City. The property is two blocks from the beach, steps from Ocean Drive and Lincoln Road, and part of the world's largest Art Deco district.

Click HERE to read on Real Estate Weekly

🏷 GROUNDBREAKING   🏷 PRESS   🏷 REAL ESTATE WEEKLY



PREVIOUS
URBIN IN BISNOW SOUTH FLORIDA DEAL SHEET

NEXT
URBIN GROUNDBREAKING IN YIMBY


---

# URBIN
LIVE  WORK  WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305-701-1694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  LOCATION VENTURES

Case 1:23-cv-24903-CMA   Document 14-2   Entered on FLSD Docket 01/03/2024   Page 67 of 190

# URBIN

VISION     MIAMI BEACH     COCONUT GROVE     NEWS     **SCHEDULE APPOINTMENT**

PRESS

# URBIN MIAMI BEACH SOLD OUT

URBIN was thrilled to share that it has sold out in Miami Beach. As recently featured in PROFILEmiami, "Location Ventures Announces Sellout Of Urbin Miami Beach Mixed-Use Condo, Co-Working Lifestyle Project", URBIN completed sell out of the project in May.

From The Article:

The Miami-based Location Ventures, an integrated real estate platform that delivers thoughtfully designed and fully-connected residential and mixed-use projects, has announced the sell-out of URBIN Miami Beach. The mixed-use development will deliver a combination of 69 turnkey residences, coworking space, and ground-floor retail at 1260 Washington Avenue, an area of Miami Beach with revitalization underway. The project, exclusively represented by ONE Sotheby's International Realty, commanded an average price of $1,350 per square foot for its residences comprised of micro-style units, comparable to nearby luxury condominiums. The property is slated to break ground this summer and is anticipated to deliver by 2025, once constructed by Winmar Construction.

When complete, URBIN will join the renaissance and expansion currently underway on Washington Avenue and Commodore Plaza – two streets situated in two of the city's most thriving and in-demand districts. URBIN Miami Beach, designed by architect Touzet Studio and New York interior design studio Meyer Davis, will offer turnkey residences that include 275-square-foot studios, as well as two- to four-bedrooms up to 1,334 square feet. There will be a variety of shared spaces, including an indoor/outdoor living area to foster community, South Florida style. Units are part of a leaseback program that allows owners to stay on property for up to 90 nights per year. While away, the fully furnished residence generates income as part of a managed rental system.

"This sellout showcases the continued demand for an all-in-one product, geared toward professionals who work remote and travel frequently," said Rishi Kapoor, CEO of Location Ventures. "The price per square foot is a sign of the times, where high-quality product is dominating the market."

URBIN is a first-to-market, mixed-use brand that unites design-forward residences for short- or long-term rent with an all-inclusive wellness amenity programming, social activations, lifestyle-oriented F&B outlets and an adjacent co-working space, all in one central address. The URBIN portfolio includes URBIN Miami Beach, as well as URBIN Coconut Grove, where residential sales are also underway, with 60 percent pre-sold in the transformative neighborhood.

URBIN is backed by investors David Martin, CEO of Terra Group; Rudy Touzet, CEO of Banyan Street Capital; the Murphy family of Coastal Construction; former New York Jets and New Orleans Saints linebacker Jonathan Vilma; Gabriel Navarro, Marcel Navarro and Martin Pico of MMG Equity Partners; Marty Halpern of UnitedTranzactions; and a group of owners from Location Ventures.

URBIN is designed to address the needs of today's residents, fostering creativity and connection through design-forward residences, an amenity program focused on wellness, and social programming that fosters community.

## The Way To Live Work Well

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com | 305.526.4691

Read more from the PROFILEmiami article HERE

PREVIOUS

**URBIN IN GOBANKINGRATES**

NEXT
**URBIN MIAMI BEACH BREAKS GROUND**


# URBIN

LIVE  WORK  WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305-701-1694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  **LOCATION** VENTURES

# URBIN

VISION   MIAMI BEACH   COCONUT GROVE   NEWS   **SCHEDULE APPOINTMENT**

PRESS

# URBIN MIAMI BEACH BREAKS GROUND



URBIN Miami Beach celebrated its groundbreaking on Tuesday, November 15. Guests, including city officials, luxury real estate brokers, and community leaders, joined for an intimate gathering onsite. URBIN is proud to take the next step in development of 69 turnkey residences, coworking space, and ground-floor retail located on 1260 Washington Ave.

## The Way To Live Work Well

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com | 305.526.6691

PREVIOUS
**URBIN MIAMI BEACH SOLD OUT**

NEXT
**URBIN IN BISNOW SOUTH FLORIDA DEAL SHEET**

# URBIN

LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
☎ 305-701-1694
✉ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow*

DEVELOPED BY **LOCATION** VENTURES

# URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS

**SCHEDULE APPOINTMENT**

PRESS

# URBIN IN BISNOW SOUTH FLORIDA DEAL SHEET

URBIN was recently featured in Bisnow weekly South Florida Deal Sheet.

From the article:

**Construction & Development**

Coral Gables developer Location Ventures broke ground on its latest project, URBIN Miami, a mixed-use coworking, wellness and condominium complex in Miami Beach.

The 34K SF, six-story project is located in the heart of South Beach at 1260 Washington Ave. It will offer 20K SF of coworking space, a 5K SF wellness center and 69 condominiums, South Florida Business Journal reports.

The condos range between 275 SF studios and 1,334 SF four-bedroom units. Both long-term and short-term rental arrangements will be permitted. Additionally, owners have the option to lease back their units with annual live-in flexibility of up to 90 days.

Prices begin at $400K and go up to $2.4M. The development is slated to be delivered in 2025.

## The Way To Live Work Well

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com | 305.526.4691

Read more from the Bisnow article HERE



PREVIOUS

**URBIN MIAMI BEACH BREAKS GROUND**

NEXT
**URBIN IN REAL ESTATE WEEKLY**




# URBIN
LIVE · WORK · WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305-701-1694
✉️ INFO@URBINCONDOS.COM

CONNECT WITH US
📷

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  **LOCATION** VENTURES

URBIN          VISION      MIAMI BEACH      COCONUT GROVE      NEWS      **SCHEDULE APPOINTMENT**

PRESS

# URBIN IN GOBANKINGRATES

URBIN was recently featured in GoBankingRates article titled "Homebuyers Are Leaving These 5 Big Cities, Relocating to These 5 Big Cities – Experts Weigh In".

From the article:

The pandemic has people itching to move. Of course, there is always some percentage of people who are looking to relocate anyway, but a recent report from Redfin shows the share of homebuyers searching for a new place to call home is up substantially since COVID-19 first turned our world upside down.

As of January 2022, a record 32.4% of Redfin.com users nationwide looked to move to a different metro area — significantly up from 35.2% in Q2 2019, and slightly up from the previous peak of 31.5% in the first quarter of 2021. While the current percentage is notably higher than before the pandemic, the question is exactly what influence the pandemic has had on the increase. While it would seem that remote work policies would play a big part, expert input helps us bring further context to this rising trend. Let's explore the situation.

## So Long, San Fran, LA, NYC, Seattle and D.C. — Hello Miami, Phoenix, Tampa, Sacramento and Vegas!

According to the Redfin report, San Francisco, Los Angeles, New York, Seattle and Washington, D.C. were the top metro areas homebuyers looked to leave in January, which was unchanged from the fourth quarter of 2021. That's based on net outflow, a measure of how many more Redfin.com home searchers looked to leave a city than move in.

As for where homebuyers are looking to move, Miami was the most popular destination of all the major U.S. metros, unchanged from the third and fourth quarters of 2021. Miami was followed by Phoenix, Tampa, Sacramento and Las Vegas.

## Expert Analysis

Here, we'll take a look at why people are leaving the five major metros and flocking to the five other ones, with home prices, climate and other factors coming into play.

## Cost Plays a Big Role

Throughout the pandemic, we have seen people move from expensive cities such as San Francisco and New York to cheaper cities like Las Vegas and Phoenix. As more data becomes available, it appears the pandemic may have accelerated the already-existing trend of people leaving costly metros. In other words, it didn't necessarily create a brand new phenomenon.

Nevertheless, cost matters, and that is perhaps more important than ever in light of COVID. "This high cost of living doubtlessly pushes some people to seek out less expensive parts of the country," says Jacob Channel, senior economic analyst at LendingTree. "That's not to say that places like Miami or Sacramento are incredibly cheap, but when compared to somewhere like LA or San Francisco, they appear significantly more affordable."

## Policy Also Matters

Although relocating is not usually a temporary decision, it appears policies around COVID-19 have factored into the decision for at least some homebuyers. Every buyer has their own calculations to make, and policies that are a pro for some may be a con for others.

"Among those who said the pandemic responses of their previous area impacted their decision of where to live, 26% sought an area with less restrictive pandemic-related policies, including mask mandate bans, and a lack of vaccine requirements," says Vanessa FamuJener, president of HomeLight Homes.

However, there is a flip side to this, as FamuJener points out. "On the flip side, 19% of buyers wanted to move to an area where a higher percentage of the residents take action to mitigate the pandemic (e.g. voluntary mask wearing, social distancing, etc.)."

## Climate Change Is a Growing Concern

For many years, climate change wasn't a serious concern for homebuyers, which meant people didn't think twice about cities near the water with tropical climates. However, as the impacts of climate change are becoming increasingly evident, climate is becoming a real factor in where people choose to live. "Climate change continues to impact every aspect of our lives, and in the case of our homes, extreme weather has proven to be unpredictable (and detrimental) over the last decade or so," says Brad Wills, director of strategic customers & programs at Schneider Electric. "Those who live in areas prone to climate disasters (think flooding, tornadoes, heavy snowfall) are flocking to locations with a higher price tag to escape the harmful effects that extreme weather causes to their homes and livelihood," Wills says.

The idea that people would opt for more expensive areas to escape climate change impacts is certainly a newer phenomenon, but it also makes sense. After all, only 27% of Americans have flood insurance, according to the Insurance Information Institute. Hence, moving somewhere that is less prone to flooding can save homebuyers money in the long run.

## People Are Staying Closer to Home Than Expected

Many people may be moving to cities like Sacramento to save money, but in most cases, they aren't moving there from New York. In fact, the majority of people moving to Sacramento are moving from San Francisco. Meanwhile, people moving to Tampa are most often coming from Orlando.

"Something else that's interesting is that a considerable amount of those moving aren't packing up and making the trek to the opposite side of the country," says Hamza Ibrahim, founder and CEO of REI University. "In most cases, they're actually moving either to the suburbs of the city they were in, or to a more affordable urban area that's still in the same region."

## More Than Anything, Quality of Life Matters

One of the recurring themes throughout the pandemic, at least in terms of what we kept hearing, is how everything would change forever. And some things did change significantly, such as more companies embracing remote work. Anecdotally, some large employers are offering to reimburse employees up to several thousand dollars for home office equipment. And, indeed, some people who can work remotely have moved to cheaper areas to reduce their costs.

"However, much of this 'Great Relocation' is also a flight to quality of life," says Rishi Kapoor, CEO of Location Ventures. "Year-round access to the beach, water, and outdoor space is a significant draw for people, especially as South Florida's culinary, shopping and entertainment scene is now rivaling major metros like New York City and L.A."

URBIN is designed to address the needs of today's residents, fostering creativity and connection through design-forward residences, an amenity program focused on wellness, and social programming that fosters community.

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com | 305.526.4691

Read more from the GoBankingRates article HERE

🔵 🔵 🔵

| | |
|---|---|
|  PREVIOUS<br>**URBIN IN YAHOO FINANCE** | NEXT<br>**URBIN MIAMI BEACH SOLD OUT**  |



URBIN
LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-701-1994
✉️ INFO@URBINCONDOS.COM
CONNECT WITH US
📷

*A circular community that provides a
responsible, authentic, and portable lifestyle
created as a home of today and tomorrow.*

DEVELOPED BY   **LOCATION**
VENTURES

PRESS

# URBIN IN MSN

URBIN was recently featured in MSN online publication titled "Argentinians are consolidated as the main buyers of condo hotels in Miami".

One of the most outstanding aspects of this type of property is that it allows for yields of up to 7% per year on the purchase price.

"The trend is also due to new real estate investment models, where investors can receive rental income in addition to being able to enjoy the properties as they choose," the report says.

It also explains that the Condo-Hotels are ratified as the main investment attraction "because they are a way of buying that allows the owner to use the property as a space for personal use, and, at the same time, consider the option of renting allows you to generate additional income.

In this regard, Fernando de Núñez y Lugones, executive vice president and economist at ONE Sotheby's International Realty, maintains that in the midst of the crisis generated by Covid-19, Argentines see a great opportunity to shield their interests in safer investments in the face of uncertainty. present in the country.

"Opportunities now arise in projects that focus on generating spaces so that their residents can live and work in places specifically designed for it," adds the executive who also leads the URBIN Miami Beach & Coconut Grove sales team, a new wellness concept for living and work.

URBIN is designed to address the needs of today's residents, fostering creativity and connection through design-forward residences, an amenity program focused on wellness, and social programming that fosters community.

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com | 305.526.4691

Read more from the Spanish MSN article HERE





PREVIOUS
## URBIN IN PERFIL NEWS

NEXT
## URBIN IN YAHOO FINANCE



# URBIN
LIVE · WORK · WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305-701-1694
✉ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow*

DEVELOPED BY    LOCATION
                VENTURES

# URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

# URBIN IN YAHOO FINANCE

URBIN was recently featured in Yahoo Finance article titled "Miami: Argentines rank first in international real estate transactions in South Florida".

From the article:

One of the most outstanding aspects of this type of property is that it allows yields of up to 7% per year on the purchase price.

"The trend is also due to new real estate investment models, where investors can receive rental income in addition to being able to enjoy the properties as they choose," the report says. It also explains that the Condo-Hotels are ratified as the main investment attraction "because they are a way of buying that allows the owner to use the property as a space for personal use, and, at the same time, consider the option of renting allows you to generate additional income.

In this regard, Fernando de Núñez y Lugones, executive vice president and economist at ONE Sotheby's International Realty, maintains that in the midst of the crisis generated by Covid-19, Argentines see a great opportunity to shield their interests in safer investments in the face of uncertainty, present in the country. "Opportunities now arise in projects that focus on generating spaces so that their residents can live and work in places specifically designed for it," adds the executive who also leads the URBIN Miami Beach & Coconut Grove team, a new wellness concept for living and work.

The incessant flow of tourists to Miami also boosts real estate investments by Argentines in the area.
For Núñez and Lugones, "this type of condo-hotel is intended for those who seek to relax, rest and reconnect through complete programs that provide well-being while living and working, taking advantage of unique spaces, specialized stores, gourmet markets and wellness centers." To this is added that the buyer can enjoy up to 90 days of a home that brings together the comfort of a home, "as well as the possibility of renting a space that offers the special treatment that its tenants deserve."

The expert recalls the features that the concept offers such as valet parking and concierge service; outdoor seating areas; Housekeeping, food and drink outlets, terrace with swimming pool, lounge bar and green spaces; Co-working area with consulting services and work tools.

URBIN is designed to address the needs of today's residents, fostering creativity and connection through design-forward residences, an amenity program focused on wellness, and social programming that fosters community.

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com | 305.526.4691

Read more from the Spanish Yahoo Finance article HERE



PREVIOUS
**URBIN IN MSN**


NEXT
**URBIN IN GOBANKINGRATES**


# URBIN

LIVE  WORK  WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

☎ 305-701-1694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  **LOCATION** VENTURES

Page 24
URBIN In Perfil News - Urbin
https://urbincondos.com/urbin-in-perfil-news/

# URBIN

VISION      MIAMI BEACH      COCONUT GROVE      NEWS      **SCHEDULE APPOINTMENT**

PRESS

# URBIN IN PERFIL NEWS

URBIN was recently featured in Perfil weekly in article titled "Argentines are consolidated as the main buyers of condo hotels in Miami".

The crisis generated by the pandemic, added to the political uncertainty in Latin America and strengthened an investment trend among Argentines: to acquire condo-hotels in Miami. This is due to the economic stability they represent and the legal soundness of the transaction."

In the midst of the crisis generated by COVID-19, Argentine investors see a great opportunity to shield their interests in safer investments in the face of the uncertainty present in their country. Opportunities now arise in projects that focus on generating spaces so that their residents can live and work in places designed specifically for it", says Fernando de Núñez y Lugones, Executive Vice President and Economist at ONE Sotheby's International Realty who leads the URBIN Miami Beach & Coconut Grove team.

The Condo-Hotels are positioned as an attractive investment because they are a way of buying that allows the owner to use the property as a space for personal use, and, at the same time, consider the option of a rental that allows him to generate additional income.

URBIN is designed to address the needs of today's residents, fostering creativity and connection through design-forward residences, an amenity program focused on wellness, and social programming that fosters community.

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com | 305.526.4691

Read more from the Perfil article HERE



| | PREVIOUS | | NEXT | |
|---|---|---|---|---|
|  | URBIN IN EL ECONOMISTA | | URBIN IN MSN |  |



# URBIN
LIVE · WORK · WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305.521.1994

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

A circular community that provides a responsible authentic and portable lifestyle created as a home of today and tomorrow

DEVELOPED BY  LOCATION

# URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

## URBIN IN BISNOW

URBIN was recently featured in Bisnow article titled "South Florida CRE Leaders on What's To Come in 2022"

From the article:

The past two years have been hectic, to say the least, with the coronavirus pandemic upending lives and markets around the globe. Among the regions that fared better than others is South Florida, which emerged relatively unscathed.

Regional commercial real estate experts are now looking ahead to 2022, and they spoke with Bisnow regarding what's on tap for the new year. *These comments have been lightly edited for style and clarity.*

**Rishi Kapoor, CEO, Location Ventures**

"The future is Flex. In both the residential and commercial market, the desire for flex space grew significantly over the past year and I anticipate it will further take hold in 2022. There are still several unknown factors, from corporate coworking to hybrid schedules, to world health, that are preventing companies from making long-term decisions and flex is an opportunity that fits. For employers and entrepreneurs, the ability to work from anywhere, and the growing acceptance to do so, is also fueling demand for flex office space. We're seeing a similar trend in residential markets. A large segment of renters is moving away from signing annual leases in search of furnished apartments with flexible terms, allowing them to live in one city for a few months and then another, all while maintaining digital connectivity. The rise in short-term rental projects has already been seen locally and I foresee that it will continue, especially with the new projects planned."

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com | 305.526.4691

Read more from the Bisnow article HERE





PREVIOUS
**URBIN IN SOUTH FLORIDA BUSINESS JOURNAL**



NEXT
**URBIN IN EL ECONOMISTA**



# URBIN
LIVE  WORK  WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305-701-1694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  LOCATION VENTURES

# URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

## URBIN IN EL ECONOMISTA

URBIN was recently featured in El Economista article titled "The Real Estate Market In The U.S is becoming an attractive option for Mexican Buyers"

From the article:

The real estate market in the United States, especially in luxury segments, is experiencing significant dynamism, where prices, low-interest rates, and other circumstantial factors have boosted demand while the supply has lagged behind.

According to an analysis by mortgage giant Freddie Mac, from 2018 to date the housing deficit in the United States has increased more than 50% to currently stand at 3.8 million units, while the price of unit sales across the US have risen about 15% in recent months to currently stand at around $340,000.

Real estate professionals in the United States have agreed that this situation could be perceived as worrying; however, it is a great opportunity for foreigners, mainly Mexicans, who seek to protect their positions in safe investments in the face of the economic situation.

"People are coming to the United States wanting to buy because there have been changes in the Latin American region. In Chile, Peru, Mexico, there was a significant outflow of capital and a percentage of that capital is going to end up in the real estate market", explained Fernando de Núñez y Lugones, executive vice president of the Development Division of the ONE Sotheby's International Realty agency.

In an interview, De Núñez highlighted that the Miami, Florida, market has triggered the interest of Mexicans, especially in projects with a value of more than 1,500,000 dollars, since, during the last year, Mexicans went from tenth to fourth place in the ranking of international real estate buyers in that state with acquisitions totaling more than 420 million dollars.

"Mexicans are present in all segments, but they are always buying well-located and high-quality products," said the director of the URBIN luxury segment project's sales agency. De Núñez commented that, according to his experience, half of the Mexicans who buy a home in the United States do so in order to have a permanent residence, while 25% do so to settle partially and the other 25 % for investment purposes.

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com | 305.526.4691

Read more from the El Economista article HERE



PREVIOUS
**URBIN IN BISNOW**


NEXT
**URBIN IN PERFIL NEWS**



# URBIN
LIVE MORE WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

☎ 305-701-1694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US



*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY **LOCATION** VENTURES

## URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

# URBIN IN SOUTH FLORIDA BUSINESS JOURNAL

URBIN was recently featured in the South Florida Business Journal article titled "Renter Nation" detailing the rapid rise in cost of living burdening South Florida's workforce – and soon its employers.

From the article:

One way to make apartments more affordable is to live with roommates, a trend Miami-based Location Ventures aims to tap into with its URBIN brand. The developer has co-living and coworking projects under development in Coral Gables, Miami Beach and Coconut Grove, with another planned in Fort Lauderdale. The company will rent by the bed for just over $1,000 a month and sell other on-site services, such as wellness plans.

"Our thesis is to put people in the heart of the most in-demand submarkets, right in the urban center," CEO Rishi Kapoor said. "The trade-off is a smaller footprint for personal space, but they have the amenity that is the community."

However, not all cities allow co-living. Kapoor said cities should embrace creativity in housing design to enhance affordability and allow more of the workforce to live here.

Each URBIN is an oasis, a layered community of thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices.

info@urbincondos.com | 305.526.4691

PREVIOUS
**URBIN IN CONDO BLACKBOOK** 

NEXT
**URBIN IN BISNOW** 

## URBIN
LIVE · WORK · WELL



LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305-701-1694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  LOCATION VENTURES

# URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

## URBIN IN ALLWORK

URBIN was recently featured in AllWork article titled "Real Estate Platform Launches Mix-Use Residential Product".

