1

```
 1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 2

 3   In the Matter of:              )

 4                                  )   File No. FL-04347-A

 5   LOCATION VENTURES, LLC         )

 6

 7   WITNESS:   Rishi Kapoor

 8   PAGES:     1 Through 129

 9   PLACE:     Securities and Exchange Commission

10              Miami Regional Office

11              801 Brickell Ave., Suite 1950

12              Miami, FL 33131

13   DATE:      Tuesday, August 22, 2023

14

15

16        The above entitled matter came on for hearing,

17   pursuant to notice, at 9:54 a.m.

18

19

20

21

22

23

24              Diversified Reporting Services, Inc.

25                     (202) 467-9200
```

EXHIBIT

Y
_____

2

1    APPEARANCES:

2

3    On behalf of the Securities and Exchange Commission:

4         JORDAN CORTEZ, ESQ., SENIOR COUNSEL

5         JOHN HOUCHIN, ESQ., SENIOR COUNSEL

6         ERIC BUSTO, ESQ., ASSISTANT REGIONAL DIRECTOR

7         MARK DEE (VIA WEBEX), SENIOR ACCOUNTANT

8         Securities and Exchange Commission

9         Miami Regional Office

10        801 Brickell Ave., Suite 1950

11        Miami, FL 33131

12        (305)982-6300

13

14   On behalf of the Witness:

15        BRIAN P. MILLER, ESQ.

16        ROSS E. LINZER, ESQ.

17        King & Spalding

18        200 S. Biscayne Boulevard, Suite 4700

19        Miami, FL 33131

20        (305)462-6029

21        bmiller@kslaw.com

22

23

24

25

```
 1                    C O N T E N T S

 2

 3    WITNESS                            EXAMINATION

 4    Rishi Kapoor                                5

 5

 6    EXHIBITS:       DESCRIPTION              IDENTIFIED

 7      1       Form 1662                         6

 8     10       Subpoena                          7

 9      4       Second Amended and Restated Operating   45

10              Agreement dated 4.19.21

11              (FL-4347_Kleyner_LV_LLC_0001101)

12     11       2022 Budget                      67

13      5       Transaction Summary              70

14              (FL-4347_Kleyner_LVLLC_0004657)

15     12       Amended and Restated Limited Liability   92

16              Company Agreement of 551 Bayshore Partners,

17              LLC dated 6.1.22

18              FL-4347_Kleyner_LVLLC_0000225)

19     13       Amended and Restated Operating Agreement   100

20              of Urbin Coconut Grove Partners, LLC

21              dated 1.1.22 (LV00010800)

22

23

24

25
```

4

```
 1              P R O C E E D I N G S
 2          MR. CORTEZ:  So we are on the record at
 3   9:54 a.m. Eastern Standard Time on August 22nd, 2023.
 4   We are located in the office of the Miami Regional
 5   Office of the United States Securities and Exchange
 6   Commission in Miami, Florida.  My name is Jordan
 7   Cortez.  I'm senior counsel with the U.S. Securities
 8   and Exchange Commission.  With me is John Houchin,
 9   also senior counsel.  We have two people that are
10   attending this testimony via WebEx.  To your right,
11   you can see the name Eric Busto.  He is the assistant
12   regional director.  And with him is Mark Dee, who is
13   a senior accountant.  We are all members of the staff
14   of the Enforcement Division of the Miami Regional
15   Office of the SEC and are officers for -- of the
16   Commission for purposes of this proceeding.  We will
17   swear in the witness now.
18          Can you please raise your right hand?
19   Whereupon,
20                  RISHI KAPOOR
21   was called as a witness and, having been first duly
22   sworn, was examined and testified as follows:
23                  EXAMINATION
24          BY MR. CORTEZ:
25      Q    Please state your full name and spell your
```

```
 1    name for the record.

 2         A    Rishi Kumar Kapoor.  It's R-I-S-H-I, first

 3    name; K-U-M-A-R, middle name; and K-A-P-O-O-R, last

 4    name.

 5         Q    And, Mr. Kapoor, are you represented by

 6    counsel today?

 7         A    Yes, sir.

 8              MR. CORTEZ:  Would counsel please identify

 9    yourself and state your full name, your firm's name,

10    your firm's address, and its telephone number?

11              MR. MILLER:  Brian Miller and Ross Linzer

12    from King and Spalding representing the witness.  The

13    address is 200 South Biscayne Boulevard, and my phone

14    number is (305) 462-6028.

15              MR. CORTEZ:  Okay.  And Mr. Miller, are you

16    representing Mr. Kapoor in his personal capacity as

17    counsel today?

18              MR. MILLER:  We are.

19              MR. CORTEZ:  Do you represent anyone else

20    in this investigation?

21              MR. MILLER:  We represent Location

22    Ventures, LLC.

23              MR. CORTEZ:  Okay.  And this applies for

24    both you and Mr. Linzer, correct?

25              MR. MILLER:  That's correct.
```

6

```
 1              BY MR. CORTEZ:
 2       Q    Okay.  Let me just provide a brief
 3   description of these proceedings.  So this is an
 4   investigation by the United States Securities and
 5   Exchange Commission in the matter of Location
 6   Ventures, LLC, file number FL-04347, to determine
 7   whether there have been violations of certain
 8   provisions of the federal securities laws.  However,
 9   the facts developed in this investigation might
10   constitute violations of other federal or state,
11   civil or criminal laws.
12              Prior to opening of the record you were
13   provided with a copy of the Formal Order of
14   Investigation and Supplemental Order in this matter.
15    These documents will be available for your
16   examination during the course of this testimony.
17              Mr. Kapoor, have you had an opportunity to
18   review the Formal Order and Supplemental Order?
19       A    Yes, sir.
20              MR. CORTEZ:  Okay.  Could I see Exhibit 1?
21                    (SEC Exhibit No. 1 was marked
22                     for identification.)
23              BY MR. CORTEZ:
24       Q    Okay.  I am handing you, on the record,
25   what has been previously marked as Exhibit 1, which
```

7

1    is a copy of the Commission's Supplemental

2    Information Form 1662. Prior to opening the record,

3    you were provided with a copy of this -- of the

4    Commission's Supplemental Information Form 1662.

5            Have you had the opportunity to read or

6    review Exhibit 1?

7        A    Yes.

8        Q    And do you have any questions concerning

9    the notice?

10       A    No, sir.

11       Q    Okay.

12           MR. CORTEZ:  Do you mind marking this

13   Exhibit 10?

14                    (SEC Exhibit No. 10 was marked

15                     for identification.)

16           BY MR. CORTEZ:

17       Q    Mr. Kapoor, I'm handing you what has been

18   marked as Exhibit 10, which is a -- the subpoena that

19   was directed to you, Rishi Kapoor.

20           If you want to take a minute to review it.

21       A    This is what I had previously received?

22       Q    Yes, it is.

23       A    Okay.  Got it.

24       Q    Is this a copy of the subpoena that you're

25   appearing pursuant to here today?

```
1         A     Okay.

2         Q     Yes?

3         A     Yeah.  I'm sorry.  I didn't hear the

4    question.  I'm sorry.

5         Q     And so, to speak on some housekeeping

6    procedural matters that I think will benefit you, as

7    well as us and the court reporter, let me just

8    explain some of the procedures that we're going to be

9    using here today.

10            So during your testimony, I and other

11   officers of the Commission, John, Eric, and Mark, who

12   are present here today, may ask a question or series

13   of questions.  If you don't understand a question,

14   please let me know that you do not understand it, and

15   I and others will try and clarify the question and

16   ask it another way.  If you go ahead and answer a

17   question, we will assume that you understand the

18   question being asked.

19            As you see, the court reporter takes down

20   everything we say, but she cannot record gestures,

21   head nods, and, you know, other nonverbal responses.

22    So we ask that you indicate your response

23   affirmatively, verbally.  Again, if you do not hear a

24   question, please just ask and I'll repeat it.

25            As mentioned prior to going on the record,
```

9

1    only the staff can authorize the court reporter to go

2    off the record.  So if you want to take a break and

3    go off the record for any reason, just tell me so I

4    can let the court reporter know that we're going off

5    the record.

6            Also, any substantive conversations that we

7    have off the record with you or your counsel will be

8    summarized when we go back on the record.

9            Do you understand?

10      A    I do.

11      Q    Okay.  You may tell me at any time during

12   the course of your testimony if you would like to

13   change or modify a previous answer.  At the end of

14   your testimony I will offer your counsel an

15   opportunity to ask any clarifying questions, and you

16   can add to your statements at that time, if you so

17   desire.  But, in addition, you can tell me at any

18   time if you'd like to change or modify a previous

19   answer.

20            During the course of your testimony today

21   we're going to ask you questions about things that

22   happened or may have happened in the past.

23   Obviously, time has gone by since those events and

24   you are likely to have a better and more complete

25   memory of some events than others.  In answering a

1    question about these events, however, you should tell

2    us about all of your memories or recollections that

3    are responsive to the question, not just those that

4    are specific or perfectly clear, those that you are a

5    hundred percent sure.

6             Do you understand?

7        A    Yes.

8        Q    So therefore, if you answer, "I don't

9    recall" or "I don't remember" or "I forget," we will

10   assume that you have no memory or recollection

11   whatsoever that is responsive to the question asked,

12   not even fuzzy or less than crystal clear memories.

13            Do you understand?

14       A    I do.

15       Q    It may be that reviewing certain documents

16   refreshes your recollection as to the events you're

17   questioned about.  Again, in such a case, we're

18   asking for your testimony on everything that's

19   responsive to the question, not just clear specific

20   recollections.

21            Do you understand that?

22       A    I do.

23       Q    Okay.  This next question is a standard one

24   that we ask every witness.

25            Are you currently taking any medication or

11

```
 1   under the influence of any substance that would
 2   prevent you from testifying truthfully here today?
 3        A    No.
 4        Q    Is there any reason why you cannot give
 5   full and complete testimony today?
 6        A    No.
 7        Q    Okay.  And do you understand that you are
 8   under oath for the duration of this testimony
 9   session?
10        A    I do.
11        Q    Okay.  Mr. Kapoor, I would like to ask you
12   some general background questions.
13             Can you provide us your date of birth?
14        A    ████████ 1984.
15        Q    And where were you born?
16        A    Atlanta, Georgia.
17        Q    And what is your current residential
18   address?
19        A    7233 Los Pinos Boulevard.
20        Q    And how long have you lived in that -- at
21   that address?
22        A    Roughly, two years.
23        Q    Okay.  And do you own your current
24   residential address?
25        A    Yes, sir.
```

1          Q     Are there any other residential properties

2     that you own?

3          A     No.

4          Q     Do you own any commercial or business

5     properties?

6          A     A variety through my business.

7          Q     And can you just tell us what those are

8     through your business?

9                And when you say through your business, can

10    you specify what business or entity you're referring

11    to?

12         A     Location Ventures and Urbin.

13         Q     Location Ventures, LLC?

14         A     Yes.

15         Q     And just so that the record is clear, we

16    may refer to Location Ventures, LLC just as Location

17    Ventures.

18         A     Okay.

19         Q     And you referred to Urbin.  Are you

20    referring to Urbin, LLC?

21         A     Yes, sir.

22         Q     And similarly, we may just refer to Urbin,

23    LLC as Urbin.

24         A     Okay.

25         Q     And what commercial business properties do

1   you own through either Location Ventures, LLC or

2   Urbin?

3          MR. MILLER:  I'm going to interject here.

4   Obviously, this is early in the investigative

5   process.  Mr. Kapoor also recently hired other

6   counsel to represent him individually, not in

7   connection with the SEC investigation, but with

8   respect to other matters.  And we and his counsel

9   have advised Mr. Kapoor that he should invoke his

10  Fifth Amendment right not to answer questions given

11  the early stage of things and where we are here.

12         So I would advise you, with respect to any

13  questions about Location Ventures, LLC, you should

14  invoke your Fifth Amendment rights to decline to

15  answer these questions at this time.

16         THE WITNESS:  Okay.

17         MR. CORTEZ:  Okay.  Does that, Mr. Miller,

18  include questions that are not about Location

19  Ventures and Urbin?

20         Are you advising your client to assert his

21  Fifth Amendment right with respect to questions

22  outside the scope of Location Ventures and Urbin?

23         MR. MILLER:  I think we have to take them

24  question by question, if there were something that

25  did not relate to those subjects.

14

```
 1            MR. CORTEZ:  Okay.  Well, let me ask a

 2    couple of questions.  And if Mr. Kapoor asserts his

 3    Fifth Amendment rights, then we'll address it at that

 4    time.

 5            BY MR. CORTEZ:

 6       Q    What is your home telephone number?

 7       A    I don't have -- I don't have a home

 8    telephone number.  Just a cell phone.

 9       Q    What is your cell phone number?

10       A    (404) 449-4931.

11       Q    And other than numbers that may be

12    associated with your businesses, Location Ventures or

13    Urbin, do you utilize any other telephone numbers?

14       A    Not that I can think of.

15       Q    And what is your email address?

16       A    The -- it's rkapoor@location.ventures.

17       Q    Is that the only email address that you've

18    used?

19       A    I had to open a personal account recently.

20     So a Gmail account.

21       Q    And what is that email address?

22       A    Therishikapoor@gmail.com.

23       Q    And, again, without getting into the

24    substance of Location Ventures or Urbin, have you

25    used your Location Ventures email address for
```

15

```
 1    business and personal matters in the past?

 2         A    I'm just trying to think it through.  Yes.

 3     Yeah.

 4         Q    And this -- this recent Gmail email

 5    address, do you use that both for personal and

 6    business?

 7         A    No.  I mean, at this point, it's just

 8    personal.

 9         Q    Okay.  Do you have any social media

10    accounts?

11         A    Yes.

12         Q    And what are those?

13         A    I have a Facebook and an Instagram.

14         Q    Okay.  Any others?

15         A    I think I have a LinkedIn profile.  I can't

16    think of anything else.

17         Q    Okay.  Mr. Kapoor, what year did you

18    graduate high school?

19         A    What year was that?  2002.

20         Q    Okay.  And did you go to high school in

21    Florida?

22         A    In Georgia.

23         Q    In Georgia.

24              And you attended college?

25         A    Yes, sir.
```

16

1      Q    And where did you attend college?

2      A    University of Miami.

3      Q    What year did you graduate from the

4   University of Miami?

5      A    Undergrad, I graduated in 2006, and law

6   school in 2009.

7      Q    And what degrees did you obtain with your

8   undergrad degree?

9      A    Finance and management.  Those were my

10   degrees there.

11      Q    And you mentioned you went to law school at

12   University of Miami?

13      A    Yes, sir.

14      Q    And I think you said you graduated in 2009?

15      A    Correct.

16      Q    While you were in law school, did you take

17   any business law courses?

18      A    I can't remember all my courses, but I'm

19   pretty sure, yes.

20      Q    Did you ever take a course concerning

21   corporations or something akin to that?

22      A    Yes.

23      Q    Did you ever take a securities regulation

24   course?

25      A    I'm pretty -- I can't remember if it was a

1    course that was a dedicated class for securities

2    regulation, or if it was just part of a -- one of the

3    business law classes.  I don't remember fully.

4         Q    And you -- you graduated in 2009 from the

5    University of Miami with a JD degree, correct?

6         A    Correct.

7         Q    Okay.  Subsequent to your graduation, did

8    you ever sit for a state bar exam?

9         A    I did.

10        Q    In what state?

11        A    Florida.

12        Q    And are you licensed to practice law in the

13   State of Florida?

14        A    No.

15        Q    Have you ever been licensed to practice law

16   in any state?

17        A    No.

18        Q    Do you hold any professional licenses?

19        A    Professional licenses, no.  Not that I can

20   think of.

21        Q    Okay.  After you graduated from law school,

22   can you please describe your employment, you know,

23   starting with your first job after law school until

24   you started Location Ventures?

25        A    I had started a -- took some time off after

1    law school and then started a marketing agency.

2        Q    And if you could --

3        A    Yeah.

4        Q    -- describe what -- what that marketing

5    agency's business entailed at that time?

6        A    We worked for a variety of local businesses

7    and discovery networks and their clients helping

8    produce marketing and advertising content.  And then,

9    started to work quite a bit with local real estate

10   professionals and developers, and that became the

11   main focus of our marketing agency.

12       Q    Okay.  What year did you start this

13   marketing agency, approximately?

14       A    Approximately, 2010.

15       Q    2010?

16       A    Yeah.

17       Q    And what was the name of the company?

18       A    It was Virsocom.  And then, we were

19   combining with a -- we went through an exercise of

20   potentially combining with another firm, and that

21   name became Stradigys.

22       Q    And what year did it go from Virsocom to

23   Stradigys, if you recall?

24       A    I don't recall exactly.  I don't recall

25   exactly.

1          Q     And do you still own that marketing

2     company?

3          A     No.  It's inactive.

4          Q     Okay.  If you could just provide a little

5     more detail as to what happened and why it became

6     inactive?

7          A     My mother passed away, and it was a life

8     change -- changing event.  And I ultimately just

9     wanted to do something different with my life.  And

10    it led me to wanting to pursue real estate

11    development.  She died very young, and it was very

12    traumatic, and it was the reason for the change.

13         Q     I'm sorry to hear about your mom.

14         A     I appreciate it.

15         Q     When you said after she passed away you

16    wanted to make a change, approximately what time

17    frame are we talking about?

18         A     It's been eight or nine years.

19         Q     Okay.  So 2013, 2014 time frame?

20         A     Sorry.  I'm just trying to -- difficult

21    event.  Around 2015, 2016.

22         Q     Okay.  And you mentioned you wanted to do

23    real estate development.  And I think during the time

24    that you owned your marketing company you said some

25    of your clients were real estate developers?

20

1        A    Correct.

2        Q    Was that the first time when you -- I

3   guess, through then your clients were sort of

4   involved in the real estate world here in Florida?

5        A    Could you restate the question?

6        Q    Sure.  You mentioned that your marketing

7   company had some real estate clients.

8             Were those real estate development clients?

9        A    Brokerages and developers, correct.

10       Q    Okay.  And was that the first time that you

11  were -- that you had experience -- or gained

12  experience in the real estate development world as

13  having those businesses as your clients of your

14  marketing company?

15       A    No.  I had grown up with a family that did

16  real estate investment to then worked for a developer

17  while in college and law school.

18       Q    Okay.  And through -- you mentioned that

19  you wanted to transition into real estate

20  development.  Fair to say you've always had some

21  interest in real estate?

22       A    Yes.

23       Q    Based upon your family experience and

24  experience you had in college and law school?

25       A    Yes, sir.

21

```
 1        Q    So then, if you could -- after you

 2   transitioned, is that when you started Location

 3   Ventures?

 4        A    Yes.

 5        Q    Was there any prior iterations of Location

 6   Ventures or no?

 7        A    Not that I can think of.

 8        Q    Okay.  And we'll get back.  I want to ask

 9   some other sort of questions.

10             But just, if you could, tell us what year

11   did you start Location Ventures?

12        A    I believe it was 2016 or 2017.

13        Q    Okay.  I will get back to that in a second.

14    And obviously I understand that your client --

15   sorry -- your counsel has counseled you to assert

16   your Fifth Amendment right, and we'll address that at

17   that time, but let me just ask you some other general

18   background questions that don't necessarily have to

19   do with Location Ventures or Urbin.

20             Other than a minor traffic violation, have

21   you ever been convicted of a criminal offense?

22        A    No.

23        Q    Have you ever been charged with a criminal

24   offense?

25        A    No.
```

22

1          Q     Okay.  Have you ever testified in a -- in a

2     proceeding conducted by the staff of the Securities

3     and Exchange Commission?

4          A     No.

5          Q     Have you ever testified before any federal

6     or state agency concerning any securities matters?

7          A     No.

8          Q     Have you ever testified in federal court?

9          A     No.

10         Q     Have you ever testified in any state court

11    proceeding?

12         A     Not that I can think of.

13         Q     Okay.  Have you ever been deposed in

14    connection with any court proceeding?  Been part of a

15    deposition?

16         A     Not that I can think of.

17         Q     Okay.  And we are aware that you have been

18    named as a defendant in certain lawsuits, but just so

19    the record is clear and so that all of us are clear,

20    can you just list the lawsuits for which you've been

21    named as a party or as a defendant?

22         A     I can't.  I'm just trying to think.  We

23    have the one with ████████ and ████████.

24    That's the ████████.

25               You're asking about me personally?

23

```
1        Q    You personally.  Yes.

2        A    Okay.  I'm sorry.  Just taking a minute to

3   think.  Personally?

4             There was a lawsuit from a few -- a few

5   investors in our Urbin Coconut Grove project that

6   named me incorrectly personally.  I can't think of

7   anything else.

8        Q    So other than the lawsuit relating to the

9   investors in the Coconut -- the Urbin Coconut Grove

10  Partners, LLC lawsuit, and the other lawsuit that

11  ███████████  and his wife ███████████  have brought,

12  those are the only two lawsuits that you can recall

13  being named as a party or as a defendant?

14       A    As a person.

15       Q    Individually?

16       A    Yes.  Individually that's what I can

17  remember right now.

18       Q    Okay.  Mr. Kapoor, are you now or have you

19  ever been an officer or director of any publicly held

20  company?

21       A    No.

22       Q    Are you now or have you ever been a

23  beneficial owner, directly or indirectly, of five

24  percent or more of any class of equity securities of

25  any publicly held companies?
```

24

1        A     No.  Not that I know of.  Yeah.

2        Q     Okay.  Are you now or have you ever been a

3   beneficial owner, directly or indirectly, of any

4   privately held company, for example:  A corporation,

5   a partnership, a limited liability company, or any

6   other corporate form?

7        A     Can you just repeat that first part of the

8   question?

9        Q     Yes.  Are you now or have you ever been a

10  beneficial owner, directly or indirectly, of any

11  privately held company?

12       A     Yes.

13       Q     Okay.  And are those companies -- include

14  Location Ventures and Urbin, correct?

15       A     Yes.

16       Q     And the respective subsidiaries?

17       A     Yes.

18       Q     And does it include your former marketing

19  company?

20       A     Yes.

21       Q     Besides those companies, are there any

22  other companies for which you've held or currently do

23  hold a beneficial ownership interest?

24       A     I started a staffing company when I was in

25  law school.  That was an experiment called Pallas

1    Staffing Group.  That was just a one-year trial of

2    something while in school to earn money.  I can't

3    think of anything else.

4        Q    Okay.  And a similar question, are you now

5    or have you ever been a manager or member of any

6    privately held company?

7        A    Yes.

8        Q    And that includes Location Ventures and

9    Urbin, correct?

10       A    Yes, sir.

11       Q    And their respective subsidiaries?

12       A    Yes.

13       Q    Besides Urbin and Location Ventures and its

14   respective subsidiaries, have you ever been a manager

15   or member of any other privately held company?

16       A    The marketing companies, and then, the

17   staffing agency that I talked about.

18       Q    Okay.  I know that there recently has been

19   a change with respect to your role as manager of

20   Location Ventures.  So I'm going to ask this question

21   looking backwards and not necessarily currently.

22           But if you could, provide just a list of

23   all -- all sources of your income, at least at the

24   time when you were the manager of Location Ventures

25   and Urbin and the other companies?

26

```
1              MR. MILLER:  I would advise you to invoke.

2              THE WITNESS:  Upon the advice of counsel, I

3    decline to answer.

4              MR. BUSTO:  Can we get on the record that

5    the declaration not to answer was based on the Fifth

6    Amendment?

7              MR. CORTEZ:  As Eric asked, can you

8    represent that the declaration to answer is because

9    he's -- Mr. Kapoor is asserting his Fifth Amendment

10   rights?

11             MR. MILLER:  That's correct.

12             BY MR. CORTEZ:

13       Q    Okay.  So Mr. Kapoor --

14             MR. BUSTO:  Can we get Mr. Kapoor to assert

15   the right?

16             THE WITNESS:  I'm sorry.  Could you repeat

17   that?

18             MR. BUSTO:  For the record, can we get

19   Mr. Kapoor to assert the right instead of counsel?

20             MR. MILLER:  He wants to clarify that

21   you're declining to answer based on the Fifth

22   Amendment.  So they want to hear you say that for the

23   record.

24             THE WITNESS:  Okay.  I decline to answer

25   because of the Fifth Amendment -- or my right to the
```

27

```
1    Fifth Amendment.
2            BY MR. CORTEZ:
3        Q    Okay.  So, Mr. Kapoor, I'm not authorized
4    to compel you to give evidence or testimony as to
5    which you assert your privilege against self-
6    incrimination, and I have no intention of doing so.
7    In addition, I do not have the authority to compel
8    your testimony by granting you immunity from
9    prosecution.
10           Any question that I ask hereafter will be
11   with the understanding that if you wish to assert
12   your privilege, you need merely state that you refuse
13   to answer on the grounds that your answer might
14   incriminate you.  In other words, you're not
15   compelled to answer any further questions if you
16   believe that a truthful answer to the question might
17   show that you committed a crime and you wish to
18   assert your privilege against self-incrimination.
19           Accordingly, if you answer any questions,
20   you will be doing so voluntarily.
21           Do you understand this?
22       A    Yes.
23       Q    You should be aware that if you refuse to
24   answer a question based on your Fifth Amendment
25   privilege, a judge or a jury may take an adverse
```

28

1    inference against you in a civil action that the SEC

2    may determine to bring against you.  That means that

3    the judge or jury would be permitted to infer that

4    your answer to the questions might incriminate you.

5         Do you understand this?

6    A    I do.

7         MR. CORTEZ:  Okay.  Brian, going forward,

8    just to make things more efficient, to the extent

9    that Mr. Kapoor is asserting his Fifth Amendment

10   right against self-incrimination to any questions

11   that I or any other staff member may ask, can we

12   agree to an abbreviation that Mr. Kapoor can say,

13   such as "five" or "fifth," that would be

14   representative of your advice to him and his rights

15   under this Fifth Amendment against self-

16   incrimination?

17        MR. MILLER:  Sure.  I think when Mr. Kapoor

18   says he declines to answer a question that will be

19   based on the Fifth Amendment.  If there's some other

20   privilege that may apply, we'll interject.

21        BY MR. CORTEZ:

22   Q    Okay.  So going forward, if it's easier for

23   you, if I ask a question and you're asserting your

24   Fifth Amendment right against -- excuse me -- Fifth

25   Amendment privilege against self-incrimination, you

1  can just say, "I decline to answer the question."

2          Is that --

3      A    Okay.

4          MR. CORTEZ:  Is that fair, so the record is

5  clear?

6          MR. MILLER:  Yes.

7          BY MR. CORTEZ:

8      Q    All right.  Mr. Kapoor, do you keep any

9  records or documents in electronic format?

10     A    I decline to answer.

11     Q    Do you keep any records or documents in

12 paper format?

13     A    Decline to answer.

14     Q    Have you produced or are you in the process

15 of producing all documents and communications

16 responsive to the request in the June 28th, 2023

17 subpoena that we issued to you in care of your

18 counsel, which we just showed you, which is marked as

19 Exhibit 10?

20     A    Decline to answer.

21     Q    Have you withheld or destroyed any

22 documents or communications that are or would be

23 responsible -- responsive, excuse me, to the request

24 in the June 28th, 2023 subpoena that we issued to you

25 in care of your counsel?

1          A     Decline to answer.

2          Q     Mr. Kapoor, if I were to ask you any

3     further questions about how and where you keep any

4     records, including whether all documents and

5     communications responsive to the request in the June

6     28th, 2023 subpoena we issued to you have been

7     produced, or whether you have withheld or destroyed

8     any documents or communications responsive to that

9     subpoena, would you continue to assert your Fifth

10    Amendment rights?

11         A     I'm sorry.  Can you repeat just the first

12    part of the question?

13         Q     If I were to ask you any further questions

14    about how and where you keep any records, including

15    whether all documents and communications responsive

16    to the June 28th, 2023 subpoena have been produced or

17    whether you have withheld or destroyed any documents

18    or communications responsive to that subpoena, would

19    you continue to assert your Fifth Amendment rights?

20         A     I would.

21         Q     Okay.  So, Mr. Kapoor, I would like to now

22    turn to ask you questions concerning Location

23    Ventures and its business.

24              What is the purpose of Location Ventures or

25    the business that it was set up to conduct?

31

1    A    Decline to answer.

2    Q    When did you start Location Ventures?

3         MR. MILLER:  You can answer that question.

4         THE WITNESS:  I had previously -- I believe

5    I said 2016, 2017.

6         BY MR. CORTEZ:

7    Q    And how did you -- how did you start

8    Location Ventures?

9    A    What do you mean by "How did you start?"

10   Just -- like I filed online on Sunbiz or --

11   Q    Let me take a step back.  Did you start

12   Location Ventures with any other -- with any other

13   partners or any other people in 2016?

14        MR. MILLER:  I think I'd advise you to

15   invoke on those questions.

16        THE WITNESS:  Decline to answer.

17        BY MR. CORTEZ:

18   Q    Okay.  How much money did you use to start

19   Location Ventures?

20   A    Decline to answer.

21   Q    What sources did you obtain the money to

22   start Location Ventures?

23   A    Decline to answer.

24   Q    Mr. Kapoor, is it true that you -- during

25   the course of when you were the manager of Location

1    Ventures that you maintained two bank accounts in

2    which you kept approximately $10 million combined?

3        A    Decline to answer.

4        Q    And in those two bank accounts for which

5    I'm referring to, in which you kept approximately

6    $10 million, where did you obtain that money?

7        A    Decline to answer.

8        Q    What is Patriots United, LLC?

9        A    Decline to answer.

10       Q    And what is Patriot's line of business?

11       A    Decline to answer.

12       Q    Who are the owners of Patriots United, LLC,

13   both historically and currently?

14       A    Decline to answer.

15       Q    Does Patriots United, LLC have any

16   employees?

17       A    Decline to answer.

18       Q    Did Patriots United, LLC make an initial

19   capital contribution to Location Ventures?

20       A    Decline to answer.

21       Q    How much was the initial capital

22   contribution that Patriots United, LLC made to

23   Location Ventures?

24       A    Decline to answer.

25       Q    What were the sources of money or funds

```
 1   used by Patriots United to make that initial capital

 2   cash -- excuse me -- cash capital contribution to

 3   Location Ventures?

 4        A    Decline to answer.

 5        Q    Did Patriots United, LLC make an

 6   approximately 13 million capital contribution to

 7   Location Ventures?

 8        A    Decline to answer.

 9        Q    Okay.  Did Patriots United, LLC make any

10   noncash contributions, such as any other assets or

11   any other equity contribution, to Location Ventures?

12        A    Decline to answer.

13        Q    How was the capital contribution of

14   Patriots United, LLC entered into Location Ventures'

15   books and records?

16        A    Decline to answer.

17        Q    And where did Patriots United obtain the

18   money and/or assets to make the capital contribution

19   to Location Ventures?

20        A    Decline to answer.

21        Q    What percentage of Location Ventures does

22   Patriots United own?

23        A    Decline to answer.

24        Q    Did anyone else provide any capital or

25   money to you or others that assisted you in starting
```

34

1    Location Ventures?

2         A    Decline to answer.

3         Q    Mr. Kapoor, if I were to ask you any

4    further questions concerning when and how you started

5    Location Ventures, including the money or other

6    assets you obtained to initially invest capital into

7    Location Ventures, including from Patriots United,

8    LLC, and others who provided capital to start

9    Location Ventures, would you continue to assert your

10   Fifth Amendment rights?

11        A    Yes, sir.

12        Q    Okay.  Can you describe how Location

13   Ventures company was structured at the time that you

14   were the manager?

15        A    Decline to answer.

16        Q    Describe how Location Ventures operations

17   were structured at the time you were manager?

18        A    Decline to answer.

19        Q    How many employees were at Location

20   Ventures prior to your removal as manager?

21        A    Decline to answer.

22        Q    Who were your direct reports at the time

23   you were manager?

24        A    Decline to answer.

25        Q    How many divisions or departments were at

35

1    Location Ventures at the time you were the manager?

2        A    Decline to answer.

3        Q    How many real estate projects does Location

4    Ventures have?

5            And by "real estate projects," going

6    forward I'm going to simply refer to that as "the

7    projects" for simplicity sake.

8        A    Decline to answer.

9        Q    How many of the projects are currently

10   completed?

11       A    Decline to answer.

12       Q    Is 8 -- is the property that is overseen by

13   800 Dixie Partners, LLC, which I will refer to going

14   forward as "Orduna Court," completed?

15       A    Decline to answer.

16       Q    Is the property that is overseen by 515

17   Villa Valencia Partners, LLC, which I will refer to

18   going forward as just "Villa Valencia," completed?

19       A    Decline to answer.

20       Q    Is the property that's overseen by 8325

21   Cheryl Lane, LLC, which going forward I will refer to

22   as "8325 Cheryl Lane," completed?

23       A    Decline to answer.

24       Q    How many Location Venture projects are

25   currently in development?

36

1      A   Decline to answer.

2      Q   Is the property overseen by 1505 Ponce

3  Partners, LLC, which I will refer to as "1505 Ponce,"

4  currently in development?

5      A   Decline to answer.

6      Q   Is the property overseen by 551 Bayshore

7  Partners, LLC, which I will refer to as "551

8  Bayshore," currently in development?

9      A   Decline to answer.

10     Q   Is the property overseen by Urbin Coconut

11  Grove Partners, LLC, which I will refer to as "Urbin

12  Coconut Grove," currently in development?

13     A   Decline to answer.

14     Q   Is the property overseen by Urbin Miami

15  Beach Partners, LLC, which I will refer to as "Urbin

16  Miami Beach 1," currently in development?

17     A   Decline to answer.

18     Q   Is the property overseen by Urbin Miami

19  Beach 2, Phase 1, LLC, which I will refer to as

20  "Urbin Miami Beach 2," currently in development?

21     A   Decline to answer.

22     Q   Is the property overseen by Stewart Grove

23  1, LLC, which I will refer to as "Stewart Grove 1,"

24  currently in development?

25     A   Decline to answer.

1    Q    Is the property overseen by Stewart Grove

2    2, LLC, which I will refer to as "Stewart Grove 2,"

3    currently in development?

4    A    Decline to answer.

5    Q    How many projects are currently in the

6    planning stage or predevelopment stage?

7    A    Decline to answer.

8    Q    Is the project overseen by Urbin Coral

9    Gables Partners, LLC, which I will refer to as "Urbin

10   Coral Gables," in -- currently in planning stages?

11   A    Decline to answer.

12   Q    Is the property overseen by Redlands Phase

13   1, LLC, which I will refer to as "Redlands,"

14   currently in the planning stages?

15   A    Decline to answer.

16   Q    Is the project overseen by LV Montana Phase

17   1, LLC, which I will refer to as "Montana," currently

18   in the planning stages?

19   A    Decline to answer.

20   Q    Is the project overseen by 619 Breakers

21   SPE, LLC, which I'll refer to as "619 Breakers,"

22   currently in the planning stage?

23   A    Decline to answer.

24   Q    The Orduna Court project at -- located at

25   800 Dixie Highway, that property was sold by Location

38

1      Ventures, correct?

2          A      Decline to answer.

3          Q      Do you know when that property was sold?

4          A      Decline to answer.

5          Q      Do you know for how much that property was

6      sold?

7          A      Decline to answer.

8          Q      Was the Orduna Court project profitable?

9          A      Decline to answer.

10         Q      Did the Orduna Court project make any

11     distributions to its members or investors upon the

12     sale of the property?

13         A      Decline to answer.

14         Q      Did the members or investors in the Orduna

15     Court project get paid back their principal amounts?

16         A      Decline to answer.

17         Q      Did the investors or members in the Orduna

18     Court project get paid back additional monies above

19     what was their principal amounts of investment?

