# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 23-cv-24903-CMA |
| Plaintiff, | |
| v. | |
| RISHI KAPOOR, etc., et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

The undersigned attorneys hereby notify the Court and counsel that they shall appear as counsel of record for the Defendants, RISHI KAPOOR and PATRIOTS UNITED, LLC, in this case.

DATED: January 8, 2024

**SHAHADY & WURTENBERGER, P.A.**

*/s/ Fred A. Schwartz*
Fred A. Schwartz, Esq.
fschwartz@swlawyers.law
Florida Bar No. 360538
200 East Palmetto Park Road, Suite 103
Boca Raton, FL 33432
Direct: (561) 910-3064

## CERTIFICATE OF SERVICE

I hereby certify that, on January 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Fred A. Schwartz*
Fred A. Schwartz