UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24903-CIV-ALTONAGA/Reid

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

RISHI KAPOOR, *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, the Securities and Exchange Commission's Expedited Motion for Appointment of Receiver, Asset Freeze, and Other Relief Against the Company Defendants[1] [ECF No. 16], filed on January 8, 2024.  The relief Plaintiff seeks is evident from the title of the Motion.  Plaintiff indicates Defendant Rishi Kapoor has no objections to the Motion, but that the Company Defendants "do not take a position at this time" because "the managers of LV and URBIN lack the necessary authority to take a position with respect to the requested relief until they advise and obtain consent from LV's and URBIN's respective members."  (Mot. 11).  To better manage the orderly progress of the case, it is

---

[1] The Company Defendants are: Location Ventures, LLC ("LV"), URBIN, LLC ("URBIN"), Patriots United, LLC ("Patriots United"); Location Properties, LLC ("L. Properties"); Location Development, LLC ("L. Development"); Location Capital, LLC ("L. Capital"); Location Ventures Resources, LLC ("L. Resources"); Location Equity Holdings, LLC ("L. Holdings"); Location GP Sponsor, LLC ("L. GP Sponsor"); 515 Valencia Sponsor, LLC ("515 Valencia Sponsor"); LV Montana Sponsor, LLC ("LV Montana Sponsor"); URBIN Founders Group, LLC ("URBIN Founders"); URBIN CG Sponsor, LLC ("URBIN CG Sponsor"); 515 Valencia Partners, LLC ("515 Valencia"); LV Montana Phase I, LLC ("LV Montana"); Stewart Grove 1, LLC ("Stewart Grove 1"); Stewart Grove 2, LLC ("Stewart Grove 2"); Location Zamora Parent, LLC ("L. Zamora Parent"); URBIN Coral Gables Partners, LLC ("URBIN Gables"); URBIN Coconut Grove Partners, LLC ("URBIN Grove"); URBIN Miami Beach Partners, LLC ("URBIN Miami Beach"); and URBIN Miami Beach II Phase 1, LLC ("URBIN Miami Beach II").

CASE NO. 23-24903-CIV-ALTONAGA/Reid

**ORDERED** that the Company Defendants have until **January 10, 2024** to file a response; a reply is due by **January 11, 2024**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of January, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record