UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24903-CIV-ALTONAGA/Reid

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,
v.

**RISHI KAPOOR**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On January 8, 2024, Plaintiff, the Securities and Exchange Commission, filed an Expedited Motion for Appointment of Receiver, Asset Freeze, and Other Relief Against the Company Defendants[1] [ECF No. 16]. In the certificate of conferral, Plaintiff indicates Defendant Rishi Kapoor does not object, but the remaining Defendants "do not take a position at this time" because "the managers of LV and URBIN lack the necessary authority to take a position with respect to the requested relief until they advise and obtain consent from LV's and URBIN's respective members." (Mot. 11).

---

[1] The Company Defendants are: Location Ventures, LLC ("LV"), URBIN, LLC ("URBIN"), Patriots United, LLC ("Patriots United"); Location Properties, LLC ("L. Properties"); Location Development, LLC ("L. Development"); Location Capital, LLC ("L. Capital"); Location Ventures Resources, LLC ("L. Resources"); Location Equity Holdings, LLC ("L. Holdings"); Location GP Sponsor, LLC ("L. GP Sponsor"); 515 Valencia Sponsor, LLC ("515 Valencia Sponsor"); LV Montana Sponsor, LLC ("LV Montana Sponsor"); URBIN Founders Group, LLC ("URBIN Founders"); URBIN CG Sponsor, LLC ("URBIN CG Sponsor"); 515 Valencia Partners, LLC ("515 Valencia"); LV Montana Phase I, LLC ("LV Montana"); Stewart Grove 1, LLC ("Stewart Grove 1"); Stewart Grove 2, LLC ("Stewart Grove 2"); Location Zamora Parent, LLC ("L. Zamora Parent"); URBIN Coral Gables Partners, LLC ("URBIN Gables"); URBIN Coconut Grove Partners, LLC ("URBIN Grove"); URBIN Miami Beach Partners, LLC ("URBIN Miami Beach"); and URBIN Miami Beach II Phase 1, LLC ("URBIN Miami Beach II").

CASE NO. 23-24903-CIV-ALTONAGA/Reid

The Court entered an Order [ECF No. 18] requiring expedited briefing, and Kapoor and Patriots United filed a Response [ECF No. 24] stating they did not object to the relief sought; no other Defendants have filed a response.  While all Defendants have now been served (*see* Proofs of Service [ECF Nos. 21–22]), only Kapoor and Patriots United have appeared (*see* Notices of Att'y Appearance [ECF Nos. 17, 23]).  To better manage the orderly progress of the case, it is

**ORDERED** as follows:

1.  Plaintiff shall serve the Defendants who have yet to appear with copies of this Order and file a notice to that effect by **January 12, 2024**.

2.  Defendants shall file a response as soon as practicable but no later than **January 16, 2024**, failing which the Motion will be granted.  If any Defendants oppose the appointment of a receiver, Plaintiff shall file a reply by **January 17, 2024**.[2]

**DONE AND ORDERED** in Miami, Florida, this 11th day of January, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

---

[2] The Court is aware that Plaintiff "seeks a ruling on the Motion on or before January 16, 2024, or as soon thereafter as the Court deems reasonable" because "LV's contract with the liquidation manager currently in control of LV and its related entities expires" by that date.  (Mot. 3).