# EXHIBIT A



# DAVID L. ROSENDORF
**Partner**

✉ dlr@kttlaw.com          ☎ 305-377-0651

**David Rosendorf** is a partner at Kozyak Tropin & Throckmorton.  For more than 20 years David has focused his practice on representing parties in commercial bankruptcy matters and other insolvency-related litigation.  David regularly advises corporate entities and individuals in pre-bankruptcy workouts and related matters, bankruptcy reorganizations and liquidations, involuntary bankruptcies, receiverships and assignments for the benefit of creditors, prosecution and defense of fraudulent transfer "clawback" actions and other claims brought by trustees and receivers, and post-bankruptcy matters. David's practice frequently involves litigation arising from Ponzi schemes and other frauds, as well as insolvencies of a variety of businesses including condominium developers, asbestos manufacturers, viatical settlement providers, and companies in the hospitality industry, among others. David's experience with the intricacies of bankruptcy proceedings and knowledge of bankruptcy law has made him particularly skilled in representing debtors, creditors and other constituencies in various bankruptcy-related litigation matters and appeals as well as complex collection matters.

David's reputation extends beyond his legal expertise.  David is a well-known food and wine enthusiast and shares his passion for the culinary arts through his widely respected food blog foodforthoughtmiami.com where he introduces his readers to local restaurants and provides commentary on established and rising star.

**RESULTS**

Bankruptcy

David represents the largest creditor in the Chapter 11 bankruptcy of a South Florida based company that owned an asphalt refinery in Corpus Christi, Texas, and through vigorous pursuit of objections to the debtors' initial proposed Plan and sale of the refinery, ultimately negotiated a consensual settlement and Plan that will provide a substantial payment to the client and resolution of related litigation among the parties.

Complex Litigation

David has a lead role in the bankruptcy proceedings arising from the billion-dollar Scott Rothstein Ponzi scheme, one of the largest Ponzi schemes in history and the largest in Florida.  David was instrumental in fighting against the Chapter 11 plan that threatened the ability of fraud victims to recover their losses through civil actions against third parties, and in negotiating a favorable treatment for the investors in a confirmed consensual Chapter 11 plan.

Appeals

David has successfully litigated, and then successfully defended on appeal, two cases decided by the Eleventh Circuit Court of Appeals addressing a creditor's ability to assert an equitable lien against property claimed as exempt from the reach of creditors under Florida's homestead exemption.

**PRACTICE AREAS**
Commercial Bankruptcy
Fraud and Insolvency Related Litigation
Corporate Restructuring
Creditors' Rights
Assignments for Benefit of Creditors and Receiverships
Complex Litigation
Appeals

**EDUCATION**
J.D., *cum laude*, University of Miami School of Law
B.A., English, Emory University

**KOZYAK TROPIN THROCKMORTON**

2525 Ponce de Leon, 9 FL
Miami, Florida 33134

kttlaw.com