# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-24903-CIV-ALTONAGA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,
v.

RISHI KAPOOR, et al.,

    Defendants.
_____/

## ORDER GRANTING RECEIVER'S MOTION FOR AUTHORIZATION OF EMPLOYMENT OF KOZYAK TROPIN & THROCKMORTON LLP AS COUNSEL RETROACTIVE TO JANUARY 12, 2024

THIS CAUSE came before the Court upon the *Receiver's Motion for Authorization of Employment of Kozyak Tropin & Throckmorton LLP as Counsel Retroactive to January 12, 2024* ("Motion") [DE ___]. Having considered the Motion and finding that good cause exists, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Receiver is authorized to employ Kozyak Tropin & Throckmorton, LLP as counsel, retroactive to January 12, 2024, to assist the Receiver in fulfilling her duties under the Receivership Order [DE 28], subject to Court approval of all fees and costs incurred in connection therewith in accordance with the Receivership Order.

**DONE AND ORDERED** in Miami, Florida this ____ day of January, 2024.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record.