# EXHIBIT A





**Maria M. Yip**
*Founder & Managing Partner*
*Direct: 305-787-3750*
*Fax: 1-888-632-2672*
myip@yipcpa.com

**Maria M. Yip** is the founder and managing partner of Yip Associates, a firm specializing in forensic accounting, financial investigations, receiverships, and bankruptcy-related matters. Ms. Yip also serves as the firm's Litigation Practice Leader and Fiduciary Services Practice Leader.  The firm serves its clients from offices in Florida, New York and New Jersey.  Ms. Yip has previously worked for Price Waterhouse, Arthur Andersen, and Grant Thornton prior to founding Yip Associates in 2008. Yip Associates is certified as a minority-owned and women-owned firm (M/WBE).

Ms. Yip is a Florida certified public accountant (CPA), certified fraud examiner (CFE), certified insolvency and restructuring advisor (CIRA) and is certified in financial forensics (CFF).

Ms. Yip is a sitting United States Bankruptcy Panel and case-by-case Subchapter V Trustee in the Southern District of Florida.  She also serves as a state and federal court-appointed receiver, examiner, liquidating trustee, custodian and assignee for the benefit of creditors.  Ms. Yip has significant experience marshaling and securing assets and identifying potential causes of action to provide recoveries for creditors and investors.  Ms. Yip serves as accountant and financial advisor to receivers appointed in numerous SEC, CFTC and FTC matters. Ms. Yip also serves as a federal equity receiver.

Ms. Yip has 30 years of experience serving as a forensic accountant and expert witness. Clients include attorneys, receivers, bankruptcy trustees and governmental agencies. She regularly serves as an expert witness in federal and state court, international litigation and arbitration matters.

Ms. Yip has extensive experience in the tracing of funds and the reconstruction of financial business records in civil and criminal matters.  Ms. Yip also has experience calculating economic damages in breach of contract and other commercial disputes. Ms. Yip assists clients with discovery, detailed review and analysis of business records, preparation of written reports, demonstrative exhibits and testimony.

Ms. Yip has significant experience conducting internal and external financial investigations of alleged business frauds including white-collar investigations, embezzlement and asset misappropriation, financial reporting and securities fraud.

Ms. Yip's extensive experience, fluency in Spanish, and cultural understanding have resulted in an efficient and effective approach in complex matters involving parties in Latin America and Caribbean in the review of documents and conducting interviews. Ms. Yip has also prepared comprehensive reports and provided expert testimony in Spanish.

Ms. Yip holds a Bachelor of Accounting degree from Florida International University.  She is a member of the American Institute of Certified Public Accountants, Florida Institute of Certified Public Accountants, Association of Certified Fraud Examiners, Association of Insolvency and Restructuring Advisors and on the Board of Directors of the National Association of Federal Equity Receivers.