# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-24903-CIV-ALTONAGA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RISHI KAPOOR, et al.,

    Defendants.

_____/

## ORDER GRANTING RECEIVER'S MOTION FOR AUTHORIZATION OF EMPLOYMENT OF MARIA M. YIP AND YIP ASSOCIATES AS FORENSIC ACCOUNTANTS RETROACTIVE TO JANUARY 12, 2024

THIS CAUSE came before the Court upon the *Receiver's Motion for Authorization of Employment of Maria M. Yip and Yip Associates as Forensic Accountants Retroactive to January 12, 2024* ("Motion") [DE ___]. Having considered the Motion and finding that good cause exists, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Receiver is authorized to employ Maria M. Yip and Yip Associates as forensic accountants, retroactive to January 12, 2024, to assist the Receiver in fulfilling her duties under the Receivership Order [DE 28], subject to Court approval of all fees and costs incurred in connection therewith in accordance with the Receivership Order.

**DONE AND ORDERED** in Miami, Florida this ____ day of January, 2024.

                                                _____
                                                **CECILIA M. ALTONAGA**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**

Copies furnished to counsel of record.