UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RISHI KAPOOR, etc., et al.,<br><br>Defendants. | Case No. 23-cv-24903-CMA |

**DEFENDANTS', KAPOOR AND PATRIOTS UNITED, LLC,
CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order dated January 8, 2024 [DE 19], Defendants KAPOOR and PATRIOTS UNITED, LLC, by and through their undersigned counsel, hereby file their Certificate of Interested Parties and Corporate Disclosure Statement, and state that they are not aware of any publicly held entity owning 10% or more of any entity listed:

I.  List of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

**Location Ventures, LLC**
Rishi Kapoor
Brij Kapoor
Jan Kapoor
DJ Motha
Claudio Ravinet
Alex Kleyner and Diana Ulis
Dmitry Levkov
Marty Halpern
Jared Kaplan
Jef Donnelly
Jonathan Abel
Edwin Villegas

Luis Leon
Patrick Dwyer
Rob and Mary Porges
Scott Robins
Thomas Tharrington
Bradley and Susana Houser
Torry Watson
Vivian Bonet

**Patriots United, LLC**
Rishi Kapoor
Brij Kapoor
Jan Kapoor
DJ Motha

**Location Properties, LLC; Location Development, LLC; Location Capital, LLC; Location Ventures Resources, LLC; Location Equity Holdings, LLC; Location GP Sponsor, LLC, LV Montana Sponsor, LLC; Stewart Grove 1, LLC; Stewart Grove 2, LLC; Location Zamora Parent, LLC; 515 Valencia Sponsor, LLC**
All wholly owned by Location Ventures/

**515 Valencia Partners, LLC**
Location Ventures Shareholders
Jonathan Hoffman
Joel S. Lawson IV
Jason Fox
Allen Furst
Robert Gutlohn
Frank and Niliana Garcia
Jared Kaplan
Ana Maria and Irwin Lichter
Otto Porter, Jr
Thomas Tharrington
Jorge Uribe
Vivian Bonet
Torry Watson
Marty Halpern
Edwin Villegas
Luis Leon

**LV Montana Phase 1, LLC**
Location Ventures Shareholders
Marty Halpern

**URBIN, LLC**
Rishi Kapoor
Brij Kapoor
Thomas P Murphy, Jr

Patrick Erin Murphy
Leslie B Murphy
Thomas C Murphy
Sean M Murphy
David Martin
Rudy Touzet
Marty Halpern
Martin Pico
Marcel Navarro
Gabriel Navarro
Thomas Tharrington
Torry Watson
Vivian Bonet
Jonathan Vilma
Allen Furst
Ghislain Gouraige
Aaron Hollub
Jared Kaplan
Jonathan Aibel
Joseph Nadar
Location Ventures Shareholders
Otto Porter Jr
Robert Gutlohn

**URBIN Founders, LLC**
Rishi Kapoor
Brij Kapoor
Thomas P Muprhy, Jr
Patrick Erin Murphy
Leslie B Murphy
Thomas C Murphy
Sean M Murphy
David Martin
Rudy Touzet
Marty Halpern
Martin Pico
Marcel Navarro
Gabriel Navarro
Thomas Tharrington
Torry Watson
Vivian Bonet
Jonathan Vilma
Location Ventures Shareholders

**URBIN CG Sponsor, LLC**
Wholly owned by URBIN Coral Gables or URBIN Coconut Grove.

3

**URBIN Coral Gables Partners, LLC**
URBIN Shareholders
Elizabeth Suchman
Lawrence Suchman
Jason Shapiro
Philip Leitman

**URBIN Coconut Grove Partners, LLC**
URBIN Shareholders
Clement Zanzuri
JoAnn Zanzuri
Michele Zuckerman
Joseph Zanzuri
Marty Halpern
Thomas Tharrington
Daniel de la Vega
Edwin Villegas
Luis Leon
Eduardo Mueller
Clifford Losh and Chakameh Habibi
Helene Lindenfeld
Martin Lindenfeld

**URBIN Miami Beach Partners, LLC**
URBIN Shareholders
Jay Bloom
Jordan Bloom
Parag Mehta
Keshal Parekh
Vatsal Shah
Yuri Denisenko
Dimiti Serebrianik
Andre Serebianik
Daniel de la Vega
Edwin Villegas
Luis Leon

**URBIN Miami Beach II Phase 1, LLC**
URBIN Shareholders
Location Ventures Shareholders
Jay Bloom
Jordan Bloom

Respectfully submitted,

DATED:  January 23, 2024                **SHAHADY & WURTENBERGER, P.A.**


*/s/ Fred A. Schwartz*
Fred A. Schwartz, Esq.
fschwartz@swlawyers.law
Florida Bar No. 360538
200 East Palmetto Park Road, Suite 103
Boca Raton, FL 33432
Direct: (561) 910-3064

John J. Shahady, Esq.
JShahady@swlawyers.law
Florida Bar No. 998990
7900 Peters Road, Suite B-200
Fort Lauderdale, FL 33324
(954) 376-5958


**RASKIN & RASKIN, P.A.**

Jane Serene Raskin
jraskin@raskinlaw.com
Florida Bar No. 848689
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL.  33134

*Attorneys for Defendants Kapoor and Patriots United, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that, on January 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Fred A. Schwartz*
        Fred A. Schwartz