UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-24903-CIV-ALTONAGA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RISHI KAPOOR, et al.,

    Defendants.
_____/

**STIPULATION WAIVING REQUIREMENTS OF 28 U.S.C. § 2001(a) AND (b)
IN CONNECTION WITH REAL PROPERTY SALE MOTION**

This stipulation ("Stipulation") is entered into between the Securities and Exchange Commission ("SEC"), Bernice C. Lee, as receiver ("Receiver") over the company defendants (each a "Receivership Company" and collectively, the "Receivership Companies"),[1] and defendant Rishi Kapoor ("Kapoor"), pursuant to the recitals:

**RECITALS**

1. On January 12, 2024, the Court entered an Order (the "Receivership Order") [DE 28], which appointed Bernice C. Lee as receiver "for the estate of the Receivership Companies, including any of its divisions, subsidiaries, affiliates, successors, and assigns; and any fictitious business entities or business names created or used by the Receivership Companies, their divisions, subsidiaries, affiliates, successors, and assigns." Receiver. Or. ¶ 2.

---

[1] The Receivership Defendants include: Location Ventures, LLC, URBIN, LLC, Patriots United, LLC; Location Properties, LLC; Location Development, LLC; Location Capital, LLC; Location Ventures Resources, LLC; Location Equity Holdings, LLC; Location GP Sponsor, LLC; 515 Valencia Sponsor, LLC; LV Montana Sponsor, LLC; URBIN Founders Group, LLC; URBIN CG Sponsor, LLC; 515 Valencia Partners, LLC; LV Montana Phase I, LLC; Stewart Grove 1, LLC; Stewart Grove 2, LLC; Location Zamora Parent, LLC; URBIN Coral Gables Partners, LLC; URBIN Coconut Grove Partners, LLC; URBIN Miami Beach Partners, LLC; and URBIN Miami Beach II Phase 1, LLC.

2. The Receivership Defendants own real property, and their subsidiaries, which are not currently receivership entities, own real property.

3. Among other things, the Receivership Order authorizes the Receiver to transfer or otherwise dispose of Receivership Property,[2] other than real estate, in the ordinary course of business, on terms and in the manner the Receiver deems most beneficial to the Receivership Estate, and with due regard to the realization of the true and proper value of such Receivership Property. *See* ¶ 31.

4. The Receiver is further authorized to sell real property in the Receivership Estate, either at public or private sale, on terms and in the manner the Receiver deems most beneficial to the Receivership Estate, and with due regard to the realization of the true and proper value of such real property, and is authorized to sell, and transfer clear title to, all real property in the Receivership Estate, pursuant to such procedures as may be required by the Court and additional authority such as 28 U.S.C. § 2001 and 2004. *See* ¶ 32-33.

5. These statutes authorize federal receivers to sell real property by either public auction with notice of the auction to be published for a certain period of time, or private sale after obtaining three appraisals.

6. Because of the nature of the real properties at issue, a pending agreement for one parcel that was scheduled to close on or around January 16, 2024, and the activity of the current real estate market, the Receiver is concerned that strict compliance with the requirements will be burdensome to the estate. Obtaining three appraisals for each property will be costly, and with

---

[2] Capitalized terms not defined herein shall have the definitions provided for in the Receivership Order.

2

respect to the pending agreement, will cause additional delay and may create additional claims against the receivership estate. The Receiver is also concerned for certain properties, public auctions may chill bidding and result in depressed prices, decrease the amount of net proceeds to the estate due to a longer process and additional carrying costs, and increase the administrative expenses of the receivership estate.

7. Accordingly, and without waiving any other rights, the SEC and Kapoor have agreed with the Receiver to waive the requirements of 28 U.S.C. § 2001 in connection with the sale of any real property sought by the Receiver.

## **STIPULATION**

Based on the foregoing recitals, the Receiver, the SEC and Kapoor stipulate as follows:

A. The parties waive the requirements of 28 U.S.C. § 2001 in connection with the Receiver's sale of any real property owned by any Receivership Defendant or subsidiary.

B. The parties retain and reserve any and all other of their respective rights in connection with this action, including in connection with any sale motion filed by the Receiver.

C. Unless there are objectively exigent circumstances, the Receiver will provide Kapoor ten days' notice before any closing for a sale of real property, and such notice can be provided by the Receiver filing a sale motion with the Court.

WHEREFORE, the parties request that the Court approve the Stipulation, and enter the proposed order attached hereto as **Exhibit A** attached hereto.

Dated: January 23, 2024

*[signatures on following page]*

Respectfully submitted,


By: /s/ *Bernice C. Lee*
    Bernice C. Lee
    *Court-Appointed Receiver*
    Florida Bar No. 0073535
    Email: blee@kttlaw.com
    KOZYAK TROPIN & THROCKMORTON, LLP
    2525 Ponce de Leon Boulevard, 9th Floor
    Coral Gables, Florida 33134
    Tel: (305) 372-1800
    Fax: (305) 372-3508


By: /s/ *Russell R. O'Brien*
    Russell R. O'Brien, Esq.
    Trial Counsel
    Fla. Bar No. 084542
    Direct Dial: (305) 982-6341
    Email: obrienru@sec.gov
    SECURITIES AND EXCHANGE COMMISSION
    801 Brickell Avenue, Suite 1950
    Miami, FL 33131
    Telephone: (305) 982-6300
    Facsimile: (305) 536-4154
    Attorney for Plaintiff Securities and Exchange Commission


By: /s/ *Fred A. Schwartz*
    Fred A. Schwartz, Esq.
    Florida Bar No. 360538
    John J. Shahady, Esq.
    Florida Bar No. 998990
    SHAHADY & WURTENBERGER, P.A.
    200 East Palmetto Park Road, Suite 103
    Boca Raton, FL 33432
    Telephone: (561) 910-3064
    fschwartz@swlawyers.law
    jshahady@swlawyer.com
    Attorneys for Defendant Rishi Kapoor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF upon all counsel of record this 23rd day of January, 2024.

By: /s/ *Bernice C. Lee*
Bernice C. Lee