# Exhibit C

CFN: 20230342269 BOOK 33716 PAGE 2966
DATE:05/22/2023 10:00:20 AM
LUIS G. MONTALDO, CLERK AD INTERIM
MIAMI-DADE COUNTY, FL

PREPARED BY, RECORD AND RETURN TO:

Kenneth R. Florio, Esq.
Goodkind & Florio, P.A.
12861 SW 68th Avenue
Pinecrest, Florida 33156

_____[Space Above This Line For Recording Data]_____

## LIMITED LIABILITY COMPANY AFFIDAVIT

STATE OF FLORIDA     )
                         )  SS:
COUNTY OF MIAMI-DADE  )

BEFORE ME, the undersigned authority, personally appeared Rishi Kapoor ("Affiant"), individually and as the Manager of Urbin Founders Group, LLC, a Florida limited liability company, the Manager of Urbin, LLC, a Florida limited liability company, the Manager of Urbin Coral Gables Partners, LLC, a Florida limited liability company, the Sole Member of Urbin CG SPE LLC, a Florida limited liability company (the "Company"), who being first duly sworn by me on oath says:

1.    The Company was validly existing and in good standing with the Secretary of State of the State of Florida on the date the Company acquired title to the property more particularly described as follows (the "Property"), and as of the date of this affidavit:

> Lots 45, 46, 47, and 48, in Block 17, less the North 12 feet thereof, of CORAL GABLES SECTION "K", according to the Plat thereof, as recorded in Plat Book 8, Page 33, of the Public Records of Miami-Dade County, Florida.

> and

> Lots 39 and 40, less the North 12 feet thereof, in Block 17, of CORAL GABLES SECTION "K", according to the Plat thereof, as recorded in Plat Book 8, Page 33, of the Public Records of Miami-Dade County, Florida.

2.    The Company is a member-managed Florida limited liability company.

3.    Affiant is authorized and directed by the Company to execute, on the Company's behalf, that certain Mortgage and Promissory Note Modification Agreement (the "Modification") on the Property in favor of 2EE, LLC, a Florida limited liability company. Neither the Company nor Affiant have filed for bankruptcy since the Company acquired title to the Property.

4.    This affidavit is given in connection with the Modification and was obtained to induce Chicago Title Insurance Company and Goodkind & Florio, P.A., as its agent, to insure the title to the Property by issuing an endorsement to a title insurance policy based on the commitment bearing Order No. 10978917.

1

CFN: 20230342269 BOOK 33716 PAGE 2967

5.      Affiant further states that Affiant is familiar with the nature of an oath and with the penalties, as provided by the laws of the State of Florida for falsely swearing to statements made in an instrument of this nature. Affiant further certifies that Affiant has read this affidavit or has caused it to be read to him/her and swear to the truth and accuracy of its contents.

*[signatures on next page]*

*[signature page for Limited Liability Company Affidavit]*


By: _____
Rishi Kapoor


I HEREBY CERTIFY that the foregoing instrument was sworn to and acknowledged before me [X] in my physical presence or [＿＿] via online notarization this /⎵/ day of April 2023, by Rishi Kapoor, who is personally known to me


_____
Notary


_____
Typed, printed or stamped name Notary Public
My Commission Expires


Raymond Gonzalez
Comm. #HH116723
Expires: Apr. 13, 2025
Bonded Thru Aaron Notary