# Exhibit F

CFN: 20230610338 BOOK 33858 PAGE 4397
DATE:08/30/2023  09:28:32 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

**Prepared by and after recording return to:**
Jason R. Alderman, Esq.
The Alderman Law Firm
9999 NE 2nd Ave., Suite 211
Miami Shores, FL 33138

## ASSIGNMENT OF MORTGAGE AND OTHER LOAN DOCUMENTS

FOR VALUE RECEIVED, the receipt and sufficiency of which are hereby acknowledged, **2EE LLC**, a Florida limited liability company ("**Assignor**"), having a mailing address of 2511 Anderson Road, Coral Gables, FL 33134, does hereby grant, bargain, sell, assign, deliver, convey, transfer and set over unto **1200 Minorca Acquisition, LLC**, a Florida limited liability company ("**Assignee**"), having a mailing address of 2511 Anderson Road, Coral Gables, FL 33134, all of Assignor's right, title and interest in and to the mortgage described below, as such instrument may from time to time have been amended, assumed, consolidated, modified and/or assigned, and all other loan documents executed in connection therewith, as each such document may have been amended, assumed, consolidated, modified and/or assigned (the "**Other Loan Documents**"):

That certain Mortgage, dated January 6, 2022 ("**Mortgage**"), made by **URBIN CG Resi SPE, LLC**, a Florida limited liability company ("**Borrower**") for the benefit of Assignor, recorded on January 12, 2022, in Official Records Book 32958, at Page 3750, of the Public Records of Miami-Dade County, Florida.

That certain UCC-1 Financing ("**UCC-1**") made by Borrower for the benefit of Assignor, recorded on January 12, 2022, in Official Records Book 32958, at Page 3773, of the Public Records of Miami-Dade County, Florida.

TOGETHER WITH all rights accrued or to accrue under the Mortgage and Other Loan Documents, any and all promissory note(s) and the obligations described therein, the debt and claims secured thereby, and all sums of money due and to become due thereon, with interest as provided for therein.

TO HAVE AND TO HOLD the same unto the Assignee and to the successors and assigns of the Assignee forever.

**THIS ASSIGNMENT IS MADE WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.**

The Mortgage assigned hereby encumbers the real property legal described on Exhibit A attached hereto and incorporated herein by this reference.

4866-0853-2344, v. 1

IN WITNESS WHEREOF, this Assignment has been duly executed on behalf of Assignor on this __18th__ day of August, 2023.

**[SIGNATURE TO FOLLOW]**

4866-0853-2344, v. 1

**WITNESSES:**

*Rebecca Navarro* (Digitally Signed)

Print Name: __Rebecca Navarro__

*David Lipszyc* (Digitally Signed)

Print Name: __David Lipszyc__

**ASSIGNOR:**

**2EE LLC**
a Florida limited liability company

By: __Jonathan Hoffman__ (Digitally Signed)

Print Name: <u>Jonathan Hoffman</u>

Its: <u>Manager</u>

STATE OF FLORIDA         )
                         ) ss:
COUNTY OF __Florida__    )

SWORN AND SUBSCRIBED before me, an officer duly authorized in the State and County aforesaid to administer oaths and take acknowledgements, by means of ☐ physical presence or ☒ online notarization this __18th__ day of __August__, 2023, by Jonathan Hoffman, as Manager of 2EE LLC, a Florida limited liability company, who is ☐ personally known to me or ☒ who has produced _____ as identification.

WITNESS my hand and official seal in the County and State of __Palm Beach__, Florida this __18th__ day of __August__, 2023.

[Notary Public State of Florida — Matthew J Rubolino — My Commission HH 385640 — Expires 2/22/2027]

Online Notary Public. This notarial act involved the use of online audio/video communication technology. Notarization facilitated by SIGNIX®

*Matthew Rubolino* (Digitally Signed)
NOTARY PUBLIC, STATE OF FLORIDA

Print Name: __Matthew Rubolino__

4866-0853-2344, v. 1

CFN: 20230610338 BOOK 33858 PAGE 4400

## **OMNIBUS ASSIGNMENT OF LOAN DOCUMENTS**

**2EE LLC** ("Assignor"), having a mailing address of 2511 Anderson Road, Coral Gables, FL 33134, is the current owner and holder of that certain loan dated January 6, 2022 (the "Loan"), in the original principal amount of **TWO MILLION AND NO/100 DOLLARS ($2,000,000.00)** (the "**Loan Amount**"), made by Assignor to **URBIN CG RESI SPE, LLC**, a Florida limited liability company, ("**Borrower**"). The Loan is evidenced by a Promissory Note dated January 6, 2022, and a Renewal Promissory Note dated April 14, 2023, executed by Borrower and payable to the order of Assignor, in the Loan Amount (as the same may from time to time have been amended, consolidated, renewed, replaced and/or endorsed, the "**Note**"), and secured by a Mortgage, dated January 6, 2022, made by Borrower, in favor of Assignor ("**Security Instrument**"), and by other documents and instruments that evidence and secure the Loan, including but not limited to those set forth on Exhibit A attached hereto (the Note, the Security Instrument and such other documents and instruments evidencing and securing the Loan, as the same may from time to time be amended, consolidated, renewed or replaced, being collectively referred to herein as the "**Loan Documents**").

