**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:23-cv-24903-CMA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

RISHI KAPOOR, *et al.*,

        Defendants.
_____/

**AGREED ORDER EXTENDING ASSET FREEZE**
**AND SCHEDULING SHOW CAUSE HEARING**

    THIS CAUSE came before the Court upon the Plaintiff Securities and Exchange Commission's Unopposed Motion to Extend Asset Freeze and to Schedule Show Cause Hearing (the "Motion"). The Court, having considered the Motion and being advised of the agreement of the parties, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**. The Asset Freeze (ECF No. 10) shall remain in effect until further order of this Court.

2. Having waived his right to an expedited hearing, Defendant Rishi Kapoor shall show cause, if any, before the Honorable Cecilia M. Altonaga at ____ o'clock __.m., on the ___ day of _____ 2024, in Courtroom _____, United States Courthouse, in the Southern District of Florida, or as soon thereafter as the matter can be heard, why the Asset Freeze should not remain in place for the pendency of this action (the "Show Cause Hearing") as requested by the Commission.

3. Defendant Rishi Kapoor may seek a reasonable extension of time for the Show Cause Hearing to allow him to gather any evidence in support of a motion to dissolve the

Asset Freeze.

**DONE AND ORDERED** in Miami, Florida this ____ day of _____ 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

Copies furnished to counsel of record.