UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-24903-CMA

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

RISHI KAPOOR, etc., et al,

        Defendants.
_____/

## DEFENDANT RISHI KAPOOR'S MOTION TO EXTEND THE ASSET FREEZE AND TO RE-SCHEDULE SHOW CAUSE HEARING

Defendant Rishi Kapoor ("Mr. Kapoor"), through undersigned counsel, hereby files his Motion to Extend the Asset Freeze and to Re-Schedule the Show Cause Hearing and in support states as follows:

1. On December 27, 2023, the Court issued an order freezing Mr. Kapoor's assets and granting other requested relief (the "Asset Freeze") [ECF 10].

2. Thereafter, Mr. Kapoor informed Plaintiff Securities and Exchange Commission (the "Commission") that he intends to move to dissolve the Asset Freeze, but that the Receiver possesses documents he needs to support his motion and he requires additional time to work with her to obtain access to them.

3. Accordingly, on January 31, 2024, the Commission filed its Unopposed Motion to Extend Asset Freeze and to Schedule Show Cause Hearing (the "Motion to Schedule Show Cause Hearing") based on Mr. Kapoor's agreement "to waive his right to an expedited show cause hearing . . . and . . . to the Asset Freeze remaining in place" on the condition that "he is entitled to a hearing within 30 days, with the right seek an additional extension of time is necessary" [ECF 65].

4. On February 2, 2024, this Court issued its Order on the Motion to Schedule Show Cause Hearing and set a hearing for February 28, 2024, "to address the parties' positions regarding the Asset Freeze" [ECF 66].

5. Since entry of the Court's February 2, 2024, Order, undersigned counsel and Mr. Kapoor's forensic accountant have had discussions with the Receiver who has provided limited access to some of the requested documents included among the voluminous bookkeeping, bank records, email, and other Google Workplace records of Location Ventures, LLC ("LV"), and the other Defendant entities. These limited records have provided evidence to disprove significant allegations of the Commission's Complaint. For example:

   a. The Commission's Emergency *EX PARTE* Motion for Asset Freeze and Other Relief Against Defendant Rishi Kapoor (the "Motion for Asset Freeze"), based on the Affidavit of a former LV employee, alleges that Mr. Kapoor misappropriated $10,000 per month in LV funds to employ a private chef on his yacht [ECF No. 6, p. 3; ECF No. 6-9]. In fact, as the records show, Mr. Kapoor, acting on behalf of LV, hired Ariete Hospitality Group ("AHG") as a consultant to develop concepts for and design the 10+ restaurants to be located in the various LV projects. AHG was paid $10,000 monthly for these services.[1] **Composite Exhibit A** consists of agreements and monthly progress reports documenting AHG's work for LV. Mr. Kapoor needs further access to the LV bookkeeping records, emails and other materials in the Google Workplace Drive to further document the relationship between and nature of the payments from LV to AHG.

   b. The Motion for Asset Freeze also alleges that Mr. Kapoor induced investors by representing that Patriots United, LLC, a company he owned along with his partner and family

---

[1] AHG is a well-respected company that developed the concepts for, designed, and/or operates a number of restaurants in Miami-Dade County, including the Michelin-starred Ariete, Chug's Diner, Eve, The Oyster Room, The Taurus, The Scape Goat, P.I.G. Inc., the Gibson Room, The Allocation Room, E Vecino, Laurel Brasserie, and Scoop Records.

members, invested $13 million in LV when, in fact, Patriots United never invested any cash in LV [ECF No. 6, at 2, 5, 15]. This allegation is based on the affidavit of an accountant retained by the Commission who reviewed the books and records of LV and five subsidiary project entities and was unable to identify any cash contribution from Patriots United or its members to LV [ECF No. 14-6 at 20, 26]. However, even the limited LV records reviewed to date demonstrate cash investments by Patriots United members of over $9 million between 2015, when Mr. Kapoor, his family and his partner began developing individual real estate projects, and 2020, when the original, disparate project entities (the "Original Project Entities") were "rolled up" into a consolidated LV (the "Roll Up"). Some of the funds were contributed to Location Capital, LLC—an entity which, along with Stewart Grove 2, the Commission's accountant apparently did not review for purposes of locating Patriot United cash contributions by its members. [ECF No. 14-6 at 26]. Others were sent to escrow agents in connection with the closing of the purchase of the real estate held by the Original Project Entities. The Commission and its accountant also failed to recognize that additional investment contributions were, for example, expressly authorized fees specifically approved to be contributed as equity if not taken as cash at equal value. Ultimately, all of these interests were assigned by the members of Patriots United to the LV Roll Up. **Composite Exhibit B** consists of an investment log with copies of checks, wire transfer receipts, closing statements, invested fees, and emails reflecting this $9 Million plus in cash investments documented to date. When given further access to the LV records held by the Receiver, Mr. Kapoor is confident he will locate further evidence of the $9 million in cash investments reflected in Composite Exhibit B, as well as evidence of additional cash investments made by the members of Patriots United and evidence of General Partner interests in the Original Project Entities

contributed to LV by Mr. Kapoor and his partner, thereby substantiating the $13M aggregate investment.

Discussions with the Receiver are ongoing regarding Mr. Kapoor's request for additional access to the records, including the ability to electronically search them so as to gather the evidence to disprove the remainder of the SEC's contentions. However, Mr. Kapoor requires additional time to work with the Receiver to reach agreement regarding access to the records, to analyze them, and to adequately prepare for a hearing before this Court regarding his position on the Asset Freeze.

WHEREFORE, as contemplated in the February 2, 2024, Order [ECF No. 65], Mr. Kapoor requests the Court extend the Asset Freeze until the hearing on the Show Cause Order and grant a thirty (30) days extension beyond the February 28, 2024, hearing date currently set to address the parties' positions on the Asset Freeze.

### Local Rule 7.1(a)(3) Certification of Pre-Filing Conference

Counsel for Mr. Kapoor has conferred with counsel for the Commission and with the Receiver and her counsel who have no objection to the requested thirty (30) day extension but do not agree with Defendant's statements regarding the allegations in the Commission's Complaint.

Respectfully submitted,

**SHAHADY & WURTENBERGER, P.A.**

*/s/ Fred A. Schwartz*
Fred A. Schwartz, Esq.
fschwartz@swlawyers.law
Florida Bar No. 360538
200 East Palmetto Park Road, Suite 103
Boca Raton, FL 33432
Direct: (561) 910-3064

John J. Shahady, Esq.
JShahady@swlawyers.law
Florida Bar No. 998990

7900 Peters Road, Suite B-200
Fort Lauderdale, FL 33324
(954) 376-5958

**RASKIN & RASKIN, P.A.**

Jane Serene Raskin
jraskin@raskinlaw.com
Florida Bar No. 848689
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL  33134

*Attorneys for Defendant Kapoor*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Fred A. Schwartz*
      Fred A. Schwartz