UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24903-CIV-ALTONAGA/Reid

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,
v.

**RISHI KAPOOR**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant, Rishi Kapoor's Motion to Extend the Asset Freeze and to Re-Schedule Show Cause Hearing [ECF No. 81], filed on February 22, 2024.[1]  On December 27, 2023, the Court issued a Sealed Order ("Asset Freeze") [ECF No. 10] freezing Defendant's assets and granting other requested relief.  (*See id.* 2).  On February 2, 2024, the Court issued an Order [ECF No. 66] extending the Asset Freeze and setting a hearing for February 28, 2024 to address the parties' positions regarding the Asset Freeze.  (*See id.* 1–2).  Kapoor now seeks to continue the show cause hearing by thirty days and extend the Asset Freeze accordingly.  (*See generally* Mot.).  Being fully advised, it is

**ORDERED** that the Motion **[ECF No. 81]** is **GRANTED**.  The February 28, 2024 hearing is rescheduled to **March 25, 2024, at 9:00 a.m.** in the United States Courthouse located at 400 North Miami Avenue, Courtroom 13-3, Miami, Florida 33128.  One hour has been reserved for

---

[1] The Receiver, Bernice Lee, and Plaintiff, Securities and Exchange Commission, represent they have no objection to the Court continuing the show cause hearing but object to Defendant's representations as to document production and substantive matters of the Asset Freeze in the Motion.  (*See* Receiver's Resp. [ECF No. 82] 1–2; Pl.'s Resp. [ECF No. 83] 1).

CASE NO. 23-24903-CIV-ALTONAGA/Reid

the hearing; if more time is required, the parties are to advise the Courtroom Deputy by no later than March 11, 2024. The Asset Freeze **[ECF No. 10]** remains in effect.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of February, 2024.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record