UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24903-CIV-ALTONAGA/Reid

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,
v.

**RISHI KAPOOR**; *et al.*,

    Defendants.
_____ /

## ORDER

**THIS CAUSE** came before the Court upon Receiver, Bernice C. Lee's Motion for Approval of Settlement and Authority to Consent to Foreclosure Judgment [ECF No. 91], filed on February 28, 2024. In the Certification of Conference, Receiver indicates that Defendant, Rishi Kapoor "would like the opportunity to file a response." (Mot. 12). Accordingly, it is

**ORDERED** that Defendant, Rishi Kapoor shall file an expedited response to the Motion **[ECF No. 91]** by **March 4, 2024**. Receiver, Bernice C. Lee has until **March 6, 2024** to file a reply.

**DONE AND ORDERED** in Miami, Florida, this 29th day of February, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record