UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
District Judge Jacqueline Becerra

| | |
|---|---|
| Crystal Lagoons U.S. Corp. et al v. Cloward H2O LLC | Case No. 22-cv-21823 |
| Nam v. Royal Caribbean Cruises, Ltd. | Case No. 23-cv-22822 |
| McDermott v. MSC Cruises, S.A. | Case No. 23-cv-24175 |
| Betterson v. The Town of Cutler Bay, *et al*. | Case No. 23-cv-24525 |
| Rodriguez v. Carnival Corporation | Case No. 23-cv-24552 |
| Securities and Exchange Commission v. Kapoor, *et al*. | Case No. 23-cv-24903 |
| Naylor v. Hartford Live and Accident Insurance Company | Case No. 24-cv-20151 |
| Zieman v. Royal Caribbean Group | Case No. 24-cv-20355 |
| Mason v. Royal Caribbean Cruises, Ltd. | Case No. 24-cv-20461 |
| Espinoza v. Laderach (USA), Inc. | Case No. 24-cv-20493 |
| Alvear v. Red Lobster Management LLC | Case No. 24-cv-20601 |
| Btesh v. Btesh | Case No. 23-cv-23679 |
| USA v. Alejandro Perez Mujica | Case No. 23-cr-20373 |
| USA v. Washington Francisco, *et al.*, | Case No. 23-cr-20477 |

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned

District Judge to the newly appointed **District Judge Jacqueline Becerra**.[1] Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all ripe pending motions that have not been referred to the paired Magistrate Judge, and are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (*See* Internal Operating Procedures, Sections 2.05.03 -2.05.04).

It is hereby **ORDERED** as follows:

The above-styled actions are **REASSIGNED** to the calendar of the Honorable Jacqueline Becerra as of March 4, 2024, for all further proceedings. All currently pending hearings set before the undersigned Judge are **TERMINATED** and are to be rescheduled by **District Judge Jacqueline Becerra**. All deadlines will REMAIN IN EFFECT unless altered by **District Judge Jacqueline Becerra**. All papers hereafter filed shall bear the assigned case number followed by the initials JB in lieu of the present initials.

**DONE AND ORDERED** at Miami, Florida, this 4th day of March, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: all counsel of record/*pro se* parties

---

[1] In the event a case was not subject to transfer pursuant to Internal Operating Procedure Section 2.05.03, the undersigned Judge has selected another case from the Clerk's transfer list that is subject to transfer and included it in this list.