UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-24903-CIV-JB

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

v.

**RISHI KAPOOR**; *et al.*,

    Defendants.
_____/

**AGREED ORDER RESOLVING RISHI KAPOOR'S OBJECTION TO AUCTION SALE OF PERSONAL PROPERTY**

**THIS CAUSE** came before the Court upon Defendant Rishi Kapoor's Objections to Auctioning Rishi Kapoor's Personal Items ECF No. [117], filed pursuant to the Court's Order Granting Receiver's Motion to Approve Employment of Auctioneer and Auction Sale of Personal Property ECF No. [109]. The Court is advised that the parties have agreed to the terms herein, and being advised that the relief set forth in this Order is unopposed. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Objections are resolved as follows:

    1.    Mr. Kapoor may remove the following items (the "Personal Property") from Office 510 in the 299 Alhambra property: (a) Paw Print Painting (item 401), (b) 2 desks / dining tables (items 384 and 385), (d) coffee table (item 386), (e) 2 barrel chairs (item 387), (f) green couch (item 397), (g) model airplane (item 393), (h) board game sets (item 395), (i) studio 54 coffee table book (item 389), (j) "Lunch Atop a Skyscraper" painting (item 398), (k) "Man Pulling Fruit of His Labor" sculpture (item 394), (l) "Yes I Am" painting (item 399) and (m) landscape painting of tree

(orange & green) (item 307), which items are listed in the inventory attached as Exhibit C to the Receiver's Motion to Approve Employment of Auctioneer and Auction Sale of Personal Property ECF No. [99], and, to the extent located by the Receiver: first Dollar Earned in glass case, various coffee table books (city history, cars, project books), shovels and hard hats, photos of family, cup holders and coasters and Hindu (Indian) God figurine.

2. The removal of the Personal Property must occur by Tuesday April 16, 2024, and shall be coordinated in advance with the Receiver.

3. Any items of Personal Property not removed by Mr. Kapoor by Tuesday April 16, 2024 may be auctioned and sold by the Receiver.

4. The Personal Property removed by Mr. Kapoor shall remain subject to the Asset Freeze Order, ECF No. [10], and he shall continue to maintain the Personal Property in accordance with and subject to the terms of the Asset Freeze Order.

**DONE AND ORDERED** in Miami, Florida this 15th day of April, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE