# Exhibit A

Bernice C. Lee, as Receiver
SEC v. Rishi Kapoor, et al.
Case No. 23-24903-CIV-JB

**STANDARDIZED FUND ACCOUNTING REPORT**
Reporting Period:
01/12/2024-03/31/2024

| FUND ACCOUNTING | | | | |
|---|---|---|---|---|
| | | Detail | Subtotal | Grand Total |
| Line 1 | Beginning Balance (as of 01/12/2024) | $0.00 | | $0.00 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $3,834.00 | | |
| Line 3 | Cash and Securities | $1,360,814.55 | | |
| Line 4 | Interest/Dividend Income | $15,758.68 | | |
| Line 5 | Business Asset Liquidation (Note 1) | $762,235.37 | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Additional Third-Party Claims Recovery | | | |
| Line 8 | Miscellaneous – Other (Note 2) | $59,652.88 | | |
| | Total Funds Available (Lines 1-8): | | | $2,202,295.48 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | |
| Line 10b | *Business Asset Expenses* | $2,492.65 | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses* | $10.00 | | |
| Line 10e | *Additional Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Additional Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments (Note 3)* | $7,948.85 | | |
| Line 10h | *Miscellaneous – Other (Note 4)* | $586.09 | | |
| | Total Disbursements for Receivership Operations | | | $10,451.50 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund: | | | $0.00 |
| | Disbursements to Court/Other: | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | Total Disbursements to Court/Other: | | | $0.00 |
| | Total Funds Disbursed (Lines 9-11): | | | $10,451.50 |
| Line 13 | Ending Balance (as of 03/31/2024): | | | $2,191,843.98 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | *Cash & Cash Equivalents* | $2,191,843.98 | | |
| | *Investments* | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | |
| | Total Ending Balance of Fund – Net Assets | | | $2,191,843.98 |
| OTHER SUPPLEMENTAL INFORMATION | | | | |
| | | Detail | Subtotal | Grand Total |
| Line 15-19 | | N/A | | |
| | | | | |

Note 1:   Net sale proceeds from sale of Minorca parcel (folio no. 03-4108-006-1200)
Note 2:   Return of retainers and premium
Note 3:   Flathead County, Montana Real Property Taxes
Note 4:   Scan job and document production payments