# Exhibit A

CFN: 20220613393 BOOK 33319 PAGE 4776
DATE:08/03/2022  09:43:32 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Document prepared by:
Office of City Attorney
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130-1910

Return Recorded Copy to:
City of Miami
Office of Zoning, Attn.: Zoning Administrator
444 S.W. 2nd Avenue, 2nd Floor
Miami, FL 33130-1910

Folio Nos: 01-4128-051-0010 and
01-4128-051-0020

Reserved for Recording

## UNITY OF TITLE

WHEREAS, STEWART GROVE 1 LLC ("Owner") owns the property ("Property") legally described as:

> Lot 1, Block 1, Stewart, according to the map or plat thereof, as recorded in Plat Book 171, Page 50, of the Public Records of Miami-Dade County, Florida.
> Folio No. 01-4128-051-0010 ("Parcel 1").

The address of which is 3620 Stewart Avenue, Miami, Florida, 33133 and;

> Lot 2, Block 1, Stewart, according to the map or plat thereof, as recorded in Plat Book 171, Page 50, of the Public Records of Miami-Dade County, Florida.
> Folio No. 01-4128-051-0020 ("Parcel 2").

The address of which is 3610 Steward Avenue, Miami Florida, 33133.

Which are also described in Exhibit "A".

In consideration of the issuance of permits for the Property from the City of Miami ("City") and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Owner hereby agrees to restrict the use of the subject Property in the following manner:

That the Property shall be considered as one plot and parcel of land and that no portion of said plot and parcel of land shall be encumbered, mortgaged, sold, transferred, divided, conveyed, devised or assigned separately, except in its entirety as one plot or parcel of land.

<u>Covenant Running with the Land</u>. This Unity of Title on the part of the Owner shall constitute a covenant running with the land and will be e-recorded by the City, at the Owner's expense, in the public records of Miami-Dade County, Florida and shall remain in full force and effect and be binding upon the undersigned Owner, and its heirs, successors, and assigns until such time as the same is modified, amended, or released.

<u>Term</u>. This Unity of Title is to run with the land and shall be binding on all parties and all persons claiming under it for a period of thirty (30) years from the date this Unity of Title is recorded, after which time it shall be extended automatically for successive periods of ten (10) years each, unless an instrument signed by the, then, Owner(s) of the Property has been recorded agreeing to change the Unity of Title in whole, or

1



CFN: 20220613393 BOOK 33319 PAGE 4777

Addresses: 3620 Stewart Avenue and
3610 Stewart Avenue
Folio Nos: 01-4128-051-0010 and
01-4128-051-0020

in part, and that the Unity of Title has first been modified, amended, or released in writing by the City as specified herein.

Modification, Amendment, Release. This Unity of Title may only be modified, amended, or released as to the Property, or any portion thereof, by a written instrument executed by the, then, owner(s) of the Property, including joinders by all mortgagees, if any, provided that the same is also approved in writing by the Zoning Administrator and Building Official, or their respective designees or successors, in a form acceptable to the City Attorney, or his/her respective designee or successor, upon the determination by the Zoning Administrator and Building Official that the Unity of Title is no longer necessary and a determination by the Building Official that the modification, amendment, or release will not cause a violation of the Florida Building Code.

Authorization for the City to Withhold Permits and Inspections. In the event the terms of this Unity of Title are not being complied with, in addition to any other remedies available, the City is hereby authorized to withhold any further permits and refuse to make any inspections or grant any approvals, until such time as this Unity of Title is complied with.

Inspection and Enforcement.    It is understood and agreed that any official inspector of the City may have the right at any time during normal business hours to enter upon the Property for the purpose of investigating the use of the Property and for determining whether the conditions of this Unity of Title are being complied with.  Enforcement of this Unity of Title shall be by action against the parties to this Unity of Title or persons violating or attempting to violate any covenants herein or the then Owners at the time the violation is committed.  This enforcement provision shall be in addition to any other remedies available at law, in equity, or both. The violations may also be enforced by City Code, Chapter 2, Article X, titled Code Enforcement.

