UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv24903-JB/Torres

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,
v.

RISHI KAPOOR; *et al.*,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AND AUTHORITY TO CONSENT TO FORECLOSURE JUDGMENT

**THIS CAUSE** came before the Court upon Receiver Bernice C. Lee's Motion for Approval of Settlement and Authority to Consent to Foreclosure Judgment. ECF No. [91]. Defendant Rishi Kapoor filed a Response, and Receiver filed a Reply. ECF Nos. [95], [96]. "A district court reviews settlements proposed by receivers for fairness, reasonableness, and adequacy." *Sec. & Exch. Comm'n v. 1 Glob. Cap. LLC*, No. 18-cv-61991, 2018 WL 8050527, at *2 (S.D. Fla. Dec. 27, 2018) (citing *Sterling v. Stewart*, 158 F. 3d 1199, 1203 (11th Cir. 1998)). The determination whether a proposed settlement is fair is left to the sound discretion of the district court. *Sterling*, 1158 F. 3d at 1202.

Upon careful consideration of the foregoing and the applicable law, the Court concludes that the proposed settlement between Receiver, as the Receiver over Urbin Coral Gables Partners, LLC, which is the authorized member and 100% owner of CG

Office SPE, LLC, and secured lender 299 Alhambra, LLC of the foreclosure action styled *299 Alhambra, LLC v. CG Office SPE, LLC, et al.*, Case No. 2023-026121-CA 01, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "Foreclosure Action"), is fair, reasonable, and adequate.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Receiver's Motion for Approval of Settlement and Authority to Consent to Foreclosure Judgment, ECF No. [91], is **GRANTED**.

2. The settlement agreement between Receiver and 299 Alhambra, LLC as set forth in the Motion, ECF No. [91] at ¶ 25, is **APPROVED**.

3. Receiver is authorized to consent to the entry of the consent judgment in the Foreclosure Action substantially in the same form as the consent judgment attached to the Motion as Exhibit L, ECF No. [91-12].

**DONE AND ORDERED** in Miami, Florida this 17th day of June, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**