# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-24903-CIV-JB

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

RISHI KAPOOR, et al.,

      Defendants.
_____/

## LENDER'S DECLARATION

I, Robert Gutlohn ("Affiant"), as the principal of 1234 Washington Acquisition, LLC, and its assigns, affiliates, subsidiaries and other related companies (collectively with the Affiant, the "Lender Parties"), declare as follows:

1. This Lender's Declaration is provided in support of the Receiver's Motion to Approve Miami Beach Property Sale Free and Clear and Related Settlement Agreement (the "Motion") filed in the above-referenced case.

2. The Lender Parties are not investors in the Receivership Companies, or their subsidiaries or affiliates, except with respect to 515 Valencia SPE LLC, and certain token shares in Location Ventures, LLC that appeared on a Schedule K-1 for one year and then were eliminated.[1]

3. The Lender Parties have never been a director, officer, manager, member, investor, employee or agent of the Receivership Companies, or their subsidiaries or affiliates, except with respect to being an investor with 515 Valencia SPE LLC, and certain token shares in Location Ventures, LLC that appeared on a Schedule K-1 for one year and then were eliminated.

---

[1] The "Receivership Companies" are: Location Ventures, LLC, URBIN, LLC, Patriots United, LLC; Location Properties, LLC; Location Development, LLC; Location Capital, LLC; Location Ventures Resources, LLC; Location Equity Holdings, LLC; Location GP Sponsor, LLC; 515 Valencia Sponsor, LLC; LV Montana Sponsor, LLC; URBIN Founders Group, LLC; URBIN CG Sponsor, LLC; 515 Valencia Partners, LLC; LV Montana Phase I, LLC; Stewart Grove 1, LLC; Stewart Grove 2, LLC; Location Zamora Parent, LLC; URBIN Coral Gables Partners, LLC; URBIN Coconut Grove Partners, LLC; URBIN Miami Beach Partners, LLC; and URBIN Miami Beach II Phase 1, LLC.

ACTIVE 692206094v2

1

4.  Except as otherwise stated above, and except as to a lending relationship with respect to real property owned by Stewart Grove 1, LLC, Stewart Grove 2, LLC, 515 Valencia SPE LLC, Urbin Miami Beach Owner LLC and 7233 Los Pinos, LLC, and except as to a prior lending relationship with respect to real property owned by Urbin Commodore SPE, LLC, Urbin Commodore Restaurant SPE, LLC, Urbin Commodore Residential SPE, LLC, Urbin Commodore Residential II SPE, LLC, Urbin CG Resi SPE, LLC, Rishi Kapoor and Jennie Frank, the Lender Parties have no direct or indirect relationship to, connection with, or interest in, the Receivership Companies, their subsidiaries or affiliates, or Rishi Kapoor. In addition to the foregoing, principal of the lender and 2EE, LLC were involved in the following loan transactions generically described as follows: a certain loan to 8325 Cheryl Lance, LLC (paid off); and, a certain loan to 800 Dixie SPE, LLC (also paid off). Additionally, principal of lender and PBVMF made a certain loan to Rishi Kapoor for a home in Coconut Grove with an address of 3085 Matilda Street. For these three transactions, Lender does not have access to these files, as these loans were retired years ago. This information is provided upon best information and belief.

5.  That Affiant is of legal age, under no legal disability, and has never been known by any name other than that show above.

6.  Affiant further states that Affiant is familiar with the nature of an oath and with the penalties, as provided by the laws of the United States for falsely swearing to statements made in an instrument of this nature.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _September 3, 2024_

By: _[signature]_
Robert Gutlohn, individually and on behalf of 1234 Washington Acquisition, LLC, and its assigns, affiliates, subsidiaries and other related companies

*ACTIVE 692206094v2*