# EXHIBIT 6

CFN: 20230113228 BOOK 33587 PAGE 4505
DATE:02/21/2023 10:08:30 AM
MTG DOC 17,500.00
INTANGIBLE 10,000.00
LUIS G. MONTALDO, CLERK AD INTERIM
MIAMI-DADE COUNTY, FL

**This instrument prepared by,**
**Kenneth R. Florio, Esquire**
**Goodkind & Florio, P.A.**
**12861 SW 68th Avenue**
**Pinecrest, Florida 33156**

NOTICE TO CLERK: THIS INSTRUMENT MODIFIES AN EXISTING AMENDED AND RESTATED MORTGAGE RECORDED IN O.R. BOOK 33216, AT PAGE 1237, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA (THE "MORTGAGE"), SUCH THAT THE MORTGAGE, AS MODIFIED BY THIS INSTRUMENT, NOW SECURES A SECOND AMENDED AND RESTATED PROMISSORY NOTE OF EVEN DATE HEREWITH IN THE PRINCIPAL AMOUNT OF $14,500,000 (THE "NEW NOTE") WHICH AMENDS, RESTATES AND REPLACES THAT CERTAIN AMENDED AND RESATED PROMISSORY NOTE IN THE AMOUNT OF $9,500,000.00 (THE "ORIGINAL NOTE"). THE DOCUMENTARY STAMP TAX AND INTANGIBLE TAX DUE UNDER THE ORIGINAL NOTE WAS PAID IN CONNECTION WITH THE RECORDATION OF THE MORTGAGE. ADDITIONAL DOCUMENTARY STAMP TAXES IN THE AMOUNT OF $17,500.00 AND INTANGIBLE TAXES IN THE AMOUNT OF $10,000.00 BASED ON THE $5,000,000.00 FUTURE ADVANCE ARE BEING PAID WITH THE RECORDATION OF THIS INSTRUMENT.

### NOTICE OF FUTURE ADVANCE AND MORTGAGE MODIFICATION AGREEMENT

THIS AGREEMENT (the "Agreement") dated as of February 14, 2023, by and between Urbin Commodore SPE, LLC, a Florida limited liability company and Urbin Commodore Restaurant SPE, LLC, a Florida limited liability company (collectively, the "Mortgagor"), whose mailing address is 299 Alhambra Circle, Suite 510, Miami, Florida 33134, and The Halpern Family Trust, a Florida statutory trust ("HFT"), and the Martin I. Halpern Revocable Trust ("MIHRT"), whose address is c/o Rob Hyman, P.A., 110 SE 6ht Street, Suite 1700, Fort Lauderdale, Florida 33301 (collectively, HFT and MIHRT are the "Mortgagee").

### PRELIMINARY STATEMENTS

A. In connection with a loan from Mortgagee to Mortgagor in the original principal amount of $9,500,000.00 (the "Original Loan"), Mortgagee is the owner and holder of that certain Amended and Restated Promissory Note dated May 27, 2022, in the original principal

amount of $9,500,000.00 (the "Original Note") made by Mortgagor, as Maker, payable to the order of Mortgagee, as Payee.

B. The Original Note is secured by that certain Amended and Restated Mortgaged recorded on June 1, 2022 in Official Records Book 33216, Page 1237 of the Public Records of Miami-Dade County, Florida (the "Mortgage").

C. Mortgagor has requested a future advance loan in the amount of $5,000,000.00 (the "Future Advance Loan") to be added to the Original Loan for a total of $14,500,000.00 (the Original Loan, as increased, is sometimes referred to hereinafter as the "Loan").

D. As of the date hereof, the outstanding principal balance of the Original Note is $9,500,000.00.

E. Simultaneously with the execution of this Agreement, Mortgagor, as maker, has executed in favor of Mortgagee, as payee a Second Amended and Restated Promissory Note of even date herewith in the principal sum of $14,500,000.00, which amends, restates and replaces the Original Note (the "A+R Note").

F. THE PROPER FLORIDA DOCUMENTARY STAMP TAX AND INTANGIBLE TAX HAVE BEEN PAID ON THE ORIGINAL NOTE AND EVIDENCE OF SUCH PAYMENT APPEARS ON THE MORTGAGE.

