UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-24903-CIV-JB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,
v.

RISHI KAPOOR, et al.,

    Defendants.
_____/

## NOTICE OF CLOSING

Bernice C. Lee, as Receiver, hereby files this Notice of Closing and advises that in accordance with the Order Granting Receiver's Expedited Motion to Approve Sale of the Miami Beach Property Free and Clear [DE 293] entered by the Court on November 7, 2024, the sale of the Miami Beach Property closed on January 7, 2025.

Dated: January 8, 2025

                                              Respectfully submitted,

                                              **KOZYAK TROPIN & THROCKMORTON, LLP**
                                              2525 Ponce de Leon Boulevard, 9th Floor
                                              Coral Gables, Florida 33134
                                              Tel: (305) 372-1800
                                              Fax: (305) 372-3508
                                              Email: dlr@kttlaw.com

                                              By: /s/ *David L. Rosendorf*
                                                      David L. Rosendorf
                                                      Florida Bar No. 996823

                                              *Counsel for Bernice C. Lee, Receiver*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served this 8th day of January, 2025 via CM/ECF upon all counsel of record.

By: /s/ *David L. Rosendorf*
David L. Rosendorf