UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24903-JB

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

RISHI KAPOOR, *et al.*,

    Defendants.
_____/

**NON-PARTY 515 VALENCIA ACQUISITION, LLC'S NOTICE OF JOINDER IN RECEIVER'S MOTION TO APPROVE DISBURSEMENT OF VALENCIA LIEN CLAIM FUND PROCEEDS FROM SALE OF UNIT 1104 [DE 364]**

Non-Party, 515 Valencia Acquisition, LLC ("Lender"), hereby files this, its Notice of Joiner in the Receiver's Motion to Approve Disbursement of Valencia Lien Claim Fund Proceeds From Sale of Unit 1104 ("Motion") [DE 364]. Lender joins in the Receiver's Motion *in toto* and, likewise, will respond to any arguments/ objections raised by any objecting party in its reply.

    Respectfully submitted,

THE ALDERMAN LAW FIRM
*Attorneys for Interested Non-Party Creditors*
*Los Pinos Acquisition, LLC,*
*1234 Washington Acquisition, LLC,*
*3610 Stewart Acquisition, LLC, and*
*515 Valencia Acquisition, LLC*
9999 NE 2nd Avenue, Suite 211
Miami Shores, Florida 33138
Telephone: 305-200-5473
Facsimile:  305-200-5474
E-Mail:  jalderman@thealdermanlawfirm.com
        ttolentino@thealdermanlawfirm.com

By: */s/ Jason R. Alderman*
    Jason R. Alderman
    Florida Bar No. 172375
    Troy A. Tolentino
    Florida Bar No. 117981

4927-3328-2608, v. 1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed on April 7, 2025, with the Clerk by using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                       By: */s/ Jason R. Alderman*
                                                              Jason R. Alderman