UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-24903-CM

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

v.

RISHI KAPOOR, et al.

   Defendants.

_____/

## MEDIATION REPORT

The parties met in person to mediate the above-captioned matter and the results of that mediation are indicated below.

**DATES OF MEDIATION:** March 31, 2025, and April 11, 2025

**PARTIES PRESENT:** Plaintiff represented by counsel, below; Bernice Lee, Esq. as receiver for Location Ventures, LLC; Defendant Rishi Kapoor

**COUNSEL PRESENT:** For Plaintiff: Russell O'Brien, Esq., Teresa Verges, Esq., and Jordan Cortez, Esq., Securities and Exchange Commission

For Defendant: Fred Schwartz, Esq., Shahady & Wurtenberger, P.A.

**MEDIATOR:** William King Hill
Gunster
600 Brickell Avenue, 35th Floor
Miami, FL 33131

**OUTCOME:** The parties did not reach a settlement.

       /s/ William K. Hill
       William K. Hill, Mediator

ACTIVE:35813155.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on April 15, 2025, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system which will send a Notice of Electronic Filing to Counsel of Record.

By: */s/ William K. Hill*
William King Hill

ACTIVE:35813155.1