# EXHIBIT A

**Bernice C. Lee, as Receiver**
**SEC v. Rishi Kapoor, et al.**
**Case No. 23-24903-CIV-JB**

**STANDARDIZED FUND ACCOUNTING REPORT**
**Reporting Period:**
**01/01/2025-03/31/2025**

| FUND ACCOUNTING | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | **Beginning Balance (as of 01/01/2025)** | | | $8,647,518.47 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | $10,746.45 | | |
| Line 3 | **Cash and Securities** | | | |
| Line 4 | **Interest/Dividend Income** | $91,250.21 | | |
| Line 5 | **Business Asset Liquidation (Note 1)** | $25,050.00 | | |
| Line 6 | **Personal Asset Liquidation** | | | |
| Line 7 | **Additional Third-Party Claims Recovery** | | | |
| Line 8 | **Miscellaneous – Other** | $9.98 | | |
| | **Total Funds Available (Lines 1-8):** | | | **$8,774,575.11** |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | | | |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $253,820.05 | | |
| Line 10b | *Business Asset Expenses (Note 2)* | $1,566.08 | | |
| Line 10c | *Personal Asset Expenses* | | | |
| Line 10d | *Investment Expenses (Bank Fees)* | $200.00 | | |
| Line 10e | *Additional Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Additional Third-Party Litigation Expenses* | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | | | |
| Line 10h | *Miscellaneous – Other* | | | |
| | **Total Disbursements for Receivership Operations** | | | $255,586.13 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund:** | | | $0.00 |
| | **Disbursements to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| Line 12b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other:** | | | $0.00 |
| | **Total Funds Disbursed (Lines 9-11):** | | | $255,586.13 |
| Line 13 | **Ending Balance (as of 03/31/2025):** | | | **$8,518,988.98** |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | *Stewart Lien Claim Fund Cash* | $2,351,518.90 | | |
| Line 14b | *Villa Valencia Unit 1104 Net Sale Proceeds (Note 3)* | $3,940,691.90 | | |
| Line 14b | *Cash & Cash Equivalents* | $2,226,778.18 | | |
| Line 14c | *Investments* | | | |
| Line 14d | *Other Assets or Uncleared Funds* | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | **$8,518,988.98** |
| **OTHER SUPPLEMENTAL INFORMATION** | | | | |
| | | Detail | Subtotal | Grand Total |
| Line 15-19 | | N/A | | |
| | | | | |

Note 1: These funds consist of the lender carveout payment from the Miami Beach property sale, and an additional $50.00 in post-closing sale proceeds from the Villa Valencia unit 1104 consiting of an overage to seller for recording fees