# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 23-24903-CIV-JB**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RISHI KAPOOR, et al.,

    Defendants.

_____/

## RECEIVER'S NOTICE OF FILING REVISED PROPOSED ORDER ON MOTION TO APPROVE BACK-UP CONTRACT FOR SALE OF COMMODORE PROPERTIES FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES

Bernice C. Lee, as Receiver ("Receiver") over the Receivership Defendants, in accordance with the Court's directions at hearing on October 18, 2025, gives notice of filing of the attached revised proposed order on the Receiver's Motion to Approve Back-Up Contract for Sale of Commodore Properties Free and Clear of Liens, Claims and Encumbrances ("Back-Up Contract Motion") [DE 460], which will also be posted to the Receiver's website upon filing.

Dated: November 20, 2025         Respectfully submitted,

                                            **KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
Email: dlr@kttlaw.com

By:    /s/ *David L. Rosendorf*
       David L. Rosendorf
       Florida Bar No. 996823

*Counsel for Bernice C. Lee, Receiver*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF upon all counsel of record this 20th day of November, 2025.

By:    /s/ *David L. Rosendorf*
       David L. Rosendorf