UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-24903-CIV-JB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RISHI KAPOOR, et al.,

    Defendants.
_____/

## NOTICE OF CLOSING

Bernice C. Lee, as Receiver, hereby files this Notice of Closing and advises that in accordance with the Order Granting Receiver's Motion to Approve Sale of Villa Valencia Unit 1201 Property Free and Clear [DE 513] entered by the Court on January 31, 2026, the sale of Unit 1201 closed on March 5, 2026.

Respectfully submitted,

By: /s/ *Bernice C. Lee*
Bernice C. Lee
Florida Bar No. 0073535
Email: blee@kttlaw.com
*Receiver for the Receivership Entities*
KOZYAK TROPIN & THROCKMORTON, LLP
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served this 6th day of March, 2026 via CM/ECF upon all counsel of record.

By: /s/ *Bernice C. Lee*
Bernice C. Lee