**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 23-cv-24903-JB**

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

RISHI KAPOOR, et al.,

      Defendants.

_____/

**ORDER GRANTING RECEIVER'S MOTION TO APPROVE**
**DISTRIBUTIONS  OF BOND PROCEEDS FOR MIAMI BEACH PROPERTY**

**THIS CAUSE** came before the Court on the Receiver, Bernice C. Lee's Motion to Approve Distributions of Bond Proceeds for Miami Beach Property (the "Motion"). ECF No. [539].   No objections to the Motion have been filed, and the time to do so has passed.   Upon due consideration of the Motion, the pertinent portions of the record, and relevant legal authorities, and being otherwise fully advised of the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Receiver's Motion, ECF No. [539], is **GRANTED**.

2. The distributions proposed in the Motion are **APPROVED**.

3. All means of implementation and other provisions set forth in the Motion are **APPROVED**, including the following:

    a. <u>Delivery of Distributions in General</u>. The Receiver shall make distributions of the Bond Proceeds solely to the bond claimant who filed the allowed claim without regard to any claim or interest

asserted by any third party in such distributions. Distributions of the Bond Proceeds shall be made to each bond claimant who filed an allowed claim at the address set forth in the bond claim form submitted by each claimant, as may be amended by a properly completed form submitted to the Receiver.

b.  <u>Payments</u>. Distributions of the Bond Proceeds shall be made to all bond claimants who filed allowed claims by checks drawn in United States dollars on a United States domestic bank.

c.  <u>Unclaimed Property and Undeliverable Distributions</u>. "<u>Unclaimed Property</u>" shall mean distributions (i) that are returned to the Receiver as undeliverable and no appropriate forwarding address is received within 240 days after such attempted distribution by the Receiver is made to such holder, or (ii) for which the check making such distribution is not negotiated within 240 days of its issuance and no request for re-issuance is made within such 240 day period, at which time, such distribution shall be voided or cancelled through a stop payment order or other means. The Receiver is under no affirmative obligation to attempt to locate any bond claimant who filed an allowed claim. Unclaimed Property shall revert to the Receivership Estate subject to further Court approval. The allowed claim related to the Unclaimed Property shall be deemed disallowed, and the bond claimant, including any

successor, who filed the allowed claim that will be disallowed will be forever barred, expunged, estopped and enjoined from asserting any such claims and entitlement to the Unclaimed Property, and any such claim shall be disallowed in any manner against the Receiver, the Receivership Estate, and their respective property.

**DONE AND ORDERED** in Miami, Florida this 19th day of June, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**