# Exhibit A

**Bernice C. Lee, as Receiver**
**SEC v. Rishi Kapoor, et al.**
**Case No. 23-24903-CIV-JB**

**STANDARDIZED FUND ACCOUNTING REPORT**
**Reporting Period:**
**04/01/2026 - 06/30/2026**

| **FUND ACCOUNTING** | | | | |
|---|---|---|---|---|
| | | **Detail** | **Subtotal** | **Grand Total** |
| **Line 1** | **Beginning Balance (as of 04/01/2026)** | | | $7,782,671.32 |
| | ***Increases in Fund Balance:*** | | | |
| **Line 2** | **Business Income** | | | |
| **Line 3** | **Cash and Securities** | | | |
| **Line 4** | **Interest/Dividend Income** | $72,747.83 | | |
| **Line 5** | **Business Asset Liquidation** | | | |
| **Line 6** | **Personal Asset Liquidation** | | | |
| **Line 7** | **Additional Third-Party Claims Recovery** | | | |
| **Line 8** | | | | |
| | **Total Funds Available (Lines 1-8):** | | | **$7,855,419.15** |
| | ***Decreases in Fund Balance:*** | | | |
| **Line 9** | **Disbursements to Investors** | | | |
| **Line 10** | **Disbursements for Receivership Operations** | | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals (Note 1)* | $143,249.19 | | |
| *Line 10b* | *Business Asset Expenses (Note 2)* | $4,076.00 | | |
| *Line 10c* | *Personal Asset Expenses* | | | |
| *Line 10d* | *Investment Expenses (Bank Fees)* | | | |
| *Line 10e* | *Additional Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | *Total Additional Third-Party Litigation Expenses* | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | |
| *Line 10h* | *Miscellaneous – Other* | | | |
| | **Total Disbursements for Receivership Operations** | | | **$147,325.19** |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund:** | | | **$0.00** |
| | **Disbursements to Court/Other:** | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | |
| *Line 12b* | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other:** | | | **$0.00** |
| | **Total Funds Disbursed (Lines 9-11):** | | | **$147,325.19** |
| **Line 13** | **Ending Balance (as of 06/30/2026)** | | | **$7,708,093.96** |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | |
| *Line 14a* | *Villa Valencia Unit 1201 Net Sale Proceeds* | $3,012,872.70 | | |
| *Line 14b* | *Miami Beach Bond Claim Funds from Surety (Note 3)* | $1,750,000.00 | | |
| *Line 14b* | *Cash & Cash Equivalents* | $2,945,221.26 | | |
| *Line 14c* | *Investments* | | | |
| *Line 14d* | *Other Assets or Uncleared Funds* | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | **$7,708,093.96** |
| **OTHER SUPPLEMENTAL INFORMATION** | | | | |
| | | Detail | Subtotal | Grand Total |
| **Line 15-19** | | N/A | | |
| | | | | |

Note 1 This amount consists of payments to professionals approved by the Order Granting Receiver's Ninth Interim Application for Payment of Fees and Expenses of Receiver and Her Professionals [DE 543].

Note 2: This amount consists of expenses relating to the Villa Valencia, Commodore, and Montana properties.

Note 3: Bond proceeds from Surety for the Miami Beach bond claims process approved by the Court at DE 447.