From the article:

Real estate platform company Location Ventures has launched its new mix-use residential product called URBIN in Miami Beach and Coconut Grove.

URBIN incorporates residential spaces with short or long-term leases, as well as access to coworking spaces, wellness amenity programs, retail, and more all in one location.

Presales for URBIN's condos at its Miami Beach location have begun and so far the company has pre-sold 60% of its space within the first 30 days. Presales for its Coconut Grove location are expected to initiate soon, with the firm planning to expand its services across major markets in the U.S.

URBIN's residential units in Miami Beach feature a variety of floor plans ranging from 275 square-foot studios to four-bedroom units up to 1,334 square feet. The Coconut Grove location will feature spaces ranging from 334 square feet to 2,352 square feet.

"URBIN celebrates a new way of living by bringing people together through home, work, and wellness in a single setting," said Rishi Kapoor, CEO of Location Ventures. "Through integrating quality design, technology, wellness and social programming, we're hoping to foster community and enable a high- quality of life in these city-centric 'urban' neighborhoods."

URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more. HERE

PREVIOUS

URBIN IN MIAMI TODAY

NEXT
URBIN IN CONDO BLACKBOOK




LIVE · WORK · WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305-701-1694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  **LOCATION** VENTURES

# URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

# URBIN IN CONDO BLACKBOOK

URBIN was featured in Condo BlackBook Miami's New and Pre-Construction Condo Update.



Just like Miami's luxury housing market, the pre-construction condo market is a hotbed of activity. This October, Urbin Miami Beach and La Baia launched sales. Two new condos were proposed, with one being a non-profit development in Little Havana. Aria Reserve, Lofty Brickell, and a 38-story Edgewater condo cruised through approvals to meet the heightened demand brought on by lifting of travel bans and continued migration of businesses to South Florida. Related Group revealed Casa Bella Residences as a rebrand. And, another bulk buyout took place close in Coral Gables as developers look for developable land.

Location Ventures launched sales on one of its mixed-use, co-living condo projects planned for Miami Beach. Located at 1260 Washington Avenue, Urbin Miami Beach was 60% pre-sold in just the first 30 days of marketing. Designed by Touzet Studio, with interiors and common spaces by New York's Meyer Davis Studio, the condo project is expected to feature fewer than 100 units.

The development will include a renovated 33,488-square-foot building plus a brand-new 44,000+ square-foot building. Units will range from studios to two- and four-bedroom condos.

Following the success of this initial launch, developer Location Ventures plans on launching sales for URBIN Coconut Grove soon. Designed by Arquitectonica and Paredes Architects, the co-living/co-working complex will rest next to CocoWalk at 3162 Commodore Plaza. The development will include the conversion of a nearly 33,000-square-foot commercial building, a 5,000-square-foot restaurant, and 23,490-square-foot property, along with ground-up development. Units at Urbin Coconut Grove will range from 331-square-foot studios to 2,352-square-foot six-bedroom condos.

With its first two locations planned for Miami, Urbin is a first-of-its-kind, mixed-use brand dedicated to creating spaces where one can live, work, and seek wellness. Each property will offer a membership-based platform and unite condos with all-inclusive, co-working spaces, wellness amenities, social activations, plus lifestyle-oriented retail.

All URBIN properties are planned to feature design-forward, turnkey rental residences with a select number available for purchase. Owners of the private residences will be able to use their homes for up to 90 nights per year. During their time away, the residence will be professionally managed by URBIN and made available for rent through the property's exclusive lease-back program.

Amenities planned for Urbin Miami Beach include a rooftop pool deck with green spaces and lounge areas, a wellness center with programming for mindfulness, movement, nourishment, and healing; plus, service-driven amenities such as housekeeping, room service, and valet.

Construction of both Urbin projects in Miami Beach and Coconut Grove could begin this November and be completed within 24 months of groundbreaking. Prices start at $400,000 with a choice of studios, two- and four-bedroom residences.

Read More From Condo BlackBook HERE




PREVIOUS
URBIN IN ALLWORK

NEXT
URBIN IN SOUTH FLORIDA BUSINESS JOURNAL


---



# URBIN
LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-701-1694
✉ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  **LOCATION** VENTURES

# URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

## URBIN IN WORLD RED EYE



URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more. HERE




PREVIOUS
URBIN IN OCEAN DRIVE MAGAZINE

NEXT
URBIN IN MIAMI TODAY


# URBIN
LIVE WORK WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305-701-1694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

📷

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  LOCATION
VENTURES

Case 1:23-cv-24903-CMA   Document 14-2   Entered on FLSD Docket 01/03/2024   Page 80 of 190

# URBIN

VISION     MIAMI BEACH     COCONUT GROVE     NEWS     **SCHEDULE APPOINTMENT**

PRESS

## URBIN IN OCEAN DRIVE MAGAZINE

_____

URBIN was recently featured in Ocean Drive magazine online publication titled "URBIN: Miami's Newest Live and Work Concept" highlighting our new condominiums coming to Miami Beach and Coconut Grove.

From the article:

Over the past two years, many people have opted out of taking the daily commute to the office and have chosen to work from home instead. URBIN is a new community tailored to the needs of professionals working from home. Their new condominiums located in Miami Beach and Coconut Grove feature peaceful and high-end units, ranging anywhere in size from a studio to six bedrooms.



URBIN is working alongside leading South Florida developer, Location Ventures, to transform their concept into a reality. URBIN crafted their living spaces to fit the schedule of a digital nomad; tenants can stay at a condominium for 90 days at a time, and URBIN will fill the room with other tenants in the meantime. The two newly announce South Florida buildings include Coconut Grove and Miami Beach, but the group is not stopping there. They plan on expanding to over 100 buildings in the US over the next decade.

As remote work has now become a more permanent reality, the only thing a person needs to clock in is a WiFi signal. Each of URBIN's buildings contain ample workspaces, offices, markets, wellness centers and restaurants. URBIN is the perfect oasis to get work done, grocery shop, workout and dine out all in one place.



URBIN prides itself on catering their developments towards the needs of working professionals. Their workspaces provide a quiet and calm area to get the job done, all whilst in the comfort of your own home. They also have personal or collaborative offices for the guest's disposal, perfect for focusing on personal work or collaborating with a group. There are also advanced technology meeting and presentation rooms, perfect for a Zoom conference or PowerPoint presentation.

In need of a quick pick me up in between meetings? Look no further than the on-site café serving fresh drinks and snacks daily. They also have beautiful dining terraces, looking out over Miami's coast.



Not only does URBIN boast luxurious work and dining spaces, they also have many luxurious amenities such as their rooftop pools. This infinity-style pool has a resort-style sundeck, along with poolside food and beverage services. URBIN also has a rooftop lounge and café, perfect for an evening break.

URBIN's newly announced Miami communities are going to be a great addition to the ever-evolving city. Be sure to check out urbincondos.com for more information.

Click HERE to read the article on Ocean Drive Magazine

URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more. HERE

PREVIOUS

URBIN IN SOUTH FLORIDA AGENT

NEXT
URBIN IN WORLD RED EYE


# URBIN
LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-791-4894
✉ INFO@URBINCONDOS.COM

CONNECT WITH US
📷

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY
LOCATION
VENTURES

Page 32
URBIN in Miami Today – Urbin
https://urbincondos.com/urbin-in-miami-today/

# URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

## URBIN IN MIAMI TODAY

URBIN Miami Beach was recently featured in Miami Today article titled "65 Flex Work-Live Units Planned on Washington."

From the article:

A new way to flex live and work is soon coming to Miami Beach, and developers say it will change the "work from anywhere" lifestyle.

URBIN Miami Beach at 1260 Washington Ave. is planned for 65 units for sale where owners can use their unit for up to 90 nights yearly and while away rent it out through the building's leaseback program, said Rishi Kapoor, a local real estate developer who is launching URBIN.

"We are currently in the predevelopment phase and plan to begin the renovation in 2022 and deliver the project by 2025," Mr. Kapoor said.

The project site includes an existing 33,488-square-foot property that is to be renovated, with an additional ground-up development building of 44,000 square feet. Residents are also to have access to dedicated spaces for work, wellness, culinary experiences, and entertainment.

All rentals are to be professionally managed in-house by the URBIN team, controlling cost and quality but the co-working portion of the property can be utilized by anyone, not just URBIN residents, added Mr. Kapoor, who is also the CEO of Location Ventures, which is heading the URBIN buildings.

"After embracing the work-from-anywhere lifestyle over the last year and a half, people are searching for flexibility when it comes to where they live and work," he said. "I anticipate this trend is going to continue, which is why we're integrating flexible short- and long-term furnished rentals as part of the URBIN  operating model and dedicated co-working space."

Fewer companies today want to commit to long-term leases because physical office needs are still changing in a hybrid environment, said Mr. Kapoor, who is developing another URBIN building at 3162 Commodore Plaza in Coconut Grove.

"Miami Beach is one of the most iconic neighborhoods in the world. We identified locations for URBIN that are the epicenter of social activity and culture where there is already demand fom people looking to live and work there," he said.

"The transformation underway on Washington Avenue to bring new hotels and retail made it the ideal fit for the brand's first location."

URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more. HERE



PREVIOUS

**URBIN IN WORLD RED EYE**

NEXT
**URBIN IN ALLWORK**




URBIN

LOCATIONS

TERMS OF USE

PRIVACE POLICE

CONTACT US

CONTACT US

☎ 305.701.6694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.

DEVELOPED BY    LOCATION
VENTURES

Case 1:23-cv-24903-CMA    Document 14-2    Entered on FLSD Docket 01/03/2024    Page 82 of 190

## URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    SCHEDULE APPOINTMENT

NEWS

# LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-WORKING LIFESTYLE IN MIAMI BEACH AND COCONUT GROVE

The desire to live and work in city centers throughout the world is often met with challenges in accessibility, mobility, and sustainability...until now. Location Ventures – a Miami-based, integrated real estate platform that delivers thoughtfully-designed and fully-connected residential and mixed-use projects – announced today the launch of residential sales for URBIN. A first-to-market, mixed-use brand, URBIN unites design-forward residences for short- or long-term rent with all-inclusive co-working spaces, wellness amenity programming, social activations, and lifestyle-oriented retail, all in one central address.

URBIN has initiated condo presales for its first location in Miami Beach, marking the first phase of the brand's official launch with 60 percent pre-sold in the first 30 days. The launch of presales for a second location in Coconut Grove will immediately follow to meet growing demand. The brand will further scale with additional locations in key markets throughout the U.S., designing each to fit into the context of its carefully selected setting.



Daniel de la Vega, Rishi Kapoor, & Fernando de Nuñez y Lugones

With exclusive sales and marketing representation by ONE Sotheby's International Realty, URBIN presents turnkey units, designed in a collective living style. Priced from $400,000, residences will be available in diverse floor plans. In Miami Beach, studios will start at 275 square feet and expand to spacious multi-room residences that range from two- to four-bedrooms at up to 1,334 square feet. In Coconut Grove, residences range from studios at 331 square feet to six bedrooms at 2,352 square feet. Both locations will feature fewer than 100 units to allow for a tailored and more private living experience.

As an opportunity to own property in one of the world's most sought destinations through URBIN, owners will have exclusive access to a lease-back program with the dual freedom to stay on property for up to 90 nights per year. While away, the residence is professionally managed by the brand and available for rent.

"URBIN celebrates a new way of living by bringing people together through home, work, and wellness in a single setting," said Rishi Kapoor, CEO of Location Ventures. "Through integrating quality design, technology, wellness and social programming, we're hoping to foster community and enable a high-quality of life in these city-centric 'urban' neighborhoods."



Mayor Francis X. Suarez

URBIN residences will offer various layouts and provide a selection of shared spaces per unit, such as a common kitchen, dining and living area. The contemporary-designed condos are fully furnished and include efficient layouts to maximize space, while featuring high-end fixtures and Energy-Star stainless steel appliances, and plenty of storage space. Enticing, service-driven amenities, such as housekeeping, room service, and valet are complemented by on-site food and beverage venues; a wellness center with programming for mindfulness, movement, nourishment, and healing; and a rooftop pool deck with green spaces and lounge areas.

From owners of large enterprises to remote workers, URBIN's co-working space brings a heightened level of service to the work experience. Members are given access to bespoke support tools, including consulting, administrative and networking, to further drive their business goals. Those who utilize the space are not required to live on property, however, members who both live and work at URBIN unlock exclusive rates.

LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-WORKING LIFESTYLE IN MIAMI BEACH AND COCONUT GROVE - Urbin
https://urbincondos.com/location-ventures-launches-condo-sales-for-urbin-mixed-use-condo-co-working-lifestyle-in-miami-beach-and-coconut-grove/



URBIN Miami Beach, located at 1260 Washington Ave., is designed by Touzet Studio, led by Carlos Prio-Touzet and Jacqueline Gonzalez-Touzet. The building's façade will complement the playful energy of Miami Beach, featuring geometric styles and colors found throughout the neighborhood with a nod to its Art Deco heritage. Its common area and amenity interiors are curated by Meyer Davis, the award-winning design studio from New York City. The property will undergo a complete renovation to the existing 39,488-square-foot site, in addition to the ground-up development of a 44,000-square-foot building.

URBIN's second location is at 3162 Commodore Plaza in Coconut Grove, a less than five-minute walk from the newly-unveiled CocoWalk. Arquitectonica and Paredes Architects designed the exterior to integrate seamlessly with the contemporary new builds in the surrounding area. The residences will feature interior design by am studio, a boutique design collaborative committed to creating cohesive, resourceful, and oneiric spaces. The development of URBIN Coconut Grove will include the conversion of a nearly 33,000-square foot commercial building, roughly 5,000-square-foot restaurant, and 23,490-square-foot property, as well as a ground-up development.

URBIN will join the renaissance and expansion currently underway on Washington Avenue and Commodore Plaza – two streets situated in two of the city's most thriving and in-demand districts. The sales launch of URBIN aims to reach both domestic and international investors attracted to South Florida by providing a unique live-work-well offering in the market.

For more information, please visit www.urbincondos.com or call 305.376.7274.



This exclusive ownership opportunity at URBIN presents a turnkey experience that truly optimizes the benefits of Miami real estate ownership.

**About URBIN**

URBIN is a first-to-market, mixed-use brand with properties situated in renowned locations, offering an authentic, responsible, and flexible lifestyle when living and working in city centers. The first two locations will be in Miami Beach and Coconut Grove, Florida, with additional locations in key U.S. markets forthcoming. URBIN, developed by Location Ventures, the Miami-based real estate investment and development firm, has a vision to create places where one can live, work, and seek wellness in the heart of coveted neighborhoods. Each property will feature a membership-based platform and unite condos with all-inclusive co-working spaces, wellness amenities and programming, social activations, and lifestyle-oriented retail. URBIN features design-forward, turnkey rental residences with a select number available for purchase. Owners can enjoy their abode for personal use, for up to 90 nights per year, while away, the residence is professionally managed by the brand and available for rent through the property's exclusive lease-back program. Exclusive sales and marketing for URBIN residences is by ONE Sotheby's International Realty.

URBIN is backed by investors David Martin, CEO of Terra Group; Rudy Touzet, CEO of Banyan Street Capital; the Murphy family of Coastal Construction; former New York Jets and New Orleans Saints linebacker Jonathan Vilma; Gabriel Navarro, Marcel Navarro and Martin Pico of MMG Equity Partners; Marty Halpern of UnitedTransactions; and a group of owners from Location Ventures.

Captured by FireShot Pro: 03 January 2023, 13:16:24

LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-WORKING LIFESTYLE IN MIAMI BEACH AND COCONUT GROVE - Urbin
https://urbincondos.com/location-ventures-launches-condo-sales-for-urbin-mixed-use-condo-co-working-lifestyle-in-miami-beach-and-coconut-grove/



**About Location Ventures**

Location Ventures is an integrated real estate platform that provides comprehensive investment, development, management, marketing, and sales for residential and mixed-use properties in the South Florida market and beyond. Location Ventures invests in one-of-a-kind living experiences that make the highest and best use of unique development locations. The company's more than $600 million portfolio contains a mix of ultra-luxury single-family homes, boutique condominiums, and an urban-centered mixed-use project where young professionals live and work at one address.

**About ONE Sotheby's International Realty**

ONE Sotheby's International Realty is South Florida's premier source for luxury real estate and development opportunities with 17 offices spanning from Miami and Key Biscayne to Palm Beach and Stuart. Since its inception in 2008, ONE SIR has recruited more than 800 of the world's most passionate and well-connected agents, backed by a global brand with a heritage of unsurpassed quality, value and trust. ONE Sotheby's International Realty's direct affiliation with Sotheby's Auction House and Sotheby's International Realty has offered the company unparalleled, global reach – an attribute sellers reap the full benefit of as their homes receive prime exposure to a network of more than 22,000 associates in 72 countries and territories across 960 offices. In addition to its luxury brokerage division, the firm also offers a development sales division representing some of South Florida's most successful and prestigious condo developments with a total inventory of over $3.5 billion. With a vision rooted in providing exceptional service, superior market knowledge and the latest technology, ONE Sotheby's International Realty is dedicated to giving extraordinary lives a home to thrive. www.onesothebysrealty.com



Rishi Kapoor, Jorge Kupferman, Micaela Kupferman, & Fernando de Nuñez y Lugones



Rishi Kapoor & Mayor Francis X. Suarez

Captured by FireShot Pro: 03 January 2023, 13:16:24

LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-WORKING LIFESTYLE IN MIAMI BEACH AND COCONUT GROVE - Urbin
https://urbincondos.com/location-ventures-launches-condo-sales-for-urbin-mixed-use-condo-co-working-lifestyle-in-miami-beach-and-coconut-grove/



Urbin Sales Team – Ignacio Gonzalez, Ivonne Ballestas, Lorena Millan, Christianne Leon, Lila Gambogi, Elena Krupennikova, & Maja Nikoloska



Sergio Chanteiro, Fernando de Nuñez y Lugones, Elena Krupennikova, Thomas Grimshaw, & Steven Kupchan



Ani Sanchez & Yedri Villafane

Case 1:23-cv-24903-CMA   Document 14-2   Entered on FLSD Docket 01/03/2024   Page 86 of
190





LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-WORKING LIFESTYLE IN MIAMI BEACH AND COCONUT GROVE - Urbin
https://urbincondos.com/location-ventures-launches-condo-sales-for-urbin-mixed-use-condo-co-working-lifestyle-in-miami-beach-and-coconut-grove/





URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more. HERE



PREVIOUS
LOCATION VENTURES LAUNCHES SALES OF
CO-LIVING PROJECT IN MIAMI BEACH

NEXT
URBIN IN WORLD RED EYE





Case 1:23-cv-24903-CMA   Document 14-2   Entered on FLSD Docket 01/03/2024   Page 88 of 190

LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-WORKING LIFESTYLE IN MIAMI BEACH AND COCONUT GROVE - Urbin
https://urbincondos.com/location-ventures-launches-condo-sales-for-urbin-mixed-use-condo-co-working-lifestyle-in-miami-beach-and-coconut-grove/



LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

905-711-1694

INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic, and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY   LOCATION
VENTURES

Captured by FireShot Pro: 03 January 2023, 13:16:24

URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    SCHEDULE APPOINTMENT

NEWS

# URBIN IN WORLD RED EYE

Photography by Alejandro Chavenie on October 13th, 2021 in Lifestyle, Miami Design District



Miami, FL – October 13, 2021 – URBIN – a first-to-market, live/work brand – hosted its official launch at Miami Design District's historic Moore Building. Developed by Location Ventures, URBIN will feature turnkey residences, all-inclusive co-working space, wellness programming, social activations, and experiential retail. The occasion marked the formal initiation of sales for the brand's first location in Miami Beach, with a second location in Coconut Grove to soon follow. During the private luncheon, the city's top brokers and VIPs celebrated with keynote speaker Mayor Francis X. Suarez, followed by insight on the strength of South Florida's real estate market by ONE Sotheby's International Realty President Daniel de la Vega and Executive Vice President Fernando de Nuñez y Lugones. For more information, please visit www.urbiscondos.com



Captured by FireShot Pro: 03 January 2023, 13:16:42





Fernando de Núñez y Lugones





Daniel de la Vega





Francis Suarez









Rishi Kapoor





URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more. HERE

PREVIOUS
**LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO ...**

NEXT
**URBIN IN SOUTH FLORIDA AGENT**



URBIN
LIVE · WORK · WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

☎ 305-701-1694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY **LOCATION** VENTURES

Page 45
Location Ventures launches sales for the first two locations of URBIN - Urbin
https://urbincondos.com/frank-lloyd-wright-home-lists-in-michigan-jonathan-adler-makes-moves-in-soho/

URBIN

VISION      MIAMI BEACH      COCONUT GROVE      NEWS      SCHEDULE APPOINTMENT

NEWS

# LOCATION VENTURES LAUNCHES SALES FOR THE FIRST TWO LOCATIONS OF URBIN

**Frank Lloyd Wright Home Lists in Michigan,  Jonathan Adler Makes Moves in SoHo, and More  Real Estate News**

Here's everything you need to know now

By Dan Avery September 30, 2021

From high-profile design commissions to exciting listings, there is always something  new happening in the world of real estate. In this roundup, AD PRO has everything you  need to know.

**On the Market**

**A Frank Lloyd Wright house for sale in Michigan**

A 1953 Frank Lloyd Wright home overlooking Lake Michigan is on the market for the  first time in 25 years.

Listed for $1.96 million, Harper House in St. Joseph, Michigan, is named after Ina  Morriss Harper, a doctor who commissioned the famed architect to build a home for her  and her husband after reading a profile on him in *House Beautiful*.

Made of Chicago common brick and tidewater cypress—both signature Wright  materials—the L-shaped abode has floor-to-ceiling windows that wrap around the  perimeter and a combination of pitched, angled, and flat rooflines.