20         A      Decline to answer.

21         Q      Mr. Kapoor, if I were to ask you any

22     further questions concerning how the business and

23     operations of Location Ventures is structured,

24     including which of Location Ventures' real estate

25     projects or Urbin real estate projects have been

```
1    completed, are in development, or are in the planning

2    stages, and which projects have been sold, would you

3    continue to assert your Fifth Amendment rights?

4         A    Yes, sir.

5         Q    Okay.  Mr. Kapoor, can you describe the

6    investment opportunity in Location Ventures, meaning

7    Location Ventures, LLC?

8         A    Decline to answer.

9         Q    Can you tell us the terms of the investment

10   opportunities in Location Ventures?

11        A    Decline to answer.

12        Q    Was there any set percentage or rate in

13   return that was represented to investors who invested

14   in Location Ventures?

15        A    Decline to answer.

16        Q    Was there any schedule for distributions

17   that were presented to investors who invested in

18   Location Ventures?

19        A    Decline to answer.

20        Q    How were investment -- excuse me.  How were

21   investment profits generated by Location Ventures?

22        A    Decline to answer.

23        Q    What did you provide investors or

24   prospective investors concerning investing in

25   Location Ventures?
```

40

1              A    Decline to answer.

2              Q    Did you provide investors an operating

3       agreement for Location Ventures?

4              A    Decline to answer.

5              Q    Did you provide investors an annual budget

6       for Location Ventures?

7              A    Decline to answer.

8              Q    Did you provide marketing materials,

9       investment brochures, PowerPoint presentations, or

10      equivalent presentations to investors or prospective

11      investors for Location Ventures?

12             A    Decline to answer.

13             Q    Is it true that you emailed prospective

14      investors and investors operating agreements, as well

15      as budgets and other materials concerning investing

16      in Location Ventures?

17             A    Decline to answer.

18             Q    Is it true that you used websites for

19      Location Ventures to advertise its business

20      investment opportunities, including the projects that

21      we just discussed?

22             A    Decline to answer.

23             Q    How did you communicate with investors or

24      prospective investors?

25             A    Decline to answer.

41

```
 1        Q    Did you communicate with them in person?

 2        A    Decline to answer.

 3        Q    Did you communicate via email?

 4        A    Decline to answer.

 5        Q    Did you communicate via text messaging?

 6        A    Decline to answer.

 7        Q    Did you communicate with them via phone

 8   calls?

 9        A    Decline to answer.

10        Q    Did any other person or entity on behalf of

11   Location Ventures solicit prospective investors?

12        A    Decline to answer.

13        Q    Did Location Ventures pay anyone or any

14   entity to solicit prospective investors or to raise

15   capital for the company?

16        A    Decline to answer.

17        Q    What type of investments did Location

18   Ventures seek from investors?

19        A    Decline to answer.

20        Q    Did Location Ventures seek equity interest

21   in the company?

22        A    Decline to answer.

23        Q    Did Location Ventures seek debt interest in

24   the company?

25        A    Decline to answer.
```

1          Q     And what did investors receive in exchange

2     for investing capital in Location Ventures?

3          A     Decline to answer.

4          Q     Did investors, upon investing in Location

5     Ventures, receive membership units of Location

6     Ventures?

7          A     Decline to answer.

8          Q     Mr. Kapoor, if I were to ask you any

9     further questions concerning how investments in

10    Location Ventures is or was structured, including

11    documents and materials presented to investors,

12    communications and representations you and others

13    made concerning such investments, and any other

14    information provided to investors concerning

15    investment opportunities in Location Ventures, would

16    you continue to assert your Fifth Amendment rights?

17         A     Yes, sir.

18         Q     What did you tell investors the capital

19    that they contributed to Location Ventures would be

20    used for?

21         A     Decline to answer.

22         Q     What were investor funds used for at

23    Location Ventures?

24         A     Decline to answer.

25         Q     How many investors does Location Ventures

43

1   have?

2      A   Decline to answer.

3      Q   How much money have you raised from

4   investors who have invested in Location Ventures?

5      A   Decline to answer.

6      Q   How did Location Ventures track investors,

7   the capital equity, or the debt raised on behalf of

8   the company?

9      A   Decline to answer.

10      Q   Who at Location Ventures tracked investors,

11   the capital, the equity, or the debt on behalf of the

12   company?

13      A   Decline to answer.

14      Q   And did the -- did the overall capital,

15   equity, and debt structure change over time on behalf

16   of Location Ventures?

17      A   Decline to answer.

18      Q   Have there been any distributions made by

19   Location Ventures to its members?

20      A   Decline to answer.

21      Q   Has any money been paid back to the members

22   or investors of Location Ventures?

23      A   Decline to answer.

24      Q   Has Location Ventures redeemed any member

25   or investors' interest in Location Ventures?

44

1          A     Decline to answer.

2          Q     Mr. Kapoor, if I were to ask you any --

3                EXAMINATION

4                BY MR. HOUCHIN:

5          Q     Sorry for interrupting.  Quick question on

6     the use of funds of Location Ventures.  During your

7     tenure as manager of Location Ventures, did Location

8     funds, investor capital get used for any purpose

9     other than associated with Location Ventures or

10    Location Ventures' projects?

11         A     Decline to answer.

12         Q     Okay.  Thank you.

13               EXAMINATION

14               BY MR. CORTEZ:

15         Q     Mr. Kapoor, if we were to ask you any

16    further questions concerning how money was raised

17    from investors who provided investor capital to

18    Location Ventures, including how investor funds were

19    used by Location Ventures, you, or others, how much

20    total money has been raised for Location Ventures,

21    and whether Location Ventures has made any

22    distributions to its investors or members, would you

23    continue to assert your Fifth Amendment rights?

24         A     I would.

25         Q     Mr. Kapoor, I am showing you a document

45

1    which has previously been marked as Exhibit 4.

2                    (SEC Exhibit No. 4 was marked

3                    for identification.)

4            BY MR. CORTEZ:

5        Q    The document is Bates stamped FL-

6    4347_Kleyner_LV_LLC_0001101, and the last page ends

7    at 1174.  Mr. Kapoor, this is a copy of the Second

8    Amended and Restated Operating Agreement for Location

9    Ventures, LLC, effective as of April 19th, 2021.

10            Mr. Kapoor, who was principally responsible

11   for drafting this agreement?

12       A    Decline to answer.

13       Q    What was the purpose for this agreement?

14       A    Decline to answer.

15       Q    Did you or anyone on behalf of Location

16   Ventures have a chance to review and negotiate any

17   part of this agreement?

18       A    Decline to answer.

19       Q    If I were to ask you any further questions

20   concerning who drafted the Location Ventures

21   Operating Agreement, what has been marked as Exhibit

22   4, and what changes were made to this agreement from

23   the prior versions, would you continue to assert your

24   Fifth Amendment rights?

25       A    I would.

46

1          Q    Okay.  If we can go to the last -- to the

2     page with the Bates stamp number ending 1161, please?

3      You will see on the page 1161 it says, "Exhibit A.

4     Schedule of Members as of effective date."  And then,

5     if you turn to page 1162, which goes to page 1163, it

6     says, "Exhibit A.  Schedule of Members as of the

7     effective date."  And then, it lists different

8     members on the left-hand column, and then the columns

9     to the right list "initial capital contributions,

10    percentage interest, membership units, and member

11    principals."

12             Mr. Kapoor, are these the current members

13    or investors of Location Ventures?

14         A    Decline to answer.

15         Q    Mr. Kapoor, did you provide this agreement

16    to Alex Kleyner and Diana Ulis to sign and execute?

17         A    Decline to answer.

18         Q    Did you provide this agreement to Alex

19    Kleyner and Diana Ulis via email?

20         A    Decline to answer.

21         Q    Did you provide this agreement to the other

22    members listed in this Exhibit A via email for their

23    execution of the agreement?

24         A    Decline to answer.

25         Q    Any changes to the Schedule of Members

47

 1    since this agreement was executed as of the effective

 2    date on April 19th, 2021?

 3         A    Decline to answer.

 4         Q    Have there been any changes with respect to

 5    the amounts invested by the investors listed here on

 6    Exhibit A, Schedule of Members?

 7         A    Decline to answer.

 8         Q    The investors listed on the schedule, how

 9    were they introduced to you or others at Location

10    Ventures?

11         A    Decline to answer.

12         Q    Were there any third parties that reached

13    out to these investors on behalf of Location

14    Ventures?

15         A    Decline to answer.

16         Q    Did Location Ventures hire any entity or

17    person to solicit these investors?

18         A    Decline to answer.

19         Q    Are there any other investors that are

20    members of Location Ventures that are not listed on

21    this Schedule of Members?

22         A    Decline to answer.

23         Q    Are any of these members that are listed on

24    the schedule currently not members or investors of

25    Location Ventures?

48

1          A     Decline to answer.

2          Q     Mr. Kapoor, if I were to ask you any

3     further questions concerning the current or past

4     members or investors of Location Ventures and how

5     those investors or others were solicited by Location

6     Ventures, including by you or others on the company's

7     behalf, would you continue to assert your Fifth

8     Amendment rights?

9          A     Yes, sir.

10         Q     Okay.

11               MR. MILLER:  Jordan, do you mind if we take

12    a break when you reach a breaking point?

13               MR. CORTEZ:  Sure.  We can take a break.

14    Let's go off the record at 10:48 a.m.

15               (Whereupon, a break was taken.)

16               MR. CORTEZ:  So we're back on the record at

17    11:00 a.m. on August 22nd.

18               BY MR. CORTEZ:

19         Q     Mr. Kapoor, did you have any substantive

20    discussions with anyone from the Commission staff

21    during the break?

22         A     No.

23         Q     Okay.  So before we went on break, we were

24    discussing Exhibit 4, the Second Amended and Restated

25    Operating Agreement for Location Ventures.  I don't

49

```
1    know if you have a copy in front of you, but I had a
2    few more questions on this document.
3            If you could turn to, actually, page 19 of
4    the agreement.  The Bates stamp ends in number 1119.
5     You'll see at the very bottom of this page it says,
6    "Article 5. Distributions.  Article 5.1.
7    Distributions," and it continues on to page 20.  And
8    it states that "Members shall be entitled to
9    distributions of Distributable Cash Flow and net
10   proceeds from the liquidation and winding up of the
11   Company in accordance with the following provisions."
12           And then, it goes on to state under
13   Article 5.1(a) "Non-Liquidating Distributions."  And
14   it says, "Distributable Cash Flow shall be
15   distributed to Members at such times as the Manager
16   determines are reasonable." And then, it goes on and
17   says, "but in any event not less than every three
18   months."
19           During your time as manager of Location
20   Ventures, did Location Ventures make distributions to
21   members in accordance with Article 5(a)?
22       A    Decline to answer.
23       Q    Have there been any distributions made to
24   Location Ventures' members?
25       A    Decline to answer.
```

1       Q    We'll ask you this in a little bit, but I

2   just wanted to ask you a follow-up question.

3            The various fees that were earned by

4   Location Ventures through its subsidiaries for the

5   projects, for example:  The marketing fees, developer

6   fees, management fees, loan guarantee fees, and other

7   fees, were those specific type of fees as cash flows

8   susceptible to being distributed to Location Ventures

9   members?

10       A    Decline to answer.

11       Q    Are you aware if there's any expectation

12  that distributions will be made in the near future

13  with the current liquidation plan?

14       A    Decline to answer.

15       Q    What information while -- when you were

16  manager of Location Ventures did you provide to its

17  members concerning when distributions would be made?

18       A    Decline to answer.

19       Q    Mr. Kapoor, if I were to ask you any

20  further questions concerning distributions to members

21  of Location Ventures, information of representations

22  you or others made to members concerning

23  distributions, and plans for distributions going

24  forward, would you continue to assert your Fifth

25  Amendment rights?

51

1         A     Yes, sir.

2         Q     If you'd just turn a couple of pages.  It's

3    page 22 of Exhibit 4, Bates stamp number ending 1122.

4              You'll notice, again, at the bottom of this

5    page Article 6.6 is titled "Member Decisions."  And

6    6.6(a) -- Article 6.6(a) says, "Notwithstanding any

7    other provision of this Agreement to the contrary, no

8    action may be taken by the Company (including by the

9    Manager) in connection with the matters set forth

10   below without Member Super Majority Approval."

11             Member super majority is actually a defined

12   term within this agreement, and I will represent to

13   you that that is defined as at least 75 percent of

14   Location Ventures member votes on these different

15   actions that are then listed on the next page, page

16   23 of this agreement.

17             You'll notice on page 23 of the agreement,

18   Subsection (ii) notes "Incurrence of direct

19   indebtedness by the Company and/or pledging,

20   mortgaging, or otherwise encumbering all or

21   substantially all of the assets of the Company."  And

22   then, on that same page, Subsections (v) and (vi)

23   reference liquidating, filing bankruptcy of or by the

24   company, its subsidiary, or investments.

25             With respect to Subsection (ii), have there

1    been any instances while were you the manager of

2    Location Ventures that it had incurred indebtedness?

3         A    Decline to answer.

4         Q    Do you know how much debt Location Ventures

5    incurred while your time as manager?

6         A    Decline to answer.

7         Q    What reasons -- what were the reasons why

8    Location Ventures incurred debt?

9         A    Decline to answer.

10        Q    Do you know from which party, entity, or

11   individual that Location Ventures incurred debt?

12        A    Decline to answer.

13        Q    Isn't it true that Location Ventures never

14   obtained member super majority approval to take on

15   additional debt?

16        A    Can you say the question again?

17        Q    Isn't it true that Location Ventures never

18   obtained member super majority approval, as defined

19   in this operating agreement, to take on additional

20   debt?

21        A    Decline to answer.

22        Q    Was it your sole discretion to have

23   Location Ventures incur debt?

24        A    Decline to answer.

25        Q    You personally guaranteed certain loans on

53

1     behalf of Location Ventures, correct?

2          A    Decline to answer.

3          Q    Do you know what the total amount of loans

4     that Location Ventures currently has on its books?

5          A    Decline to answer.

6          Q    With respect to certain debt placed on

7     Location Ventures or its subsidiaries, you never

8     obtained member super majority approval to repurchase

9     Alex Kleyner and Diana Ulis' interest in Location

10    Ventures, correct?

11         A    Decline to answer.

12         Q    And you never obtained member super

13    majority approval to repurchase Alex Kleyner or Diana

14    Ulis' interest in certain projects of Location

15    Ventures, correct?

16         A    Decline to answer.

17         Q    You never obtained member super majority

18    approval to purchase other Location Venture members'

19    interest, correct?

20         A    Decline to answer.

21         Q    How many Location Ventures members'

22    interest in the company have been wholly or partially

23    repurchased or bought out?

24         A    Decline to answer.

25         Q    Where did you get the money to buy out

54

1   these investors?

2       A    Decline to answer.

3       Q    Were there instances in which you placed

4   debt on other projects, including the Urbin projects,

5   to buy out certain investors?

6       A    Decline to answer.

7       Q    For example, did you direct Urbin Coconut

8   Grove to incur $12 million of debt in order to

9   facilitate a payment to Alex Kleyner and Diana Ulis,

10  pursuant to the December 31st, 2022 Global Interest

11  Purchase Agreement you and Location Ventures entered

12  into with them and the entities that they controlled?

13      A    Decline to answer.

14      Q    Mr. Kapoor, did you obtain loans on behalf

15  of Urbin Coconut Grove from Marti Halpern or the

16  Halpern Family Trust in order to facilitate partial

17  payment to Alex Kleyner and Diana Ulis --

18      A    Decline to answer.

19      Q    -- in Location Ventures?

20      A    Decline to answer.

21      Q    At the time you and Location Ventures

22  entered into the Global Interest Purchase Agreement

23  with Alex Kleyner and Diana Ulis and the entities

24  that they control, you did not disclose this

25  agreement to other members of Location Ventures,

1    correct?

2         A     Decline to answer.

3         Q     Mr. Kapoor, if I were to ask you any

4    further questions concerning the instances in which

5    you did not obtain 75 percent member super majority

6    approval, including times in which you had Location

7    Ventures incur debt, incur debt on other projects,

8    including Urbin Coconut Grove, to pay out certain

9    non-Urbin investors, such as Alex Kleyner and Diana

10   Ulis, and the current status of outstanding loans for

11   Location Ventures, would you continue to assert your

12   Fifth Amendment rights?

13        A     I would, other than telling you that Alex

14   Kleyner has, multiple times, threatened my life.

15              EXAMINATION

16              BY MR. HOUCHIN:

17        Q     Can you tell us the context of which those

18   threats occurred?

19        A     I -- I'm just going to decline.  Yeah.

20              EXAMINATION

21              BY MR. CORTEZ:

22        Q     The next page, page 24 of Exhibit 4,

23   Article 7, if you can refer to it, talks about the

24   "Rights, Powers, and Duties of the Manager" and "The

25   Budget." And then, Article 7.1 references the

1   manager's authority to control and operate Location

2   Ventures.  Article 7.1(a) states that "The members

3   hereby appoint Rishi Kapoor as the initial manager."

4           How long were you the manager of Location

5   Ventures?

6       A    Decline to answer.

7       Q    Were you voted out by the members of

8   Location Ventures on July 14, 2023?

9       A    Decline to answer.

10      Q    Article 7.1(b) states that "The manager

11  cannot deviate from an approved budget by more than

12  7.5 percent without board approval."

13          The Location Ventures approved budget for

14  2020 deviated by more than 7.5 percent, correct?

15      A    Decline to answer.

16      Q    The Location Ventures approved budget for

17  2021 deviated by more than 7.5 percent, correct?

18      A    Decline to answer.

19      Q    The Location Ventures approved budget for

20  2022 deviated by more than 7.5 percent, correct?

21      A    Decline to answer.

22          EXAMINATION

23          BY MR. HOUCHIN:

24      Q    I want to rephrase those questions a little

25  bit.

57

```
 1            Did the actual budget for 2021 deviate by

 2   more than seven-and-a-half percent compared to the

 3   approved budget?

 4        A   Decline to answer.

 5        Q   What about the actual budget compared to

 6   2020 and 2022?

 7        A   Decline to answer.

 8        Q   Okay.  Thank you.

 9            EXAMINATION

10            BY MR. CORTEZ:

11        Q   The deviations in the approved budgets for

12   years 2020, 2021, and 2022 for Location Ventures were

13   never approved by Location Ventures' board, correct?

14        A   Decline to answer.

15        Q   And you never disclosed to Location

16   Ventures members the fact that the budget -- the

17   approved budget for years 2020, 2021, and 2022

18   deviated by more than 7.5 percent, correct?

19        A   Decline to answer.

20        Q   Mr. Kapoor, if I were to ask you any

21   further questions concerning your role as manager,

22   including the years Location Ventures' budget

23   deviated by more than 7.5 percent without board

24   approval and the failure to inform or disclose this

25   deviation to Location Ventures' members, would you
```

58

1    continue to assert your Fifth Amendment rights?

2        A    Yes.

3        Q    Again, keep going to the next page, which

4    is page 25 of the agreement.  You'll notice Article

5    7.2 titled "Board of Directors."  And then, 7.2(a)

6    lists the -- the board, at least, as of the effective

7    date of this Operating Agreement.

8             How often were board meetings held when you

9    were the manager of Location Ventures?

10       A    Decline to answer.

11       Q    Is it true that Location Ventures' board

12   did not meet on a regular basis?

13       A    Decline to answer.

14       Q    Were there board meeting minutes for the

15   few meetings held by the board of Location Ventures?

16       A    Decline to answer.

17       Q    What access to information did you or

18   others at Location Ventures provide to the board in

19   the course of overseeing the day-to-day operations of

20   the company and its different projects?

21       A    Decline to answer.

22       Q    Did Location Ventures' board have any real

23   powers or oversight of the operations of the company

24   and its different projects?

25       A    Decline to answer.

59

1     Q    You, as the manager of Location Ventures,

2   controlled the day-to-day operations of the company,

3   correct?

4     A    Decline to answer.

5     Q    And isn't it true that as your -- as the

6   role of manager of Location Ventures you did not keep

7   its board members fully informed of Location

8   Ventures' business operations, correct?

9     A    Decline to answer.

10     Q    Is it true that you did not keep the board

11   members of Location Ventures fully informed of the

12   company's financial condition?

13     A    Decline to answer.

14     Q    Or the financial condition of Location

15   Ventures' real estate projects?

16     A    Decline to answer.

17     Q    Mr. Kapoor, if I were to ask you any

18   further questions concerning the role of Location

19   Ventures board of directors, including any lack of

20   oversight it had on Location Ventures' budget,

21   financial condition, and your failure -- or failure

22   to disclose and to keep the board fully informed as

23   your role as manager, would you continue to assert

24   your Fifth Amendment rights?

25     A    Yes, sir.

1        Q    Continuing with Article 7.2, but I want to

2   focus your attention to Subsection (c), which is on

3   page 26.  And if you notice -- and there's

4   subsections to the Subsection (c), but Subsection

5   (c)(iv) states that "The Board shall have the sole

6   authority to make, and the prior written Approval of

7   the Board be required for, all decisions of the

8   Company, any Project Entity, and any other Company

9   subsidiary regarding the approval of any Approved

10  Budget or amendment or modification of," and then it

11  kind of goes on.

12           For 2020, did you or anyone else provide a

13  budget for Location Ventures for the board to

14  approve?

15       A    Decline to answer.

16       Q    For the year 2021, did you or anyone else

17  provide a budget for Location Ventures for the board

18  to approve?

19       A    Decline to answer.

20       Q    For the year 2022, did you or anyone else

21  provide a budget for Location Ventures to the board

22  for it to approve?

23       A    Decline to answer.

24       Q    I know you testified earlier that you

25  started Location Ventures in 2016.  Since 2016, for

1   each calendar year through 2023, how many years did

2   the Location Ventures have a written budget?

3        A    Decline to answer.

4        Q    In how many of those years did the board

5   approve any written budget on behalf of Location

6   Ventures?

7        A    Decline to answer.

8        Q    If we can just quickly turn to page 29 of

9   the agreement, Article 7.6 titled, "Compensation of

10  the Manager and Officers Contracting with

11  Affiliates."

12        7.6(a) states that "Rishi Kapoor shall be

13  entitled to receive an annual salary from the company

14  in the amount of 300,000."  And 7.6(b) states,

15  "Daniel Motha shall be entitled to receive an annual

16  salary from the company in the amount of 180,000."

17  It then goes on and states, "The annual salaries of

18  Messrs.  Kapoor and Motha may each be increased to up

19  to 400,000 annually with board approval, provided

20  there can be no increase in annual salary above

21  400,000."

22        Mr. Kapoor, Location Ventures' board never

23  approved an increase in your salary exceeding 350,000

24  for years 2020, 2021 or 2022, correct?

25        A    Decline to answer.

62

1        Q    Location Ventures' board never approved an

2    increase to Daniel Motha's salary exceeding 350,000

3    for years 2020, 2021 or 2022, correct?

4        A    Decline to answer.

5        Q    Now, if we could turn to sort of the end of

6    this agreement.  It's -- there's not a page number,

7    but it ends with Bates stamp number 1164.  It's

8    "Exhibit B.  Approved Budget."  And then you'll

9    notice on the next page, 1165, is the actual approved

10   budget.  And at the top it says, "LV Company

11   Operations Budget for the 2021 Year."

12            Who put together this budget?

13       A    Decline to answer.

14       Q    Do you know how this budget was put

15   together by Location Ventures?

16       A    Decline to answer.

17       Q    Do you know the process that Location

18   Ventures undertook to put together this budget?

19       A    Decline to answer.

20       Q    Do you know who from Location Ventures was

21   involved in putting together this budget?

22       A    Decline to answer.

23       Q    Do you know what information they relied on

24   to put together the budget?

25       A    Decline to answer.

63

1          Q     Did you or other Location Ventures' members

2     have any input on the budget?

3          A     Decline to answer.

4          Q     So for this budget 2021, under the title

5     "Fixed Costs," it lists your name, "Rishi Kapoor,"

6     and on the right-hand column it states "Annual:

7     $350,000.04."

8                That was your salary for the year 2021,

9     correct?

10         A     Decline to answer.

11         Q     We had just looked at page -- at Article

12    7.6, the compensation, which listed in this agreement

13    that your compensation was $300,000 for 2021.

14               Was the increase to 350,000 approved by the

15    board?

16         A     Decline to answer.

17         Q     Is there any documents or communications

18    that reflect this $50,000 increase in your salary for

19    2021, from 300,000 to 350,000?

20         A     Decline to answer.

21         Q     In addition to your 2021 salary of

22    $350,000, you received other compensation from

23    Location Ventures, correct?

24         A     Decline to answer.

25         Q     What other sources of money did you receive

1    in 2021?

2         A    Decline to answer.

3              MR. HOUCHIN:  With respect to Location

4    Ventures.

5              BY MR. CORTEZ:

6         Q    With respect to Location Ventures.

7         A    Decline to answer.

8         Q    In 2021, did you direct fees that were

9    charged by Location Ventures and its projects to be

10   paid to you as part of your compensation for that

11   year?

12        A    Decline to answer.

13        Q    Was Location Ventures profitable in 2021?

14        A    Decline to answer.

15        Q    Were any of Location Ventures' projects

16   profitable in 2021?

17        A    Decline to answer.

18        Q    In 2021, did you direct distributions from

19   Location Ventures and its projects to be paid to you

20   as part of your compensation for that year?

21        A    Decline to answer.

22        Q    Compensation other than your approved

23   salary for 2021, as we're seeing here on Exhibit 4,

24   other compensation, had to be approved either by the

25   members of Location Ventures or its board of

65

1    directors; is that correct?

2         A    Decline to answer.

3         Q    Neither Location Ventures members nor its

4    board ever approved any additional compensation to

5    you; is that correct?

6         A    Decline to answer.

7         Q    And you never disclosed that you were

8    taking more money than what was approved in the

9    budget for 2021, which is your $350,000 salary for

10   that year; is that correct?

11        A    Decline to answer.

12        Q    The people listed on Bates stamp 1165, the

13   Location Ventures operating budget for 2021, were any

14   of these other individuals paid more than their

15   stated salaries for 2021?

16        A    Decline to answer.

17        Q    Was DJ Motha paid more money than his

18   listed salary of 350,000 for 2021?

19        A    Decline to answer.

20        Q    Was Vivian Bonet paid more money than her

21   $350,000 salary listed for 2021?

22        A    Decline to answer.

23        Q    Were any entities that any of these

24   individuals controlled paid monies outside of what is

25   listed here in the 2021 budget?

1          A    Decline to answer.

2          Q    I asked you whether the board had approved

3    the budgets for Location Ventures for years 2020,

4    2021, and 2022.  Was -- did Location Ventures approve

5    a budget for 2023?

6          A    Decline to answer.

7          Q    Did Location Ventures' board approve

8    budgets for prior years, 2018 or 2019?

9          A    Decline to answer.

10          Q    Were monies paid to you, in addition to

11    what's listed here for your salary, ever disclosed to

12    Location Ventures' members?

13          A    Decline to answer.

14          Q    Were monies paid to DJ Motha, outside of

15    his $350,000 salary listed here, ever disclosed to

16    Location Ventures' members?

17          A    Decline to answer.

18          Q    Were monies paid to Vivian Bonet, outside

19    of her $350,000 salary, ever disclosed to Location

20    Ventures' members?

21          A    Decline to answer.

22          Q    To your knowledge, any other monies paid

23    outside of what is listed here for 2021 for these

24    individual respective salaries ever disclosed to

25    Location Ventures' members?

67

1      A     Decline to answer.

2      Q     Since the time of this agreement, again

3  I'll represent it's April 19th, 2021, had the budget

4  changed in subsequent years from what is presented

5  here for the year 2021?

6      A     Decline to answer.

7      Q     Mr. Kapoor, I'm handing you a document

8  which does not have any Bates stamps on it but that

9  was produced to us through your counsel.  And what

10  was represented to us was it's Location Ventures 2022

11  budget.  Apologies in advance.  The font on this is

12  somewhat small to read.  But take a moment to review

13  the document if you can.

14          MR. MILLER:  Does that have an exhibit

15  number, Jordan?

16          MR. CORTEZ:  Good point.  Can you -- thank

17  you.  Can you mark this as Exhibit 11, please?

18                   (SEC Exhibit No. 11 was marked

19                    for identification.)

20          BY MR. CORTEZ:

21      Q     Mr. Kapoor, let me switch.  I apologize.  I

22  did not have the court reporter mark this when I

23  provided you a copy.

24          Mr. Kapoor, do you -- do you recognize this

25  as the Location Ventures 2022 budget?

68

1          A    Decline to answer.

2          Q    Okay.  Do you see where it states "Salary,"

3    and it says, "Location Ventures Payroll-Wages," and

4    then below it has your name, "Rishi Kapoor.  Title:

5    CO," and then it provides your monthly salary?  And

6    at the very right-hand column, it states your salary

7    was 350,000.

8               So just wanted to confirm that your

9    approved salary for year 2022 was 350,000, correct?

10         A    Decline to answer.

11         Q    Similar to 2021, you obtained other forms

12   of compensation for 2022 that were significantly

13   greater than this $350,000 approved salary, correct?

14         A    Decline to answer.

15         Q    Location Ventures' board did not approve

16   and was not aware of the additional monies you were

17   paid in 2022, correct, outside of your $350,000

18   salary?

19         A    Decline to answer.

20         Q    How much more was paid to you for 2022 in

21   addition to your $350,000 salary?

22         A    Decline to answer.

23         Q    Isn't it true that you were paid in excess

24   of over $1 million in 2022, in addition to your

25   $350,000 salary?

1          A     Decline to answer.

2          Q     And we just looked previously at Exhibit 4,

3    and we saw that your approved salary for the year --

4    the prior year, 2021, was $350,000, correct?

5          A     Decline to answer.

6          Q     And we asked if you received more money

7    than $350,000 in 2021, correct?

8          A     Decline to answer.

9          Q     Isn't it true that you also took over --

10   more than $1 million more than your $350,000 salary

11   for the year 2021?

12         A     Decline to answer.

13         Q     Who made the decision for you to receive

14   more than what was set forth in the approved annual

15   budget for Location Ventures for years 2021 and 2022?

16         A     Decline to answer.

17         Q     Mr. Kapoor, how would you respond to the

18   allegation that you directed Location Ventures'

19   controller, Jorge Chirinos, to pay you additional

20   money above the amount setting forth your annual

21   salary for 2021?

22         A     Decline to answer.

23         Q     How would you respond to that same

24   allegation for year 2022?

25         A     Decline to answer.

70

1      Q    We're done with this exhibit.

2           Mr. Kapoor, I am showing you a document

3    which has been previously marked as Exhibit 5, and it

4    has a Bates stamp FL-4347_Kleyner_LVLLC_0004657.

5                      (SEC Exhibit No. 5 was marked

6                      for identification.)

7           BY MR. CORTEZ:

8      Q    This is a one-page summary, Mr. Kapoor, of

9    certain transactions for which Alex Kleyner provided

10   to you sometime in late October or early November

11   2022, correct?

12     A    Decline to answer.

13     Q    Alex Kleyner provided you with this

14   summary, because he wanted an explanation of these

15   transactions listed on this exhibit, correct?

16     A    Decline to answer.

17     Q    And these transactions, all from August of

18   2022, according to the date on this exhibit, show

19   monies coming in and out of a Location Ventures'

20   account, correct?

21     A    Decline to answer.

22     Q    If you notice, the second to last

23   transaction dated April 15th, 2022 shows you -- shows

24   a transaction of monies going to you, Rishi Kapoor,

25   for $1,328,000, correct?

1          A     Decline to answer.

2          Q     This money was fees from one or more

3    Location Ventures' project that you directed to be

4    paid personally to you, correct?

5          A     Decline to answer.

6          Q     Also on August 25th, 2022, there's a

7    transaction to Daniel Motha for 140,000.

8                This was a bonus payment you directed to

9    have Location Ventures pay to Daniel Motha, correct?

10         A     Decline to answer.

11         Q     You never disclosed to Location Ventures'

12   members that in 2021 and in 2022 you were paying

13   yourself more than $1 million, well over your

14   approved salary of $350,000 for both years?

15         A     Decline to answer.

16         Q     You never disclosed to Location Ventures

17   members that you paid Motha a $140,000 bonus in 2022,

18   correct?

19         A     Decline to answer.

20         Q     And isn't it true that you also increased

21   the salaries of other senior level employees without

22   getting board approval or disclosing those increases

23   to Location Ventures' members, correct?

24         A     Decline to answer.

25         Q     Mr. Kapoor, if I were to ask you any

```
 1    further questions concerning Location Ventures'

 2    budgets for years 2018 through 2022, including your

 3    approved salary for each of those years, how much

 4    money you directed from Location Ventures to pay to

 5    yourself, which was above and beyond your approved

 6    salary, including over $1 million in 2021 and 2022,

 7    as well as payments made to other Location Ventures'

 8    employees that were more than their respective

 9    approved salaries, including Daniel Motha, would you

10    continue to assert your Fifth Amendment rights?

11        A    Yes.

12             MR. CORTEZ:  Can we take a five-minute

13    break?

14             MR. MILLER:  Of course.

15             MR. CORTEZ:  So we're off the record at

16    11:37 a.m.

17             (Whereupon, a break was taken.)

18             BY MR. CORTEZ:

19        Q    Are you ready to go back on the record?

20        A    Yes, sir.

21        Q    So we're back on the record at 11:43 a.m.

22             Mr. Kapoor, during the break did you have

23    any substantive discussions with anyone from the

24    Commission staff?

25        A    No.
```

73

```
1        Q    Okay.  If I could, I know Brian -- if you

2   don't mind, I appreciate this in advance, gathering

3   all the exhibits in one place.

4             I just wanted to return back to Exhibit 4,

5   which is the 2021 Location Ventures Operating

6   Agreement.  And Mr. Kapoor, if I could have you turn

7   to page 34 of the agreement.  It ends in Bates stamp

8   1134.

9             And I would like to refer you to Article

10  9.3, entitled "Reporting Requirements."  And it says,

11  in part, that "The Manager shall cause the Company to

12  provide the members within 120 days after the end of

13  each Fiscal Year, and within 45 days after each

14  calendar year" -- excuse me, "calendar quarter an

15  internal financial report, which shall include a

16  balance sheet." It goes on to say, "related

17  statements of operation and cash flows and

18  investments, including each Project Entity."

19            The next sentence says, "Additionally,

20  unless excused by the Board, the Company shall have

21  its financial statements and those of all its

22  subsidiaries and investments, including each Project

23  Entity, audited by a certified public accountant on

24  an annual basis."

25            With respect to the company providing
```

74

1   members within 120 days after the end of each fiscal

2   year and 45 days after each calendar quarter certain

3   financial statements listed in Article 9.3, has

4   Location Ventures timely provided these financial

5   statements in accordance with this -- with Article

6   9.3 for each fiscal year from 2018 through 2022?

7        A    Decline to answer.

8        Q    Was it not true that Location Ventures

9   typically missed these deadlines as set forth in

10   Article 9.3, with respect to providing the financial

11   statements within 120 days and 45-day time periods?

12        A    Decline to answer.

13        Q    Who compiled the financial statements for

14   each quarter and year-end for Location Ventures?

15        A    Decline to answer.

16        Q    What information was relied upon in

17   compiling the financial statements for each quarter

18   and for year-end?

19        A    Decline to answer.

20        Q    Did you have any input into Location

21   Ventures' quarterly or annual financial statements

22   that were provided to members?

23        A    Decline to answer.

24        Q    Did you review any financial statements

25   prior to them being sent to Location Ventures'

1    members?

2         A    Decline to answer.

3         Q    Were there ever any incidents where one or

4    more of the financial statements needed to be revised

5    or amended on behalf of Location Ventures?