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor does hereby grant, bargain, sell, assign, deliver, convey, transfer and set over unto **1200 Minorca Acquisition, LLC**, a Florida limited liability company ("**Assignee**"), having a mailing address of 2511 Anderson Road, Coral Gables, FL 33134, all of Assignor's right, title and interest in and to the Loan and obligations with respect to the Loan, together with all rights, remedies, collateral, instruments or other documents made or granted in favor of Assignor or its predecessors in interest in connection with the Loan, including, without limitation: (i) all right, title and interest in and to the Note; (ii) all guaranties, pledges, security interests, mortgages, deeds of trust, or other rights, interests, or other collateral securing or guaranteeing repayment of the Loan; and, (iii) all other rights, remedies and obligations of Assignor in connection with the Loan, whether provided by contract or otherwise available under applicable law or in equity, including, without limitation, all rights and remedies provided, and obligations arising, under any loan agreements, indemnities or other instruments or documents made, issued or delivered to or in favor of Assignor or its predecessors in interest in connection with the Loan, all as the same may have been amended from time to time, but specifically excluding from all of the foregoing the "**Retained Rights**" (as such term is defined below).

This assignment is an agreement between the parties hereto and no other party shall be deemed to be a third-party beneficiary hereof.

"**Retained Rights**" shall mean those rights provided to Assignor under indemnification provisions or agreements or other terms and conditions of the above-described loan documents and collateral property pertaining to the Loan (including, without limitation, environmental

indemnification provisions or agreements and insurance policies), or arising from Assignor's reliance upon a representation, warranty or other statement contained within any of the above-described loan documents and other collateral property pertaining to the Loan (including, without limitation, affidavits, certifications, environmental reports and opinions of counsel), which are available to be exercised by Assignor as a prior holder of such Loan. Assignor's retention of the Retained Rights shall not be to the exclusion of any rights of Assignee under such provisions or agreements to the extent that such provisions or agreements or terms or conditions are exercisable by Assignee as the assignee of such Loan.

To have and to hold the same unto the Assignee and to the successors and assigns of the Assignee forever.

**THIS ASSIGNMENT IS MADE WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.**

IN WITNESS WHEREOF, this Omnibus Assignment of Loan Documents has been duly executed and sealed on behalf of Assignor on this  18th   day of August, 2023.

**[SIGNATURE TO FOLLOW]**

4866-0853-2344, v. 1

**WITNESSES:**

*Rebecca Navarro*
_____
Print Name:  Rebecca Navarro

*David Lipszyc*
_____
Print Name:  David Lipszyc

**ASSIGNOR:**

**2EE LLC**
a Florida limited liability company

By: *Jonathan Hoffman*
_____

Print Name: Jonathan Hoffman

Its: Manager _____

STATE OF FLORIDA          )
                          ) ss:
COUNTY OF   Palm Beach    )

SWORN AND SUBSCRIBED before me, an officer duly authorized in the State and County aforesaid to administer oaths and take acknowledgements, by means of ☐ physical presence or ☒ online notarization this  18th  day of  August , 2023, by Jonathan Hoffman, as Manager of 2EE LLC, a Florida limited liability company, who is ☒ personally known to me or ☐ who has produced _____ as identification.

WITNESS my hand and official seal in the County and State of  Palm Beach , Florida this   18th   day of   August  , 2023.

[Notary Public State of Florida — Matthew J Rubolino — My Commission HH 365640 — Expires 2/22/2027]

Online Notary Public. This notarial act involved the use of online audio/video communication technology. Notarization facilitated by SIGNiX®

*Matthew Rubolino*
_____
NOTARY PUBLIC, STATE OF FLORIDA

Print Name:  Matthew Rubolino

4866-0853-2344, v. 1

## EXHIBIT A

## LEGAL DESCRIPTION

Lots 45, 46, 47 and 48, Block 17, less the North 12 feet thereof, Coral Gables Section "K", according to the map or plat thereof as recorded in Plat Book 8, Page 33, Public Records of Miami-Dade County, Florida.

-AND-

Lots 39 and 40, Block 17, less the North 12 feet thereof, Coral Gables Section "K", according to the map or plat thereof as recorded in Plat Book 8, Page 33, Public Records of Miami-Dade County, Florida.