Election of Remedies. All rights, remedies and privileges granted herein shall be deemed to be cumulative and the exercise of any one or more shall neither be deemed to constitute an election of remedies, nor shall it preclude the party exercising the same from exercising such other additional rights, remedies, or privileges.

Severability. Invalidation of any one of these covenants, by judgment of Court, shall not affect any of the other provisions, which shall remain in full force and effect.

Counterparts/Electronic Signature. This Unity of Title may be executed in any number of counterparts, each of which so executed shall be deemed to be an original, and such counterparts shall together constitute but one and the same Unity of Title.  The parties shall be entitled to sign and transmit an electronic signature of this Declaration (whether by facsimile, PDF or other email transmission), which signature shall be binding on the party whose name is contained therein.  Any party providing an electronic signature agrees to promptly execute and deliver to the other parties an original signed Unity of Title upon request.

Recording. This Unity of Title will be e-recorded by the City, at the Owner's expense, in the public records of Miami-Dade County, Florida upon full execution.

**[Signature Page to Follow]**

2



CFN: 20220613393 BOOK 33319 PAGE 4778

Addresses: 3620 Stewart Avenue and
3610 Stewart Avenue
Folio Nos: 01-4128-051-0010 and
01-4128-051-0020

Signed, witnessed, executed, and acknowledged on this 17th day of June, 2022.

Stewart Grove 1, LLC, a Florida limited liability company
299 ALHAMBRA CIRCLE, SUITE 510
MIAMI, FL 33134

_____
Rishi Kapoor, as Manager

**WITNESSES:**

Raymond Gonzalez
Print Name

_____
Signature

CLAUDIA MEYERHANS
Print Name

_____
Signature

STATE OF Florida
COUNTY OF Miami-Dade

The foregoing instrument was acknowledged before me by means of ☐ physical presence OR ☐ online notarization, this 17 day of June, 2022, by Rishi Kapoor, as Manager of Stewart Grove 1, LLC, a Florida limited liability company. Personally Known ☑ OR Produced Identification ☐.
Type of Identification Produced _____

_____
Notary Public
Print or Stamp Name of Notary Public: Raymond Gonzalez
Notary Public, State of: Florida
Commission No.: HH116723
My Commission Expires: Apr 13, 2025



Raymond Gonzalez
Comm. #HH116723
Expires: Apr. 13, 2025
Bonded Thru Aaron Notary



CFN: 20220613393 BOOK 33319 PAGE 4779

Addresses: 3620 Stewart Avenue and
3610 Stewart Avenue
Folio Nos: 01-4128-051-0010 and
01-4128-051-0020

WITNESS my hand and official seal in the county and state named above this ___ day of_____, 2022.

Approved:

_____
Daniel Goldberg
Zoning Administrator

*Digitally signed by Goldberg, Daniel*
*Date: 2022.04.25 10:32:42 -04'00'*

Approved as to Legal Form and Correctness:

_____  *JMS*
Victoria Mendez, Esq.
City Attorney

22-886



4

CFN: 20220613393 BOOK 33319 PAGE 4780

Folio Nos: 01-4128-051-0010
and 01-4128-051-0020

## JOINDER BY MORTGAGEE

The undersigned 2EE LLC, as Mortgagee under that certain Mortgage Deed and Security Agreement (the "Mortgage") dated the 29th day of September, 2017, recorded in Official Records Book 30704, Page 1257, as modified in Official Records Book 31662, Page 3319, as further modified in Official Records Book 32701, Page 557, all of the Public Records of Miami-Dade County, Florida, covering all/or a portion of the property described in the foregoing Unity of Title ("Declaration") does hereby acknowledge that the terms of the Declaration are and shall be binding upon the undersigned and its successors in title and interest.

IN WITNESS WHEREOF, these presents have been executed this 31st day of January, 2022.