NOW THEREFORE, in consideration of the Loan as evidenced by the Notes, and for other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Mortgagor covenants with Mortgagee as follows, to wit:

1. The foregoing Preliminary Statements are true and correct and are incorporated herein by this reference.

2. Notice is hereby given that the Mortgagor has executed and delivered to Mortgagee the A+R Note. The sums disbursed by the Mortgagee, to or for the benefit of the Mortgagor under the A+R Note constitute "future advances" under the terms of the Mortgage and are secured thereby, in the Mortgage or in any notices of advances previously recorded in the Public Records.

3. The Original Note is hereby replaced by the A+R Note.

4. Mortgagor certifies that the priority and dignity of the Mortgage extends to and includes future advances as if this instrument and the A+R Note had been set forth in their entirety and made a part of the Mortgage and that the Mortgage, as modified hereby, now secures

payment of the A+R Note, and any and all other indebtedness secured by the terms of the Mortgage; that the Mortgage and this Agreement are binding upon Mortgagor, its successors, assigns and legal representatives; that Mortgagor agrees to pay all indebtedness secured by the Mortgage and this Agreement at the time and in the manner contemplated therein and as modified hereby; that Mortgagor further agrees to perform, comply with and abide by each and every stipulation, agreement, covenant and condition of the A+R Note, the Mortgage, this Agreement, and all other documents which fully or partially secure or guarantee payment of the A+R Note (collectively, the "Loan Documents").

5. Mortgagor warrants the title to the Property and covenants that it has good right to mortgage and convey the Property, and Mortgagor has a good and perfected fee simple interest in the Property, and that the Mortgage, as modified hereby, shall be a first lien against the Property.

6. The Mortgagor acknowledges, represents and confirms to Mortgagee that:

  (a) No payments of interest or any other charges have been made to Mortgagee, or paid by the Mortgagor in connection with the loan evidenced by the Notes which would result in the computation or earning of interest in excess of the maximum legal rate of interest which is legally permitted under the laws of Florida, or federal law, in effect from time to time, whichever is the highest.

  (b) Mortgagee is under no obligation to grant or to make any further or additional loans to the Mortgagor, or to further extend, amend or modify the Notes, the Mortgage, or any other document executed in connection therewith.

  (c) No agreement, oral or otherwise, has been made by any of the Mortgagee's agents, servant, employees, directors, officers or partners to make any additional loans to the Mortgagor, or to further extend, amend, or modify the Notes, the Mortgage, or any other loan document executed in connection therewith.

7. Mortgagor affirms its obligations in respect to the A+R Note, the Mortgage, and the Loan Documents, and confirms that there are no defenses or offsets claimed thereon, or claims against the Mortgagee. Mortgagor waives and releases in full any claim, counterclaim, defense or setoff (whether or not now known to them) which it may have with respect to any of its obligations under the A+R Note, the Mortgage or any of the Loan Documents.

8. Mortgagor hereby waives, discharges and releases forever any and all existing

claims, defenses, setoffs or any rights of setoff that Mortgagor may have against Mortgagee or which may affect the enforceability by Mortgagee of its security and its various rights and remedies under the A+R Note, the Mortgage, this Agreement and the Loan Documents.

9. Nothing herein is intended to nor shall it constitute a novation of any of the indebtedness secured by the Mortgage, nor is anything herein intended to nor shall it operate to release, impair, diminish or subordinate the lien or priority of the lien of the Mortgage, or any other document evidencing or securing the indebtedness secured by the A+R Note.

10. Except as herein otherwise set forth, modified and amended, all of the terms, covenants, and conditions of the Mortgage and the Loan Documents shall remain in full force and effect.