It's been lovingly cared for by current owners Gina Flamm and Arthur Wolak, who  bought the house in 1996. They worked closely with the Frank Lloyd Wright Building  Conservancy on a full restoration and tasked Wright protégé Charles Montooth to  design an extension that added two more bedrooms.

"We're still blown away by the house. It never grows old," Flamm tells AD PRO. "We still  notice new things all the time."

Harper House is being sold with all its furnishings and several art pieces, including a  reproduction of *Sprite*, a sculpture Wright designed for Chicago's Midway Gardens in  1914.

The original furnishings were sold several owners back, but rather than try to recreate  them—"too contrived," says Flamm—the couple infused the space with their own style  while remaining true to Wright's design. "Our mantra was 'of the earth,'" Flamm says.  "There are a lot of browns and golds and bronzes."

The one thing she and her husband didn't want was to live in a museum piece. "We  have children running around, friends and family sitting at the table, food set out on the  buffet," she says. "We've always had that sense of awe, but it's never been  uncomfortable. Our heart is in this house and I hope the next owners' heart is too."

Halfway across the country, another Frank Lloyd Wright house is on the market, in Los  Angeles. Completed in 1925, the Freeman House has been described by architectural  historian Kathryn Smith as one of the architect's most important houses.

Distinguished by its Mayan Revival architecture, textile blocks, and focal hearth, the  three-bedroom house is currently owned by the University of Southern California.  The list price, which includes many original furnishings designed for the house, has  been reduced from $4.25 million in July to $3.25 million.



**Work-life balance in Miami**

Location Ventures has launched sales for the first two locations of Urbin, a new mixed-use brand that combines short- or  long-term accommodations with co-working, wellness  space, and retail.

Catering "to the nomadic traveler…looking to live or stay in the hottest cities with only  their personal items in tow," Urbin properties allow owners to stay for up to 90 nights a  year. While they're away, the residence can be rented on a short- or long-term basis.

Location Ventures has announced plans to scale to 100 sites in the U.S. over the next  decade. The first two are Urbin Miami Beach on Washington Avenue, designed by Coral  Gables–based Touzet Studio, and Urbin Coconut Grove in Commodore Plaza,  designed by Arquitectonica and Paredes Architects.

Residences range from $400,000 to $1.2 million, with sales representation by ONE  Sotheby's International Realty.

In the News

**Jonathan Adler leases SoHo store**

Design maven Jonathan Adler is returning to SoHo with a 10-year lease on a 8,000- square-foot building at 382 West Broadway, the *New York Post* first reported.

For $650,000 a year, the contract on the mid-block building between Spring and  Broome streets includes the ground floor, lower level, and mezzanine. It was previously  a membership spa from skincare brand Erno Laszlo.

"It's a rare freestanding building in SoHo, and since most of the surrounding buildings  are historic cast-iron structures, it will provide Jonathan Adler with a striking, modern  home for his brand," Sinvin Real Estate's Christopher Owles, who represented the  building's owners, tells AD PRO.

The store will be in good company, Owles says, pointing to neighbors like Cipriani  Downtown, Ladurée, and Ryan Serhant's new real estate office, as well as fashion  outposts from Gucci, Bogner, and Reiss.

Adler currently has shops in Greenwich Village, Lenox Hill, and on the Upper West  Side, but he opened his first store on Broome Street in 1998, followed by larger  outposts on Greene Street.

"SoHo's always been their home, and it's important to have a presence here," Janet Liff  of J. Liff Co., who represented Adler in the sale, told the *Post*. Rents have lowered since  the pandemic, she added, "so there are opportunities and it's a good time to come  back."

**Brookfield cuts the ribbon on Manhattan West**

Manhattan West officially opened this week. More than 30 years in the making, the sprawling  city-within-a-city designed by Skidmore, Owings & Merrill links Madison Square Garden,  Penn. Station, the new Moynihan Train Hall, Hudson Yards, and the High Line with eight acres of  office space, hospitality and dining, entertainment, retail, and high-end  accommodations.

In addition to a pair of soaring office towers, the Brookfield Properties development is  also home to the Eugene, a 62-story residential tower with 834 apartments, and Pendry  Manhattan West, the brand's first New York hotel.

Dining options range from elevated fast casual at the Citizens New York food hall to two  outposts from Danny Meyer—Ci Siamo and Daily Provisions—as well as Richard Kuo's  restaurant, Hidden Leaf, and Quality Branded's café, Zou. Zou's.

A 2.5-acre urban pedestrian plaza with movable chairs, tables, and benches will feature  free events and public art, like "Citrovia," an interactive outdoor exhibit boasting  thousands of hand-painted lemons and groves.

"We are incredibly proud that Manhattan West will contribute to the energy and  dynamism of New York City as the city continues to come back to life," Brookfield  managing partner Ben Brown said in a release.



### Could the Met Breuer go condo?

The Whitney Museum's erstwhile home on the Upper East Side may be up for sale, according to a report on Artnet.

Designed by Marcel Breuer in 1966, the iconic dark granite building taking up 77,000 square feet on Madison Avenue was occupied by the Whitney until 2015, when it decamped to its new Renzo Piano–designed home in the Meatpacking District.

A year later, the Metropolitan Museum of Art moved into the Breuer, intending to use it to display modern and contemporary works. But in 2018, the Met sublet the Breuer to the Frick Collection, which was preparing for a massive expansion at its own home base.

The Frick Madison opened in March 2021 and is set to remain there until the Met's lease runs out in fall 2023. But what happens then?

The Whitney declined to respond to a request for comment, but, as Artnet notes, any decision on selling or leasing again would have to be approved by its chief benefactor, Leonard Lauder, who has indicated he doesn't want the museum to give up the building any time soon.

And any developer brave enough to make a play for it would have to overcome its landmark status, zoning issues, and undoubted resistance from the neighborhood and city leaders.

"They may try to do something else with it, but the neighborhood and City Council will push against it hard," *Million Dollar Listing's* Tyler Whitman tells AD PRO. "Personally, I hope they bring another art exhibition space. We have to keep what brings people to New York in the first place. We have plenty of skyscrapers—we don't have enough art."

Real estate broker Compass's chief evangelist Leonard Steinberg said he's confident the building won't be torn down, "as it is an internationally recognizable landmark of architectural significance."

"However, a residential tower that is somehow incorporated with this building is very plausible and would command a premium not only because of its location," he tells AD PRO, "but also because of the provenance of the museum."

But the odds of one as tall as 53 W 53, Jean Nouvel's 1,050-foot skyscraper adjoining the Museum of Modern Art, "are close to zero, if not zero," Steinberg adds.

### A covetable condo in Atlanta

The first model residence has been unveiled at 40 West 12th, the luxury condo tower anchoring Atlanta's 1105 West Peachtree, a $530-million mixed-use complex that also includes a 31-story office building where Google has claimed five floors and the Epicurean, a 178-room culinary-driven hotel that's part of Marriott's Autograph Collection.

Designed by Michael C. Morris of M. Crisler Designs, the apartment features a high contrast color palette, a dual-facing fireplace, and statement light fixtures, like a Sputnik chandelier in the dining room.

Co-developed by Selig Development and Rockefeller Group and designed by Atlanta architecture firm Rule Joy Trammell + Rubio, 40 West 12th offers 64 two- to four bedroom layouts with pricing starting at $1.1 million.



URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more. HERE



NEXT

**LOCATION VENTURES LAUNCHES SALES OF
CO-LIVING PROJECT IN MIAMI BEACH**



URBIN

LIVE · WORK · WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305-701-1694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a
responsible, authentic and portable lifestyle
created as a home of today and tomorrow.*

DEVELOPED BY   LOCATION VENTURES

Captured by FireShot Pro: 03 January 2023, 13:16:52

URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

NEWS

# URBIN IN SOUTH FLORIDA AGENT

URBIN Miami Beach was featured in South Florida Agent article titled " Residential sales launch for mixed-use Miami Beach development URBIN" highlight our recent residential sales launch.

From the article:

Residential sales have officially launched for URBIN, a mixed-use development that will combine residential, commercial, lifestyle and working spaces all under one roof.

Backed by Miami-based real estate company Location Ventures, URBIN will unite design-forward residences with all-inclusive coworking spaces, wellness amenity programming, social activities and lifestyle-oriented retail shops, according to a press release.

Units are available for short- or long-term rent.

URBIN's first location in Miami Beach secured reservations for 60% of its units in the first 30 days of pre-sales. Plans to launch pre-sales for the second location in Coconut Grove will soon follow to meet growing demand, with additional locations planned for key markets throughout the U.S.

Priced from $400,000, residences will range from studios to four-bedroom residences in Miami Beach and studios to six-bedrooms in Coconut Grove. Both locations will feature fewer than 100 units to allow for a tailored and more private living experience, according to the release. ONE Sotheby's International Realty is exclusively handling URBIN sales and marketing.

Condos are fully furnished and feature stainless steel appliances and ample storage space. In addition, residents will have access to housekeeping, room service and valet along with on-site food and beverage services and a rooftop pool deck with green spaces and lounge areas.

URBIN will provide owners access to a lease-back program that allows them to stay on the property for up to 90 nights per year. While away, the residence is professionally managed by the brand and available for rent.

"URBIN celebrates a new way of living by bringing people together through home, work and wellness in a single setting," said Rishi Kapoor, CEO of Location Ventures. "Through integrating quality design, technology, wellness and social programming, we're hoping to foster community and enable a high quality of life in these city-centric 'urban' neighborhoods."

Click HERE to read more from the South Florida Agent article.

URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more. HERE



|  |  |  |
| --- | --- | --- |
|   PREVIOUS  **URBIN IN WORLD RED EYE** |  | NEXT  **URBIN IN OCEAN DRIVE MAGAZINE**   |



URBIN
LIVE  WORK  WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305-701-1694

✉️ INFO@URBINCONDOS.COM

CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY   **LOCATION** VENTURES

URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**

PRESS

# LOCATION VENTURES LAUNCHES SALES OF CO-LIVING PROJECT IN MIAMI BEACH

## *DEVELOPER WILL BEGIN SALES OF COCONUT GROVE PROJECT NEXT*

**By Katherine Kallergis October 13, 2021 11:30 AM**

Developer Rishi Kapoor launched sales of his co-living development in Miami Beach, with plans to begin selling units at a Coconut Grove project next.

Kapoor, CEO of Coral Gables-based Location Ventures, aims for an ambitious pipeline. He hopes to have 100 Urbin-branded properties across the country and abroad over the next decade, he said. Location Ventures has raised more than $100 million from investors that include Terra's David Martin, the Touzet family, the Murphy family of Coastal Construction, and others.

URBIN Miami Beach, at 1260 Washington Avenue, has secured reservations for 60 percent of the units since beginning sales and marketing over the past month, Kapoor said. The developer plans to convert to contracts in the next two weeks.

Sales of Urbin Coconut Grove, at 3162 Commodore Plaza, will start next. Each project will have fewer than 100 units.

One Sotheby's International Realty is handling sales, with studios at the Miami Beach location starting at $400,000 and 275 square feet. The multi-bedroom units will have two to four bedrooms, and up to 1,334 square feet.

In Coconut Grove, units will range from 331-square-foot studios to 2,353- square-foot six-bedroom condos.

Construction of both projects could begin in November and be completed within 20 to 24 months of breaking ground, Kapoor said. Location Ventures plans to close on a roughly $35 million construction loan for the Miami Beach project, and a roughly $70 million loan for the Coconut Grove development, he added.

Kapoor said he is targeting end-users and investors. The buyers who have so far reserved units at the Miami Beach project have all been investors who plan to participate in the leaseback program. Buyers in the latter pool will have access to their unit or bedroom for up to 90 nights per year.

Kapoor said Urbin's goal is to deliver furnished apartments to people who are "spending so much of their income on rent and want another option" in urban centers. The cost of housing in South Florida has jumped, especially over the past year.

Miami was recently ranked the second most expensive housing market in the U.S., overtaking Los Angeles. A report from RealtyHop found that a household in Miami should expect to pay $2,653 a month toward homeownership costs, or roughly 81.6 percent of median income.

Condo projects with short-term and long-term rental components have performed well in Miami, including the sold-out YotelPad tower in downtown Miami.

At URBIN, rents for micro studios could begin at $1,900 a month. Bedrooms within co-living units can be rented separately at $1,200 a month, depending on the market when the project is delivered.

The mixed-use development will offer short-term and long-term rentals, co-working spaces, wellness amenities, retail and a rooftop pool deck with green spaces and lounge areas, according to a release. The units will be delivered fully furnished.

Touzet Studio, led by Carlos Pno-Touzet and Jacqueline Gonzalez-Touzet, is designing Urbin Miami Beach, with interiors and common spaces designed by Meyer Davis. The existing 33,488-square-foot building will be renovated, and Location Ventures plans to build an additional 44,000-square-foot building.

Arquitectonica and Paredes Architects are designing the Coconut Grove project, which is near CocoWalk.

URBIN is a community that provides thoughtfully-designed spaces that blend everyday necessities and luxuries to create a destination for residents to live comfortably and provide guests a welcome experience. To live, work well at URBIN, residents have access to a wellness center, a market, and a full program of workspace with private and shared offices alongside a suite of designer-ready residences. Contact us today to learn more. HERE





PREVIOUS
**LOCATION VENTURES LAUNCHES SALES FOR THE FIRST TWO LOCATIONS OF URBIN**

NEXT
**LOCATION VENTURES LAUNCHES CONDO SALES FOR URBIN MIXED-USE CONDO, CO-**



URBIN
LIVE. WORK. WELL.

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-701-1694
✉ INFO@URBINCONDOS.COM

CONNECT WITH US
📷

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY    **LOCATION** VENTURES

URBIN

VISION   MIAMI BEACH   COCONUT GROVE   NEWS   **SCHEDULE APPOINTMENT**

# CONTACT US

URBIN Miami Beach and Coconut Grove are sold out.

Ownership opportunities are limited, contact us to get on the list to learn more about future locations.

BUYER OR BROKER ⌄

MIAMI BEACH OR COCONUT GROVE ⌄



LAST NAME   FIRST NAME

PHONE   EMAIL

CITY   STREET ADDRESS

STATE   ZIP   COUNTRY

HOW DID YOU HEAR ABOUT US? ⌄

COMMENTS

**CONTACT US**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## VISIT A TEAM MEMBER AT ONE OF OUR SALES OFFICES TODAY.

**BRICKELL**
ONE SOTHEBY'S INTERNATIONAL REALTY
1600 BRICKELL AVE #900
MIAMI, FL 33131

**CORAL GABLES**
ONE SOTHEBY'S INTERNATIONAL REALTY
1430 S MIAMI AVE 110,
CORAL GABLES, FL 33146

**MIAMI BEACH**
ONE SOTHEBY'S INTERNATIONAL REALTY
119 WASHINGTON AVE,
MIAMI BEACH, FL 33139

**TELEPHONE**
305-520-7824

**EMAIL**
INFO@URBINCONDOS.COM

**HOURS**
MONDAY TO SUNDAY 10 AM TO 6 PM



URBIN
LIVE  WORK  WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-701-1694
✉ INFO@URBINCONDOS.COM
CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY  LOCATION VENTURES

# TERMS & CONDITIONS

YOUR USE OF THIS WEBSITE (the "Site") CONSTITUTES ACCEPTANCE OF THE TERMS AND CONDITIONS PROVIDED BELOW (the "Terms"). These Website Terms of Use ("Terms of Use") describe the terms pursuant to which URBIN Partners, LLC  (referred to in these Terms of Use as the "Company," "we," "us" and "our" or the "developer") provides you with our website located at www.urbincondos.com and any of our other websites which display these Terms of Use (collectively, the "Site"). We prepared these Terms of Use to help explain the terms that apply to your use of the Site. We may modify the Terms of Use as well as discontinue, withdraw, replace or change any content or services offered via the Site at any time and your continued access and use of the Site thereafter constitutes your acceptance of such changes. You may view the most up-to-date version of the Terms at any time at www.urbincondos.com.

**Notice Regarding Dispute Resolution**

These Terms of Use contain provisions that govern how claims you and we may have against each other are resolved (see Section 7 below), including an agreement and obligation to arbitrate disputes, which will, subject to limited exceptions, require you to submit claims you have against us to binding arbitration, unless you opt-out in accordance with Section 7(E). Unless you opt-out of arbitration: (A) you will only be permitted to pursue claims against us on an individual basis, not as part of any class or representative action or proceeding and (B) you will only be permitted to seek relief (including monetary, injunctive, and declaratory relief) on an individual basis.

**Updates to these Terms of Use**

We may modify these Terms of Use from time to time. We will notify you of material changes to these Terms of Use by posting the amended terms on the Site at least thirty (30) days before the effective date of the changes. If you do not agree with the proposed changes, you should discontinue your use of the Site prior to the time the new Terms of Use take effect. If you continue using the Site after the new terms take effect, you will be bound by the modified Terms of Use.

**Privacy Policy**

In connection with your use of the Site, please review our Privacy Policy, to understand how we use information we collect from you when you access, visit or use the Site. The Privacy Policy is part of and is governed by these Terms of Use and by agreeing to these Terms of Use, you agree to be bound by the terms of the Privacy Policy and agree that we may use information collected from you in accordance with its terms.Affirmative Representations Regarding Your Use of the Site. When you use the Site, you represent that: (A) the information you submit is truthful and accurate, (B) your use of the Site and your use of services available on the Site do not violate any applicable law or regulation, and (C) you are of sufficient legal age or otherwise have legal capacity to legally enter into these Terms of Use.

**Our Intellectual Property Rights.**

To the best of the Company's knowledge, all of the content on the Site ("Materials") and the trademarks, service marks, and logos contained on the Site, are owned by or licensed to us and are subject to copyright and other intellectual property rights under United States and foreign laws and international conventions. The Site and the Materials are for your information and personal use only and not for commercial exploitation. We have all rights in and to the Site and the Materials. If you download or print a copy of the Materials for your own personal use, you must retain all trademark, copyright and other proprietary notices contained in and on the Materials. You further agree not to access the Site by any means other than through the interface that we provide, unless otherwise specifically authorized by us in a separate written agreement.

**Our Management of the Site; User Misconduct A.**

Our Right to Manage the Site. We reserve the right, but do not undertake the obligation to: (i) monitor or review the Site for violations of these Terms of Use and for compliance with our policies; (ii) report to law enforcement authorities and/or take legal action against anyone who violates these Terms of Use; (iii) manage the Site in a manner designed to protect our and third parties' rights and property or to facilitate the proper functioning of the Site; (iv) screen our users, or attempt to verify the statements of our users; and/or (v) monitor disputes between you and other users or to terminate or block you and other users for violating these Terms of Use.

**B. Our Right to Terminate Users.**

WITHOUT LIMITING ANY OTHER PROVISION OF these Terms of Use, WE RESERVE THE RIGHT TO, IN OUR SOLE DISCRETION, AND WITHOUT NOTICE OR LIABILITY, DENY ACCESS TO AND USE OF THE SITE TO ANY PERSON FOR ANY REASON OR FOR NO REASON AT ALL, INCLUDING WITHOUT LIMITATION FOR BREACH OF ANY REPRESENTATION, WARRANTY OR COVENANT CONTAINED IN these Terms of Use, OR OR ANY APPLICABLE LAW OR REGULATION.

Third Party Sites. The Site may contain links to other websites. Some of these websites may be owned or operated by third parties ("Third Party Sites"), and we have not reviewed, and cannot review, all of the material, including goods or services, made available through Third Party Sites. The availability of these links on the Site does not represent, warrant or imply that we endorse any Third Party Sites or any materials, opinions, goods or services available on them. Third party materials accessed through or used by means of the Third Party Sites may also be protected by copyright and other intellectual property laws. Each project is developed by separate real estate development entities, which may operate separate websites for such projects subject to separate terms and conditions. The Company is not responsible for any representations made by any such development entities or other third parties. These Terms of Use DO NOT APPLY TO THIRD PARTY Sites. BEFORE VISITING A THIRD PARTY Site through links or other MEANS provided on or through the Site, you SHOULD REVIEW THE THIRD PARTY site"S TERMS AND CONDITIONS and PRIVACY POLICY, AND INFORM yourself OF THE REGULATIONS, POLICIES AND PRACTICES OF THESE THIRD PARTY site.

Legal Disputes and Arbitration Agreement Please Read This Following Clause Carefully " It May Significantly Affect Your Legal Rights, Including Your Right to File a Lawsuit in Court

**A. Initial Dispute Resolution.**

We are available"by email at info@urbincondos.com"to address any concerns you may have regarding your use of the Site. Most concerns may be quickly resolved in this manner. Each of you and the Company agree to use best efforts to settle any dispute, claim, question, or disagreement directly through consultation and good faith negotiations which shall be a precondition to either party initiating a lawsuit or arbitration.

**B. Agreement to Binding Arbitration.** If we do not reach an agreed upon solution within a period of thirty (30) days from the time informal dispute resolution is pursued pursuant to Section 7(A) above, then either party may initiate binding arbitration. All claims arising out of or relating to these Terms of Use (including its formation, performance and breach) and/or your use of the Site shall be finally settled by binding arbitration administered on a confidential basis by the American Arbitration Association (the "AAA") in accordance with the provisions of the AAA"s Consumer Arbitration Rules, excluding any rules or procedures governing or permitting class actions. The arbitrator, and not any federal, state or local court or agency, shall have exclusive authority to resolve all disputes arising out of or relating to the interpretation, applicability, enforceability or formation of these Terms of Use, including, but not limited to, any claim that all or any part of these Terms of Use is void or voidable. The arbitrator shall be empowered to grant whatever relief would be available in a court under law or in equity. The arbitrator"s award shall be binding on the parties and may be entered as a judgment in any court of competent jurisdiction. The interpretation and enforcement of these Terms of Use shall be subject to the Federal Arbitration Act.