6         A    Decline to answer.

7         Q    Is it true that Location Ventures'

8    financial statements were never audited by a

9    certified public accountant?

10        A    Decline to answer.

11        Q    Is it true that the financial statements

12   for Location Ventures' subsidiaries and its

13   investments, including in each of the projects, were

14   never audited by a certified public accountant?

15        A    Decline to answer.

16        Q    Is it true that Location Ventures board of

17   directors never excused the company from having its

18   financial statements and those of all of its

19   subsidiaries and its investments, including for each

20   of the projects, audited by a certified public

21   accountant on an annual basis?

22        A    Decline to answer.

23        Q    Mr. Kapoor, if I were to ask you any

24   further questions concerning financial statements and

25   reports required to be provided to Location Ventures'

```
 1   members as set forth in Article 9.3 of its Operating

 2   Agreement, including whether such statements and

 3   reports were provided on a timely basis to members,

 4   whether the data and numbers in those reports were

 5   true and accurate, and whether such financial

 6   statements and reports were audited by a certified

 7   public accountant or otherwise complied with U.S.

 8   GAAP, would you continue to assert your Fifth

 9   Amendment rights?

10        A    Decline to answer.

11        Q    Mr. Kapoor, in addition to providing --

12   excuse me.  In addition to being required to provide

13   Location Ventures' financial statements to the

14   company's members, was Location Ventures also

15   required to provide financial statements to certain

16   financial institutions?

17        A    Decline to answer.

18        Q    Wasn't it true that Location Ventures was

19   required to provide financial statements to

20   Woodforest Bank in connection with a $5 million line

21   of credit Location Ventures had with Woodforest?

22        A    Decline to answer.

23        Q    And Woodforest Bank required that Location

24   Ventures provide financial statements that complied

25   with U.S. Generally Accepted Accounting Principles,
```

1    or as I'll refer to going forward simply as "U.S.

2    GAAP," correct?

3          A    Decline to answer.

4          Q    Did the financial statements Location

5    Ventures submitted to Woodforest Bank comply with

6    U.S. GAAP?

7          A    Decline to answer.

8               EXAMINATION

9               BY MR. HOUCHIN:

10         Q    Did you know one way or the other whether

11   the financial statements that Location Ventures

12   submitted to Woodforest Bank -- whether those

13   financial statements complied with U.S. GAAP?

14         A    Decline to answer.

15              EXAMINATION

16              BY MR. CORTEZ:

17         Q    Any financial statements that were provided

18   to Woodforest Bank, were they reviewed by any outside

19   accounting firm or auditing firm prior to being

20   submitted to Woodforest Bank?

21         A    Decline to answer.

22         Q    Mr. Kapoor, how would you respond to the

23   allegation that only one set of financial statements

24   submitted by Location Ventures to Woodforest Bank in

25   connection with Location Ventures' $5 million line of

1    credit complied with U.S. GAAP, and that was only at

2    the insistence of Greg Brooks, Location Ventures'

3    former CFO?

4        A    Decline to answer.

5             MR. CORTEZ:  I see it's about 10 until

6    noon.  We'd like to break for lunch.  And then, I

7    don't anticipate there's going to be a lot in the

8    afternoon but we'll finish up.  You won't be here

9    until 5:00 or 6:00 or anything like that.

10             So why don't we -- how much time do you

11   think?

12             MR. HOUCHIN:  Are you guys going to grab

13   something relatively local?

14             MR. MILLER:  Yeah.  But give us enough

15   time.

16             MR. CORTEZ:  Why don't we come back at

17   1:00?

18             MR. HOUCHIN:  1:00, 1:05, something like

19   that.

20             MR. MILLER:  Okay.

21             MR. CORTEZ:  So we'll resume at 1:00, 1:05.

22   So we're going off the record at 11:51 a.m. for

23   lunch.

24             (Whereupon, a break was taken, at which

25   time

79

```
 1            Mr. Eric Busto exited the videoconference.)

 2            MR. CORTEZ:  So we are back on the record

 3    at 1:05 p.m., August 22nd.

 4            BY MR. CORTEZ:

 5       Q    Mr. Kapoor, did you have any substantive

 6    discussions with anyone from the Commission staff

 7    during the break?

 8       A    No.

 9       Q    Mr. Kapoor, we were talking before we broke

10    for lunch about Location Ventures' financial

11    statements and whether those statements complied with

12    U.S. GAAP, particularly those statements that were

13    required to be submitted to Woodforest Bank in

14    connection with the $5 million line of credit.

15            Do you recall whether any financial

16    statements that Location Ventures provided to

17    Woodforest Bank also disclosed an approximate

18    $14 million loan that Location Ventures had made to

19    Urbin, LLC?

20       A    I decline to comment -- or decline to

21    answer.

22       Q    "Decline to answer" is fine.

23            And do you recall it was -- it was termed

24    "an intercompany loan," that $14 million loan from

25    Location Ventures to Urbin, LLC?
```

80

1          A     Decline to answer.

2          Q     Why did Location Ventures lend 14 million

3     to Urbin, LLC?

4          A     Decline to answer.

5          Q     Did Location Ventures get board approval to

6     lend $14 million to Urbin, LLC?

7          A     Decline to answer.

8          Q     Did Location Ventures disclose to its

9     members that it was lending $14 million to Urbin,

10    LLC?

11         A     Decline to answer.

12         Q     Was it at your discretion -- or excuse me.

13     Let me strike that.  I'll rephrase.

14               Was it at your direction to cause Location

15    Ventures to make a $14 million loan to Urbin, LLC?

16         A     Decline to answer.

17         Q     Can you tell us what the terms of that loan

18    were?

19         A     Decline to answer.

20         Q     Do you know if any investors or members in

21    Urbin, LLC were aware of this $14 million loan at the

22    time it was made from Location Ventures to Urbin,

23    LLC?

24         A     Decline to answer.

25         Q     And as of July of 2023, prior to your

81

1    removal as manager of Location Ventures, what was the

2    remaining balance of this loan?

3          A    Decline to answer.

4          Q    Mr. Kapoor, if I were to ask you any

5    further questions concerning how investor funds from

6    Location Ventures' members were used, including if

7    there were any transfers of those monies to Urbin,

8    LLC, any of its projects, you personally or others,

9    including an approximately $14 million loan to Urbin,

10   LLC and whether the statements provided to Woodforest

11   Bank were true and accurate and complied with U.S.

12   GAAP, would you continue to assert your Fifth

13   Amendment rights?

14         A    Yes.

15         Q    During the time that you were manager of

16   Location Ventures, what were the sources of Location

17   Ventures' revenue?

18         A    Decline to answer.

19         Q    Isn't it true that Location Ventures only

20   sources of revenue, aside from investor capital or

21   loans, is from fees that Location Ventures or one of

22   its subsidiaries charges in connection with the

23   various projects?

24         A    Decline to answer.

25         Q    Isn't it true some of those fees that have

82

```
1    been charged are developer fees, project management

2    fees, marketing service fees, acquisition fees, loan

3    guarantee fees, among other fees that have been

4    charged while you were a manager at Location

5    Ventures?

6         A    Decline to answer.

7         Q    And the monies out of which those funds

8    were paid, were those from investor capital, both at

9    the project level and at the Location Ventures'

10   level?

11        A    Can you just repeat that?

12        Q    Yeah.  The monies out of which these

13   different categories of fees were paid, were those

14   monies from investor capital at the respective

15   projects at the project level, in addition to at the

16   Location Ventures' level?

17        A    Decline to answer.

18        Q    With respect to the timing of when certain

19   fees were paid, did you decide when those fees

20   were -- should be paid or charged on behalf of

21   Location Ventures?

22        A    Decline to answer.

23        Q    Were you the only person that decided the

24   timing of the payment of these different categories

25   of fees on behalf of Location Ventures?
```

83

1          A     Decline to answer.

2          Q     Were there instances in which you directed

3    fees to be paid, prior to the time that they should

4    have been paid, pursuant to the respective projects'

5    operating agreement?

6          A     Decline to answer.

7          Q     For example, on August 2022, did you direct

8    a two percent closing fee on the 1505 Ponce project

9    totaling $640,000 prior to the date that the closing

10   occurred, which was in November of 2022?

11         A     Decline to answer.

12         Q     Is it true that you directed Jorge -- Jorge

13   Chirinos, controller of Location Ventures, to pay you

14   fees directly to you rather than to Location Ventures

15   subsidiaries, sponsor, or Location Ventures itself in

16   the years 2021 and 2022?

17         A     Decline to answer.

18         Q     Have you directed others or otherwise

19   controlled payment of fees directly for your benefit

20   since 2018?

21         A     Decline to answer.

22         Q     Prior to going on break for lunch, we spoke

23   about monies that -- I asked you questions, rather,

24   about monies taken out and that were directly paid to

25   you in the years '20, '21, and 2022.

84

```
 1              I'm going to take a step back and ask you,
 2    if you know, since 2018 what is the total amount of
 3    money that has been paid to you directly from
 4    Location Ventures?
 5         A    Decline to answer.
 6         Q    Okay.  Is the total amount in the millions
 7    of dollars?
 8         A    Decline to answer.
 9         Q    For the budget for Location Ventures for
10    2022, there's a line item for wages.
11              Do you ever recall if that monthly number
12    that goes from January to December was significantly
13    higher for the month of August of 2022?
14         A    Decline to answer.
15         Q    Okay.  Did you happen, in August of 2022,
16    to direct any bonuses or other monies to be paid to
17    you or others at Location Ventures that were
18    categorized as wages on Location Ventures' books and
19    records?
20         A    Decline to answer.
21         Q    In 2022 -- strike that.
22              In August of 2022, did you ever disclose
23    additional payments made to you or to others at
24    Location Ventures to the Location Ventures' members
25    at that time?
```

85

1      A    Decline to answer.

2      Q    And with respect to any payments made to

3  you or others, in addition to your salaries for the

4  month of August of 2022 -- did you obtain any

5  approvals to make those payments from Location

6  Ventures' board of directors?

7      A    Decline to answer.

8      Q    Mr. Kapoor, if I were to ask you any

9  further questions concerning how the sources of

10  revenue for Location Ventures, including what types

11  of fees are charged, and your control over when and

12  how fees get paid, sometimes prematurely and other

13  times in excess of what is allowed in the projects

14  respective operating agreements, including fees that

15  you directed Chirinos and others to pay you

16  personally, which totaled in the millions of dollars

17  and which was not disclosed to any investors, would

18  you continue to assert your Fifth Amendment rights?

19      A    Yes, sir.

20      Q    Mr. Kapoor, isn't it true that there were

21  different investment opportunities at Location

22  Ventures' real estate projects versus at Location

23  Ventures itself?

24      A    Decline to answer.

25      Q    For example, location -- investment at the

86

1    Location Ventures' level was essentially an equity

2    investment made by members whose interest was

3    determined on a pro rata basis in consideration of

4    other members, correct?

5         A    Decline to answer.

6         Q    The investments in the respective projects,

7    or as I've been describing it "at the project level,"

8    was broken up into what the sponsor invested into the

9    project versus what other investors would invest into

10   a particular project, correct?

11        A    Decline to answer.

12        Q    So, for example, you could have a project

13   for which the sponsor contributed 20 percent equity,

14   and then the investors contributed, say, 80 percent

15   of the remaining equity, correct?

16        A    Decline to answer.

17        Q    And for each of the Location Ventures'

18   projects, there was a sponsor, which was a Location

19   Ventures' subsidiary, who acted as the manager for

20   that particular project; is that correct?

21        A    Decline to answer.

22        Q    And very generally speaking, for each

23   project, once the project was completed and there

24   would be a TCO or temporary certificate of occupancy

25   for that project, all liabilities would get paid off

87

1    at that point, including any outstanding loans,

2    correct, for the -- for a given project?

3         A    Decline to answer.

4         Q    Once all the liabilities got paid off and a

5    TCO was provided for that particular project, then

6    would the investors get their respective principals

7    back that they initially put in, plus a percentage of

8    interest on that principal?

9         A    Decline to answer.

10        Q    And sometimes that principal, on top of

11   their initial equity contribution, would be referred

12   to as the "hurdle;" is that correct?

13        A    Decline to answer.

14        Q    And then, after that was paid, any

15   additional monies left over would be split between

16   the investors and the sponsor, correct?

17        A    Decline to answer.

18        Q    So, for example, if there was $500,000

19   left, sometimes 250 would go to the 80 percent of

20   investors and 250 would go to the sponsor, correct?

21        A    Decline to answer.

22        Q    And in the example I gave you, even though

23   the sponsor might have only put initially 20 percent

24   equity, once the sponsor would get 250,000, because

25   that was the sponsor's "promote;" in other words,

```
 1        that's how the sponsor made money in each of the

 2        deals for the projects, correct?

 3             A    Decline to answer.

 4             Q    The money that was left over after the

 5        respective investment principals were paid back and

 6        the percentage on top of that, this money that we're

 7        talking about that was split between the investors

 8        and the sponsors, that was called -- sometimes

 9        referred to as "the waterfall;" is that correct?

10             A    Decline to answer.

11             Q    For the specific projects, can you tell us

12        how investment profits were generated for -- at the

13        project level?

14             A    Decline to answer.

15             Q    You solicited investors for the various

16        Location Ventures' projects, correct?

17             A    Decline to answer.

18             Q    You communicated with investors for the

19        projects via in-person meetings, correct?

20             A    Decline to answer.

21             Q    You also communicated with investors for

22        the Location Ventures' projects via telephone calls,

23        correct?

24             A    Decline to answer.

25             Q    You also communicated with investors for
```

89

1    the Location Ventures' projects via email, correct?

2        A    Decline to answer.

3        Q    You also communicated with investors for

4    the Location Ventures' projects via text messages,

5    correct?

6        A    Decline to answer.

7        Q    You provided investors or prospective

8    investors for the Location Ventures' projects certain

9    documents for each of the projects, correct?

10       A    Decline to answer.

11       Q    You would provide an Operating Agreement to

12   prospective investors or investors for each of the

13   projects, correct?

14       A    Decline to answer.

15       Q    You would also provide a pro forma budget

16   for each of the projects to investors or prospective

17   investors, correct?

18       A    Decline to answer.

19       Q    On occasion, you would provide marketing

20   materials or investment brochures to investors or

21   prospective investors for each of the projects for

22   Location Ventures, correct?

23       A    Decline to answer.

24       Q    And these documents, the operating budget,

25   the pro forma -- sorry -- the Operating Agreement,

90

1    pro forma budget, and marketing materials or

2    investment brochures for a given project, you

3    typically provided those documents either via email

4    or in person, correct?

5        A    Decline to answer.

6        Q    With respect to the pro forma budgets for

7    Location Ventures' projects, who at Location Ventures

8    was responsible for putting those pro forma budgets

9    together?

10       A    Decline to answer.

11       Q    How were those budgets compiled?

12       A    Decline to answer.

13       Q    And you had a role in putting these budgets

14   together, correct?

15       A    Decline to answer.

16       Q    Now, how did you or others at Location

17   Ventures verify the accuracy of these pro forma

18   budgets?

19       A    Decline to answer.

20       Q    Mr. Kapoor, isn't it true that there were

21   times when you and others at Location Ventures

22   changed certain numbers or line items related to cost

23   and expenses on the pro forma budgets before

24   providing them to investors to make the projects

25   appear more profitable?

91

1          A     Decline to answer.

2          Q     Isn't it true that you and others at

3    Location Ventures knew that certain pro forma budgets

4    for certain of the projects were not accurate with

5    respect to expenses, revenues, profitability, and

6    timeline for completion, correct?

7          A     Decline to answer.

8          Q     Do you know how many investors are in each

9    of the Location Ventures' projects, at least prior to

10   your removal in July of 2023 as manager of Location

11   Ventures?

12         A     Decline to answer.

13         Q     Do you know how much money you have raised

14   from investors -- let me rephrase that.

15         Do you know how much money you and others

16   have raised from investors who have invested in the

17   Location Ventures' projects?

18         A     Decline to answer.

19         Q     Mr. Kapoor, if I were to ask you any

20   further questions concerning Location Ventures

21   projects, including how you and others solicited

22   investors for these projects, including what

23   documents you provided to investors, what

24   representations you and others made to investors, the

25   accuracy of the pro forma budgets provided to

92

1     investors, and how investor money was used for each

2     of the projects, including what type of fees were

3     charged per project, your control over when and how

4     fees got paid, sometimes prematurely and other times

5     in excess of what is allowed for the projects based

6     on the respective operating agreements, would you

7     continue to assert your Fifth Amendment rights?

8         A    Yes, sir.

9                   (SEC Exhibit No. 12 was marked

10                  for identification.)

11            MR. CORTEZ:  The court reporter is handing

12    you what has been marked as Exhibit 12, which is

13    Bates stamped FL-4347_Kleyner_LVLLC_0000225 and the

14    last page ends at 300.

15            BY MR. CORTEZ:

16        Q    Mr. Kapoor, this is the Amended and

17    Restated Limited Liability Company Agreement of 551

18    Bayshore Partners, LLC, effective as of June 1st,

19    2022.

20            Mr. Kapoor, who primarily was responsible

21    for drafting this agreement?

22        A    Decline to answer.

23        Q    Did you or anyone on behalf of Location

24    Ventures and 551 Bayshore Partners have a chance to

25    review and negotiate any part of this agreement?

93

1      A    Decline to answer.

2      Q    The -- under "Recitals" on the first page

3   of this agreement, the second whereas clause says,

4   "Whereas, Sponsor and Kleyner Investor entered into

5   that certain Liability Company Agreement of the

6   Company, dated effective as of January 15th, 2021."

7          And then, the next whereas says, "The

8   Manager wishes to cause the Company to admit MICL

9   Investor as an additional Member as more particularly

10  set forth herein."

11         Do you know, other than admitting MICL as

12  an investor into 551 Bayshore, are there any other

13  changes to this agreement versus the original one

14  dated January 15th, 2021?

15     A    Decline to answer.

16     Q    And the 551 Bayshore Partners, LLC pertains

17  to a piece of real property located in Fort

18  Lauderdale, Florida, correct?

19     A    Decline to answer.

20     Q    If you can, go to the page which is Bates

21  stamp number ending 271, please.  You'll see that

22  this is Exhibit A to this agreement, titled, "Members

23  Capital Contributions, Capital Commitments and

24  Percentage Interest of the Members."  And it sort of

25  continues a little bit on to the top of the next

94

1    page, Bates stamp ending 272.

2            Is this the current list of members for 551

3    Bayshore, including their capital contributions and

4    respective percentage interest, as listed here in

5    Exhibit A?

6        A    Decline to answer.

7        Q    Do you know if there's been any changes to

8    the list of members for 551 Bayshore or their capital

9    contributions, as set forth here in Exhibit A?

10       A    Decline to answer.

11       Q    Okay.  Now, if you can turn to earlier in

12   the agreement, it's page 14 of the agreement at Bates

13   stamp number ending 238.  I'd like to direct your

14   attention to "Article 5.  Distributions and

15   Allocations."  And Article 5.1, titled

16   "Distributions," has a number of subsections that

17   provide a schedule of how available cash shall be

18   distributed to members for the 551 Bayshore project.

19           Without going subsection by subsection, can

20   you confirm if this schedule is consistent with what

21   I asked you earlier, which is sort of the ways in

22   which members get paid the principal, plus a certain

23   percentage on top, plus profit allocations to the

24   members and the sponsors thereafter upon completion

25   of a project?

1          A    Decline to answer.

2          Q    And there have not been any distributions

3     at all pursuant to Article 5.1 of this agreement to

4     date, correct?

5          A    Decline to answer.

6          Q    Now, if you can turn to page 32 of the

7     agreement.  It's Bates stamp number ending 256.  I'd

8     like to direct your attention to Article 8.3, titled

9     "Fees and Agreements with Members and Affiliates."

10              This Article discusses the different

11     categories of fees that may be charged, including

12     specific amounts of fees to be charged for this

13     project, 551 Bayshore, correct?

14          A    Decline to answer.

15          Q    With respect to these fees in the category,

16     "Fees," listed in Article 8.3, where does the money

17     come from to pay those fees for this project?

18          A    Decline to answer.

19          Q    Were the fees charged -- excuse me.  Did

20     the money to pay these fees come from members'

21     investment funds or capital contributions to this

22     project?

23          A    Decline to answer.

24          Q    To date, the property at 551 Bayshore --

25     there's been no closing on the property as of today,

96

1    correct?

2        A    Decline to answer.

3        Q    Is there an option to close on the property

4    for which extension fees have been paid to keep that

5    option available for 551 Bayshore?

6        A    Decline to answer.

7        Q    Development fees have been paid on this

8    project, correct?

9        A    Decline to answer.

10       Q    Marketing fees have been paid on this

11   project?

12       A    Decline to answer.

13       Q    Where -- and this is for all of the

14   different categories of fees listed in Article 8.3.

15            What account do those fees get paid to?

16       A    Decline to answer.

17       Q    Were you the person that initiated when the

18   fees were paid?

19       A    Decline to answer.

20       Q    You were the person that initiated the

21   amount of fees to be paid on a periodic basis?

22       A    Decline to answer.

23       Q    For -- with respect to 551 Bayshore, do you

24   know approximately the total amount of fees that have

25   been paid to date?

97

1          A    Decline to answer.

2          Q    Do you know if the total amount of fees

3    paid to date exceed the various amounts listed here

4    in Article 8.3 of the agreement?

5          A    Decline to answer.

6          Q    When fees were paid for 551 Bayshore, did

7    you or others disclose to the members of 551 Bayshore

8    that these fees were being paid?

9          A    Decline to answer.

10         Q    Have there been any fees that have been

11   paid that are not listed here in Article 8.3?

12         A    Decline to answer.

13         Q    I think you mentioned there have been

14   extension fees paid, correct?

15         A    Decline to answer.

16         Q    And extension fees, I can represent to you,

17   are not listed in Article 8.3.

18              These same investors or members that we

19   looked at on the schedule, those are the same

20   investors for the 1505 Ponce project, correct?

21         A    Decline to answer.

22         Q    And are you aware that Location -- the

23   sponsor of Location Ventures, its interest was

24   recently sold in connection with the 1505 Ponce

25   project, correct?

98

1          A    Decline to answer.

2          Q    And that interest was split amongst MICL on

3    the one hand, and Alex Kleyner and Diana Ulis on the

4    other hand, correct?

5          A    Decline to answer.

6          Q    Mr. Kapoor, if I were to ask you any

7    further questions concerning Location Ventures'

8    projects, including specifically 551 Bayshore or 1505

9    Ponce and how fees were charged for either of those

10   projects, including what types of fees were charged,

11   the control over when and how fees got paid,

12   sometimes prematurely and other times in excess of

13   what is allowed for 551 Bayshore and the other

14   projects based on the respective operating

15   agreements, would you continue to assert your Fifth

16   Amendment rights?

17         A    Yes.

18         Q    Mr. Kapoor, I'd like to turn now -- and I

19   know we've been speaking a lot about Location

20   Ventures and its projects.  I'd like to turn,

21   specifically, now to ask you some questions

22   concerning Urbin, LLC and its projects.  And, again,

23   just as I think I stated earlier on the record, I'll

24   just refer to Urbin, LLC as "Urbin," if that makes

25   sense.

99

```
1              How does Urbin, as a company, differ from

2    Location Ventures?

3         A    Decline to answer.

4         Q    Urbin has its own business with its own set

5    of investors, correct?

6         A    Decline to answer.

7         Q    Location Ventures is an investor in Urbin,

8    LLC, correct?

9         A    Decline to answer.

10        Q    And Location Ventures has an approximately

11   40 percent ownership interest in Urbin, correct?

12        A    Decline to answer.

13        Q    And isn't it true that Urbin did not and

14   currently does not have its own separate employees?

15        A    Decline to answer.

16        Q    And -- and while you were the manager at

17   Location Ventures, Urbin didn't have a separate group

18   of management from that of Location Ventures,

19   correct?

20        A    Decline to answer.

21        Q    While you were the manager of Location

22   Ventures, isn't it true that you also controlled the

23   operation of Urbin, LLC and its projects?

24        A    Decline to answer.

25        Q    And isn't it also true that Location
```

100

```
 1    Ventures' employees also worked on Urbin matters?

 2         A    Decline to answer.

 3         Q    That Location Ventures employees performed

 4    work for Urbin, LLC and the Urbin projects, correct?

 5         A    Decline to answer.

 6         Q    And is it true that there are currently

 7    only three Urbin projects, which are:  Urbin Coconut

 8    Grove, Urbin Miami Beach, both Phase 1 and 2, and

 9    Urbin Coral Gables, correct?

10         A    Decline to answer.

11         Q    And none of those projects are completed to

12    date, correct?

13         A    Decline to answer.

14         Q    Actually, work has stopped both on Urbin

15    Miami Beach as well as Urbin Coconut Grove, correct?

16         A    Decline to answer.

17         Q    And currently, Urbin Coral Gables was and

18    has been in a preplanning phase, correct?

19         A    Decline to answer.

20         Q    Are the investments in the Urbin projects

21    set up in a similar way to the investments in the

22    Location Ventures projects?

23         A    Decline to answer.

24                    (SEC Exhibit No. 13 was marked

25                    for identification.)
```

101

```
 1          BY MR. CORTEZ:

 2      Q    Mr. Kapoor, you've been handed what has

 3   been marked as Exhibit 13.  It's Bates stamped

 4   LV00010010 and it goes to 89.

 5          Oh actually, I'm sorry.  I think I gave you

 6   the wrong document.

 7      A    This is 1505.

 8      Q    I apologize.  I gave you the wrong exhibit.

 9    I apologize.  Too many agreements as exhibits.  I

10   got them confused.

11          So I previously handed you the wrong

12   exhibit, Mr. Kapoor.  So let me, if I could, restart.

13          So now I'm handing you what is the correct

14   exhibit, which has been marked Exhibit 13.  This

15   correct exhibit that I wanted to show you, Exhibit

16   13, is Bates stamped LV00010800 and goes to 843.

17   This is the Amended and Restated Operating Agreement

18   of Urbin Coconut Grove Partners, LLC.  It has an --

19   effective as of January 1st, 2022.

20          Mr. Kapoor, who was primarily responsible

21   for drafting this agreement?

22      A    Decline to answer.

23      Q    Did you or anyone on behalf of Urbin have a

24   chance to review and negotiate any part of this

25   agreement?
```

102

1           A      Decline to answer.

2           Q      If you could turn to the page that has the

3     Bates stamp ending 832, please.  And this is Exhibit

4     A to the agreement Schedule of Members as of the

5     effective date that provides their name and addresses

6     and then their initial capital contribution,

7     membership units, and percentage interests.

8                  Are these the current members of Urbin

9     Coconut Grove that's listed here in Exhibit A?

10                 THE WITNESS:  Can I just have a second to

11    ask my attorneys?

12                 MR. MILLER:  Can we step out?

13                 MR. CORTEZ:  Do you want to go off the

14    record for a second?

15                 MR. MILLER:  Yep.

16                 MR. CORTEZ:  So we'll go off the record at

17    1:45 p.m.

18                 (Whereupon, a break was taken.)

19                 MR. CORTEZ:  So we're back on the record at

20    1:47 p.m.

21                 BY MR. CORTEZ:

22          Q      Mr. Kapoor, did you have any substantive

23    discussions with anyone from the Commission staff

24    during the break?

25          A      No.

103

1          Q     Okay.  So before I asked you -- with

2    respect to the Urbin Coconut Grove Partners Operating

3    Agreement, we were looking at Exhibit A, the Schedule

4    of Members as of the effective date.

5              I just asked you if you could confirm that

6    these are the current members or still the current

7    members of Coconut -- of Urbin Coconut Grove?

8          A     Decline to answer.

9          Q     Have there been any additions to this list

10   of members to Urbin Coconut Grove?

11         A     Decline to answer.

12         Q     The members that you see here, that it

13   lists for each their initial capital contribution as

14   well as their membership units, have those amounts

15   changed for these members since the time of this

16   agreement?

17         A     Decline to answer.

18         Q     If you could turn to the page with Bates

19   stamp number ending 812.  I'd like to direct your

20   attention to "Article 5.  Distributions."

21             And it states in Article 5.1,

22   "Distributions.  Subject to the repayment of all

23   Member Loans in accordance with Section 4.2, the

24   Members shall be entitled to Distributions of

25   Distributable Cash Flow and net proceeds from the

104

```
 1    liquidation and winding up of the Company, in

 2    accordance with the following provisions."

 3            And so, Section A talks about "Non-

 4    Liquidating Distributions."  And the second sentence

 5    says, "All Distributable Cash Flow shall be

 6    distributed to the Class A and Class B Members, pro

 7    rata, based on their then respective Percentage

 8    Interests."

 9            Had there been any distributions made to

10    either class -- non-liquidating distributions, have

11    those been made to either Class A or Class B members,

12    to your knowledge?

13        A    Decline to answer.

14        Q    If you could, turn to the page that -- it's

15    Bates stamped number ending 817, please.  And I'd

16    like to refer you to Article 7.5 that's titled,

17    "Compensation of the Managers and Officers

18    Contracting with Affiliates."

19            Article 7.5 lists certain fees payable to

20    Urbin, LLC as the sponsor or its affiliates.  As you

21    can see, it lists developer fees of $2,750,000 paid

22    pro rata monthly over 24 months.  It lists an

23    acquisition fee of 400,000 paid at closing.  It lists

24    marketing fees of $282,000, a loan guarantor fee on

25    any recourse loan for acquisition, construction,
```

105

1    and/or permanent financing not to exceed three

2    percent of the guaranteed amount, and a property

3    management fee of four percent of gross revenue.

4            Has Urbin, LLC, as the sponsor of the Urbin

5    Coconut Grove project, charged fees consistent with

6    Article 7.5?

7        A    Decline to answer.

8        Q    In addition to these fees that I just

9    summarized for you that are detailed in Article 7.5,

10   there were other fees that were paid by Urbin Coconut

11   Grove that are not listed in this article, correct?

12       A    Decline to answer.

13       Q    For example, Urbin Coconut Grove has paid

14   over $1 million in loan extension fees, correct?

15       A    Decline to answer.

16       Q    And over the time that these extension fees

17   were paid, neither you nor anyone on behalf of Urbin

18   Coconut Grove disclosed these payments to its

19   members, correct?

20       A    Decline to answer.

21       Q    The approximately $14 million loan that

22   Location Ventures provided to Urbin, LLC that we

23   discussed earlier, part of that money went to Urbin

24   Coconut Grove, correct?

25       A    Decline to answer.

106

```
 1        Q    Do you know when Urbin, LLC started paying
 2   back that $14 million loan to Location Ventures?
 3        A    Decline to answer.
 4        Q    Do you know how much of the principal
 5   amount of that $14 million has been paid back to
 6   date?
 7        A    Decline to answer.
 8        Q    Do you know what sources of funds or money
 9   were used by Urbin, LLC to partially repay this
10   $14 million loan back to Location Ventures?
11        A    Decline to answer.
12        Q    Did Urbin, LLC use any monies -- any
13   investor capital contributions or monies provided to
14   investors from one or more of the Urbin projects?
15        A    Decline to answer.
16        Q    In 2022, Urbin Coconut Grove received
17   customer sales deposits from the Chicago Title Escrow
18   Company, correct?
19        A    Decline to answer.
20        Q    And isn't it true that you signed a release
21   form to get those deposits released, which you
22   represented were going to be used for allowable
23   construction costs, correct?
24        A    Decline to answer.
25        Q    And out of those customer sales deposits,
```

107

1    which were released from Chicago Title Escrow

2    Company, you directed over one million of those

3    customer deposits to be used for the 1505 Ponce

4    project, correct?

5         A    Decline to answer.

6         Q    And isn't it true that out of those

7    customer deposit receipts you used more than one

8    million of those for costs other than construction

9    costs related to Urbin Coconut Grove?

10        A    Decline to answer.

11        Q    And at the time you used the customer sales

12   deposits or condominium buyer deposits for non-Urbin

13   Coconut Grove costs, you knew using those funds for

14   those purposes was improper, correct?

15        A    Decline to answer.

16        Q    And you knew this because Greg Brooks

17   refused to sign the release himself, and that is why

18   you signed the authorization to release the funds

19   from the Chicago Title Escrow Company, correct?

20        A    Decline to answer.

21        Q    Mr. Kapoor, you've also personally been

22   paid fees from the Urbin projects, correct?

23        A    Decline to answer.

24        Q    For example, Urbin Coconut Grove paid you

25   $120,000 in November 2022 and $100,000 in December of

108

1    2022 for loan guarantee fees; is that correct?

2         A    Decline to answer.

3         Q    And these loan guarantee fees did not go to

4    the sponsor Urbin, LLC, but instead, were directly

5    paid to you, correct?

6         A    Decline to answer.

7         Q    Mr. Kapoor, similar to certain of the pro

8    forma budgets for the Location Ventures --

9              THE COURT REPORTER:  I'm sorry.  Certain

10   other?

11             MR. CORTEZ:  Certain of the -- I'll start

12   again.

13             BY MR. CORTEZ:

14        Q    Similar to the pro forma budgets for

15   certain of the Location Ventures' projects, you and

16   others knew that the pro forma budgets for the Urbin

17   projects were not accurate with respect to expenses,

18   revenues, profitability, and timeline for completion,

19   correct?

20        A    Decline to answer.

21             EXAMINATION

22             BY MR. HOUCHIN:

23        Q    At the time those pro forma budgets were

24   given to investors or prospective investors, did you

25   know the information contained in those pro forma

109

```
 1    budgets were inaccurate?

 2         A    Decline to answer.

 3              EXAMINATION

 4              BY MR. CORTEZ:

 5         Q    Again, going back to the Coconut Grove --

 6    Urbin Coconut Grove project.  At the time you were --

 7    you or others were soliciting investors to invest in

 8    the Urbin Coconut Grove project, had a guaranteed

 9    maximum price contract been entered into?

10         A    Decline to answer.

11         Q    Mr. Kapoor, how would you respond to the

12    allegation that the amount of the guaranteed maximum

13    price contract communicated to prospective investors

14    was actually less than the amount that had been

15    agreed to with the contractor?

16         A    Decline to answer.

17         Q    When presenting the Urbin Coconut Grove

18    project to prospective investors, including to Cliff

19    Losh, Eduardo Muller, and Helene Lindenfeld, did you

20    tell them that obtaining construction financing would

21    not be a problem or that obtaining construction

22    finance was imminent at the time you were soliciting

23    their investments?

24         A    Decline to answer.

25         Q    And at that time did you also represent
```

110

1    that Urbin Coconut Grove had applied for and obtained

2    the necessary permits for the project to be developed

3    and constructed?

4         A    Decline to answer.

5         Q    Mr. Kapoor, how would you respond to the

6    allegation that at the time you represented to

7    Mr. Losh, Mr. Muller, or Ms. Lindenfeld that Urbin

8    Coconut Grove had applied for and obtained the

9    necessary permits for the project to be constructed

10   and built, you knew that that representation was

11   false?

12        A    Decline to answer.

13        Q    Isn't it a fact that at that time Urbin

14   Coconut Grove had not obtained -- had not applied for

15   or obtained the permits necessary to obtain

16   construction financing?

17        A    Decline to answer.

18        Q    And is it true that Urbin Coconut Grove had

19   not obtained the permits necessary for the project to

20   be developed, built, or constructed?

21        A    Decline to answer.

22        Q    Winmar Construction was the general

23   contractor for Location Ventures and/or the Urbin

24   projects, correct?