2EE LLC, a Florida Limited Liability Company

By: _____
Name: Jonathan Hoffman
Title: Manager

STATE OF Pennsylvania )
COUNTY OF Montgomery )

BEFORE ME, the undersigned authority, this day appeared Jonathan Hoffman by means of __X__ physical presence or ___ online notarization, known by me to be the Manager of 2EE LLC, a Florida limited liability company and she/he acknowledged to and before me that she/he executed the said instrument, acting in his said official capacity, for and as to the act and deed of said corporation and in its name, for the uses and purposes therein mentioned, and after being duly authorized and directed. He is: [ ] personally known to me, or [X] produced PA Drivers License as identification.

WITNESS my hand and official Seal in the County and State aforesaid, on this, the 31st day of January, 2022.

Commonwealth of Pennsylvania - Notary Seal
Denise Payne, Notary Public
Montgomery County
My commission expires April 27, 2022
Commission number 1332594
Member, Pennsylvania Association of Notaries

Notary Public State of Pennsylvania
Print Name Denise Payne
Commission No.: 1332594
My Commission Expires: April 27, 2022

5



CFN: 20220613393 BOOK 33319 PAGE 4781

Addresses: 3620 Stewart Avenue and
3610 Stewart Avenue
Folio Nos: 01-4128-051-0010 and
01-4128-051-0020

**Exhibit "A"**

Parcel 1

      Lot 1, Block 1, Stewart, according to the map or plat thereof, as recorded in Plat Book 171, Page 50, of the Public Records of Miami-Dade County, Florida.

Folio No. 01-4128-051-0010
The address of which is 3620 Stewart Avenue, Miami, Florida, 33133 and;

Parcel 2

      Lot 2, Block 1, Stewart, according to the map or plat thereof, as recorded in Plat Book 171, Page 50, of the Public Records of Miami-Dade County, Florida.

Folio No. 01-4128-051-0020
The address of which is 3610 Steward Avenue, Miami Florida, 33133.



# SKETCH & LEGAL DESCRIPTION EXHIBIT "A"

CFN: 20220613393 BOOK 33319 PAGE 4782

## PROPERTY ADDRESS:
3610-20 STEWART AVENUE MIAMI, FL 33133
Folio# 01-4128-051-0010 & 01-4128-051-0020

## LEGAL DESCRIPTION:
Lots 1 and 2, in Block 1, of "STEWART", according to the Plat thereof, as recorded in Plat Book 171, Page 50, of the Public Records of Miami Dade County, Florida.



## SURVEYOR'S NOTES:
1) This is not a BOUNDARY SURVEY, but only a GRAPHIC DEPICTION of the description shown hereon.
2) Not valid without the signature and the original raised seal of a Florida Licensed Surveyor and Mapper. Additions or deletions to survey maps or reports by other than the signing party or parties are prohibited without written consent of the signing party or parties.
3) There may be additional Restrictions not shown on this survey that may be found in the Public Records of this County, Examination of ABSTRACT OF TITLE will have to be made to determine recorded instruments, if any affecting this property.
4) No Title search has been performed to determine if there are any conflict existing or arising out of the creation of the Easements, Right of Ways, Parcel Descriptions, or any other type of encumbrances that the herein described legal may be utilized for.
5) North arrow direction and/or Bearings are based on aforemention record plat.

## SURVEYOR'S CERTIFICATE:
I Hereby Certify to the best of my knowledge and belief that this drawing is a true and correct representation of the SKETCH AND LEGAL DESCRIPTION of the real property described hereon.
I further certify that this survey was prepared in accordance with the applicable provisions of Chapter 5J-17, Florida Administrative Code.



LB #7282
6175 NW 153rd STREET SUITE 321, MIAMI LAKES, FL. 33014
PHONE: 305-822-6062 * FAX: 305-827-9669

Date: May 13, 2021
Job Number: RP21-0764

NOTE: This Sketch is NOT A BOUNDARY SURVEY.

Jacob Gomis — Digitally signed by Jacob Gomis Date: 2021.12.20 15:23:36 -05:00

Jacob Gomis
Professional Surveyor & Mapper
State of Florida Reg. No.6

This Document is not full and complete without all Sheets, Containing a total of (1) Sheet