11. THE PARTIES HERETO WAIVE THE RIGHT TO A TRIAL BY JURY IN ANY ACTION OR PROCEEDING BASED UPON, OR RELATED TO, ANY ASPECT OF THE TRANSACTION IN CONNECTION WITH WHICH THIS DOCUMENT IS BEING GIVEN OR ANY DOCUMENT EXECUTED OR DELIVERED IN CONNECTION WITH SUCH TRANSACTION. THIS WAIVER IS KNOWINGLY, INTENTIONALLY AND VOLUNTARILY MADE BY THE PARTIES AND THE UNDERSIGNED ACKNOWLEDGE THAT NO ONE HAS MADE ANY REPRESENTATIONS OF FACT TO INDUCE THIS WAIVER OF TRIAL BY JURY OR IN ANY WAY TO MODIFY OR NULLIFY ITS EFFECT. THE UNDERSIGNED FURTHER ACKNOWLEDGE HAVING BEEN REPRESENTED IN CONNECTION WITH THE TRANSACTION WITH RESPECT TO WHICH THIS DOCUMENT IS BEING GIVEN AND IN THE MAKING OF THIS WAIVER BY INDEPENDENT LEGAL COUNSEL, SELECTED BY THE UNDERSIGNEDS' OWN FREE WILL, AND THAT THE UNDERSIGNED HAVE HAD THE OPPORTUNITY TO DISCUSS THIS WAIVER WITH SUCH COUNSEL. THE UNDERSIGNED FURTHER ACKNOWLEDGE HAVING READ AND UNDERSTOOD THE MEANING AND RAMIFICATIONS OF THIS WAIVER PROVISION.

IN WITNESS WHEREOF, the Mortgagor has duly executed this Agreement effective as of 14th day of February 2023.

[*signatures on next page*]

*[signature page to Notice of Future Advance and Mortgage Modification Agreement]*

**WITNESSES:**                     **URBIN COMMODORE SPE, LLC**, a
                                   Florida limited liability company

Name: Raymond Gonzalez             By: URBIN Coconut Grove Partners, LLC,
                                       a Florida limited liability company,
                                       its Manager

Name: Nicolas Romero               By: URBIN, LLC,
                                       a Florida limited liability company,
                                       its Manager

                                   By: URBIN Founders Group, LLC,
                                       a Florida limited liability
company,
                                       its Manager

                                   By: _____
                                       Name: Rishi Kapoor
                                       Title: Manager

STATE OF FLORIDA COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by means of [X] physical presence or [_] online notarization this 14th day of February 2023, by Rishi Kapoor, as Manager of URBIN Founders Group, LLC, a Florida limited liability company, the Manager of URBIN, LLC, a Florida limited liability company, the Manager of URBIN Coconut Grove Partners, LLC, a Florida limited liability company, the Manager of URBIN Commodore SPE, LLC, a Florida limited liability company on behalf of the companies. Said person is personally known to me or has produced a valid driver's license as identification.

_____
Notary Public; State of Florida


Raymond Gonzalez
Comm. # HH 116723
Expires: Apr. 13, 2025
Bonded Thru Aaron Notary

*[signature page to Notice of Future Advance and Mortgage Modification Agreement]*

**WITNESSES:**

Name: Raymond Gonzalez

Name: Nicolas Romero

**URBIN COMMODORE RESTAURANT SPE, LLC**, a Florida limited liability company

By: URBIN Coconut Grove Partners, LLC,
    a Florida limited liability company,
    its Manager

   By: URBIN, LLC,
       a Florida limited liability company,
       its Manager

      By: URBIN Founders Group, LLC,
         a Florida limited liability company,
         its Manager

         By: _____
         Name: Rishi Kapoor
         Title: Manager

STATE OF FLORIDA COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me by means of [X] physical presence or [__] online notarization this 14th day of February 2023, by Rishi Kapoor, as Manager of URBIN Founders Group, LLC, a Florida limited liability company, the Manager of URBIN, LLC, a Florida limited liability company, the Manager of URBIN Coconut Grove Partners, LLC, a Florida limited liability company, the Manager of URBIN Commodore Restaurant SPE, LLC, a Florida limited liability company on behalf of the companies. Said person is personally known to me or has produced a valid driver's license as identification.

_____
Notary Public; State of Florida



Raymond Gonzalez
Comm. #HH116723
Expires: Apr. 13, 2025
Bonded Thru Aaron Notary