The AAA"s rules governing the arbitration may be accessed at"www.adr.org"or by calling the AAA at 1.800.778.7879. To the extent the filing fee for the arbitration exceeds the cost of filing a lawsuit, we will pay the additional cost. A request for payment of fees should be submitted to AAA along with your form for initiating the arbitration, and we will make arrangements to pay all necessary fees directly to AAA. The arbitration rules also permit you to recover attorney"s fees in certain circumstances. The parties understand that, absent this mandatory provision, they would have the right to sue in court and have a jury trial. They further understand that, in some instances, the costs of arbitration could exceed the costs of litigation and the right to discovery may be more limited in arbitration than in court.

**C. Class Action and Class Arbitration Waiver.**

You and the Company each further agree that any arbitration shall be conducted in your respective individual capacities only and not as a class action or other representative action, and you and the Company each expressly waive your respective right to file a class action or seek relief on a class basis. If any court or arbitrator determines that the class action waiver set forth in this paragraph is void or unenforceable for any reason or that an arbitration can proceed on a class basis, then the arbitration provision set forth above in Section 7(B) shall be deemed null and void in its entirety and the parties shall be deemed to have not agreed to arbitrate disputes.

**D. Exception – Small Claims Court Claims.**

Notwithstanding the parties"" agreement to resolve all disputes through arbitration, either party may seek relief in a small claims court for disputes or claims within the scope of that court"s jurisdiction.

**E. 30 Day Right to Opt Out.**

Captured by FireShot Pro: 03 January 2023, 13:17:02

You have the right to opt-out and not be bound by the arbitration and class action waiver provisions set forth in Sections 7(B), 7(C), and 7(D) by sending written notice of your decision to opt-out by email to info@urbincondos.com. The notice must be sent within thirty (30) days of commencing use the Site, otherwise you shall be bound to arbitrate disputes in accordance with the terms of those sections. If you opt-out of these arbitration provisions, we also will not be bound by them.

**F. Exclusive Venue for Litigation.**

To the extent that the arbitration provisions set forth in Section 7(B) do not apply, the parties agree that any litigation between them shall be filed exclusively in state or federal courts located in Miami, Florida (except for small claims court actions which may be brought in the county where you reside). The parties expressly consent to exclusive jurisdiction in Miami, Florida for any litigation other than small claims court actions.

**G. Applicable Law.**

You agree that federal laws and the laws of the State of Florida, without regard to principles of conflict of laws, will govern these Terms of Use and any claim or dispute that has arisen or may arise between you and the Company.

**Warranty Disclaimers; Limitation on Liability A.**

**General Disclaimer of Warranties Relating to the Site**

(i) ALL Materials OR ITEMS PROVIDED THROUGH the Site ARE PROVIDED "AS IS" AND "AS AVAILABLE," WITHOUT WARRANTY OR CONDITIONS OF ANY KIND. BY OPERATING the Site, WE DO NOT REPRESENT OR IMPLY THAT WE ENDORSE ANY MATERIALS OR ITEMS AVAILABLE ON OR LINKED TO BY the Site, INCLUDING WITHOUT LIMITATION, CONTENT HOSTED ON THIRD PARTY sites, OR THAT WE BELIEVE these MATERIALS OR ITEMS TO BE ACCURATE, USEFUL OR NON-HARMFUL. WE CANNOT GUARANTEE AND DO NOT PROMISE ANY SPECIFIC RESULTS FROM USE OF the Site. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN these Terms of Use. YOU AGREE THAT YOUR USE OF The Site WILL BE AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMITTED BY LAW, WE AND EACH OF OUR AFFILIATES, ADVERTISERS, LICENSORS, SUPPLIERS, OFFICERS, DIRECTORS, INVESTORS, EMPLOYEES, AGENTS, SERVICE PROVIDERS, PROJECT DEVELOPMENT ENTITIES AND OTHER CONTRACTORS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, IN CONNECTION WITH the Site AND YOUR USE of the SITE. (ii) NO WARRANTIES OR REPRESENTATIONS ARE MADE ABOUT THE ACCURACY, RELIABILITY, TIMELINESS OR COMPLETENESS OF the Site's CONTENT, THE CONTENT OF ANY SERVICE LINKED TO the Site, INFORMATION OR ANY OTHER ITEMS OR MATERIALS ON the Site OR LINKED TO BY the Site. NEITHER WE NOR ANY OF THE PROJECT DEVELOPMENT ENTITIES OR OTHER AFFILIATES ASSUME NO LIABILITY OR RESPONSIBILITY FOR ANY (A) ERRORS, MISTAKES OR INACCURACIES OF CONTENT AND MATERIALS, (B) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF the Site OR SERVICES, (C) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION STORED in our servers, (D) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM the Site, (E) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR THROUGH the Site BY ANY THIRD PARTY, AND/OR (F) ANY ERRORS OR OMISSIONS IN ANY CONTENT AND MATERIALS OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE through the Site.
C. Limited Liability. IN NO EVENT SHALL THE COMPANY OR ANY COMPANY AFFILIATES BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL, SPECIAL OR PUNITIVE DAMAGES, INCLUDING LOST PROFIT DAMAGES ARISING FROM YOUR USE OF the Site, MATERIALS OR ANY OTHER CONTENT provided through the site. NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED IN These Terms of Use, OUR LIABILITY TO YOU IN RESPECT OF ANY LOSS OR DAMAGE SUFFERED BY YOU AND ARISING OUT OF OR IN CONNECTION WITH These Terms of Use, WHETHER IN CONTRACT, TORT OR FOR BREACH OF STATUTORY DUTY OR IN ANY OTHER WAY SHALL NOT EXCEED $50. D. Exceptions to Disclaimers and Liability Limitations. SOME STATES OR JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF CERTAIN WARRANTIES, OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF YOU RESIDE IN ONE OF THESE STATES OR JURISDICTIONS, THE LIMITATIONS OR EXCLUSIONS in Sections 8(a), 8(B), 8(c) and 8(D) MAY NOT APPLY TO YOU.

**Indemnity.**

You agree to indemnify and hold us, our subsidiaries, affiliates, and licensors and their respective officers, agents, partners and employees, harmless from any loss, liability, claim, or demand, including reasonable attorneys" fees, made by any third party due to or arising out of your use of the Site or any Materials in violation of these Terms of Use or applicable law.
Independent Contractors. Nothing in these Terms of Use shall be deemed to create an agency, partnership, joint venture, employer-employee or franchisor-franchisee relationship of any kind between us and any user.

**Non-Waiver.**

Our failure to exercise or enforce any right or provision of these Terms of Use shall not operate as a waiver of the applicable right or provision.

**Severability.**

These Terms of Use operate to the fullest extent permissible by law. If any provision or part of a provision of these Terms of Use is unlawful, void, or unenforceable, that provision or part of the provision is deemed severable from these Terms of Use and shall not affect the validity and enforceability of any remaining provisions.

**Assignment.**

We may assign our rights under these Terms of Use without your approval.
No Modifications by Our Employees. If any of our employees offers to modify the terms of these Terms of Use, he or she is not acting as an agent for us or speaking on our behalf. You may not rely, and should not act in reliance on, any statement or communication from our employees or anyone else purporting to act on our behalf.

Contact Information. If you have any questions about these Terms of Use, please contact us at info@urbincondos.com.



LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US
☎ 305-701-1694
✉ INFO@URBINCONDOS.COM

CONNECT WITH US



*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY    LOCATION VENTURES

URBIN

VISION    MIAMI BEACH    COCONUT GROVE    NEWS    **SCHEDULE APPOINTMENT**



*URBIN OFFERS ACCESSIBLE GLOBAL MOBILITY THROUGH RESPONSIBLE GREEN LIVING AND WORKING IN VIBRANT CENTERS.*

THE WAY TO LIVE WORK WELL

# THE
# VISION

URBIN is designed to address the needs of today's residents, fostering creativity and connection through design-forward residences, an amenity program focused on wellness, and social programming that fosters community.

LEARN MORE ⟶



## LIVE
EXTENDED STAY
RESIDENCES

## WORK
TURNKEY WORKSPACE

## WELL
CULINARY EXPERIENCES
AND MOVEMENT CENTER

## OWN
CONDO OWNERSHIP

INTERIORS

# FEATURES

Each suite is thoughtfully-planned with designer features, built-in furniture and designed to live, work and relax.

STUDIO TO SIX-BEDROOMS

FULL BATHROOMS

DESIGNER DECORATED

IN UNIT LAUNDRY

ENERGY-STAR STAINLESS APPLIANCES



LIFESTYLE

# EXPERIENCE

Alongside well-appointed turnkey residences, URBIN will offer a robust program including flexible office spaces, lifestyle-oriented retail and a wellness space, delivering a truly unique experience.





VALET AND ONSITE PARKING

GOURMET MARKET AND CAFE

HOUSEKEEPING SERVICES

WELLNESS CENTER

THE RIGHT PLACE

# TWO INITIAL LOCATIONS



MIAMI
BEACH



COCONUT
GROVE

TWO INITIAL LOCATIONS

## THE AREA

A perfect location for URBIN, South Florida is already attracting the right audience seeking a place to live work well. The two initial locations for URBIN are located in the heart of two vibrant centers placing residents within walking distance to notable area landmarks, cultural attractions and world-class shopping, dining and conveniences.

SCHEDULE AN APPOINTMENT →



SCHEDULE YOUR PRIVATE APPOINTMENT →



DEVELOPED BY
LOCATION VENTURES

# SCHEDULE A PRIVATE PRESENTATION

URBIN Miami Beach and Coconut Grove are sold out.

Ownership opportunities are limited, contact us to get on the list to learn more about future locations.



BUYER OR BROKER

MIAMI BEACH OR COCONUT GROVE



LAST NAME          FIRST NAME

PHONE          EMAIL

CITY          STREET ADDRESS

STATE     ZIP          COUNTRY

HOW DID YOU HEAR ABOUT US?

COMMENTS

 CONTACT US

This site is protected by reCAPTCHA and the Google **Privacy Policy** and **Terms of Service** apply.

## CONTACT US

📞 305-520-7824

✉ INFO@URBINCONDOS.COM

## CONNECT WITH US 

---

URBIN
LIVE · WORK · WELL

LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-791-1694
✉ INFO@URBINCONDOS.COM
CONNECT WITH US

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY   LOCATION VENTURES

Case 1:23-cv-24903-CMA   Document 14-2   Entered on FLSD Docket 01/03/2024   Page 104 of 190

URBIN

VISION     MIAMI BEACH     COCONUT GROVE     NEWS     SCHEDULE APPOINTMENT



LIVE WORK WELL
IN MIAMI BEACH

CONNECTION

# THE EXPERIENCE

In the heart of a vibrant scene, URBIN will be the new home for the city's tastemakers. Just steps from white sands, whether for work or fun, spend time in the local neighborhood, have access to a renowned cultural scene and live where the world vacations.

SCHEDULE AN APPOINTMENT



Ownership at URBIN means flexibility. Live at URBIN as a full-time resident or place the unit into a managed leaseback, where units will earn an annual return as a short term or long term home for sophisticated guests. Whether it's for a few months or one year, URBIN will manage everything, ensuring benefits that make ownership a truly unique and turnkey experience for everyone.

LEARN MORE →

AMENITIES

# LIFESTYLE

A modern mid-rise with a stunning rooftop terrace, elevated ocean views and a short walk to the Atlantic Ocean, URBIN Miami Beach brings together the true meaning of live work well with dedicated spaces for work, wellness, culinary experiences, and entertainment.

- Expansive Roof Deck With Resort-style Pool
- Sun Deck
- Poolside Food and Beverage Service
- Rooftop Lounge, Cafe & Cocktail
- Dining Terrace
- Mail And Package Room
- Expansive Shaded Seating Plaza
- Outdoor Terrace for Engaged Relaxation
- Curated Social Programming









THE AREA

# MIAMI BEACH

Made famous for its eclectic mix of beautiful beaches, neon
scenes and lively nightlife, Miami Beach is a location known
around the world. Originally founded in 1915, today's version
of the city is a vibrant home to travelers and residents alike
with a striking atmosphere, active cultural scene, world-class
shopping and dining and a plethora of services.

LOCATED IN THE WASHINGTON AVENUE DISTRICT

TWO BLOCKS TO FAMED MIAMI BEACH

WALKING DISTANCE TO OCEAN DRIVE, LINCOLN
ROAD

CLOSE TO MANY CULTURAL ATTRACTIONS



# SCHEDULE A PRIVATE PRESENTATION

Inquire today for details about this unique ownership opportunity.



SCHEDULE AN APPOINTMENT

---

URBIN
LIVE · WORK · WELL

**LOCATIONS**

**TERMS OF USE**

**PRIVACY POLICY**

**CONTACT US**

**CONTACT US**

📞 305-701-1694

✉️ INFO@URBINCONDOS.COM

**CONNECT WITH US**

📷

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY   LOCATION
                VENTURES



URBIN          VISION    MIAMI BEACH    COCONUT GROVE    NEWS    SCHEDULE APPOINTMENT

## LIVE WORK WELL
## IN COCONUT GROVE



CONNECTION

# THE
# EXPERIENCE

Blanketed by tropical greenery, this is the place for outdoor living, lush environs and a sail on the bay. A place at URBIN places members in the heart of a vibrant community brimming with world-class restaurants and neighborhood shops and a hub of growing business enterprises that embrace the laid-back style of a waterfront lifestyle. To be here, is to truly understand the beauty of connecting to all things Florida.

SCHEDULE AN APPOINTMENT

LIVING

# THE BEST
# OF BOTH
# WORLDS

Ownership at URBIN means flexibility. Live at URBIN as a full-time resident or place the unit into a managed leaseback, where units will earn an annual return as a short term or long term home for sophisticated guests. Whether it's for a few months or one year, URBIN will manage everything, ensuring benefits that make ownership a truly unique and turnkey experience for everyone.

LEARN MORE ⟶



AMENITIES

# LIFESTYLE

Situated in one of Miami's oldest neighborhood's, URBIN Coconut Grove is a vibrant place where culture lives. Fostering creativity and connection, the amenity rich program will focus on wellness and social programming focused on community.

- Rooftop Pool and Sundeck
- Relaxation Deck
- Food and Beverage Program
- Dining Terrace
- Mail And Package Room
- Indoor/Outdoor Atrium
- Curated Social Programming



INTERIORS

## LIVING

This limited collection of studio to six-bedroom residences are thoughtfully planned for as convenient, easy living. Fully-finished and furnished, these designer residences are the epitome of modern luxury in an efficient layout.

- Studio to Four bedrooms
- Designer finished and furnished
- Efficient layouts
- High-end Fixtures and Appliances
- Balcony with city or partial ocean views
- In-Unit Laundry System
- Utilities included
- Housekeeping services
- Room service at request





THE AREA

## COCONUT GROVE

Miami's oldest neighborhood is a vibrant enclave full of distinct charm and some of the city's most discerning attractions. Coconut Grove's historic architecture references its bohemian roots while offering a quaint new downtown promenade and an enjoyable local nightlife of quality restaurants and bars. Along the water, the area features one of Miami's largest marinas and the beautiful Peacock Park.

LOCATED IN THE HEART OF THE NEIGHBORHOOD

TWO BLOCKS FROM FAMED COCOWALK

WALKING DISTANCE TO THE BARNACLE

CLOSE TO CULTURAL ATTRACTIONS

NEAR TO MIAMI'S LARGEST MARINA

Captured by FireShot Pro: 03 January 2023, 13:17:32

## THE TEAM

ARCHITECTURE

ARQUITECTONICA                                    ⌄

PAREDES DESIGN                                    ⌄

INTERIOR DESIGN

A.M STUDIO                                        ⌄





# SCHEDULE A PRIVATE PRESENTATION

Inquire today for details about this unique ownership opportunity.

**SCHEDULE AN APPOINTMENT**



## URBIN

LIVE  WORK  WELL

LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

☎ 305-701-1694

✉ INFO@URBINCONDOS.COM

CONNECT WITH US

▢

*A circular community that provides a responsible, authentic and portable lifestyle created as a home of today and tomorrow.*

DEVELOPED BY    LOCATION VENTURES

# PRIVACY POLICY

This Privacy Policy describes how URBIN Partners, LLC collects information when you visit our website located at www.urbincondos.com. and any of our other websites which display this Privacy Policy (collectively, the "Site"). It also explains how we use and disclose the information we collect from you, and your rights in relation to that information. By accessing, visiting or using the Site, you expressly consent to our collection, storage, use and disclosure of your information as described in this Privacy Policy. Please note that if you disagree with anything in this Privacy Policy, you must not use the Site. This Privacy Policy is part of, and is governed by, the terms and conditions set forth in our Terms of Service located at www.urbincondos.com.

**Information Collected through the Site**

A. Information You Directly and Voluntarily Provide to Us. If you are a visitor to the Site, we may collect information that you provide to us when you communicate with the Site. You may also choose to provide your name, email address and other information we may request from you, to us if you would like to additional information about the Company and the work we do.

B. Information Automatically Collected Through the Site. We may automatically collect information about you when you use the Site. For example, if you access the Site through a computer, we will automatically collect information such as your browser type and version, computer and connection information, IP address and standard web log information. If you access the Site through a mobile device, we may also be able to identify the location of your mobile device. You may choose not to share your location details with us by adjusting your mobile device's location services settings. For instructions on changing the relevant settings, please contact your service provider or device manufacturer.

We may automatically collect information from you when you use the Site using cookies.Cookies are small amounts of data that are stored within your computer's Internet browser and are accessed and recorded by the websites that you visit so that they can recognize the same browser navigating online at a later time.

Information that may be collected by cookies when you use the Site may include:
the pages you visit within the Site,
the date and time of your visit to the Site,
the amount of time you spend using the Site,
the Internet Protocol (IP) address used to connect your computer to the Internet, and/or your computer and connection information such as your browser type and version, operating system and platform.

You can set your browser to reject cookies or to notify you when you are sent a cookie. However, if you disable cookies you may not be able to use certain features of the Site. In addition, your browser may allow you to adjust your browser settings so that "do not track" requests are sent to the websites that you visit. However, the Company will not disable tracking technology that may be active on the Site in response to any "do not track" requests that we receive from your browser.

**How We Use the Information We Collect**

We use the information we gather through the Site in the following ways:
to request feedback and to enable us to better understand how the Site is being used and how it can be improved, to contact and communicate with you and to respond to your communications and requests about the Site, or about our properties, services, activities and special events;
for internal and marketing, promotional, and informational purposes; and
for any other purpose for which you specifically provide the information to us.If you provide your email to us, we may email you with information and updates about the Company that we believe may be of interest to you. If you wish to opt-out of receiving these emails from us, please follow the instructions contained in each email you receive from us which will allow you to opt-out of receiving further marketing emails from us.

**How We Share Your Information with Third Parties**

We do not sell or rent user information we collect through the Site to any unaffiliated third parties for their own marketing purposes. In the event the Company wants to sell or rent your information to unaffiliated third parties for their own marketing purposes in the future, we will notify you and you will have an opportunity to affirmatively opt-in to having these third party marketing communications. The Company does share your information with third parties in some circumstances as follows:

A. Employees and Third-Party Site Providers. We will disclose your information to our employees, contractors, vendors and suppliers ("Service Providers") who provide certain services to us or on our behalf, such as operating and supporting the Site, analyzing data, or performing marketing or consulting services. These Service Providers will only have access to the information needed to perform these limited functions on our behalf. We may also disclose your information to the affiliated project development entities that are involved in developing the specific project(s) and our other affiliates for use in connection with providing information to you and otherwise communicating to you with respect to such projects.

B. Response to Subpoenas or Court Orders or to Protect Rights and to Comply with Our Policies. To the extent permitted by law, we will disclose your information to government authorities or third parties if: (i) required to do so by law, or in response to a subpoena or court order; (ii) we believe in our sole discretion that disclosure is reasonably necessary to protect against fraud, to protect the property or other rights of us or other users, third parties or the public at large; or (iii) we believe that you have abused the Site by using it to attack other systems or to gain unauthorized access to any other system, to engage in spamming or otherwise to violate applicable laws or in violation of our Terms of Service. You should be aware that, following disclosure to any third party, your information may be accessible by others to the extent permitted or required by applicable law.

C. Business Transfers; Bankruptcy. In the event of a merger, acquisition, bankruptcy or other sale of all or a portion of our assets, any user information owned or controlled by us may be one of the assets transferred to third parties. We reserve the right, as part of this type of transaction, to transfer or assign your information and other information we have collected from users of the Site to third parties. Other than to the extent ordered by a bankruptcy or other court, the use and disclosure of all transferred user information will be subject to this Privacy Policy. However, any information you submit or that is collected after this type of transfer may be subject to a new privacy policy adopted by the successor entity.

D. Aggregate Information. We may share information relating to users of the Site with affiliated or unaffiliated third parties on an anonymous, aggregate basis. While this information will not identify you personally, in some instances these third parties may be able to combine this aggregate information with other data they have about you, or that they receive from third parties, in a manner that allows them to identify you personally.

Children Under Age 13. The Site is not intended for children under age 13, or for anyone under age 18 or the applicable age of majority without involvement of a parent or guardian. We do not knowingly collect or distribute personal information from or about children under the age of 13.

**Security**

We implement industry standard security measures intended to protect against the loss, misuse and alteration of the information under our control. Please be aware that no data transmission over the Internet can be guaranteed to be 100% secure. As a result, the Company cannot guarantee or warrant the security of any information you transmit on or through the Site and you do so at your own risk.

Amendments to this Privacy Policy.

We will notify you of changes to this Privacy Policy by posting the amended terms on the Site at least thirty (30) days before the effective date of the changes. If you do not agree to the changes, you should discontinue your use of the Site prior to the time the modified privacy policy takes effect. If you continue using the Site after the modified privacy policy takes effect, you will be bound by the modified privacy policy.

**Use of Information Outside Your Country of Residence.**

The Site is directed to users located in the United States. If you are located outside of the United States and you choose to use the Site or provide your information to us, your information may be transferred to, processed and maintained on servers or databases located in the United States. Your use of the Site represents your consent and agreement to these practices. If you do not want your information transferred to or processed or maintained in the United States, you should not use the Site.