25        A    Decline to answer.

111

1          Q    Isn't it true that you entered into an

2    agreement with Winmar to have either Location

3    Ventures, Urbin and/or the respective projects pay

4    Winmar employees or workers directly rather than

5    Winmar paying them itself, correct?

6          A    I'm sorry.  Can you say that again?

7          Q    Isn't it true that you entered into

8    agreement with Winmar to have either Location

9    Ventures, Urbin and/or any of their respective

10   projects pay Winmar employees directly rather than

11   Winmar paying them -- their employees itself?

12         A    Decline to answer.

13         Q    And this arrangement was not disclosed to

14   Location Ventures or Urbin members or investors,

15   correct?

16         A    Decline to answer.

17         Q    Mr. Kapoor, if I were to ask you any

18   further questions concerning Urbin, LLC, its

19   projects, including specifically Urbin Coconut Grove,

20   Urbin Miami Beach Phase 1 and Phase 2, and Urbin

21   Coral Gables, and how fees were charged for each of

22   these three projects, including what types of fees

23   were charged, your control over when and how fees get

24   paid, sometimes prematurely and other times in excess

25   of what is allowed for these projects based on the

1    respective operating agreements, and investor money

2    being used to pay back other investors, and the loan

3    from Location Ventures, and the lack of permits

4    obtained for Urbin Coconut Grove and Urbin Miami

5    Beach, would you continue to assert your Fifth

6    Amendment rights?

7         A    Yes, sir.

8         Q    We're finished with that exhibit.

9              In mid-July of 2022, Location Ventures

10   started using a third-party payroll company named

11   Regis to provide payroll services to Location

12   Ventures' employees, correct?

13        A    Decline to answer.

14        Q    And prior to Regis providing these payroll

15   services to Location Ventures in mid-July of 2022,

16   Location Ventures handled payroll for its employees

17   internally, correct?

18        A    Decline to answer.

19        Q    Location Ventures used a bank account in

20   the name of Location Ventures Resources, LLC for its

21   payroll, correct?

22        A    Decline to answer.

23        Q    Prior to the company using Regis, who at

24   Location Ventures was responsible for handling

25   payroll?

113

```
 1        A    Decline to answer.

 2        Q    Did you have any involvement?

 3        A    Decline to answer.

 4        Q    With respect to those individuals that

 5   worked at -- for Location Ventures, there were

 6   certain employees that were treated as independent

 7   contractors, correct?

 8        A    I'm sorry.  Can you say that one more time?

 9        Q    With respect to the individuals that worked

10   for -- provided work for Location Ventures, certain

11   of those people were treated as independent

12   contractors, correct?

13        A    Decline to answer.

14        Q    And those employees that were treated as

15   independent contractors were considered the more

16   senior level employees at Location Ventures,

17   sometimes referred to within the company as the "C-

18   suite employees," correct?

19        A    Decline to answer.

20        Q    And then the rest of the people working at

21   Location Ventures were treated as W-2 employees,

22   correct?

23        A    Decline to answer.

24        Q    Prior to using Regis, Location Ventures

25   deducted federal payroll taxes out of employees'
```

114

1   paychecks, correct?

2       A   Decline to answer.

3       Q   And prior to using Regis, Location Ventures

4   deducted Florida payroll taxes out of employees'

5   paychecks, correct?

6       A   Decline to answer.

7       Q   Despite deducting federal payroll taxes out

8   of employees' paychecks, Location Ventures never

9   remitted these payroll taxes to the IRS for years

10   2017 through 2022 -- through July 2022 prior to Regis

11   coming -- prior to the company using Regis?

12       A   Decline to answer.

13       Q   And despite deducting Florida payroll taxes

14   out of employees' paychecks, Location Ventures never

15   remitted Florida payroll taxes to the Florida's

16   Department of Revenue for years 2017 through 2022,

17   prior to the company using Regis?

18       A   Decline to answer.

19       Q   This money that was deducted from

20   employees' paychecks during this time was used for

21   nontax related purposes, correct?

22       A   Decline to answer.

23       Q   And the total amount of money owed to the

24   IRS and Florida is approximately 1.4 million, not

25   including interest or any potential penalties that

115

```
 1    either agency may assess, correct?

 2         A    Decline to answer.

 3         Q    Mr. Kapoor, if I were to ask you any

 4    further questions concerning payroll taxes for

 5    Location Ventures' employees, including the amounts

 6    that it deducted from employees' payroll checks from

 7    2017 through July 2022, the time prior to Regis'

 8    engagement as a third party payroll provider, and how

 9    much money was remitted to the IRS and/or the State

10    of Florida, and what you or others did with the money

11    deducted from employees' payroll checks but not

12    remitted to the IRS or State of Florida, would you

13    consider to assert your Fifth Amendment rights?

14         A    Yes, sir.

15              MR. CORTEZ:  I would like to take a five-

16    minute break, if that's okay?

17              MR. MILLER:  Sure.

18              MR. CORTEZ:  I don't think we have much

19    left, but.

20              So we're off the record at 2:06.

21              (Whereupon, a break was taken.)

22              MR. CORTEZ:  So we're back on the record at

23    2:15 p.m.

24              BY MR. CORTEZ:

25         Q    Mr. Kapoor, did you have any substantive
```

116

1    discussions with anyone from the Commission staff

2    during the break?

3        A    No.

4        Q    All right.  I just had a couple more

5    questions, and then, I think John had a few.

6             Going back to the various fees we discussed

7    with respect to any extension fees that were paid

8    for -- to extend closing dates, or extension fees

9    to -- that were paid to extend loan payment dates,

10   were those fees recorded in the books and records for

11   Location Ventures, Urbin and/or any of the respective

12   projects?

13       A    Decline to answer.

14       Q    And to the extent that those fees were

15   recorded at the project level, did those fees then

16   get consolidated onto the books and records either at

17   Location Ventures or for Urbin, LLC?

18       A    Decline to answer.

19            EXAMINATION

20            BY MR. HOUCHIN:

21       Q    Mr. Kapoor, who had ultimate authority

22   regarding the approval of the content of the pro

23   forma budgets for Location Ventures that were given

24   to prospective investors?

25       A    Decline to answer.

117

1          Q     Was that you?

2          A     Decline to answer.

3          Q     Who had ultimate authority with respect to

4     the content of the pro forma budgets, with respect to

5     the individual projects that were given to

6     prospective investors?

7          A     Decline to answer.

8          Q     Was that you?

9          A     Decline to answer.

10         Q     Who had ultimate authority to approve the

11    content of Location Ventures' annual budget?

12         A     Decline to answer.

13         Q     Was that you?

14         A     Decline to answer.

15         Q     Who had ultimate authority to approve the

16    content of each of the respective Location Ventures

17    or Urbin project level annual budgets?

18         A     Decline to answer.

19         Q     Was that you?

20         A     Decline to answer.

21         Q     When investors would pose questions with

22    respect to Location Ventures' investments, either at

23    the parent level or at the project level, or with

24    respect to Urbin or an Urbin project level, who was

25    tasked with responding to or answering those

118

1    questions?

2        A    Decline to answer.

3        Q    Did you play any role in responding or

4    answering to those questions from investors?

5        A    Decline to answer.

6        Q    Did you screen or edit proposed responses

7    to investors' questions?

8        A    I'm sorry.  Can you say that again?

9        Q    Sure.  Did you screen or edit any proposed

10   responses to the investors that submitted questions

11   with respect to their investments?

12       A    Decline to answer.

13       Q    Okay.  Thank you.

14            EXAMINATION

15            BY MR. CORTEZ:

16       Q    A few more questions.  We asked you earlier

17   about people being hired or otherwise paid, or

18   entities being paid to assist Location Ventures

19   and/or Urbin in soliciting investors for their

20   various projects or for their respective, you know,

21   parent company Urbin, LLC and Location Ventures.

22            Is it true that you, on behalf of Urbin,

23   LLC, entered into -- well, strike that.

24            Is it true that you, on behalf of Urbin,

25   LLC, made monthly payments to Mayor Francis Suarez

119

1    for him to assist in finding and/or soliciting

2    prospective investors for Urbin, LLC and its

3    projects?

4         A    Do you mind just restating?

5         Q    Yes.  Is it true that you, on behalf of

6    Urbin, LLC and its projects, paid Mayor Francis

7    Suarez to introduce prospective investors for Urbin,

8    LLC and/or its projects?

9         A    Decline to answer.

10        Q    Okay.  Is it true that you hired and paid

11   other -- excuse me.  Not hired.

12             Is it true that you paid other people or

13   entities to assist with soliciting investments

14   related to Location Ventures and its projects?

15        A    Decline to answer.

16        Q    Since you were removed as manager on July

17   14th, 2022 from Location Ventures, have you had any

18   role in business operations since then of Location

19   Ventures?

20        A    Decline to answer.

21        Q    Do you have any role in the business

22   operations of Urbin, LLC?

23        A    Decline to answer.

24        Q    Have you been in communications with those

25   that are still working at Location Ventures and

120

 1   overseeing the business operations of the company?

 2       A    Decline to answer.

 3       Q    Have you been in communication with those

 4   that are working at Location Ventures, LLC that are

 5   working on Urbin-related matters?

 6       A    Decline to answer.

 7       Q    Have you been in communication with Vivian

 8   Bonet in her role as overseeing the business

 9   operations of Urbin, LLC and its projects?

10       A    Decline to answer.

11       Q    Mr. Kapoor, have you spoken with anyone

12   other than your counsel regarding this investigation?

13       A    I'm sorry.  Can you say that one more time?

14       Q    Have you spoken with anyone other -- I'll

15   take it again.

16            Have you spoken with anyone, other than

17   your counsel and your wife, regarding this

18   investigation?

19            MR. MILLER:  I'll allow him to answer the

20   question yes or no.

21            BY MR. CORTEZ:

22       Q    Do you want me to repeat the question?

23            MR. MILLER:  Do you need him to repeat it?

24            THE WITNESS:  Please.

25            BY MR. CORTEZ:

121

1      Q    Have you spoken with anyone, other than

2  your counsel or your wife, regarding this

3  investigation?

4      A    Yes.

5      Q    And who have you spoken to?

6      MR. MILLER:  I am a little bit concerned

7  about privilege issues here.  You want to give us a

8  minute to confer with Ross?

9      MR. CORTEZ:  Sure.  So we'll go off the

10  record at 2:22 p.m.

11      (Whereupon, a break was taken.)

12      MR. CORTEZ:  So we're back on the record at

13  2:25 p.m.

14      BY MR. CORTEZ:

15      Q    Mr. Kapoor, did you have any substantive

16  discussions with anyone from the Commission staff

17  during the break?

18      A    No.

19      Q    Prior to the break I asked you, other than

20  your counsel and your wife, have you spoken with

21  anyone regarding this investigation.  You answered,

22  "Yes," and I asked, "Who?"

23      And then, I'll let you answer from there.

24      A    Yep.  So we had a meeting with our general

25  counsel and team members once, that I can remember,

1   where we talked about the investigation.

2        Q    "General counsel" being Romny (sic) Kapoor?

3        A    Romy.

4        Q    And other employees at Location Ventures?

5        A    Yes.  A select group of them.

6        Q    Do you remember who they were?  Just by

7   name only, if you can list them.

8             MR. MILLER:  You can answer that.

9             THE WITNESS:  I recall it was DJ, Claudia,

10  Vivian, Jorge, Angel, Frank, Joanna.  I can't think

11  if there was somebody else that was there, but, you

12  know, just members of our leadership.

13            BY MR. CORTEZ:

14       Q    So just -- when you say "DJ," DJ Motha?

15       A    Yep.

16       Q    Jorge Chirinos?

17       A    Yes.

18       Q    Vivian Bonet?  Claudia Mezerhane?

19       A    Yeah.

20       Q    Frank Astor?

21       A    Yep.

22       Q    Angel Garcia?

23       A    Yep.

24       Q    Anyone else?

25            MR. HOUCHIN:  Joanne.

123

```
 1            BY MR. CORTEZ:

 2       Q    Oh.  Joanne Davilla?

 3       A    Yep.

 4            EXAMINATION

 5            BY MR. HOUCHIN:

 6       Q    Do you recall approximately when that

 7   meeting took place?

 8            MR. MILLER:  You can answer that.

 9            THE WITNESS:  It's -- it's been -- months

10   have blended together.  So excuse me, but some months

11   ago.

12            BY MR. HOUCHIN:

13       Q    Just wondering to put some context to it.

14       A    Yeah.  Couple of months ago.

15       Q    Okay.  Thank you.

16            EXAMINATION

17            BY MR. CORTEZ:

18       Q    Have you spoken with anyone, other than

19   your counsel or your wife, regarding your appearance

20   here today?

21            MR. MILLER:  You can answer that.

22            THE WITNESS:  My counsel or my wife?  Yeah.

23    I'm just trying to think.  I want to answer

24   properly.  Yes.  Yeah.

25            BY MR. CORTEZ:
```

124

```
 1        Q    And who are those people?

 2             THE WITNESS:  I can answer?

 3             MR. MILLER:  (Nod in the positive.)

 4             THE WITNESS:  Judge Fine knew I was going

 5   to be here today.  I'm just thinking.  I think -- no,

 6   I didn't discuss it with anybody else.  I think just

 7   Judge Fine, and I can't remember anybody else.

 8             BY MR. CORTEZ:

 9        Q    And do you know anyone else who has been

10   subpoenaed or has testified?

11        A    I'm sorry.  I want to correct myself.  I

12   talk to DJ regularly.  So he knew that I was going to

13   be here today.

14        Q    So Judge Fine and DJ Motha --

15        A    Yeah.

16        Q    -- knew that you were testifying here

17   today?

18        A    Yeah.

19        Q    And anyone else that you can recall?

20        A    I can't -- I can't remember accurately, but

21   I'm pretty sure it was just the two of them.

22        Q    Okay.  And do you know anyone else who has

23   been subpoenaed or have testified in this

24   investigation?

25        A    So subpoenaed and testified?  Or break it
```

125

1    up?

2         Q    Well, let me break it up.

3              Do you know anyone who has been subpoenaed

4    in this investigation?

5              MR. MILLER:  You can answer that.

6              BY MR. CORTEZ:

7         Q    And if so, you can just list the names.

8         A    Yeah.  DJ, Vivian, Jorge, and Angel.

9    That's all I know that have received subpoenas.

10        Q    And what about anyone that has testified in

11   this investigation?

12        A    I'm unaware.

13        Q    Okay.

14             MR. CORTEZ:  Did you have any further

15   questions?

16             MR. HOUCHIN:  (Shake in the negative.)

17             BY MR. CORTEZ:

18        Q    So, Mr. Kapoor, we have no further

19   questions at this time.  However, in the future we

20   may wish to call you again to testify in this matter.

21    If this is necessary, we'll contact your counsel.

22             Mr. Kapoor, do you wish to clarify any

23   statement you have made today?

24        A    Not that I can think of.

25        Q    And do you wish to add anything to more

126

```
 1   completely respond to any statements you have made

 2   here today?

 3        A    No.

 4             MR. CORTEZ:  Mr. Miller, Mr. Linzer, do you

 5   wish to ask Mr. Kapoor any clarifying questions?

 6             MR. MILLER:  Just give a minute to confer.

 7             MR. CORTEZ:  Okay.  So off the record at

 8   2:31.

 9             (Whereupon, a break was taken.)

10             MR. CORTEZ:  So we're back on the record at

11   2:33 p.m.

12             BY MR. CORTEZ:

13        Q    Mr. Kapoor, did you have any substantive

14   discussions with anyone from the Commission staff

15   during the break?

16        A    No.

17             MR. CORTEZ:  Mr. Miller, Mr. Linzer, prior

18   to going on break we asked if you wish to ask

19   Mr. Kapoor any clarifying questions?

20             MR. MILLER:  Mr. Kapoor has two things he'd

21   like to clarify from prior answers.  So go ahead.

22             THE WITNESS:  I forgot that Ray Gonzalez

23   was at that senior meeting that I talked about.  And

24   then, I forgot that Claudia had also received a

25   subpoena that I knew about then.
```

127

1           MR. CORTEZ:  Okay.

2           THE WITNESS:  Yep.

3           MR. MILLER:  Nothing further.

4           MR. CORTEZ:  Nothing further?

5        All right.  Well, we have nothing further

6    either.  So we thank you for your time and for coming

7    in this -- today to Brickell.  And if we do have any

8    follow-up, we'll reach out to your counsel.

9           So with that we are off the record at

10   2:34 p.m., Tuesday, August 22, 2023.

11          (Whereupon, at 2:34 p.m., the examination

12   was concluded.)

13                    * * * * *

14

15

16

17

18

19

20

21

22

23

24

25

128

1                        PROOFREADER'S CERTIFICATE

2

3    In The Matter of:    LOCATION VENTURES, LLC

4    Witness:            Rishi Kapoor

5    File No.            FL-04347-A

6    Date:               Tuesday, August 22, 2023

7    Location:           Miami, Florida

8

9          This is to certify that I, Carol E. Amato,

10   (the undersigned), do hereby certify that the foregoing

11   transcript is a complete, true, and accurate

12   transcription of all matters contained on the recorded

13   proceedings of the investigative testimony.

14

15

16                                9/5/2023

17   Carol E. Amato                    Date

18

19

20

21

22

23

24

25

```
 1                    REPORTER'S CERTIFICATE

 2

 3  STATE OF FLORIDA      )

 4  COUNTY OF BROWARD      )

 5

 6           I, KELLY A. PRICE, Certified Reporter, certify

 7  that I was authorized to and did stenographically report

 8  the foregoing proceedings and that the transcript is a

 9  true and complete record of my stenographic notes.

10

11           Dated August 22, 2023.

12

13

14                 Kelly Price

15                 _____
                   KELLY A. PRICE
16                 Notary Public, State of Florida
                   My Commission No. HH275601
17                 Expires: 9/3/2026

18

19

20

21

22

23

24

25
```

# Transcript Word Index

**[& - 300,000]**

| & |
| --- |
| **&** |
| 2:17 |

| 0 |
| --- |
| **0000225** |
| 3:18 92:13 |
| **0001101** |
| 3:11 45:6 |
| **0004657** |
| 3:14 70:4 |
| **04347** |
| 1:4 6:6 128:5 |

| 1 |
| --- |
| **1** |
| 1:8 3:7 6:20,21,25 7:6 |
| 36:16,19,23,23 37:13,17 |
| 68:24 69:10 71:13 72:6 |
| 100:8 105:14 111:20 |
| **1,328,000** |
| 70:25 |
| **1.1.22** |
| 3:21 |
| **1.4** |
| 114:24 |
| **1:00** |
| 78:17,18,21 |
| **1:05** |
| 78:18,21 79:3 |
| **1:45** |
| 102:17 |
| **1:47** |
| 102:20 |
| **10** |
| 3:8 7:13,14,18 29:19 32:2,6 |
| 78:5 |
| **10:48** |
| 48:14 |
| **100** |
| 3:19 |
| **100,000** |
| 107:25 |
| **11** |
| 3:12 67:17,18 |
| **11:00** |
| 48:17 |
| **11:37** |
| 72:16 |
| **11:43** |
| 72:21 |
| **11:51** |
| 78:22 |
| **1119** |
| 49:4 |
| **1122** |
| 51:3 |

**1134**
73:8
**1161**
46:2,3
**1162**
46:5
**1163**
46:5
**1164**
62:7
**1165**
62:9 65:12
**1174**
45:7
**12**
3:15 54:8 92:9,12
**120**
73:12 74:1,11
**120,000**
107:25
**129**
1:8
**13**
3:19 33:6 100:24 101:3,14
101:16
**14**
56:8 79:18,24 80:2,6,9,15
80:21 81:9 94:12 105:21
106:2,5,10
**140,000**
71:7,17
**14th**
119:17
**1505**
36:2,3 83:8 97:20,24 98:8
101:7 107:3
**15th**
70:23 93:6,14
**1662**
3:7 7:2,4
**180,000**
61:16
**19**
49:3
**1950**
1:11 2:10
**1984**
11:14
**19th**
45:9 47:2 67:3
**1st**
92:18 101:19

| 2 |
| --- |
| **2** |
| 36:19,20 37:2,2 100:8 |
| 111:20 113:21 |

**2,750,000**
104:21
**2:06**
115:20
**2:15**
115:23
**2:22**
121:10
**2:25**
121:13
**2:31**
126:8
**2:33**
126:11
**2:34**
127:10,11
**20**
49:7 83:25 86:13 87:23
**200**
2:18 5:13
**2002**
15:19
**2006**
16:5
**2009**
16:6,14 17:4
**2010**
18:14,15
**2013**
19:19
**2014**
19:19
**2015**
19:21
**2016**
19:21 21:12 31:5,13 60:25
60:25
**2017**
21:12 31:5 114:10,16 115:7
**2018**
66:8 72:2 74:6 83:20 84:2
**2019**
66:8
**202**
1:25
**2020**
56:14 57:6,12,17 60:12
61:24 62:3 66:3
**2021**
45:9 47:2 56:17 57:1,12,17
60:16 61:24 62:3,11 63:4,8
63:13,19,21 64:1,8,13,16
64:18,23 65:9,13,15,18,21
65:25 66:4,23 67:3,5 68:11
69:4,7,11,15,21 71:12 72:6
73:5 83:16 93:6,14

**2022**
3:12 54:10 56:20 57:6,12
57:17 60:20 61:24 62:3
66:4 67:10,25 68:9,12,17
68:20,24 69:15,24 70:11,18
70:23 71:6,12,17 72:2,6
74:6 83:7,10,16,25 84:10
84:13,15,21,22 85:4 92:19
101:19 106:16 107:25
108:1 112:9,15 114:10,10
114:16 115:7 119:17
**2023**
1:13 4:3 29:16,24 30:6,16
56:8 61:1 66:5 80:25 91:10
127:10 128:6 129:11
**21**
83:25
**22**
1:13 51:3 127:10 128:6
129:11
**22nd**
4:3 48:17 79:3
**23**
51:16,17
**238**
94:13
**24**
55:22 104:22
**25**
58:4
**250**
87:19,20
**250,000**
87:24
**256**
95:7
**25th**
71:6
**26**
60:3
**271**
93:21
**272**
94:1
**282,000**
104:24
**28th**
29:16,24 30:6,16
**29**
61:8

| 3 |
| --- |
| **300** |
| 92:14 |
| **300,000** |
| 61:14 63:13,19 |

**[305 - agency]**

**305**
2:12,20 5:14
**31st**
54:10
**32**
95:6
**33131**
1:12 2:11,19
**34**
73:7
**350,000**
61:23 62:2 63:14,19,22
65:9,18,21 66:15,19 68:7,9
68:13,17,21,25 69:4,7,10
71:14
**350,000.04.**
63:7

**4**

**4**
3:9 45:1,2,22 48:24 51:3
55:22 64:23 69:2 73:4
**4.19.21**
3:10
**4.2**
103:23
**40**
99:11
**400,000**
61:19,21 104:23
**404**
14:10
**4347**
3:11,14,18 45:6 70:4 92:13
**449-4931**
14:10
**45**
3:9 73:13 74:2,11
**462-6028**
5:14
**462-6029**
2:20
**467-9200**
1:25
**4700**
2:18

**5**

**5**
3:4,13 49:6,21 70:3,5 76:20
77:25 79:14 94:14 103:20
**5.1**
49:13 94:15 95:3 103:21
**5.1.**
49:6
**5:00**
78:9

**50,000**
63:18
**500,000**
87:18
**515**
35:16
**551**
3:16 36:6,7 92:17,24 93:12
93:16 94:2,8,18 95:13,24
96:5,23 97:6,7 98:8,13

**6**

**6**
3:7 11:14
**6.1.22**
3:17
**6.6**
51:5,6,6
**6:00**
78:9
**619**
37:20,21
**640,000**
83:9
**67**
3:12

**7**

**7**
3:8 55:23
**7.1**
55:25 56:2,10
**7.2**
58:5,5 60:1
**7.5**
56:12,14,17,20 57:18,23
104:16,19 105:6,9
**7.6**
61:9,12,14 63:12
**70**
3:13
**7233**
11:19
**75**
51:13 55:5

**8**

**8**
35:12
**8.3**
95:8,16 97:4,11
**8.3.**
96:14 97:17
**80**
86:14 87:19
**800**
35:13 37:25

**801**
1:11 2:10
**812**
103:19
**817**
104:15
**832**
102:3
**8325**
35:20,22
**843**
101:16
**89**
101:4

**9**

**9.3**
73:10 74:3,6,10 76:1
**9/5/2023**
128:16
**9:54**
1:17 4:3
**92**
3:15
**982-6300**
2:12

**a**

**a.m.**
1:17 4:3 48:14,17 72:16,21
78:22
**abbreviation**
28:12
**accepted**
76:25
**access**
58:17
**account**
14:19,20 70:20 96:15
112:19
**accountant**
2:7 4:13 73:23 75:9,14,21
76:7
**accounting**
76:25 77:19
**accounts**
15:10 32:1,4
**accuracy**
90:17 91:25
**accurate**
76:5 81:11 91:4 108:17
128:11
**accurately**
124:20
**acquisition**
82:2 104:23,25

**acted**
86:19
**action**
28:1 51:8
**actions**
51:15
**actual**
57:1,5 62:9
**add**
9:16 125:25
**addition**
9:17 27:7 63:21 66:10
68:21,24 76:11,12 82:15
85:3 105:8
**additional**
38:18 52:15,19 65:4 68:16
69:19 84:23 87:15 93:9
**additionally**
73:19
**additions**
103:9
**address**
5:10,13 11:18,21,24 14:3
14:15,17,21,25 15:5 21:16
**addresses**
102:5
**admit**
93:8
**admitting**
93:11
**advance**
67:11 73:2
**adverse**
27:25
**advertise**
40:19
**advertising**
18:8
**advice**
26:2 28:14
**advise**
13:12 26:1 31:14
**advised**
13:9
**advising**
13:20
**affiliates**
61:11 95:9 104:18,20
**affirmatively**
8:23
**afternoon**
78:8
**agency**
18:1,11,13 22:6 25:17
115:1

**[agency's - assist]**

**agency's**
18:5
**ago**
123:11,14
**agree**
28:12
**agreed**
109:15
**agreement**
3:10,16,19 40:3 45:8,11,13
45:17,21,22 46:15,18,21,23
47:1 48:25 49:4 51:7,12,16
51:17 52:19 54:11,22,25
58:4,7 61:9 62:6 63:12 67:2
73:6,7 76:2 83:5 89:11,25
92:17,21,25 93:3,5,13,22
94:12,12 95:3,7 97:4
101:17,21,25 102:4 103:3
103:16 111:2,8
**agreements**
40:14 85:14 92:6 95:9
98:15 101:9 112:1
**ahead**
8:16 126:21
**akin**
16:21
**alex**
22:23 23:11 46:16,18 53:9
53:13 54:9,17,23 55:9,13
70:9,13 98:3
**allegation**
69:18,24 77:23 109:12
110:6
**allocations**
94:15,23
**allow**
120:19
**allowable**
106:22
**allowed**
85:13 92:5 98:13 111:25
**amato**
128:9,17
**amended**
3:9,15,19 45:8 48:24 75:5
92:16 101:17
**amendment**
13:10,14,21 14:3 21:16
26:6,9,22,25 27:1,24 28:9
28:15,19,24,25 30:10,19
34:10 39:3 42:16 44:23
45:24 48:8 50:25 55:12
58:1 59:24 60:10 72:10
76:9 81:13 85:18 92:7
98:16 112:6 115:13

**amount**
53:3 61:14,16 69:20 84:2,6
96:21,24 97:2 105:2 106:5
109:12,14 114:23
**amounts**
38:15,19 47:5 95:12 97:3
103:14 115:5
**angel**
122:10,22 125:8
**annual**
40:5 61:13,15,17,20 63:6
69:14,20 73:24 74:21 75:21
117:11,17
**annually**
61:19
**answer**
8:16 9:13,19 10:8 13:10,15
26:3,5,8,21,24 27:13,13,15
27:16,19,24 28:4,18 29:1
29:10,13,20 30:1 31:1,3,16
31:20,23 32:3,7,9,11,14,17
32:20,24 33:4,8,12,16,20
33:23 34:2,15,18,21,24
35:2,8,11,15,19,23 36:1,5,9
36:13,17,21,25 37:4,7,11
37:15,19,23 38:2,4,7,9,13
38:16,20 39:8,11,15,19,22
40:1,4,7,12,17,22,25 41:2,4
41:6,9,12,16,19,22,25 42:3
42:7,21,24 43:2,5,9,13,17
43:20,23 44:1,11 45:12,14
45:18 46:14,17,20,24 47:3
47:7,11,15,18,22 48:1
49:22,25 50:10,14,18 52:3
52:6,9,12,21,24 53:2,5,11
53:16,20,24 54:2,6,13,18
54:20 55:2 56:6,9,15,18,21
57:4,7,14,19 58:10,13,16
58:21,25 59:4,9,13,16
60:15,19,23 61:3,7,25 62:4
62:13,16,19,22,25 63:3,10
63:16,20,24 64:2,7,12,14
64:17,21 65:2,6,11,16,19
65:22 66:1,6,9,13,17,21
67:1,6 68:1,10,14,19,22
69:1,5,8,12,16,22,25 70:12
70:16,21 71:1,5,10,15,19
71:24 74:7,12,15,19,23
75:2,6,10,15,22 76:10,17
76:22 77:3,7,14,21 78:4
79:21,22 80:1,4,7,11,16,19
80:24 81:3,18,24 82:6,17
82:22 83:1,6,11,17,21 84:5
84:8,14,20 85:1,7,24 86:5
86:11,16,21 87:3,9,13,17
87:21 88:3,10,14,17,20,24

**answer (cont.)**
89:2,6,10,14,18,23 90:5,10
90:12,15,19 91:1,7,12,18
92:22 93:1,15,19 94:6,10
95:1,5,14,18,23 96:2,6,9,12
96:16,19,22 97:1,5,9,12,15
97:21 98:1,5 99:3,6,9,12,15
99:20,24 100:2,5,10,13,16
100:19,23 101:22 102:1
103:8,11,17 104:13 105:7
105:12,15,20,25 106:3,7,11
106:15,19,24 107:5,10,15
107:20,23 108:2,6,20 109:2
109:10,16,24 110:4,12,17
110:21,25 111:12,16
112:13,18,22 113:1,3,13,19
113:23 114:2,6,12,18,22
115:2 116:13,18,25 117:2,7
117:9,12,14,18,20 118:2,5
118:12 119:9,15,20,23
120:2,6,10,19 121:23 122:8
123:8,21,23 124:2 125:5
**answered**
121:21
**answering**
9:25 117:25 118:4
**answers**
126:21
**anticipate**
78:7
**anybody**
124:6,7
**apologies**
67:11
**apologize**
67:21 101:8,9
**appear**
90:25
**appearance**
123:19
**appearances**
2:1
**appearing**
7:25
**applied**
110:1,8,14
**applies**
5:23
**apply**
28:20
**appoint**
56:3
**appreciate**
19:14 73:2
**approval**
51:10 52:14,18 53:8,13,18

**approval (cont.)**
55:6 56:12 57:24 60:6,9
61:19 71:22 80:5 116:22
**approvals**
85:5
**approve**
60:14,18,22 61:5 66:4,7
68:15 117:10,15
**approved**
56:11,13,16,19 57:3,11,13
57:17 60:9 61:23 62:1,8,9
63:14 64:22,24 65:4,8 66:2
68:9,13 69:3,14 71:14 72:3
72:5,9
**approximate**
79:17
**approximately**
18:13,14 19:16 32:2,5 33:6
81:9 96:24 99:10 105:21
114:24 123:6
**april**
45:9 47:2 67:3 70:23
**arrangement**
111:13
**article**
49:6,6,13,21 51:5,6 55:23
55:25 56:2,10 58:4 60:1
61:9 63:11 73:9 74:3,5,10
76:1 94:14,15 95:3,8,10,16
96:14 97:4,11,17 103:20,21
104:16,19 105:6,9,11
**aside**
81:20
**asked**
8:18 10:11 26:7 66:2 69:6
83:23 94:21 103:1,5 118:16
121:19,22 126:18
**asking**
10:18 22:25
**assert**
13:20 21:15 26:14,19 27:5
27:11,18 30:9,19 34:9 39:3
42:16 44:23 45:23 48:7
50:24 55:11 58:1 59:23
72:10 76:8 81:12 85:18
92:7 98:15 112:5 115:13
**asserting**
26:9 28:9,23
**asserts**
14:2
**assess**
115:1
**assets**
33:10,18 34:6 51:21
**assist**
118:18 119:1,13

[assistant - cash]

**assistant**
2:6 4:11
**assisted**
33:25
**associated**
14:12 44:9
**assume**
8:17 10:10
**astor**
122:20
**atlanta**
11:16
**attend**
16:1
**attended**
15:24
**attending**
4:10
**attention**
60:2 94:14 95:8 103:20
**attorneys**
102:11
**audited**
73:23 75:8,14,20 76:6
**auditing**
77:19
**august**
1:13 4:3 48:17 70:17 71:6
79:3 83:7 84:13,15,22 85:4
127:10 128:6 129:11
**authority**
27:7 56:1 60:6 116:21
117:3,10,15
**authorization**
107:18
**authorize**
9:1
**authorized**
27:3 129:7
**available**
6:15 94:17 96:5
**ave**
1:11 2:10
**aware**
22:17 27:23 50:11 68:16
80:21 97:22

**b**

**back**
9:8 21:8,13 31:11 38:15,18
43:21 48:16 72:19,21 73:4
78:16 79:2 84:1 87:7 88:5
102:19 106:2,5,10 109:5
112:2 115:22 116:6 121:12
126:10
**background**
11:12 21:18

**backwards**
25:21
**balance**
73:16 81:2
**bank**
32:1,4 76:20,23 77:5,12,18
77:20,24 79:13,17 81:11
112:19
**bankruptcy**
51:23
**bar**
17:8
**based**
20:23 26:5,21 27:24 28:19
92:5 98:14 104:7 111:25
**basis**
58:12 73:24 75:21 76:3
86:3 96:21
**bates**
45:5 46:2 49:4 51:3 62:7
65:12 67:8 70:4 73:7 92:13
93:20 94:1,12 95:7 101:3
101:16 102:3 103:18
104:15
**bayshore**
3:16 36:6,8 92:18,24 93:12
93:16 94:3,8,18 95:13,24
96:5,23 97:6,7 98:8,13
**beach**
36:15,16,19,20 100:8,15
111:20 112:5
**behalf**
2:3,14 41:10 43:7,11,15
45:15 47:13 48:7 53:1
54:14 61:5 75:5 82:20,25
92:23 101:23 105:17
118:22,24 119:5
**believe**
21:12 27:16 31:4
**beneficial**
23:23 24:3,10,23
**benefit**
8:6 83:19
**better**
9:24
**beyond**
72:5
**birth**
11:13
**biscayne**
2:18 5:13
**bit**
18:9 50:1 56:25 93:25
121:6
**blended**
123:10

**bmiller**
2:21
**board**
56:12 57:13,23 58:5,6,8,11
58:14,15,18,22 59:7,10,19
59:22 60:5,7,13,17,21 61:4
61:19,22 62:1 63:15 64:25
65:4 66:2,7 68:15 71:22
73:20 75:16 80:5 85:6
**bonet**
65:20 66:18 120:8 122:18
**bonus**
71:8,17
**bonuses**
84:16
**books**
33:15 53:4 84:18 116:10,16
**born**
11:15
**bottom**
49:5 51:4
**bought**
53:23
**boulevard**
2:18 5:13 11:19
**break**
9:2 48:12,13,15,21,23
72:13,17,22 78:6,24 79:7
83:22 102:18,24 115:16,21
116:2 121:11,17,19 124:25
125:2 126:9,15,18
**breakers**
37:20,21
**breaking**
48:12
**brian**
2:15 5:11 28:7 73:1
**brickell**
1:11 2:10 127:7
**brief**
6:2
**bring**
28:2
**brochures**
40:9 89:20 90:2
**broke**
79:9
**broken**
86:8
**brokerages**
20:9
**brooks**
78:2 107:16
**brought**
23:11