Accessing, Changing and Managing Your Information. If you have provided your name and email address to us, you may request that we remove your name and email address from our database by contacting us at info@urbincondos.com. Following receipt of a request from you, we will take reasonable steps to delete your information as requested.

**How to Contact Us**

Please feel free to contact us at info@urbincondos.com if you have any questions about this Privacy Policy.



LOCATIONS

TERMS OF USE

PRIVACY POLICY

CONTACT US

CONTACT US

📞 305-791-1694

✉️ INFO@URBINCONDOS.COM

CONNECT WITH US

A circular community that provides a
responsible, authentic and portable lifestyle
created as a home of today and tomorrow.

DEVELOPED BY LOCATION VENTURES

Captured by FireShot Pro: 03 January 2023, 13:17:37

Page 62
Contact – Urbin
https://urbincondos.com/contact/

<br />

URBIN                              VISION     MIAMI BEACH     COCONUT GROVE     NEWS      **SCHEDULE APPOINTMENT**

# CONTACT US

URBIN Miami Beach and Coconut Grove are sold out.

Ownership opportunities are limited, contact us to
get on the list to learn more about future locations.



| BUYER OR BROKER ⌄ |
| MIAMI BEACH OR COCONUT GROVE ⌄ |

LAST NAME          FIRST NAME

PHONE          EMAIL

CITY          STREET ADDRESS

STATE     ZIP          COUNTRY

| HOW DID YOU HEAR ABOUT US? ⌄ |

COMMENTS

**CONTACT US**

This site is protected by reCAPTCHA and the Google **Privacy Policy** and **Terms of Service** apply.

## VISIT A TEAM MEMBER AT ONE OF OUR SALES OFFICES TODAY.

**BRICKELL**
ONE SOTHEBY'S INTERNATIONAL REALTY
1000 BRICKELL AVE #500
MIAMI FL 33131

**CORAL GABLES**
ONE SOTHEBY'S INTERNATIONAL REALTY
1430 S HWY SUITE 110,
CORAL GABLES, FL 33146

**MIAMI BEACH**
ONE SOTHEBY'S INTERNATIONAL REALTY
119 WASHINGTON AVE,
MIAMI BEACH, FL 33139

**TELEPHONE**
305-520-7824

**EMAIL**
INFO@URBINCONDOS.COM

**HOURS**
MONDAY TO SUNDAY 10 AM TO 6 PM

---



LOCATIONS
TERMS OF USE
PRIVACY POLICY
CONTACT US

CONTACT US
📞 305-701-1694
✉ INFO@URBINCONDOS.COM
CONNECT WITH US

*A circular community that provides a
responsible, authentic and portable lifestyle
created as a home of today and tomorrow.*

DEVELOPED BY   LOCATION
VENTURES

1

1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3   In the Matter of:      )

4                       ) File No: FL-04347-A

5   LOCATION VENTURES, LLC   )

6

7   WITNESS:   Alex Kleyner

8   PAGES:     1 through 252

9   PLACE:     Securities and Exchange Commission

10           801 Brickell Avenue

11           Miami, FL 33131

12   DATE:      Wednesday, May 31, 2023

13

14     The above entitled matter came on for hearing,

15   pursuant to notice, at 9:11 A.M.

16

17

18

19

20

21

22

23

24        Diversified Reporting Services, Inc.

25            (202) 467-920

**EXHIBIT**

__X__

2

1    APPEARANCES:

2

3    On behalf of the Securities and Exchange Commission:

4         JORDAN CORTEZ, Esquire

5         JOHN HOUCHIN, Esquire

6         RUSSELL O'BRIEN, Esquire

7         MARK DEE, Accountant

8         Securities and Exchange Commission

9         Miami Regional Office

10        801 Brickell Avenue, Suite 1950

11        Miami, Fl 33131

12

13   On behalf of the Witness:

14        EDWARD SHOHAT, Esquire

15        DAVID WEINSTEIN, Esquire

16        Jones Walker

17        201 S. Biscayne Blvd., Suite 3000

18        Miami, FL 33131

19        (305) 679-5700

20

21

22

23

24

25

3

```
 1                      C O N T E N T S

 2

 3     WITNESS:                            EXAMINATION

 4     Alex Kleyner                             4

 5
```

```
 6     EXHIBITS:      DESCRIPTION               IDENTIFIED

 7     No. 1 - Supplemental Information Form 1662       6

 8     No. 2 - Subpoena                                 7

 9     No. 3 - Background Questionnaire                10

10     No. 4 - 2nd Amendment of LV's Op Agreement     111

11     No. 5 - Summary                                152

12     No. 6 - Op Agreement 1505 Ponce                185

13     No. 7 - Global Interest Purchase Agreement     205

14     No. 8 - Complaint                              224

15     No. 9 - Complaint                              231
```

```
16

17

18

19

20

21

22

23

24

25
```

4

1                     P R O C E E D I N G S

2          MR. CORTEZ:  We are on the record, at 9:11

3    A.M. Eastern Standard Time, on May 31, 2023.  We are

4    located in the offices of the Miami Regional Office, of

5    the US Securities and Exchange Commission, here in

6    Miami, Florida.  My name is Jordan Cortez, and I am

7    Senior Counsel, with the US Securities and Exchange

8    Commission.  With me is John Houchin, Senior Counsel,

9    Russell O'Brien, Trial Counsel, and Mark Dee, Senior

10   Accountant.  We are all members of the staff of the

11   Enforcement Division, of the Miami Regional Office, of

12   the Securities and Exchange Commission, and we're

13   officers of the Commission, for purposes of this

14   proceeding.

15          We will swear in the witness, now.

16          Can you please raise your right hand?

17   Whereupon,

18                     ALEX KLEYNER

19   was called as a witness and, having been first duly

20   sworn, was examined and testified as follows:

21                     EXAMINATION

22          BY MR. CORTEZ:

23       Q    Will you please state your full name and

24   spell your name, for the record?

25       A    Alex Kleyner, A-L-E-X, K-L-E-Y-N-E-R.

5

```
 1        Q    Mr. Kleyner, are you represented by counsel,
 2   today?
 3        A    I am.
 4             MR. CORTEZ:  Would counsel please identify
 5   yourself and state your full name, your firm's name,
 6   address, and telephone number, please?
 7             MR. SHOHAT:  My name is Edward Robert Shohat,
 8   S-H-O-H-A-T.  I'm with the firm of Jones Walker, LLC.
 9   The address of the firm is 201 South Biscayne
10   Boulevard, Suite 3000.  My office phone number is (305)
11   679-5716.
12             MR. CORTEZ:  Mr. Shohat, are you representing
13   Mr. Kleyner, as his counsel, today?
14             MR. SHOHAT:  I am.
15             MR. CORTEZ:  And do you represent anyone
16   else, in this investigation?
17             MR. SHOHAT:  His wife, █████████
18             MR. CORTEZ:  And with respect to any entities
19   that Mr. Kleyner or Ms. Ulis either own or control, do
20   you represent those entities in this investigation?
21             MR. SHOHAT:  I do not.
22             BY MR. CORTEZ:
23        Q    Okay.  This is an investigation, by the
24   United States Securities and Exchange Commission, in
25   the matter of Location Ventures, LLC, file number
```

6

```
 1    FL-04347, to determine whether there have been

 2    violations of certain provisions of the Federal

 3    Securities Laws.  However, the facts developed in this

 4    investigation might constitute violations of other

 5    federal, or state civil, or criminal laws. Prior to

 6    opening the record, you were provided with a copy of

 7    the formal order of investigation and the supplemental

 8    order, in this matter.  These documents will be

 9    available for your examination, during the course of

10    this proceeding. Mr. Kleyner, have you had an

11    opportunity to review the formal order and the

12    supplemental order?

13         A    Yes.

14                    (SEC Exhibit No. 1 was marked for

15                    identification.)

16         BY MR. CORTEZ:

17         Q    I'm handing you, again, what has been

18    previously marked as Exhibit One.  Prior to the opening

19    of the record, you were provided with a copy of the

20    Commission's Supplemental Information Form 1662.  Have

21    you had an opportunity to review Exhibit One?

22         A    Yes.

23         Q    Do you have any questions concerning the

24    notice?

25         A    No.
```

7

1      Q     Okay.

2                    (SEC Exhibit No. 2 was marked for

3                    identification.)

4      BY MR. CORTEZ:

5      Q     Mr. Kleyner, I'm handing you what has been

6   marked as Exhibit Two.  Please take a moment to review

7   the document and let me know when you're ready.

8      A     Okay.  Yeah, I'm ready.

9      Q     Mr. Kleyner, is this a copy of the subpoena

10   you're appearing pursuant to here, today?

11      A     Yes.

12      Q     I'd like to just briefly go over some of the

13   procedures for today's testimony.  During your

14   testimony, I and other officers of the Commission,

15   present here, may ask a question or a series of

16   questions.  If you don't understand a question, just

17   let me know, and I'll try to repeat or rephrase a

18   question. If you go ahead and answer a question, we'll

19   assume that you understand the question. As mentioned

20   prior to going on the record, the court reporter is

21   taking down everything that we say, but cannot record

22   head gestures, nods, things of that nature.  So, we ask

23   that when you respond, respond with an affirmative

24   response.  Again, if you don't hear a question, just

25   ask me and I'll repeat it. As mentioned, again, prior

8

```
1    to going on the record, only the staff can authorize

2    the court reporter to go off the record.  So, any time

3    you want to take a break, for whatever reason, just let

4    us know, and we can let the court reporter know we can

5    go off the record. Also, when we're off the record, we

6    don't have substantive conversations.  And to the

7    extent there are any substantive conversations, made

8    off the record, we'll summarize it once we go back on

9    the record.  Do you understand?

10        A    Yes.

11        Q    You may tell me, at any time, if you like, to

12   change or modify a previous answer.  At the end of your

13   testimony, I'll offer you and your counsel an

14   opportunity to ask any clarifying questions.  You can

15   add to your statements, at that time, if you so desire.

16   But in addition, you may tell me, at any time, if you'd

17   like to change or modify a previous answer.

18        A    Okay.

19        Q    During the course of your testimony, today,

20   we're going to ask you questions about things that

21   happened or may have happened, in the past.  Obviously,

22   time has gone by, since those events, and you're likely

23   to have a better and more complete memory of some

24   events, than others.  In answering a question about

25   these events, however, you should tell us about all of
```

9

1    your memories or recollections that are responsive to

2    the question, not just those that are specific or

3    perfectly clear or those which you're one hundred

4    percent sure.

5         A    Okay.

6         Q    Do you understand yes?

7         A    Yes.

8         Q    Therefore, if you answer, I don't recall, or

9    I don't remember, I forget, we will assume you have no

10   memory or recollection, whatsoever, that is responsive

11   to the questions asked.  Do you understand?

12        A    Yes.

13        Q    Okay.  And it may be that reviewing certain

14   documents refreshes your recollection, as to the events

15   you're questioned about.  In such a case, we're asking

16   for your testimony on everything that's responsive to

17   the question.  Again, not just clear, specific

18   recollections.  Do you understand?

19        A    Yes.

20        Q    Okay.  This next question is a standard

21   question that we ask every witness.  Are you currently

22   taking any medication or under the influence of any

23   substance that would prevent you from testifying

24   truthfully here, today?

25        A    No.

10

```
 1        Q    Okay.  And is there any reason why you cannot

 2   give full and complete testimony, today?

 3        A    No.

 4        Q    Okay.  And do you understand that you are

 5   under oath, for the duration of this testimony session?

 6        A    Yes.

 7        Q    Okay.

 8                     (SEC Exhibit No. 3 was marked for

 9                     identification.)

10        BY MR. CORTEZ:

11        Q    Mr. Kleyner, we've handed you a document,

12   which has been marked as Exhibit Three.  Please, take a

13   moment to review the document and let us know when

14   you're ready.

15        A    Yes, I'm ready.

16        Q    Mr. Kleyner, do you recognize this document?

17        A    Yes.

18        Q    And what is it?

19        A    It's the background questionnaire that I was

20   provided.

21        Q    And you did get a copy of this questionnaire?

22        A    Yes.

23        Q    And you had a chance to review the questions,

24   on the questionnaire?

25        A    Yes.
```

11

1       Q    Okay.  Did you prepare the responses, to the

2   questions that were listed in this questionnaire?

3       A    My attorney did, based on the responses I

4   gave him.

5       Q    Okay.  And to the best of your knowledge, are

6   the responses to the questions, in this questionnaire,

7   true and accurate?

8       A    There's a -- yes, there's one spelling error

9   in my -- question number two, any other names I was

10  known by, there's no E, after D.

11      Q    Okay.  Thank you. If we could turn to page

12  two, of the questionnaire, under where it says

13  "educational history"?

14      A    Yeah.

15      Q    It says that you graduated from Pace

16  University, with a bachelor of marketing, in 2001?

17      A    Uh-huh.

18      Q    Besides this degree, do you hold any other

19  degrees?

20      A    No.

21      Q    Do you hold any professional licenses?

22      A    Not at the time, no.

23      Q    Did you --

24      A    I used to have a Series 7 and Series 63, but

25  they lapsed many, many years ago.

12

1      Q     Okay.  And with the Series 7 and Series 63,

2  do you remember when you obtained those licenses?

3      A     2000 -- approximately, 2001, I would say.

4      Q     So, right after you graduated --

5      A     Yep.

6      Q     -- from Pace University?

7      A     Yep.

8      Q     And do you recall how long you held those

9  licenses?

10     A     I think it lapsed, again, approximately,

11  maybe 2015 or 2016, somewhere in that kind of ballpark.

12     Q     Okay.  And staying on page two, under the

13  heading prior to educational history, where it says

14  "privately held companies", question 10 asks, "are you

15  now or have you ever been a beneficial owner, directly

16  or indirectly, of any privately held company, ie

17  corporation, partnership, limited liability, company,

18  or other corporate form?" And your response is "yes."

19  Can you tell us which company or companies you are a

20  beneficial owner of or have been?

21     A     Sure.  I'm an owner -- partial owner, I have

22  partners, and CO of a company called National Debt

23  Relief.  And I am an owner, but don't have an active

24  role, in a company called Reach Financial.

25     Q     Reach Financial?

13

1     A     Reach Financial.

2     Q     And question 11 asks a similar question, in

3     terms of if you've ever been a manager or member of a

4     privately held company.  And your response is "yes."

5     A     Uh-huh.  Yes.

6     Q     National Debt Relief and Reach Financial, are

7     those the companies which you have been or are a

8     managing member?

9     A     So, I'm a member in both.  I've had, over my

10    career, a number of different entities.  But none were

11    real of any significance, as far as like revenues or

12    anything like that, but there's been a number of LLCs

13    that I was involved in.

14    Q     Okay.  Can you walk us through sort of

15    your -- for lack of better term, employment history, or

16    entrepreneurial endeavors, you know, since you -- since

17    the time you graduated from Pace, until the present?

18    A     Sure.  So, when I finished college, I got my

19    7 and, I believe it's 63, it might be 55, it's one of

20    those two.  7 was the main license. I got a job, as a

21    proprietary day trader. Basically, I got a job in a day

22    trading firm. Then, I started a business.  That was

23    2001.  I started the business, called Aqualux, which

24    imported home improvement goods, out of China, and

25    wholesaled them in New York, specifically, Brooklyn,

14

```
1    New York. Then, I had a business that imported axis
2    control systems, from Germany, into Russia.  The
3    company was called Simon's Boss. Then, I started Leanna
4    Group, which evolved to become Eagle One Debt
5    Solutions, which evolved to be become National Debt
6    Relief, which is now my kind of day job, you call it.
7    And, then, in 2000 -- this was around 2009, 2010, when
8    that was started.  And around 2015, '16, we started the
9    company, called Liberty Lending, which we then
10   rebranded as Reach Financial. Along the way, I had some
11   smaller kind of side investments, into different
12   things, but these are kind of the main things that
13   actually occupied my time, I would say.
14        Q    Okay.  So, prior to starting the different
15   businesses and the one that sort of now is National
16   Debt Relief, you said you were a proprietary trader?
17        A    Yes.
18        Q    And for who?
19        A    So, it was a day trading firm.  My first one,
20   in 2001, was called Lions Group.  We didn't manage
21   anybody's money.  It was basically the firm gave us
22   capital, to execute into day trades.  It was their own
23   capital.  I put up $500.  That was the most I ever put
24   up, out of my own pocket.  And --
25             MR. CORTEZ:  Hold on.  Let's pause, right
```

15

```
 1    there, since we're still on the record.  We just want

 2    to note that David Weinstein has joined the testimony.

 3              David, nice to meet you.

 4              MR. WEINSTEIN:  Nice to meet you, too.

 5              MR. CORTEZ:  I'm Jordan Cortez.  These are my

 6    colleagues, John Houchin, Russell O'Brien, and behind

 7    you, Mark Dee.

 8              MR. CORTEZ:  In going back to our previous

 9    question and we'll continue.  Mr. Kleyner, does David

10    Weinstein represent you, as counsel, today?

11              THE WITNESS:  Yes.

12              MR. CORTEZ:  And, Mr. Weinstein, if you can

13    confirm that you represent Mr. Kleyner as counsel here,

14    today, in this matter?

15              MR. WEINSTEIN:  That's correct, along with

16    Mr. Shohat, from Jones Walker.

17              MR. CORTEZ:  Okay.  Thank you.

18              BY MR. CORTEZ:

19         Q    So, I think before Mr. Weinstein walked into

20    the room, you were discussing some of the proprietary

21    trading that you did.  And I'll let you continue from

22    there.

23         A    Sure.  So, basically the business model, for

24    those companies, were they hire, you know, guys like

25    myself.  We have to get licensed.  They would sponsor
```

16

1     us for the license.  I brought in just 500 bucks, to

2     start. And they give you leverage, on that money.  They

3     put risk parameters, in place.  They teach you

4     different trading strategies.  No overnight positions.

5     No outside invested capital.  No selling stocks,

6     nothing like that. And, basically, you try to get some,

7     you know, buy it $10.15 and sell the stock for $10.22,

8     and try to make seven cents, on a thousand shares.  We

9     did multiple trades a day. The business model was every

10    time we execute a trade, we pay the, you know, the

11    company commissions, for the execution of the trade.

12    If you lose money, you basically get fired.  If you

13    make money, you get a hundred percent of the profits.

14    So, I would say overwhelming majority of the people

15    that started with me got fired, along the way.  I was

16    fortunate enough, I was pretty good with numbers.  My

17    mom was a math teacher. So, I did pretty well in day

18    trading.  So, that was kind of my first real job, out

19    of college.  There was no salary.  It was kind of you

20    eat what you kill, kind of a job, right?  So, that's

21    what I did. My first company was Lions Group, and that

22    was at 39 Broadway, in New York.  Then, we moved to 55

23    Broad. Then, I got a job with -- oh, my God.  I forget

24    the company's name.  I was there for just a few months.

25    Sorry, I don't remember the company name.  It's been

17

1    over 20 years.  Then -- I was with them a few months.

2    Then, I moved to a company, called Dimension Capital.

3    I was there for a while.  Then, in 2009, 2010, I

4    started what now became National Debt Relief, and I

5    kind of faded out day trading and focused on National

6    Debt Relief, primarily.

7        Q    So, is it fair to say from when you graduated

8    Pace, in 2001, to approximately 2009, these different

9    companies, you were --

10       A    It was all day trading.

11       Q    It was day trading?

12       A    Yes.  Again, no outside capital, no

13   investors, no selling stock; it was all intraday -- you

14   know.

15       Q    So, with each company, it was all intraday

16   trading?

17       A    It was exactly the same.  The difference in

18   companies was how much they charge you, in commissions.

19   Everything else was exactly the same.

20       Q    Okay.  Then, in 2009, you transitioned when

21   you started your first company; is that correct?

22       A    I just started doing both.  So, I was -- I

23   started my company, while still day trading, because

24   day trading gave me flexibility.  I can do it on any

25   laptop, anywhere in the world, really.  So, I didn't

18

```
 1    have to be in the office.  I didn't have to technically
 2    show up to work, because I guess you trade, you make
 3    money, you get it.  You don't trade, you -- nothing
 4    happens, right? Like --
 5         Q    In that entire time, in terms of
 6    compensation, you never received a salary?
 7         A    No.
 8         Q    It was all commission based?
 9         A    It was all profit based.  There was no
10    commissions, really.  There was no commissions because
11    we had no clients.  I was technically a client of the
12    firm, because they gave me some money to trade with.
13    Every trade I put in, whether it was profitable or not,
14    I paid them a commission, for the execution of the
15    trade.  I used their technology.  I used their system.
16    I used their money, technically.  And you do a profit
17    and I got then paid at the end of the month.  If there
18    was no profits, then either you get fired, or if
19    there's no profits, but you generated enough to pay
20    them enough commissions, then you get to live another
21    month, basically.
22         Q    Generally speaking, do you recall what kinds
23    of securities you were trading?  Was it --
24         A    It was all New York Stock Exchange listed
25    stocks. Yeah, it was all New York Stock Exchange, but
```

19

1    we had access to NASDAQ.  I just didn't particularly

2    trade anything on NASDAQ.  It was all New York Stock

3    Exchange.

4         Q    Okay.  Can you tell us about National Debt

5    Relief?  I know there was a few prior iterations, but

6    if just sort of walk us through when you started the

7    company and sort of its progression to today?

8         A    Sure.  So, in around late -- mid to late

9    2009, I had some money because of my day trading, you

10   know, it was volatile years.  '07, '08, '09 were kind

11   of my better years, from a profit standpoint.  So,

12   again, my mom did a math teacher.  I did pretty good.

13   Not spending a hundred percent of what I made.  So, I

14   had some money saved up.  I was looking to start a

15   business.  I looked at a couple different things.