**broward**
129:4
**budget**
3:12 40:5 55:25 56:11,13
56:16,19 57:1,3,5,16,17,22
59:20 60:10,13,17,21 61:2
61:5 62:8,10,11,12,14,18
62:21,24 63:2,4 65:9,13,25
66:5 67:3,11,25 69:15 84:9
89:15,24 90:1 117:11
**budgets**
40:15 57:11 66:3,8 72:2
90:6,8,11,13,18,23 91:3,25
108:8,14,16,23 109:1
116:23 117:4,17
**built**
110:10,20
**business**
12:4,6,8,9,10,25 15:1,6
16:17 17:3 18:5 30:23,25
32:10 38:22 40:19 59:8
99:4 119:18,21 120:1,8
**businesses**
14:12 18:6 20:13
**busto**
2:6 4:11 26:4,14,18 79:1
**buy**
53:25 54:5
**buyer**
107:12

**c**

**calendar**
61:1 73:14,14 74:2
**call**
125:20
**called**
4:21 24:25 88:8
**calls**
41:8 88:22
**capacity**
5:16
**capital**
32:19,21 33:1,2,6,13,18,24
34:6,8 41:15 42:2,18 43:7
43:11,14 44:8,17 46:9
81:20 82:8,14 93:23,23
94:3,8 95:21 102:6 103:13
106:13
**care**
29:17,25
**carol**
128:9,17
**case**
10:17
**cash**
33:2,2 49:9,14 50:7 73:17

[cash - continue]

cash (cont.)
94:17 103:25 104:5
categories
82:13,24 95:11 96:14
categorized
84:18
category
95:15
cause
73:11 80:14 93:8
cell
14:8,9
certain
6:7 10:15 22:18 52:25 53:6
53:14 54:5 55:8 70:9 74:2
76:15 82:18 89:8 90:22
91:3,4 93:5 94:22 104:19
108:7,9,11,15 113:6,10
certificate
86:24 128:1 129:1
certified
73:23 75:9,14,20 76:6
129:6
certify
128:9,10 129:6
cfo
78:3
chance
45:16 92:24 101:24
change
9:13,18 19:8,12,16 25:19
43:15
changed
67:4 90:22 103:15
changes
45:22 46:25 47:4 93:13
94:7
changing
19:8
charged
21:23 64:9 82:1,4,20 85:11
92:3 95:11,12,19 98:9,10
105:5 111:21,23
charges
81:22
checks
115:6,11
cheryl
35:21,22
chicago
106:17 107:1,19
chirinos
69:19 83:13 85:15 122:16
civil
6:11 28:1

clarify
8:15 26:20 125:22 126:21
clarifying
9:15 126:5,19
class
17:1 23:24 104:6,6,10,11
104:11
classes
17:3
claudia
122:9,18 126:24
clause
93:3
clear
10:4,12,19 12:15 22:19,19
29:5
client
13:20 21:14
clients
18:7 19:25 20:3,7,8,13
cliff
109:18
close
96:3
closing
83:8,9 95:25 104:23 116:8
coconut
3:20 23:5,9,9 36:10,12 54:7
54:15 55:8 100:7,15 101:18
102:9 103:2,7,7,10 105:5
105:10,13,18,24 106:16
107:9,13,24 109:5,6,8,17
110:1,8,14,18 111:19 112:4
college
15:24 16:1 20:17,24
column
46:8 63:6 68:6
columns
46:8
combined
32:2
combining
18:19,20
coming
70:19 114:11 127:6
comment
79:20
commercial
12:4,25
commission
1:1,9 2:3,8 4:6,8,16 6:5
8:11 22:3 48:20 72:24 79:6
102:23 116:1 121:16
126:14
commission's
7:1,4

commitments
93:23
committed
27:17
communicate
40:23 41:1,3,5,7
communicated
88:18,21,25 89:3 109:13
communication
120:3,7
communications
29:15,22 30:5,8,15,18
42:12 63:17 119:24
companies
23:25 24:13,21,22 25:16,25
company
3:16 18:17 19:2,24 20:7,14
23:20 24:4,5,11,19,24 25:6
25:15 34:13 41:15,21,24
43:8,12 49:11 51:8,19,21
51:24 53:22 58:20,23 59:2
60:8,8 61:13,16 62:10
73:11,20,25 75:17 92:17
93:5,6,8 99:1 104:1 106:18
107:2,19 112:10,23 113:17
114:11,17 118:21 120:1
company's
48:6 59:12 76:14
compared
57:2,5
compel
27:4,7
compelled
27:15
compensation
61:9 63:12,13,22 64:10,20
64:22,24 65:4 68:12 104:17
compiled
74:13 90:11
compiling
74:17
complete
9:24 11:5 128:11 129:9
completed
35:10,14,18,22 39:1 86:23
100:11
completely
126:1
completion
91:6 94:24 108:18
complied
76:7,24 77:13 78:1 79:11
81:11
comply
77:5

concerned
121:6
concerning
7:8 16:20 22:6 30:22 34:4
38:22 39:24 40:15 42:9,13
42:14 44:16 45:20 48:3
50:17,20,22 55:4 57:21
59:18 72:1 75:24 81:5 85:9
91:20 98:7,22 111:18 115:4
concluded
127:12
condition
59:12,14,21
condominium
107:12
conduct
30:25
conducted
22:2
confer
121:8 126:6
confirm
68:8 94:20 103:5
confused
101:10
connection
13:7 22:14 51:9 76:20
77:25 79:14 81:22 97:24
consider
115:13
consideration
86:3
considered
113:15
consistent
94:20 105:5
consolidated
116:16
constitute
6:10
constructed
110:3,9,20
construction
104:25 106:23 107:8
109:20,21 110:16,22
contact
125:21
contained
108:25 128:12
content
18:8 116:22 117:4,11,16
context
55:17 123:13
continue
30:9,19 34:9 39:3 42:16
44:23 45:23 48:7 50:24

[continue - decline]

**continue (cont.)**
55:11 58:1 59:23 72:10
76:8 81:12 85:18 92:7
98:15 112:5
**continues**
49:7 93:25
**continuing**
60:1
**contract**
109:9,13
**contracting**
61:10 104:18
**contractor**
109:15 110:23
**contractors**
113:7,12,15
**contrary**
51:7
**contributed**
42:19 86:13,14
**contribution**
32:19,22 33:2,6,11,13,18
87:11 102:6 103:13
**contributions**
33:10 46:9 93:23 94:3,9
95:21 106:13
**control**
54:24 56:1 85:11 92:3
98:11 111:23
**controlled**
54:12 59:2 65:24 83:19
99:22
**controller**
69:19 83:13
**conversations**
9:6
**convicted**
21:21
**copy**
6:13 7:1,3,24 45:7 49:1
67:23
**coral**
37:8,10 100:9,17 111:21
**corporate**
24:6
**corporation**
24:4
**corporations**
16:21
**correct**
5:24,25 16:15 17:5,6 20:1,9
24:14 25:9 26:11 38:1 53:1
53:10,15,19 55:1 56:14,17
56:20 57:13,18 59:3,8
61:24 62:3 63:9,23 65:1,5
65:10 68:9,13,17 69:4,7

**correct (cont.)**
70:11,15,20,25 71:4,9,18
71:23 77:2 86:4,10,15,20
87:2,12,16,20 88:2,9,16,19
88:23 89:1,5,9,13,17,22
90:4,14 91:6 93:18 95:4,13
96:1,8 97:14,20,25 98:4
99:5,8,11,19 100:4,9,12,15
100:18 101:13,15 105:11
105:14,19,24 106:18,23
107:4,14,19,22 108:1,5,19
110:24 111:5,15 112:12,17
112:21 113:7,12,18,22
114:1,5,21 115:1 124:11
**cortez**
2:4 4:2,7,24 5:8,15,19,23
6:1,20,23 7:12,16 13:17
14:1,5 26:7,12 27:2 28:7,21
29:4,7 31:6,17 44:14 45:4
48:13,16,18 55:21 57:10
64:5 67:16,20 70:7 72:12
72:15,18 77:16 78:5,16,21
79:2,4 92:11,15 101:1
102:13,16,19,21 108:11,13
109:4 115:15,18,22,24
118:15 120:21,25 121:9,12
121:14 122:13 123:1,17,25
124:8 125:6,14,17 126:4,7
126:10,12,17 127:1,4
**cost**
90:22
**costs**
63:5 106:23 107:8,9,13
**counsel**
2:4,5 4:7,9 5:6,8,17 9:7,14
13:6,8 21:15 26:2,19 29:18
29:25 67:9 120:12,17 121:2
121:20,25 122:2 123:19,22
125:21 127:8
**counseled**
21:15
**county**
129:4
**couple**
14:2 51:2 116:4 123:14
**course**
6:16 9:12,20 16:20,24 17:1
31:25 58:19 72:14
**courses**
16:17,18
**court**
8:7,19 9:1,4 22:8,10,14
35:14 37:24 38:8,10,15,18
67:22 92:11 108:9
**credit**
76:21 78:1 79:14

**crime**
27:17
**criminal**
6:11 21:21,23
**crystal**
10:12
**current**
11:17,23 46:12 48:3 50:13
55:10 94:2 102:8 103:6,6
**currently**
10:25 24:22 25:21 32:13
35:9,25 36:4,8,12,16,20,24
37:3,5,10,14,17,22 47:24
53:4 99:14 100:6,17
**customer**
106:17,25 107:3,7,11

**d**

**daniel**
61:15 62:2 71:7,9 72:9
**dare**
22:24
**data**
76:4
**date**
1:13 11:13 46:4,7 47:2 58:7
70:18 83:9 95:4,24 96:25
97:3 100:12 102:5 103:4
106:2 128:6,17
**dated**
3:10,17,21 70:23 93:6,14
129:11
**dates**
116:8,9
**davilla**
123:2
**day**
58:19,19 59:2,2 74:11
**days**
73:12,13 74:1,2,11
**deadlines**
74:9
**deals**
88:2
**debt**
41:23 43:7,11,15 52:4,8,11
52:15,20,23 53:6 54:4,8
55:7,7
**december**
54:10 84:12 107:25
**decide**
82:19
**decided**
82:23
**decision**
69:13

**decisions**
51:5 60:7
**declaration**
26:5
**declination**
26:8
**decline**
13:14 26:3,24 29:1,10,13
29:20 30:1 31:1,16,20,23
32:3,7,9,11,14,17,20,24
33:4,8,12,16,20,23 34:2,15
34:18,21,24 35:2,8,11,15
35:19,23 36:1,5,9,13,17,21
36:25 37:4,7,11,15,19,23
38:2,4,7,9,13,16,20 39:8,11
39:15,19,22 40:1,4,7,12,17
40:22,25 41:2,4,6,9,12,16
41:19,22,25 42:3,7,21,24
43:2,5,9,13,17,20,23 44:1
44:11 45:12,14,18 46:14,17
46:20,24 47:3,7,11,15,18
47:22 48:1 49:22,25 50:10
50:14,18 52:3,6,9,12,21,24
53:2,5,11,16,20,24 54:2,6
54:13,18,20 55:2,19 56:6,9
56:15,18,21 57:4,7,14,19
58:10,13,16,21,25 59:4,9
59:13,16 60:15,19,23 61:3
61:7,25 62:4,13,16,19,22
62:25 63:3,10,16,20,24
64:2,7,12,14,17,21 65:2,6
65:11,16,19,22 66:1,6,9,13
66:17,21 67:1,6 68:1,10,14
68:19,22 69:1,5,8,12,16,22
69:25 70:12,16,21 71:1,5
71:10,15,19,24 74:7,12,15
76:10,17,22 77:3,7,14,21
78:4 79:20,20,22 80:1,4,7
80:11,16,19,24 81:3,18,24
82:6,17,22 83:1,6,11,17,21
84:5,8,14,20 85:1,7,24 86:5
86:11,16,21 87:3,9,13,17
87:21 88:3,10,14,17,20,24
89:2,6,10,14,18,23 90:5,10
90:12,15,19 91:1,7,12,18
92:22 93:1,15,19 94:6,10
95:1,5,14,18,23 96:2,6,9,12
96:16,19,22 97:1,5,9,12,15
97:21 98:1,5 99:3,6,9,12,15
99:20,24 100:2,5,10,13,16
100:19,23 101:22 102:1
103:8,11,17 104:13 105:7
105:12,15,20,25 106:3,7,11
106:15,19,24 107:5,10,15
107:20,23 108:2,6,20 109:2

**[decline - encumbering]**

**decline (cont.)**
109:10,16,24 110:4,12,17
110:21,25 111:12,16
112:13,18,22 113:1,3,13,19
113:23 114:2,6,12,18,22
115:2 116:13,18,25 117:2,7
117:9,12,14,18,20 118:2,5
118:12 119:9,15,20,23
120:2,6,10
**declines**
28:18
**declining**
26:21
**dedicated**
17:1
**deducted**
113:25 114:4,19 115:6,11
**deducting**
114:7,13
**dee**
2:7 4:12
**defendant**
22:18,21 23:13
**defined**
51:11,13 52:18
**degree**
16:8 17:5
**degrees**
16:7,10
**department**
114:16
**departments**
34:25
**deposed**
22:13
**deposit**
107:7
**deposition**
22:15
**deposits**
106:17,21,25 107:3,12,12
**describe**
17:22 18:4 34:12,16 39:5
**describing**
86:7
**description**
3:6 6:3
**desire**
9:17
**despite**
114:7,13
**destroyed**
29:21 30:7,17
**detail**
19:5

**detailed**
105:9
**determine**
6:6 28:2
**determined**
86:3
**determines**
49:16
**developed**
6:9 110:2,20
**developer**
20:16 50:5 82:1 104:21
**developers**
18:10 19:25 20:9
**development**
19:11,23 20:8,12,20 35:25
36:4,8,12,16,20,24 37:3
39:1 96:7
**deviate**
56:11 57:1
**deviated**
56:14,17,20 57:18,23
**deviation**
57:25
**deviations**
57:11
**diana**
22:23 23:11 46:16,19 53:9
53:13 54:9,17,23 55:9 98:3
**died**
19:11
**differ**
99:1
**different**
19:9 46:7 51:14 58:20,24
82:13,24 85:21 95:10 96:14
**difficult**
19:20
**direct**
34:22 51:18 54:7 64:8,18
83:7 84:16 94:13 95:8
103:19
**directed**
7:19 69:18 71:3,8 72:4 83:2
83:12,18 85:15 107:2
**direction**
80:14
**directly**
23:23 24:3,10 83:14,19,24
84:3 108:4 111:4,10
**director**
2:6 4:12 23:19
**directors**
58:5 59:19 65:1 75:17 85:6
**disclose**
54:24 57:24 59:22 80:8

**disclose (cont.)**
84:22 97:7
**disclosed**
57:15 65:7 66:11,15,19,24
71:11,16 79:17 85:17
105:18 111:13
**disclosing**
71:22
**discovery**
18:7
**discretion**
52:22 80:12
**discuss**
124:6
**discussed**
40:21 105:23 116:6
**discusses**
95:10
**discussing**
48:24
**discussions**
48:20 72:23 79:6 102:23
116:1 121:16 126:14
**distributable**
49:9,14 103:25 104:5
**distributed**
49:15 50:8 94:18 104:6
**distributions**
38:11 39:16 43:18 44:22
49:6,7,9,13,20,23 50:12,17
50:20,23,23 64:18 94:14,16
95:2 103:20,22,24 104:4,9
104:10
**diversified**
1:24
**division**
4:14
**divisions**
34:25
**dixie**
35:13 37:25
**dj**
65:17 66:14 122:9,14,14
124:12,14 125:8
**document**
44:25 45:5 49:2 67:7,13
70:2 101:6
**documents**
6:15 10:15 29:9,11,15,22
30:4,8,15,17 42:11 63:17
89:9,24 90:3 91:23
**doing**
27:6,20
**dollars**
84:7 85:16

**drafted**
45:20
**drafting**
45:11 92:21 101:21
**duly**
4:21
**duration**
11:8
**duties**
55:24

**e**

**earlier**
60:24 94:11,21 98:23
105:23 118:16
**early**
13:4,11 70:10
**earn**
25:2
**earned**
50:3
**easier**
28:22
**eastern**
4:3
**edit**
118:6,9
**eduardo**
109:19
**effective**
45:9 46:4,7 47:1 58:6 92:18
93:6 101:19 102:5 103:4
**efficient**
28:8
**eight**
19:18
**either**
13:1 64:24 90:3 98:9
104:10,11 111:2,8 115:1
116:16 117:22 127:6
**electronic**
29:9
**email**
14:15,17,21,25 15:4 41:3
46:19,22 89:1 90:3
**emailed**
40:13
**employees**
32:16 34:19 71:21 72:8
99:14 100:1,3 111:4,10,11
112:12,16 113:6,14,16,18
113:21,25 114:4,8,14,20
115:5,6,11 122:4
**employment**
17:22
**encumbering**
51:20

**[ends - forget]**

**ends**
45:6 49:4 62:7 73:7 92:14
**enforcement**
4:14
**engagement**
115:8
**entailed**
18:5
**entered**
33:14 54:11,22 93:4 109:9
111:1,7 118:23
**entities**
54:12,23 65:23 118:18
119:13
**entitled**
1:16 49:8 61:13,15 73:10
103:24
**entity**
12:10 41:10,14 47:16 52:10
60:8 73:18,23
**equity**
23:24 33:11 41:20 43:7,11
43:15 86:1,13,15 87:11,24
**equivalent**
40:10
**eric**
2:6 4:11 8:11 26:7 79:1
**escrow**
106:17 107:1,19
**esq**
2:4,5,6,15,16
**essentially**
86:1
**estate**
18:9 19:10,23,25 20:4,7,8
20:12,16,19,21 35:3,5
38:24,25 59:15 85:22
**event**
19:8,21 49:17
**events**
9:23,25 10:1,16
**evidence**
27:4
**exactly**
18:24,25
**exam**
17:8
**examination**
3:3 4:23 6:16 44:3,13 55:15
55:20 56:22 57:9 77:8,15
108:21 109:3 116:19
118:14 123:4,16 127:11
**examined**
4:22
**example**
24:4 50:5 54:7 83:7 85:25

**example (cont.)**
86:12 87:18,22 105:13
107:24
**exceed**
97:3 105:1
**exceeding**
61:23 62:2
**excess**
68:23 85:13 92:5 98:12
111:24
**exchange**
1:1,9 2:3,8 4:5,8 6:5 22:3
42:1
**excuse**
28:24 29:23 33:2 39:20
73:14 76:12 80:12 95:19
119:11 123:10
**excused**
73:20 75:17
**execute**
46:16
**executed**
47:1
**execution**
46:23
**exercise**
18:19
**exhibit**
6:20,21,25 7:6,13,14,18
29:19 45:1,2,21 46:3,6,22
47:6 48:24 51:3 55:22 62:8
64:23 67:14,17,18 69:2
70:1,3,5,15,18 73:4 92:9,12
93:22 94:5,9 100:24 101:3
101:8,12,14,14,15,15 102:3
102:9 103:3 112:8
**exhibits**
3:6 73:3 101:9
**exited**
79:1
**expectation**
50:11
**expenses**
90:23 91:5 108:17
**experience**
20:11,12,23,24
**experiment**
24:25
**explain**
8:8
**explanation**
70:14
**extend**
116:8,9
**extension**
96:4 97:14,16 105:14,16

**extension (cont.)**
116:7,8
**extent**
28:8 116:14

**f**

**facebook**
15:13
**facilitate**
54:9,16
**fact**
57:16 110:13
**facts**
6:9
**failure**
57:24 59:21,21
**fair**
20:20 29:4
**false**
110:11
**family**
20:15,23 54:16
**federal**
6:8,10 22:5,8 113:25 114:7
**fee**
83:8 104:23,24 105:3
**fees**
50:3,5,6,6,6,7,7 64:8 71:2
81:21,25 82:1,2,2,2,3,3,13
82:19,19,25 83:3,14,19
85:11,12,14 92:2,4 95:9,11
95:12,15,16,17,19,20 96:4
96:7,10,14,15,18,21,24
97:2,6,8,10,14,16 98:9,10
98:11 104:19,21,24 105:5,8
105:10,14,16 107:22 108:1
108:3 111:21,22,23 116:6,7
116:8,10,14,15
**fifth**
13:10,14,21 14:3 21:16
26:5,9,21,25 27:1,24 28:9
28:13,15,19,24,24 30:9,19
34:10 39:3 42:16 44:23
45:24 48:7 50:24 55:12
58:1 59:24 72:10 76:8
81:12 85:18 92:7 98:15
112:5 115:13
**file**
1:4 6:6 128:5
**filed**
31:10
**filing**
51:23
**finance**
16:9 109:22
**financial**
59:12,14,21 73:15,21 74:3

**financial (cont.)**
74:4,10,13,17,21,24 75:4,8
75:11,18,24 76:5,13,15,16
76:19,24 77:4,11,13,17,23
79:10,15
**financing**
105:1 109:20 110:16
**finding**
119:1
**fine**
79:22 124:4,7,14
**finish**
78:8
**finished**
112:8
**firm**
18:20 77:19,19
**firm's**
5:9,10
**first**
4:21 5:2 17:23 20:2,10 24:7
30:11 93:2
**fiscal**
73:13 74:1,6
**five**
23:23 28:13 72:12 115:15
**fixed**
63:5
**fl**
1:4,12 2:11,19 3:11,14,18
6:6 45:5 70:4 92:13 128:5
**florida**
4:6 15:21 17:11,13 20:4
93:18 114:4,13,15,24
115:10,12 128:7 129:3
**florida's**
114:15
**flow**
49:9,14 103:25 104:5
**flows**
50:7 73:17
**focus**
18:11 60:2
**follow**
50:2 127:8
**following**
49:11 104:2
**follows**
4:22
**font**
67:11
**foregoing**
128:10 129:8
**forget**
10:9

**[forgot - improper]**

**forgot**
126:22,24

**form**
3:7 7:2,4 24:6 106:21

**forma**
89:15,25 90:1,6,8,17,23
91:3,25 108:8,14,16,23,25
116:23 117:4

**formal**
6:13,18

**format**
29:9,12

**former**
24:18 78:3

**forms**
68:11

**fort**
93:17

**forth**
51:9 69:14,20 74:9 76:1
93:10 94:9

**forward**
28:7,22 35:6,14,18,21
50:24 77:1

**four**
105:3

**frame**
19:17,19

**francis**
118:25 119:6

**frank**
122:10,20

**front**
49:1

**full**
4:25 5:9 11:5

**fully**
17:3 59:7,11,22

**funds**
32:25 42:22 44:6,8,18 81:5
82:7 95:21 106:8 107:13,18

**further**
27:15 30:3,13 34:4 38:22
42:9 44:16 45:19 48:3
50:20 55:4 57:21 59:18
72:1 75:24 81:5 85:9 91:20
98:7 111:18 115:4 125:14
125:18 127:3,4,5

**future**
50:12 125:19

**fuzzy**
10:12

**g**

**gaap**
76:8 77:2,6,13 78:1 79:12
81:12

**gables**
37:9,10 100:9,17 111:21

**gained**
20:11

**garcia**
122:22

**gathering**
73:2

**general**
11:12 21:17 110:22 121:24
122:2

**generally**
76:25 86:22

**generated**
39:21 88:12

**georgia**
11:16 15:22,23

**gestures**
8:20

**getting**
14:23 71:22

**give**
11:4 27:4 78:14 121:7
126:6

**given**
13:10 87:2 90:2 108:24
116:23 117:5

**global**
54:10,22

**gmail**
14:20 15:4

**gmail.com.**
14:22

**go**
8:16 9:1,3,8 15:20 18:22
46:1 48:14 72:19 87:19,20
93:20 102:13,16 108:3
121:9 126:21

**goes**
46:5 49:12,16 60:11 61:17
73:16 84:12 101:4,16

**going**
8:8,25 9:4,21 13:3 25:20
28:7,22 35:5,6,13,18,21
50:23 55:19 58:3 70:24
77:1 78:7,12,22 83:22 84:1
94:19 106:22 109:5 116:6
124:4,12 126:18

**gonzalez**
126:22

**good**
67:16

**grab**
78:12

**graduate**
15:18 16:3

**graduated**
16:5,14 17:4,21

**graduation**
17:7

**granting**
27:8

**greater**
68:13

**greg**
78:2 107:16

**gross**
105:3

**grounds**
27:13

**group**
25:1 99:17 122:5

**grove**
3:20 23:5,9 36:11,12,22,23
37:1,2 54:8,15 55:8 100:8
100:15 101:18 102:9 103:2
103:7,10 105:5,11,13,18,24
106:16 107:9,13,24 109:5,6
109:8,17 110:1,8,14,18
111:19 112:4

**grown**
20:15

**guarantee**
50:6 82:3 108:1,3

**guaranteed**
52:25 105:2 109:8,12

**guarantor**
104:24

**guess**
20:3

**guys**
78:12

**h**

**half**
57:2

**halpern**
54:15,16

**hand**
4:18 46:8 63:6 68:6 98:3,4

**handed**
101:2,11

**handing**
6:24 7:17 67:7 92:11
101:13

**handled**
112:16

**handling**
112:24

**happen**
84:15

**happened**
9:22,22 19:5

**head**
8:21

**hear**
8:3,23 19:13 26:22

**hearing**
1:16

**held**
23:19,25 24:4,11,22 25:6
25:15 58:8,15

**helene**
109:19

**helping**
18:7

**high**
15:18,20

**higher**
84:13

**highway**
37:25

**hire**
47:16

**hired**
13:5 118:17 119:10,11

**historically**
32:13

**hold**
17:18 24:23

**home**
14:6,7

**houchin**
2:5 4:8 44:4 55:16 56:23
64:3 77:9 78:12,18 108:22
116:20 122:25 123:5,12
125:16

**housekeeping**
8:5

**hundred**
10:5

**hurdle**
87:12

**i**

**identification**
6:22 7:15 45:3 67:19 70:6
92:10 100:25

**identified**
3:6

**identify**
5:8

**ii**
51:18,25

**imminent**
109:22

**immunity**
27:8

**improper**
107:14

[inaccurate - keep]

**inaccurate**
109:1
**inactive**
19:3,6
**incidents**
75:3
**include**
13:18 24:13,18 73:15
**includes**
25:8
**including**
30:4,14 34:5,7 38:24 40:20
42:10 44:18 48:6 51:8 54:4
55:6,8 57:22 59:19 72:2,6,9
73:18,22 75:13,19 76:2
81:6,9 85:10,14 87:1 91:21
91:22 92:2 94:3 95:11 98:8
98:10 109:18 111:19,22
114:25 115:5
**income**
25:23
**incorrectly**
23:6
**increase**
61:20,23 62:2 63:14,18
**increased**
61:18 71:20
**increases**
71:22
**incriminate**
27:14 28:4
**incrimination**
27:6,18 28:10,16,25
**incur**
52:23 54:8 55:7,7
**incurred**
52:2,5,8,11
**incurrence**
51:18
**indebtedness**
51:19 52:2
**independent**
113:6,11,15
**indicate**
8:22
**indirectly**
23:23 24:3,10
**individual**
52:11 66:24 117:5
**individually**
13:6 23:15,16
**individuals**
65:14,24 113:4,9
**infer**
28:3

**inference**
28:1
**influence**
11:1
**inform**
57:24
**information**
7:2,4 42:14 50:15,21 58:17
62:23 74:16 108:25
**informed**
59:7,11,22
**initial**
32:18,21 33:1 46:9 56:3
87:11 102:6 103:13
**initially**
34:6 87:7,23
**initiated**
96:17,20
**input**
63:2 74:20
**insistence**
78:2
**instagram**
15:13
**instances**
52:1 54:3 55:4 83:2
**institutions**
76:16
**intention**
27:6
**intercompany**
79:24
**interest**
20:21 24:23 41:20,23 43:25
46:10 53:9,14,19,22 54:10
54:22 86:2 87:8 93:24 94:4
97:23 98:2 99:11 114:25
**interests**
102:7 104:8
**interject**
13:3 28:20
**internal**
73:15
**internally**
112:17
**interrupting**
44:5
**introduce**
119:7
**introduced**
47:9
**invest**
34:6 86:9 109:7
**invested**
39:13,17 43:4 47:5 86:8
91:16

**investigation**
5:20 6:4,9,14 13:7 120:12
120:18 121:3,21 122:1
124:24 125:4,11
**investigative**
13:4 128:13
**investing**
39:24 40:15 42:2,4
**investment**
20:16 38:19 39:6,9,20,21
40:9,20 42:15 85:21,25
86:2 88:5,12 89:20 90:2
95:21
**investments**
41:17 42:9,13 51:24 73:18
73:22 75:13,19 86:6 100:20
100:21 109:23 117:22
118:11 119:13
**investor**
42:22 44:8,17,18 81:5,20
82:8,14 92:1 93:4,9,12 99:7
106:13 112:1
**investors**
23:5,9 38:11,14,17 39:13
39:17,23,24 40:2,5,10,11
40:14,14,23,24 41:11,14,18
42:1,4,11,14,18,25 43:4,6
43:10,22,25 44:17,22 46:13
47:5,8,13,17,19,24 48:4,5
54:1,5 55:9 80:20 85:17
86:9,14 87:6,16,20 88:7,15
88:18,21,25 89:3,7,8,12,12
89:16,17,20,21 90:24 91:8
91:14,16,22,23,24 92:1
97:18,20 99:5 106:14
108:24,24 109:7,13,18
111:14 112:2 116:24 117:6
117:21 118:4,7,10,19 119:2
119:7
**invoke**
13:9,14 26:1 31:15
**involved**
20:4 62:21
**involvement**
113:2
**irs**
114:9,24 115:9,12
**issued**
29:17,24 30:6
**issues**
121:7
**item**
84:10
**items**
90:22

**iterations**
21:5
**iv**
60:5

**j**

**january**
84:12 93:6,14 101:19
**jd**
17:5
**joanna**
122:10
**joanne**
122:25 123:2
**job**
17:23
**john**
2:5 4:8 8:11 116:5
**jordan**
2:4 4:6 48:11 67:15
**jorge**
69:19 83:12,12 122:10,16
125:8
**judge**
27:25 28:3 124:4,7,14
**july**
56:8 80:25 91:10 112:9,15
114:10 115:7 119:16
**june**
29:16,24 30:5,16 92:18
**jury**
27:25 28:3

**k**

**kapoor**
1:7 3:4 4:20 5:2,5,16 6:17
7:17,19 11:11 13:5,9 14:2
15:17 23:18 26:9,13,14,19
27:3 28:9,12,17 29:8 30:2
30:21 31:24 34:3 38:21
39:5 42:8 44:2,15,25 45:7
45:10 46:12,15 48:2,19
50:19 54:14 55:3 56:3
57:20 59:17 61:12,18,22
63:5 67:7,21,24 68:4 69:17
70:2,8,24 71:25 72:22 73:6
75:23 76:11 77:22 79:5,9
81:4 85:8,20 90:20 91:19
92:16,20 98:6,18 101:2,12
101:20 102:22 107:21
108:7 109:11 110:5 111:17
115:3,25 116:21 120:11
121:15 122:2 125:18,22
126:5,13,19,20 128:4
**keep**
29:8,11 30:3,14 58:3 59:6
59:10,22 96:4

**[kelly - manager]**

**kelly**
129:6
**kept**
32:2,5
**kind**
60:11
**king**
2:17 5:12
**kleyner**
3:11,14,18 22:23 23:11
45:6 46:16,19 53:9,13 54:9
54:17,23 55:9,14 70:4,9,13
92:13 93:4 98:3
**knew**
91:3 107:13,16 108:16
110:10 124:4,12,16 126:25
**know**
8:14,21 9:4 17:22 24:1
25:18 38:3,5 49:1 52:4,10
53:3 60:24 62:14,17,20,23
73:1 77:10 80:20 84:2 91:8
91:13,15 93:11 94:7 96:24
97:2 98:19 106:1,4,8
108:25 118:20 122:12
124:9,22 125:3,9
**knowledge**
66:22 104:12
**kslaw.com**
2:21
**kumar**
5:2

**l**

**lack**
59:19 112:3
**lane**
35:21,22
**late**
70:10
**lauderdale**
93:18
**law**
16:5,11,16,17 17:3,12,15
17:21,23 18:1 20:17,24
24:25
**laws**
6:8,11
**lawsuit**
23:4,8,10,10
**lawsuits**
22:18,20 23:12
**leadership**
122:12
**led**
19:10
**left**
46:8 87:15,19 88:4 115:19

**lend**
80:2,6
**lending**
80:9
**level**
71:21 82:9,10,15,16 86:1,7
88:13 113:16 116:15
117:17,23,23,24
**liabilities**
86:25 87:4
**liability**
3:15 24:5 92:17 93:5
**licensed**
17:12,15
**licenses**
17:18,19
**life**
19:7,9 55:14
**limited**
3:15 24:5 92:17
**lindenfeld**
109:19 110:7
**line**
32:10 76:20 77:25 79:14
84:10 90:22
**linkedin**
15:15
**linzer**
2:16 5:11,24 126:4,17
**liquidating**
49:13 51:23 104:4,10
**liquidation**
49:10 50:13 104:1
**list**
22:20 25:22 46:9 94:2,8
103:9 122:7 125:7
**listed**
46:22 47:5,8,20,23 51:15
63:12 65:12,18,21,25 66:11
66:15,23 70:15 74:3 94:4
95:16 96:14 97:3,11,17
102:9 105:11
**lists**
46:7 58:6 63:5 103:13
104:19,21,22,23
**little**
19:4 50:1 56:24 93:25
121:6
**lived**
11:20
**llc**
1:5 3:11,17,20 5:22 6:6
12:13,16,20,23 13:1,13
23:10 32:8,12,15,18,22
33:5,9,14 34:8 35:13,17,21
36:3,7,11,15,19,23 37:2,9

**llc (cont.)**
37:13,17,21 39:7 45:6,9
79:19,25 80:3,6,10,15,21
80:23 81:8,10 92:18 93:16
98:22,24 99:8,23 100:4
101:18 104:20 105:4,22
106:1,9,12 108:4 111:18
112:20 116:17 118:21,23
118:25 119:2,6,8,22 120:4
120:9 128:3
**loan**
50:6 79:18,24,24 80:15,17
80:21 81:2,9 82:2 104:24
104:25 105:14,21 106:2,10
108:1,3 112:2 116:9
**loans**
52:25 53:3 54:14 55:10
81:21 87:1 103:23
**local**
18:6,9 78:13
**located**
4:4 37:24 93:17
**location**
1:5 5:21 6:5 12:12,13,16,16
13:1,13,18,22 14:12,24,25
17:24 21:2,5,11,19 24:14
25:8,13,20,24 30:22,24
31:2,8,12,19,22,25 32:19
32:23 33:3,7,11,14,19,21
34:1,5,7,9,12,16,19 35:1,3
35:24 37:25 38:23,24 39:6
39:7,10,14,18,21,25 40:3,6
40:11,16,19 41:11,13,17,20
41:23 42:2,4,5,10,15,19,23
42:25 43:4,6,10,16,19,22
43:24,25 44:6,7,7,9,10,18
44:19,20,21 45:8,15,20
46:13 47:9,13,16,20,25
48:4,5,25 49:19,20,24 50:4
50:8,16,21 51:14 52:2,4,8
52:11,13,17,23 53:1,4,7,9
53:14,18,21 54:11,19,21,25
55:6,11 56:1,4,8,13,16,19
57:12,13,15,22,25 58:9,11
58:15,18,22 59:1,6,7,11,14
59:18,20 60:13,17,21,25
61:2,5,22 62:1,15,17,20
63:1,23 64:3,6,9,13,15,19
64:25 65:3,13 66:3,4,7,12
66:16,19,25 67:10,25 68:3
68:15 69:15,18 70:19 71:3
71:9,11,16,23 72:1,4,7 73:5
74:4,8,14,20,25 75:5,7,12
75:16,25 76:13,14,18,21,23
77:4,11,24,25 78:2 79:10
79:16,18,25 80:2,5,8,14,22