16   Somebody randomly mentioned debt settlement to me.  I

17   looked at that space.  It was horrendous.  There were

18   no regulations.  There were no rules.  The consumers

19   were not really being truly, truly helped, so that

20   really turned me off from the space.  I took a second

21   look at the space when laws got announced, actually FDC

22   made the rules, with the CAPB enforcement, and actually

23   Joe Biden was the one that announced that law.  That --

24   the law is called TSR, Telemarketing Sales Rule.  It

25   basically calls for, number one, truth in advertising.

20

1    So, you can't say, you know, say government bail out,

2    some nonsense, right?  You must substantiate

3    performance claims.  You can't keep any of the consumer

4    deposits.  It has to be in the FDIC insured, special

5    purpose account, kind of like an escrow account the

6    consumer controls.  And the most important thing, the

7    industry became fully contingency based.  So, no

8    upfront fees, no monthly fees, no maintenance fees. The

9    only fee the company charges is if we negotiate, on

10   behalf of a consumer, with the creditors, that they owe

11   money to, reach a settlement agreement, with the

12   creditor, on behalf of a consumer, present that

13   settlement to the consumer.  Consumer must approve the

14   settlement.  Consumer must authorize that special

15   purpose account company to release the funds, to the

16   creditor, under the, you know, under the settlement

17   that was reached.  And only after all of that happens,

18   we allowed to charge a fee for our service, which is

19   different than the old world of that settlement.

20   Consumer signs up for the program, and the company

21   starts taking fees, up front, before any value was

22   delivered to the clients. So, I really got into the

23   industry when the laws came out.  They came out in

24   October, 2010.  So, by the time we opened an entity, we

25   knew the laws were coming, so we really got into the

21

1    space late 2009, mid 2010, but really, as far as I'm

2    concerned, my company was really born on October 27,

3    2010, when the laws took effect. Over 90 percent of

4    companies went out of business, just left the business,

5    because the business model completely changed and

6    became really cash intensive now, because you have to

7    make the investment into marketing and sales, and

8    servicing, of the clients, in order to generate any

9    kind of fees, from these clients.  It takes months and

10   months, before we start seeing any cash flows, from our

11   consumers.  Where, you know, previous industry, you

12   sign up a client, you start taking fees.  So, it was

13   much easier on the cash flow, for those guys.  So,

14   those guys left.  I kind of came in.  We started the

15   company.  It was myself and partner. It was privately

16   owned, self-funded.  We grew organically, over the

17   years.  And, I mean, the rest is history.  Now, we're

18   one of the top three largest companies; depends which

19   one of those three you ask. And still private company.

20   Still following exactly the same laws and rules.

21   Licensed in every state that requires a license.  You

22   know, we go through annual audits/reviews, by the state

23   regulators, and we have enforcements.

24        Q    So, when you started the National Debt

25   Relief, and I'll just use that, the current name of it.

22

1          A    Yes.

2          Q    I know there was previous names.  You started

3     in New York?

4          A    Yes, 11 Broadway.

5          Q    Was it a New York based company or LLC, or at

6     the time --

7          A    It was a New York, LLC, I believe.

8          Q    Is it still that today?

9          A    Yeah.

10          Q    Okay.

11          A    We don't have any customers walk in.  There's

12     no face-to-face interactions.  It's all done over phone

13     or internet or digital.

14          Q    Okay.  And you mentioned at the time it

15     started were you only operating out of the state of New

16     York, in terms of working with consumers?

17          A    At the location?

18          Q    No, in terms of your consumers?

19          A    No.  So, in that settlement industry, there

20     are -- every state has either has no debt settlement

21     specific rule, so you can do business in that state, as

22     long as you register with the state that you're doing

23     business in the state.  Some states have -- call it a

24     simpler registration requirements, in order to do

25     business in the state.  Some states have a more complex

23

1    requirements, like for example, two years of audited

2    financials, finger prints for the owners, background

3    checks, and things like that.  So, when we started, we

4    started in the states where you can just start in.  And

5    as the company grew, we added additional states, got

6    the required licenses, in order to enter those states.

7    Then, evolved to, you know, again, what I call more

8    complicated requirements.  Again, you needed at least

9    two years of existence, in order to even enter certain

10   states and so on. Fast forward to today, we're -- it's

11   a state by state analysis, by our compliance law firm,

12   and the tell us which states we need to maintain

13   licenses, what kind of licenses, what are the bonds

14   required, and so on and so forth.

15        Q    And, currently, how many states are you in

16   today?

17        A    It's -- so we -- in over 40 states, I

18   believe, at this time; mid 40s, maybe.

19        Q    Okay.  And, today, does National Debt Relief

20   have employees that report to you or that work at the

21   company?

22        A    Of course.

23        Q    How many employees?

24        A    So, we have over 2,000 employees now; maybe

25   2,500 or something like that.

24

1          Q     Are they based in New York or are they spread

2     out --

3          A     So, we used to -- sorry.  So, we used to be,

4     before Covid, we had an office in New York City.  It

5     used to be at 11 Broadway, then we moved to 180 Meadow

6     Lane.  We had an office in Culver City, California.  We

7     had an office in Henderson, Nevada.  And we had some

8     support functions that were done out of Philippines.

9     All consumer face and communication was US based. When

10    Covid hit, we were forced to go remote.  And we evolved

11    from a company that now is permanently remote.  So, we

12    closed the California office.  We closed our Henderson,

13    Nevada office.  I'm trying to sublease my New York

14    office.  If SEC wants to expand to 180 Meadow Lane, I

15    have a good deal for you.  And we went permanent

16    remote.  And while New York City office is open and

17    people are welcome to come, barely anybody shows up.

18         Q     Fair to say that employees are working

19    remote, from their homes or whatnot?

20         A     Yes, 99 percent of our company works remote.

21         Q     And in terms of the types of, you know,

22    credit solutions you provide to your consumer/clients,

23    can you sort of tell us about that?

24         A     So, our primary service of National Debt

25    Relief is debt negotiations.  So, any consumer that

25

```
 1    owes money on the credit card, and can't afford to pay
 2    it, the credit card company either hires a collection
 3    agency, to collect from the consumer, or eventually
 4    sells the debt to a debt buyer, who now takes ownership
 5    of the debt, and they try to collect from the consumer.
 6    I'm on the consumer side of things.  So, basically, the
 7    consumer comes to us.  We have underwriting criteria.
 8    The consumer must have income.  They must afford to
 9    make a certain monthly deposit, into that special
10    purpose account that I mentioned.  They must only have
11    the type of debts that we actually have history of
12    settling, that we can help them with.  And, basically,
13    the way the process works, we don't do any cold
14    calling.  It's all inbound marketing.  We advertise
15    online and TV, and e-mail marketing, that kind of
16    stuff. Any consumer that calls in or submits a form for
17    us to call them back, will speak to a sales agent, who
18    will go through the consumer's budget, hardship,
19    analysis, who they owe, how much they owe, are they
20    current, are they delinquent.  We then see if that
21    consumer fits into a criteria of somebody we can
22    actually help.  If they do not, we refer them -- we
23    either give them some advice what they can do, or we
24    defer them to nonprofit counseling companies, which is
25    an alternative product for a consumer, not one we offer
```

26

1    inhouse. Any consumer that, you know, is qualified, we

2    put them through underwriting.  We then come back and

3    say, okay, you owe 30,000 in debt.  We estimate that,

4    you know, based on your credit, we can settle it for,

5    say 50 cents on the dollar.  Our fees are roughly 21

6    percent. So, you need -- keep the numbers simple, say

7    $21,000. Based on your budget, you can afford, you

8    know, 700 bucks a month.  So, approximately, it's about

9    30 months. Consumer, if they agree, they sign a

10   contract.  They get tons of disclosures, both kind of

11   company disclosures and industry association requires

12   us to give certain disclosures, to the clients. They

13   make a monthly deposit, into that special purpose

14   account.  We get visibility into how much money is

15   available there.  Client, at any time, can take that

16   money out.  It's totally in their control.  Based on

17   how much money is available, we start reaching out to

18   creditors, to negotiate settlements for the consumers.

19   As a settlement is negotiated, again, like the process

20   I mentioned before, we have to present it to the

21   client, they have to review it.  They have to approve

22   it.  They have to authorize the payments, under the new

23   settlement terms.  Once that happens, we earn that fee

24   for that one account that we settled.  Then, we repeat

25   that process for the second account, third account,

27

1    fourth account, and so on.  Average, on our client,

2    they have between five and six different credit cards.

3    And that's really the -- I mean I simplified this.

4    This is a very complex process, especially for our

5    clients, it's -- but, you know, for interest of time,

6    I'm simplifying it.

7        Q    Thank you.  We appreciate it.  We're just

8    trying to understand a little bit about your business.

9    With respect to the debt relief that you, you know,

10    negotiate, on behalf of your clients or consumers, is

11    it just credit card debt or are there other forms of

12    debt that you also will negotiate?

13        A    It's overwhelming credit card debt, but we

14    also -- anything unsecured, technically, we can

15    negotiate. So, it's credit card debt -- overwhelmingly,

16    it's credit card debt.  It's personal installment

17    loans, a little bit of medical bills, but that's

18    really -- but it's overwhelming credit card debt.

19        Q    Okay.  And I think you mentioned earlier that

20    at least when you started National Debt Relief, you

21    started it with a partner?

22        A    Uh-huh.

23        Q    Who is the partner?

24        A    Daniel Tilipman.

25        Q    Is he still your partner?

28

1       A     Yes.

2       Q     Okay.  Are there any other partners, besides

3   Daniel, that are involved in the business?

4       A     Yeah, we have a silent partner.  So, Daniel

5   and myself are active operators of the business.  And,

6   then, we have a silent partner, who owns 20 percent of

7   the business, who is not really involved in day-to-day

8   operations.

9       Q     And who is that?

10      A     His name is Tom Ledeker.  Him and Danny were

11  kind of partners, in a -- before National Debt Relief,

12  so they kind of came together, basically.  So, it was

13  three of us, just Tom was just not involved in the

14  business.

15      Q     And you're the CEO of National Debt Relief,

16  correct?

17      A     Yes, uh-huh.

18      Q     And what is Daniel's position?

19      A     So, Daniel was the president of National Debt

20  Relief, up until a few months ago.  And he

21  transitioned, now, to be COO of Reach Financial, the

22  other company I mentioned, but he's still very actively

23  involved, in National Debt Relief.

24      Q     Okay.  And I believe -- I think you mentioned

25  that you are married.  Your wife is ██████████ is that

29

1    correct?

2         A    Yes.

3         Q    Is she involved in the business?

4         A    No.

5         Q    You mentioned Reach Financial?

6         A    Uh-huh.

7         Q    Can you tell us about that business?

8         A    Sure.  So, it's an alternative product for

9    consumers to get out of debt.  So, instead of debt

10   settlements, where consumers are delinquent, and that's

11   why we're able to get them the settlements that we can

12   get them.  Reach Financial offers consolidation loans,

13   so a consumer, who is not delinquent, but is struggling

14   with five or six different minimum payments, different

15   dates, different interest rates, and they're looking

16   just, you know -- we underwrite them.  We give them a

17   loan.  The proceeds go to pay off their creditors.  We

18   don't give consumers just money, to spend on vacation.

19   And, then, instead of making five or six minimum

20   payments, five or six different dates, five or six

21   different interest rates, they have a fixed payment,

22   fixed term, to repay Reach Financial.

23        Q    Essentially, Reach Financial is providing

24   installment loans, to consumers, to pay off -- to

25   consolidate their credit card date?

30

1        A     Yes, it's unsecured personal loans,

2    installment loans, sure.

3        Q     Okay.  And Reach Financial was a business

4    that was more recently created than --

5        A     It was started maybe 2015, '16, I would say.

6        Q     Okay.  Does reach Financial share the same

7    employees as National Debt Relief or are they separate

8    employees?

9        A     Reach Financial has its own -- has its own

10   set of employees.  There are a handful that we tap

11   into, for just expertise, between the companies, but

12   really it's two separate operations.

13       Q     Is it similar in terms of consumer facing

14   either online or over the phone, similar to National

15   Debt Relief?

16       A     Yes, from that standpoint, it's similar, yes.

17       Q     Okay.

18       A     Reach Financial is a lot more kind of

19   digital, where consumers go online and it's more of a

20   digital experience, where National Debt Relief there's

21   a lot more explaining, to the consumer, how the process

22   works and so forth.

23       Q     In terms of the states that Reach Financial

24   operates in, is it the same 40-plus states as --

25       A     It's not the same.  Reach Financial has its

31

```
 1    own set of kind of compliance guidelines.  So, it's

 2    also state by state licensing, state by state analysis,

 3    which states require, which states don't require, which

 4    states require which specific license, and so on. So,

 5    Reach Financial is in -- like I said, I'm not as

 6    involved in the business.  I would say it's -- don't

 7    quote me on this, but it's between 30s and 40s also

 8    states, but it's not the exact match of the states.

 9        Q    Okay.

10        A    There's definitely multiple states where

11    National Debt Relief can do business and Reach does

12    not, and the other way around.

13        Q    And I think you mentioned Daniel is -- he's

14    more involved in overseeing the day-to-day operations

15    of Reach Financial?

16        A    He's now the COO, officially the COO, of

17    Reach Financial.

18        Q    And you're less involved, but what is your

19    involvement in Reach Financial?

20        A    I'm a, you know, member.  I'm an owner, of a

21    part of the company.  And I talk to Daniel 18 times a

22    day, just about everything, right?  Like -- so it's

23    very tricky to distinguish.  I talk to him about

24    National Debt Relief.  He'll talk to me about Reach

25    Financial. But, really, just as a sounding board, or a
```

32

1    third partner, to some extent.  But, really, if you

2    talk about responsibilities, I'm the COO of one and

3    he's the COO of the other.  But, again, it's like we

4    have two babies and we're raising them together, to

5    some extent.  So, we talk about just different stuff.

6         Q    So, going back to Exhibit Three, the

7    background questionnaire, third page, under "employment

8    history", question 18 --

9         A    Uh-huh.

10        Q    -- asks a question about your employment

11   activities.  I know you mentioned COO of National Debt

12   Relief and a day trader. Since you've sort of ended

13   your employment, I think you said, approximately in

14   2009, being a day trader --

15        A    2014, '15, I think.

16        Q    I'm sorry.  Excuse me.

17        A    I started this is 2009, 2010, yeah.

18        Q    Excuse me, 2014, 2015.  Do you trade,

19   personally, on behalf of yourself or others, in

20   securities?

21        A    I don't trade on behalf of others.  I never

22   had have.  Personally, I have like a portfolio with JP

23   Morgan.  I have an investment advisor, a JP Morgan

24   investment advisor.  I do one off trades, on my own,

25   but really everything goes through JP Morgan, with

33

1    their advice and oversight, and that kind of stuff.

2        Q    Okay.  Do you -- if you can describe sort of

3    how that portfolio is set up, in terms of what types of

4    securities --

5        A    It's the most boring, diversified stuff, you

6    can think of.  There's some stocks.  There's some

7    bonds. There's some private equity.  It's the cookie

8    cutter JP Morgan portfolio allocation that you can get.

9        Q    So, I mean, in terms of sort of an overall

10   investment strategy, it's just -- how would you

11   describe it?

12       A    It's -- again, it's diversified.  Again, it's

13   stocks.  It's some bonds, some private equity funds,

14   that it's going to take me ten years, before the money

15   starts coming back.  So, it's really -- we don't have

16   one specific -- we don't concentrate on a sector.  We

17   don't concentrate on a specific strategy.  It's really,

18   like I said, it's your cookie cutter, wealth

19   management, diversified portfolio.

20       Q    Okay.  Would you consider those investments

21   sort of to be more like long term?

22       A    Yeah, absolutely.

23       Q    Like you're not looking to get -- as a day

24   trader -- in and out -- you're not looking to get in

25   and out of positions?

34

1     A     No, I haven't done a trade like that in --

2     whatever it is, eight years or something like that.

3     Q     Approximately, how long have you had that JP

4     Morgan investment advisor account?

5     A     We're in 2023?  I would say between five and

6     seven years, something like that.

7     Q     Okay.  And turning to the real estate market,

8     do you invest in the real estate market?

9     A     Some, yes.

10    Q     Okay.  When did you start investing in real

11    estate?

12    A     Outside of personal residences, which is not

13    really an investment, I assume.

14    Q     Correct.

15    A     So, the first investment we made, in real

16    estate, would be in -- around 2020.

17    Q     Okay.  And how did you sort of get involved,

18    in 2020, investing in real estate?

19    A     We came to Miami for spring break, in 2020,

20    and kind of got stuck with Covid, in Miami.  So, while

21    we were here, the state seemed to be open, while New

22    York was kind of shut down.  So, I had a friend, who

23    works at Colliers, and his name is Dimitri Levkov, and

24    his job with Colliers, he gets hired by developers, to

25    find them financing.  So, I asked him if there are any

35

1    interesting investments that he's currently looking at.

2    And he showed us a couple of kind of projects that he

3    was raising money for.  And we meet -- this was our

4    first kind of investments into real estate.  Through

5    Dimitri/Colliers introductions, we invested into a

6    couple of real estate projects, as just LPs, just kind

7    of, you know, LP investors.

8        Q    And at the time, what sort of sparked your

9    interest in, you know, investing in or looking to

10   invest, I should say, into real estate projects?

11       A    Like I mentioned, we kind of have a pretty

12   diversified -- mindset was pretty diversified, and we

13   had almost no exposure to real estate, going into

14   that -- around that time, 2020.  So, we were interested

15   in learning about it and investing, to just really get

16   a feel for it.  But we wanted to do it somewhat

17   locally, so we can actually keep an eye on things, I

18   guess, to some extent.  So, that really peeked our

19   interest.

20       Q    And at that time, you mentioned spring break,

21   2020; was that March, April, 2020?

22       A    So, we came to Miami, March, mid March, 2020.

23       Q    So, right before the country shut down?

24       A    Right as.  We came the day after MBA shut

25   down. So, right after the country shut down, and my

36

1    company, we went remote, the same time, that weekend.

2    So, it was a big weekend, in my life.

3        Q    And you mentioned your friend, Dimitri worked

4    at Collier.  What information, at that time, did he

5    provide you, in terms of either the real estate market,

6    in Miami, or specific -- was it more specific projects,

7    like real estate development projects?

8        A    He gave us just an overview, just a very high

9    level overview.  You know, he said they look at tons --

10   they get approached by developers to raise money for

11   them.  They look at tons and tons of different

12   projects, that they pass on.  Some are more

13   interesting, less interesting, and so on.  So, I told

14   him I'm interested in something somewhat local.  So, he

15   showed me a couple of projects and, you know, we met

16   the developers, we saw their previous experience, that

17   was a requirement for us, and we made a couple of

18   investments, based on that.

19       Q    And in terms of the high level information

20   that Dimitri provided, was it certain types of real

21   estate? In other words, was is it residential real

22   estate, was it commercial?

23       A    It was all residential.

24       Q    Okay.  And with residential, was it single

25   family homes, was it condos, mixed-use?

37

1      A    So, it was -- so, one of the projects we

2    invested in is in Palm Bay.  It was a ground up,

3    multi-family, like I think it's like a two-floor rental

4    project.  They completed one right across the street

5    and this was their second one.  So, that kind of

6    appealed to us, that experience that's literally right

7    across the street. So, we kind of liked that. The

8    second one we invested in are town homes, in Coral

9    Gables, same concept.  They completed town homes, right

10   across the street.  They completed the building, across

11   the street, and now they were, you know, they owned the

12   piece of land, right kind of next to those two

13   projects, and now they were developing 15 town homes,

14   so we made an investment into that, as well.

15      Q    So, those were the initial two investments

16   you made --

17      A    Yes.

18      Q    -- the one in Palm Bay and the town homes, in

19   Coral Gables?

20      A    Yes;

21      Q    Same developer for each?

22      A    Different developers.

23      Q    And who were those developers?

24      A    So, Coral Gables is MG Development.  Palm

25   Bay -- sorry, I don't remember.

38

```
 1        Q     But these were, at the time, clients of

 2   Collier that --

 3        A     Yes.

 4        Q     -- and Dimitri, correct?

 5        A     Yes.

 6        Q     And just, again, sort of high level, for us,

 7   here today, can you explain how the investment worked,

 8   in terms of you invest X amount of money, and what was

 9   the, you know, what was your expectation with those

10   investments?  How did it work?

11        A     Sure.  So, each project has to have a model,

12   right, what the developer's projecting, as far as

13   length cost, financing cost, construction cost, time

14   frames, what the exit prices would be, and based on

15   that, you can calculate the returns, after the

16   waterfall, where everybody is paid off.  Each project,

17   the structure, there's construction loan, on top.  And,

18   then, there's the equity piece.  The equity piece is

19   usually split between LP and GP.  In those two

20   projects, I'm the LP. GP -- and the way it basically

21   works, assuming everything gets executed, as planned,

22   which things never do, but assuming everything gets

23   executed, as planned, the bank is paid off, then

24   there's a predetermined and contractually obligated

25   kind of split, between the LP and GP.  LP meets a
```

39

1    certain hurdle.  After that, it splits 50/50 or 80/20,

2    whatever the splits are.  Then, there's basically a

3    waterfall.  And depending on the waterfall, GP makes

4    their -- what's called a promote. They make money on LP

5    money, right?  And, so, that's, in essence, how it

6    works.

7        Q    So, when you mentioned the split, is that

8    upon the sale of the property, or is that -- or is

9    there any type of split, with respect to any operating

10   revenue, once the property is completed?

11       A    No, if you're LP, like in those two projects,

12   I don't see any cash flows, any revenues, until the

13   sale of those properties.

14       Q    And do you recall, at least the time you made

15   these investments, in Palm Bay, and the town homes, in

16   Coral Gables, approximately, what was the projected

17   time frame, for that, for each of the projects?

18       A    Palm Bay, I want to say maybe four, five

19   years. And town homes were faster because they were

20   already in construction.  Town homes, I'm actually

21   supposed to get money today, so --

22       Q    Congratulations.

23       A    Well, hold on.  Hold on.  I haven't looked at

24   my phone yet.