**location (cont.)**
81:1,6,16,16,19,21 82:4,9
82:16,21,25 83:13,14,15
84:4,9,17,18,24,24 85:5,10
85:21,22,25 86:1,17,18
88:16,22 89:1,4,8,22 90:7,7
90:16,21 91:3,9,10,17,20
92:23 97:22,23 98:7,19
99:2,7,10,17,18,21,25
100:3,22 105:22 106:2,10
108:8,15 110:23 111:2,8,14
112:3,9,11,15,16,19,20,24
113:5,10,16,21,24 114:3,8
114:14 115:5 116:11,17,23
117:11,16,22 118:18,21
119:14,17,18,25 120:4
122:4 128:3,7
**location.ventures.**
14:16
**long**
11:20 56:4
**looked**
63:11 69:2 97:19
**looking**
25:21 103:3
**los**
11:19
**losh**
109:19 110:7
**lot**
78:7 98:19
**lunch**
78:6,23 79:10 83:22
**lv**
3:11 37:16 45:6 62:10
**lv00010010**
101:4
**lv00010800**
3:21 101:16
**lvllc**
3:14,18 70:4 92:13

**m**

**main**
18:11
**maintained**
32:1
**majority**
51:10,11 52:14,18 53:8,13
53:17 55:5
**management**
16:9 50:6 82:1 99:18 105:3
**manager**
25:5,14,19,24 31:25 34:14
34:17,20,23 35:1 44:7
49:15,19 50:16 51:9 52:1,5
55:24 56:3,4,10 57:21 58:9

**[manager - notes]**

manager (cont.)
59:1,6,23 61:10 73:11 81:1
81:15 82:4 86:19 91:10
93:8 99:16,21 119:16
managers
104:17
manager's
56:1
march
11:14
mark
2:7 4:12 8:11 67:17,22
marked
6:21,25 7:14,18 29:18 45:1
45:2,21 67:18 70:3,5 92:9
92:12 100:24 101:3,14
marketing
18:1,4,8,11,13 19:1,24 20:6
20:14 24:18 25:16 40:8
50:5 82:2 89:19 90:1 96:10
104:24
marking
7:12
marti
54:15
materials
40:8,15 42:11 89:20 90:1
matter
1:3,16 6:5,14 125:20 128:3
matters
8:6 13:8 15:1 22:6 51:9
100:1 120:5 128:12
maximum
109:9,12
mayor
118:25 119:6
mean
15:7 31:9
meaning
39:6
means
28:2
media
15:9
medication
10:25
meet
58:12
meeting
58:14 121:24 123:7 126:23
meetings
58:8,15 88:19
member
25:5,15 28:11 43:24 46:10
51:5,10,11,14 52:14,18
53:8,12,17 55:5 93:9

member (cont.)
103:23
members
4:13 38:11,14,17 43:19,21
44:22 46:4,6,8,12,22,25
47:6,20,21,23,24 48:4 49:8
49:15,21,24 50:9,17,20,22
53:18,21 54:25 56:2,7
57:16,25 59:7,11 63:1
64:25 65:3 66:12,16,20,25
71:12,17,23 73:12 74:1,22
75:1 76:1,3,14 80:9,20 81:6
84:24 86:2,4 93:22,24 94:2
94:8,18,22,24 95:9,20 97:7
97:18 102:4,8 103:4,6,7,10
103:12,15,24 104:6,11
105:19 111:14 121:25
122:12
membership
42:5 46:10 102:7 103:14
memories
10:2,12
memory
9:25 10:10
mentioned
8:25 16:11 19:22 20:6,18
97:13
merely
27:12
messages
89:4
messaging
41:5
messrs
61:18
mezerhane
122:18
miami
1:10,12 2:9,11,19 4:4,6,14
16:2,4,12 17:5 36:14,16,18
36:20 100:8,15 111:20
112:4 128:7
micl
93:8,11 98:2
mid
112:9,15
middle
5:3
miller
2:15 5:11,11,15,18,21,25
13:3,17,23 26:1,11,20
28:17 29:6 31:3,14 48:11
67:14 72:14 78:14,20
102:12,15 115:17 120:19
120:23 121:6 122:8 123:8
123:21 124:3 125:5 126:4,6

miller (cont.)
126:17,20 127:3
million
32:2,6 33:6 54:8 68:24
69:10 71:13 72:6 76:20
77:25 79:14,18,24 80:2,6,9
80:15,21 81:9 105:14,21
106:2,5,10 107:2,8 114:24
millions
84:6 85:16
mind
7:12 48:11 73:2 119:4
minor
21:20
minute
7:20 23:2 72:12 115:16
121:8 126:6
minutes
58:14
missed
74:9
modification
60:10
modify
9:13,18
mom
19:13
moment
67:12
money
25:2 31:18,21 32:6,25
33:18,25 34:5 43:3,21
44:16,20 53:25 63:25 65:8
65:17,20 69:6,20 71:2 72:4
84:3 88:1,4,6 91:13,15 92:1
95:16,20 105:23 106:8
112:1 114:19,23 115:9,10
monies
38:18 65:24 66:10,14,18,22
68:16 70:19,24 81:7 82:7
82:12,14 83:23,24 84:16
87:15 106:12,13
montana
37:16,17
month
84:13 85:4
monthly
68:5 84:11 104:22 118:25
months
49:18 104:22 123:9,10,14
mortgaging
51:20
motha
61:15,18 65:17 66:14 71:7
71:9,17 72:9 122:14 124:14

motha's
62:2
mother
19:7
muller
109:19 110:7
multiple
55:14

**n**

name
4:6,11,25 5:1,3,3,4,9,9
18:17,21 63:5 68:4 102:5
112:20 122:7
named
22:18,21 23:6,13 112:10
names
125:7
near
50:12
necessarily
21:18 25:21
necessary
110:2,9,15,19 125:21
need
27:12 120:23
needed
75:4
negative
125:16
negotiate
45:16 92:25 101:24
neither
65:3 105:17
net
49:9 103:25
networks
18:7
nine
19:18
nod
124:3
nods
8:21
non
49:13 55:9 104:3,10 107:12
noncash
33:10
nontax
114:21
nonverbal
8:21
noon
78:6
notes
51:18 129:9

**notice**
1:17 7:9 51:4,17 58:4 60:3
62:9 70:22
**notwithstanding**
51:6
**november**
70:10 83:10 107:25
**number**
5:10,14 6:6 14:6,8,9 46:2
49:4 51:3 62:6,7 67:15
84:11 93:21 94:13,16 95:7
103:19 104:15
**numbers**
14:11,13 76:4 90:22

**o**

**oath**
11:8
**obtain**
16:7 31:21 32:6 33:17
54:14 55:5 85:4 110:15
**obtained**
34:6 52:14,18 53:8,12,17
68:11 110:1,8,14,15,19
112:4
**obtaining**
109:20,21
**obviously**
9:23 13:4 21:14
**occasion**
89:19
**occupancy**
86:24
**occurred**
55:18 83:10
**october**
70:10
**offense**
21:21,24
**offer**
9:14
**office**
1:10 2:9 4:4,5,15
**officer**
23:19
**officers**
4:15 8:11 61:10 104:17
**oh**
101:5 123:2
**okay**
5:15,23 6:2,20,24 7:11,23
8:1 9:11 10:23 11:7,11,23
12:18,24 13:16,17 14:1
15:9,14,17,20 17:7,21
18:12 19:4,19,22 20:10,18
21:8,13 22:1,13,17 23:2,18
24:2,13 25:4,18 26:13,24

**okay (cont.)**
27:3 28:7,22 29:3 30:21
31:18 33:9 34:12 39:5
44:12 46:1 48:10,23 57:8
68:2 73:1 78:20 84:6,15
94:11 103:1 115:16 118:13
119:10 123:15 124:22
125:13 126:7 127:1
**once**
86:23 87:4,24 121:25
**online**
31:10
**open**
14:19
**opening**
6:12 7:2
**operate**
56:1
**operating**
3:9,19 40:2,14 45:8,21
48:25 52:19 58:7 65:13
73:5 76:1 83:5 85:14 89:11
89:24,25 92:6 98:14 101:17
103:2 112:1
**operation**
73:17 99:23
**operations**
34:16 38:23 58:19,23 59:2
59:8 62:11 119:18,22 120:1
120:9
**opportunities**
39:10 40:20 42:15 85:21
**opportunity**
6:17 7:5 9:15 39:6
**option**
96:3,5
**order**
6:13,14,18,18 54:8,16
**orduna**
35:14 37:24 38:8,10,14,17
**original**
93:13
**outside**
13:22 65:24 66:14,18,23
68:17 77:18
**outstanding**
55:10 87:1
**overall**
43:14
**overseeing**
58:19 120:1,8
**overseen**
35:12,16,20 36:2,6,10,14
36:18,22 37:1,8,12,16,20
**oversight**
58:23 59:20

**owed**
114:23
**owned**
19:24
**owner**
23:23 24:3,10
**owners**
32:12
**ownership**
24:23 99:11

**p**

**p.m.**
79:3 102:17,20 115:23
121:10,13 126:11 127:10
127:11
**page**
45:6 46:2,3,5,5 49:3,5,7
51:3,5,15,15,17,22 55:22
55:22 58:3,4 60:3 61:8 62:6
62:9 63:11 70:8 73:7 92:14
93:2,20 94:1,12 95:6 102:2
103:18 104:14
**pages**
1:8 51:2
**paid**
38:15,18 43:21 64:10,19
65:14,17,20,24 66:10,14,18
66:22 68:17,20,23 71:4,17
82:8,13,19,20 83:3,4,24
84:3,16 85:12 86:25 87:4
87:14 88:5 92:4 94:22 96:4
96:7,10,15,18,21,25 97:3,6
97:8,11,14 98:11 104:21,23
105:10,13,17 106:5 107:22
107:24 108:5 111:24 116:7
116:9 118:17,18 119:6,10
119:12
**pallas**
24:25
**paper**
29:12
**parent**
117:23 118:21
**part**
17:2 22:14 24:7 30:12
45:17 64:10,20 73:11 92:25
101:24 105:23
**partial**
54:16
**partially**
53:22 106:9
**particular**
86:10,20 87:5
**particularly**
79:12 93:9

**parties**
47:12
**partners**
3:16,20 23:10 31:13 35:13
35:17 36:3,7,11,15 37:9
92:18,24 93:16 101:18
103:2
**partnership**
24:5
**party**
22:21 23:13 52:10 112:10
115:8
**passed**
19:7,15
**patriots**
32:8,12,15,18,22 33:1,5,9
33:14,17,22 34:7
**patriot's**
32:10
**pay**
41:13 55:8 69:19 71:9 72:4
83:13 85:15 95:17,20 111:3
111:10 112:2
**payable**
104:19
**paychecks**
114:1,5,8,14,20
**paying**
71:12 106:1 111:5,11
**payment**
54:9,17 71:8 82:24 83:19
116:9
**payments**
72:7 84:23 85:2,5 105:18
118:25
**payroll**
68:3 112:10,11,14,16,21,25
113:25 114:4,7,9,13,15
115:4,6,8,11
**penalties**
114:25
**people**
4:9 31:13 65:12 113:11,20
118:17 119:12 124:1
**percent**
10:5 23:24 51:13 55:5
56:12,14,17,20 57:2,18,23
83:8 86:13,14 87:19,23
99:11 105:2,3
**percentage**
33:21 39:12 46:10 87:7
88:6 93:24 94:4,23 102:7
104:7
**perfectly**
10:4

**[performed - providing]**

**performed**
100:3
**periodic**
96:21
**periods**
74:11
**permanent**
105:1
**permits**
110:2,9,15,19 112:3
**permitted**
28:3
**person**
23:14 41:1,10 47:17 82:23
88:19 90:4 96:17,20
**personal**
5:16 14:19 15:1,5,8
**personally**
22:25 23:1,3,6 52:25 71:4
81:8 85:16 107:21
**pertains**
93:16
**phase**
36:19 37:12,16 100:8,18
111:20,20
**phone**
5:13 14:8,9 41:7
**piece**
93:17
**pinos**
11:19
**place**
1:9 73:3 123:7
**placed**
53:6 54:3
**plan**
50:13
**planning**
37:6,10,14,18,22 39:1
**plans**
50:23
**play**
118:3
**please**
4:18,25 5:8 8:14,24 17:22
46:2 67:17 93:21 102:3
104:15 120:24
**pledging**
51:19
**plus**
87:7 94:22,23
**point**
15:7 48:12 67:16 87:1
**ponce**
36:2,3 83:8 97:20,24 98:9
107:3

**pose**
117:21
**positive**
124:3
**potential**
114:25
**potentially**
18:20
**powerpoint**
40:9
**powers**
55:24 58:23
**practice**
17:12,15
**predevelopment**
37:6
**prematurely**
85:12 92:4 98:12 111:24
**preplanning**
100:18
**present**
8:12
**presentations**
40:9,10
**presented**
39:17 42:11 67:4
**presenting**
109:17
**pretty**
16:19,25 124:21
**prevent**
11:2
**previous**
9:13,18
**previously**
6:25 7:21 31:4 45:1 69:2
70:3 101:11
**price**
109:9,13 129:6
**primarily**
92:20 101:20
**principal**
38:15,19 87:8,10 94:22
106:4
**principally**
45:10
**principals**
46:11 87:6 88:5
**principles**
76:25
**prior**
6:12 7:2 8:25 21:5 34:20
45:23 60:6 66:8 69:4 74:25
77:19 80:25 83:3,9,22 91:9
112:14,23 113:24 114:3,10
114:11,17 115:7 121:19

**prior (cont.)**
126:17,21
**privately**
24:4,11 25:6,15
**privilege**
27:5,12,18,25 28:20,25
121:7
**pro**
86:3 89:15,25 90:1,6,8,17
90:23 91:3,25 104:6,22
108:7,14,16,23,25 116:22
117:4
**problem**
109:21
**procedural**
8:6
**procedures**
8:8
**proceeding**
4:16 22:2,11,14
**proceedings**
6:3 128:13 129:8
**proceeds**
49:10 103:25
**process**
13:5 29:14 62:17
**produce**
18:8
**produced**
29:14 30:7,16 67:9
**producing**
29:15
**professional**
17:18,19
**professionals**
18:10
**profile**
15:15
**profit**
94:23
**profitability**
91:5 108:18
**profitable**
38:8 64:13,16 90:25
**profits**
39:21 88:12
**project**
23:5 37:8,16,20,24 38:8,10
38:15,18 60:8 71:3 73:18
73:22 82:1,9,15 83:8 86:7,9
86:10,12,20,23,23,25 87:2
87:5 88:13 90:2 92:3 94:18
94:25 95:13,17,22 96:8,11
97:20,25 105:5 107:4 109:6
109:8,18 110:2,9,19 116:15
117:17,23,24

**projects**
35:3,5,7,9,24 37:5 38:25,25
39:2 40:20 44:10 50:5
53:14 54:4,4 55:7 58:20,24
59:15 64:9,15,19 75:13,20
81:8,23 82:15 83:4 85:13
85:22 86:6,18 88:2,11,16
88:19,22 89:1,4,8,9,13,16
89:21 90:7,24 91:4,9,17,21
91:22 92:2,5 98:8,10,14,20
98:22 99:23 100:4,7,11,20
100:22 106:14 107:22
108:15,17 110:24 111:3,10
111:19,22,25 116:12 117:5
118:20 119:3,6,8,14 120:9
**promote**
87:25
**proofreader's**
128:1
**properly**
123:24
**properties**
12:1,5,25
**property**
35:12,16,20 36:2,6,10,14
36:18,22 37:1,12,25 38:3,5
38:12 93:17 95:24,25 96:3
105:2
**proposed**
118:6,9
**prosecution**
27:9
**prospective**
39:24 40:10,13,24 41:11,14
89:7,12,16,21 108:24
109:13,18 116:24 117:6
119:2,7
**provide**
6:2 11:13 19:4 25:22 33:24
39:23 40:2,5,8 46:15,18,21
50:16 58:18 60:12,17,21
73:12 76:12,15,19,24 89:1
89:15,19 94:17 112:11
**provided**
6:13 7:3 34:8 42:14 44:17
61:19 67:23 70:9,13 74:4
74:22 75:25 76:3 77:17
79:16 81:10 87:5 89:7 90:3
91:23,25 105:22 106:13
113:10
**provider**
115:8
**provides**
68:5 102:5
**providing**
73:25 74:10 76:11 90:24

[providing - representing]

**providing (cont.)**
112:14
**provision**
51:7
**provisions**
6:8 49:11 104:2
**public**
73:23 75:9,14,20 76:7
**publicly**
23:19,25
**purchase**
53:18 54:11,22
**purpose**
30:24 44:8 45:13
**purposes**
4:16 107:14 114:21
**pursuant**
1:17 7:25 54:10 83:4 95:3
**pursue**
19:10
**put**
62:12,14,18,24 87:7,23
123:13
**putting**
62:21 90:8,13

**q**

**quarter**
73:14 74:2,14,17
**quarterly**
74:21
**question**
8:4,12,13,15,17,18,24 10:1
10:3,11,19,23 13:24,24
20:5 24:8 25:4,20 27:10,16
27:24 28:18,23 29:1 30:12
31:3 44:5 50:2 52:16
120:20,22
**questioned**
10:17
**questions**
7:8 8:13 9:15,21 11:12
13:10,13,15,18,21 14:2
21:9,18 27:15,19 28:4,10
30:3,13,22 31:15 34:4
38:22 42:9 44:16 45:19
48:3 49:2 50:20 55:4 56:24
57:21 59:18 72:1 75:24
81:5 83:23 85:9 91:20 98:7
98:21 111:18 115:4 116:5
117:21 118:1,4,7,10,16
125:15,19 126:5,19
**quick**
44:5
**quickly**
61:8

**quite**
18:9

**r**

**raise**
4:18 41:14
**raised**
43:3,7 44:16,20 91:13,16
**rata**
86:3 104:7,22
**rate**
39:12
**ray**
126:22
**reach**
48:12 127:8
**reached**
47:12
**read**
7:5 67:12
**ready**
72:19
**real**
18:9 19:10,23,25 20:4,7,8
20:12,16,19,21 35:3,5
38:24,25 58:22 59:15 85:22
93:17
**reason**
9:3 11:4 19:12
**reasonable**
49:16
**reasons**
52:7,7
**recall**
10:9 18:23,24,24 23:12
79:15,23 84:11 122:9 123:6
124:19
**receipts**
107:7
**receive**
42:1,5 61:13,15 63:25
69:13
**received**
7:21 63:22 69:6 106:16
125:9 126:24
**recitals**
93:2
**recognize**
67:24
**recollection**
10:10,16
**recollections**
10:2,20
**record**
4:2 5:1 6:12,24 7:2 8:20,25
9:2,3,5,7,8 12:15 22:19
26:4,18,23 29:4 48:14,16

**record (cont.)**
72:15,19,21 78:22 79:2
98:23 102:14,16,19 115:20
115:22 121:10,12 126:7,10
127:9 129:9
**recorded**
116:10,15 128:12
**records**
29:9,11 30:4,14 33:15
84:19 116:10,16
**recourse**
104:25
**redeemed**
43:24
**redlands**
37:12,13
**refer**
12:16,22 35:6,13,17,21
36:3,7,11,15,19,23 37:2,9
37:13,17,21 55:23 73:9
77:1 98:24 104:16
**reference**
51:23
**references**
55:25
**referred**
12:19 87:11 88:9 113:17
**referring**
12:10,20 32:5
**reflect**
63:18
**refreshes**
10:16
**refuse**
27:12,23
**refused**
107:17
**regarding**
60:9 116:22 120:12,17
121:2,21 123:19
**regional**
1:10 2:6,9 4:4,12,14
**regis**
112:11,14,23 113:24 114:3
114:10,11,17 115:7
**regular**
58:12
**regularly**
124:12
**regulation**
16:23 17:2
**relate**
13:25
**related**
73:16 90:22 107:9 114:21
119:14 120:5

**relating**
23:8
**relatively**
78:13
**release**
106:20 107:17,18
**released**
106:21 107:1
**relied**
62:23 74:16
**remaining**
81:2 86:15
**remember**
10:9 16:18,25 17:3 23:17
121:25 122:6 124:7,20
**remitted**
114:9,15 115:9,12
**removal**
34:20 81:1 91:10
**removed**
119:16
**repay**
106:9
**repayment**
103:22
**repeat**
8:24 24:7 26:16 30:11
82:11 120:22,23
**rephrase**
56:24 80:13 91:14
**report**
73:15 129:7
**reporter**
8:7,19 9:1,4 67:22 92:11
108:9 129:6
**reporter's**
129:1
**reporting**
1:24 73:10
**reports**
34:22 75:25 76:3,4,6
**represent**
5:19,21 13:6 26:8 51:12
67:3 97:16 109:25
**representation**
110:10
**representations**
42:12 50:21 91:24
**representative**
28:14
**represented**
5:5 39:13 67:10 106:22
110:6
**representing**
5:12,16

[repurchase - social]

**repurchase**
53:8,13
**repurchased**
53:23
**request**
29:16,23 30:5
**required**
60:7 75:25 76:12,15,19,23
79:13
**requirements**
73:10
**residential**
11:17,24 12:1
**resources**
112:20
**respect**
13:8,12,21 25:19 47:4
51:25 53:6 64:3,6 73:25
74:10 82:18 85:2 90:6 91:5
95:15 96:23 103:2 108:17
113:4,9 116:7 117:3,4,22
117:24 118:11
**respective**
24:16 25:11,14 66:24 72:8
82:14 83:4 85:14 86:6 87:6
88:5 92:6 94:4 98:14 104:7
111:3,9 112:1 116:11
117:16 118:20
**respond**
69:17,23 77:22 109:11
110:5 126:1
**responding**
117:25 118:3
**response**
8:22
**responses**
8:21 118:6,10
**responsible**
29:23 45:10 90:8 92:20
101:20 112:24
**responsive**
10:3,11,19 29:16,23 30:5,8
30:15,18
**rest**
113:20
**restart**
101:12
**restate**
20:5
**restated**
3:9,15,19 45:8 48:24 92:17
101:17
**restating**
119:4
**resume**
78:21

**return**
39:13 73:4
**revenue**
81:17,20 85:10 105:3
114:16
**revenues**
91:5 108:18
**review**
6:18 7:6,20 45:16 67:12
74:24 92:25 101:24
**reviewed**
77:18
**reviewing**
10:15
**revised**
75:4
**right**
4:10,18 13:10,21 21:16
23:17 26:15,19,25 28:10,24
29:8 46:9 63:6 68:6 116:4
127:5
**rights**
13:14 14:3 26:10 28:14
30:10,19 34:10 39:3 42:16
44:23 45:24 48:8 50:25
55:12,24 58:1 59:24 72:10
76:9 81:13 85:18 92:7
98:16 112:6 115:13
**rishi**
1:7 3:4 4:20 5:2 7:19 56:3
61:12 63:5 68:4 70:24
128:4
**rkapoor**
14:16
**role**
25:19 57:21 59:6,18,23
90:13 118:3 119:18,21
120:8
**romny**
122:2
**romy**
122:3
**ross**
2:16 5:11 121:8
**roughly**
11:22

**s**

**sake**
35:7
**salaries**
61:17 65:15 66:24 71:21
72:9 85:3
**salary**
61:13,16,20,23 62:2 63:8
63:18,21 64:23 65:9,18,21
66:11,15,19 68:2,5,6,9,13

**salary (cont.)**
68:18,21,25 69:3,10,21
71:14 72:3,6
**sale**
38:12
**sales**
106:17,25 107:11
**saw**
69:3
**says**
28:18 46:3,6 49:5,14,17
51:6 62:10 68:3 73:10,19
93:3,7 104:5
**schedule**
39:16 46:4,6,25 47:6,8,21
47:24 94:17,20 97:19 102:4
103:3
**school**
15:18,20 16:6,11,16 17:21
17:23 18:1 20:17,24 24:25
25:2
**scope**
13:22
**screen**
118:6,9
**sec**
4:15 6:21 7:14 13:7 28:1
45:2 67:18 70:5 92:9
100:24
**second**
3:9 21:13 45:7 48:24 70:22
93:3 102:10,14 104:4
**section**
103:23 104:3
**securities**
1:1,9 2:3,8 4:5,7 6:4,8
16:23 17:1 22:2,6 23:24
**seeing**
64:23
**seek**
41:18,20,23
**select**
122:5
**self**
27:5,18 28:10,15,25
**senior**
2:4,5,7 4:7,9,13 71:21
113:16 126:23
**sense**
98:25
**sent**
74:25
**sentence**
73:19 104:4
**separate**
99:14,17

**series**
8:12
**service**
82:2
**services**
1:24 112:11,15
**session**
11:9
**set**
30:25 39:12 51:9 69:14
74:9 76:1 77:23 93:10 94:9
99:4 100:21
**setting**
69:20
**seven**
57:2
**shake**
125:16
**sheet**
73:16
**show**
27:17 70:18 101:15
**showed**
29:18
**showing**
44:25 70:2
**shows**
70:23,23
**sic**
122:2
**sign**
46:16 107:17
**signed**
106:20 107:18
**significantly**
68:12 84:12
**similar**
25:4 68:11 100:21 108:7,14
**similarly**
12:22
**simplicity**
35:7
**simply**
35:6 77:1
**sir**
5:7 6:19 7:10 11:25 12:21
15:25 16:13 20:25 25:10
34:11 39:4 42:17 48:9 51:1
59:25 72:20 85:19 92:8
112:7 115:14
**sit**
17:8
**small**
67:12
**social**
15:9

**[sold - terms]**

**sold**
37:25 38:3,6 39:2 97:24
**sole**
52:22 60:5
**solicit**
41:11,14 47:17
**solicited**
48:5 88:15 91:21
**soliciting**
109:7,22 118:19 119:1,13
**somebody**
122:11
**somewhat**
67:12
**sorry**
8:3,4 19:13,20 21:15 23:2
26:16 30:11 44:5 89:25
101:5 108:9 111:6 113:8
118:8 120:13 124:11
**sort**
20:3 21:9 62:5 93:24 94:21
**sources**
25:23 31:21 32:25 63:25
81:16,20 85:9 106:8
**south**
5:13
**spalding**
2:17 5:12
**spe**
37:21
**speak**
8:5
**speaking**
86:22 98:19
**specific**
10:4,19 50:7 88:11 95:12
**specifically**
98:8,21 111:19
**specify**
12:10
**spell**
4:25
**split**
87:15 88:7 98:2
**spoke**
83:22
**spoken**
120:11,14,16 121:1,5,20
123:18
**sponsor**
83:15 86:8,13,18 87:16,20
87:23,24 88:1 93:4 97:23
104:20 105:4 108:4
**sponsors**
88:8 94:24

**sponsor's**
87:25
**staff**
4:13 9:1 22:2 28:11 48:20
72:24 79:6 102:23 116:1
121:16 126:14
**staffing**
24:24 25:1,17
**stage**
13:11 37:6,6,22
**stages**
37:10,14,18 39:2
**stamp**
46:2 49:4 51:3 62:7 65:12
70:4 73:7 93:21 94:1,13
95:7 102:3 103:19
**stamped**
45:5 92:13 101:3,16 104:15
**stamps**
67:8
**standard**
4:3 10:23
**start**
18:12 21:11 31:2,7,9,11,18
31:22 34:8 108:11
**started**
17:24,25 18:1,9 21:2 24:24
34:4 60:25 106:1 112:10
**starting**
17:23 33:25
**state**
4:25 5:9 6:10 17:8,10,13,16
22:6,10 27:12 49:12 115:9
115:12 129:3
**stated**
65:15 98:23
**statement**
125:23
**statements**
9:16 73:17,21 74:3,5,11,13
74:17,21,24 75:4,8,11,18
75:24 76:2,6,13,15,19,24
77:4,11,13,17,23 79:11,11
79:12,16 81:10 126:1
**states**
1:1 4:5 6:4 49:8 56:2,10
60:5 61:12,14,17 63:6 68:2
68:6 103:21
**status**
55:10
**stenographic**
129:9
**stenographically**
129:7
**step**
31:11 84:1 102:12

**stewart**
36:22,23 37:1,2
**stopped**
100:14
**stradigys**
18:21,23
**strike**
80:13 84:21 118:23
**structure**
43:15
**structured**
34:13,17 38:23 42:10
**suarez**
118:25 119:7
**subject**
103:22
**subjects**
13:25
**submitted**
77:5,12,20,24 79:13 118:10
**subpoena**
3:8 7:18,24 29:17,24 30:6,9
30:16,18 126:25
**subpoenaed**
124:10,23,25 125:3
**subpoenas**
125:9
**subsection**
51:18,25 60:2,4,4 94:19,19
**subsections**
51:22 60:4 94:16
**subsequent**
17:7 67:4
**subsidiaries**
24:16 25:11,14 50:4 53:7
73:22 75:12,19 81:22 83:15
**subsidiary**
51:24 60:9 86:19
**substance**
11:1 14:24
**substantially**
51:21
**substantive**
9:6 48:19 72:23 79:5
102:22 115:25 121:15
126:13
**suite**
1:11 2:10,18 113:18
**summarized**
9:8 105:9
**summary**
3:13 70:8,14
**sunbiz**
31:10
**super**
51:10,11 52:14,18 53:8,12

**super (cont.)**
53:17 55:5
**supplemental**
6:14,18 7:1,4
**sure**
10:5 16:19 20:6 28:17
48:13 115:17 118:9 121:9
124:21
**susceptible**
50:8
**swear**
4:17
**switch**
67:21
**sworn**
4:22

**t**

**taken**
48:15 51:8 72:17 78:24
83:24 102:18 115:21
121:11 126:9
**talk**
124:12
**talked**
25:17 122:1 126:23
**talking**
19:17 79:9 88:7
**talks**
55:23 104:3
**tasked**
117:25
**taxes**
113:25 114:4,7,9,13,15
115:4
**tco**
86:24 87:5
**team**
121:25
**telephone**
5:10 14:6,8,13 88:22
**tell**
9:3,11,17 10:1 12:7 21:10
39:9 42:18 55:17 80:17
88:11 109:20
**telling**
55:13
**temporary**
86:24
**tenure**
44:7
**term**
51:12
**termed**
79:23
**terms**
39:9 80:17

**[testified - ventures]**

**testified**
4:22 22:1,5,8,10 60:24
124:10,23,25 125:10

**testify**
125:20

**testifying**
11:2 124:16

**testimony**
4:10 6:16 8:10 9:12,14,20
10:18 11:5,8 27:4,8 128:13

**text**
41:5 89:4

**thank**
44:12 57:8 67:16 118:13
123:15 127:6

**therishikapoor**
14:22

**things**
9:21 13:11 28:8 126:20

**think**
8:6 13:23 14:14 15:2,15,16
16:14 17:20 19:23 21:7
22:12,16,22 23:3,6 25:3
28:17 31:14 78:11 97:13
98:23 101:5 115:18 116:5
122:10 123:23 124:5,6
125:24

**thinking**
124:5

**third**
47:12 112:10 115:8

**threatened**
55:14

**threats**
55:18

**three**
49:17 100:7 105:1 111:22

**time**
4:3 9:11,16,18,23 13:15
14:4 17:25 18:5 19:16,19
19:23 20:2,10 21:17 25:24
34:13,17,22 35:1 43:15
49:19 52:5 54:21 67:2
74:11 78:10,15,25 80:22
81:15 83:3 84:25 103:15
105:16 107:11 108:23
109:6,22,25 110:6,13 113:8
114:20 115:7 120:13
125:19 127:6

**timeline**
91:6 108:18

**timely**
74:4 76:3

**times**
49:15 55:6,14 85:13 90:21
92:4 98:12 111:24

**timing**
82:18,24

**title**
63:4 68:4 106:17 107:1,19

**titled**
51:5 58:5 61:9 93:22 94:15
95:8 104:16

**today**
5:6,17 7:25 8:9,12 9:20
11:2,5 95:25 123:20 124:5
124:13,17 125:23 126:2
127:7

**top**
62:10 87:10 88:6 93:25
94:23

**total**
44:20 53:3 84:2,6 96:24
97:2 114:23

**totaled**
85:16

**totaling**
83:9

**track**
43:6

**tracked**
43:10

**traffic**
21:20

**transaction**
3:13 70:23,24 71:7

**transactions**
70:9,15,17

**transcript**
128:11 129:8

**transcription**
128:12

**transfers**
81:7

**transition**
20:19

**transitioned**
21:2

**traumatic**
19:12

**treated**
113:6,11,14,21

**trial**
25:1

**true**
31:24 40:13,18 52:13,17
58:11 59:5,10 68:23 69:9
71:20 74:8 75:7,11,16 76:5
76:18 81:11,19,25 83:12
85:20 90:20 91:2 99:13,22
99:25 100:6 106:20 107:6
110:18 111:1,7 118:22,24

**true (cont.)**
119:5,10,12 128:11 129:9

**trust**
22:24 54:16

**truthful**
27:16

**truthfully**
11:2

**try**
8:15

**trying**
15:2 19:20 22:22 123:23

**tuesday**
1:13 127:10 128:6

**turn**
30:22 46:5 49:3 51:2 61:8
62:5 73:6 94:11 95:6 98:18
98:20 102:2 103:18 104:14

**type**
41:17 50:7 92:2

**types**
85:10 98:10 111:22

**typically**
74:9 90:3

---

**u**

**u.s.**
4:7 76:7,25 77:1,6,13 78:1
79:12 81:11

**ulis**
22:23 23:11 46:16,19 53:9
53:14 54:9,17,23 55:10
98:3

**ultimate**
116:21 117:3,10,15

**ultimately**
19:8

**unaware**
125:12

**undergrad**
16:5,8

**undersigned**
128:10

**understand**
8:13,14,17 9:9 10:6,13,21
11:7 21:14 27:21 28:5

**understanding**
27:11

**undertook**
62:18

**united**
1:1 4:5 6:4 32:8,12,15,18
32:22 33:1,5,9,14,17,22
34:7

**units**
42:5 46:10 102:7 103:14

**university**
16:2,4,12 17:5

**urbin**
3:20 12:12,19,20,22,23
13:2,19,22 14:13,24 21:19
23:5,9 24:14 25:9,13,25
36:10,11,14,15,18,20 37:8
37:9 38:25 54:4,7,15 55:8,9
79:19,25 80:3,6,9,15,21,22
81:7,9 98:22,24,24 99:1,4,7
99:11,13,17,23 100:1,4,4,7
100:7,8,9,14,15,17,20
104:20 105:4,4,10,13,17,22
105:23 106:1,9,12,14,16
107:9,12,22,24 108:4,16
109:6,8,17 110:1,7,13,18
110:23 111:3,9,14,18,19,20
111:20 112:4,4 116:11,17
117:17,24,24 118:19,21,22
118:24 119:2,6,7,22 120:5
120:9