25            MR. SHOHAT:  Don't jinx it.

40

1          THE WITNESS:  Don't jinx it.  But the

2    closings were scheduled for last night.  So, but we got

3    involved in town homes, in 2020, so call it three

4    years, roughly; two and a half to three years

5          BY MR. CORTEZ:

6      Q    Okay.  And Palm Bay is still --

7      A    Palm Bay was -- when we looked at the

8    project, it was just a field, like.  So, when we

9    invested in Palm Bay, there was no work done, yet.  So,

10   we knew, obviously, it was going to be longer.  The

11   project is almost finished.  And, now, they're going to

12   start actually people moving in, and they need to

13   stabilize the project, before they can sell it. Well,

14   town homes, when we got involved, it was -- the

15   construction was already underway.  So, we knew the

16   time frame would be shorter.

17     Q    Okay.  And, then, in terms of the investments

18   made, in town homes, in Coral Gables, as well as in

19   Palm Bay, was that investment made personally, by you,

20   or was there an entity that you owned and controlled,

21   that's the LP, in each of those projects?

22     A    Each project would have an entity set up, for

23   specific investment.

24     Q    Okay.  And if you recall, approximately, how

25   much was invested in each project?

41

1          A      So, Palm Bay was around 6 million, I believe.

2      And town homes, I want to say -- it changed, that's why

3      I'm trying to think back, but roughly maybe 10 million,

4      million, somewhere in that range.

5          Q      Okay.

6          A      It changed because they were able to get

7      better financing, so the bank financed more, so there

8      was less need from the LP, than what we initially

9      invested.

10         Q      Sorry to interrupt.  Each of the entities,

11     that the investments went through, for each of the

12     projects, was it just sort of you got control and owned

13     that entity, or was there other people that also maybe

14     had put money in?

15         A      I mean, overwhelming, I think, in town homes,

16     my partner, Danny, and my CFO, Michael, have some

17     money, but overwhelming majority is mine.  We have the

18     same splits, so I'm not making any promotes, on their

19     money. In Palm Bay it's either a hundred percent mine,

20     or 98 percent mine, and something.  Somewhere in that

21     range, again, not exact number.  And the rest would be

22     my CFO's.  So, he would co-invest with us, 100,000,

23     200, 000, something; 300,000 the most.

24         Q      And those were the two initial investments,

25     in real estate, you made in Miami?

42

```
 1         A     Yes.

 2         Q     And that was in the March/April, 2020 time

 3    frame?

 4         A     No, no.  The investments were made -- it

 5    wasn't March/April because we just got here

 6    March/April.  We really started kind of thinking about

 7    this stuff.  By the time it all got said and done, I

 8    would say it was late 2020.  I don't remember exactly,

 9    but it was mid to late 2020, early 2021.  It's got to

10    be somewhere in that range.

11         Q     Okay.  And at the time, obviously, when you

12    came for spring break, that's essentially when the

13    world shut down, because of the Covid 19 pandemic, at

14    that time, was your primary residence, again time being

15    March or April, of 2020, in New York City?

16         A     Yes.

17         Q     Did it change, thereafter, to Miami, Florida?

18         A     It changed the following year.  2021, we

19    officially moved.  We full-time moved to Miami.  My

20    kids go to school here now.  We live here.  We spend

21    almost no time in New York.  So, 2021 -- August, 2021

22    was the official move to Miami.

23         Q     Okay.  I think if we can go off the record,

24    maybe take a bathroom break, five, seven minutes, if

25    that makes sense?
```

43

1          MR. SHOHAT:  Yeah.

2          THE WITNESS:  I can check my phone --

3          MR. CORTEZ:  Yes.

4          THE WITNESS:  -- to see if the town homes

5     sold?

6          MR. CORTEZ:  We're off the record, 10:01.

7          (A brief recess was taken.)

8          BY MR. CORTEZ:

9     Q     So, we are back on the record, at 10:08 A.M.

10    Mr. Klener, did you have any substantive discussion,

11    with anyone from the commission staff, during the

12    break?

13    A     No.

14    Q     Thank you.

15    A     Sorry guys.  Don't mean to qualify it as not

16    substantive.

17    Q     I would like to sort of turn now to asking

18    you questions in terms of your initial contact, with

19    Location Ventures and Rishi Kapoor?

20    A     Sure.

21    Q     How did you first hear or learn about

22    Location Ventures?

23    A     Through Dimitri, as well.

24    Q     Okay.  And what did he tell you about

25    Location Ventures when the --

44

1       A     He said there was a developer, out in Coral

2   Gables, who had a project that they were almost

3   completed, like a block or two blocks away from where

4   the town home project is, and that he's got an

5   interesting, unique project concept, that Colliers was

6   hired for, called Urbin, and they're looking for money

7   for -- one of these Urbin projects, in Miami Beach,

8   which was five minutes from where we lived.

9       Q     And you mentioned that Location Ventures

10  hired Collier to find --

11      A     Financing.

12      Q     -- financing.  And did Dimitri provide you

13  with specific information, at that time, about the

14  company, about Location Ventures, other than just this

15  Urbin project?

16      A     No, initially, it was a casual conversation.

17  It was just are you interested in meeting Rishi and

18  hearing about that project, you know, because first you

19  meet the developer, you hear the story, and if you like

20  it, then you get all the financials and projections,

21  and so on.

22      Q     Okay.  And do you recall when that initial

23  conversation took place?

24      A     Late 2020, mid 2020, somewhere in that -- mid

25  2020, I would say. Hold on.  Hold on.  So, we got a

45

1   dog, from the shelter, in June, 2020, and my first

2   meeting with Rishi, I had my dog with me, so it had to

3   be after June, 2020.

4         Q    Prior to that first meeting, with Rishi, did

5   Dimitri tell you anything about Rishi Kapoor?

6         A    Nothing -- just generic stuff; nothing too

7   specific.

8         Q    Okay.  And after Dimitri -- and you said

9   maybe mid to the end of 2020 -- kind of told you,

10  generally, like some general information about Location

11  Ventures, did you express an interest to learn more?

12        A    Yes.

13        Q    Okay.  And what happened after that?

14        A    We set up a meeting -- set up a meeting in

15  Rishi's office, at 299 Alahambre.

16        Q    Do you recall approximately, time frame wise,

17  when that meeting was?

18        A    Same.  I mean, it was, you know, within --

19  again late -- mid to late 2020.

20        Q    And do you recall who was at that meeting?

21        A    So, it was myself, ███████ our dog, that's why

22  I was remembering, because we got it from a shelter, in

23  June, Dimitri, and Rishi.

24        Q    Okay.  And that was your first meeting with

25  Rishi Kapoor?

46

1        A    Yes.

2        Q    Okay.  If you recall, what information did

3    Rishi provide you, at that time, about either Location

4    Ventures or any of the real estate projects?

5        A    He told us about the business, the vision.

6    He told us about, I think it had four divisions, and,

7    specifically, about Urbin was the one that we were

8    there for.  He told us about his team, that a lot of

9    them were with him for, you know, many, many years.  He

10   told us about that he grew up in Georgia.  His dad, I

11   think, was an engineer, who started doing some real

12   estate, and then, I think, transitioned to just doing

13   real estate. So, Rishi kind of had some real estate,

14   just from the family kind of experience, that he

15   finished law school, and then he went into telling us

16   about the specific project that we were there to

17   consider, which was Urbin Miami Beach.

18       Q    All right.  Well, let's maybe break that

19   down, a little bit.  So, starting with, I think you

20   mention he told you a little bit about Location

21   Ventures business. Can you describe what information he

22   provided you, just about Location Ventures business?

23       A    Sure, that they have four divisions.  It was

24   luxury condos, multi-family, Urbin, and maybe rental.

25   I don't remember the fourth one, maybe rentals or

47

1    something, and how many employees they have.  I think,

2    at the time, it was maybe 30-ish, something like that.

3    His big vision for Urbin, he was very big on Urbin,

4    that it's going to revolutionize the affordable

5    housing, kind of because the micro unit -- it was a

6    micro unit concept, that the micro units would become

7    affordable. And under the Urbin business model, micro

8    units become affordable and it sells for people who

9    can't afford to the neighborhood where they work, that

10   was kind of his big vision.  And he wanted to have, you

11   know, hundreds of them across America, and eventually

12   evolve globally, and all that. What else did he tell

13   us?  He said that he has some investors, that are all

14   strategic investors, like local Miami families, who had

15   value outside of just, you know, the investment of the

16   company.  He uses them as -- for guidance and advice

17   and mentorship.  He was -- he kept talking about he has

18   all these mentors that he takes advice from and listens

19   to, and so on.

20        Q    And I know were you there to primarily hear

21   about the Urbin investment opportunity; is that

22   correct?

23        A    Yeah, the one specific project.

24        Q    So, if you could -- when, I guess, Rishi

25   mentioned to you that Urbin was going to be, I think

48

1    you said, micro units, that people that work in areas

2    that they otherwise could not afford, could perhaps

3    afford that.

4         A    Uh-huh.

5         Q    Can you provide a little bit more

6    information, as to how that worked?

7         A    So, basically, it was a co-working, co-living

8    concept, initially.  Right?  So, he wanted to have, in

9    the building, let's say three, four-bedroom units, and

10   you rent by bedroom, and with a shared, you know,

11   living room, kitchen, and so on. Then, there was a

12   concept of just micro units, so basically just have

13   these 300 square foot apartments, which I was

14   skeptical, but he showed us drawings and actually they

15   managed to fit like a bed and shower, and toilet.

16   Actually, it was laid out, shockingly, that it actually

17   fit inside.  My first apartment was 650 feet and I

18   thought it was kind of tight.  So, when I heard 275,

19   300, I was like shocked, but on the renderings, it kind

20   of made sense. Then, there were -- so, basically, the

21   building would have co-living floors.  It would have

22   co-working floors, kind of like the "we work" concept.

23   Then, there'd be retail, on the bottom.  And, then, he

24   even thought about possibly having kind of a co-working

25   concept, meaning like let's say there's a barber shop,

49

1    that you rent by chair.  So, let's say it was one

2    barber shop, but it would be like with eight chairs,

3    but literally eight, different, single barbers, kind of

4    their own stand-alone business.  So, the whole co-thing

5    was his thing; co-living, co-working living,

6    so-sharing, co -- all that stuff.  That was the

7    concept.

8         Q    Okay.  And I know you mentioned that in

9    addition to the Urbin sort of business, there's the

10   three other businesses.  Did he provide you any other

11   information with sort of how Location Ventures, you

12   know, started, or how, you know, he started the

13   business; anything about the history of the business?

14        A    Yeah, he worked for -- a little bit, yes.  He

15   told us he worked for, I think, a development company,

16   and then he wanted to start his own thing, so he

17   started Location Ventures.  He had got a couple of kind

18   of key people.  Vivian Bonet was a -- I think she was a

19   chief development officer.  And she's done tons of

20   projects, around South Florida.  She did, I think, W

21   Hotel, in Fort Lauderdale.  That was like the big

22   project that she did. He introduced us to his marketing

23   person, maybe IT person.  So, but again, bulk of that

24   specific meeting was spent on the Miami Beach Urbin

25   project, and just Urbin, in general, as the vision for

50

 1    Urbin, because like I said, he wanted to open hundreds

 2    of these, all over America.

 3         Q    Okay.  And at that time, at that initial

 4    meeting, how many Urbin projects were in existence, at

 5    least at that time?

 6         A    How do you define existence; like completed?

 7    Zero.

 8         Q    In development?

 9         A    Zero; maybe one.  The building he was in

10    wasn't technically Urbin, but it was similar concept.

11    There was no co-living, so zero, I would say.

12         Q    Any in predevelopment, at that time?

13         A    Well, I guess the Miami Beach, the one that

14    we were talking to him about was in predevelopment.  He

15    had a contract on the land.  He didn't close on the

16    land, yet.  And they were predeveloping, you know,

17    approvals, and you know, the concept design, that kind

18    of stuff.

19         Q    You also mentioned that he sort of provided

20    some information, at that time, about the employees

21    that worked at Location Ventures.  I think you said,

22    from your recollection, there was approximately 30

23    employees, at that time?

24         A    At that time -- that was just -- I don't

25    remember exactly.  I think we met a couple, like he had

1    a couple come in and do a little like spiel.  I think

2    head of IT came in, marketing came in, possibly the --

3    Vivian, the development person came in.  But, again,

4    bulk of the meeting was just Rishi and us.

5         Q    Okay.  And you mentioned Vivian Bonet, the

6    chief development officer, for Location Ventures.  Did

7    Rishi and her -- know her prior to starting Location

8    Ventures?

9         A    Yes, I believe they worked together, in a

10   previous company, or she was working with his previous

11   company.  So, they new each other before, yes.

12        Q    Okay.  And I think you had mentioned, as

13   well, that Rishi told you a little bit about his

14   experience, at least at that time, in real estate, or

15   real estate development.  Could you just provide some

16   more detail, as to what he described to you, in terms

17   of his experience, in that industry?

18        A    Again, he mentioned his dad, that he grew up

19   in a real estate family, in Georgia; possibly, Atlanta,

20   Georgia.  He mentioned that he worked for a real

21   estate -- that he finished -- that his dad wanted him

22   to be a lawyer, so he finished law school, but his

23   passion was in real estate.  So, he got a job, I think,

24   in a real estate development firm.  His dad was very

25   upset.  They didn't talk for like two years, something

52

1   like that. And, then, you know, he -- it was really --

2   real estate was his passion and calling, and you know,

3   he decided to start Location Ventures.  I think he

4   mentioned his mom might have gave him some start-up

5   capital, like the first 5,000 or something came from

6   the mom.  But that's, you know, that was kind of the

7   general story.

8       Q    Do you recall what year he did start Location

9   Ventures?

10      A    If I met him in 2020, I mean, it must have

11  been a few years earlier.  I don't remember the exact

12  year, but he had a project that was almost done, called

13  Villa Valencia.  That was his first, like project, that

14  was deep enough where we could actually see what he's

15  capable of.

16      Q    What was Villa Valencia -- or what is, I

17  should say, Villa Valencia?

18      A    It's a multi-family condo building for sale.

19  So, no rentals.  It's, I think, maybe 39 units.  It's

20  at 515 Valencia Avenue, in Coral Gables.

21      Q    Okay.  So, you were, at that time, able to

22  drive and actually see the building?

23      A    Yes.  I'm not sure if we drove that

24  particular day, because at the end of the meeting, we

25  told him we're not interested in Urbin, but -- so, I

53

1    don't remember if we saw it that particular day, but we

2    eventually saw it.

3        Q    And at that particular -- focusing, again, on

4    that particular meeting, besides the information he was

5    providing you, at least verbally, at the meeting, did

6    he provide you with any documents or literature, or

7    materials, about the company, or about the Urbin

8    business segment?

9        A    I don't remember.  He might have had

10   something on the screen, some maybe financial models,

11   but very kind of high level.  I don't remember.

12       Q    You don't remember receiving any -- taking

13   any documents to review?

14       A    I don't remember.  Because we weren't

15   interested in the project.  So, even if we took

16   something, we tossed it, but I don't remember, even if

17   we took it.

18       Q    And why were you not, at that time,

19   interested in the project?

20       A    I thought it was a stupid concept, and we

21   kind of told him politely, you know, because he did

22   something interesting, at the end of the meeting.  So,

23   like usually you have these meetings, they give you all

24   the information, you shake hands, and you part ways.

25   And, then, you connect a couple days later.  He asked

54

1    us right, at the end of the meeting, so what did you

2    guys think.  What are you guys thinking?  And we were

3    kind of taken aback.  That was a little bit of a

4    different approach.  And, again, I was pretty -- I'm a

5    pretty honest and straightforward person.  So, I told

6    him, I think it's a stupid concept.  I think it's not

7    going to work.  I don't believe, especially with Covid,

8    the whole co-living is a thing that's going to survive.

9    I think co-working is a terrible idea because people

10   work from home.  And I think what you're building is

11   not really a real estate project; it's an operational

12   business.  You have rentals, you have office rentals,

13   you have chair rentals, you have store fronts.  It's

14   not a you build a building and then you sell it.

15   That's a real estate play.  Or you build multi-family

16   and there's some consistency, in the product you're

17   offering.  Here, it's a complicated -- so, it's a new

18   concept, with these micro units.  It's complicated

19   because you have all these different moving pieces.

20   I'm not sure I understand what the real exit is because

21   you can't sell it.  The idea is you get to keep them,

22   right?  So, that means you have to stabilize it.  You

23   have to get the cash flow, so that you can get

24   refinancing from a bank. But the bank would have to

25   look at this, and there's multiple different sources of

55

1    revenue, so you might have a little bit of a hard time.

2    And, again, I just told him, just in general, I don't

3    believe co-living and co-working is the way of the

4    future, or the way of Covid, kind of.  I just didn't

5    think that concept makes any sense.

6         Q    And what was Rishi's response to that?

7         A    I mean, he obviously disagreed.  We didn't

8    get into a heated debate, because, you know, I didn't

9    have anything to prove to him.  So, he said -- he was

10   always very polite, so he was like, thank you, so much,

11   for your feedback, you know, that kind of fluff.  And,

12   you know, he thanked us and we left.

13        Q    At that meeting, do you recall if he -- how

14   much capital he was looking to -- from you, at that

15   point?

16        A    I think it was maybe 18 million, somewhere

17   mid-teens, something like that.

18        Q    Okay.  And was it that 18 million would be

19   invested directly into the --

20        A    Into the Urbin project; one specific project.

21        Q    Not Location Ventures?

22        A    Correct.

23        Q    Again, if you do recall, can you just

24   describe how that investment was supposed to work?  You

25   know, if you did decide, for example, to provide 18

56

1   million, for Urbin Miami Beach, how was that supposed

2   to work?

3       A    Similar to all the other LPs.  You know, we

4   provide an LP investment.  There's a threshold, you

5   know, in it.  When the exit is, in that particular

6   project, the exit wasn't a sale, it was a refinancing.

7   So, basically, you know, you get money from a bank, for

8   construction.  You get LP and GP.  You complete the

9   project.  You, what's called, stabilize it, where you,

10  you know, rent everything out, you understand what your

11  operating expenses are, what your cash flows are, how

12  much profit is left.  Then you go to refinance a

13  stabilized project.  And there was supposed to be

14  enough money, from the refinancing, to repay the bank

15  loan, the LP, the return for the LP, so on and so

16  forth. And, again, similar concept, where there's a --

17  some kind of minimum interest.  And, then, the rest

18  gets split between LP and GP.

19      Q    So, the thought was if once the property

20  became stabilized and they understood the revenues, the

21  cash flows, their operating expenses, so on and so

22  forth, that at that time, they might -- they felt they

23  could go to a bank and get refinancing.  And if that

24  were to have happened, then the LPs would have gotten

25  their --

57

1      A    Yes.

2      Q    -- money back?

3      A    Yes.

4      Q    Plus, whatever the split was, correct?

5      A    Yes.

6      Q    Then, at that point, the LPs are out?

7      A    Correct.

8      Q    So, that's one --

9      A    Yes.

10     Q    Was there ever any discussion of sort of,

11   maybe a second exit, which is to stabilize the

12   property, then to sell?

13     A    Not at that meeting; and, again, his vision

14   was -- he had -- he wanted to be the first trillion

15   dollar real estate company.  I think he even mentioned

16   it, in some e-mails or texts.  He always left about it.

17   We always like, you know, Rishi before you become a

18   trillion dollar company, you have to become a billion

19   dollar company.  Before you become a billion dollar

20   company, you have to become a million dollar company.

21   So, we kind of tried to walk him through there's some

22   steps to get to a trillion. So, I think his vision was

23   eventually to like get enough of these Urbins and

24   possibly sell them as a kind of we work type of a --

25   the new we work, like we live kind of thing.  But,

58

1    again, I thought the whole concept of the micro units

2    and stuff, I never really truly -- I never bought into

3    it because I never understood it.

4         Q    Okay.  So, after you declined the offer, to

5    invest in Urbin Miami Beach, what was your next, I

6    guess, interaction or communication, with either

7    Dimitri or Rishi, concerning Location Ventures?

8         A    So, I was back in New York, because I

9    remember the phone call.  He asked us to set up a zoom

10   or teams, whatever.  So, he asked us to set up a call.

11   We set up a call.  He asked us what kind of investments

12   we are entertaining or considering.  We said, we have,

13   you know, I'm like I can't invest into something I

14   don't understand.  I don't really understand Urbin, as

15   a concept.  So, I would never invest in something I

16   don't really understand. We also want to add a little

17   bit of value, outside of just money.  If there's

18   something we can add value with advice or opinion.  I

19   can't give any advice or opinion on micro living.  Like

20   I asked my nephew, who is a college -- I'm like would

21   you live in something like that.  He said, no.  That

22   was the extent of kind of -- So, anyway, I couldn't

23   really understand that concept.  So, I told him, I'm

24   like, look, we live in Manhattan, so I understand

25   condos, I understand -- again, I understand just not

59

1     from professionally, just from my life, right?  I

2     understand kind of luxury buildings and amenities, that

3     kind of stuff.  So, if he says, hey, I have a project

4     for you to consider, and there was a 551 Bayshore, in

5     Fort Lauderdale.  He's like it's a waterfront on -- not

6     on the ocean, on the bay side, luxury condos for sale.

7     So, I said, okay, that sounds like at least something I

8     can understand, so we would be interested to look at

9     that.

10         Q    When was this zoom team meeting; was it --

11         A    I would say it was a few weeks or call it

12    maybe, at most, a month, after that meeting we had, on

13    Alahambre.

14         Q    So, some --

15         A    So, sometime maybe September-ish, of 2020,

16    November-ish.  Because the meeting we had was in -- the

17    meeting we had was in person, in Coral Gables, and this

18    zoom was -- I remember was in my Manhattan apartment.

19         Q    Okay.  And the zoom meeting, in

20    September/November time frame, of 2020, who was it; do

21    you recall?