**use**
15:5 31:18 44:6 106:12

**utilize**
14:13

---

**v**

**valencia**
35:17,18

**variety**
12:6 18:6

**various**
50:3 81:23 88:15 97:3
116:6 118:20

**venture**
35:24 53:18

**ventures**
1:5 5:22 6:6 12:12,13,16,17
13:1,13,19,22 14:12,24,25
17:24 21:3,6,11,19 24:14
25:8,13,20,24 30:23,24
31:2,8,12,19,22 32:1,19,23
33:3,7,11,14,19,21 34:1,5,7
34:9,13,16,20 35:1,4 38:1
38:23,24 39:6,7,10,14,18
39:21,25 40:3,6,11,16,19
41:11,13,18,20,23 42:2,5,6
42:10,15,19,23,25 43:4,6
43:10,16,19,22,24,25 44:6
44:7,9,10,18,19,20,21 45:9
45:16,20 46:13 47:10,14,16
47:20,25 48:4,6,25 49:20
49:20,24 50:4,8,16,21
51:14 52:2,4,8,11,13,17,23
53:1,4,7,10,15,21 54:11,19
54:21,25 55:7,11 56:2,5,8

**[ventures - young]**

**ventures (cont.)**
56:13,16,19 57:12,13,16,22
57:25 58:9,11,15,18,22
59:1,6,8,11,15,19,20 60:13
60:17,21,25 61:2,6,22 62:1
62:15,18,20 63:1,23 64:4,6
64:9,13,15,19,25 65:3,13
66:3,4,7,12,16,20,25 67:10
67:25 68:3,15 69:15,18
70:19 71:3,9,11,16,23 72:1
72:4,7 73:5 74:4,8,14,21,25
75:5,7,12,16,25 76:13,14
76:18,21,24 77:5,11,24,25
78:2 79:10,16,18,25 80:2,5
80:8,15,22 81:1,6,16,17,19
81:21 82:5,9,16,21,25
83:13,14,15 84:4,9,17,18
84:24,24 85:6,10,22,23
86:1,17,19 88:16,22 89:1,4
89:8,22 90:7,7,17,21 91:3,9
91:11,17,20 92:24 97:23
98:7,20 99:2,7,10,17,18,22
100:1,3,22 105:22 106:2,10
108:8,15 110:23 111:3,9,14
112:3,9,12,15,16,19,20,24
113:5,10,16,21,24 114:3,8
114:14 115:5 116:11,17,23
117:11,16,22 118:18,21
119:14,17,19,25 120:4
122:4 128:3

**verbally**
8:23

**verify**
90:17

**versions**
45:23

**versus**
85:22 86:9 93:13

**vi**
51:22

**videoconference**
79:1

**villa**
35:17,18

**violation**
21:20

**violations**
6:7,10

**virsocom**
18:18,22

**vivian**
65:20 66:18 120:7 122:10
122:18 125:8

**voluntarily**
27:20

**voted**
56:7

**votes**
51:14

---

**w**

**wages**
68:3 84:10,18

**want**
7:20 9:2 21:8 26:22 56:24
60:1 102:13 120:22 121:7
123:23 124:11

**wanted**
19:9,16,22 20:19 50:2 68:8
70:14 73:4 101:15

**wanting**
19:10

**wants**
26:20

**waterfall**
88:9

**ways**
94:21

**webex**
2:7 4:10

**websites**
40:18

**went**
16:11 18:19 48:23 105:23

**we've**
98:19

**whatsoever**
10:11

**wholly**
53:22

**wife**
23:11 120:17 121:2,20
123:19,22

**winding**
49:10 104:1

**winmar**
110:22 111:2,4,5,8,10,11

**wish**
27:11,17 125:20,22,25
126:5,18

**wishes**
93:8

**withheld**
29:21 30:7,17

**witness**
1:7 2:14 3:3 4:17,21 5:12
10:24 13:16 26:2,16,24
31:4,16 102:10 120:24
122:9 123:9,22 124:2,4
126:22 127:2 128:4

**wondering**
123:13

---

**woodforest**
76:20,21,23 77:5,12,18,20
77:24 79:13,17 81:10

**words**
27:14 87:25

**work**
18:9 100:4,14 113:10

**worked**
18:6 20:16 100:1 113:5,9

**workers**
111:4

**working**
113:20 119:25 120:4,5

**world**
20:4,12

**written**
60:6 61:2,5

**wrong**
101:6,8,11

---

**y**

**yeah**
8:3 15:3 18:3,16 24:1 55:19
78:14 82:12 122:19 123:14
123:22,24 124:15,18 125:8

**year**
15:17,19 16:3 18:12,22
21:10 25:1 60:16,20 61:1
62:11 63:8 64:11,20 65:10
67:5 68:9 69:3,4,11,24
73:13,14 74:2,6,14,18

**years**
11:22 19:18 57:12,17,22
61:1,4,24 62:3 66:3,8 67:4
69:15 71:14 72:2,3 83:16
83:25 114:9,16

**yep**
102:15 121:24 122:15,21
122:23 123:3 127:2

**young**
19:11



## BUYER'S CLOSING STATEMENT

**Date:**  3/13/2023

**Vessel Description:**  PRINCESS Y72-041
HIN: VSC72041B323

**Buyer:**  RISHI KUMAR KAPOOR & JENNIE ELIZABETH FRANK  KAPOOR
1233 LOS PINOS BLVD.
CORAL GABLES FL 33143

**Seller:**  HMY YACHT SALES, INC.
817 NE 3RD STREET
DANIA FL 33004

| | |
|---|---:|
| Purchase Price: | $5,352,794.00 |
| Addition to Order 1 - Wolf Cooktop | $1,840.00 |
| Addition to Order 2 - 6 Step Quick Step | $10,508.00 |
| TOTAL | $5,365,142.00 |
| Florida Sales Tax | $18,000.00 |
| TOTAL | $5,383,142.00 |
| Escrow Deposit: | ($1,070,559.00) |
| Financing | ($4,282,235.00) |
| Balance Due at Closing: | $30,348.00 |

_____
**Reviewed & Accepted      Date**
**Buyer: Rishi Kumar Kapoor**

_____
**Reviewed & Accepted      Date**
**Buyer: Jennie E Kapoor**

_____ 3/13/2023
**Reviewed & Accepted      Date**
**HMY Yacht Sales, Inc. - Broker**

**EXHIBIT**

_____
**AA**

SEC-HMY-E-0000003

SEC-HMY-E-0000003

Viking Sport Cruisers, Inc- Florida
1 N Clematis St. #102
West Palm Beach, FL 33401

| Hull Number | Y72041 |
| ORDER DATE | 3/24/2022 |
| ESTIMATED FACTORY COMPLETION | January-23 |
| EX WORKS | Palm Beach |

DEALER/ADDRESS
HMY Yacht Sales
817 NE 3rd Street, suite 1
Dania Beach, FL 33004

## ADDITION TO ORDER-1

**Issue Date:03/01/23**

| | | |
|---|---|---|
| Wolf Cooktop | NET | $1,840 |
| | Total | $1,840 |

Page 1 of 1

SEC-HMY-E-0000004

Viking Sport Cruisers, Inc- Florida
1 N Clematis St. #120
West Palm Beach, FL 33401

**DEALER/ADDRESS**
HMY Yacht Sales
817 NE 3rd Street, suite 1
Dania Beach, FL 33004

| | |
|---|---|
| Hull Number | Y72041 |
| ORDER DATE | 3/24/2022 |
| ESTIMATED DELIVERY | Mar-23 |
| EX WORKS | Palm Beach |

## ADDITION TO ORDER-2

Issue Date:03/10/23

| | | |
|---|---|---|
| 6 Step Quick Step | NET | $10,508 |
| | Total | $10,508 |

Page 1 of 1

DEPARTMENT OF HOMELAND SECURITY
**U.S. Coast Guard**
**BILL OF SALE**

OMB No: 1625-0027
Expires: 04/30/2023

| 1. VESSEL NAME **2023 PRINCESS** | 2. OFFICIAL NUMBER OR HULL ID NUMBER **VSC72041B323** |
|---|---|

**3. NAME(S) AND ADDRESS(ES) OF SELLERS**
HMY YACHT SALES INC.

817 NE 3RD ST.
DANIA BEACH FL 33004

3A. TOTAL INTEREST OWNED *(IF LESS THAN 100%)*: _____ **100** _____ %

**4. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH**
RISHI KUMAR KAPOOR AND JENNIE ELIZABETH FRANK KAPOOR

7233 LOS PINOS BLVD.
CORAL GABLES FL 33143

4A. TOTAL INTEREST TRANSFERRED (100% UNLESS OTHERWISE SPECIFIED): _____ **100** _____ %

**4B. MANNER OF OWNERSHIP. UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST. CHECK ONLY ONE OF THE FOLLOWING BLOCKS TO SHOW ANOTHER FORM OF OWNERSHIP.**

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP    ☐ TENANCY BY THE ENTIRETIES    ☐ COMMUNITY PROPERTY

☐ OTHER *(DESCRIBE)*

**5. CONSIDERATION RECEIVED** *(ONE DOLLAR AND OTHER VALUABLE CONSIDERATION UNLESS OTHERWISE STATED)*

**6. I (WE) DO HEREBY SELL TO THE BUYER(S) NAMED ABOVE, THE RIGHT, TITLE AND INTEREST IDENTIFIED IN BLOCK 4 OF THIS BILL OF SALE, IN THE PROPORTION SPECIFIED HEREIN.**

VESSEL IS SOLD FREE AND CLEAR OF ALL LIENS, MORTGAGES, AND OTHER ENCUMBRANCES OF ANY KIND AND NATURE, EXCEPT AS STATED ON THE REVERSE HEREOF. VESSEL IS SOLD TOGETHER WITH AN EQUAL INTEREST IN THE MASTS, BOWSPRIT, SAILS, BOATS, ANCHORS, CABLES, TACKLE, FURNITURE, AND ALL OTHER NECESSARIES THERETO APPERTAINING AND BELONGING, EXCEPT AS STATED ON THE REVERSE HEREOF.

| 7. SIGNATURES OF SELLER(S) OR PERSON(S) SIGNING ON BEHALF OF SELLER(S). | 8. DATE SIGNED 3/14/2023 |
|---|---|

**9. NAME(S) OF PERSON(S) SIGNING ABOVE, AND LEGAL CAPACITY IN WHICH SIGNED** *(E.G., OWNER, AGENT, TRUSTEE, EXECUTOR)*
LAWRENCE J. THOMAS / VP

**10. ACKNOWLEDGMENT (TO BE COMPLETED BY NOTARY PUBLIC OR OTHER OFFICIAL AUTHORIZED BY A LAW OF A STATE OR THE UNITED STATES TO TAKE OATH.)**

ON _____ 3/14/2023 _____    THE PERSON(S) NAMED IN SECTION 9    STATE: Florida
 *(DATE)*
ABOVE ACKNOWLEDGED EXECUTION OF THE FOREGOING INSTRUMENT    COUNTY: Palm Beach
IN THEIR STATED CAPACITY(IES) FOR THE PURPOSE THEREIN CONTAINED.

NOTARY PUBLIC: _____ Kristi Ekasala _____

KRISTI EKASALA
MY COMMISSION # GG 908024
EXPIRES: September 7, 2023
Bonded Thru Notary Public Underwriters

MY COMMISSION EXPIRES: _____ September 7, 2023 _____
 *(DATE)*

CG-1340 (05/20)    Previous Edition Obsolete    [Reset]

DR-41C  r.3/84

**Florida Department of Revenue**
**DEALER'S SALES TAX STATEMENT**

Date:  March 13, 2023

I certify that the sales tax under Chapter 212, Florida Statutes, has been paid by the purchaser on the boat described herein:

| | |
|---|---|
| Purchaser's Name: | Rishi Kumar Kapoor & Jennie Elizabeth Frank Kapoor |
| Address: | 1233 Los Pinos Blvd. |
| City, State Zip | Coral Gables, FL  33143 |

| | |
|---|---|
| Previous Owner's Name: | HMY Yacht Sales, Inc. |
| Address: | 817 NE 3rd Street |
| City, State Zip | Dania Beach, FL  33004 |

**VESSEL DESCRIPTION:**

Make: Princess          Model:     Y72          Year:  2023

Hull ID Number:     VSC72041B323          Vessel Name:

State Registration or Documentation No:  New

Length: 68'7"  Beam: 18'2"

Type:  ☒ Inboard      ☐ Outboard      ☐ Other

Date of Purchase:  March 13, 2023

Purchase Price: $5,365,142    Trade Allowance:               Tax Collected: $18,000*

*Includes 1% Palm Beach County Surtax

| | |
|---|---|
| Dealer's Name: | HMY Yacht Sales, Inc. |
| Address: | 817 NE 3rd Street |
| City, State Zip | Dania Beach, FL  33004 |
| Sales Tax No: | 16-8012028015-4 |

BY: _____
Authorized Representative

**This form is not valid unless completed in its entirety signed by selling dealer, and the dealer's sales tax registration number is shown.**

SEC-HMY-E-0000007

SEC-HMY-E-0000003

# MANUFACTURER'S
## STATEMENT OF ORIGIN
## TO A BOAT OR MOTOR

The undersigned CORPORATION hereby certifies that the new boat or

motor described below, the property of said CORPORATION, has been trans-

ferred this _10th_ day of _March_ 20 _23_ on Invoice No. _C14280C_

to _____ Viking Sport Cruisers-Florida, Inc. _____

(Distributor, Dealer, Etc.)

whose address is _1 N. Clematis Street, Suite 120_

(Street, City and State)

West Palm Beach, FL 33401

| | | |
|---|---|---|
| **YEAR** 2023 | **MODEL** 72 Motor Yacht | 68'7"**LENGTH** |
| **BOAT** Princess | **Mfr's Serial No.** VSC72041B323 | |
| **MOTOR** MAN V12 | **MOTOR No.** Port: 710 6396 809 6388 Stbd: 710 6396 811 6388 | **H.P.** 1650HP 1650HP |

The CORPORATION further certifies that this was the first transfer of such
new boat or motor in ordinary trade and commerce

**Princess Yachts Limited**

(Corporation)

By: _____   _Executive Director_

Title or Position

Newport Street

Plymouth, Devon PL13QG England

Office Address of Signatory (City and State)

**Approved by Div. of Watercraft**

**FIRST ASSIGNMENT**

FOR VALUE RECEIVED, the undersigned hereby transfers this Statement of Origin and the boat or motor described therein to _HMY Yacht Sales, Inc._
Address _817 N.E. 3rd Street, Dania Beach, FL 33004_ and certifies that the boat or motor is new and has not been registered in this or any other state; he also warrants the title of said boat or motor at time of delivery, subject to the liens and encumbrances, if any, as set out below:

| Amt. of Lien | Date | To Whom Due | Address |
|---|---|---|---|
| | | | |
| | | | |

Dated _March 14_ 20_23_ at _New Gretna, NJ_

_Viking Sport Cruises Florida_ (Transferor Firm Name)    By: _Evan Fichot_ Sign Here    _V. President_ Position

Dealer License (Permit) No. _____

Before me personally appeared _Evan Fichot_ who by me being duly sworn upon oath says that the statements set forth above are true and correct.
Subscribed and sworn to before me this _14_ day of _March_ 20_23_

Notary Public for _Burlington_ County, State of _NJ_

Notary Seal

COMM. EXPIRES

**SECOND ASSIGNMENT**

FOR VALUE RECEIVED, the undersigned hereby transfers this Statement of Origin and the boat or motor described therein to _____
Address_____
and certifies that the boat or motor is new and has not been registered in this or any other state; he also warrants the title of said boat or motor at time of delivery, subject to the liens and encumbrances, if any, as set out below:

| Amt. of Lien | Date | To Whom Due | Address |
|---|---|---|---|
| | | | |
| | | | |

Dated_____20_____at_____

_____ (Transferor Firm Name)    By: _____ Sign Here    _____ Position

Dealer License (Permit) No. _____

Before me personally appeared _____ who by me being duly sworn upon oath says that the statements set forth above are true and correct.
Subscribed and sworn to before me this _____ day of_____ , 20_____

Notary Public for _____County, State of _____

Notary Seal

**THIRD ASSIGNMENT**

FOR VALUE RECEIVED, the undersigned hereby transfers this Statement of Origin and the boat or motor described therein to _____
Address_____
and certifies that the boat or motor is new and has not been registered in this or any other state; he also warrants the title of said boat or motor at time of delivery, subject to the liens and encumbrances, if any, as set out below:

| Amt. of Lien | Date | To Whom Due | Address |
|---|---|---|---|
| | | | |
| | | | |

Dated_____20_____at_____

_____ (Transferor Firm Name)    By: _____ Sign Here    _____ Position

Dealer License (Permit) No. _____

Before me personally appeared _____ who by me being duly sworn upon oath says that the statements set forth above are true and correct.
Subscribed and sworn to before me this _____ day of_____ , 20_____

Notary Public for _____County, State of _____

Notary Seal

DEPARTMENT OF HOMELAND SECURITY
U.S. Coast Guard
**BUILDER'S CERTIFICATION AND FIRST TRANSFER OF TITLE**

OMB No: 1625-0027
Expires: 04/30/2023

## I. PHASE OF CONSTRUCTION COVERED BY THIS CERTIFICATE

☑ ENTIRE CONSTRUCTION

☐ HULL ONLY

☐ COMPLETION ONLY *(HULL BUILT BY ANOTHER)*

YEAR PHASE OF CONSTRUCTION

YEAR COMPLETED
2023

## II. VESSEL DATA

A. HULL IDENTIFICATION NUMBER OR HULL NUMBER
VSC72041B323

B. VESSEL NAME *(IF KNOWN)*

C. EQUIPPED WITH ENGINE
☑ YES   ☐ NO        OUTBOARD: ☐ YES   ☑ NO

D. PLACE OF BUILD *(CITY, STATE, COUNTRY)*
Plymouth, UK

E. HULL MATERIAL
☐ WOOD   ☐ STEEL   ☐ ALUMINUM   ☑ FIBROUS REINFORCED PLASTIC   ☐ CONCRETE   ☐ OTHER

## III. DIMENSIONS
*(COMPLETE APPROPRIATE DIAGRAM(S) - DIMENSIONS IN FEET AND TENTHS/INCHES)*

MONOHULL SHIP-SHAPE



L = 68'7"   B = 18'2"   D = 9'11"

MONOHULL SAILBOAT-SHAPE
☐ DISTINCT KEEL   ☐ FAIRED KEEL



L = _____   B = _____   D = _____

CATAMARAN-SHAPE
☐ SHIP   ☐ BARGE   ☐ SAIL DISTINCT KEEL   ☐ SAIL FAIRED KEEL



L = _____   B = _____   $B_1$ = _____   D = _____

TRIMARAN-SHAPE
☐ SHIP   ☐ BARGE   ☐ SAIL DISTINCT KEEL   ☐ SAIL FAIRED KEEL



$L_1$ = _____   $L_2$ = _____   B = _____
$B_1$ = _____   $B_2$ = _____   D = _____   $D_1$ = _____

MONOHULL BARGE-SHAPE



L = _____   B = _____   D = _____

DECKHOUSE FOR HOUSEBOAT OR SIMILAR



*(Complete in addition to hull diagram only if the volume of the principal structure above the main deck exceeds the hull volume)*

$L_6$ = _____   $B_6$ = _____   $D_6$ = _____

## IV. UNITED STATES BUILD STATEMENT

☐ ALL MAJOR COMPONENTS USED IN THE PHASE OF CONSTRUCTION COVERED BY THIS CERTIFICATE WERE FABRICATED IN THE UNITED STATES.

☐ ALL CONSTRUCTION AND ALL ASSEMBLY FOR THIS PHASE OF CONSTRUCTION WERE DONE IN THE UNITED STATES.

CG-1261 (05/20)                    PREVIOUS EDITION OBSOLETE                    Page 1 of 2

SEC-HMY-E-0000010

## V. NAME(S) AND ADDRESS(ES) OF PARTY(IES) FOR WHOM BUILT

Viking Sport Cruisers-Florida,Inc.
1 N. Clematis Street, Suite 120
West Palm Beach, FL 33401

IF BUILT FOR MORE THAN ONE PERSON, THE PERSONS NAMED ABOVE ARE TENANTS IN COMMON, EACH OWNING AN EQUAL UNDIVIDED INTEREST, UNLESS OTHERWISE INDICATED HEREIN: CHECK ONLY ONE OF THE FOLLOWING BLOCKS TO SHOW ANOTHER FORM OF OWNERSHIP.

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP    ☐ COMMUNITY PROPERTY

☐ TENANCY BY THE ENTIRETIES    ☐ OTHER (Describe)

## VI. CERTIFICATION

I, _____Will Green_____ DO HEREBY CERTIFY THAT THE FACTS RECITED HEREIN ARE

TRUE AND THAT I HAVE PERSONAL KNOWLEDGE OF THESE FACTS BECAUSE I:

☐ PERSONALLY PERFORMED THE CONSTRUCTION OR

☐ SUPERVISED THE CONSTRUCTION AT AND ON BEHALF OF:_____ OR
_(NAME OF COMPANY)_

☑ AM AN EMPLOYEE OF THE COMPANY WHO BUILT VESSEL AND HAVE EXAMINED THE RECORDS OF THE COMPANY CONCERNING THE FACTS OF BUILD OF THE VESSEL IN MY CAPACITY AS

_Executive Director_ OF Princess Yachts Limited
_(TITLE)_                  _(NAME OF COMPANY)_

NOTE: THIS CERTIFICATE MUST NOT
BE COMPLETED BY AN IMPORTER OR                    _10-Mar-23_
AN IMPORTER'S AGENT.                 _(SIGNATURE)_          _(DATE)_

## VII. FIRST SALE OR TRANSFER OF VESSEL

100% OF THE VESSEL IDENTIFIED HEREIN IS SOLD (TRANSFERRED) BY THE PARTY(IES) NAMED IN SECTION V TO THE FOLLOWING
PERSON(S) (NAMES AND ADDRESSES) HMY Yacht Sales, Inc
                              817 NE 3rd Street
                              Dania Beach, FL 33004
IF SOLD (TRANSFERRED) TO MORE THAN ONE PERSON, THE PURCHASER(S) (TRANSFEREE(S)) ARE TENANTS IN COMMON, EACH OWNING
AN EQUAL UNDIVIDED INTEREST, UNLESS OTHERWISE INDICATED HEREIN: CHECK ONLY ONE OF THE FOLLOWING BLOCKS TO SHOW
ANOTHER FORM OF OWNERSHIP.

☐ JOINT TENANCY WITH RIGHT OF SURVIVORSHIP    ☐ COMMUNITY PROPERTY

☐ TENANCY BY THE ENTIRETIES    ☐ OTHER (Describe) -->

## VIII. SIGNATURES OF SELLER(S) (TRANSFEROR(S)) OR PERSONS SIGNING ON BEHALF OF SELLER(S) (TRANSFEROR(S))

_Ryan Fitchett_                          DATE SIGNED: 3/14/2023

IX. NAME(S) OF PERSON(S) SIGNING ABOVE, AND LEGAL CAPACITY IN WHICH SIGNED (E.G. OWNER, AGENT, TRUSTEE, EXECUTOR)

_Ryan Fitchett Vice President_

X. ACKNOWLEDGMENT  (TO BE COMPLETED BY NOTARY PUBLIC OR OTHER OFFICIAL AUTHORIZED BY A LAW OF A STATE OR THE
UNITED STATES TO TAKE OATHS.)

ON _3/14/23_ THE PERSON(S)    STATE: _New Jersey_
_(DATE)_
NAMED IN SECTION IX ABOVE ACKNOWLEDGED EXECUTION    COUNTY: _Burlington_
OF THE FOREGOING INSTRUMENT IN THEIR STATED
CAPACITY(IES) FOR THE PURPOSES THEREIN CONTAINED.    NOTARY PUBLIC: _____

MY COMMISSION EXPIRES: _____

MICHELLE BABIK
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES 2/26/2026

## PRIVACY ACT STATEMENT

1. **AUTHORITY**: 46 U.S.C. CHAPTER 121, DOCUMENTATION OF VESSELS AND 46 CFR PART 67, DOCUMENTATION OF VESSELS

2. **PURPOSE**: TO PROVIDE BUILD INFORMATION, DIMENSIONS AND PARTY FOR WHOM BUILT.

3. **ROUTINE USES**: AUTHORIZED USCG PERSONNEL WILL USE THIS INFORMATION TO VALIDATE U.S. BUILD AND DETERMINE VESSEL MEETS
THE FIVE NET TON REQUIREMENT FOR DOCUMENTATION. ANY DISCLOSURES OF DATA WITHIN THIS RECORD WILL BE MADE IN
ACCORDANCE WITH DHS/USCG-013, MARINE INFORMATION FOR SAFETY AND LAW ENFORCEMENT (MISLE), 74 FEDERAL REGISTER (FR)
30305, JUNE 25, 2009.

4. **CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION**: VOLUNTARY  HOWEVER, FAILURE TO PROVIDE THE REQUESTED INFORMATION
WILL RESULT IN DENIAL OF APPLICATION, WHICH MAY PREVENT THE OWNER FROM OPERATING THE VESSEL IN A SPECIFIC TRADE.

AN AGENCY MAY NOT CONDUCT OR SPONSOR, AND A PERSON IS NOT REQUIRED TO RESPOND TO A COLLECTION OF INFORMATION UNLESS IT DISPLAYS A
VALID OMB CONTROL NUMBER

THE COAST GUARD ESTIMATES THAT THE AVERAGE BURDEN FOR THIS FORM IS 30 MINUTES. YOU MAY SUBMIT ANY COMMENTS CONCERNING THE ACCURACY
OF THIS BURDEN ESTIMATE OR ANY SUGGESTIONS FOR REDUCING THE BURDEN TO: U.S. COAST GUARD, NATIONAL VESSEL DOCUMENTATION CENTER, 792 TJ
JACKSON DRIVE, FALLING WATERS, WEST VIRGINIA 25419, OR OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF MANAGEMENT AND BUDGET, PAPERWORK
REDUCTION PROJECT (1625-0027), WASHINGTON, DC 20503

CG-1261 (05/20)                                                   Page 2 of 2

SEC-HMY-E-0000011

## IRREVOCABLE SPECIAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: THAT KNOW I/WE,

**HMY YACHT SALES INC.**

the undersigned (hereinafter referred to as "Principal") do hereby appoint Debra Rich or Barbara Velazquez as my/our attorney-in-fact to prepare, execute, and deliver a Bill of Sale in connection with the sale of the vessel identified as 2023 PRINCESS   Hull ID#: VSC72041B323, and any and all other paperwork necessary to complete the sale of said vessel.

Principal hereby grants to said attorney-in-fact full power and authority to do and perform each and every act and thing which may be necessary, or convenient, in connection with any of the foregoing, as fully, to all intents and purposes, as Principal might or could do if personally present, hereby ratifying and confirming all that our said attorney-in-fact shall lawfully do or cause to be done by authority hereof.

Wherever the context so requires, the singular number includes the plural.

Lawrence J. Thomas, Vice-President
HMY Yacht Sales, Inc.

STATE OF     Florida
COUNTY OF    Palm Beach

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On _____ before me, ____Kristi Ekasala_____ Notary Public, personally appeared ____Lawrence J Thomas____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the aforementioned state that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ____Kristi Ekasala_____ (Seal)

> KRISTI EKASALA
> MY COMMISSION # GG 906024
> EXPIRES: September 7, 2023
> Bonded Thru Notary Public Underwriters

SEC-HMY-E-0000003



## ACCEPTANCE OF VESSEL

We, Rishi Kumar Kapoor and Jennie Elizabeth Frank Kapoor, Buyers of the Y72-041 Princess, Hull ID# VSC72041B323, do hereby accept said vessel under the terms set forth in the Yacht Purchase Order dated August 9, 2022.

I hereby acknowledge that all conditions entered into on said Yacht Purchase Order, have either been performed or are hereby waived; and I agree to accept delivery of said vessel and pay the balance due thereon and close this transaction in accordance with the terms therein.

I have received a copy of this form and copies of all paperwork requested.  I understand that <u>no verbal agreement will be honored by this dealership</u> and that anything due to me must be listed below (except when covered by the manufacturer's warranty).

I have received the <u>Manufacturer's Warranty</u> and <u>Owner's Manuals</u> and a full warranty procedure explanation.

WITNESS                                        BUYER – Rishi Kumar Kapoor

WITNESS                                        BUYER – Jennie Elizabeth Frank Kapoor

Dated this _____ day of May, 2023.

SEC-HMY-E-0000013

# YACHT PURCHASE ORDER



**HMY**
**Y A C H T S**

| Today's Date | Tuesday, August 9, 2022 | | |
|---|---|---|---|
| Purchaser: | Rishi Kapoor or Assigns | | |
| Address: | 7233 Los Pinos Blvd | | |
| City, State, Zip Code | Coral Gables FL 33143 | | |
| Best Email Address: | rkapoor@location.ventures | Purchaser Phone: | 404-449-4931 |
| Broker | Alexie Creary | Broker Phone: | 305-393-6333 |

I HEREBY AGREE TO PURCHASE THE FOLLOWING VESSEL:     NEW [x]     DEMO [ ]

| YEAR: | 2023 | MFR: | Princess | MODEL: | Y72 | POWER: | MAN V12-1650 |
|---|---|---|---|---|---|---|---|
| | | HULL ID | Y72-041 | | | HP: | 1650 |

| TRADE: | MANUFACTURER: | | | MODEL: | | POWER: | |
|---|---|---|---|---|---|---|---|
| YEAR: | | HULL ID | | HOURS: | | LOCATED: | |

| | | | |
|---|---|---|---|
| 1 | Addendum A - Price per Proposal / Listing Sheet | $ | 6,834,743 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 6 | Subtotal | $ | 6,834,743 |
| 7 | Discount | $ | (1,366,949) |
| 8 | Palm Beach Boat show Incentive | $ | (115,000) |
| 9 | Subtotal | $ | 5,352,794 |
| 10 | Florida Sales or Use Tax if applicable | $ | 18,000 |
| 11 | Total Due | $ | 5,370,794 |
| 12 | Initial Deposit-Due August 16, 2022 | $ | (1,070,559) |
| 13 | Second Deposit Due: | | |
| 14 | Third Deposit Due: | | |
| 15 | Fourth Deposit Due: | | |
| 16 | Balance Due prior to delivery | $ | 4,300,235 |

**DELIVERY FOB:**      Palm Beach, FL

Note: Purchaser agrees that the vessel shall be made available for Princess Yachts to display at the 2023 Palm Beach International Boat Show.

Broker Initials                      Purchaser Initials

1

# YACHT PURCHASE ORDER



**HMY**
Y A C H T S

**THIS SALE IS CONTINGENT UPON THE FOLLOWING TERMS AND CONDITIONS:**

1    **Approximate   Delivery   Date: April, 2023**                This Yacht Purchase Order is made subject to war, rebellion, strikes, accidents, force majeure, or other causes beyond the control of the dealer. The buyer recognizing the uncertainty of absolute deliveries, hereby acknowledges that no claim for damages accruing through failure to deliver the vessel on the approximate delivery date shall be made, when such failure is due to reasons beyond the control of the dealer. Unless otherwise provided, delivery shall be made at dealer's place of business or as stated on Page One of this Yacht Purchase Order.

2    Buyer may with written approval of Seller, which may be withheld in Seller's discretion unless the assignee is an entity controlled by Buyer, unilaterally assign this Yacht Purchase Order to any individual or entity; however such assignment shall not relieve Buyer of its obligations and liabilities hereunder.  Seller shall have the right and the power to delegate any of its duties under this Yacht Purchase Order.  Unless otherwise specifically agreed to in writing, no such delegation of duties by Seller shall ever relieve Seller of its obligations and liabilities hereunder.

3    Changes or modifications to this Yacht Purchase Order  must be presented to the dealer in writing, and will be accepted only conditional to manufacturer's ability to incorporate said changes into production.

4    This Yacht Purchase Order is subject to cancellation only by the written consent of the dealer.

5    Advertised Speeds and performance are estimated, and not guaranteed.

6    Any accessories, equipment, or services ordered by the buyer after execution of this Yacht Purchase Order will be covered by additional invoices as required, and are payable upon delivery.

7    The Purchase Price includes the Specifications and any required substitutions of materials or components during construction of the Vessel. Substitutions of materials and/or components shall only occur if such materials or components are no longer available during construction; further, Dealer will use their best efforts to inform Buyer of such substitutions. The Buyer shall not be entitled to reject the goods and/or services on the grounds of departure from Specifications.

8    If the Yacht Purchase Order contains a trade in vessel, the dealer acceptance of the trade in vessel will be subject to inspection, sea trial, and survey at dealer's expense. Owner to provide access to the vessel along with captain's services while vessel is under his ownership. All major mechanical, electrical, and structural components will be in good working condition at the sole discretion of the dealer.
**Trade FOB will be HMY docks at Dania Beach, or North Palm Beach, FL**

9    This Yacht Purchase Order is binding on all heirs, executors, and successors.

**Broker Initials**                                                                                    **Purchaser Initials**

2

SEC-HMY-E-0000015

# YACHT PURCHASE ORDER



10   Purchaser agrees that the following people will have the authority to make changes and or additions to the vessel during the build process at the factory, or rigging facility.

1
2
3
4

11   **Warranty:**
In the case of a new yacht, it is understood and agreed by the buyer that the new yacht is covered by the builder and /or the manufacture of parts and equipment supplied to the yacht builder by others in accordance with published warranties on file with the dealer.
Such warranties are the sole warranties, expressed or implied, pertaining to this Yacht Purchase Order. It is understood and agreed that no warranties, express or implied are made by the dealer, including implied warranties of MERCHANTABILITY and FITNESS FOR USE.
**Dealer does not assume, nor does it authorize anyone else to assume on its' behalf, any other obligation, or liability, in connection with the sale or use of this yacht.**
It is understood and agreed that the model and sample shown by the dealer were been used for demonstration purposes only; there is no warranty that the goods delivered shall conform to such model and sample, and such conformity is no part of the basis of the bargain between dealer and buyer.

12   In the event of any disputes between Buyer and HMY Yacht Sales, Inc, that are not resolved amicably arising out of the sale of this Yacht Purchase Order, or between Buyer and HMY Yacht Sales Inc, all unresolved disputes shall be determined exclusively in the state courts of Broward County, Florida.

**The Agreed Purchase Price is:**   Five Million Three Hundred Fifty Two Thousand Seven Hundred Ninety Four Dollars ($5,352,794)

**PURCHASER SIGNATURE:**   X
**Date**   08.15.22

**\*Receipt of Deposit
in the Amount of:**   One Million Seventy Thousand Five Hundred Fifty Nine Dollars ($1,070,559)

**Date**   BY HMY   X

**THIS YACHT PURCHASE ORDER IS NOT EFFECTIVE UNTIL ACCEPTED BY AN OFFICER OF HMY YACHT SALES, INC.**

ACCEPTANCE BY HMY YACHT SALES, INC.