22         A    It was just me and him.

23         Q    Just you two.  Okay.  And you mentioned that

24    he -- he provided some information about 551 Bayshore,

25    which is in Fort Lauderdale?

60

1        A     Yes.

2        Q     Is it on Fort Lauderdale beach?

3        A     I don't know what you mean by Fort Lauderdale

4   beach.  It's north --

5        Q     You have Miami, Miami Beach, and it's

6   separated by like the bay or Intracoastal.  I think you

7   mentioned it's on the bay side?

8        A     I don't know if you know where Four Seasons

9   is, in Fort Lauderdale.  It's just on the other -- so

10  Four Seasons is on the ocean, this is on the

11  Intracoastal.

12       Q     Okay.

13       A     So, it's North Village, maybe.  Is there a

14  North Village, in Fort Lauderdale?

15       Q     I'm not sure.

16             MR. O'BRIEN:  I'm not familiar with North

17  Village.

18             THE WITNESS:  Anyway.  Sorry.  To me -- like,

19  to me, Boca is one place, and Fort Lauderdale is one

20  place.  Sorry, I don't know the geographic - specific

21  areas.

22             BY MR. CORTEZ:

23       Q     No worries.  So, with respect too 551

24  Bayshore, we'll just say in Fort Lauderdale, what

25  was -- at that meeting, the zoom meeting, what was sort

61

1      of the status of that project, at that time?

2          A    So, basically, he told us about the seller.

3      So, the seller, his name is Par, I don't know his last

4      name, P-A-R.  I think he's from, I want to say, Sweden.

5      So, he bought, during the crisis, financial crisis, he

6      bought a portfolio of assets.  It included a whole

7      bunch of different randomness, like lands.  I think he

8      bought it from some guy in distress.  And this is one

9      of the pieces of land, that was in that portfolio.  He

10     owns, actually, a whole bunch of that part of Fort

11     Lauderdale. He's not really a seller.  He's kind of --

12     views that little area, of Fort Lauderdale, where he

13     owns a whole bunch of like land, and buildings, and so

14     on, as he wants to -- he envisions it as a little, I

15     don't know, central bay, that he wants to make it into

16     something that's cozy and hip, and all that.  So, he's

17     not really a seller.  So, he's not -- this land wasn't

18     on the market.  I don't know how Rishi met him, I don't

19     remember, but Rishi like courted him, for like two

20     years, and sold him on the vision, and so on.  And Par

21     agreed to give him the contract, for that land, with a

22     very long closing date, meaning that basically gave

23     Rishi time to get the project approved, get financing

24     lined up, so he didn't have to close on the land,

25     before he had everything in place. Par believed in the

                                                                    62

1    vision, so much, that he agreed to put 5 million, as

2    preferred equity, into the project, out of the kind of

3    sales proceeds.  So, it sounded interesting because it

4    was, again, it was on the water, luxury condos.  There

5    was no eminent need to close on the land.  As a matter

6    of fact, fast forward, the land is still not closed.

7    We're way past when it was supposed to be closed,

8    extensions and all that. We'll get to that later, in

9    the interview, but -- so, as a concept, it sounded

10   interesting to us.

11        Q    And at the time, the land was not developed;

12   there was no building?

13        A    No, just a field.

14        Q    Just a field?

15        A    Just a field.

16        Q    And, today, is it still just a field?

17        A    It's funny you ask.  Today, it should be a

18   field, but Rishi started construction on the land, even

19   though we don't own -- the JV, that I'm part of, on

20   Bayshore, still does not own the land.  We just have

21   the right to purchase the land, which expired.  So, he

22   got extensions, with monthly fees, from Par, which are

23   also expiring soon, but he already started.  He got a

24   plan approval and started some of the work, already

25   started.

63

1          Q     Okay.  And we'll come back to that, in a

2    little bit.  I just wanted to understand between then

3    and today.

4          A     So, do I.

5                MR. O'BRIEN:  Jordan, maybe provide an

6    instruction about making sure that he waits for you to

7    finish answering your question, before he responds,

8    because there's a little bit of cross talk, being

9    difficult, I imagine, with the transcript.

10               MR. CORTEZ:  Oh, sorry.  So, what Russell is

11   saying, is given that the court reporter is taking down

12   everything, I'll make sure you finish your response,

13   and just make sure I finish my question --

14               THE WITNESS:  Okay.  Sorry.  No problem.

15               BY MR. CORTEZ:

16         Q     -- responding. So, at the zoom meeting, for

17   551 Bayshore, this was just going to be-- the vision at

18   least, at that time, was just going to be a luxury

19   condominium building?

20         A     Yes.

21         Q     Did Rishi provide any information as to how

22   the investment, with respect to 551 Bayshore would

23   work, similar to how he provided in the initial

24   meeting, sort of the investment into Urbin?

25         A     Not at that zoom, but when we showed interest

64

1    and we got financial models, projections, and that kind

2    of stuff.

3         Q    Okay.  So, besides telling me about this

4    opportunity, on this zoom meeting, was there any other

5    information he provided to you, at that time?

6         A    At the zoom meeting?  I don't think so.  I

7    don't believe so.  It was a very high level.

8         Q    Was it fair to say the zoom meeting was

9    relatively a short meeting?

10        A    Yeah, maybe 30 minutes.

11        Q    Okay.  And, then, you mentioned that, after

12   that meeting, you expressed interest in the project?

13        A    Uh-huh.

14        Q    When was that?

15        A    Shortly after.  Again, if this was September,

16   October; so, again, within weeks of that.

17        Q    Okay.  And, then, you expressed interest,

18   like in another meeting, picked up the phone, called

19   Rishi, or e-mail?

20        A    I don't remember.

21        Q    Okay.  When you did express interest, I think

22   you were provided some documents, at that time, and I

23   think you mentioned some, but if you can just, again,

24   mention those?

25        A    I believe we were provided -- there's really

65

1   more or less one document.  It's the projections,

2   right?  So, it's a financial model that shows the

3   things I mentioned before, how much the land is going

4   to be bought for, what the development cost would be,

5   how much of that is financed by the bank, how much of

6   that -- what the interest rates would be, what the

7   costs would be, contingencies, what the sale price

8   would be.  And, then, based on that, what the profits

9   and the waterfalls would look like.

10       Q    So, this financial projection, was it

11  essentially like an Excel spread sheet?

12       A    Yes.

13       Q    Was that all that was provided to you, at

14  that time?

15       A    I believe so, because the project -- maybe

16  some renderings of what the vision is, because it

17  wasn't approved yet, what the vision would be for what

18  it looks like, but pretty much it's possible that he

19  provided the purchase and sale agreement, with the

20  seller, that showed the, you know, the delayed closing,

21  but I don't know, a hundred percent.  I'm not sure.

22  But that would be really the only things that he could

23  provide, at the time.

24       Q    And -- so, there was no marketing materials

25  or investment brochures, or anything like that, that

66

1    was provided to you, at that time?

2         A    I don't recall.  If there is, it would be in

3    the documents that we shared with you guys.  Because

4    anything that was provided, we shared, but I don't

5    recall.

6         Q    The financial projections, was that sort of

7    the main document, that you -- if you recall, that you

8    really reviewed to understand --

9         A    Yes.

10        Q    -- how the numbers would work?

11        A    I'm sorry.  Yes.

12        Q    Okay.  What was your initial impressions of

13   the financial projections provided for 551 Bayshore?

14        A    We thought his exit assumptions were

15   reasonable. I think he was projecting something like

16   maybe $950 a foot.  We thought, for a luxury -- brand

17   new construction, luxury, water-front condo, that

18   seemed reasonable.  But we don't have enough expertise

19   to question -- to really, truly analyze the costs of to

20   build.  But, overall, assuming those assumptions were

21   accurate, and assuming even some things were ambitious

22   and we discounted some things, the project still looked

23   very valuable.

24        Q    Did you understand -- did you receive any

25   information concerning how the financial projections

67

1   were put together?

2       A    I believe he told us he has a team inhouse

3   that puts these projections together, based on,

4   obviously, his input, and comps, and some other

5   factors, but I think those were prepared inhouse and

6   reviewed by Colliers, because Colliers was technically

7   the ones marketing the project.

8       Q    Do you recall if after you received these

9   financial projections, if you had any conversations

10  about them, about the projections, with, say, Dimitri,

11  at Colliers?

12      A    I would assume so.  Again, I don't recall,

13  for sure, but it would make sense that I did.  But I

14  don't recall.  I don't recall, for sure.

15      Q    Do you recall anything that you did or that

16  maybe Dimitri did, to sort of try to verify the

17  numbers, in the projections, or the assumptions, that

18  may have been imbedded, in the projections?

19      A    I think we looked at comps, in the area, just

20  basically go over what's for sale, in the zip code, the

21  area, to try to get a sense for if these exit prices,

22  at least, were realistic.  And I believe our CFO,

23  Michael Goldenberg, reviewed projections, as well, for

24  just a sanity check.  I should say reviewed the model,

25  right? But that's really the extent of it.

68

1    Q    You mentioned that there was some numbers

2  that you discounted.  Do you recall what -- be it

3  numbers, line items, etcetera, that you may have

4  discounted and why?

5    A    It's a standard practice to stretch the

6  models. So, you say, okay, well, they project a

7  thousand a foot, but the market goes and gets soft, and

8  it's only 900 a foot, does the model still work.  Or if

9  they project, you know, a hundred dollars to build

10  something, and it becomes 120 dollars, does the model

11  still work.  So, we just stretch some assumptions, not

12  because we had the expertise to identify specific

13  things that we were questioning, but just general

14  stretch of the overall kind of model.

15    Q    And that was done -- was that done by you or

16  by Michael, or both?

17    A    That was done by Michael.

18    Q    Okay.  You mentioned earlier, with respect to

19  Urbin, about sort of the exit strategy for the LPs was

20  when the property would stabilize, and then there would

21  be a refinancing, and then the LPs would get sort of

22  their split. Was it, at that time, the thought with 551

23  Bayshore, the same type of exit strategy, or was it

24  something different, given that that was -- 551 was

25  luxury condos, versus Urbin, this co-work, co-living?

69

1      A    No, it was totally different.  551 was

2    supposed to be your -- traditionally, you build the

3    building, you sell all the apartments, and you move on.

4      Q    Okay.  So, if you could just sort of give us

5    a little more detail, as to how that works, with like a

6    luxury condominium?

7      A    Sure.  So, basically, the project gets

8    marketed pre-construction.  So, anybody who wants to

9    buy an apartment can do so, before the project is even

10   built. And as the project is being developed and built,

11   once it gets -- once it's completed and gets the TCO,

12   temporary certificate of occupancy, then the closings

13   take place, where the owners of these units are, you

14   know, close on these units.  They take possession of

15   the units inside the building.  The proceeds go to the,

16   you know, the project entity.  And, then, again, the

17   bank is paid off, all the bills, liabilities, are paid

18   off.  And, then, the remaining waterfall goes to the LP

19   and GP split. Any units that are unsold continue to get

20   marketing, until they are sold.  And the idea is once

21   you sell every single unit, in the building, then

22   you're kind of done with the project.

23     Q    Okay.  And at that point, assuming all the

24   units are sold in the luxury condo building, was there

25   still the thought that Location Ventures are an entity

70

```
1    that's controlled by Location Ventures, but would run

2    the day-to-day operations of that unit, or was it

3    planned to sell the entire building, to a third party?

4         A    Well, the owners of the building are the

5    individual owners of the apartments.  And, then, there

6    would be some kind of a HOA form, to ensure the

7    amenities and such are, you know, being run.  But I

8    don't believe the Location Ventures was staying in, to

9    continue to operate the building.

10        Q    Okay.  Thank you.

11        A    It was just a sale and done.

12        Q    And with respect to the 551 Bayshore project,

13   how much money was Rishi looking to raise from you?

14        A    I -- sorry.  Are you done with the question?

15   I apologize. So, I think it was either 16 or 18

16   million.

17        Q    Okay.  And do you recall what your ownership

18   interest would have been, in the entity that was

19   overseeing the development of that project, if --

20        A    So, it was -- I believe it was 80/20 split,

21   on the equity investment.  We would have been the 80.

22   Location Ventures would have been the 20.  Then,

23   there's, again, the waterfall, on the way out, is not

24   80/20.  It's like everybody gets repaid.  We meet a

25   certain hurdle of maybe 12 percent hurdle.  And, then,
```

71

1    after that, it's split, I think, 50/50.

2        Q    So, and just for us, I may not be as

3    knowledgeable about real estate, when you talk -- just

4    make the record clear.  When you talk about the

5    waterfall and the hurdle, can you just explain that?

6        A    Sure.  So, let's say the exit price is a

7    million dollars, right?  And there's 700,000 owed to

8    the bank. So, the bank gets paid off.  So, there's now

9    300,000 left, for the equity holders, which is the

10   limited partners and general partners.  And let's say

11   from that 700,000, that's left, the actual investment

12   of the project was between the LP and GP, let's say

13   $200,000. 80 percent LP, of the 200; 20 percent GP.

14   So, that gets repaid.  So, now there's half a million

15   of profit left. And that profit gets split 50/50.

16   250,000 goes to LP, even though they put in 80 percent,

17   they only get the 250 on top.  And 250 goes to GP, even

18   though they only put in the 20 percent, they get the

19   250.  So, that's how the general partners make their

20   money.  That's the part that's called the promote,

21   right?  That's how they make the profits, in that

22   waterfall of cash coming out. In addition, they make

23   development fees, as the project is being developed.

24   The project is paying the developer, development fees,

25   that are negotiated.  Those fees go to cover, you know,

72

1    expenses, overhead, and some -- there should be some

2    profit left.

3        Q    Okay.  But from like an LP standpoint, from

4    your standpoint, the money put in, once the bank would

5    get paid, upon exit, you would get paid back the money

6    that you initially put in, plus say 50 percent of

7    whatever the profits were?

8        A    Right.  I would get my principle.  I would

9    get whatever the -- what's called the hurdle, we agreed

10   to, that I make at least, let's say 12 percent, before

11   the money starts getting split.  And, then, any money

12   that's left over, after all the expenses are paid, LPs

13   repaid, GP and principle is repaid, the 12 percent is

14   met, then any money that's left over is split, I think

15   it was 50/50, on that project.

16       Q    That 12 percent, that hurdle that you

17   mentioned, was that actually what was agreed upon, with

18   551 Bayshore?

19       A    I don't remember exactly, but I believe so.

20   But typical is either eight, ten, or 12 percent,

21   somewhere in that range.  I believe, in that particular

22   project, it was 12 percent.

23       Q    Okay.  So, after -- I know you mentioned the

24   financial projections and maybe the purchase agreement

25   of the property, and some other information, was that

73

1   all sent to you via e-mail, at that time?

2       A    I believe it would either be e-mail or some

3   kind of document drop type of a link.  Again, whatever

4   was shared with us, we shared with you.

5       Q    And, then, once those documents were provided

6   to you, did you actually decide to invest in 551

7   Bayshore?

8       A    Yes.

9       Q    Okay.  And was it the either 16 or 18 million

10  that you did invest in --

11      A    It was the 16 or 18 million that we committed

12  to invest, yes.  We didn't actually deploy the full 18,

13  but we committed to deploy the 18 million.

14      Q    How much money, of that 16 or 18 million, has

15  been deployed to date?

16      A    5.1 million.

17      Q    Okay.  And do you recall after that you

18  received those documents, was it shortly thereafter

19  that you decided to commit the 16 or 18 million, or do

20  you remember the time period?

21      A    I mean, I don't remember exactly, but it

22  would be within maybe 30 days, 45 days, something like

23  that.

24      Q    Okay.  And I know you mentioned 16 or 18

25  million was committed, but not all of it was deployed

74

```
1    on day one.  And, today, there's been approximately 5

2    million deployed.  What was your understanding, in

3    terms of once you committed that amount of money, how

4    that money would be used specifically for that project?

5         A    It would be used for development.  So, it

6    would be used for concept design, you know, architects,

7    structural engineers, HVAC, etcetera, etcetera.  It

8    would be used to pay some development fees, along the

9    way.  Every month there was some fees that went to

10   what's called the sponsor, which was Location Ventures,

11   and it would be used for any, basically, soft and hard

12   costs.  Soft cost is non-construction costs, like

13   architects, interior designers, and such.  And, then,

14   for -- as the construction started, it would be used

15   for the hard costs, which is the actual construction.

16        Q    Was there any costs or expenses that your

17   investment was not permitted to be used for, in terms

18   of constructing and developing this project?

19        A    Like what?  I'm not sure I understand the

20   question.

21        Q    Well, you mentioned that your money was

22   initially planned to be used for some soft costs, and

23   then once the construction began, like hard costs.  Is

24   there any, for lack of a better term, categories of

25   expenses or costs associated with the project, for
```

75

1  which your investment, you know, should not be used?

2      A    I don't -- anything that's related to actual

3  completion and successful execution of the project,

4  this money was allowed to be used, as I understand.

5          MR. HOUCHIN: Let me interrupt, for a second.

6          BY MR. HOUCHIN:

7      Q    How did you know how your capital was going

8  to be used?

9      A    Well, part of that model that we looked at,

10  had the different line items of anticipated expenses.

11     Q    Were there any sort of representations made,

12  other than what was in the model, sort of setting forth

13  how your capital would be used, if you went forward

14  with an investment?

15     A    I would have to look back to the operating

16  agreement, which you guys have a copy of.  But I

17  don't -- if you're asking like if there was a time line

18  and a million dollars goes here and a million dollars

19  goes there, I don't believe so, but I'm not sure.  It

20  was -- everything was supposed to go according to the

21  operating agreement, which again you guys have a copy

22  of.

23     Q    I'm just trying to get a feel for your

24  recollection, as to whether Mr. Kapoor or anyone else,

25  at Location Ventures, said anything to you about, you

76

1    know, this is how we intend to use your capital,

2    specifically, as opposed to what was set forth in the

3    model, and but also might be set forth in the operating

4    agreement, just based on what you recall?

5        A    I don't recall anything that kind of jumps at

6    me as out of the ordinary.

7        Q    Thank you.

8            BY MR. CORTEZ:

9        Q    You did mention the operating agreement,

10   after you -- was that provided to you after the

11   financial projections and whatnot, that you reviewed

12   for 551 Bayshore?

13       A    Yeah, operating agreement was provided after

14   we agreed to make an investment.

15       Q    Okay.  And you reviewed the operating

16   agreement?

17       A    Our lawyers did, yes.

18       Q    Okay.  And you mentioned that the operating

19   agreement sets forth all of the, sort of, fees and

20   other expenses, for which your investment capital could

21   be used for, correct?

22       A    Yes, it --

23       Q    Okay.

24       A    -- again, I don't have it in front of me, but

25   I would assume so.

77

1       Q     Once monies were deployed, after you

2   committed to 16 million or 18 million, how did that

3   money get deployed; was it that you essentially would

4   wire X amount to Location Ventures or to an account?

5       A     So, we opened an entity, from which we made

6   the investment.  I think it's called ███████████

    ████████████, or something like that, LLC.  From that,

8   money got moved into ████████████ Partners, which was a

9   joint venture between kind of myself and Location

10  Ventures.  So, that was the entity that is the -- kind

11  of the owner and developer, of that project.  So,

12  that's where the money went.  And, then, Rishi had

13  control of that entity where the money was going from

14  that entity.

15      Q     Was it ever contemplated that there would be

16  other LPs or other outside investors that would be

17  investing or committing to invest capital, for this

18  project?

19      A     Not at that time, but eventually that's what

20  happened.

21      Q     Okay.  And when did that occur?

22      A     So, I don't remember exactly, but Rishi

23  brought in this group, called ██████ out of India, and

24  they agreed -- our understanding, from Rishi, is that

25  they agreed to invest into multiple projects, with

78

1   Location Ventures, including that Urbin Miami Beach,

2   that we passed on.  And the agreement we made with

3   Rishi, that we basically going to split -- let them

4   come in for half of the Fort Lauderdale LP, with us,

5   but we take that half and we apply it to another

6   project of Location Ventures, which eventually became

7   1505 Ponce.  So, basically, that 18 million got

8   split -- or 16 million. I think it was 18 million got

9   split -- ended up getting split between Fort Lauderdale

10  and another project.

11      Q    9 million, then with Fort Lauderdale

12  committed, and then the other 9 million now committed

13  to 1505 Ponce?

14      A    1505 Ponce, yeah.  I think 9 or 9.1 million

15  got committed and actually deployed in the other

16  project.

17      Q    And, then, so when ███ came in and invested

18  in 551 Bayshore, then your LP interest was less than --

19  it was basically half of --

20      A    Yeah.  So, basically, we were at 80 percent,

21  80/20.  When they came in, the structure changed to 10,

22  for Location Ventures, so their share dropped, to

23  45/45, between us and ███

24      Q    Okay.  Then, Location Ventures, as the GP, at

25  10 percent?

79

1          A     Yes.

2          Q     Okay.  In addition to ████ currently, are

3    there any other limited partners invested in 551

4    Bayshore?

5          A     So, normally, I would say no, but I'm going

6    to give a caveat.  So, things started unraveling, in

7    that project, where we said -- basically, what we found

8    out is the -- and we kind of found it out by chance,

9    that now the budget went up by $40 million, which was

10   not something we ever approved.  But don't worry, guys,

11   the exit price is now 1,500 a foot, so we're more than

12   going to make up for it and still make plenty of

13   profit. So, when we found that out, we said we're not

14   putting another dollar into this project.  At this

15   time, we were at 5.1.  We said we're not putting

16   another dollar into this project.  This is not okay.

17   ████ also got uncomfortable putting -- at making future

18   capital calls.  So, we basically told Rishi, do what

19   you've got to do.  We're not making capital calls. You

20   want to find others, that's fine.  We're not putting

21   any money into this, because this is not what we signed

22   up for. And we found out, literally, weeks ago, that

23   there's a $50,000 investor, in this project, possibly.

24   It's like we noticed it in -- I don't remember where.

25   There's some guy for $50,000.  We never voted or