X   V P

3

## 2023 Princess Y72 Motor Yacht #Y72041



**PRINCESS**
PRINCESS YACHTS AMERICA

**Estimated Factory Completion:  January 2023**
**\*\*This boat is scheduled for the 2023 Palm Beach Boat Show\*\***

Princess Y72 with twin MAN V12-1650 (2 x 1650mhp) engines          $5,795,000
**\*\*Pricing subject to change after August 31, 2022**

**ENGINES & DRIVE:**
Oil Changer for engines, transmissions, and generator          $4,840
Third station controls in cockpit (engine controls, thruster controls,          $17,080
  and engine emergency stops)
Additional long-range fuel tank (211 US gals)          $26,050

**HYDRAULICS**
Hydraulic system consisting of separate engine driven hydraulic pumps          $85,510
  allowing any system to be supplied with hydraulic power from either
  engine. Including hydraulic anchor winch and 320 kgF hydraulic bow
  thruster (in place of standard) 240kgF stern thruster and hold fuction
  docking system.  All with dual station controls

**HULL COLOR**
Engine air vent cover and deck house buttresses are painted in Onyx
Black Metallic.  Transom face, canopy styling lire, leading edge or
arch and cockpit headlining painted in Graphite Grey Metallic.
Radar arch legs and exterior furniture where specified, are painted
in Oyster Grey Metallic

White Hull (with dark grey waterline & black antifouling, hull & bathing          NEC
  platform fendering is white with stainless stee  insert)

**INTERIOR FURNITURE:**
Walnut interior wood satin finish          $25,790
  (galley, dinette and helm floors are V groove planked walnut as standard)

**LAYOUT:**
Crew cabin with air conditioning          STD
Starboard cabin to have double berth conversio 1 with powered sliding          $8,870
  mechanism on inboard berth
Port cabin to have double berth conversion with powered sliding          $8,870
  mechanism on inboard berth
Bar stools (fixed to deck and with top load acce s to forward saloon port          $5,300
  side sideboard unit)

**GALLEY:**
Galley Quartz: Misty Carrera          NEC
Garbage disposal          $1,650

**BATHROOMS**
Bathroom countertops are Sylmar White Solid S urface (satin finish) with
thermoformed basins  Floors are Solid Surface Carrara White (satin finish)

Broker Initials _____

Buyer Initials _____

Issue Date: 6/30/2022          Page 1 of 4

SEC-HMY-E-0000017

SEC-HMY-E-0000003

## 2023 Princess Y72 Motor Yacht
## #Y72041



PRINCESS YACHTS AMERICA

**COLOR SCHEME**
**Color scheme can be selected from Quartz VII or Milan IX fabric and**
**Quartz II carpet as standard**

**DECK HARDWARE:**
**The Princess 72 has an up/down electro hydraulic transom platform**
**with 550 kg (1212 lbs) safe working load (SWL) fitted as standard.**
**The maximum recommended tender weight is 450 kg (992 lbs).**

| | |
|---|---|
| Hardtop main canopy painted in Graphite Grey Metallic with Oyster Grey Metallic legs (note: Radar mast and navigation equipment painted in dark grey to match) | $60,570 |
| Electrically operated sun awning to aft end of hardtop in Anthracite Grey mesh | $36,270 |
| Side boarding gates to cockpit area | $21,690 |
| Additional 20m of 12mm anchor chain to give a total of 80 metres | $720 |
| Dinghy chocks on bathing platform | NEC |
| Teak coffee table for foredeck seating area (with fixing point) | $5,520 |
| Deck wash system, located in transom, foredeck and flybridge lockers | $1,320 |
| Plug in carbon pole transom shower and deck socket to bathing platform | $7,300 |

**GENERATOR**

| | |
|---|---|
| Onan 29 kW / 60 Hz primary generator fitted as standard | STD |

**ELECTRICAL:**

| | |
|---|---|
| Separate washing machine and dryer located in companionway leading to Forward VIP (in place of standard combi washer/dryer) | $3,990 |
| Icemaker in flybridge wetbar | $4,330 |
| Exterior lighting upgrade package | $4,190 |
| Included linear LED (x1) and fiber optic lighting to the cockpit pelmet and headlining and low level LED dock lighting (x28) | |
| Interior lighting upgrade package | $5,300 |
| Additional fiber optics (to saloon & dining area) | |
| Additional LED strip lights to blind pelmets - to lower accommodation | |
| AGM 90Ah batteries in place of standard (for start, domestic, and generator) | $6,010 |
| CCTV cameras (2 x fixed cameras in engine room, 1 x pan/tilt camera in cockpit) | $6,820 |
| Buell air horns IPO electric | $2,680 |
| Glendinning Cablemasters (2) | $24,000 |
| Energy Solutions Combiner and 2 x Energy Solutions IsoBoost2 12kVa/50A isolation transformers | $50,660 |

Broker Initials

Buyer Initials

SEC-HMY-E-0000018

## 2023 Princess Y72 Motor Yacht
## #Y72041



PRINCESS YACHTS AMERICA

### AUDIO / VIDEO & COMMUNICATIONS:

Premium Audio System                                                                    $40.200

Incorporates:

**Deck saloon** - 55" UHD LED TV on power lif. mechanism
Naim Uniti Star" audio system - Stream your music in high resolution.
play, download, store and access your music library or tune in to your
favorite radio stations via DAB & FM radio. Access a world of music
with a host of streaming and media sources with intuitive app enabled
features. 4 Focal 300 ICW6 speakers and Focal Cub Evo subwoofer

**Owners Stateroom** - 50" UHD LED TV
Naim Uniti Atom audio system with Bluetooth. multi-zone streaming
capability and dedicate app. 2 Focal 300 ICW6 speakers and Focal Cub Evo subwoofer

**Forward Stateroom** - 43" UHD LED TV
Naim Uniti Atom audio system with Bluetooth. multi-zone streaming
capability and dedicate app. 2 Focal 300 ICW6 speakers

**Starboard guest cabin** - 32" UHD LED TV
Naim Uniti Atom audio system with Bluetooth, multi-zone streaming
capability and dedicate app. 2 Focal 300 ICW speakers

**Port guest cabin** - 32" UHD LED TV
Naim Uniti Atom audio system with Bluetooth, multi-zone streaming
capability and dedicate app. 2 Focal 300 ICW8 speakers

**Flybridge** - Naim Uniti Atom audio system with Bluetooth. multi
streaming capability and dedicated app. Paired with four JL Audio
M6-650X-L waterproof speakers (no HDMI connectivity) and Focal
P25F subwoofer with 1000F amplifier

**Foredeck seating walk-through area** - Naim Uniti Atom audio system
with Bluetooth, multi-zone streaming capability & dedicated app. Paired
with 2 JL Audio M6-650 X-L waterproof speakers (no HDMI connectivity)

**Cockpit seating area** - Naim Uniti Atom audio system with Bluetooth
multi streaming capability and dedicated app. Paired with two JL Audio
M6-650X-L waterproof speakers(no HDMI connectivity

**System includes**
- On board Ethernet and 4G internet capability
- On board WIFI network incorporating external WIFI and 3G/4G
antenna for extended range. Enabling connectivity to onshore WIFI
networks throughout the vessel. (Mobile internet connectivity requires an
activated mobile data SIM card
    System is plug and play with external device s via HDMI/USB/RJ45
    sockets in saloon and stateroom
    256GB SD card
    Combination inverter charger fitted, providing seamless transfer
    between generators/shore power and inverted battery power for saloon
    A/V & galley fridge.

Broker Initials

Buyer Initials

Issue Date: 6/30/2022

Page 3 of 4

## 2023 Princess Y72 Motor Yacht #Y72041

**PRINCESS**
PRINCESS YACHTS AMERICA

**NAVIGATIONAL EQUIPMENT:**

| | |
|---|---|
| Garmin electronics package in place of standard | $25.880 |
| 1x Garmin GPSMAP 8616xsv 16" display at main helm | |
| 1x Garmin GPSMAP 8616 16" display at main helm | |
| 2x Garmin GPSMAP 8616 16" displays at upper helm | |
| Garmin GMR Fantom 124 radar (6 kW / 4' open array scanner) | |
| Garmin GMI20 multifunction instruments | |
| Garmin GHP20 autopilot (dual station) | |
| Garmin VHF315 handset VHF radio | |
| Ensure Garmin electronics are connected to engines | |
| Garmin AIS 800 Class B transponder | $3.060 |
| Chase tubes for later fitting of SAT TV | $1.410 |

**EXTERIOR UPHOLSTERY / CANVAS / COVERS:**
**Reticulated foam to all exterior cockpit and flybridge seating is std**
**Please note : Craft are supplied with cockpit, foredeck and flybridge covers as standard**

**ACCESSORIES**
**8 place settings of China, Cutlery, & Glasses are supplied as standard.**

**SPARES/DELIVERY:**

| | | |
|---|---|---|
| Bed linens not including crew | NEC | |
| Water delivery kit | | $2.590 |

**NET OPTIONS:**

| | | |
|---|---|---|
| GRP flybridge hardtop featuring electric tilting louvres (including dimmable LED lighting) finished in white Gelcoat with painted Oyster Grey Metallic legs with reduced height aerials mounted on hardtop | NET | $149.390 |
| Sleipner Vector Fin stabilization system with VF300 fins. When underway fins are driven by an engine powered hydraulic motor and at zero speed by a generator powered electric motor. (NB variable speed thrusters are recommended as fin and thruster controls are incorporated into one control at both helms | NET | $148.770 |
| Underwater lights. Lumishore TIX 803 color changing (4x fitted across the transom and 1x centered under Port and Starboard master windows) connected to navigation screens and including a Lumishore EOS STV2204i Lumi-Link controller in the cockpit | NET | $30.380 |
| Stainless steel flybridge rail in place of standard teak | NET | $4.750 |
| (2) ElectroSea CL-990-X1.5 Clearline Control System | NET | $21.340 |
| Yacht Safe Air Purification System, 7 Zones | NET | $6.643 |
| Estimated shipping includes delivery to shipping port, ocean freight, shipping insurance, US duty, US harbor taxes. and delivery from port of arrival to New Gretna, NJ or Riviera Beach. FL* | NET | $165.000 |
| Launch and Make Ready | NET | $15.000 |

| | |
|---|---|
| **TOTAL: (BASE BOAT AND OPTIONS)** | **$6,834,743** |
| | **-$1,366,949** |
| **SELLING PRICE:** | **$5,467,794** |
| | **-$115,000** |
| **SPECIAL DISCOUNTED PRICE:** | **$5,352,794** |

*Estimate is based on current shipping rates and importing expenses including duty. taxes, tariffs, and clearance fees. Actual shipping to be confirmed approximately 15 days prior to loading

Broker Initials

Buyer Initials



# PRINCESS YACHTS LIMITED (PRINCESS)
## ONE YEAR LIMITED WARRANTY

Hull # 72-041

Purchaser's Name
Rishi Kapoor or Assigns
Purchaser's Address
7233 Los Pinos Blv
City          State       Zip
Coral Gables FL 33143
Purchaser's Phone No.     Fax No.
404-449-4931
Purchaser's E-Mail Address
rkapoor@location.ventures

Date of Purchase
August 9, 2022
Estimated Date of Delivery
April 2023
Actual Date of Delivery     Engine hours
5-6-23
Selling Dealer
HMY Yacht Sales, Inc.
Dealer's Address
817 NE 3rd Street, Dania FL 33004

1.    REGISTRATION OF WARRANTY AND PURCHASE Princess Yachts Limited (Princess), includes with each new boat this document a limited warranty which is part of the purchase bargain that must be filled out and delivered to Princess Yachts America, Inc the Warranty Administrator (PYA) within Ten (10) days after the purchase date.

The Maritime Safety Act of 1984 requires all boat manufacturers to maintain a record of all first retail purchasers and their current address for the purpose of notification in case of discovery of defective parts or equipment that create a substantial risk of personal injury to the public.

FAILURE TO COMPLETE AND RETURN THE WARRANTY WITHIN TEN (10) DAYS OF THE PURCHASE OF YOUR NEW PRINCESS MAY VOID THE WARRANTY, AFFECT YOUR WARRANTY OR OTHER LEGAL RIGHTS, AND WILL WAIVE YOUR RIGHT TO RECEIVE NOTIFICATION OF DEFECTS AND/OR REPAIRS AT PRINCESS'S EXPENSE IN THE FUTURE.

2.    LIMITED WARRANTY.  PRINCESS warrants to the original purchaser, for a period of One (1) year, from the date of delivery of any new yacht purchased from PRINCESS or an authorized PYA dealer that PRINCESS will, through an authorized service center, replace or repair, at the discretion of PRINCESS, any part or component manufactured by Princess Yachts Limited which is proven to the satisfaction of PRINCESS to be defective, and which failure has occurred under normal use and service within the warranty period.  In addition, PRINCESS will, through an authorized service center, repair any hull which is proven to its satisfaction to have been defective in materials or workmanship at the time of delivery to its first owner and which defect is discovered and reported within five (5) years from the date of manufacture.  This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.  Cosmetic defects / damage such as but not limited to scratches, dents, etc. are excluded on Yachts that have in excess of twenty-five (25) hours of use at the time of claim.

3.    DISCLAIMER AND EXCLUSION OF WARRANTIES. THIS WARRANTY IS MEANT TO BE A COMPLETE AND EXCLUSIVE STATEMENT OF THE TERMS OF ALL PRINCESS WARRANTIES.  THE PURCHASER NAMED ABOVE UNDERSTANDS AND AGREES THAT THERE ARE NO WARRANTIES EXTENDED BY PRINCESS OTHER THAN THOSE EXPRESSLEY SET FORTH IN THIS INSTRUMENT. THERE ARE NO WARRANTIES OF ANY KIND PROVIDED BY THE SELLING DEALER OR THE DISTRIBUTOR. IMPLIED WARRANTIES IF ANY, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ARE LIMITED TO THE TERM PER SECTION 2 ABOVE OF THIS LIMITED WARRANTY. *PRINCESS UNDERTAKES NO RESPOSIBILITY FOR THE QUALITY OF THE GOODS EXCEPT AS OTHERWISE PROVIDED IN THIS LIMITED WARRANTY.* SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. *PRINCESS ASSUMES NO RESPONSIBILITY THAT THE GOODS WILL BE FIT FOR ANY PARTICULAR PURPOSE FOR WHICH YOU MAY BE BUYING THE GOODS EXCEPT AS OTHERWISE PROVIDED HEREIN.*

4.    LIMITATION AND EXCLUSION OF REMEDIES.  PRINCESS'S SOLE RESPONSIBILITY SHALL BE THE REPAIR OR REPLACEMENT, AT ITS OPTION, OF ANY DEFECTIVE PARTS OR COMPONENTS COVERED BY THIS LIMITED WARRANTY.  THE PURCHASER NAMED ABOVE UNDERSTANDS AND AGREES THAT THIS IS HIS OR HER SOLE AND EXCLUSIVE REMEDY UNDER THIS LIMITED WARRANTY.  PRINCESS SHALL NOT BE LIABLE FOR ANY INCIDENTAL, CONSEQUENTIAL OR INDIRECT DAMAGES, INCLUDING LOSS OF USE CAUSED AS A RESULT OF ANY DEFECT IN WORKMANSHIP, REPAIR OR REPLACEMENT OR ANY BREACH OF WARRANTY.  SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR EXCLUSION MAY NOT APPLY TO YOU.

5.    NOTICE OF DEFECTS;  You may make a warranty claim by: (1) Contacting PYA to arrange  for an inspection of the problem involved; (2) Delivering your PRINCESS to an authorized service center or the authorized selling dealer for an examination on the premises; or (3) Contacting PYA in writing at: Princess Yachts America, Inc, One North Clematis St, Suite 120, West Palm Beach, Florida, 33401.  Without regard to whether the initial report of the warranty claim is made under (1), (2), or (3) above, the defect **must also** be reported to PYA in writing by Email to service@pyamerica.com with read receipt or certified mail or overnight express mail service (FedEx-UPS-USPS) at the above address within **Thirty (30) days** of the discovery of same with the following information:

(a) Owner's name and address;
(b) Boat serial number (hull number);
(c) Information as to nature of defect or failure;
(d) Date actually placed in service;
(e) Accumulated hours or days of service;
(f)  Location of Boat

Buyer Initials

Page 1 of 2

March 2022

SEC-HMY-E-0000021

SEC-HMY-E-0000003

All other necessary communications in connection with this warranty should be sent in writing to the above address.

The warranty claim and PRINCESS'S obligation to remedy the claimed defect shall be waived if you fail to provide timely written notice to PYA of the claimed defects as provided herein.

6.      PRINCESS invites any purchaser to inspect the vessel before purchase, with any experts (mechanical or otherwise) to determine to the purchaser's satisfaction, the condition of the vessel prior to purchase.

7.      PYA is not the agent of PRINCESS and PRINCESS does not authorize that PYA or any other person to assume for PRINCESS any liability or obligation in connection herewith. Neither PYA nor any other person is authorized to assume or impose any liability, undertaking or expense on behalf of PRINCESS with respect to the scope of this limited warranty or in the repair of its product other than those obligations expressly authorized herein. After an authorized service center has been assigned by PRINCESS for the claimed warranty work, reimbursement for labor costs provided by the authorized service center under the PRINCESS warranty will be based upon a rate and schedule established by PRINCESS with the authorized service center. This reimbursement shall be through PYA. The Purchaser is responsible for all other expenses, if any, in connection with any repair or replacement covered under this limited warranty, including but not limited to consequential damages, including repair or replacement of other parts or property damaged as a result of failure of the warranted part; the costs to obtain warranty service, such as towing charges, telephone charges, time lost from work (including crew), transportation costs, and the cost of renting a product temporarily to replace the warranted product; and/or any other incidental damages or expenses.

8.      PRINCESS reserves the right to improve product through change and design or material without obligation to incorporate such change in boats of prior manufacture. PRINCESS does not have a model year as such, and changes are incorporated in boats by PRINCESS as same are constructed from time to time. PRINCESS does not warrant or represent that a particular boat is of a particular model year.

9.      PRINCESS, except for proper installation, does not warranty the engines or other major components such as air conditioners, generators, appliances, electronics, etc., installed in your vessel, and is not responsible for any damages caused by or related to any defects in such products. You must make all such warranty claims directly to the product manufacturer. Please consult the separate product warranties that come with your vessel.

10.     PRINCESS will not be responsible for any damage to a vessel, or parts thereof, which have been subjected to abuse or neglect, installations by personnel not directly employed or authorized by PRINCESS, lack of, or improper maintenance, or failures caused by accident.

11.     **This warranty excludes and will not apply to:**
   a) **Products or components not manufactured by Princess Yachts Limited.**
   b) **Components covered by another manufacturer's warranty.**
   c) **Parts altered in any manner from original manufacturer.**
   d) **Fuel consumption or performance characteristics because they are merely estimates.**
   e) **Varnishes, gelcoats, paints, fabrics, chromium plated and stainless steel finishes damaged due to climate / environmental conditions and or lack of maintenance issues.**
   f) **Any person other than the first owner.**
   g) **Yachts in commercial, charter, revenue producing, used for racing or rental use.**
   h) **Normal wear & tear maintenance items of any kind or type.**
   i) **Electronics or electronics installations.**
   j) **Canvas, enclosure, upholstery, zippers, vinyl, fabric or bimini installations.**
   k) **The cost of removal or reinstallment of parts or components.**
   l) **Yachts based and/or registered outside of the United States.**
   m) **Electrolysis, galvanic, or other corrosion.**
   n) **Painting the standard Princess fiberglass hulls, decks, hardtops, etc is not recommended without extensive post finishing including post curing, this additional effort including the costs of any remedial works is excluded from coverage under this limited warranty.**
   o) **Any "Act of God" or any kind of force majeure and/or UCC defined impracticability.**

12.     This warranty, and all rights and obligations of the parties shall be governed by the Uniform Commercial Code.

13.     The parties acknowledge that this Agreement expresses their entire understanding and Agreement, and that there have been no warranties, representations, covenants or understandings made by either party to the other except such as are expressly set forth in this section.

I acknowledge receipt of a copy of this PRINCESS One Year Limited Warranty and acknowledge that this PRINCESS One Year Limited Warranty was provided to me prior to, or at the time of the purchase and further acknowledge that I have read and understand its terms and conditions and acknowledge that this warranty is part of the Purchase Agreement between myself and the selling dealer.

_____
Purchaser's Signature

_____
Purchaser's Signature

_____
Received and Accepted by Warranty Administrator, Princess Yachts America, Inc.

March 2022

SEC-HMY-E-0000022



**LIMITED WARRANTY
FOR MAN MARINE DIESEL ENGINES
SOLD TO BOAT BUILDERS FOR INSTALLATION IN NEW BOATS
IN NON-COMMERCIAL, NON-REVENUE PRODUCING,
LIGHT DUTY APPLICATIONS THAT OPERATE LESS THAN
1100 HOURS PER YEAR**

**TERMS:**

**I.    Limited Warranty**

MAN hereby warrants that any engine part of its Common Rail Series engines that is found, during the Warranty Period, to be materially defective, or of poor workmanship, will be repaired or replaced, at MAN's option, subject to the terms of this Limited Warranty.

**II.    Warranty Period**

The Warranty Period of this Limited Warranty shall be a period of 24 months or 2000 hours, whichever occurs first, beginning on the first to occur:

a.    the date of delivery to the original retail purchaser, or
b.    for engines in dealer inventory boats and demonstrator boats, two (2) years after date of commissioning or 250 operating hours, but
c.    in any event, the 24 month Limited Warranty shall end no later than four (4) years from shipment from MEC.

At the expiration of the Warranty Period, warranty shall continue to apply for an additional 36 months as Extended Coverage, but only for damages that are a result of material or workmanship defects in the following major components:

cylinder block (casting defect)
crankshaft (forging defect)
camshaft (forging defect)
oil pan (casting defect)

**III.    Repairs**

MAN shall have a reasonable time to perform warranty repairs. Repairs will be performed during normal business hours. MAN will pay reasonable travel expenses for authorized service technicians to travel to the boat's location to make repairs, and will pay normal customary shipping charges to deliver parts. Costs for extraordinary travel expenses or transportation of parts are the responsibility of the owner.

**IV.    Replacement Parts/Components/Engine**

All parts, components, or the entire engine, which are replaced under the terms of this Limited Warranty, assume the identity of the original part, component, or engine replaced, and will be entitled to Limited Warranty protection for the remainder of the original Warranty Period and/or Extended Coverage, if any.

Maintenance items such as lube oil, coolant, filters, etc. which are made unusable as a result of a warrantable defect will be replaced by MAN.

All defective parts, components or the entire engine, which are replaced under the terms of this Limited Warranty become the property of MAN.

**V.    Limitations and Exclusions**

a)    This Limited Warranty applies only to the following engine models delivered on or after January 1, 2014 and only if it is a new engine, installed in new boats used in non-commercial, non-revenue producing, marine light duty applications in North America, South America, Central America and the Caribbean:

R6 – 730
R6 – 800               V12 – 1360
R6 – 850               D2862LE466
V8 – 900               V12 – 1400
V8 – 1000              V12 – 1550
V12 – 1200             V12 – 1650
V10 – 1100             V12 – 1800

b)    This Limited Warranty does not cover failures or damages that are a result of engine misuse, negligence, alteration, or failure to carry out normal maintenance, or if repairs have been made by persons other than an Authorized MAN Service Representative.

c)    During all storage periods, engines must be handled as specified in the MAN guideline M 3069-4, otherwise MAN shall not be responsible for any failure or damages that are a result of improper storage.

d)    This Limited Warranty does not cover the replacement of service parts such as injectors, filters, belts, oil and anti-freeze except as stipulated in paragraph IV. Replacement Parts/Components/Engine.

e)    This Limited Warranty does not apply to equipment supplied with the engine that bears the name of another manufacturer (e.g. marine transmission, power take-offs, exhaust system, alternator, engine mounts).

f)    MAN shall not be responsible for any loss of time, inconvenience, loss of use, meals, lodging, communication costs, transportation, cargo damage overtime, towing, any dockage or harbor charges, or other consequential damages resulting from a defect covered by this Limited Warranty. MAN does not accept any liability for consequential, punitive, contingent, or incidental damages.

g)    MAN shall not be responsible for labor and material costs relating to removal and replacement or dockage charges incurred in connection with warranty repairs.

h)    MAN shall not be responsible for costs for the execution of regular maintenance service as specified in the maintenance manual for the engine, nor for repairs required as a result of the failure to use specified fuel, oil, lubricants, and coolant.

i)    THE LIMITED WARRANTY HEREIN SET FORTH IS THE SOLE AND EXCLUSIVE WARRANTY WITH RESPECT TO MAN COMMON RAIL MARINE DIESEL ENGINES. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE AND ALL SUCH OTHER WARRANTIES ARE HEREBY DISPLACED.

Buyer's Initials _____

SEC-HMY-E-0000003



# UNIBANK

49 Church St.
Whitinsville MA 01588
800-578-4270

**Wire Transfer of Funds Notice**

**Outgoing Domestic Wire**

**Deposit Account**

XXXXXXXXXXXXX5055

TOMMARK, INC.
STERLING ASSOCIATES
49 CHURCH ST
WHITINSVILLE, MA 01588-1415

|  |  |
|---|---|
| Processing Date: | 3/14/2023 |
| Time: | 2:00PM |

The Following Information Was Sent For: Regular Transfer of Funds

Originator:   ID#:  XXXXXXXXXXXXX5055
TOMMARK, INC.
STERLING ASSOCIATES
49 CHURCH ST
WHITINSVILLE, MA 01588-1415

Wire Amount:      $4,282,235.00

Beneficiary:   ID#:  XXXXXXXXXXXX4848
VIKING SPORT CRUISERS, INC
1 N. CLEMATIS STREET
SUITE 120
WEST PALM BEACH FL 33401

Wire Charged To: XXXXXXXXXXXXX5055

IMAD:        20230314MMQFMPWN000012

Additional Wire Information:

Reference: 20230314000029   Originator to Ben: RISHI AND JENNIE KAPOOR   Receiving Bank: 0311-0114-3 CITIZENS
BANK, NATIONAL ASSOCIATION

1

Src: FEDLINE          Verified By: JIZZO01          Ref #:      29

SEC-HMY-E-0000024

**Laura Hogle**
_____

| | |
|---|---|
| **From:** | Spirito, Tom <tspirito@pyamerica.com> |
| **Sent:** | Thursday, March 02, 2023 12:53 PM |
| **To:** | Laura Hogle |
| **Cc:** | Rich Debbie |
| **Subject:** | Y72041 Rishi Kumar Kapoor & Jennie Elizabeth Frank Kapoor |
| **Attachments:** | Kapoor Jennie DL.pdf; Kapoor Rishi DL.pdf; PastedGraphic-1.tiff |

Laura,

Hope your doing well.

We are working towards settlement for Y72041. Debbie will be documenting and registering the yacht and doing the BOS for HMY in the following names as they appear on their drivers license.

RISHI KUMAR KAPOOR
JENNIE ELIZABETH FRANK KAPOOR
1233 LOS PINOS BLVD.
CORAL GABLES, FL. 33143


I have attached copies of both Rishi & Jennies DL for your file.

Please let me know of you have any questions.

Best Regards                              _2Pm CALL_
                                          _13th_
Tom


Tom Spirito
Marine Finance Director
Princess Yachts America
727-698-3096

1

**Laura Hogle**

| | |
|---|---|
| **From:** | Spirito, Tom <tspirito@pyamerica.com> |
| **Sent:** | Tuesday, February 28, 2023 10:09 AM |
| **To:** | Laura Hogle |
| **Cc:** | Alexie Creary; O'Hara, Mike |
| **Subject:** | Y72041 Rishi Kumar Kapoor & Jennie E. Kapoor |
| **Attachments:** | Rishi BC & MSO.pdf; PastedGraphic-1.tiff |

Good Morning Laura,

Mr. Kapoor would like to close as soon as Y72041 arrives which is approximately on March 13th.

The loan amount is $4,282,235.00. Please prepare a closing statement as Rishi is prepared to wire HMY the difference owed HMY less the $4,282,235,00 loan. Creative Yacht Solutions/Debbie Rich will document & register the yacht, and will prepare the BOS for HMY.  Settlement wil bel tentatively on March 13th.

I have attached a copy of the BC & MSO for your file.

Please let me know if you have any questions.

Best Regards

Tom

Tom Spirito
Marine Finance Director
Princess Yachts America
727-698-3096

1

# Comerica Bank Incoming Wire Transfer Notification

**W** wire_alerts@comerica.com                                           Reply all
Today, 2:31 PM
EMESSAGE@HMY.COM

Attention: Larry  Thomas
Contact:  HMY YACHTS SALES INC
Comerica Bank Incoming Wire Transfer Notification
Account number ending in 4168 has received an incoming wire transfer:

| | |
|---|---|
| Wire Amount: | |
| Rate Applied: | |
| Amount: | $30,348.00 USD |
| Sequence Number: | 230313011136 |
| Fed Reference Number: | 000041 |
| Incoming Time Stamp: | 03\13\2023 14:31 |
| Sending Bank Reference: | 2023031300448340 |
| Sending Bank Name: | 026009593  BK AMER NYC |
| Bank to Bank Info: | |
| Receiving Bank: | 067012099  COMERICA BK & TR |
| Receiving Bank Info: | PRINCESS Y72 CLOSING PROCEEDS |
| Beneficiary: | ACCT - ████4168 |
| | HMY YACHTS SALES, INC |
| | 2401 PGA BLVD SUITE 198 |
| | PALM BEACH GARDENS, FL, 33410, US |
| Reference for Benef: | 429577132 |
| Beneficiary Bank: | |
| Origin acct ending in: | 3191 |
| Originator: | RISHI KAPOOR |
| | 7233 LOS PINOS BLVD |
| | CORAL GABLES, FL, 33143, US |
| Originator's Bank: | BIC-BOFAUS3N |
| Originator to Ben Info: | PRINCESS Y72 CLOSING PROCEEDS |
| Instructing Bank: | |
| Acceptance Timestamp: | 03\13\2023 14:31 |
| | |
| | |
| OMAD: | 20230313F6QC949C00004103131431FT01 |
| IMAD: | 20230313B6B7HU1R011978 |
| Charges: | |
| Details of Charges: | |

## Payment Details



**HMY YACHTS SALES INC - MHMYASA3**

**PAYMENT ID: 7582**

| | |
|---|---|
| Payment Type | Wire - Domestic |
| Status | Bank Confirmed |
| Entry Method | Created from Template |
| Template | Princess |
| Value Date | 08/16/2022 |
| Send Date | 08/16/2022 |
| Credit Amount | 420,909.00 USD |
| Debit Amount | 420,909.00 USD |
| Exchange Rate | 1 |
| Tnum | 5411090 |
| Charges | SHA |
| 1st Confirmation | 220816004327 |
| 2nd Confirmation | 000009 |

**PAYMENT DETAILS**

72041

**DEBIT ACCOUNT**

| | |
|---|---|
| Number | ████4168 |
| Name | HMY Yachts Sales Inc Operating Acct |
| Type | Checking |
| Bank | Comerica Florida |

**ORIGINATOR INFORMATION**

| | |
|---|---|
| Name | HMY YACHTS SALES INC OPERATING ACCT |
| ID | ████4168 |
| Type | CUST |
| Country | US |

**BENEFICIARY**

| | |
|---|---|
| Name | VIKING SPORT CRUISERS INC |
| Address 1 | NEW GRETNA NJ |
| City | , |
| Country | US |
| Account | ████4648 |

**BENEFICIARY BANK**

| | |
|---|---|
| Account Type | Other |
| Bank Code | ████6150 |
| Bank | CITIZENS BANK, NATIONAL ASSOCIATION |
| City | PHILADELPHIA |
| Country | US |

**SETTLEMENT INFORMATION**

| | Timestamp |
|---|---|
| Extracted | 08/16/2022 10:54:43 AM |
| Bank Received | 08/16/2022 10:54:45 AM |
| Bank Confirmed | 08/16/2022 10:55:06 AM |

**AUDIT INFORMATION**

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 08/16/2022 10:54:37 AM | MHMYASA3JEFFERY | MHMYASA3 |
| ENTERED | 08/16/2022 10:28:24 AM | MHMYASA3HM33 | MHMYASA3 |

Princess
72-041

**Continued**

# Comerica Bank Incoming Wire Transfer Notification

**W** wire_alerts@comerica.com
Today, 11:24 AM
EMESSAGE@HMY.COM

Reply all

Attention: Larry  Thomas
Contact:  HMY YACHTS SALES INC
Comerica Bank Incoming Wire Transfer Notification
Account number ending in 4168 has received an incoming wire transfer:

| | |
|---|---|
| Wire Amount: | |
| Rate Applied: | |
| Amount: | $250,000.00 USD |
| Sequence Number: | 220815005829 |
| Fed Reference Number: | 000014 |
| Incoming Time Stamp: | 08\15\2022 11:24 |
| Sending Bank Reference: | 2022081500371314 |
| Sending Bank Name: | 026009593  BK AMER NYC |
| Bank to Bank Info: | |
| Receiving Bank: | 067012099  COMERICA BK & TR |
| Receiving Bank Info: | Y72 INITIAL DEPOSIT |
| Beneficiary: | ACCT - ████4168 |
| | HMY YACHTS SALES, INC |
| | 2401 PGA BLVD SUITE 198 |
| | PALM BEACH GARDENS, FL, 33410, US |
| Reference for Benef: | 400402558 |
| Beneficiary Bank: | |
| Origin acct ending in: | 0440 |
| Originator: | RISHI KAPOOR |
| | 7233 LOS PINOS BLVD |
| | CORAL GABLES, FL, 33143, US |
| Originator's Bank: | BIC-BOFAUS3N |
| Originator to Ben Info: | Y72 INITIAL DEPOSIT |
| Instructing Bank: | |
| Acceptance Timestamp: | 08\15\2022 11:24 |

| | |
|---|---|
| OMAD: | 20220815F6QC949C00001408151124FT03 |
| IMAD: | 20220815B6B7HU2R009469 |
| Charges: | |
| Details of Charges: | |

SEC-HMY-E-0000029

## Comerica Bank Incoming Wire Transfer Notification

**W**

**wire_alerts@comerica.com**
Today, 4:38 PM
EMESSAGE@HMY.COM

Reply all

Attention: Larry  Thomas
Contact:  HMY YACHTS SALES INC
Comerica Bank Incoming Wire Transfer Notification
Account number ending in 4168 has received an incoming wire transfer:

| | |
|---|---|
| Wire Amount: | |
| Rate Applied: | |
| Amount: | $820,559.00 USD |
| Sequence Number: | 220815015289 |
| Fed Reference Number: | 000038 |
| Incoming Time Stamp: | 08\15\2022 16:37 |
| Sending Bank Reference: | 2022081500503313 |
| Sending Bank Name: | 026009593  BK AMER NYC |
| Bank to Bank Info: | |
| Receiving Bank: | 067012099  COMERICA BK & TR |
| Receiving Bank Info: | Y72 BALANCE OF 20 PERCENT DEPOSIT |
| Beneficiary: | ACCT – ████4168 |
| | HMY YACHTS SALES, INC |
| | 2401 PGA BLVD SUITE 198 |
| | PALM BEACH GARDENS, FL, 33410, US |
| Reference for Benef: | 400468100 |
| Beneficiary Bank: | |
| Origin acct ending in: | 3191 |
| Originator: | RISHI KAPOOR |
| | 7233 LOS PINOS BLVD |
| | CORAL GABLES, FL, 33143, US |
| Originator's Bank: | BIC-BOFAUS3N |
| Originator to Ben Info: | Y72 BALANCE OF 20 PERCENT DEPOSIT |
| Instructing Bank: | |
| Acceptance Timestamp: | 08\15\2022 16:37 |
| | |
| OMAD: | 20220815F6QC949C00003808151637FT03 |
| IMAD: | 20220815B6B7HU3R016358 |
| Charges: | |
| Details of Charges: | |

**DECLARATION OF HMY YACHT SALES, INC. CERTIFYING RECORDS
OF REGULARLY CONDUCTED BUSINESS ACTIVITY**

I, the undersigned, Lawrence J. Thomas, pursuant to 28 U.S.C. § 1746, declare that:

1.  I am employed by HMY Yacht Sales, Inc. as Vice President/Chief Financial Officer and by reason of my position I am authorized and qualified to make this declaration. I am custodian of records, and I am familiar with the company's record keeping practices or systems.

2.  I further certify that the documents submitted herewith are true copies of records that were:

    a.  Made at or near the time of the occurrence of the matters set forth therein, by, or from

        information transmitted by, a person with knowledge of those matters.

    b.  Kept in the course of regularly conducted business activity and

    c.  Made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on [date]

Lawrence J. Thomas
Vice President
HMY Yacht Sales, *Inc.*